IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: <br><br> JOSEPH MARTIN THOMAS, <br><br> Debtor. | Bankruptcy No. 20-10334-TPA <br><br> Chapter 11 |
|---|---|

NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
WELLS FARGO BANK, N.A.

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, Wells Fargo Bank, N.A., in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

    Respectfully submitted,

    BERNSTEIN-BURKLEY, P.C.

    By: /s/ Salene Mazur Kraemer
    Salene Mazur Kraemer, Esquire
    PA I.D. # 86422
    skraemer@bernsteinlaw.com
    707 Grant Street, Suite 2200 Gulf Tower
    Pittsburgh, PA 15219
    Tel: (412) 456-8100
    Fax: (412) 456-8135

    Attorney for Creditor,
    Wells Fargo Bank, N.A.

Dated: 5/12/2020