FILED
5/22/20 9:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 5/21/2020 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:** #5 Expedited Motion for Order Authorizing Use of Pre-Petition Bank Account, Business Forms, Stationery, and Checks

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Michael P. Kruszewski |
| Tri-State Pain: | Gary Skiba |
| Cred. Comm. in Tri-State: | Guy Fustine |
| Special Counsel in Tri-State: | James McDonald, Jesse Baldwin |

**NOTES:**

Kruszewski: No objection and if not for the fact that my office had no power we would have filed a cno. The final check is 3566 and will resume with check number 3621.

**OUTCOME:** GRANTED / OE

jlm