**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Joseph Martin Thomas* |
| | First Name_____Middle Name_____Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name_____Middle Name_____Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | *20-10334 TPA* |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.    **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B..................................................... | $          *1,948,900.00* |
| 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | $          *461,189.60* |
| 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | $          *2,410,089.60* |

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          *1,931,058.39* |
| 3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $          *200,499.47* |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $          *9,569,099.74* |
| **Your total liabilities** | $          *11,700,657.60* |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4.    *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $          *21,927.60* |
| 5.    *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................................... | $          *23,124.15* |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑    Yes

7.    **What kind of debt do you have?**

☐    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    *Joseph Martin Thomas*                                    Case number *(if known)*   *20-10334 TPA*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                               $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 200,499.47 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |

9g. **Total.** Add lines 9a through 9f.                               $        200,499.47

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | *Joseph Martin Thomas* |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | *20-10334 TPA* |

☐ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| 1.1 | | What is the property? Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | *2100 South Shore Drive* | ■ Single-family home | |
| | Street address, if available, or other description | ☐ Duplex or multi-unit building | |
| | | ☐ Condominium or cooperative | |
| | | ☐ Manufactured or mobile home | Current value of the entire property? / Current value of the portion you own? |
| | *Erie*    *PA*    *16505-0000* | ☐ Land | *$1,250,000.00*    *$1,250,000.00* |
| | City    State    ZIP Code | ☐ Investment property | |
| | | ☐ Timeshare | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | | ☐ Other | |
| | | **Who has an interest in the property?** Check one | *Fee Simple* |
| | *Erie* | ■ Debtor 1 only | |
| | County | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property (see instructions) |
| | | ☐ At least one of the debtors and another | |
| | | Other information you wish to add about this item, such as local property identification number: | |
| | | *Subject to a Mortgage in favor of PNC Bank; Real Estate Taxes also act as a lien; Also encumbered by Internal Revenue Service Tax Liens ($460,560.32) and Pa. Dept. of Revenue Tax Liens ($29,118.35).* | |

| Debtor 1 | *Joseph Martin Thomas* | | Case number *(if known)* | *20-10334 TPA* |

### 1.2 If you own or have more than one, list here:

**9830 Wattsburg Road**
Street address, if available, or other description

| **Erie** | **PA** | **16509-0000** |
| City | State | ZIP Code |

**Erie**
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

*Subject to Mortgages in favor of (1st) PNC Bank, N.A. and (2nd) Wells Fargo Bank, N.A.; Real Estate Taxes also act as a lien; Also encumbered by Internal Revenue Service Tax Liens ($460,560.32) and Pa. Dept. of Revenue Tax Liens ($29,118.35).*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| *$299,900.00* | *$299,900.00* |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

*Fee Simple*

☐ **Check if this is community property** (see instructions)

---

### 1.3 If you own or have more than one, list here:

**Village Common Drive**
Street address, if available, or other description

| **Erie** | **PA** | **16506-0000** |
| City | State | ZIP Code |

**Erie**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

*Lot 15; Tax Index No. 33-123-418.0-034.01*
*Subject to a 1st Mortgage in favor of Wells Fargo Bank, N.A.; Real estate taxes also act as a lien; Also encumbered by Internal Revenue Service Tax Liens ($460,560.32) and Pa. Dept. of Revenue Tax Liens ($29,118.35).*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| *$399,000.00* | *$399,000.00* |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

*Fee Simple*

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**

| **$1,948,900.00** |

---

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | *Joseph Martin Thomas* | Case number *(if known)* | **20-10334 TPA** |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1 | Make: | *Ford* | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1 Make: *Ford*
Model: *Super Duty F-250*
Year: *2017*
Approximate mileage:
Other information:

*Debtor intends to sell or surrender this vehicle. VIN 1FT7X2B65HEE62124*

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$26,675.00**
Current value of the portion you own? **$26,675.00**

---

3.2 Make: *Ford*
Model: *F-150*
Year: *2016*
Approximate mileage:
Other information:

*Debtor intends to sell or surrender this vehicle. VIN 1FTEW1EF8GKE73067*

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$22,425.00**
Current value of the portion you own? **$22,425.00**

---

3.3 Make: *Ford*
Model: *F-150*
Year: *2014*
Approximate mileage:
Other information:

*Debtor intends to retain this vehicle. VIN 1FTFW1R67EFC66190*

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$12,575.00**
Current value of the portion you own? **$12,575.00**

---

3.4 Make: *Ford*
Model: *F-150*
Year: *2017*
Approximate mileage:
Other information:

*The Debtor intends to sell or surrender this vehicle. VIN 1FTEW1EF8HKD62536*

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$23,600.00**
Current value of the portion you own? **$23,600.00**

---

3.5 Make: *Mercedes*
Model: *420 SEL*
Year: *1990*
Approximate mileage: *120,000*
Other information:

*VIN WDBCA35E1LA514324 This vehicle is in need of repairs to be operational.*

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$2,000.00**
Current value of the portion you own? **$2,000.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    *Joseph Martin Thomas* _____    Case number *(if known)*    *20-10334 TPA*

| | | | |
|---|---|---|---|
| 3.6 | Make: *Dodge* | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: *Sedan* | ■ Debtor 1 only | |
| | Year: *1955* | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | **VIN 84803467** **This vehicle is not operational.** | ☐ Check if this is community property (see instructions) | **$1,000.00** / **$1,000.00** |

| | | | |
|---|---|---|---|
| 3.7 | Make: *Honda* | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: *Accord EX* | ■ Debtor 1 only | |
| | Year: *2011* | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | **Debtor intends to retain this vehicle.** **VIN 1HGCS2B89BA004925** | ☐ Check if this is community property (see instructions) | **$6,025.00** / **$6,025.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>    |    **$94,300.00**

**Part 3:    Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**    |    Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | | |
   |---|---|
   | *Usual and Ordinary Household Goods and Furnishings (Mirrors, Stove, Microwave, Beds, Dressers, Night Stands, Wine Racks, Wine, Couches, Coffes Tables, Knick Knacks, Dining Room Table and Chairs, China Hutches/Breakfronts, End Tables, Piano, Rugs, Chairs, Desks, Cabinets, Lamps, Kitchen Table and Chairs, Sideboard, Rugs, Piano, Grandfather Clocks, Pool Equipment, Lawn Chairs, etc. )* | **$8,000.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | | |
   |---|---|
   | *Usual and Ordinary Electronics (2 TVs, Radio, Stereo, Computers, Security Equipment, etc.)* | **$400.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No

Debtor 1    **Joseph Martin Thomas**                                    Case number *(if known)*    **20-10334 TPA**

■ Yes.  Describe.....

| | |
|---|---|
| **Artwork/Paintings/Antiques**<br>*The market for the sale of these assets is questionable in the current economic climate, and the proper valuation of said assets is uncertain.* | $250,000.00 |

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ■ No
    ☐ Yes.  Describe.....

10.  **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11.  **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| ***Usual and Ordinary Wearing Apparel*** | $1,000.00 |

12.  **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| ***Jewelry*** | $750.00 |

13.  **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14.  **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................

|  |
|---|
| $260,150.00 |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

16.  **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.........................................................................................................

| | |
|---|---|
| ***Cash*** | $300.00 |

| Debtor 1 | *Joseph Martin Thomas* | Case number *(if known)* | *20-10334 TPA* |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.......................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | *Premium Money Market* | *Premium Money Market Account @ PNC Bank* | *$15,752.56* |
| 17.2. | *Checking Account* | *Interest Bearing Checking Account @ PNC Bank, N.A.* | *$4,384.28* |
| 17.3. | *Checking - Income Tax Escrow Account* | *Checking Account @ PNC Bank, N.A. (Income Tax Escrow Account)* | *$35,700.00* |
| 17.4. | *Savings* | *Savings Account @ Widget Financial* | *$219.51* |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes.................

Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes.  Give specific information about them..................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| *2374 Village Common Drive LLC - The business debts are greater than or equal to the business assets.  Assest are approximately $7m; Debts are approximately $7m.* | *100%* | % | *$1.00* |
| *Greater Erie Surgery Center LLC (Debtor owns majority interest; Dr. Difenbach owns the minority interest.) The business debts are greater than the business assets.  Assets are approximately $1.3m; Debts are approximatley $6m.* | *Majority - 83.61%* | % | *$1.00* |
| *Tri-State Pain Institute LLC The business debts are greater than the business assets.  Assets are approximately $2.07m; Debts are approximately $7.95m.* | *100%* | % | *$1.00* |
| *Faith Innovation Technologies Inc. (S-Corp.) 2017 Tax Return* | | % | *$0.00* |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them

Issuer name:

Debtor 1    *Joseph Martin Thomas*                          Case number *(if known)*    **20-10334 TPA**

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

|  |  |  |
|---|---|---|
| **Type of account:** | **Institution name:** | |
| *401(k)* | *401(k) w/ Mass Mutual - CoAdvantage Corporation, Retirement Savings Plan* | $29,000.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................                          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............                          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............                          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ■ Yes.  Give specific information about them...

| | |
|---|---|
| *Medical Licenses*<br>*1) Medical Doctor (Expires 10/1/2020) (OH)*<br>*2) Medical Physician and Surgeon (Expires 12/31/2020)  (PA)*<br>*3) Doctor (Expires 7/31/2020) (NY)* | $1.00 |

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
        benefits; unpaid loans you made to someone else
    ■ No

Debtor 1    **Joseph Martin Thomas**                                    Case number *(if known)*    **20-10334 TPA**

■ Yes.  Give specific information..

| *Social Security Benefits* | *$1.00* |

---

**31. Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    □ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| *Insurance Policy through Knights of Columbus in the face amount of $5,000.00.* | | *$21,377.25* |
| *Two Professional Liability Insurance Policies - Physician Policies: NORCAL Mutual Insurance Company (2017 and 2018 through June 28, 2018)* | *Not applicable.* | *$1.00* |

**32. Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    □ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    □ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    □ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**
    ■ No
    □ Yes.  Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**

| $106,739.60 |

---

| Part 5: | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

**37. Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    □ Yes.  Go to line 38.

---

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    □ Yes.  Go to line 47.

