IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : | |
| Debtor. | : | THE HONORABLE THOMAS P. AGRESTI |
| | : | |
| | : | CHAPTER 11 |
| | : | |

**EMPLOYEE INCOME RECORD**

Please find attached proof of Debtor's income.

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY &
KROTO, INC.


BY:    /s/Michael P. Kruszewski
Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mkruszewski@quinnfirm.com
Counsel for Debtor(s)

#1359015

FILED
1/27/20 4:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 20-10049-TPA |
| TRI-STATE PAIN INSTITUTE, LLC, | : |
| Debtor | : CHAPTER NO. 11 |
| | : |
| TRI-STATE PAIN INSTITUTE, LLC, | : |
| Movant | : |
| | : DOC. NO. 8 |
| v. | : |
| | : |
| WELLS FARGO BANK, N.A., and | : |
| VGM FINANCIAL SERVICES, A | : |
| DIVISION OF TCF NATIONAL BANK | : |
| Respondents | : |

ORDER

*AND NOW*, to-wit, this **27th** day of **January, 2020**, upon
consideration of the pending motion, said motion is granted; and
compensation to Joseph M. Thomas, M.D., principal and managing member
of the debtor Tri-State Pain Institute, LLC, is set at $~~180,~~360,000.00
per year to be paid in ~~bi-weekly~~ *Semi-monthly* installments of $~~17,307.69~~ *15,000* with
the first such installment to be made on or before Friday,
January 31, 2020, and with installments of identical amounts every
two weeks thereafter until further order of Court or dismissal of
this case or conversion to Chapter 7. ~~The debtor may also pay to
Dr. Thomas $11,717.00 within three weeks of the entry of this order
for one-time legal expenses~~. The debtor Tri-State Pain
Institute, LLC, shall establish at PNC Bank, N.A. a separate
account entitled "Joseph M. Thomas, M.D., Tax Escrow Account",
into which shall be deposited 34% (or $~~5,884.62~~ *$5,100.00*) of ~~bi-weekly~~ *Semi Monthly*
payments for Dr. Thomas' income tax with the balance of $11,423.07
to be paid ~~bi-weekly~~ *Semi-monthly* to him directly.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case 20-10334-TPA   Doc 33   Filed 05/22/20   Entered 05/22/20 09:48:38   Desc Main

**Joseph M. Thomas**
**Account QuickReport**
January 1 through May 13, 2020

| | Type | Date | Num | Name | Memo |
|---|---|---|---|---|---|
| **40980 · Social Security Income** | | | | | |
| | Deposit | 01/22/2020 | | | Social Security Income |
| | Deposit | 02/26/2020 | | | Social Security Income |
| | Deposit | 03/13/2020 | | | Social Security Income |
| | Deposit | 03/25/2020 | | | Social Security Income |
| | Deposit | 04/22/2020 | | | Social Security Income |
| Total 40980 · Social Security Income | | | | | |
| **40999 · Batch Income** | | | | | |
| | Deposit | 01/06/2020 | | | Deposit |
| | Deposit | 01/09/2020 | | | Deposit |
| | Deposit | 01/17/2020 | | | Deposit |
| | Deposit | 01/23/2020 | | | Deposit |
| | Deposit | 02/04/2020 | | | Deposit |
| | Deposit | 02/18/2020 | | | Deposit |
| | Deposit | 03/07/2020 | | | Deposit |
| | Deposit | 03/17/2020 | | | Deposit |
| | Deposit | 04/03/2020 | | | Deposit |
| | Deposit | 04/15/2020 | | | Deposit |
| | Deposit | 05/01/2020 | | | Deposit |
| Total 40999 · Batch Income | | | | | |
| **TOTAL** | | | | | |

**Joseph M. Thomas**
**Account QuickReport**
**January 1 through May 13, 2020**

| Split | Amount |
|---|---|
| **40980 · Social Security Income** | |
| 10002 · PNC Bank - Money Market Acct. | 2,695.60 |
| 10002 · PNC Bank - Money Market Acct. | 2,695.60 |
| 10002 · PNC Bank - Money Market Acct. | 605.00 |
| 10002 · PNC Bank - Money Market Acct. | 2,695.60 |
| 10002 · PNC Bank - Money Market Acct. | 2,739.70 |
| Total 40980 · Social Security Income | 11,431.50 |
| **40999 · Batch Income** | |
| 10001 · PNC Checking -6352 | 6,800.00 |
| 10001 · PNC Checking -6352 | 2,850.00 |
| 10001 · PNC Checking -6352 | 5,400.00 |
| 10001 · PNC Checking -6352 | 7,900.00 |
| 10001 · PNC Checking -6352 | 15,000.00 |
| 10001 · PNC Checking -6352 | 15,000.00 |
| 10001 · PNC Checking -6352 | 15,000.00 |
| 10001 · PNC Checking -6352 | 15,000.00 |
| 10001 · PNC Checking -6352 | 15,000.00 |
| 10001 · PNC Checking -6352 | 15,000.00 |
| 10001 · PNC Checking -6352 | 15,000.00 |
| Total 40999 · Batch Income | 127,950.00 |
| **TOTAL** | **139,381.50** |