IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Joseph Martin Thomas,** **Debtor.** | : | Bankruptcy No. **20-10334 TPA** |
| | : | |
| | : | |
| **Joseph Martin Thomas,** **Movant,** | : | Chapter **11** |
| | : | |
| | : | Related to Document No. **1** |
| **v.** | : | |
| | : | |
| **No Respondent.** | : | |
| | : | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

_____   Voluntary Petition - *Specify reason for amendment*:

_____   Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____   Summary of Schedules
_____   Schedule A - Real Property
_____   Schedule B - Personal Property
_____   Schedule C - Property Claimed as Exempt
_____   Schedule D - Creditors holding Secured Claims
      Check one:
      _____   Creditor(s) added
      _____   NO Creditor(s) added
      _____   Creditor(s) deleted
_____   Schedule E - Creditors Holding Unsecured Priority Claims
      Check one:
      _____   Creditor(s) added
      _____   NO Creditor(s) added
      _____   Creditor(s) deleted
_____   Schedule F - Creditors Holding Unsecured Nonpriority Claims
      Check one:
      _____   Creditor(s) added
      _____   NO Creditor(s) added
      _____   Creditor(s) deleted
_____   Schedule G - Executory Contracts and Unexpired Leases
      Check one:
      _____   Creditor(s) added
      _____   NO Creditor(s) added
      _____   Creditor(s) deleted
_____   Schedule H - Codebtors
_____   Schedule I - Current Income of Individual Debtor(s)
_____   Schedule J - Current Expenditures of Individual Debtor(s)
_____   Statement of Financial Affairs
_____   Chapter 7 Individual Debtor's Statement of Intention
_____   Chapter 11 List of Equity Security Holders
\_\_**X**\_\_   Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____   Disclosure of Compensation of Attorney for Debtor
_____   Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| James Warmbrodt, Esquire (PNC Bank, National Association); bkgroup@kmllawgroup.com |

Largest 20 Unsecured Creditors:

| | |
|---|---|
| MacDonald Illig<br>100 State Street<br>Suite 700<br>Erie, PA 16507 | Barclay Card<br>Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 |
| Brian S. Clark<br>Beth Clark<br>10479 Route 19<br>Waterford, PA 16441 | Candor Surgical Management, Inc.<br>4950 N.'OConnor Road<br>Suite 203<br>Irving, TX 75062 |
| Darin Williamson<br>22370 Britton Road<br>Spartansburg, PA 16434 | Ernest Guichard<br>9 Church Street<br>Charlotte Villa 2, Apt. 503<br>Sinclairville, NY 14782 |
| Frederick J. Marchinetti, II<br>11538 Route 19<br>Waterford, PA 16441 | Harold Hewitt, Esquire<br>5935 Shady Hollow Drive<br>Erie, PA 16506 |
| Internal Revenue Service<br>ATTN: Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kelly S. Buck<br>Scott A. Buck<br>3101 Broadlawn Drive<br>Erie, PA 16506 |
| Lester Spencer<br>Chris Spencer<br>337 East 21st Street<br>Erie, PA 16503 | Marjorie A. Weidner<br>20323 State Highway 89<br>Spartansburg, PA 16434 |
| Pa. Dept. of Revenue<br>Dept. 280946<br>Harrisburg, PA 17128-0946<br><br>(One claim removed from List of Largest 20 Unsecured Creditors) | Rita Jennings<br>George Jennings<br>5524 West 52nd Street<br>Fairview, PA 16415 |
| Sharon L. Kulig<br>Steven B. Kulig<br>10 Hunter Street<br>Jamestown, NY 14701 | Steven Kinross<br>Kathy Kinross<br>507 Sanford Place<br>Erie, PA 16511 |

| | |
|---|---|
| TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road<br>Suite 300<br>Chesterfield, MO 63017 | Wells Fargo Bank, N.A.<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX 78251 |
| Widget Federal Credit Union<br>2154 East Lake Road<br>Erie, PA 16511 | Small Business Administration<br>ATTENTION:  Anthony K. Arroyo, Esquire<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406 |
| United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION:  Civil Process Clerk<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street<br>Suite 4000<br>Pittsburgh, PA 15219 | Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222 |

