Case 20-10334-TPA    Doc 35    Filed 05/22/20    Entered 05/22/20 09:51:48    Desc Main
Document    Page 1 of 1

FILED
5/22/20 9:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 5/21/2020 |
| | : | Time: | 10:00 |

### PROCEEDING MEMO

**_MATTER:_**   #11 Motion to Enter Orders from Affiliated Case

**_APPEARANCES:_**

| | |
|---|---|
| Debtor: | Michael P. Kruszewski |
| Tr-State Pain: | Gary Skiba |
| Cred. Comm. in | |
| Tri-State Pain: | Guy Fustine |
| Special Counsel | |
| in Tri-State Pain: | James McDonald, Jesse Baldwin |

**_NOTES:_**

Kruszewski:   In that case there were motions to extend the co-debtor stay to Dr. Thomas with respect to the pending state court MRSA litigation which has been converted to an adversary proceeding in this court. Now that Dr. Thomas has filed his own personal bankruptcy we wanted to file a motion to make it clear we do not intend to disrupt the mediation process already in place.

**_OUTCOME:_**   GRANTED / OE

jlm