IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 Bankruptcy |
| | : | |
| JOSEPH MARTIN THOMAS, | : | No. 20-10334-TPA |
| | : | |
| Debtor. | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO: CLERK, UNITED STATES BANKRUPTCY COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case be served upon the undersigned counsel.

                                                    Respectfully submitted,

                                                    JOSH SHAPIRO
                                                    ATTORNEY GENERAL

Date: May 22, 2020                      By:    /s/ Lauren A. Michaels
                                                         Lauren A. Michaels
                                                         Deputy Attorney General
                                                        Pennsylvania Office of Attorney General
                                                        Counsel to Pennsylvania
                                                         Department of Revenue
                                                         1251 Waterfront Place
                                                         Mezzanine Level
                                                         Pittsburgh, PA 15222
                                                        Phone #: 412-235-9072
                                                         PA I.D. # 320686
                                                         Email: LMichaels@attorneygeneral.gov