UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO.  20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : RELATED TO DOCUMENT NO. 36 |
| | : |
|     v. | : |
| | : |
| NO RESPONDENT. | : |
| | : |
| | : |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify that I served, or caused to be served, on the 22ND day of May, 2020, a copy of the Order Granting Motion to Enter Orders from Affiliated Case upon each of the following persons and parties in interest at the address shown on the attached list.

    Respectfully submitted,

    THE QUINN LAW FIRM

BY:    */s/Michael P. Kruszewski*
        Michael P. Kruszewski, Esquire
        PA Id. No. 91239
        2222 West Grandview Boulevard
        Erie, Pennsylvania  16506-4508
        Telephone: 814-833-2222
        Facsimile: 814-833-6753
        E-Mail Address: mkruszewski@quinnfirm.com
        Proposed Counsel for Debtor

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| James Warmbrodt, Esquire (PNC Bank, National Association); bkgroup@kmllawgroup.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |

The following parties were served via E-Mail Transmission:

| |
|---|
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC); gskiba@marshlaw.com |
| Craig Murphey, Esquire (Mediator); craig@purchasegeorge.com |
| Gary Eiben, Esquire; geiben@mijb.com |
| James D. McDonald, Jr., Esquire; jmcdonald@mijb.com |
| Leslie Luciew, Western PA Claims Supervisor, Pennsylvania Insurance Dept./Mcare; lluciew@pa.gov |
| John Zdanowicz, Claims Director/Interim Vice-President of Claims for NORCAL Mutual Insurance Company; jzdanowicz@norcal-group.com |
| Jesse B. Baldwin, Esquire (Tri-State Pain Institute, LLC); jbbaldwin@kslnlaw.com |
| Ronald M. Puntil, Jr., Esquire (Joseph M. Thomas); rpuntil@c-wlaw.com |
| Deborah Minkoff, Esquire (NORCAL Mutual Insurance Company); DMinkoff@cozen.com |

The following additional parties were served via E-Mail Transmission:

| |
|---|
| Peter A. Pentz, Esquire (Brian S. and Beth Clark); petep@pentzlaw.com |
| Philip C. Chapman, Esquire (Darin Williamson); phil@pribanic.com |
| Jason M. Telaak, Esquire (Ernest Guichard);  jtelaak@campbellassociateslaw.com |
| L.C. TeWinkle, Esquire (Frederick J. Marchinetti, II; Kelly S. and Scott A. Buck; and Marjorie A. Weidner); ltewinkle@velocity.net |
| Paul J. Susko, Esquire (Harold Hewitt); paul@ksslawfirm.com |
| David L. Hunter, Jr., Esquire (Lester and Chris Spencer and Steven and Kathy Kinross); dhunter@hunterlawerie.com |
| Jason Matzus, Esquire (Rita and George Jennings); jason@matzuslaw.com |
| Francis M. Letro, Esquire (Sharon L. and Steven B. Kulig); francis@letrolaw.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| Brian S. Clark<br>Beth Clark<br>10479 Route 19<br>Waterford, PA 16441 | Darin Williamson<br>22370 Britton Road<br>Spartansburg, PA 16434 |

| | |
|---|---|
| Ernest Guichard<br>9 Church Street<br>Charlotte Villa 2, Apt. 503<br>Sinclairville, NY 14782 | Frederick J. Marchinetti, II<br>11538 Route 19<br>Waterford, PA 16441 |
| Harold Hewitt<br>5935 Shady Hollow Drive<br>Erie, PA 16506 | Kelly S. Buck<br>Scott A. Buck<br>3101 Broadlawn Drive<br>Erie, PA 16506 |
| Lester Spencer<br>Chris Spencer<br>337 East 21st Street<br>Erie, PA 16503 | Marjorie A. Weidner<br>20323 State Highway 89<br>Spartansburg, PA 16434 |
| Rita Jennings<br>George Jennings<br>5524 West 52nd Street<br>Fairview, PA 16415 | Sharon L. Kulig<br>Steven B. Kulig<br>10 Hunter Street<br>Jamestown, NY 14701 |
| Steven Kinross<br>Kathy Kinross<br>507 Sanford Place<br>Erie, PA 16511 | TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road<br>Suite 300<br>Chesterfield, MO  63017 |
| Wells Fargo Bank, N.A.<br>4101 Wiseman Blvd., Suite 307<br>San Antonio, TX  78251 | |