UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtors. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : RELATED TO DOCUMENT NO. 32 |
| | : |
|     v. | : |
| | : |
| NO RESPONDENT. | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify that I served, or caused to be served, on the 22nd day of May, 2020, a copy of the Order Authorizing Use of Pre-Petition Bank Account, Business Forms, Stationery, and Checks upon each of the following persons and parties in interest at the address shown on the attached list.

                                    Respectfully submitted,

                                    THE QUINN LAW FIRM

                    BY:    /s/Michael P. Kruszewski
                                  Michael P. Kruszewski, Esquire
                                  PA Id. No. 91239
                                  2222 West Grandview Boulevard
                                  Erie, Pennsylvania  16506-4508
                                  Telephone: 814-833-2222
                                  Facsimile: 814-833-6753
                                  E-Mail Address: mkruszewski@quinnfirm.com
                                  Proposed Counsel for Debtor

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| James Warmbrodt, Esquire (PNC Bank, National Association); bkgroup@kmllawgroup.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |

Secured Creditors:

| | |
|---|---|
| Ally Bank<br>P.O. Box 380901<br>Bloomington, MN  55438 | City of Erie Tax Collector<br>626 State Street<br>Room 105<br>Erie, PA 16401 |
| Pa. Dept. of Revenue<br>Dept. 280946<br>Harrisburg, PA 17128-0946 | Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222 |
| Internal Revenue Service<br>ATTN:  Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION:  Civil Process Clerk<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street<br>Suite 4000<br>Pittsburgh, PA 15219 |
| Fifth Third Bank<br>5050 Kingsley Drive<br>Cincinnati, OH  45263-9998 | PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 |
| Tax Collector<br>Township of Greene<br>8628 Wattsburg Road<br>Erie, PA 16509 | Tax Collector<br>Township of Millcreek<br>3608 West 26th Street<br>Erie, PA  16506 |
| Wells Fargo Bank, N.A.<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX  78251 | Widget Federal Credit Union<br>2154 East Lake Road<br>Erie, PA 16511 |

#1356598

Largest 20 Unsecured Creditors:

| | |
|---|---|
| MacDonald Illig<br>100 State Street<br>Suite 700<br>Erie, PA 16507 | Barclay Card<br>Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 |
| Brian S. Clark<br>Beth Clark<br>10479 Route 19<br>Waterford, PA 16441 | Candor Surgical Management, Inc.<br>4950 N.'OConnor Road<br>Suite 203<br>Irving, TX 75062 |
| Darin Williamson<br>22370 Britton Road<br>Spartansburg, PA 16434 | Ernest Guichard<br>9 Church Street<br>Charlotte Villa 2, Apt. 503<br>Sinclairville, NY 14782 |
| Frederick J. Marchinetti, II<br>11538 Route 19<br>Waterford, PA 16441 | Harold Hewitt<br>5935 Shady Hollow Drive<br>Erie, PA 16506 |
| Internal Revenue Service<br>ATTN: Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>(Served one copy as a secured creditor and as a member of the Largest 20 Unsecured Creditors.) | Kelly S. Buck<br>Scott A. Buck<br>3101 Broadlawn Drive<br>Erie, PA 16506 |
| Lester Spencer<br>Chris Spencer<br>337 East 21st Street<br>Erie, PA 16503 | Marjorie A. Weidner<br>20323 State Highway 89<br>Spartansburg, PA 16434 |
| Pa. Dept. of Revenue<br>Dept. 280946<br>Harrisburg, PA 17128-0946<br><br>(Severed one copy as a secured creditor and as a member of the Largest 20 Unsecured Creditors.) | Rita Jennings<br>George Jennings<br>5524 West 52nd Street<br>Fairview, PA 16415 |
| Sharon L. Kulig<br>Steven B. Kulig<br>10 Hunter Street<br>Jamestown, NY 14701 | Steven Kinross<br>Kathy Kinross<br>507 Sanford Place<br>Erie, PA 16511 |

#1356598

| | |
|---|---|
| TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road<br>Suite 300<br>Chesterfield, MO 63017 | Wells Fargo Bank, N.A.<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX 78251<br><br>(Severed one copy as a secured creditor and as a member of the Largest 20 Unsecured Creditors.) |
| Widget Federal Credit Union<br>2154 East Lake Road<br>Erie, PA 16511<br><br>(Severed one copy as a secured creditor and as a member of the Largest 20 Unsecured Creditors.) | Small Business Administration<br>ATTENTION: Anthony K. Arroyo, Esquire<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406 |

The following parties were served via E-Mail Transmission:

| |
|---|
| Peter A. Pentz, Esquire (Brian S. and Beth Clark); petep@pentzlaw.com |
| Philip C. Chapman, Esquire (Darin Williamson); phil@pribanic.com |
| Jason M. Telaak, Esquire (Ernest Guichard);  jtelaak@campbellassociateslaw.com |
| L.C. TeWinkle, Esquire (Frederick J. Marchinetti, II; Kelly S. and Scott A. Buck; and Marjorie A. Weidner); ltewinkle@velocity.net |
| Paul J. Susko, Esquire (Harold Hewitt); paul@ksslawfirm.com |
| David L. Hunter, Jr., Esquire (Lester and Chris Spencer and Steven and Kathy Kinross); dhunter@hunterlawerie.com |
| Jason Matzus, Esquire (Rita and George Jennings); jason@matzuslaw.com |
| Francis M. Letro, Esquire (Sharon L. and Steven B. Kulig); francis@letrolaw.com |
| Anthony K. Arroyo, Esquire (U.S. Small Business Administration); anthony.arroyo@sba.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC); gskiba@marshlaw.com |
| James D. McDonald, Jr., Esquire (Special Counsel, Tri-State Pain Institute LLC) jmcdonald@mijb.com |
| Jesse B. Baldwin, Esquire (Tri-State Pain Institute, LLC); jbbaldwin@kslnlaw.com |

#1356598