```
                  IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                             :
JOSEPH MARTIN THOMAS,              : BANKRUPTCY NO. 20-10334-TPA
                                   :
        Debtor                     : CHAPTER NO. 11
                                   :
```

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND DOCUMENTS

Kindly enter the appearance of Gary V. Skiba, Esq., Marsh Schaaf, LLP, 300 State Street, Suite 300, Erie, PA 16507, as the attorney for Tri-State Pain Institute, LLC, a party in interest. Attorney Skiba requests that all notices given or required to be served in this case be given to and served upon him as noted above. The foregoing request includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, plans, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, email, telegraph, telex, or otherwise.

```
                                Respectfully submitted,

                                MARSH SCHAAF, LLP


                                By/s/ Gary V. Skiba
                                  Gary V. Skiba, Esq.
                                  300 State Street, Suite 300
                                  Erie, PA  16507
                                  814/456-5301
                                  Attorney for Tri State Pain
                                    Institute, LLC
                                  PA Attorney I.D. No. 18153
DATED: May 22, 2020
```

```
                IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :
JOSEPH MARTIN THOMAS,           : BANKRUPTCY NO. 20-10334-TPA
                                :
      Debtor                    : CHAPTER NO. 11
                                :
```

## DECLARATION IN LIEU OF AFFIDAVIT

Regarding Request To Be Added to the Mailing Matrix.

I am the Attorney for Tri-State Pain Institute, LLC, an interested party in the above-captioned bankruptcy case, and I am authorized by this party to make the accompanying request for notices. The new address should be used instead of any existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that no other address has been given for this interested party and cancels all prior requests for notice by the within named party, and:

PLEASE CHECK THE APPROPRIATE BOX

   X  that there are no other requests to receive notices on behalf of this party, or

   ☐  that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

>  Tri-State Pain Institute, LLC
>  Creditor's name
>  2374 Village Common Drive
>  Creditor's address
>  Erie, PA 16506
>  City, State and Zip

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 22, 2020.

>  Gary V. Skiba, Esq.
>  Attorney for Tri-State Pain Institute, LLC
>  /s/ Gary V. Skiba
>  Signature of Attorney for Creditor
>
>  Attorney PA ID #18153

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| JOSEPH MARTIN THOMAS, | : BANKRUPTCY NO. 20-10334-TPA |
| | : |
| Debtor | : CHAPTER NO. 11 |
| | : |

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing notice of appearance and request for notices and documents was mailed this date by first class mail, postage pre-paid, upon the following:

Office of U.S. Trustee
Liberty Center
1000 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Joseph Martin Thomas
c/o Tri-State Pain
  Institute, LLC
2374 Village Commo Dr.
Erie, PA 16506

Michael P. Kruszewski, Esq.
Quinn Law Firm
2222 West Grandview Blvd.
Erie, PA 16506
COUNSEL FOR DEBTOR

/s/ Gary V. Skiba
Gary V. Skiba, Esq.

DATED:  May 22, 2020

47453-bkr