FILED
5/20/20 1:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JOSEPH MARTIN THOMAS | : | Case No. 19-10334-TPA |
| *Debtor* | : | Chapter 11 |
| | : | |
| JOSEPH MARTIN THOMAS | : | Related to Document No. 23 |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| TOWNSHIP OF GREENE, TAX | : | |
| COLECTOR; CHARLES R. BURGER | : | |
| and MARGARET J. BURGER, | : | |
| husband and wife; PNC BANK, | : | |
| NATIONAL ASSOCIATION; | : | |
| NORTHWEST SAVINGS BANK, | : | |
| now known as NORTHWEST BANK; | : | |
| WELLS FARGO BANK, NATIONAL | : | |
| ASSOCIATION; UNITED STATES | : | |
| OF AMERICA, INTERNAL | : | |
| REVENUE SERVICE; | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, DEPT. OF | : | |
| REVENUE; and THOMAS | : | |
| CHARLTON and SAMANTHA | : | |
| CHARLTON; | : | |
| *Respondents* | : | |

## ORDER

On May 19, 2020 the Motion for Private Sale of Real Property Free and Divested of Liens (Doc. No. 23) was filed and scheduled for hearing on June 18, 2020, at 11:30 A.M. (the "Sale Hearing"). The *Sale Hearing* will be held **telephonically** pursuant to Standing Order 20-204 and the *Notice of Temporary Modification of Appearance Procedures Before Judge Thomas P. Agresti*, found on the Court's website at https://www.pawb.uscourts.gov/covid-19-information.

*AND NOW*, this **20th** day of *May, 2020*, it is hereby **ORDERED, ADJUDGED,** *and DECREED* that:

1

(1)　Counsel for the Movant shall contact the original offeror and any known, potential bidders who may be interested in bidding at the *Sale Hearing* to: (a) advise that the hearing will be telephonic; (b) inform them that participation in the hearing shall be through CourtCall; and, (c) provide the information necessary to register and participate in the hearing through CourtCall as set forth in more detail in the attached Notice to Bidders.[1]

(2)　*At least two business days before the Sale Hearing,* Counsel for Movant shall file a certification with the Court confirming that the information was provided in compliance with this Order. Counsel is **not** required to disclose the identities of the parties contacted.

_____　jlm
Thomas P. Agresti
United States Bankruptcy Judge

---

[1]　The Notice to Bidders is designed to be posted at the Court to advise bidders of the telephonic procedure in the event they did not receive advance notice. The Court understands that Counsel for Movant may not know the identities of all interested bidders; however, to the extent possible, all interested parties should be contacted to avoid confusion and/or interruption of the *Sale Hearing*.

# **<u>NOTICE TO BIDDERS</u>**

**If you are present to bid at a sale hearing scheduled to be held in Courtroom C or the Erie Bankruptcy Courtroom before Judge Thomas P. Agresti, please comply with the telephonic procedure outlined below as all hearings are being held telephonically until further notice.**

- **To participate in the sale hearing, you must contact CourtCall at (866) 582-6878. Please do so <u>IMMEDIATELY</u> to ensure that you have an opportunity to bid when the case is called.**
- **In addition to identifying that you are calling to participate in a sale hearing before Judge Thomas P. Agresti in the Bankruptcy Court for the Western District of Pennsylvania, be prepared to identify the following:**
    - **Date & Time of the Hearing;**
    - **Case Name and Case Number;**
    - **Your name, address, and telephone number; and**
    - **Any additional information requested by CourtCall.**

**Please note that, under the current circumstances, this service is being provided at no charge to individuals who are unrepresented by counsel.**

**Further information regarding Judge Agresti's modified telephonic procedures is available on the Court's website.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph Martin Thomas  
    Debtor

Case No. 20-10334-TPA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: jmar    Page 1 of 1    Date Rcvd: May 20, 2020  
                           Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2020.  
db          +Joseph Martin Thomas,   c/of Tri-State Pain Institute,   2374 Village Common Drive,   Erie, PA 16506-7201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2020 at the address(es) listed below:  
        Guy C. Fustine   on behalf of Creditor   Official Committee of Unsecured Creditors for Tri-State Pain Institute, LLC mwernick@kmgslaw.com,  knoxbank@hotmail.com,burban@kmgslaw.com,mpol@kmgslaw.com  
        James Warmbrodt   on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
        Michael F.J. Romano   on behalf of Creditor   TIAA Commercial Finance, Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com  
        Michael P. Kruszewski   on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com  
        Norma Hildenbrand,  on Behalf of the United States Trustee by   on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
                                                                                                                                    TOTAL: 6