UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
| Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
| Movant, | : RELATED TO DOCUMENT NO. 27 |
| | : |
| v. | : |
| | : |
| NO RESPONDENT. | : |

## ORDER

And now, this  21st  day of May, 2020, upon consideration of the foregoing Motion for Extension of Time Within Which to File Schedules, Statement of Financial Affairs, Employee Income Record, and all related documents, it is hereby ORDERED, ADJUDGED, AND DECREED that the time for filing the Debtor's Schedules, Statement of Financial Affairs, Employee Income Record, and all related documents is extended through and including May 26, 2020.  No further extensions will be granted.

_____
Thomas P. Agresti        jlm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Joseph Martin Thomas
    Debtor

Case No. 20-10334-TPA
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy                    Page 1 of 1                          Date Rcvd: May 21, 2020
                              Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2020.
db        +Joseph Martin Thomas,    c/of Tri-State Pain Institute,    2374 Village Common Drive,
           Erie, PA 16506-7201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2020 at the address(es) listed below:
          Guy C. Fustine    on behalf of Creditor    Official Committee of Unsecured Creditors for Tri-State
           Pain Institute, LLC mwernick@kmgslaw.com,   knoxbank@hotmail.com,burban@kmgslaw.com,
           mpol@kmgslaw.com
          James  Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Michael F.J. Romano    on behalf of Creditor    TIAA Commercial Finance, Inc. mromano@rgalegal.com,
           tyowell@rgalegal.com;jromano@rgalegal.com
          Michael P. Kruszewski    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
           com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
          Norma Hildenbrand,  on Behalf of the United States Trustee by   on behalf of U.S. Trustee
           Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                                 TOTAL: 6