**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Joseph Martin Thomas** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–4532** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **11**  **5/6/20** |
| Case number:  **20–10334–TPA** | | |

<u>Official Form 309E (For Individuals or Joint Debtors)</u>

# Notice of Chapter 11 Bankruptcy Case                    12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Joseph Martin Thomas | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | c/of Tri–State Pain Institute <br> 2374 Village Common Drive <br> Erie, PA 16506 | |
| 4. | **Debtor's attorney** <br> Name and address | Michael P. Kruszewski <br> Quinn Law Firm <br> 2222 West Grandview Boulevard <br> Erie, PA 16506 | Contact phone 814–833–2222 <br><br> Email  mkruszewski@quinnfirm.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> U.S. Courthouse, Room B160 <br> 17 South Park Row <br> Erie, PA 16501 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone 814–464–9740 <br><br> Date: 5/22/20 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 17, 2020 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**341 Meeting will be conducted by phone, please consult the docket or, US Trustee for call information.** |
| **7.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: 8/17/20** |
| | | **Deadline for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **9/15/20**  For a governmental unit: **11/2/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                  Case No. 20-10334-TPA
Joseph Martin Thomas                                                    Chapter 11
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-1           User: culy                  Page 1 of 4                  Date Rcvd: May 22, 2020
                               Form ID: 309E               Total Noticed: 86


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2020.
db             +Joseph Martin Thomas,    c/of Tri-State Pain Institute,     2374 Village Common Drive,
                 Erie, PA 16506-7201
aty            +Guy C. Fustine,    Knox McLaughlin Gornall & Sennett, P.C.,     120 West Tenth Street,
                 Erie, PA 16501-1410
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Michael F.J. Romano,    52 Newton Ave,    PO Box 456,   Woodbury, NJ 08096-7456
aty            +Salene R.M. Kraemer,    BERNSTEIN-BURKLEY, P.C.,    707 Grant Street,    Suite 2200,
                 Pittsburgh, PA 15219-1945
cr             +Official Committee of Unsecured Creditors for Tri-,     Knox McLaughlin Gornall & Sennett, P.C.,
                 120 West Tenth Street,    Erie, PA 16501-1410
cr             +WELLS FARGO BANK, N.A.,    Salene Mazur Kraemer,    BERNSTEIN BURKLEY,    707 Grant St.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1908
15245005       +2374 Village Common Drive LLC,    2374 Village Common Drive,     Erie, PA 16506-7201
15238685       +Anglea Dunkle,    2374 Village Common Drive,    Suite 100,    Erie, PA 16506-7201
15245008       +Anthony K. Arroyo, Esquire,     660 American Avenue, Suite 301,    King of Prussia, PA 19406-4032
15245009       +Attorney General of Pennsylvania,     Western Regional Office,    1251 Watefront Place,
                 Mezzanine Level,    Pittsburgh, PA 15222-4227
15238688       +Benjamin A. Post, Esquire,    Post & Post LLC,    920 Cassatt Road,    200 Berwyn Park, Suite 102,
                 Berwyn, PA 19312-1178
15238689        Berkheimer,    P.O. Box 25153,    Lehigh Valley, PA 18002-5153
15238690       +Best Wildlife Services,    P.O. Box 36,    Erie, PA 16512-0036
15238691       +Brian S. Clark,    Beth Clark,    10479 Route 19,   Waterford, PA 16441-9117
15238692       +Candor Surgical Management, Inc.,     1180 Adams Lane,    Southlake, TX 76092-8501
15238693       +Charles R. Burger,    Margaret J. Burger,    9890 Wattsburg Road,    Erie, PA 16509-6118
15238694       +City of Erie Tax Collector,     626 State Street,    Room 105,   Erie, PA 16501-1146
15238695       +Core Erie MOB LP,    1515 Lake Shore Drive,    Suite 225,    Columbus, OH 43204-3896
15238696       +Dahlkemper Landscape & Maintenance,     2558 Hillborn Avenue,    Erie, PA 16509-5810
15238697       +Darin Williamson,    22370 Britton Road,    Spartansburg, PA 16434-3014
