UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO.  20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : |
| | : |
|     v. | : |
| | : |
| NO RESPONDENT. | : |
| | : |
| | : |

### NOTICE OF CHANGE OF ADDRESS

Please take note that the following addresses have changed:

| Undeliverable Address | Correct Address |
|---|---|
| Sharon L. Kulig<br>Steven B. Kulig<br>10 Hunter Street<br>Jamestown, NY  14701 | Sharon L. Kulig<br>Steven B. Kulig<br>274 Creek Road<br>Jamestown, NY  14701-9526 |

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/Michael P. Kruszewski
       Michael P. Kruszewski, Esquire
       PA Id. No. 91239
       2222 West Grandview Boulevard
       Erie, Pennsylvania  16506-4508
       Telephone: 814-833-2222
       Facsimile: 814-833-6753
       mkruszewski@quinnfirm.com
       Counsel for Debtor

Dated:  May 26, 2020

Document No. 1359754