UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : RELATED TO DOCUMENT NO. 37 |
| | : |
| v. | : |
| | : |
| NO RESPONDENT. | : |
| | : |
| | : |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify that I served, or caused to be served, on the 26th day of May, 2020, a copy of the Notice of Chapter 11 Bankruptcy Case upon each of the following persons and parties in interest at the address shown on the attached list.

                                              Respectfully submitted,

                                              THE QUINN LAW FIRM

BY:    */s/Michael P. Kruszewski*
           Michael P. Kruszewski, Esquire
           PA Id. No. 91239
           2222 West Grandview Boulevard
           Erie, Pennsylvania  16506-4508
           Telephone: 814-833-2222
           Facsimile: 814-833-6753
           E-Mail Address: mkruszewski@quinnfirm.com
           Proposed Counsel for Debtor

#1359761

The following parties were served via First Class Mail, Postage Pre-Paid:

Sharon L. Kulig
Steven B. Kulig
274 Creek Road
Jamestown, NY  14701-9526