UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|    Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|    Movant, | : DATE AND TIME OF HEARING: |
| | : June 4, 2020 @ 9:30 a.m. |
| v. | : |
| | : RESPONSE DEADLINE: |
| NO RESPONDENT. | : May 25, 2020 |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION FOR AUTHORITY TO EMPLOY ATTORNEY FOR DEBTOR
### (Document No. 6)

     The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application for Authority to Employ Attorney for Debtor filed May 6, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than May 25, 2020.

     It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: May 27, 2020

                           Respectfully submitted,

                           QUINN, BUSECK, LEEMHUIS, TOOHEY &
                           KROTO, INC.

                           BY:   /s/Michael P. Kruszewski
                                 Michael P. Kruszewski, Esquire
                                 PA Id. No. 91239
                                 The Quinn Law Firm
                                 2222 West Grandview Boulevard
                                 Erie, Pennsylvania  16506-4508
                                 Telephone: 814-833-2222
                                 Facsimile: 814-833-6753
                                 E-Mail: mkruszewski@quinnfirm.com
                                 Counsel for Debtor

#1360110