**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | THE HONORABLE THOMAS P. AGRESTI |
|    Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
|    Movant, | : | DATE & TIME OF HEARING: |
| | : | June 18, 2020 @ 9:30 a.m. |
|    v. | : | |
| | : | RESPONSE DEADLINE: |
| NO RESPONDENT. | : | May 28, 2020 |
| | : | |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION FOR LEAVE TO EMPLOY REALTOR  (Document No. 18)**

     The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application for Leave to Employ Realtor filed May 11, 2020 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than May 28, 2020.

     It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated:  May 29, 2020

                                  Respectfully submitted,

                                  QUINN, BUSECK, LEEMHUIS, TOOHEY &
                                  KROTO, INC.


                         BY:    /s/Michael P. Kruszewski
                                  Michael P. Kruszewski, Esquire
                                  PA Id. No. 91239
                                  The Quinn Law Firm
                                  2222 West Grandview Boulevard
                                  Erie, Pennsylvania  16506-4508
                                  Telephone: 814-833-2222
                                  Facsimile: 814-833-6753
                                  E-Mail: mkruszewski@quinnfirm.com
                                  Counsel for Debtor

#1360965