IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/27/20 3:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

| | | |
|---|---|---|
| JOSEPH MARTIN THOMAS<br>*Debtor* | : | Case No. 20-10334-TPA<br>Chapter 11 |
| JOSEPH MARTIN THOMAS<br>*Movant* | : | |
| v. | : | Related to Document No. 6 |
| NO RESPONDENT | : | |

## ORDER APPROVING COUNSEL FOR THE DEBTOR

*AND NOW,* this **27th** day of **May, 2020**, upon consideration of the *Application For Authority To Employ Attorney For Debtor* filed at Document No. 6, it is **ORDERED, ADJUDGED and DECREED** as follows:

(1) **Michael P. Kruszewski, Esq., Quinn Law Firm, 2222 West Grandview Boulevard, Erie, PA 16506** is hereby appointed, as of the date of filing the *Application*, as Attorney for Debtor in this bankruptcy proceeding for the reasons set forth in the *Application*.

(2) Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(3) Approval of any motion for appointment of counsel in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to *11 U.S.C. §328(a)*. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order. *Any retainer paid to the Attorney is unaffected by this Order and remains property of the Estate until further order of Court.*

(4) Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and the Attorney, this *Order* does not authorize the Attorney to retain or pay any outside counsel or other professional to assist Attorney in this matter unless such is done at no expense to Movant, directly or indirectly. Any other retention of, and payment to, an outside counsel or other professional is subject to prior approval of the Court.

(5) *Movant shall serve the within Order on all interested parties and file a certificate of service.*

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                            Case No. 20-10334-TPA
Joseph Martin Thomas                                                              Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy                  Page 1 of 1                Date Rcvd: May 27, 2020
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
db             +Joseph Martin Thomas,    c/of Tri-State Pain Institute,    2374 Village Common Drive,
                 Erie, PA 16506-7201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2020 at the address(es) listed below:
        Gary V. Skiba    on behalf of Interested Party   Tri-State Pain Institute, LLC gskiba@marshlaw.com,
         DGeniesse@marshlaw.com;rose227@hotmail.com
        Guy C. Fustine    on behalf of Creditor    Official Committee of Unsecured Creditors for Tri-State
         Pain Institute, LLC mwernick@kmgslaw.com,   knoxbank@hotmail.com,burban@kmgslaw.com,
         mpol@kmgslaw.com
        James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
        Lauren Michaels    on behalf of Creditor   Office of Attorney General, Department of Revenue
         lmichaels@attorneygeneral.gov
        Michael F.J. Romano   on behalf of Creditor   TIAA Commercial Finance, Inc. mromano@rgalegal.com,
         tyowell@rgalegal.com;jromano@rgalegal.com
        Michael P. Kruszewski    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com,
         knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
         com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
        Norma Hildenbrand,   on Behalf of the United States Trustee by   on behalf of U.S. Trustee
         Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Salene R.M. Kraemer    on behalf of Creditor   WELLS FARGO BANK, N.A. skraemer@bernsteinlaw.com,
         salene@ecf.courtdrive.com
                                                                                           TOTAL: 9