IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | THE HONORABLE THOMAS P. AGRESTI |
| Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
| Movant, | : | RELATED TO DOCUMENT NO. 62 |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on the 2ND day of June, 2020, a copy of the Order Approving Retention of Realtor upon each of the following persons and parties in interest at the address shown on the attached list.

                Respectfully submitted,

                THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
        Michael P. Kruszewski, Esquire
        PA Id. No. 91239
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506-4508
        Telephone: 814-833-2222
        Facsimile: 814-833-6753
        E-Mail Address:
        mkruszewski@quinnfirm.com
        Counsel for Debtor

#1361823

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| James Warmbrodt, Esquire (PNC Bank, National Association); bkgroup@kmllawgroup.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

Marsh Realty, Inc.
ATTENTION: Gary V. Marsh
116 1/2 West Spring Street
Titusville, PA 16354