UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| JOSEPH MARTIN THOMAS, : | BANKRUPTCY NO. 20-10334 TPA |
|     Debtor. : | |
| : | THE HONORABLE THOMAS P. AGRESTI |
| : | |
| JOSEPH MARTIN THOMAS, : | CHAPTER 11 |
|     Movant, : | |
| : | |
|     vs. : | |
| : | |
| NO RESPONDENT. : | |

**NOTICE OF CHANGE OF ADDRESS**

Please take note that the following addresses have changed:

| **Undeliverable Address** | **Correct Address** |
|---|---|
| Angela Dunkle<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506 | Angela Dunkle<br>5301 Windcrest Drive<br>Erie, PA 16510 |
| Heather Adams Szymczak<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506 | Heather Adams Szymczak<br>3629 West 14th Street<br>Erie, PA 16505 |

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

Dated: June 2, 2020

BY:    /s/Michael P. Kruszewski
Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mkruszewski@quinnfirm.com
Counsel for Debtor

Document No. 1361854