UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : RELATED TO DOCUMENT NO. 37 |
| | : |
| v. | : |
| | : |
| NO RESPONDENT. | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify that I served, or caused to be served, on the 3rd day of June, 2020, a copy of the Notice of Chapter 11 Bankruptcy Case upon each of the following persons and parties in interest at the address shown on the attached list.

    Respectfully submitted,

    THE QUINN LAW FIRM

BY:    */s/Michael P. Kruszewski*
        Michael P. Kruszewski, Esquire
        PA Id. No. 91239
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506-4508
        Telephone: 814-833-2222
        Facsimile: 814-833-6753
        E-Mail Address: mkruszewski@quinnfirm.com
        Proposed Counsel for Debtor

#1362604

The following parties were served via First Class Mail, Postage Pre-Paid:

Angela Dunkle
5301 Windcrest Drive
Erie, PA 16510

Heather Adams Szymczak
3629 West 14th Street
Erie, PA 16505