IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> TRI-STATE PAIN INSTITUTE, LLC, <br>     Debtor | : Case No. 20-10049-TPA <br> : <br> : Chapter 11 <br> : |
| TRI-STATE PAIN INSTITUTE, LLC and <br> JOSEPH M. THOMAS, M.D., <br>     *Plaintiffs* | : <br> : <br> : Adv. No. 20-1006-TPA |
| v. | : |
| TIAA COMMERCIAL FINANCE, INC.; WELLS FARGO BANK, N.A.; BRIAN S. CLARK and BETH CLARK; DARIN WILLIAMSON; ERNEST GUICHARD; FREDERICK J. MARCHINETTI, II; HAROLD HEWITT; KELLY S. BUCK and SCOTT BUCK; LESTER SPENCER and CHRIS SPENCER; MARJORIE A. WEIDNER; RITA JENNINGS and GEORGE JENNINGS; SHARON L. KULIG and STEVEN B. KULIG; STEVEN KINROSS and KATHY KINROSS; and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, <br>     *Defendants* | : |

**MEDIATOR'S CERTIFICATE OF COMPLETION OF MEDIATION CONFERENCE**

1. I hereby certify that pursuant to an order of assignment of this Court to the Bankruptcy Mediation Program dated March 17, 2020, a Mediation Program Conference was held on May 15, 26 and 29, 2020.

2. A settlement/resolution of this matter was __X__ was not____ reached.

Dated: June 2, 2020         Mediator: _____
                                                                    Signature

                            Name:      Craig Murphey

                            Address:   2525 West 26th St.
                                       Erie, PA 16506
                            Telephone: (814) 833-7100

PAWB Local Form 32 (07/13)