**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :         Case No.:   20-10334-TPA
                                          :
Joseph Martin Thomas                      :         Chapter:    11
                                          :
                     *Debtor(s).*         :
                                          :         Date:       6/4/2020
                                          :         Time:       10:00

**PROCEEDING MEMO**

*MATTER:*          #51 Motion To Withdraw Motion For Private Sale of Real Property
                   Free And Divested of Liens

*APPEARANCES:*

                   Debtor:          Michael P. Kruszewski
                   Cred Comm for
                   Tri-State Pain
                   Institute, LLC:  Guy Fustine

*NOTES:*

 Kruszewski:       We filed a motion to sell property located on Wattsburg Road.  The
                   sale agreement was contingent upon the buyers obtaining financing,
                   which became a problem.  Rather than wasting time advertising a
                   sale that may or may not go forward we decided to file this motion.
                   The sale agreement was terminated as well.

*OUTCOME:*         GRANTED / OE

jlm