IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
|    Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
|    Movant, | : | RELATED TO DOCUMENT NO. 77 |
| | : | |
|         v. | : | |
| | : | |
| TOWNSHIP OF GREENE, TAX COLLECTOR; | : | |
| CHARLES R. BURGER and MARGARET J. | : | |
| BURGER, husband and wife; PNC BANK, | : | |
| NATIONAL ASSOCIATION; NORTHWEST | : | |
| SAVINGS BANK, now known as NORTHWEST | : | |
| BANK; WELLS FARGO BANK, NATIONAL | : | |
| ASSOCIATION;  UNITED STATES OF | : | |
| AMERICA, INTERNAL REVENUE SERVICE; | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DEPT. OF REVENUE; and THOMAS | : | |
| CHARLTON and SAMANTHA CHARLTON; | : | |
|    Respondents. | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

      I, the undersigned, certify that I served, or caused to be served, on the 5th day of June, 2020, a copy of the Order on Motion to Withdraw Motion for Sale of Real Property Free and Divested of Liens upon each of the following persons and parties in interest at the address shown on the attached list.

                                    Respectfully submitted,

                                    THE QUINN LAW FIRM

                              BY:    /s/Michael P. Kruszewski
                                          Michael P. Kruszewski, Esquire
                                          PA Id. No. 91239
                                          2222 West Grandview Boulevard
                                          Erie, Pennsylvania  16506-4508
                                          Telephone: 814-833-2222
                                          Facsimile: 814-833-6753
                                          mkruszewski@quinnfirm.com
                                          Counsel for Debtors

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| James Warmbrodt, Esquire (PNC Bank, National Association); bkgroup@kmllawgroup.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| Charles R. Burger<br>Margaret J. Burger<br>9890 Wattsburg Road<br>Erie, PA 16509 | PNC Bank, National Association<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 |
| Northwest Savings Bank, now<br>Northwest Bank<br>100 Liberty Street<br>Drawer 128<br>Warren, PA 16365-0128 | Wells Fargo Bank, National Association<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX 78251 |
| Internal Revenue Service<br>1000 Liberty Avenue<br>Stop 711B<br>Pittsburgh, PA 15222-3714 | Attorney General of the United States<br>U.S. Dept. of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530 |
| United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION: Civil Process Clerk<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street<br>Suite 4000<br>Pittsburgh, PA 15219 | United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION: Civil Process Clerk<br>17 South Park Road, Suite A330<br>Erie, PA 16501 |
| Scott W. Brady, Esquire<br>U.S. Attorney for the Western District of PA<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 | Internal Revenue Service<br>ATTENTION: Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

#1363535

| | |
|---|---|
| Thomas Charlton<br>Samantha Charlton<br>2936 West 15th Street<br>Erie, PA 16505 | Coldwell Banker Select Realtors<br>ATTENTION: Jennifer Nelson<br>2961 Peach Street<br>Erie, PA 16508 |
| Gary V. Marsh<br>Marsh Realty, Inc.<br>116 ½ West Spring Street<br>Titusville, PA 16354 | Tax Collector<br>Township of Greene<br>8628 Wattsburg Road<br>Erie, PA 16509 |

#1363535