IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 20-10334-TPA |
| | ) | |
| JOSEPH MARTIN THOMAS, | ) | Chapter 11 |
| Debtor | ) | |
| | ) | Related to Doc. 36 |
| JOSEPH MARTIN THOMAS, | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT | ) | |

## MEDIATOR'S CERTIFICATE OF COMPLETION OF MEDIATION CONFERENCE IN AFFILIATED CASE

See attached.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for the Official Committee of Unsecured
Creditors for Tri-State Pain Institute, LLC

By: ___/s/ Guy C. Fustine___
 Guy C. Fustine
 PA I.D. No. 37543
 120 West Tenth Street
 Erie, Pennsylvania 16501-1461
 (814) 459-2800
 gfustine@kmgslaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> TRI-STATE PAIN INSTITUTE, LLC, <br> Debtor | : Case No. 20-10049-TPA <br> : <br> : Chapter 11 |
| TRI-STATE PAIN INSTITUTE, LLC and <br> JOSEPH M. THOMAS, M.D., <br> *Plaintiffs* <br> v. <br> TIAA COMMERCIAL FINANCE, INC.; <br> WELLS FARGO BANK, N.A.; BRIAN S. <br> CLARK and BETH CLARK; DARIN <br> WILLIAMSON; ERNEST GUICHARD; <br> FREDERICK J. MARCHINETTI, II; HAROLD <br> HEWITT; KELLY S. BUCK and SCOTT <br> BUCK; LESTER SPENCER and CHRIS <br> SPENCER; MARJORIE A. WEIDNER; RITA <br> JENNINGS and GEORGE JENNINGS; <br> SHARON L. KULIG and STEVEN B. KULIG; <br> STEVEN KINROSS and KATHY KINROSS; <br> and THE OFFICIAL COMMITTEE OF <br> UNSECURED CREDITORS, <br> *Defendants* | : <br> : <br> : Adv. No. 20-1006-TPA |

**MEDIATOR'S CERTIFICATE OF COMPLETION OF MEDIATION CONFERENCE**

1. I hereby certify that pursuant to an order of assignment of this Court to the Bankruptcy Mediation Program dated March 17, 2020, a Mediation Program Conference was held on May 15, 26 and 29, 2020.

2. A settlement/resolution of this matter was __X__ was not____ reached.

Dated: June 2, 2020       Mediator: _____
                                                Signature

                                    Name:    Craig Murphey

                                    Address: 2525 West 26th St.
                                             Erie, PA 16506
                                    Telephone: (814) 833-7100

PAWB Local Form 32 (07/13)