UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : RELATED TO DOCUMENT NOS. 79 and 85 |
| | : |
| v. | : DATE AND TIME OF HEARING: |
| | : June 22, 2020 @ 10:30 a.m. |
| BRIAN S. CLARK and BETH CLARK; DARIN | : |
| WILLIAMSON; ERNEST GUICHARD; FREDERICK | : RESPONSE DEADLINE: |
| J. MARCHINETTI, II; HAROLD HEWITT; KELLY S. | : June 19, 2020 |
| BUCK and SCOTT A. BUCK; LESTER SPENCER and | : |
| CHRIS SPENCER; MARJORIE A. WEIDNER; RITA | : |
| JENNINGS and GEORGE JENNINGS; SHARON L. | : |
| KULIG and STEVEN B. KULIG; STEVEN KINROSS | : |
| and KATHY KINROSS, and THE OFFICIAL | : |
| COMMITTEE OF UNSECURED CREDITORS OF | : |
| TRI-STATE PAIN INSTITUTE, LLC, | : |
| | : |
|     Respondents. | : |
| | : |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on the 11th day of June, 2020, a copy of the Joint Motion to Approve Settlement Agreement and the Joint Motion to Approve Settlement Agreement and Order dated June 10, 2020 upon each of the following persons and parties in interest at the address shown on the attached list.

    Respectfully submitted,

    THE QUINN LAW FIRM

BY: _____
    Michael P. Kruszewski, Esquire
    PA Id. No. 91239
    2222 West Grandview Boulevard
    Erie, Pennsylvania 16506-4508
    Telephone: 814-833-2222
    Facsimile: 814-833-6753
    E-Mail Address: mkruszewski@quinnfirm.com
    Counsel for Debtor, Joseph Martin Thomas

#1363000

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| James Warmbrodt, Esquire (PNC Bank, National Association); bkgroup@kmllawgroup.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| R. Colin Campbell, Esquire<br>Attorney for Ernest Guichard<br>Campbell & Associates<br>8274 North Main Street<br>Eden, NY 14057-1104 | Paul E. Peel, Esquire<br>Attorney for MCARE Fund<br>Hickory Pointe<br>2250 Hickory Rd, Suite 300<br>Plymouth Meeting, PA 19462 |

See the attached Mailing Matrix.

#1363000

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 20-10334-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Jun  4 12:21:17 EDT 2020 | 2374 Village Common Drive LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | Ally Bank<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 |
| Anglea Dunkle<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | Anglea Dunkle<br>5301 Windcrest Drive<br>Erie, PA 16510-3357 | Anthony K. Arroyo, Esquire<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 |
| Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Watefront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 | Bank of America, N.A.<br>P.O. Box 15222<br>Wilmington, DE 19886-5222 | Barclay Card<br>Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 |
| Benjamin A. Post, Esquire<br>Post & Post LLC<br>920 Cassatt Road<br>200 Berwyn Park, Suite 102<br>Berwyn, PA 19312-1178 | Berkheimer<br>P.O. Box 25153<br>Lehigh Valley, PA 18002-5153 | Best Wildlife Services<br>P.O. Box 36<br>Erie, PA 16512-0036 |
| Brian S. Clark<br>Beth Clark<br>10479 Route 19<br>Waterford, PA 16441-9117 | Candor Surgical Management, Inc.<br>1180 Adams Lane<br>Southlake, TX 76092-8501 | Charles R. Burger<br>Margaret J. Burger<br>9890 Wattsburg Road<br>Erie, PA 16509-6118 |
| City of Erie Tax Collector<br>626 State Street<br>Room 105<br>Erie, PA 16501-1146 | Core Erie MOB LP<br>1515 Lake Shore Drive<br>Suite 225<br>Columbus, OH 43204-3896 | Dahlkemper Landscape & Maintenance<br>2558 Hillborn Avenue<br>Erie, PA 16509-5810 |
| Darin Williamson<br>22370 Britton Road<br>Spartansburg, PA 16434-3014 | David L. Hunter, Jr., Esquire<br>821 State Street<br>Erie, PA 16501-1316 | Edward M. Zimm, or Assigns<br>300 State Street,<br>Suite 200<br>Erie, PA 16507-1429 |
| Ernest Guichard<br>9 Church Street<br>Charlotte Villa 2, Apt. 503<br>Sinclairville, NY 14782-9635 | Fifth Third Bank<br>5050 Kingsley Drive<br>Cincinnati, OH 45263-9998 | Francis J. Klemensic, Esquire<br>Dickie McCamey & Chilcote PC<br>100 State Street, Suite 508<br>Erie, PA 16507-1457 |
| Francis M. Letro, Esquire<br>The Dun Building<br>10th Floor<br>110 Pearl Street<br>Buffalo, NY 14202-4111 | Frederick J. Marchinetti, II<br>11538 Route 19<br>Waterford, PA 16441-7776 | Guy C. Fustine<br>Knox McLaughlin Gornall & Sennett, P.C.<br>120 West Tenth Street<br>Erie, PA 16501-1410 |
| George W. Connor MD<br>207 South Main Street, Suite 140<br>Jamestown, NY 14701 | Glenn Morisue<br>6201 1/2 Lake Road West<br>Ashtabula, OH 44004-9757 | Greater Erie Surgery Center LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 |

