FILED
6/9/20 10:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| : | BANKRUPTCY NO.  20-10334 TPA |
| JOSEPH MARTIN THOMAS, : | |
| Debtor. : | THE HONORABLE THOMAS P. AGRESTI |
| : | |
| JOSEPH MARTIN THOMAS, : | CHAPTER 11 |
| : | |
| Movant, : | RELATED TO DOCUMENT NO.   78 |
| : | |
| v. : | |
| : | |
| BRIAN S. CLARK and BETH CLARK; DARIN : | |
| WILLIAMSON; ERNEST GUICHARD; : | |
| FREDERICK J. MARCHINETTI, II; HAROLD : | |
| HEWITT; KELLY S. BUCK and SCOTT A. : | |
| BUCK; LESTER SPENCER and CHRIS : | |
| SPENCER; MARJORIE A. WEIDNER; RITA : | |
| JENNINGS and GEORGE JENNINGS; : | |
| SHARON L. KULIG and STEVEN B. KULIG; : | |
| STEVEN KINROSS and KATHY KINROSS, and : | |
| THE OFFICIAL COMMITTEE OF UNSECURED : | |
| CREDITORS OF TRI-STATE PAIN INSTITUTE, : | |
| LLC, : | |
| : | |
| Respondents. : | |
| : | |

ORDER

AND NOW, to-wit, this 9th day of    June    , 2020, upon consideration of the foregoing Motion for Authorization to Submit Exhibit And Terms of Settlement Under Seal, all parties to the Mediation as set forth in this Court's Mediation Referral Order of March 17, 2020, Doc. No. 31, having agreed thereto and sufficient cause being shown, it is hereby ORDERED that the Parties to the pending Motion clearly and conspicuously note on the face of the Exhibit to be filed with to the Joint Motion to Approve Settlement, that such document contains confidential

information and that the Clerk, having thus been informed, shall place such document under seal and shall hold such document apart from the public file and shall not disclose it to any person except upon further order of this Court.

The Docket Entry for the Exhibit to the Joint Motion to Approve Settlement to be filed under seal shall describe the documents as follows: FILED UNDER SEAL: Exhibit to Joint Motion to Approve Settlement identified as a Confidential Settlement Agreement.

The *Motion For Authorization To Submit Exhibit and Terms of Settlement Under Seal* is **GRANTED**, pending further Order of Court.

Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph Martin Thomas  
    Debtor

Case No. 20-10334-TPA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: culy      Page 1 of 1      Date Rcvd: Jun 09, 2020  
    Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2020.  
db      +Joseph Martin Thomas,   c/of Tri-State Pain Institute,   2374 Village Common Drive,   Erie, PA 16506-7201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2020 at the address(es) listed below:

     Gary V. Skiba   on behalf of Interested Party    Tri-State Pain Institute, LLC gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com  
     Guy C. Fustine   on behalf of Creditor    Official Committee of Unsecured Creditors for Tri-State Pain Institute, LLC mwernick@kmgslaw.com,  knoxbank@hotmail.com,burban@kmgslaw.com, mpol@kmgslaw.com  
     James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com  
     Lauren Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue lmichaels@attorneygeneral.gov  
     Michael F.J. Romano    on behalf of Creditor    TIAA Commercial Finance, Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com  
     Michael P. Kruszewski    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com  
     Norma Hildenbrand,  on Behalf of the United States Trustee by   on behalf of U.S. Trustee    Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov  
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
     Salene R.M. Kraemer    on behalf of Creditor    WELLS FARGO BANK, N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com

     TOTAL: 9