UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : RELATED TO DOCUMENT NOS. 79 and 85 |
| | : |
| v. | : DATE AND TIME OF HEARING: |
| | : June 22, 2020 @ 10:30 a.m. |
| BRIAN S. CLARK and BETH CLARK; DARIN | : |
| WILLIAMSON; ERNEST GUICHARD; FREDERICK | : RESPONSE DEADLINE: |
| J. MARCHINETTI, II; HAROLD HEWITT; KELLY S. | : June 19, 2020 |
| BUCK and SCOTT A. BUCK; LESTER SPENCER and | : |
| CHRIS SPENCER; MARJORIE A. WEIDNER; RITA | : |
| JENNINGS and GEORGE JENNINGS; SHARON L. | : |
| KULIG and STEVEN B. KULIG; STEVEN KINROSS | : |
| and KATHY KINROSS, and THE OFFICIAL | : |
| COMMITTEE OF UNSECURED CREDITORS OF | : |
| TRI-STATE PAIN INSTITUTE, LLC, | : |
| | : |
|     Respondents. | : |
| | : |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on the 11th day of June, 2020, a copy of the Joint Motion to Approve Settlement Agreement and the Joint Motion to Approve Settlement Agreement and Order dated June 10, 2020 upon each of the following persons and parties in interest at the address shown on the attached list.

    Respectfully submitted,

    THE QUINN LAW FIRM

BY:    /s/Michael P. Kruszewski
    Michael P. Kruszewski, Esquire
    PA Id. No. 91239
    2222 West Grandview Boulevard
    Erie, Pennsylvania 16506-4508
    Telephone: 814-833-2222
    Facsimile: 814-833-6753
    E-Mail Address: mkruszewski@quinnfirm.com
    Counsel for Debtor, Joseph Martin Thomas

#1363000

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| James Warmbrodt, Esquire (PNC Bank, National Association); bkgroup@kmllawgroup.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| R. Colin Campbell, Esquire<br>Attorney for Ernest Guichard<br>Campbell & Associates<br>8274 North Main Street<br>Eden, NY 14057-1104 | Paul E. Peel, Esquire<br>Attorney for MCARE Fund<br>Hickory Pointe<br>2250 Hickory Rd, Suite 300<br>Plymouth Meeting, PA 19462 |

See the attached Mailing Matrix.

#1363000

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 20-10334-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Jun  4 12:21:17 EDT 2020 | 2374 Village Common Drive LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | Ally Bank<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 |
| Anglea Dunkle<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | Anglea Dunkle<br>5301 Windcrest Drive<br>Erie, PA 16510-3357 | Anthony K. Arroyo, Esquire<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 |
| Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Watefront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 | Bank of America, N.A.<br>P.O. Box 15222<br>Wilmington, DE 19886-5222 | Barclay Card<br>Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 |
| Benjamin A. Post, Esquire<br>Post & Post LLC<br>920 Cassatt Road<br>200 Berwyn Park, Suite 102<br>Berwyn, PA 19312-1178 | Berkheimer<br>P.O. Box 25153<br>Lehigh Valley, PA 18002-5153 | Best Wildlife Services<br>P.O. Box 36<br>Erie, PA 16512-0036 |
| Brian S. Clark<br>Beth Clark<br>10479 Route 19<br>Waterford, PA 16441-9117 | Candor Surgical Management, Inc.<br>1180 Adams Lane<br>Southlake, TX 76092-8501 | Charles R. Burger<br>Margaret J. Burger<br>9890 Wattsburg Road<br>Erie, PA 16509-6118 |
| City of Erie Tax Collector<br>626 State Street<br>Room 105<br>Erie, PA 16501-1146 | Core Erie MOB LP<br>1515 Lake Shore Drive<br>Suite 225<br>Columbus, OH 43204-3896 | Dahlkemper Landscape & Maintenance<br>2558 Hillborn Avenue<br>Erie, PA 16509-5810 |
| Darin Williamson<br>22370 Britton Road<br>Spartansburg, PA 16434-3014 | David L. Hunter, Jr., Esquire<br>821 State Street<br>Erie, PA 16501-1316 | Edward M. Zimm, or Assigns<br>300 State Street,<br>Suite 200<br>Erie, PA 16507-1429 |
| Ernest Guichard<br>9 Church Street<br>Charlotte Villa 2, Apt. 503<br>Sinclairville, NY 14782-9635 | Fifth Third Bank<br>5050 Kingsley Drive<br>Cincinnati, OH 45263-9998 | Francis J. Klemensic, Esquire<br>Dickie McCamey & Chilcote PC<br>100 State Street, Suite 508<br>Erie, PA 16507-1457 |
| Francis M. Letro, Esquire<br>The Dun Building<br>10th Floor<br>110 Pearl Street<br>Buffalo, NY 14202-4111 | Frederick J. Marchinetti, II<br>11538 Route 19<br>Waterford, PA 16441-7776 | Guy C. Fustine<br>Knox McLaughlin Gornall & Sennett, P.C.<br>120 West Tenth Street<br>Erie, PA 16501-1410 |
| George W. Connor MD<br>207 South Main Street, Suite 140<br>Jamestown, NY 14701 | Glenn Morisue<br>6201 1/2 Lake Road West<br>Ashtabula, OH 44004-9757 | Greater Erie Surgery Center LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 |

