UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : | |
|    Debtor. | : | THE HONORABLE THOMAS P. AGRESTI |
| | : | |
| JOSEPH MARTIN THOMAS, | : | CHAPTER 11 |
| | : | |
|    Movant, | : | RELATED TO DOCUMENT NOS. 79 and 85 |
| | : | |
| v. | : | DATE AND TIME OF HEARING: |
| | : | June 22, 2020 @ 10:30 a.m. |
| BRIAN S. CLARK and BETH CLARK; DARIN WILLIAMSON; ERNEST GUICHARD; FREDERICK J. MARCHINETTI, II; HAROLD HEWITT; KELLY S. BUCK and SCOTT A. BUCK; LESTER SPENCER and CHRIS SPENCER; MARJORIE A. WEIDNER; RITA JENNINGS and GEORGE JENNINGS; SHARON L. KULIG and STEVEN B. KULIG; STEVEN KINROSS and KATHY KINROSS, and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRI-STATE PAIN INSTITUTE, LLC, | : | RESPONSE DEADLINE:<br>June 19, 2020 |
|    Respondents. | : | |

## CERTIFICATE OF SERVICE

     I, the undersigned, certify that I served, or caused to be served, on the 12th day of June, 2020, a copy of the Joint Motion to Approve Settlement Agreement and Order dated June 10, 2020 upon each of the following persons and parties in interest at the address shown on the attached list.

                            Respectfully submitted,

                            THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
          Michael P. Kruszewski, Esquire
          PA Id. No. 91239
          2222 West Grandview Boulevard
          Erie, Pennsylvania 16506-4508
          Telephone: 814-833-2222
          Facsimile: 814-833-6753
          E-Mail Address: mkruszewski@quinnfirm.com
          Counsel for Debtor, Joseph Martin Thomas

#1365805

The following parties were served via E-Mail transmission:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| James Warmbrodt, Esquire (PNC Bank, National Association); bkgroup@kmllawgroup.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Beverly A. Block, Esquire (Timothy YT Ko); bblock@blockandassociatespgh.com |
| Sara J. Flasher, Esquire (Health Care Ombudsman); sarajaneflasher@aol.com |
| Thomas James Minarcik, Esquire (William Paul Diefenbach) tjminarcik@elderkinlaw.com |
| Peter A. Pentz, Esquire (Brian S. and Beth Clark); petep@pentzlaw.com |
| Philip C. Chapman, Esquire (Darin Williamson); phil@pribanic.com |
| Jason M. Telaak, Esquire (Ernest Guichard);  jtelaak@campbellassociateslaw.com |
| C. Colin Campbell, Esquire (Ernest Guichard); ccampbell@campbellassociateslaw.com |
| L.C. TeWinkle, Esquire (Frederick J. Marchinetti, II; Kelly S. and Scott A. Buck; and Marjorie A. Weidner); ltewinkle@velocity.net |
| Paul J. Susko, Esquire (Harold Hewitt); paul@ksslawfirm.com |
| David L. Hunter, Jr., Esquire (Lester and Chris Spencer and Steven and Kathy Kinross); dhunter@hunterlawerie.com |
| Jason Matzus, Esquire (Rita and George Jennings); jason@matzuslaw.com |
| Francis M. Letro, Esquire (Sharon L. and Steven B. Kulig); francis@letrolaw.com |
| Anthony K. Arroyo, Esquire (U.S. Small Business Administration); anthony.arroyo@sba.gov |
| Craig Murphey, Esquire (Mediator); craig@purchasegeorge.com |
| Gary Eiben, Esquire; geiben@mijb.com |
| James D. McDonald, Jr., Esquire; jmcdonald@mijb.com |
| Leslie Luciew, Western PA Claims Supervisor, Pennsylvania Insurance Dept./Mcare;  lluciew@pa.gov |
| John Zdanowicz, Claims Director/Interim Vice-President of Claims for NORCAL Mutual Insurance Company; jzdanowicz@norcal-group.com |
| Jesse B. Baldwin, Esquire (Tri-State Pain Institute, LLC); jbbaldwin@kslnlaw.com |
| Ronald M. Puntil, Jr., Esquire (Joseph M. Thomas); rpuntil@c-wlaw.com |
| Deborah Minkoff, Esquire (NORCAL Mutual Insurance Company); DMinkoff@cozen.com |
| Paul Peel, Esquire (MCAREFund) PPEEL@obrlaw.com |

#1365805