**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | THE HON. THOMAS P. AGRESTI |
| Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
| Movant, | : | DATE & TIME OF HEARING: |
| | : | June 18, 2020 @ 9:30 a.m. |
| v. | : | |
| | : | RESPONSE DEADLINE: |
| NO RESPONDENT. | : | May 29, 2020 |
| | : | |
| | : | RELATED TO DOCUMENT NO. 20 |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION FOR LEAVE TO EMPLOY REALTOR (Document No. 20)**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application for Leave to Employ Realtor filed May 12, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than May 29, 2020.

      It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: June 12, 2020

                                                    Respectfully submitted,

                                                    QUINN, BUSECK, LEEMHUIS, TOOHEY &
                                                    KROTO, INC.

                                        BY:   /s/Michael P. Kruszewski
                                                    Michael P. Kruszewski, Esquire
                                                    PA Id. No. 91239
                                                    The Quinn Law Firm
                                                     2222 West Grandview Boulevard
                                                     Erie, Pennsylvania 16506-4508
                                                     Telephone: 814-833-2222
                                                     Facsimile: 814-833-6753
                                                     E-Mail: mrkuszewski@quinnfirm.com
                                                     Counsel for Debtor

#1365890