IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
| Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
| Movant, | : | DATE AND TIME OF HEARING: |
| | : | July 16, 2020 @ 1:00 p.m. |
| v. | : | |
| | : | RESPONSE DEADLINE: |
| TOWNSHIP OF MILLCREEK, TAX | : | July 6, 2020 |
| COLLECTOR; NORTHWEST SAVINGS BANK, | : | |
| now known as NORTHWEST BANK; WELLS | : | RELATED TO DOCUMENT NO. 95 and 99 |
| FARGO BANK, NATIONAL ASSOCIATION; | : | |
| UNITED STATES OF AMERICA, INTERNAL | : | |
| REVENUE SERVICE; COMMONWEALTH OF | : | |
| PENNSYLVANIA, DEPT. OF REVENUE; CORE | : | |
| ERIE MOB, L.P.; and EDWARD M. ZIMM, or | : | |
| his Assignee(s); | : | |
| Respondents. | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served, or caused to be served, on the 17th day of June, 2020, a copy of the Order Scheduling Date for Response and Hearing on Motion upon each of the following persons and parties in interest at the address shown on the attached list.  A copy of the Motion to Withdraw Motion for Private Sale of Real Estate Free and Divested of Liens was previously served, and a Certificate of Service was filed at Document No. 95.

Respectfully submitted,

THE QUINN LAW FIRM

BY:    /s/ Michael P. Kruszewski
Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mkruszewski@quinnfirm.com
Counsel for Debtors

#1367322

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| James Warmbrodt, Esquire (PNC Bank, National Association); bkgroup@kmllawgroup.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | Tax Collector<br>Township of Millcreek<br>3608 West 26th Street<br>Erie, PA 16506 |
| Northwest Savings Bank, now<br>Northwest Bank<br>100 Liberty Street<br>Drawer 128<br>Warren, PA 16365-0128 | Jeffrey S. Braun, Esquire<br>Registered Agent, Core Erie MOB L.P.<br>150 East Gay Street, 24th Floor<br>Columbus, OH  43215 |
| Internal Revenue Service<br>1000 Liberty Avenue<br>Stop 711B<br>Pittsburgh, PA 15222-3714 | Attorney General of the United States<br>U.S. Dept. of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C.  20530 |
| United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION:  Civil Process Clerk<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street<br>Suite 4000<br>Pittsburgh, PA 15219 | United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION:  Civil Process Clerk<br>17 South Park Road, Suite A330<br>Erie, PA 16501 |

| | |
|---|---|
| Scott W. Brady, Esquire<br>U.S. Attorney for the Western District of PA<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 | Internal Revenue Service<br>ATTENTION:  Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 |
| Core Erie MOB, L.P.<br>1515 Lake Shore Drive<br>Suite 225<br>Columbus, OH  43204 | Edward M. Zimm<br>300 State Street<br>Suite 200<br>Erie, PA 16507 |
| Michael A. Agresti, Esquire<br>300 State Street<br>Suite 300<br>Erie, PA 16507 | Sharon M. Shellgren<br>Marsh Realty, Inc.<br>116 ½ West Spring Street<br>Titusville, PA 16354 |
| Gary V. Marsh<br>Marsh Realty, Inc.<br>116 ½ West Spring Street<br>Titusville, PA 16354 | Wells Fargo Bank, National Association<br>4101 Wiseman Blvd.<br>Suite 307<br>San Antonio, TX  78251 |