**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Joseph Martin Thomas,                                               20-10334-TPA

Debtor(s).

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

TO:    CLERK, UNITED STATES BANKRUPTCY COURT

As of the date of this statement, a Committee of Unsecured Creditors has not been appointed by the United States Trustee for the reason(s) checked below:

( )    Debtors schedules reflect only ___ unsecured creditors.

(X)    No unsecured creditors responded to U.S. Trustee's communication/contact for service on the committee.

( )    Insufficient response to U.S. Trustee's communication/contact for service on the committee.

( )    Non-operating debtor-in-possession; no creditor interest.

( )    Motion to convert to Chapter 7 or dismiss pending.

( )    Case converted or dismissed.

( )    Other.

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9


By: /s/Norma Hildenbrand
    Norma Hildenbrand
    Trial Attorney
Norma.L.Hildenbrand@usdoj.gov

Dated: June 18, 2020

cc:  Michael P. Kruszewski, Esquire

Accepting Creditor(s)