

**U.S. Department of Justice**

Office of the United States Trustee

*Western District of Pennsylvania*

*1001 Liberty Avenue, Room 970*        *(412) 644-4756*
*Pittsburgh, PA   15222*        *fax (412) 644-4785*

# MINUTES OF §341 MEETING OF CREDITORS
## CHAPTER 11

IN RE:

Joseph Martin Thomas,        CASE NO. 20-10334-TPA

DEBTOR-IN-POSSESSION

The §341(a) Meeting of Creditors was **convened telephonically** on June 17, 2020 and closed.

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9

By: /s/Norma Hildenbrand
    Norma Hildenbrand
    Trial Attorney
    Presiding Officer
    Norma.L.Hildenbrand@usdoj.gov

Date: June 18, 2020