---

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

---

Official Form 106A/B                    Schedule A/B: Property                    page 8

Debtor 1    **Joseph Martin Thomas**                                     Case number *(if known)*   **20-10334 TPA**

---

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................

|  |
|---|
| **$0.00** |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ................................................................................................

|  |
|---|
| **$1,948,900.00** |

56. **Part 2: Total vehicles, line 5**                      **$94,300.00**
57. **Part 3: Total personal and household items, line 15**     **$260,150.00**
58. **Part 4: Total financial assets, line 36**               **$106,739.60**
59. **Part 5: Total business-related property, line 45**        **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**   **$0.00**
61. **Part 7: Total other property not listed, line 54**    +    **$0.00**

62. **Total personal property. Add lines 56 through 61...**   **$461,189.60**   Copy personal property total   **$461,189.60**

63. **Total of all property on Schedule A/B. Add line 55 + line 62**

|  |
|---|
| **$2,410,089.60** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | *Joseph Martin Thomas* | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | *20-10334 TPA* | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt   4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own <br><br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br><br> *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| *2100 South Shore Drive Erie, PA 16505  Erie County* <br> *Subject to a Mortgage in favor of PNC Bank; Real Estate Taxes also act as a lien; Also encumbered by Internal Revenue Service Tax Liens ($460,560.32) and Pa. Dept. of Revenue Tax Liens ($29,118.35).* <br> Line from *Schedule A/B*: **1.1** | $1,250,000.00 | ■ $25,150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(1)* |
| *2014 Ford F-150* <br> *Debtor intends to retain this vehicle.* <br> *VIN 1FTFW1R67EFC66190* <br> Line from *Schedule A/B*: **3.3** | $12,575.00 | ■ $4,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(2)* |
| *Usual and Ordinary Household Goods and Furnishings (Mirrors, Stove, Microwave, Beds, Dressers, Night Stands, Wine Racks, Wine, Couches, Coffes Tables, Knick Knacks, Dining Room Table and Chairs, China Hutches/Breakfronts, End Tables, Piano, Rugs, Chairs,* <br> Line from *Schedule A/B*: **6.1** | $8,000.00 | ■ $8,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(3)* |

| Debtor 1 | **Joseph Martin Thomas** | | Case number (if known) | **20-10334 TPA** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Usual and Ordinary Electronics (2 TVs, Radio, Stereo, Computers, Security Equipment, etc.)**<br>Line from *Schedule A/B*: **7.1** | *$400.00* | ■ *$400.00*<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Artwork/Paintings/Antiques**<br>**The market for the sale of these assets is questionable in the current economic climate, and the proper valuation of said assets is uncertain.**<br>Line from *Schedule A/B*: **8.1** | *$250,000.00* | ■ *$4,000.00*<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Usual and Ordinary Wearing Apparel**<br>Line from *Schedule A/B*: **11.1** | *$1,000.00* | ■ *$1,000.00*<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | *$750.00* | ■ *$750.00*<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | *$300.00* | ■ *$300.00*<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking Account: Interest Bearing Checking Account @ PNC Bank, N.A.**<br>Line from *Schedule A/B*: **17.2** | *$4,384.28* | ■ *$800.49*<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Savings: Savings Account @ Widget Financial**<br>Line from *Schedule A/B*: **17.4** | *$219.51* | ■ *$219.51*<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **2374 Village Common Drive LLC - The business debts are greater than or equal to the business assets. Assest are approximately $7m; Debts are approximately $7m.**<br>**100%**<br>Line from *Schedule A/B*: **19.1** | *$1.00* | ■ *$1.00*<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Greater Erie Surgery Center LLC (Debtor owns majority interest; Dr. Difenbach owns the minority interest.)**<br>**The business debts are greater than the business assets.  Assets are approximately $1.3m; Debts are approximatley $6m.**<br>**Majority - 83.61%**<br>Line from *Schedule A/B*: **19.2** | *$1.00* | ■ *$1.00*<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Joseph Martin Thomas** | | Case number (if known) | **20-10334 TPA** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| *Tri-State Pain Institute LLC*<br>*The business debts are greater than the business assets. Assets are approximately $2.07m; Debts are approximately $7.95m.*<br>*100%*<br>Line from Schedule A/B: **19.3** | *$1.00* | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(5)* |
| *401(k): 401(k) w/ Mass Mutual - CoAdvantage Corporation, Retirement Savings Plan*<br>Line from Schedule A/B: **21.1** | *$29,000.00* | ■ $29,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(12)* |
| *Medical Licenses*<br>*1) Medical Doctor (Expires 10/1/2020) (OH)*<br>*2) Medical Physician and Surgeon (Expires 12/31/2020) (PA)*<br>*3) Doctor (Expires 7/31/2020) (NY)*<br>Line from Schedule A/B: **27.1** | *$1.00* | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(5)* |
| *Social Security Benefits*<br>Line from Schedule A/B: **30.1** | *$1.00* | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *42 U.S.C. § 407* |
| *Insurance Policy through Knights of Columbus in the face amount of $5,000.00.*<br>Line from Schedule A/B: **31.1** | *$21,377.25* | ■ $13,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(8)* |
| *Two Professional Liability Insurance Policies - Physician Policies:*<br>*NORCAL Mutual Insurance Company (2017 and 2018 through June 28, 2018)*<br>*Beneficiary: Not applicable.*<br>Line from Schedule A/B: **31.2** | *$1.00* | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(5)* |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Joseph Martin Thomas* |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | *20-10334 TPA* |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |
| **2.1**   *Ally Bank* | Describe the property that secures the claim: | $49,066.02 | $26,675.00 | $22,391.02 |

Creditor's Name

Describe the property that secures the claim:

*2017 Ford Super Duty F-250 Debtor intends to sell or surrender this vehicle. VIN 1FT7X2B65HEE62124*

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

*P.O. Box 380901*
*Bloomington, MN 55438*

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| | | |
|---|---|---|
| **Date debt was incurred** *09/2017* | **Last 4 digits of account number** *1912* | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | **Joseph Martin Thomas** | | Case number (if known) | **20-10334 TPA** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| 2.2 | **Ally Bank** | Describe the property that secures the claim: | **$14,000.00** | **$22,425.00** | **$0.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

Describe the property that secures the claim:

**2016 Ford F-150**
**Debtor intends to sell or surrender this vehicle.**
**VIN 1FTEW1EF8GKE73067**

**P.O. Box 380901**
**Bloomington, MN 55438**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **10/2016**     Last 4 digits of account number   **4779**

| 2.3 | **Charles R. Burger** | Describe the property that secures the claim: | **$0.00** | **$299,900.00** | **$0.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

Describe the property that secures the claim:

**9830 Wattsburg Road Erie, PA 16509  Erie County**
**Subject to Mortgages in favor of (1st) PNC Bank, N.A. and (2nd) Wells Fargo Bank, N.A.; Real Estate Taxes also act as a lien; Also encumbered by Internal Revenue Service Tax Liens ($460,560.3**

**Margaret J. Burger**
**9890 Wattsburg Road**
**Erie, PA 16509**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)   **Mortgage Recorded in Record Book 327, Page 2382**

Date debt was incurred   **3/22/1994**     Last 4 digits of account number   _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **Joseph Martin Thomas**

First Name    Middle Name    Last Name

Case number (if known)    **20-10334 TPA**

| 2.4 | **City of Erie Tax Collector** | Describe the property that secures the claim: | $33,674.70 | $1,250,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2100 South Shore Drive Erie, PA 16505  Erie County
Subject to a Mortgage in favor of PNC Bank; Real Estate Taxes also act as a lien; Also encumbered by Internal Revenue Service Tax Liens ($460,560.32) and Pa. Dept. of Revenue Tax Liens ($2**

**626 State Street
Room 105
Erie, PA 16401**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred    **2020 Real Estate Taxes**

Last 4 digits of account number    _____

| 2.5 | **Fifth Third Bank** | Describe the property that secures the claim: | $7,132.00 | $12,575.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2014 Ford F-150
Debtor intends to retain this vehicle.
VIN 1FTFW1R67EFC66190**

**5050 Kingsley Drive
Cincinnati, OH
45263-9998**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred    **09/2014**

Last 4 digits of account number    **1124**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Joseph Martin Thomas**

| First Name | Middle Name | Last Name | Case number (if known)    **20-10334 TPA** |

| 2.6 | **Internal Revenue Service** | Describe the property that secures the claim: | $460,560.32 | $2,401,073.81 | $0.00 |

Creditor's Name

**ATTN: Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

| *All property of Debtor, including, but not limited to, all motor vehicles.  Tax Liens at 30954-2018 and 31126-2018; Debtor has been making payments of $8,500.00 per month.* |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    *Income Tax*

Date debt was incurred _____    Last 4 digits of account number    *2016,2017,2018*

---

| 2.7 | **Northwest Bank** | Describe the property that secures the claim: | $0.00 | $285,000.00 | $0.00 |

Creditor's Name

**100 Liberty Street Drawer 128 Warren, PA 16365-0128**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

| *9830 Wattsburg Road Erie, PA 16509  Erie County; Lots on Village Common Drive - Tax Index No. 33-123-418.0-034.01* |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    *Mortgages recorded at Instrument Nos. 2012-004769 and 2012-004767*

Date debt was incurred    *2/24/2012*    Last 4 digits of account number _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Joseph Martin Thomas** | | | Case number (if known) | **20-10334 TPA** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.8 | **Pa. Dept. of Revenue** | Describe the property that secures the claim: | $29,118.35 | $2,401,073.81 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Dept. 280946
Harrisburg, PA
17128-0946**

Number, Street, City, State & Zip Code

*All property of the Debtor, including, but not limited to all motor vehicles.  Tax Liens at 32118-12018 and 30321-2019; Debtor has been making monthly payments of $2,429.28; Balance due per 2/7/2020 notice.*

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **2016 and 2017**    Last 4 digits of account number _____

| 2.9 | **PNC Bank** | Describe the property that secures the claim: | $640,129.69 | $1,250,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2730 Liberty Avenue
Pittsburgh, PA 15222**

Number, Street, City, State & Zip Code

*2100 South Shore Drive Erie, PA 16505  Erie County*

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) *Mortgage recorded in Record Book 1607, Page 1982 (Re-Recorded)*

Date debt was incurred **09/09/2009**    Last 4 digits of account number **3632**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Joseph Martin Thomas**

First Name          Middle Name          Last Name

Case number (if known)    **20-10334 TPA**

| 2.1 0 | **PNC Bank** | | $65,728.90 | $299,900.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**9830 Wattsburg Road Erie, PA 16509  Erie County Subject to Mortgages in favor of (1st) PNC Bank, N.A. and (2nd) Wells Fargo Bank, N.A.; Real Estate Taxes also act as a lien; Also encumbered by Internal Revenue Service Tax Liens ($460,560.3**

**2730 Liberty Avenue Pittsburgh, PA 15222**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  *Line of Credit; Record Book 1540, Page 1771*