The following creditor was also served, as its claim was removed from the List of Largest 20 Unsecured Creditors:

| | |
|---|---|
| Ally Bank<br>P.O. Box 380901<br>Bloomington, MN  55438 | |

Date  **May 21, 2020**

/s/Michael P. Kruszewski

Attorney for Debtor(s) [or *pro se* Debtor(s)]

**Michael P. Kruszewski, Esquire 91239**

(Typed Name)

**2222 West Grandview Boulevard**
**Erie, PA 16506**

(Address)

**(814)833-2222**

(Phone No.)

**91239 PA**

List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment.
Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case
electronically.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | ***Joseph Martin Thomas*** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | ***20-10334 TPA*** |
| (if known) | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders. |
|---|---|

**Unsecured claim**

**1**

***Barclay Card
Card Services
P.O. Box 13337
Philadelphia, PA 19101-3337***

**What is the nature of the claim?**   ***Credit Card Purchases/Barclays American Airlines MasterCard***   $ ***$42,592.41***

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
       Value of security:   - $ _____
       Unsecured claim   $ _____

_____
Contact

_____
Contact phone

**2**

***Brian S. Clark
Beth Clark
10479 Route 19
Waterford, PA 16441***

**What is the nature of the claim?**   ***Professional Liability Lawsuit***   $ ***$50,000.00***

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Joseph Martin Thomas**                                    Case number (if known)    **20-10334 TPA**

**Peter A. Pentz, Esquire**

**petep@pentzlaw.com**                    ☐  No
_____                   ☐  Yes. Total claim (secured and unsecured)        $ _____
Contact

**(814)651-0695**                                   Value of security:                - $ _____
_____                             Unsecured claim                   $ _____
Contact phone

---

**3**
                                          **What is the nature of the claim?**    **Promissory Note**    $ **$1,109,464.24**
**Candor Surgical Management, Inc.**
**1180 Adams Lane**                       **As of the date you file, the claim is:** Check all that apply
**Southlake, TX 76092**                   ☐     Contingent
                                          ☐     Unliquidated
                                          ☐     Disputed
                                          ■     None of the above apply

                                          **Does the creditor have a lien on your property?**

**info@candorhealthcare.com**             ■     No
_____                   ☐     Yes. Total claim (secured and unsecured)        $ _____
Contact

**(817)421-5500**                               Value of security:                - $ _____
_____                         Unsecured claim                   $ _____
Contact phone

---

**4**
                                          **What is the nature of the claim?**    **Professional Liability**    $ **$50,000.00**
                                                                                  **Lawsuit**
**Darin Williamson**
**22370 Britton Road**                    **As of the date you file, the claim is:** Check all that apply
**Spartansburg, PA 16434**                ■     Contingent

                                          ■     Unliquidated

                                          ■     Disputed

                                          ☐     None of the above apply

                                          **Does the creditor have a lien on your property?**
**Philip C. Chapman, Esquire**

**phil@pribanic.com**                     ■     No
_____                   ☐     Yes. Total claim (secured and unsecured)        $ _____
Contact

**(412)281-8844**                               Value of security:                - $ _____
_____                         Unsecured claim                   $ _____
Contact phone

---

**5**
                                          **What is the nature of the claim?**    **Professional Liability**    $ **$50,000.00**
                                                                                  **Lawsuit**
**Ernest Guichard**
**9 Church Street**                       **As of the date you file, the claim is:** Check all that apply
**Charlotte Villa 2, Apt. 503**           ■     Contingent
**Sinclairville, NY 14782**
                                          ■     Unliquidated

                                          ■     Disputed

                                          ☐     None of the above apply

                                          **Does the creditor have a lien on your property?**
**Jason M. Telaak, Esquire**              ■     No

**jtelaak@campbellassociateslaw.**

---

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 2**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Joseph Martin Thomas** | | Case number *(if known)* | **20-10334 TPA** |