15238698       +David L. Hunter, Jr., Esquire,     821 State Street,    Erie, PA 16501-1316
15238699       +Edward M. Zimm, or Assigns,     300 State Street,,   Suite 200,    Erie, PA 16507-1429
15238700       +Ernest Guichard,    9 Church Street,    Charlotte Villa 2, Apt. 503,
                 Sinclairville, NY 14782-9635
15238701        Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45263-9998
15238702       +Francis J. Klemensic, Esquire,     Dickie McCamey & Chilcote PC,    100 State Street, Suite 508,
                 Erie, PA 16507-1457
15238703       +Francis M. Letro, Esquire,     The Dun Building,    10th Floor,   110 Pearl Street,
                 Buffalo, NY 14202-4111
15238704       +Frederick J. Marchinetti, II,     11538 Route 19,   Waterford, PA 16441-7776
15238705        George W. Connor MD,    207 South Main Street, Suite 140,     Jamestown, NY 14701
15238706       +Glenn Morisue,    6201 1/2 Lake Road West,    Ashtabula, OH 44004-9757
15238707       +Greater Erie Surgery Center LLC,     2374 Village Common Drive,    Erie, PA 16506-7201
15238708       +Harold Hewitt, Esquire,    5935 Shady Hollow Drive,     Erie, PA 16506-7023
15238709       +Heather Adams Szymczak,    2374 Village Common Drive,     Suite 100,   Erie, PA 16506-7201
15238710       +Howard Hanna Real Estate Services,     ATTENTION: Kathe W. Rafferty,    4248 West 12th Street,
                 Erie, PA 16505-3001
15238712       +James D. McDonald, Jr., Esquire,     100 State Street,    Suite 700,   Erie, PA 16507-1459
15238713       +Jason M. Telaak, Esquire,    8274 North Main Street,     Eden, NY 14057-1104
15245038       +Jason Matzus, Esquire,    Matzus Law LLC,    310 Grant Street,    Suite 3210,
                 Pittsburgh, PA 15219-2301
15238714       +John Doe & Jane Doe,    2374 Village Common Drive,     Suite 100,   Erie, PA 16506-7201
15238715       +Jung-Woo Ma, MD,    2374 Village Common Drive,    Suite 100,    Erie, PA 16506-7201
15238716       +KADA Gallery,    2632 West Eighth Street,    Erie, PA 16505-4021
15238717       +Kelly S. Buck,    Scott A. Buck,    3101 Broadlawn Drive,    Erie, PA 16506-1801
15238718       +Laurie C. TeWinkle, Esquire,     Law Offices of L.C. TeWinkle,    821 State Street,
                 Erie, PA 16501-1316
15238719       +Lester Spencer,    Chris Spencer,    337 East 21st Street,    Erie, PA 16503-1946
15245045       +MacDonald Illig,    100 State Street,    Suite 700,   Erie, PA 16507-1459
15238720       +Marjorie A. Weidner,    20323 State Highway 89,    Spartansburg, PA 16434-1703
15238721       +Marsh Realty, Inc.,    ATTENTION: Gary V. Marsh,    116 1/2 W. Spring Street,
                 Titusville, PA 16354-1704
15238722       +Micheal F.J. Romano, Esquire,     Ramano, Garubo, & Argentieri,    P.O. Box 456,
                 52 Newton Avenue,    Woodbury, NJ 08096-4610
15238723       +Mr. and Mrs. Steven E. Ribbing,     c/of Matthew W. Loughren, Esquire,
                 310 Grant Street, Suite 2800,     Grant Bldg.,   Pittsburgh, PA 15219-2255
15238724        Northwest Bank,    100 Liberty Street,    Drawer 128,    Warren, PA 16365-0128
15238730       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
15238726       +Pat Baldino Fine Art,    64 Vernon Drive,    Scarsdale, NY 10583-6124
15238727       +Paul J. Susko, Esquire,    502 Parade Street,    Erie, PA 16507-1687
15238728       +Peter A. Pentz, Esquire,    246 West Tenth Street,     Erie, PA 16501-1412
15238729       +Philip C. Chapman III, Esquire,     Pribanic & Pribanic,    513 Court Place,
                 Pittsburgh, PA 15219-2002
15238731       +Rick Rumball,    4808 Red Coat Court,    Raleigh, NC 27616-5525
15238732       +Rick Taraszki,    6103 West Lake Road,    Erie, PA 16505-2615
```

```
District/off: 0315-1              User: culy                 Page 2 of 4                    Date Rcvd: May 22, 2020
                                  Form ID: 309E              Total Noticed: 86


15238733      +Rita Jennings,   George Jennings,    5524 West 52nd Street,    Fairview, PA 16415-2331
15238734      +Ronald M. Puntil, Jr., Esquire,    Cipriani & Werner,    650 Washington Road,    Suite 700,
                Pittsburgh, PA 15228-2712
15238735      +Salene Mazur Kraemer, Esquire,    Trisha Hudkins, Esquire,    Bernstein-Burkley P.C.,