Harold Hewitt, Esquire
5935 Shady Hollow Drive
Erie, PA 16506-7023

Heather Adams Szymczak
2374 Village Common Drive
Suite 100
Erie, PA 16506-7201

Heather Adams Szymczak
3629 West 14th Street
Erie, PA 16505-3506

Howard Hanna Real Estate Services
ATTENTION: Kathe W. Rafferty
4248 West 12th Street
Erie, PA 16505-3001

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230

Internal Revenue Service
ATTN: Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

James D. McDonald, Jr., Esquire
100 State Street
Suite 700
Erie, PA 16507-1459

Jason M. Telaak, Esquire
8274 North Main Street
Eden, NY 14057-1104

Jason Matzus, Esquire
Matzus Law LLC
310 Grant Street
Suite 3210
Pittsburgh, PA 15219-2301

John Doe & Jane Doe
2374 Village Common Drive
Suite 100
Erie, PA 16506-7201

Jung-Woo Ma, MD
2374 Village Common Drive
Suite 100
Erie, PA 16506-7201

KADA Gallery
2632 West Eighth Street
Erie, PA 16505-4021

Kelly S. Buck
Scott A. Buck
3101 Broadlawn Drive
Erie, PA 16506-1801

Salene R.M. Kraemer
BERNSTEIN-BURKLEY, P.C.
707 Grant Street
Suite 2200
Pittsburgh, PA 15219-1945

Laurie C. TeWinkle, Esquire
Law Offices of L.C. TeWinkle
821 State Street
Erie, PA 16501-1316

Lester Spencer
Chris Spencer
337 East 21st Street
Erie, PA 16503-1946

MacDonald Illig
100 State Street
Suite 700
Erie, PA 16507-1459

Marjorie A. Weidner
20323 State Highway 89
Spartansburg, PA 16434-1703

Gary V. Marsh
Marsh Realty, Inc.
116 1/2 West Spring Street
Titusville, PA 16354-1704

Marsh Realty, Inc.
ATTENTION:  Gary V. Marsh
116 1/2 W. Spring Street
Titusville, PA 16354-1704

Lauren Michaels
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222-4227

Micheal F.J. Romano, Esquire
Ramano, Garubo, & Argentieri
P.O. Box 456
52 Newton Avenue
Woodbury, NJ 08096-4610

Mr. and Mrs. Steven E. Ribbing
c/of Matthew W. Loughren, Esquire
310 Grant Street, Suite 2800
Grant Bldg.
Pittsburgh, PA 15219-2255

Northwest Bank
100 Liberty Street
Drawer 128
Warren, PA 16365-0128

Office of Attorney General, Department of Re
Lauren A. Michaels
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222-4227