Harold Hewitt, Esquire
5935 Shady Hollow Drive
Erie, PA 16506-7023

Heather Adams Szymczak
2374 Village Common Drive
Suite 100
Erie, PA 16506-7201

Heather Adams Szymczak
3629 West 14th Street
Erie, PA 16505-3506

Howard Hanna Real Estate Services
ATTENTION: Kathe W. Rafferty
4248 West 12th Street
Erie, PA 16505-3001

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230

Internal Revenue Service
ATTN: Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

James D. McDonald, Jr., Esquire
100 State Street
Suite 700
Erie, PA 16507-1459

Jason M. Telaak, Esquire
8274 North Main Street
Eden, NY 14057-1104

Jason Matzus, Esquire
Matzus Law LLC
310 Grant Street
Suite 3210
Pittsburgh, PA 15219-2301

John Doe & Jane Doe
2374 Village Common Drive
Suite 100
Erie, PA 16506-7201

Jung-Woo Ma, MD
2374 Village Common Drive
Suite 100
Erie, PA 16506-7201

KADA Gallery
2632 West Eighth Street
Erie, PA 16505-4021

Kelly S. Buck
Scott A. Buck
3101 Broadlawn Drive
Erie, PA 16506-1801

Salene R.M. Kraemer
BERNSTEIN-BURKLEY, P.C.
707 Grant Street
Suite 2200
Pittsburgh, PA 15219-1945

Laurie C. TeWinkle, Esquire
Law Offices of L.C. TeWinkle
821 State Street
Erie, PA 16501-1316

Lester Spencer
Chris Spencer
337 East 21st Street
Erie, PA 16503-1946

MacDonald Illig
100 State Street
Suite 700
Erie, PA 16507-1459

Marjorie A. Weidner
20323 State Highway 89
Spartansburg, PA 16434-1703

Gary V. Marsh
Marsh Realty, Inc.
116 1/2 West Spring Street
Titusville, PA 16354-1704

Marsh Realty, Inc.
ATTENTION:  Gary V. Marsh
116 1/2 W. Spring Street
Titusville, PA 16354-1704

Lauren Michaels
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222-4227

Micheal F.J. Romano, Esquire
Ramano, Garubo, & Argentieri
P.O. Box 456
52 Newton Avenue
Woodbury, NJ 08096-4610

Mr. and Mrs. Steven E. Ribbing
c/of Matthew W. Loughren, Esquire
310 Grant Street, Suite 2800
Grant Bldg.
Pittsburgh, PA 15219-2255

Northwest Bank
100 Liberty Street
Drawer 128
Warren, PA 16365-0128

Office of Attorney General, Department of Re
Lauren A. Michaels
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222-4227

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Official Committee of Unsecured Creditors fo
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1410