Date debt was incurred   *1/26/2009*       Last 4 digits of account number   *9668*

| 2.1 1 | **Tax Collector** | | $8,380.97 | $299,900.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**9830 Wattsburg Road Erie, PA 16509  Erie County Subject to Mortgages in favor of (1st) PNC Bank, N.A. and (2nd) Wells Fargo Bank, N.A.; Real Estate Taxes also act as a lien; Also encumbered by Internal Revenue Service Tax Liens ($460,560.3**

**Township of Greene 8628 Wattsburg Road Erie, PA 16509**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   *2020 Real Estate Taxes*       Last 4 digits of account number

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Joseph Martin Thomas**

First Name        Middle Name        Last Name

Case number (if known)   **20-10334 TPA**

| 2.1 2 | **Tax Collector** | | $4,329.79 | $399,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **Village Common Drive Erie, PA 16506  Erie County Lot 15; Tax Index No. 33-123-418.0-034.01 Subject to a 1st Mortgage in favor of Wells Fargo Bank, N.A.; Real estate taxes also act as a lien; Also encumbered by Internal Revenue Service Tax**

**Township of Millcreek
3608 West 26th Street
Erie, PA 16506**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **2020 Real Estate Taxes**

Last 4 digits of account number   _____

---

| 2.1 3 | **Wells Fargo Bank, N.A.** | | $569,602.42 | $674,900.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **2ND/9830 Wattsburg Road, Erie, Pennsylvania; 1ST/Lot on Village Common Drive (Tax ID No. 33-123-418-0-034.01); Each parcel secures $1,208,000.00 of the underlying debt; Line of Credit not to exceed $2,416,000.00; Personal Guarantee**

**4101 Wiseman Blvd.
Building 307
San Antonio, TX 78251**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Mortgages/Instrument Nos. 2016-027941 and 2016-027942**

Date debt was incurred   **12/22/2016**

Last 4 digits of account number   _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Joseph Martin Thomas**  _____   Case number (if known)   **20-10334 TPA**
   First Name       Middle Name       Last Name

| 2.14 | **Widget Federal Credit Union** | Describe the property that secures the claim: | **$49,335.23** | **$23,600.00** | **$25,735.23** |
|---|---|---|---|---|---|

Creditor's Name

**2017 Ford F-150**
**The Debtor intends to sell or surrender this vehicle.**
**VIN 1FTEW1EF8HKD62536**

**2154 East Lake Road**
**Erie, PA 16511**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **07/2017**      Last 4 digits of account number   **0002**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,931,058.39** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,931,058.39** |

### Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐   Name, Number, Street, City, State & Zip Code
**Attorney General of Pennsylvania**
**Western Regional Office**
**1251 Watefront Place**
**Mezzanine Level**
**Pittsburgh, PA 15222**

On which line in Part 1 did you enter the creditor?   **2.8**

Last 4 digits of account number ___

☐   Name, Number, Street, City, State & Zip Code
**Salene Mazur Kraemer, Esquire**
**Trisha Hudkins, Esquire**
**Bernstein-Burkley P.C.**
**707 Grant St., Suite 2200, Gulf Tower**
**Pittsburgh, PA 15219**

On which line in Part 1 did you enter the creditor?   **2.13**

Last 4 digits of account number ___

☐   Name, Number, Street, City, State & Zip Code
**United States Attorney's Office**
**Western District of Pennsylvania**
**Joseph F. Weis, Jr. U.S. Courthouse**
**700 Grant Street, Suite 4000**
**Pittsburgh, PA 15219**

On which line in Part 1 did you enter the creditor?   **2.6**

Last 4 digits of account number ___

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Joseph Martin Thomas* |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | *20-10334 TPA* |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Berkheimer** | Last 4 digits of account number ___ ___ ___ ___ | *$13,200.00* | *$13,200.00* | *$0.00* |
| Priority Creditor's Name | | | | |
| *P.O. Box 25153* | When was the debt incurred?  *2019* | | | |
| *Lehigh Valley, PA 18002-5153* | | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |
| **Who incurred the debt?** Check one. | ☐ Contingent | | | |
| ■ Debtor 1 only | ☐ Unliquidated | | | |
| ☐ Debtor 2 only | ☐ Disputed | | | |
| ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| ☐ **Check if this claim is for a community debt** | ■ Taxes and certain other debts you owe the government | | | |
| **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| ■ No | ☐ Other. Specify _____ | | | |
| ☐ Yes | *Estimated 2019 Local Tax Liability* | | | |

Debtor 1    **Joseph Martin Thomas**

Case number *(if known)*    **20-10334 TPA**

---

| 2.2 | **Internal Revenue Service** | | **$140,000.0 0** | **$140,000.00** | **$0.00** |

Priority Creditor's Name
**ATTN: Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?    **2019**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

*Estimated 2019 Tax Liability*

---

| 2.3 | **Pa. Dept. of Revenue** | | **$22,299.47** | **$22,299.47** | **$0.00** |

Priority Creditor's Name
**Dept. 280946**
**Harrisburg, PA 17128-0946**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?    **2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

*2018 Income Tax - Balance due per 2/7/2020 Notice*

---

| 2.4 | **Pa. Dept. of Revenue** | | **$25,000.00** | **$25,000.00** | **$0.00** |

Priority Creditor's Name
**Dept. 280946**
**Harrisburg, PA 17128-0946**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?    **2019**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

*Estimated 2019 Tax Liability*

---

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority

Debtor 1  **Joseph Martin Thomas**                              Case number (if known)  **20-10334 TPA**

unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1**  **Bank of America, N.A.**

Nonpriority Creditor's Name

**P.O. Box 15222**
**Wilmington, DE 19886-5222**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **2680**        **$18,092.48**

When was the debt incurred?    **2018-2020**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card Purchases - MasterCard (Business Card)**

---

**4.2**  **Barclay Card**

Nonpriority Creditor's Name

**Card Services**
**P.O. Box 13337**
**Philadelphia, PA 19101-3337**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **7806**        **$42,592.41**

When was the debt incurred?    **2016-2020**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card Purchases/Barclays American Airlines MasterCard**

---

**4.3**  **Best Wildlife Services**

Nonpriority Creditor's Name

**P.O. Box 36**
**Erie, PA 16512**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number            **$8,696.40**

When was the debt incurred?    **2018-2019**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Services Provided**

---

Debtor 1    *Joseph Martin Thomas*                                                          Case number (if known)    *20-10334 TPA*

---

| 4.4 | **Brian S. Clark** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name

**Beth Clark**
**10479 Route 19**
**Waterford, PA 16441**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Professional Liability Lawsuit*

---

| 4.5 | **Candor Surgical Management, Inc.** | Last 4 digits of account number _____ | **$1,109,464.24** |

Nonpriority Creditor's Name

**1180 Adams Lane**
**Southlake, TX 76092**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Promissory Note*

---

| 4.6 | **Dahlkemper Landscape & Maintenance** | Last 4 digits of account number _____ | **$3,088.00** |

Nonpriority Creditor's Name

**2558 Hillborn Avenue**
**Erie, PA 16505**

Number Street City State Zip Code

**When was the debt incurred?**    *12/2019*

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Landscaping Services Provided*

---

Debtor 1   **Joseph Martin Thomas**

Case number *(if known)*   **20-10334 TPA**

---

| 4.7 | **Darin Williamson** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name

**22370 Britton Road**
**Spartansburg, PA 16434**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Professional Liability Lawsuit*

---

| 4.8 | **Ernest Guichard** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name

**9 Church Street**
**Charlotte Villa 2, Apt. 503**
**Sinclairville, NY 14782**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Professional Liability Lawsuit - New York*

---

| 4.9 | **Frederick J. Marchinetti, II** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name

**11538 Route 19**
**Waterford, PA 16441**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Professional Liability Lawsuit*

---

Debtor 1   **Joseph Martin Thomas**                                    Case number (if known)    **20-10334 TPA**

---

| 4.1 0 | **George W. Connor MD** | Last 4 digits of account number _____ | **$1.00** |

Nonpriority Creditor's Name
**207 South Main Street, Suite 140**
**Jamestown, NY 14701**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   *Professional Liability/Insurance Cross-Claim*

---

| 4.1 1 | **Greater Erie Surgery Center LLC** | Last 4 digits of account number _____ | **$36,459.84** |

Nonpriority Creditor's Name
**2374 Village Common Drive**
**Erie, PA 16506**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   *Loan*

---

| 4.1 2 | **Harold Hewitt, Esquire** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**5935 Shady Hollow Drive**
**Erie, PA 16506**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   *Professional Liability Lawsuit*

---

Debtor 1  **Joseph Martin Thomas**                                          Case number (*if known*)    **20-10334 TPA**

---

**4.1 3**

**Kelly S. Buck**                                          Last 4 digits of account number _____          **$50,000.00**

Nonpriority Creditor's Name

**Scott A. Buck**                                          When was the debt incurred? _____
**3101 Broadlawn Drive**
**Erie, PA 16506**

Number Street City State Zip Code                         **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                           ■ Contingent

☐ Debtor 2 only                                           ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                              ■ Disputed

■ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**        ☐ Student loans

**Is the claim subject to offset?**                       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                     ■ Other. Specify    *Professional Liability Lawsuit*

---

**4.1 4**

**Lester Spencer**                                        Last 4 digits of account number _____          **$50,000.00**

Nonpriority Creditor's Name

**Chris Spencer**                                          When was the debt incurred? _____
**337 East 21st Street**
**Erie, PA 16503**

Number Street City State Zip Code                         **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                           ■ Contingent

☐ Debtor 2 only                                           ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                              ■ Disputed

■ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**        ☐ Student loans

**Is the claim subject to offset?**                       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                     ■ Other. Specify    *Professional Liability Lawsuit*

---

**4.1 5**

**MacDonald Illig**                                        Last 4 digits of account number _____          **$39,759.74**

Nonpriority Creditor's Name

**100 State Street**                                       When was the debt incurred? _____
**Suite 700**
**Erie, PA 16507**

Number Street City State Zip Code                         **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                           ☐ Contingent

☐ Debtor 2 only                                           ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                              ☐ Disputed

☐ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**        ☐ Student loans

**Is the claim subject to offset?**                       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                     ■ Other. Specify    *Legal Fees*

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Joseph Martin Thomas**                                                                    Case number (if known)    **20-10334 TPA**

---

| 4.1 6 | **Marjorie A. Weidner** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name
**20323 State Highway 89**
**Spartansburg, PA 16434**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    *Professional Liability Lawsuit*