**com**
Contact

☐ Yes. Total claim (secured and unsecured)   $ _____

**(716)992-2222**
Contact phone

Value of security:   - $ _____
Unsecured claim   $ _____

---

**6**

**Frederick J. Marchinetti, II**
**11538 Route 19**
**Waterford, PA 16441**

**What is the nature of the claim?**   *Professional Liability Lawsuit*   $ *$50,000.00*

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**L.C. TeWinkle, Esquire**

**ltewinkle@velocity.net**
Contact

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____

**(814)454-1100**
Contact phone

Value of security:   - $ _____
Unsecured claim   $ _____

---

**7**

**Harold Hewitt, Esquire**
**5935 Shady Hollow Drive**
**Erie, PA 16506**

**What is the nature of the claim?**   *Professional Liability Lawsuit*   $ *$50,000.00*

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Paul J. Susko, Esquire**

**paul@ksslawfirm.com**
Contact

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____

**(814)455-7612**
Contact phone

Value of security:   - $ _____
Unsecured claim   $ _____

---

**8**

**Internal Revenue Service**
**ATTN: Centralized Insolvency**
**Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**What is the nature of the claim?**   *Estimated 2019 Tax Liability*   $ *$140,000.00*

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____

Contact

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Joseph Martin Thomas**  _____    Case number *(if known)*    **20-10334 TPA**  _____

_____
Contact phone

|  | Value of security: | - $ _____ |
|  | Unsecured claim | $ _____ |

---

**9**

**Kelly S. Buck**
**Scott A. Buck**
**3101 Broadlawn Drive**
**Erie, PA 16506**

**What is the nature of the claim?**    **Professional Liability**    $ **$50,000.00**
                                        **Lawsuit** _____    _____

**As of the date you file, the claim is:** Check all that apply
■    Contingent
■    Unliquidated
■    Disputed
☐    None of the above apply

**L.C. TeWinkle, Esquire**

**ltewinkle@velocity.net**
Contact

**(814)454-1100**
Contact phone

**Does the creditor have a lien on your property?**

■    No
☐    Yes. Total claim (secured and unsecured)    $ _____

          Value of security:    - $ _____
          Unsecured claim    $ _____

---

**10**

**Lester Spencer**
**Chris Spencer**
**337 East 21st Street**
**Erie, PA 16503**

**What is the nature of the claim?**    **Professional Liability**    $ **$50,000.00**
                                        **Lawsuit** _____    _____

**As of the date you file, the claim is:** Check all that apply
■    Contingent
■    Unliquidated
■    Disputed
☐    None of the above apply

**David L. Hunter, Jr., Esquire**

**dhunter@hunterlawerie.com**
Contact

**(814)452-4473**
Contact phone

**Does the creditor have a lien on your property?**

■    No
☐    Yes. Total claim (secured and unsecured)    $ _____

          Value of security:    - $ _____
          Unsecured claim    $ _____

---

**11**

**MacDonald Illig**
**100 State Street**
**Suite 700**
**Erie, PA 16507**

**What is the nature of the claim?**    **Legal Fees** _____    $ **$39,759.74**

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

_____
Contact

_____
Contact phone

**Does the creditor have a lien on your property?**

■    No
☐    Yes. Total claim (secured and unsecured)    $ _____
          Value of security:    - $ _____
          Unsecured claim    $ _____

---

B 104 (Official Form 104)        **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        **Page 4**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1    *Joseph Martin Thomas*                                    Case number *(if known)*    **20-10334 TPA**

---

**12**

**Marjorie A. Weidner**
**20323 State Highway 89**
**Spartansburg, PA 16434**

**What is the nature of the claim?**    **Professional Liability Lawsuit**    $ **$50,000.00**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**L.C. TeWinkle, Esquire**

**ltewinkle@velocity.net**
Contact

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

**(814)454-1100**
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**13**

**Pa. Dept. of Revenue**
**Dept. 280946**
**Harrisburg, PA 17128-0946**

**What is the nature of the claim?**    **Estimated 2019 Tax Liability**    $ **$25,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Contact