                707 Grant St., Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
15245064      +Small Business Administration,    an agency of the U.S. Government,
                660 American Avenue, Suite 301,    King of Prussia, PA 19406-4032
15238737      +Steven J. Wildberger, Esquire,    Matzus Law LLC,    310 Grant Street,    Suite 3210,
                Pittsburgh, PA 15219-2301
15238738      +Steven Kinross,   Kathy Kinross,    507 Sanford Place,    Erie, PA 16511-1061
15238741      +TIAA Commercial Finance, Inc.,    390 S. Woods Mill Road,    Suite 300,
                Chesterfield, MO 63017-3489
15238739      +Tax Collector,   Township of Greene,    8628 Wattsburg Road,    Erie, PA 16509-5850
15238740      +Tax Collector,   Township of Millcreek,    3608 West 26th Street,    Erie, PA 16506-2098
15245068      +Thomas Charlton,   Samantha Charlton,    2936 West 15th Street,    Erie, PA 16505-3926
15238742      +Tri-State Pain Institute LLC,    2374 Village Common Drive,    Erie, PA 16506-7201
15245071      +UMPC Chautauqua at WCA,    207 Foote Avenue,    Jamestown, NY 14701-7077
15238743      +UPMC Chautauqua at WCA,    207 Foote Avenue,    Jamestown, NY 14701-7077
15245072      +United States Attorney's Office,    Western District of Pennsylvania,
                Joseph F. Weis, Jr. U.S. Courthouse,    700 Grant Street, Suite 4000,
                Pittsburgh, PA 15219-1956
15238744      +Vanessa G. Ramlal MD,    207 Foote Avenue,    Jamestown, NY 14701-7077
15238745      +Wells Fargo Bank, N.A.,    4101 Wiseman Blvd.,    Building 307,    San Antonio, TX 78251-4200
15238746      +Wells Fargo Bank, National Association,    301 S. Tryon Street,    27th Floor,
                Charlotte, NC 28282-1915
15238748      +Zubin Menon MD,    565 Abbott Road,    Buffalo, NY 14220-2039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: mkruszewski@quinnfirm.com May 23 2020 02:39:42      Michael P. Kruszewski,
                Quinn Law Firm,    2222 West Grandview Boulevard,    Erie, PA 16506
aty           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov May 23 2020 02:40:53
                Norma Hildenbrand, on Behalf of the United States,     Office of the United States Trustee,
                Suite 970 Liberty Center,    1001 Liberty Avenue,    Pittsburgh, PA 15222-3714
smg            EDI: IRS.COM May 23 2020 06:18:00      Internal Revenue Service,    Special Procedures Division,
                P.O. Box 628,    Bankruptcy Section,    Pittsburgh, PA  15230
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2020 02:40:49       Pennsylvania Dept. of Revenue,
                Department 280928,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov May 23 2020 02:40:53
                Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
15238684      +EDI: GMACFS.COM May 23 2020 06:18:00      Ally Bank,    P.O. Box 380901,
                Bloomington, MN 55438-0901
15238686       EDI: BANKAMER.COM May 23 2020 06:18:00      Bank of America, N.A.,    P.O. Box 15222,
                Wilmington, DE 19886-5222
15238687       EDI: TSYS2.COM May 23 2020 06:18:00      Barclay Card,    Card Services,    P.O. Box 13337,
                Philadelphia, PA 19101-3337
15238724       E-mail/Text: angela.abreu@northwest.com May 23 2020 02:40:18      Northwest Bank,
                100 Liberty Street,    Drawer 128,    Warren, PA 16365-0128
15238725       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2020 02:40:49       Pa. Dept. of Revenue,
                Dept. 280946,    Harrisburg, PA 17128-0946
15244694       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2020 02:40:49
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
15245062      +EDI: WFFC.COM May 23 2020 06:18:00      SBA,    721 19th Street,    Denver, CO 80202-2517
15238747      +E-mail/Text: collections@widgetfinancial.com May 23 2020 02:40:53
                Widget Federal Credit Union,    2154 East Lake Road,    Erie, PA 16511-1140
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC BANK NATIONAL  ASSOCIATION
cr*           +TIAA Commercial Finance, Inc.,    390 S. Woods Mill Road, Suite 300,
                Chesterfield, MO 63017-3489
15245006*     +Ally Bank,    P.O. Box 380901,    Bloomington, MN 55438-0901
15245007*     +Anglea Dunkle,    2374 Village Common Drive,    Suite 100,    Erie, PA 16506-7201