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Official Committee of Unsecured Creditors fo
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1410

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222-4747

Pa. Dept. of Revenue
Dept. 280946
Harrisburg, PA 17128-0946

| | | |
|---|---|---|
| Pat Baldino Fine Art<br>64 Vernon Drive<br>Scarsdale, NY 10583-6124 | Paul J. Susko, Esquire<br>502 Parade Street<br>Erie, PA 16507-1687 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peter A. Pentz, Esquire<br>246 West Tenth Street<br>Erie, PA 16501-1412 | Philip C. Chapman III, Esquire<br>Pribanic & Pribanic<br>513 Court Place<br>Pittsburgh, PA 15219-2002 |
| Rick Rumball<br>4808 Red Coat Court<br>Raleigh, NC 27616-5525 | Rick Taraszki<br>6103 West Lake Road<br>Erie, PA 16505-2615 | Rita Jennings<br>George Jennings<br>5524 West 52nd Street<br>Fairview, PA 16415-2331 |
| Michael F.J. Romano<br>52 Newton Ave<br>PO Box 456<br>Woodbury, NJ 08096-7456 | Ronald M. Puntil, Jr., Esquire<br>Cipriani & Werner<br>650 Washington Road<br>Suite 700<br>Pittsburgh, PA 15228-2712 | SBA<br>721 19th Street<br>Denver, CO 80202-2517 |
| Salene Mazur Kraemer, Esquire<br>Trisha Hudkins, Esquire<br>Bernstein-Burkley P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Sharon L. Kulig<br>Steven B. Kulig<br>274 Creek Road<br>Jamestown, NY 14701-9526 | Gary V. Skiba<br>300 State Street, Suite 300<br>Erie, PA 16507-1430 |
| Small Business Administration<br>an agency of the U.S. Government<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 | Steven J. Wildberger, Esquire<br>Matzus Law LLC<br>310 Grant Street<br>Suite 3210<br>Pittsburgh, PA 15219-2301 | Steven Kinross<br>Kathy Kinross<br>507 Sanford Place<br>Erie, PA 16511-1061 |
| TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road, Suite 300<br>Chesterfield, MO 63017-3489 | Tax Collector<br>Township of Greene<br>8628 Wattsburg Road<br>Erie, PA 16509-5850 | Tax Collector<br>Township of Millcreek<br>3608 West 26th Street<br>Erie, PA 16506-2098 |
| Joseph Martin Thomas<br>c/of Tri-State Pain Institute<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | Thomas Charlton<br>Samantha Charlton<br>2936 West 15th Street<br>Erie, PA 16505-3926 | Tri-State Pain Institute LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 |
| UMPC Chautauqua at WCA<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 | UPMC Chautauqua at WCA<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 | United States Attorney's Office<br>Western District of Pennsylvania<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1956 |
| Vanessa G. Ramlal MD<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 | WELLS FARGO BANK, N.A.<br>Salene Mazur Kraemer<br>BERNSTEIN BURKLEY<br>707 Grant St.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1908 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |

Wells Fargo Bank, N.A.
4101 Wiseman Blvd.
Building 307
San Antonio, TX 78251-4200

Wells Fargo Bank, National Association
301 S. Tryon Street
27th Floor
Charlotte, NC 28282-1915

Widget Federal Credit Union
2154 East Lake Road
Erie, PA 16511-1140

Zubin Menon MD
565 Abbott Road
Buffalo, NY 14220-2039

Norma Hildenbrand, on Behalf of the United S
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC BANK NATIONAL  ASSOCIATION

(d)Sharon L. Kulig
Steven B. Kulig
274 Creek Road
Jamestown, NY 14701-9526

(d)TIAA Commercial Finance, Inc.
390 S. Woods Mill Road
Suite 300
Chesterfield, MO 63017-3489

(d)Tri-State Pain Institute, LLC
2374 Village Common Drive
Erie, PA 16506-7201

End of Label Matrix
Mailable recipients    94
Bypassed recipients     4
Total                  98