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222-4747

Pa. Dept. of Revenue
Dept. 280946
Harrisburg, PA 17128-0946

```
Pat Baldino Fine Art              Paul J. Susko, Esquire           Pennsylvania Department of Revenue
64 Vernon Drive                   502 Parade Street                Bankruptcy Division
Scarsdale, NY 10583-6124          Erie, PA 16507-1687              P.O. Box 280946
                                                                   Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue     Peter A. Pentz, Esquire          Philip C. Chapman III, Esquire
Department 280946                 246 West Tenth Street            Pribanic & Pribanic
P.O. Box 280946                   Erie, PA 16501-1412              513 Court Place
ATTN: BANKRUPTCY DIVISION                                          Pittsburgh, PA 15219-2002
Harrisburg, PA 17128-0946


Rick Rumball                      Rick Taraszki                    Rita Jennings
4808 Red Coat Court               6103 West Lake Road              George Jennings
Raleigh, NC 27616-5525            Erie, PA 16505-2615              5524 West 52nd Street
                                                                   Fairview, PA 16415-2331


Michael F.J. Romano               Ronald M. Puntil, Jr., Esquire   SBA
52 Newton Ave                     Cipriani & Werner                721 19th Street
PO Box 456                        650 Washington Road              Denver, CO 80202-2517
Woodbury, NJ 08096-7456           Suite 700
                                  Pittsburgh, PA 15228-2712


Salene Mazur Kraemer, Esquire     Sharon L. Kulig                  Gary V. Skiba
Trisha Hudkins, Esquire           Steven B. Kulig                  300 State Street, Suite 300
Bernstein-Burkley P.C.            274 Creek Road                   Erie, PA 16507-1430
707 Grant St., Suite 2200, Gulf Tower   Jamestown, NY 14701-9526
Pittsburgh, PA 15219-1945


Small Business Administration     Steven J. Wildberger, Esquire    Steven Kinross
an agency of the U.S. Government  Matzus Law LLC                   Kathy Kinross
660 American Avenue, Suite 301    310 Grant Street                 507 Sanford Place
King of Prussia, PA 19406-4032    Suite 3210                       Erie, PA 16511-1061
                                  Pittsburgh, PA 15219-2301


TIAA Commercial Finance, Inc.     Tax Collector                    Tax Collector
390 S. Woods Mill Road, Suite 300 Township of Greene               Township of Millcreek
Chesterfield, MO 63017-3489       8628 Wattsburg Road              3608 West 26th Street
                                  Erie, PA 16509-5850              Erie, PA 16506-2098


Joseph Martin Thomas              Thomas Charlton                  Tri-State Pain Institute LLC
c/of Tri-State Pain Institute     Samantha Charlton                2374 Village Common Drive
2374 Village Common Drive         2936 West 15th Street            Erie, PA 16506-7201
Erie, PA 16506-7201               Erie, PA 16505-3926


UMPC Chautauqua at WCA            UPMC Chautauqua at WCA           United States Attorney's Office
207 Foote Avenue                  207 Foote Avenue                 Western District of Pennsylvania
Jamestown, NY 14701-7077          Jamestown, NY 14701-7077         Joseph F. Weis, Jr. U.S. Courthouse
                                                                   700 Grant Street, Suite 4000
                                                                   Pittsburgh, PA 15219-1956


Vanessa G. Ramlal MD              WELLS FARGO BANK, N.A.           James Warmbrodt
207 Foote Avenue                  Salene Mazur Kraemer             KML Law Group, P.C.
Jamestown, NY 14701-7077          BERNSTEIN BURKLEY                701 Market Street
                                  707 Grant St.                    Suite 5000
                                  Suite 2200, Gulf Tower           Philadelphia, PA 19106-1541
                                  Pittsburgh, PA 15219-1908
```

```
Wells Fargo Bank, N.A.              Wells Fargo Bank, National Association    Widget Federal Credit Union
4101 Wiseman Blvd.                  301 S. Tryon Street                       2154 East Lake Road
Building 307                        27th Floor                                Erie, PA 16511-1140
San Antonio, TX 78251-4200          Charlotte, NC 28282-1915


Zubin Menon MD                      Norma Hildenbrand, on Behalf of the United S
565 Abbott Road                     Office of the United States Trustee
Buffalo, NY 14220-2039              Suite 970 Liberty Center
                                    1001 Liberty Avenue
                                    Pittsburgh, PA 15222-3714
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PNC BANK NATIONAL  ASSOCIATION    (d)Sharon L. Kulig          (d)TIAA Commercial Finance, Inc.
                                     Steven B. Kulig              390 S. Woods Mill Road
                                     274 Creek Road               Suite 300
                                     Jamestown, NY 14701-9526     Chesterfield, MO 63017-3489


(d)Tri-State Pain Institute, LLC     End of Label Matrix
2374 Village Common Drive            Mailable recipients    94
Erie, PA 16506-7201                  Bypassed recipients     4
                                     Total                  98
```