---

| 4.1 7 | **Mr. and Mrs. Steven E. Ribbing** | Last 4 digits of account number | | $1.00 |

Nonpriority Creditor's Name
**c/of Matthew W. Loughren, Esquire**
**310 Grant Street, Suite 2800**
**Grant Bldg.**
**Pittsburgh, PA 15219**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    *Professional Liability*

---

| 4.1 8 | **Northwest Bank** | Last 4 digits of account number | | $1.00 |

Nonpriority Creditor's Name
**100 Liberty Street**
**Drawer 128**
**Warren, PA 16365-0128**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    *Unsatisfied Mortgage relating to 9790 Wattsburg Road, Erie, PA recorded at Instrument No. 2012-004768. Please note this property is no longer owned by Dr. Thomas.*

---

Official Form 106 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page  8 of 15

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1   **Joseph Martin Thomas**                                    Case number (if known)   **20-10334 TPA**

---

| 4.1 9 | **Rita Jennings** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**George Jennings**
**5524 West 52nd Street**
**Fairview, PA 16415**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Professional Liability Lawsuit**

---

| 4.2 0 | **Sharon L. Kulig** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Steven B. Kulig**
**10 Hunter Street**
**Jamestown, NY 14701**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Professional Liability Lawsuit - New York**

---

| 4.2 1 | **Small Business Administration** | Last 4 digits of account number   **5007** | **$2,461,784.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**an agency of the U.S. Government**
**660 American Avenue, Suite 301**
**King of Prussia, PA 19406**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal Guarantee**

---

Debtor 1    **Joseph Martin Thomas**                                    Case number *(if known)*    **20-10334 TPA**

---

| 4.2 2 | **Steven Kinross** | Last 4 digits of account number | **$50,000.00** |

Nonpriority Creditor's Name

**Kathy Kinross**
**507 Sanford Place**
**Erie, PA 16511**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    *Professional Liability Lawsuit*

---

| 4.2 3 | **TIAA Commercial Finance, Inc.** | Last 4 digits of account number | **$1,706,000.00** |

Nonpriority Creditor's Name

**390 S. Woods Mill Road**
**Suite 300**
**Chesterfield, MO 63017**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    *Personal Guaranty; Secured by property owned by Tri-State Pain Institute LLC; Lawsuit @ U.S. District Court, Western District of PA 19-cv-00335*

---

| 4.2 4 | **UMPC Chautauqua at WCA** | Last 4 digits of account number | **$1.00** |

Nonpriority Creditor's Name

**207 Foote Avenue**
**Jamestown, NY 14702**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    *Professional Liability/Insurance Cross-Claim*

---

Debtor 1   *Joseph Martin Thomas*                                              Case number *(if known)*   *20-10334 TPA*

---

| 4.2 5 | | |
|---|---|---|

**Vanessa G. Ramlal MD**                    Last 4 digits of account number _____    $1.00
Nonpriority Creditor's Name
**207 Foote Avenue**                          When was the debt incurred? _____
**Jamestown, NY 14702**
Number Street City State Zip Code             **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                               ■ Contingent

☐ Debtor 2 only                               ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ■ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims

■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts

                                              ■ Other. Specify   *Professional Liability/Insurance*
☐ Yes                                                            *Cross-Claim*

---

| 4.2 6 | | |
|---|---|---|

**Wells Fargo Bank, N.A.**                    Last 4 digits of account number _____    $3,593,156.63
Nonpriority Creditor's Name
**4101 Wiseman Blvd.**                         When was the debt incurred? _____
**Building 307**
**San Antonio, TX 78251**
Number Street City State Zip Code             **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                               ☐ Contingent

☐ Debtor 2 only                               ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ☐ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims

■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts

                                              ■ Other. Specify   *Personal Guarantee*
☐ Yes

---

| 4.2 7 | | |
|---|---|---|

**Zubin Menon MD**                            Last 4 digits of account number _____    $1.00
Nonpriority Creditor's Name
**565 Abbott Road**                           When was the debt incurred? _____
**Buffalo, NY 14220**
Number Street City State Zip Code             **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                               ■ Contingent

☐ Debtor 2 only                               ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ■ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims

■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts

                                              ■ Other. Specify   *Professional Liability/Insurance*
☐ Yes                                                            *Cross-Claim*

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency
is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

---

| Debtor 1 | *Joseph Martin Thomas* | Case number *(if known)* | *20-10334 TPA* |

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| *Anthony K. Arroyo, Esquire*<br>*660 American Avenue, Suite 301*<br>*King of Prussia, PA 19406* | Line *4.21* of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| *Benjamin A. Post, Esquire*<br>*Post & Post LLC*<br>*920 Cassatt Road*<br>*200 Berwyn Park, Suite 102*<br>*Berwyn, PA 19312* | Line *4.16* of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| *David L. Hunter, Jr., Esquire*<br>*821 State Street*<br>*Erie, PA 16501* | Line *4.14* of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| *David L. Hunter, Jr., Esquire*<br>*821 State Street*<br>*Erie, PA 16501* | Line *4.22* of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| *Francis J. Klemensic, Esquire*<br>*Dickie McCamey & Chilcote PC*<br>*100 State Street, Suite 508*<br>*Erie, PA 16507* | Line *4.12* of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| *Francis M. Letro, Esquire*<br>*The Dun Building*<br>*10th Floor*<br>*110 Pearl Street*<br>*Buffalo, NY 14202* | Line *4.20* of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| *James D. McDonald, Jr., Esquire*<br>*100 State Street*<br>*Suite 700*<br>*Erie, PA 16507* | Line *4.7* of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| *James D. McDonald, Jr., Esquire*<br>*100 State Street*<br>*Suite 700*<br>*Erie, PA 16507* | Line *4.9* of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| *James D. McDonald, Jr., Esquire*<br>*100 State Street*<br>*Suite 700*<br>*Erie, PA 16507* | Line *4.12* of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| *James D. McDonald, Jr., Esquire*<br>*100 State Street*<br>*Suite 700*<br>*Erie, PA 16507* | Line *4.13* of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

| Debtor 1 | *Joseph Martin Thomas* | | Case number *(if known)* | *20-10334 TPA* |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *James D. McDonald, Jr., Esquire*<br>*100 State Street*<br>*Suite 700*<br>*Erie, PA 16507* | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *James D. McDonald, Jr., Esquire*<br>*100 State Street*<br>*Suite 700*<br>*Erie, PA 16507* | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *James D. McDonald, Jr., Esquire*<br>*100 State Street*<br>*Suite 700*<br>*Erie, PA 16507* | Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *James D. McDonald, Jr., Esquire*<br>*100 State Street*<br>*Suite 700*<br>*Erie, PA 16507* | Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *Jason M. Telaak, Esquire*<br>*8274 North Main Street*<br>*Eden, NY 14057* | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *Jason Matzus, Esquire*<br>*Matzus Law LLC*<br>*310 Grant Street*<br>*Suite 3210*<br>*Pittsburgh, PA 15219* | Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *Laurie C. TeWinkle, Esquire*<br>*Law Offices of L.C. TeWinkle*<br>*821 State Street*<br>*Erie, PA 16501* | Line **4.9** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *Laurie C. TeWinkle, Esquire*<br>*Law Offices of L.C. TeWinkle*<br>*821 State Street*<br>*Erie, PA 16501* | Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *Laurie C. TeWinkle, Esquire*<br>*Law Offices of L.C. TeWinkle*<br>*821 State Street*<br>*Erie, PA 16501* | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *Micheal F.J. Romano, Esquire*<br>*Ramano, Garubo, & Argentieri*<br>*P.O. Box 456*<br>*52 Newton Avenue* | Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   *Joseph Martin Thomas*                              Case number *(if known)*   *20-10334 TPA*

*Woodbury, NJ 08096*

|  | Last 4 digits of account number |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *Paul J. Susko, Esquire*<br>*502 Parade Street*<br>*Erie, PA 16507* | Line *4.12* of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *Peter A. Pentz, Esquire*<br>*246 West Tenth Street*<br>*Erie, PA 16501* | Line *4.4* of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *Philip C. Chapman III, Esquire*<br>*Pribanic & Pribanic*<br>*513 Court Place*<br>*Pittsburgh, PA 15219* | Line *4.7* of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *Ronald M. Puntil, Jr., Esquire*<br>*Cipriani & Werner*<br>*650 Washington Road*<br>*Suite 700*<br>*Pittsburgh, PA 15228* | Line *4.4* of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *Ronald M. Puntil, Jr., Esquire*<br>*Cipriani & Werner*<br>*650 Washington Road*<br>*Suite 700*<br>*Pittsburgh, PA 15228* | Line *4.7* of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *Ronald M. Puntil, Jr., Esquire*<br>*Cipriani & Werner*<br>*650 Washington Road*<br>*Suite 700*<br>*Pittsburgh, PA 15228* | Line *4.9* of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *Ronald M. Puntil, Jr., Esquire*<br>*Cipriani & Werner*<br>*650 Washington Road*<br>*Suite 700*<br>*Pittsburgh, PA 15228* | Line *4.12* of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *Ronald M. Puntil, Jr., Esquire*<br>*Cipriani & Werner*<br>*650 Washington Road*<br>*Suite 700*<br>*Pittsburgh, PA 15228* | Line *4.13* of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| *Ronald M. Puntil, Jr., Esquire*<br>*Cipriani & Werner*<br>*650 Washington Road*<br>*Suite 700*<br>*Pittsburgh, PA 15228* | Line *4.16* of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