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**14**

**Rita Jennings**
**George Jennings**
**5524 West 52nd Street**
**Fairview, PA 16415**

**What is the nature of the claim?**    **Professional Liability Lawsuit**    $ **$50,000.00**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Jason Matzus, Esquire**

**jason@matzuslaw.com**
Contact

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

**(412)206-5300**
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**15**

**Sharon L. Kulig**

**What is the nature of the claim?**    **Professional Liability Lawsuit**    $ **$50,000.00**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Joseph Martin Thomas**                                    Case number *(if known)*   **20-10334 TPA**

**Steven B. Kulig**
**10 Hunter Street**
**Jamestown, NY 14701**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

**Francis M. Letro, Esquire**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)          $ _____

**francis@letrolaw.com**
Contact

|  |  |  |
|---|---|---|
| Value of security: | - $ | _____ |
| Unsecured claim | $ | _____ |

**(716)568-4768**
Contact phone

---

**16**

**Small Business Administration an agency of the U.S. Government**
**660 American Avenue, Suite 301**
**King of Prussia, PA 19406**

**What is the nature of the claim?**   **Personal Guarantee**   $ **$2,461,784.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

**Anthony K. Arroyo, Esquire**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)          $ _____

**anthony.arroyo@sba.gov**
Contact

|  |  |  |
|---|---|---|
| Value of security: | - $ | _____ |
| Unsecured claim | $ | _____ |

**(610)382-3069**
Contact phone

---

**17**

**Steven Kinross**
**Kathy Kinross**
**507 Sanford Place**
**Erie, PA 16511**

**What is the nature of the claim?**   **Professional Liability Lawsuit**   $ **$50,000.00**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

**David L. Hunter, Jr., Esquire**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)          $ _____

**dhunter@hunterlawerie.com**
Contact

|  |  |  |
|---|---|---|
| Value of security: | - $ | _____ |
| Unsecured claim | $ | _____ |

**(814)452-4473**
Contact phone

---

**18**

**TIAA Commercial Finance, Inc.**
**390 S. Woods Mill Road**
**Suite 300**
**Chesterfield, MO 63017**

**What is the nature of the claim?**   **Personal Guaranty**   $ **$1,706,000.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          **Page 6**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1   *Joseph Martin Thomas*                                           Case number *(if known)*   **20-10334 TPA**

☐ Disputed
■ None of the above apply

---

*Michael F.J. Romano, Esquire*

**Does the creditor have a lien on your property?**

*mromano@rgalegal.com*
Contact

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

*(856)384-1515*
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**19**

*Wells Fargo Bank, N.A.*
*4101 Wiseman Blvd.*
*Building 307*
*San Antonio, TX 78251*

**What is the nature of the claim?**    *Personal Guarantee*  $ *$3,593,156.63*

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

*Salene Mazur Kraemer, Esquire*

**Does the creditor have a lien on your property?**

*skraemer@bernsteinlaw.com*
Contact

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

*(412)456-8100*
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**20**

*Widget Federal Credit Union*
*2154 East Lake Road*
*Erie, PA 16511*

**What is the nature of the claim?**    *2017 Ford F-150 The Debtor intends to sell or surrender this vehicle.*
*VIN 1FTEW1EF8HKD62536*  $ *$25,735.23*

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

*info@widgetfinancial.com*
Contact

☐ No
■ Yes. Total claim (secured and unsecured)    $ *$49,335.23*

*(814)456-6231*
Contact phone

Value of security:    - $ *$23,600.00*
Unsecured claim    $ *$25,735.23*

---

**Part 2:**   **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  */s/ Joseph Martin Thomas*               X _____
    *Joseph Martin Thomas*                        Signature of Debtor 2

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 7**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1     *Joseph Martin Thomas* _____     Case number *(if known)*     *20-10334 TPA* _____

Signature of Debtor 1

Date   *May 21, 2020* _____          Date   _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                           Best Case Bankruptcy