15245010*      Bank of America, N.A.,    P.O. Box 15222,    Wilmington, DE 19886-5222
15245011*      Barclay Card,    Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
15245012*     +Benjamin A. Post, Esquire,    Post & Post LLC,    920 Cassatt Road,    200 Berwyn Park, Suite 102,
                Berwyn, PA 19312-1178
15245013*      Berkheimer,    P.O. Box 25153,    Lehigh Valley, PA 18002-5153
15245014*     +Best Wildlife Services,    P.O. Box 36,    Erie, PA 16512-0036
15245015*     +Brian S. Clark,   Beth Clark,    10479 Route 19,    Waterford, PA 16441-9117
15245016*     +Candor Surgical Management, Inc.,    1180 Adams Lane,    Southlake, TX 76092-8501
15245017*     +Charles R. Burger,    Margaret J. Burger,    9890 Wattsburg Road,    Erie, PA 16509-6118
15245018*     +City of Erie Tax Collector,    626 State Street,    Room 105,    Erie, PA 16501-1146
15245019*     +Core Erie MOB LP,    1515 Lake Shore Drive,    Suite 225,    Columbus, OH 43204-3896
15245020*     +Dahlkemper Landscape & Maintenance,    2558 Hillborn Avenue,    Erie, PA 16509-5810
15245021*     +Darin Williamson,    22370 Britton Road,    Spartansburg, PA 16434-3014
15245022*     +David L. Hunter, Jr., Esquire,    821 State Street,    Erie, PA 16501-1316
15245023*     +Edward M. Zimm, or Assigns,    300 State Street,,    Suite 200,    Erie, PA 16507-1429
```

```
District/off: 0315-1          User: culy              Page 3 of 4              Date Rcvd: May 22, 2020
                              Form ID: 309E           Total Noticed: 86


            ***** BYPASSED RECIPIENTS (continued) *****
15245024*       +Ernest Guichard,   9 Church Street,    Charlotte Villa 2, Apt. 503,
                  Sinclairville, NY 14782-9635
15245025*        Fifth Third Bank,   5050 Kingsley Drive,    Cincinnati, OH 45263-9998
15245026*       +Francis J. Klemensic, Esquire,    Dickie McCamey & Chilcote PC,    100 State Street, Suite 508,
                  Erie, PA 16507-1457
15245027*       +Francis M. Letro, Esquire,    The Dun Building,    10th Floor,    110 Pearl Street,
                  Buffalo, NY 14202-4111
15245028*       +Frederick J. Marchinetti, II,    11538 Route 19,    Waterford, PA 16441-7776
15245029*        George W. Connor MD,    207 South Main Street, Suite 140,    Jamestown, NY 14701
15245030*       +Glenn Morisue,   6201 1/2 Lake Road West,    Ashtabula, OH 44004-9757
15245031*       +Greater Erie Surgery Center LLC,    2374 Village Common Drive,    Erie, PA 16506-7201
15245032*       +Harold Hewitt, Esquire,    5935 Shady Hollow Drive,    Erie, PA 16506-7023
15245033*       +Heather Adams Szymczak,    2374 Village Common Drive,    Suite 100,    Erie, PA 16506-7201
15245034*       +Howard Hanna Real Estate Services,    ATTENTION: Kathe W. Rafferty,    4248 West 12th Street,
                  Erie, PA 16505-3001
15238711*        Internal Revenue Service,    ATTN: Centralized Insolvency Operations,    P.O. Box 7346,
                  Philadelphia, PA 19101-7346
15245035*        Internal Revenue Service,    ATTN: Centralized Insolvency Operations,    P.O. Box 7346,
                  Philadelphia, PA 19101-7346
15245036*       +James D. McDonald, Jr., Esquire,    100 State Street,    Suite 700,    Erie, PA 16507-1459
15245037*       +Jason M. Telaak, Esquire,    8274 North Main Street,    Eden, NY 14057-1104
15245039*       +John Doe & Jane Doe,    2374 Village Common Drive,    Suite 100,    Erie, PA 16506-7201
15245040*       +Jung-Woo Ma, MD,    2374 Village Common Drive,    Suite 100,    Erie, PA 16506-7201
15245041*       +KADA Gallery,    2632 West Eighth Street,    Erie, PA 16505-4021
15245042*       +Kelly S. Buck,    Scott A. Buck,    3101 Broadlawn Drive,    Erie, PA 16506-1801
15245043*       +Laurie C. TeWinkle, Esquire,    Law Offices of L.C. TeWinkle,    821 State Street,
                  Erie, PA 16501-1316
15245044*       +Lester Spencer,    Chris Spencer,    337 East 21st Street,    Erie, PA 16503-1946
15245046*       +Marjorie A. Weidner,    20323 State Highway 89,    Spartansburg, PA 16434-1703
15245047*       +Marsh Realty, Inc.,    ATTENTION: Gary V. Marsh,    116 1/2 W. Spring Street,
                  Titusville, PA 16354-1704
15245048*       +Micheal F.J. Romano, Esquire,    Ramano, Garubo, & Argentieri,    P.O. Box 456,