Debtor 1    **Joseph Martin Thomas**

Case number (if known)    **20-10334 TPA**

| | |
|---|---|
| Name and Address<br>**Ronald M. Puntil, Jr., Esquire**<br>**Cipriani & Werner**<br>**650 Washington Road**<br>**Suite 700**<br>**Pittsburgh, PA 15228** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Salene Mazur Kraemer, Esquire**<br>**Trisha Hudkins, Esquire**<br>**Bernstein-Burkley P.C.**<br>**707 Grant St., Suite 2200, Gulf Tower**<br>**Pittsburgh, PA 15219** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.26** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**SBA**<br>**721 19th Street**<br>**Denver, CO 80202** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.21** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 200,499.47 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 200,499.47 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 9,569,099.74 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 9,569,099.74 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Joseph Martin Thomas* |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | *20-10334 TPA* |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | *Core Erie MOB LP*<br>*1515 Lake Shore Drive*<br>*Suite 225*<br>*Columbus, OH 43204* | *Memorandum of Option - Option to Purchase RE: Lots on Village Common Drive, Tax Index No. 33-123-418.0-034.01; Term is through May 22, 2027.* |
| 2.2 | *Edward M. Zimm, or Assigns*<br>*300 State Street,*<br>*Suite 200*<br>*Erie, PA 16507* | *Standard Agreement for Sale of Vacant Land RE: Tax Index No. 33-123-418.0-034.01 (Village Common Drive) dated November 8, 2019 for the sum of $375,000.00.* |
| 2.3 | *Glenn Morisue*<br>*6201 1/2 Lake Road West*<br>*Ashtabula, OH 44004* | *Purchase of Art Work - $250.00 per month; Balance due of $19,500.00* |
| 2.4 | *Howard Hanna Real Estate Services*<br>*ATTENTION: Kathe W. Rafferty*<br>*4248 West 12th Street*<br>*Erie, PA 16505* | *Listing Contract (Seller Agency Contract) RE: 2100 South Shore Drive, Erie, PA 16505*<br>*List Price: $1,225,000.00*<br>*Expires: 2/26/2021* |
| 2.5 | *KADA Gallery*<br>*2632 West Eighth Street*<br>*Erie, PA 16505* | *Purchase of Artwork - Balance due on contract is $176,767.33.* |
| 2.6 | *Marsh Realty, Inc.*<br>*ATTENTION:  Gary V. Marsh*<br>*116 1/2 W. Spring Street*<br>*Titusville, PA 16354* | *Listing Contract (Seller Agency Contract)- RE: Lot 15 & 16 Village Common Drive, Index No. 33-123-418.0-034.01*<br>*List Price: $399,000.00*<br>*Expires: 6/30/2020 at 11:59 p.m.* |
| 2.7 | *Pat Baldino Fine Art*<br>*64 Vernon Drive*<br>*Scarsdale, NY 10583* | *Purchase of Artwork: Balance due of $2,450.00* |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    *Joseph Martin Thomas*    Case number *(if known)*    *20-10334 TPA*

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.8 **Rick Rumball**<br>**4808 Red Coat Court**<br>**Raleigh, NC 27616** | *Purchase of Artwork - $2,000.00 PER MONTH; Balance due of $21,500.00* |
| 2.9 **Rick Taraszki**<br>**6103 West Lake Road**<br>**Erie, PA 16505** | *Property Maintenance/Repair - all real estate owned by Debtor*<br>*$500.00 per month - flat fee* |
| 2.10 **Thomas Charlton**<br>**Samantha Charlton**<br>**2936 West 15th Street**<br>**Erie, PA 16505** | *Standard Agreement for the Sale of Real Estate located at 9830 Wattsburgh Raod, Erie, Pennsylvania dated April 15, 2020 for a purchase price of $287,000.00.* |
| 2.11 **Wells Fargo Bank, National Association**<br>**301 S. Tryon Street**<br>**27th Floor**<br>**Charlotte, NC 28282** | *Assignment of Rents recorded at Instrument No. 2016-027944 RE: 9830 Wattsburg Road, Erie, PA 16509* |
| 2.12 **Wells Fargo Bank, National Association**<br>**301 S. Tryon Street**<br>**27th Floor**<br>**Charlotte, NC 28282** | *Assignment of Rents recorded at Instrument No. 2016-027945; RE: Lots on Village Common Drive, Tax Index No. 33-123-418.0-034.01* |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **_Joseph Martin Thomas_** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | **_20-10334 TPA_** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.*)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|---|
| 3.1 | **_2374 Village Common Drive LLC_** <br> **_2374 Village Common Drive_** <br> **_Erie, PA 16506_** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**_4.21_**___ <br> ☐ Schedule G _____ <br> **_Small Business Administration_** |
| 3.2 | **_2374 Village Common Drive LLC_** <br> **_2374 Village Common Drive_** <br> **_Erie, PA 16506_** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**_4.26_**___ <br> ☐ Schedule G _____ <br> **_Wells Fargo Bank, N.A._** |
| 3.3 | **_2374 Village Common Drive LLC_** <br> **_2374 Village Common Drive_** <br> **_Erie, PA 16506_** | ■ Schedule D, line ___**_2.13_**___ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **_Wells Fargo Bank, N.A._** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Joseph Martin Thomas**                                   Case number *(if known)*  **20-10334 TPA**

▓ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4  **Anglea Dunkle**<br>**2374 Village Common Drive**<br>**Suite 100**<br>**Erie, PA 16506** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___ **4.4** ___<br>☐ Schedule G _____<br>**Brian S. Clark** |
| 3.5  **George W. Connor MD**<br>**207 South Main Street, Suite 140**<br>**Jamestown, NY 14701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___ **4.20** ___<br>☐ Schedule G _____<br>**Sharon L. Kulig** |
| 3.6  **Greater Erie Surgery Center LLC**<br>**2374 Village Common Drive**<br>**Erie, PA 16506** | ■ Schedule D, line ___ **2.13** ___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Wells Fargo Bank, N.A.** |
| 3.7  **Greater Erie Surgery Center LLC**<br>**2374 Village Common Drive**<br>**Erie, PA 16506** | ■ Schedule D, line ___ **2.7** ___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Northwest Bank** |
| 3.8  **Greater Erie Surgery Center LLC**<br>**2374 Village Common Drive**<br>**Erie, PA 16506** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___ **4.12** ___<br>☐ Schedule G _____<br>**Harold Hewitt, Esquire** |
| 3.9  **Greater Erie Surgery Center LLC**<br>**2374 Village Common Drive**<br>**Erie, PA 16506** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___ **4.16** ___<br>☐ Schedule G _____<br>**Marjorie A. Weidner** |
| 3.10  **Greater Erie Surgery Center LLC**<br>**2374 Village Common Drive**<br>**Erie, PA 16506** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___ **4.26** ___<br>☐ Schedule G _____<br>**Wells Fargo Bank, N.A.** |
| 3.11  **Greater Erie Surgery Center LLC**<br>**2374 Village Common Drive**<br>**Erie, PA 16506** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___ **4.21** ___<br>☐ Schedule G _____<br>**Small Business Administration** |

Debtor 1    **Joseph Martin Thomas**                                      Case number *(if known)*    **20-10334 TPA**

---

| ▮ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12    **Heather Adams Szymczak**<br>**2374 Village Common Drive**<br>**Suite 100**<br>**Erie, PA 16506** | ☐ Schedule D, line _____<br>▉ Schedule E/F, line    **4.4**<br>☐ Schedule G _____<br>**Brian S. Clark** |
| 3.13    **John Doe & Jane Doe**<br>**2374 Village Common Drive**<br>**Suite 100**<br>**Erie, PA 16506** | ☐ Schedule D, line _____<br>▉ Schedule E/F, line    **4.12**<br>☐ Schedule G _____<br>**Harold Hewitt, Esquire** |
| 3.14    **Jung-Woo Ma, MD**<br>**2374 Village Common Drive**<br>**Suite 100**<br>**Erie, PA 16506** | ☐ Schedule D, line _____<br>▉ Schedule E/F, line    **4.4**<br>☐ Schedule G _____<br>**Brian S. Clark** |
| 3.15    **Tri-State Pain Institute LLC**<br>**2374 Village Common Drive**<br>**Erie, PA 16506** | ☐ Schedule D, line _____<br>▉ Schedule E/F, line    **4.9**<br>☐ Schedule G _____<br>**Frederick J. Marchinetti, II** |
| 3.16    **Tri-State Pain Institute LLC**<br>**2374 Village Common Drive**<br>**Erie, PA 16506** | ☐ Schedule D, line _____<br>▉ Schedule E/F, line    **4.8**<br>☐ Schedule G _____<br>**Ernest Guichard** |
| 3.17    **Tri-State Pain Institute LLC**<br>**2374 Village Common Drive**<br>**Erie, PA 16506** | ☐ Schedule D, line _____<br>▉ Schedule E/F, line    **4.7**<br>☐ Schedule G _____<br>**Darin Williamson** |
| 3.18    **Tri-State Pain Institute LLC**<br>**2374 Village Common Drive**<br>**Erie, PA 16506** | ☐ Schedule D, line _____<br>▉ Schedule E/F, line    **4.4**<br>☐ Schedule G _____<br>**Brian S. Clark** |
| 3.19    **Tri-State Pain Institute LLC**<br>**2374 Village Common Drive**<br>**Erie, PA 16506** | ☐ Schedule D, line _____<br>▉ Schedule E/F, line    **4.12**<br>☐ Schedule G _____<br>**Harold Hewitt, Esquire** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor 1    **Joseph Martin Thomas**                                Case number *(if known)*    **20-10334 TPA**

---

| █ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.20   **Tri-State Pain Institute LLC**
       **2374 Village Common Drive**
       **Erie, PA 16506**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.13**___
☐ Schedule G _____
**Kelly S. Buck**

---

3.21   **Tri-State Pain Institute LLC**
       **2374 Village Common Drive**
       **Erie, PA 16506**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.14**___
☐ Schedule G _____
**Lester Spencer**

---

3.22   **Tri-State Pain Institute LLC**
       **2374 Village Common Drive**
       **Erie, PA 16506**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.16**___
☐ Schedule G _____
**Marjorie A. Weidner**

---

3.23   **Tri-State Pain Institute LLC**
       **2374 Village Common Drive**
       **Erie, PA 16506**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.19**___
☐ Schedule G _____
**Rita Jennings**

---

3.24   **Tri-State Pain Institute LLC**
       **2374 Village Common Drive**
       **Erie, PA 16506**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.20**___
☐ Schedule G _____
**Sharon L. Kulig**

---

3.25   **Tri-State Pain Institute LLC**
       **2374 Village Common Drive**
       **Erie, PA 16506**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.22**___
☐ Schedule G _____
**Steven Kinross**

---

3.26   **Tri-State Pain Institute LLC**
       **2374 Village Common Drive**
       **Erie, PA 16506**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.23**___
☐ Schedule G _____
**TIAA Commercial Finance, Inc.**

---

3.27   **Tri-State Pain Institute LLC**
       **2374 Village Common Drive**
       **Erie, PA 16506**

■ Schedule D, line ___**2.13**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Wells Fargo Bank, N.A.**

---

| Debtor 1 | **Joseph Martin Thomas** | | Case number *(if known)* | **20-10334 TPA** |