                  52 Newton Avenue,    Woodbury, NJ 08096-4610
15245049*       +Mr. and Mrs. Steven E. Ribbing,    c/of Matthew W. Loughren, Esquire,
                  310 Grant Street, Suite 2800,    Grant Bldg.,    Pittsburgh, PA 15219-2255
15245050*        Northwest Bank,    100 Liberty Street,    Drawer 128,    Warren, PA 16365-0128
15245056*       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
15245051*        Pa. Dept. of Revenue,    Dept. 280946,    Harrisburg, PA 17128-0946
15245052*       +Pat Baldino Fine Art,    64 Vernon Drive,    Scarsdale, NY 10583-6124
15245053*       +Paul J. Susko, Esquire,    502 Parade Street,    Erie, PA 16507-1687
15245054*       +Peter A. Pentz, Esquire,    246 West Tenth Street,    Erie, PA 16501-1412
15245055*       +Philip C. Chapman III, Esquire,    Pribanic & Pribanic,    513 Court Place,
                  Pittsburgh, PA 15219-2002
15245057*       +Rick Rumball,    4808 Red Coat Court,    Raleigh, NC 27616-5525
15245058*       +Rick Taraszki,    6103 West Lake Road,    Erie, PA 16505-2615
15245059*       +Rita Jennings,    George Jennings,    5524 West 52nd Street,    Fairview, PA 16415-2331
15245060*       +Ronald M. Puntil, Jr., Esquire,    Cipriani & Werner,    650 Washington Road,    Suite 700,
                  Pittsburgh, PA 15228-2712
15245061*       +Salene Mazur Kraemer, Esquire,    Trisha Hudkins, Esquire,    Bernstein-Burkley P.C.,
                  707 Grant St., Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
15245063*       +Sharon L. Kulig,    Steven B. Kulig,    10 Hunter Street,    Jamestown, NY 14701-7312
15245065*       +Steven Kinross,    Kathy Kinross,    507 Sanford Place,    Erie, PA 16511-1061
15245069*       +TIAA Commercial Finance, Inc.,    390 S. Woods Mill Road,    Suite 300,
                  Chesterfield, MO 63017-3489
15245066*       +Tax Collector,    Township of Greene,    8628 Wattsburg Road,    Erie, PA 16509-5850
15245067*       +Tax Collector,    Township of Millcreek,    3608 West 26th Street,    Erie, PA 16506-2098
15245070*       +Tri-State Pain Institute LLC,    2374 Village Common Drive,    Erie, PA 16506-7201
15245073*       +UPMC Chautauqua at WCA,    207 Foote Avenue,    Jamestown, NY 14701-7077
15245074*       +Vanessa G. Ramlal MD,    207 Foote Avenue,    Jamestown, NY 14701-7077
15245075*       +Wells Fargo Bank, N.A.,    4101 Wiseman Blvd.,    Building 307,    San Antonio, TX 78251-4200
15245076*       +Wells Fargo Bank, National Association,    301 S. Tryon Street,    27th Floor,
                  Charlotte, NC 28282-1915
15245077*       +Widget Federal Credit Union,    2154 East Lake Road,    Erie, PA 16511-1140
15245078*       +Zubin Menon MD,    565 Abbott Road,    Buffalo, NY 14220-2039
15238736       ##+Sharon L. Kulig,    Steven B. Kulig,    10 Hunter Street,    Jamestown, NY 14701-7312
                                                                                             TOTALS: 1, * 66, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1                User: culy               Page 4 of 4              Date Rcvd: May 22, 2020
                                    Form ID: 309E            Total Noticed: 86
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2020 at the address(es) listed below:
              Guy C. Fustine    on behalf of Creditor    Official Committee of Unsecured Creditors for Tri-State
               Pain Institute, LLC mwernick@kmgslaw.com,  knoxbank@hotmail.com,burban@kmgslaw.com,
               mpol@kmgslaw.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Michael F.J. Romano    on behalf of Creditor    TIAA Commercial Finance, Inc. mromano@rgalegal.com,
               tyowell@rgalegal.com;jromano@rgalegal.com
              Michael P. Kruszewski     on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
               com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
              Norma Hildenbrand,   on Behalf of the United States Trustee by   on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Salene R.M. Kraemer    on behalf of Creditor    WELLS FARGO BANK, N.A. skraemer@bernsteinlaw.com,
               salene@ecf.courtdrive.com
                                                                                             TOTAL: 7
```