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.28  **Tri-State Pain Institute LLC**<br>**2374 Village Common Drive**<br>**Erie, PA 16506** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>**Wells Fargo Bank, N.A.** |
| 3.29  **Tri-State Pain Institute LLC**<br>**2374 Village Common Drive**<br>**Erie, PA 16506** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.30  **UPMC Chautauqua at WCA**<br>**207 Foote Avenue**<br>**Jamestown, NY 14702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>**Sharon L. Kulig** |
| 3.31  **Vanessa G. Ramlal MD**<br>**207 Foote Avenue**<br>**Jamestown, NY 14702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>**Sharon L. Kulig** |
| 3.32  **Zubin Menon MD**<br>**565 Abbott Road**<br>**Buffalo, NY 14220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>**Sharon L. Kulig** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | *Joseph Martin Thomas* |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (If known) | *20-10334 TPA* |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                        12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:       Describe Employment

| 1. | **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | | **Occupation** | *Self-Employed Physician* | |
| | Include part-time, seasonal, or self-employed work. | **Employer's name** | *Tri-State Pain Institute LLC* | |
| | | **Employer's address** | *2374 Village Common Drive*<br>*Suite 100*<br>*Erie, PA 16506* | |
| | Occupation may include student or homemaker, if it applies. | | | |
| | | **How long employed there?** | *25 Years* | |

### Part 2:       Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ *30,000.00* | $ *N/A* |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ *0.00* | +$ *N/A* |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4. | $ *30,000.00* | $ *N/A* |

Debtor 1    **Joseph Martin Thomas**                                        Case number (*if known*)    **20-10334 TPA**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $    **30,000.00** | $    **N/A** |

**5. List all payroll deductions:**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $    **10,200.00** | $    **N/A** |
| 5b. | Mandatory contributions for retirement plans | 5b. | $    **0.00** | $    **N/A** |
| 5c. | Voluntary contributions for retirement plans | 5c. | $    **0.00** | $    **N/A** |
| 5d. | Required repayments of retirement fund loans | 5d. | $    **0.00** | $    **N/A** |
| 5e. | Insurance | 5e. | $    **0.00** | $    **N/A** |
| 5f. | Domestic support obligations | 5f. | $    **0.00** | $    **N/A** |
| 5g. | Union dues | 5g. | $    **0.00** | $    **N/A** |
| 5h. | Other deductions. Specify: | 5h.+ | $    **0.00** + | $    **N/A** |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $    **10,200.00**    $    **N/A**

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $    **19,800.00**    $    **N/A**

**8. List all other income regularly received:**

| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $    **0.00** | $    **N/A** |
|---|---|---|---|---|
| 8b. | **Interest and dividends** | 8b. | $    **0.00** | $    **N/A** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $    **0.00** | $    **N/A** |
| 8d. | **Unemployment compensation** | 8d. | $    **0.00** | $    **N/A** |
| 8e. | **Social Security** | 8e. | $    **2,127.60** | $    **N/A** |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $    **0.00** | $    **N/A** |
| 8g. | **Pension or retirement income** | 8g. | $    **0.00** | $    **N/A** |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $    **0.00** + | $    **N/A** |

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $    **2,127.60**    $    **N/A**

**10. Calculate monthly income.** Add line 7 + line 9.    10.    $    **21,927.60** +    $    **N/A** =    $    **21,927.60**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    11.    +$    **0.00**

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $    **21,927.60**

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain:    *Debtor's income from employment is paid in accordance with the Order at Document No. 41 in the Bankruptcy filed by Tri-State Pain Institute LLC at Case No. 20-10049.*

*Social Security Income as listed is after a deduction for Medicare Part B ($491.60) and Medicare Part D (76.40), for net Social Security of $2,127.60.*

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | *Joseph Martin Thomas* |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (If known) | *20-10334 TPA* |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents names.

    ☐ Yes.   Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

    ■ No
    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | *800.00* |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | *0.00* |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | *422.50* |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | *835.00* |
| 4d. | Homeowner's association or condominium dues | 4d. $ | *0.00* |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | *0.00* |

| Debtor 1 | **Joseph Martin Thomas** | Case number (if known) | **20-10334 TPA** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.    Electricity, heat, natural gas | 6a. $ | **350.00** |
| | 6b.    Water, sewer, garbage collection | 6b. $ | **95.00** |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **211.00** |
| | 6d.    Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **800.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **150.00** |
| 10. | **Personal care products and services** | 10. $ | **150.00** |
| 11. | **Medical and dental expenses** | 11. $ | **590.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12. $ | **375.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **411.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.    Life insurance | 15a. $ | **0.00** |
| | 15b.    Health insurance | 15b. $ | **262.00** |
| | 15c.    Vehicle insurance | 15c. $ | **395.00** |
| | 15d.    Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify:    **Internal Revenue Service** | 16. $ | **8,500.00** |
| | Specify:    **Pa. Revenue Service** | $ | **2,429.28** |
| | Specify:    **Local Services Tax** | $ | **4.34** |
| 17. | **Installment or lease payments:** | | |
| | 17a.    Car payments for Vehicle 1 | 17a. $ | **1,018.86** |
| | 17b.    Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c.    Other. Specify: | 17c. $ | **0.00** |
| | 17d.    Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | |
| | Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.    Mortgages on other property | 20a. $ | **0.00** |
| | 20b.    Real estate taxes | 20b. $ | **0.00** |
| | 20c.    Property, homeowner's, or renter's insurance | 20c. $ | **316.67** |
| | 20d.    Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e.    Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:    **Bank Fees** | 21. +$ | **10.00** |
| | **Subscriptions/LECOM & Sirius XM** | +$ | **60.00** |
| | **Housekeeping Fees** | +$ | **300.00** |
| | **Landscaping** | +$ | **1,315.00** |
| | **Professional Fees** | +$ | **3,000.00** |
| | **Security System** | +$ | **38.50** |
| | **Gifts** | +$ | **200.00** |
| | **Personal Catastrophe Insurance** | +$ | **14.25** |
| | **Personal Inland Marine** | +$ | **70.75** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **23,124.15** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **23,124.15** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **21,927.60** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **23,124.15** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **-1,196.55** |

Debtor 1   *Joseph Martin Thomas*                                        Case number (if known)   *20-10334 TPA*

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ■ No.

   ☐ Yes. | Explain here: **The Debtor has significantly reduced expenses by stopping payment on those assets he intends to liquidate.  The Debtor must also account for anticipated 401k contributions in order to plan for retirement.  Home maintenance, repair, and upkeep listed in 4c. in the amount of $835.00 covers the upkeep and maintenance expense on all of Debtor's real estate until it can be liquidated.**

   **No. 20c. is insurance in regard to Wattsburg Road.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joseph Martin Thomas** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | **20-10334 TPA** |
| (if known) | |

☐ Check if this is an
  amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | |
|---|---|
| | **Sign Below** |

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Joseph Martin Thomas** | X |
|---|---|
| **Joseph Martin Thomas** | |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **May 21, 2020** | Date |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify your case: | |
| --- | --- |

Debtor 1     **Joseph Martin Thomas**
           First Name             Middle Name            Last Name

Debtor 2
(Spouse if, filing)    First Name             Middle Name            Last Name

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number    **20-10334 TPA**
(if known)

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:**    **Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
| --- | --- | --- | --- |
| **534 Beverly Drive**<br>**Erie, PA 16505** | From-To:<br>**Debtor's Girlfriend's Residence** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**    **Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- |
| **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |

Debtor 1    *Joseph Martin Thomas*    Case number *(if known)*    *20-10334 TPA*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips ☐ Operating a business | *$127,950.00* | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For last calendar year:** (January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips ☐ Operating a business | *$659,383.09* | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips ☐ Operating a business | *$747,815.00* | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | *Social Security* | *$11,431.50* | | |
| | *MassMututal Withdrawal* | *$40,000.00* | | |
| | *Interest Income* | *$0.92* | | |
| **For last calendar year:** (January 1 to December 31, 2019 ) | *Social Security* | *$31,842.00* | | |
| **For the calendar year before that:** (January 1 to December 31, 2018 ) | *Social Security* | *$31,366.20* | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐    No.    Go to line 7.

■    Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

*    Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    *Joseph Martin Thomas*                                       Case number *(if known)*    **20-10334 TPA**

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| *Internal Revenue Service*<br>*ATTN: Centralized Insolvency*<br>*Operations*<br>*P.O. Box 7346*<br>*Philadelphia, PA 19101-7346* | *2/20/2020:*<br>*$8,500.00*<br>*3/20/2020:*<br>*$8,500.00*<br>*4/20/2020:*<br>*$8,500.00* | *$25,500.00* | *$460,560.32* | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  <u>Income Tax</u> |
| *Rish Law Office LLC*<br>*2431 N. 2nd Street*<br>*Suite 201*<br>*Harrisburg, PA 17110* | *2/10/2020:*<br>*$15,000.00*<br>*4/13/2020:*<br>*$12,242.84 - the*<br>*sum of $8,705.00*<br>*was refunded to*<br>*Debtor on or*<br>*about April 30,*<br>*2020. Actual sum*<br>*retained by*<br>*creditor is equal*<br>*to $3,537.84* | *$18,537.84* | *$0.00* | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  <u>Contemporaneous</u><br><u>exchange for services</u><br><u>rendered prior to filing.</u> |
| *MacDonald Illig*<br>*100 State Street*<br>*Suite 700*<br>*Erie, PA 16507* | *4/6/2020:*<br>*$2,400.00*<br>*4/27/2020:*<br>*$20,000.00*<br>*4/30/2020:*<br>*$8,705.00* | *$31,105.00* | *$39,759.74* | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  <u>Contemporaneous</u><br><u>exchange for services</u><br><u>rendered prior to filing.</u> |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No

☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| Debtor 1 | *Joseph Martin Thomas* | | Case number *(if known)* | *20-10334 TPA* |

---

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| *TIAA Commercial Finance, Inc. vs.*<br>*Tri-State Pain Institute, LLC,*<br>*Joseph M. Thomas, and Greater*<br>*Erie Surgery Center LLC*<br>*No. 19-cv-00335* | *Contract* | *U.S. District Court*<br>*Western District of*<br>*Pennsylvania*<br>*U.S. Courthouse*<br>*17 South Park Row*<br>*Erie, PA 16501* | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>*Pending* |
| *Brian S. Clark and Beth Clark vs.*<br>*Joseph M. Thomas MD, Jung-Woo*<br>*Ma MD, Tri-State Pain Institute,*<br>*Angela Dunkle, and Heather*<br>*Adams Szymcak*<br>*No. 2019-12345* | *Professional*<br>*Liability Lawsuit* | *Court of Common Pleas of*<br>*Erie County*<br>*Erie County Courthouse*<br>*140 West Sixth Street*<br>*Erie, PA 16501* | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>*Pending* |
| *Lester Spencer and Chris Spencer*<br>*vs. Joseph M. Thomas MD and*<br>*Tri-State Pain Institute LLC*<br>*No. 2019-12363* | *Professional*<br>*Liability Lawsuit* | *Court of Common Pleas of*<br>*Erie County*<br>*Erie County Courthouse*<br>*140 West Sixth Street*<br>*Erie, PA 16501* | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>*Pending* |
| *Steven Kinross and Kathy Kinross*<br>*vs. Joseph M. Thomas MD and*<br>*Tri-State Pain Institute LLC*<br>*No. 2019-12364* | *Professional*<br>*Liability Lawsuit* | *Court of Common Pleas of*<br>*Erie County*<br>*Erie County Courthouse*<br>*140 West Sixth Street*<br>*Erie, PA 16501* | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>*Pending* |
| *Harold Hewitt vs. Joseph M.*<br>*Thomas MD, Tri-State Pain Institute*<br>*LLC, Tri-State Pain Insitute,*<br>*Greater Erie Surgery Center LLC,*<br>*Greater Erie Surgery Center, John*<br>*Doe and Jane Doe*<br>*No. 2019-12593* | *Professional*<br>*Liability Lawsuit* | *Court of Common Pleas of*<br>*Erie County*<br>*Erie County Courthouse*<br>*140 West Sixth Street*<br>*Erie, PA 16501* | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>*Pending* |
| *Marjorie Weidner vs. Joseph M.*<br>*Thomas MD, Tri-State Pain Institute*<br>*LLC, Tri-State Pain Institute, and*<br>*Greater Erie Surgery Center LLC*<br>*No. 2019-10312* | *Professional*<br>*Liability Lawsuit* | *Court of Common Pleas of*<br>*Erie County*<br>*Erie County Courthouse*<br>*140 West Sixth Street*<br>*Erie, PA 16501* | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>*Pending* |
| *Darin Williamson vs. Tri-State Pain*<br>*Institute LLC and Joseph M.*<br>*Thomas MD*<br>*No. 2019-11213* | *Professional*<br>*Liability Lawsuit* | *Court of Common Pleas of*<br>*Erie County*<br>*Erie County Courthouse*<br>*140 West Sixth Street*<br>*Erie, PA 16501* | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>*Pending* |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    *Joseph Martin Thomas*                    Case number *(if known)*    **20-10334 TPA**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| *Frederick J. Marchinetti II vs. Joseph M. Thomas and Tri-State Pain Institute*<br>*No. 2018-10706* | *Professional Liability Lawsuit* | *Court of Common Pleas of Erie County*<br>*Erie County Courthouse*<br>*140 West Sixth Street*<br>*Erie, PA 16501* | ☑ Pending<br>☐ On appeal<br>☐ Concluded<br><br>*Pending* |
| *Kelly S. Buck and Scott A. Buck vs. Joseph M. Thomas, Tri-State Pain Institute LLC, Tri State Pain Institute LLC, Tri-State Pain Instiute, and Tri State Pain Instiute*<br>*No. 2018-11487* | *Professional Liability Lawsuit* | *Court of Common Pleas of Erie County*<br>*Erie County Courthouse*<br>*140 West Sixth Street*<br>*Erie, PA 16501* | ☑ Pending<br>☐ On appeal<br>☐ Concluded<br><br>*Pending* |
| *United States of America, Internal Revenue Service vs. Joseph M. Thomas*<br>*No. 30954-2018* | *Federal Tax Lien* | *Court of Common Pleas of Erie County*<br>*Erie County Courthouse*<br>*140 West Sixth Street*<br>*Erie, PA 16501* | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>*Judgment was entered on June 15, 2018 in the amount of $255,140.32.* |
| *United States of America, Internal Revenue Service vs. Joseph M. Thomas*<br>*No. 31126-2018* | *Federal Tax Lien* | *Court of Common Pleas of Erie County*<br>*Erie County Courthouse*<br>*140 West Sixth Street*<br>*Erie, PA 16501* | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>*Judgment was entered in July 9, 2018 in the amount of $187,570.67.* |
| *Pa. Dept. of Revenue vs. Joseph M. Thomas*<br>*No. 32118-2018* | *Tax Lien* | *Court of Common Pleas of Erie County*<br>*Erie County Courthouse*<br>*140 West Sixth Street*<br>*Erie, PA 16501* | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>*Judgment was entered on December 10, 2018 in the amount of $38,193.59.* |
| *Pa. Dept. of Revenue vs. Joseph M. Thomas*<br>*No. 30321-2019* | *Tax Lien* | *Court of Common Pleas of Erie County*<br>*Erie County Courthouse*<br>*140 West Sixth Street*<br>*Erie, PA 16501* | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>*Judgment was entered on February 4, 2019 in the amount of $20,512.12.* |
| *Rita Jennings and George Jennings vs. Joseph M. Thomas MD and Tri-State Pain Institute*<br>*No. 2019-11515* | *Professional Liability Lawsuit* | *Court of Common Pleas of Erie County*<br>*Erie County Courthouse*<br>*140 West Sixth Street*<br>*Erie, PA 16501* | ☑ Pending<br>☐ On appeal<br>☐ Concluded<br><br>*Pending* |

Debtor 1    *Joseph Martin Thomas*                                          Case number *(if known)*    **20-10334 TPA**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| *Sharon L. Kulig and Steven B. Kulig vs. Joseph M. Thomas, MD; Tri-State Pain Institute, LLC; George W. Connor MD; Zubin Menon MD; Vanessa G. Ramlal, MD; and UPMC Chautauqua at WCA*<br>*No. 802809-2019* | *Professional Liability* | *Supreme Court of New York County of Erie* | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>*Pending* |
| *Ernest Guichard vs. Joseph M. Thomas MD and Tri-State Pain Institute LLC*<br>*No. 2019-000582* | *Professional Liability* | *Supreme Court of New York County of Chautauqua* | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>*Pending* |
| *Commonwealth of PA Bureau of Professional & Occupational Affairs vs. Joseph Martin Thomas, M.D.*<br>*No. 17-49-13414* | *Licensing* | *PA Bureau of Professional & Occupational Affairs*<br>*2601 N. 3rd Street*<br>*Harrisburg, PA 17110* | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>*Concluded* |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

   ■ No. Go to line 11.
   ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
   ☐ No
   ■ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| *Wells Fargo Bank, N.A.*<br>*4101 Wiseman Blvd.*<br>*Building 307*<br>*San Antonio, TX 78251* | *Net sale proceeds in the sum of $169,654.87 in connection with the sale of 9790 Wattsburg Road, Erie, Pennsylvania were pledged to a Wells Fargo Bank, N.A. savings account in or around April, 2019.  It is unclear whether such proceeds were earmarked for a purpose other than to pay, cont.*<br>Last 4 digits of account number: _____ | *the loan balance. Wells Fargo thereafter provided notice on or about January 29, 2020, that the proceeds were then applied to the balance due.* | $169,654.87 |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ■ No
   ☐ Yes

| Debtor 1 | *Joseph Martin Thomas* | | Case number *(if known)* | *20-10334 TPA* |

---

| **Part 5:** | **List Certain Gifts and Contributions** |

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
| --- | --- | --- | --- |

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
| --- | --- | --- | --- |

| **Part 6:** | **List Certain Losses** |

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
| --- | --- | --- | --- |

| **Part 7:** | **List Certain Payments or Transfers** |

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| *Quinn, Buseck, Leemhuis, Toohey, & Kroto*<br>*2222 West Grandview Boulevard*<br>*Erie, PA 16506* | *Attorney's Fees-Contemporaneous exchange for services rendered prior to filing.* | *(Date of Invoice/Application of Retainer)*<br>*2/6/2020: $2,500.00*<br>*2/14/2020: $2,500.00*<br>*3/21/2020: $6,717.00*<br>*4/29/2020: $20,000.00* | *$31,717.00* |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    *Joseph Martin Thomas*                                    Case number *(if known)*   **20-10334 TPA**

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| *Kennedy J. Neely*<br>*9790 Wattsburg Road*<br>*Erie, PA 16509*<br><br>*None* | *9790 Wattsburg Road, Erie, Pennsylvania* | *$197,000.00; No funds were retained by the Debtor. Sales proceeds were paid to Wells Fargo Bank, N.A. in the amount of $169,654.87 in exchange for a release of mortgage. Additional funds were depleted by closing costs and a $8,000.00 Seller Assist.* | *April, 2019* |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☐ No
- ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| *National Financial Services LLC*<br>*PNC Investment*<br>*1900 E. Ninth Street*<br>*Cleveland, OH 44114* | *XXXX-3270* | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  *IRA* | *3/28/2019* | *$9,168.82* |

Debtor 1    *Joseph Martin Thomas*    Case number *(if known)*    **20-10334 TPA**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| *Select Bank & Trust*<br>*P.O. Box 1988*<br>*Dunn, NC 29335-1988* | XXXX-*0361* | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  *IRA* | *4/1/2019* | *$8,440.04* |
| *Select Bank & Trust*<br>*P.O. Box 1988*<br>*Dunn, NC 29335-1988* | XXXX-*0399* | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  *IRA* | *4/1/2019* | *$8,390.01* |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
■ **Yes.  Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| *ARTWORK BEING PURCHASED ON CONTRACT* | *2100 South Shore Drive Erie, PA 16505* | *Some artwork is also located at 2374 Village Common Drive, Erie, PA 16506* | *$0.00* |

**Part 10:**    **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Joseph Martin Thomas**                                 Case number (*if known*)    **20-10334 TPA**

---

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

☑ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies.  Go to Part 12.**

☑ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>**Address**<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| *Tri-State Pain Institute LLC*<br>*2374 Village Common Drive*<br>*Suite 100*<br>*Erie, PA 16506* | *Medical*<br><br>*Matthew J. Minnaugh, Schaffner, Knight, Minnaugh Co.*<br>*Linda Erven* | EIN:    *26-1827801*<br><br>From-To    *2/13/2007 to Present* |
| *Greater Erie Surgery Center LLC*<br>*2374 Village Common Drive*<br>*Erie, PA 16506* | *Medical*<br><br>*Matthew J. Minnaugh, Schaffner, Knight, Minnaugh Co.*<br>*Linda Erven* | EIN:    *20-8251988*<br><br>From-To    *10/27/2006 to Present* |
| *2374 Village Commons Drive LLC*<br>*2374 Village Common Drive*<br>*Erie, PA 16506* | *Real Estate*<br><br>*Matthew J. Minnaugh, Schaffner, Knight, Minnaugh Co.*<br>*Linda Erven* | EIN:    *81-1533809*<br><br>From-To    *2/5/2016 to Present* |

---

Debtor 1    _Joseph Martin Thomas_                                    Case number (*if known*)    **20-10334 TPA**

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| *Faith Innovation Technologies, Inc.* | *S-Corp.* | EIN:    *20-1206742*  From-To |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ **No**
☐ **Yes. Fill in the details below.**

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

*/s/ Joseph Martin Thomas*
**_Joseph Martin Thomas_**                                    **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **_May 21, 2020_**                                    Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1    *Joseph Martin Thomas* | |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the:   Western District of Pennsylvania | |
| Case number   *20-10334 TPA* (if known) | ☐ Check if this is an amended filing |

## Official Form 122B
# Chapter 11 Statement of Your Current Monthly Income

04/20

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).**

**Part 1:      Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

    ■ **Not married**. Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ *32,043.26* | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ *0.00* | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ *0.00* | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ *0.00* | | | |
| Ordinary and necessary operating expenses | -$ *0.00* | | | |
| Net monthly income from a business, profession, or farm | $ *0.00* | **Copy here ->** $ *0.00* | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ *0.00* | | | |
| Ordinary and necessary operating expenses | -$ *0.00* | | | |
| Net monthly income from rental or other real property | $ *0.00* | **Copy here ->** $ *0.00* | $ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **Joseph Martin Thomas**

Case number (*if known*)    **20-10334 TPA**

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ 0.00 |
| For your spouse | $ |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00    $

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| *ONE TIME DISTRIBUTION - MassMutual* | $ 6,666.67 | $ |
|  | $ 0.00 | $ |
| Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total current monthly income.**

Add lines 2 through 10 for each column.

Then add the total for Column A to the total for Column B.

| $ 38,709.93 | + $ | = $ 38,709.93 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Joseph Martin Thomas**                                          Case number (*if known*)    **20-10334 TPA**

---

| **Part 2:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ Joseph Martin Thomas**

**Joseph Martin Thomas**
Signature of Debtor 1

Date    **May 21, 2020**
MM / DD / YYYY

---

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---:|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Pennsylvania

In re  __Joseph Martin Thomas__                                                      Case No.  __20-10334 TPA__
                                                              Debtor(s)         Chapter  __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  __FLAT FEE__

   For legal services, I have agreed to accept ..............................................   $  _____

   Prior to the filing of this statement I have received ....................................   $  _____

   Balance Due ..................................................................................   $  _____

■  __RETAINER__

   For legal services, I have agreed to accept and received a retainer of ..............   $        _0.00_

   The undersigned shall bill against the retainer at an hourly rate of .................   $       _275.00_
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
   fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

   ■  Debtor        ☐  Other (specify):

3.  The source of compensation to be paid to me is:

   ■  Debtor        ☐  Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **This is an hourly bankruptcy file and Applications for Compensation will be filed with the Court.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__May 21, 2020__                                  _/s/ Michael P. Kruszewski, Esquire_
_Date_                                            **Michael P. Kruszewski, Esquire 91239**
                                                  _Signature of Attorney_
                                                  **Quinn, Buseck, Leemhuis, Toohey, & Kroto, Inc.**
                                                  **2222 West Grandview Boulevard**
                                                  **Erie, PA 16506**
                                                  **(814)833-2222   Fax: (814)833-6753**
                                                  _Name of law firm_

---

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **Joseph Martin Thomas**                            Case No.    **20-10334 TPA**

                                 Debtor(s)             Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **May 21, 2020**                           **/s/ Joseph Martin Thomas**

                                               **Joseph Martin Thomas**
                                               Signature of Debtor

2374 Village Common Drive LLC
2374 Village Common Drive
Erie, PA 16506

Ally Bank
P.O. Box 380901
Bloomington, MN 55438

Anglea Dunkle
2374 Village Common Drive
Suite 100
Erie, PA 16506

Anthony K. Arroyo, Esquire
660 American Avenue, Suite 301
King of Prussia, PA 19406

Attorney General of Pennsylvania
Western Regional Office
1251 Watefront Place
Mezzanine Level
Pittsburgh, PA 15222

Bank of America, N.A.
P.O. Box 15222
Wilmington, DE 19886-5222

Barclay Card
Card Services
P.O. Box 13337
Philadelphia, PA 19101-3337

Benjamin A. Post, Esquire
Post & Post LLC
920 Cassatt Road
200 Berwyn Park, Suite 102
Berwyn, PA 19312

Berkheimer
P.O. Box 25153
Lehigh Valley, PA 18002-5153

Best Wildlife Services
P.O. Box 36
Erie, PA 16512

Brian S. Clark
Beth Clark
10479 Route 19
Waterford, PA 16441

Candor Surgical Management, Inc.
1180 Adams Lane
Southlake, TX 76092

Charles R. Burger
Margaret J. Burger
9890 Wattsburg Road
Erie, PA 16509

City of Erie Tax Collector
626 State Street
Room 105
Erie, PA 16401

Core Erie MOB LP
1515 Lake Shore Drive
Suite 225
Columbus, OH 43204

Dahlkemper Landscape & Maintenance
2558 Hillborn Avenue
Erie, PA 16505

Darin Williamson
22370 Britton Road
Spartansburg, PA 16434

David L. Hunter, Jr., Esquire
821 State Street
Erie, PA 16501

Edward M. Zimm, or Assigns
300 State Street,
Suite 200
Erie, PA 16507

Ernest Guichard
9 Church Street
Charlotte Villa 2, Apt. 503
Sinclairville, NY 14782

Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45263-9998

Francis J. Klemensic, Esquire
Dickie McCamey & Chilcote PC
100 State Street, Suite 508
Erie, PA 16507

Francis M. Letro, Esquire
The Dun Building
10th Floor
110 Pearl Street
Buffalo, NY 14202

Frederick J. Marchinetti, II
11538 Route 19
Waterford, PA 16441

George W. Connor MD
207 South Main Street, Suite 140
Jamestown, NY 14701

Glenn Morisue
6201 1/2 Lake Road West
Ashtabula, OH 44004

Greater Erie Surgery Center LLC
2374 Village Common Drive
Erie, PA 16506

Harold Hewitt, Esquire
5935 Shady Hollow Drive
Erie, PA 16506

Heather Adams Szymczak
2374 Village Common Drive
Suite 100
Erie, PA 16506

Howard Hanna Real Estate Services
ATTENTION: Kathe W. Rafferty
4248 West 12th Street
Erie, PA 16505

Internal Revenue Service
ATTN: Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

James D. McDonald, Jr., Esquire
100 State Street
Suite 700
Erie, PA 16507

Jason M. Telaak, Esquire
8274 North Main Street
Eden, NY 14057

Jason Matzus, Esquire
Matzus Law LLC
310 Grant Street
Suite 3210
Pittsburgh, PA 15219

John Doe & Jane Doe
2374 Village Common Drive
Suite 100
Erie, PA 16506

Jung-Woo Ma, MD
2374 Village Common Drive
Suite 100
Erie, PA 16506

KADA Gallery
2632 West Eighth Street
Erie, PA 16505

Kelly S. Buck
Scott A. Buck
3101 Broadlawn Drive
Erie, PA 16506

Laurie C. TeWinkle, Esquire
Law Offices of L.C. TeWinkle
821 State Street
Erie, PA 16501

Lester Spencer
Chris Spencer
337 East 21st Street
Erie, PA 16503

MacDonald Illig
100 State Street
Suite 700
Erie, PA 16507

Marjorie A. Weidner
20323 State Highway 89
Spartansburg, PA 16434

Marsh Realty, Inc.
ATTENTION:  Gary V. Marsh
116 1/2 W. Spring Street
Titusville, PA 16354

Micheal F.J. Romano, Esquire
Ramano, Garubo, & Argentieri
P.O. Box 456
52 Newton Avenue
Woodbury, NJ 08096

Mr. and Mrs. Steven E. Ribbing
c/of Matthew W. Loughren, Esquire
310 Grant Street, Suite 2800
Grant Bldg.
Pittsburgh, PA 15219

Northwest Bank
100 Liberty Street
Drawer 128
Warren, PA 16365-0128

Pa. Dept. of Revenue
Dept. 280946
Harrisburg, PA 17128-0946

Pat Baldino Fine Art
64 Vernon Drive
Scarsdale, NY 10583

Paul J. Susko, Esquire
502 Parade Street
Erie, PA 16507

Peter A. Pentz, Esquire
246 West Tenth Street
Erie, PA 16501

Philip C. Chapman III, Esquire
Pribanic & Pribanic
513 Court Place
Pittsburgh, PA 15219

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222

Rick Rumball
4808 Red Coat Court
Raleigh, NC 27616

Rick Taraszki
6103 West Lake Road
Erie, PA 16505

Rita Jennings
George Jennings
5524 West 52nd Street
Fairview, PA 16415

Ronald M. Puntil, Jr., Esquire
Cipriani & Werner
650 Washington Road
Suite 700
Pittsburgh, PA 15228

Salene Mazur Kraemer, Esquire
Trisha Hudkins, Esquire
Bernstein-Burkley P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219

SBA
721 19th Street
Denver, CO 80202

Sharon L. Kulig
Steven B. Kulig
10 Hunter Street
Jamestown, NY 14701

Small Business Administration
an agency of the U.S. Government
660 American Avenue, Suite 301
King of Prussia, PA 19406

Steven Kinross
Kathy Kinross
507 Sanford Place
Erie, PA 16511

Tax Collector
Township of Greene
8628 Wattsburg Road
Erie, PA 16509

Tax Collector
Township of Millcreek
3608 West 26th Street
Erie, PA 16506

Thomas Charlton
Samantha Charlton
2936 West 15th Street
Erie, PA 16505

TIAA Commercial Finance, Inc.
390 S. Woods Mill Road
Suite 300
Chesterfield, MO 63017

Tri-State Pain Institute LLC
2374 Village Common Drive
Erie, PA 16506

UMPC Chautauqua at WCA
207 Foote Avenue
Jamestown, NY 14702

United States Attorney's Office
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

UPMC Chautauqua at WCA
207 Foote Avenue
Jamestown, NY 14702

Vanessa G. Ramlal MD
207 Foote Avenue
Jamestown, NY 14702

Wells Fargo Bank, N.A.
4101 Wiseman Blvd.
Building 307
San Antonio, TX 78251

Wells Fargo Bank, National Association
301 S. Tryon Street
27th Floor
Charlotte, NC 28282

Widget Federal Credit Union
2154 East Lake Road
Erie, PA 16511

Zubin Menon MD
565 Abbott Road
Buffalo, NY 14220