IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No.  20-10334-TPA |
| | ) | |
| JOSEPH MARTIN THOMAS, | ) | |
| | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |
| ALLY BANK serviced by ALLY SERVICING LLC, | ) | Docket No. |
| | ) | |
| | ) | Related to Docket No. 103 |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH MARTIN THOMAS, | ) | |
| | ) | |
| Respondent | ) | |

**NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE REGARDING MOTION OF ALLY BANK FOR RELIEF FROM AUTOMATIC STAY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **JULY 6, 2020** i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

   A Zoom Video Conference Hearing will be held on **JULY 30, 2020 at 10:00 A.M.** before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom").  To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488.  For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781.  All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.  Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet.  When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements.  Only ten minutes is being provided on the calendar.  No witness will be heard.  If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

 Date of service:  June 18, 2020       */s/ Mark G. Claypool*
                     Mark G. Claypool
                     PA I.D. No. 63199
                     120 West Tenth Street, Erie, PA  16501
                     (814) 459-2800
                     Attorney for Movant/Applicant

# 2176251.v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No.  20-10334-TPA |
| | ) | |
| JOSEPH MARTIN THOMAS, | ) | |
| | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |
| ALLY BANK serviced by ALLY SERVICING LLC, | ) | Docket No. |
| | ) | |
| | ) | Related to Docket No. 103 |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH MARTIN THOMAS, | ) | |
| | ) | |
| Respondent | ) | |

**CERTIFICATE OF SERVICE**

TO PARTIES IN INTEREST:

    I, Mark G. Claypool, certify under penalty of perjury that I served the above-captioned Notice of Hearing on Ally Bank's Motion for Relief from Automatic Stay, on the parties at the addresses on the attached service list, on June 18, 2020 by first class, United States mail, postage pre-paid.

The total number of parties served was  4  .

EXECUTED ON:  June 18, 2020

                                        By:  /s/ *Mark G. Claypool*
                                               Mark G. Claypool, Esquire
                                               PA I.D. No. 63199
                                               Knox McLaughlin Gornall & Sennett, P.C.
                                               120 West Tenth Street
                                               Erie, Pennsylvania  16501
                                               (814) 459-2800

# 2176251.v1

## SERVICE MATRIX

**Via US Mail**

Michael P. Kruszewski
Quinn Law Firm
2222 West Grandview Boulevard
Erie, PA 16506

Joseph Martin Thomas
c/o Tri-State Pain Institute
2374 Village Common Drive
Erie, PA 16506

Norma Hildenbrand
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

**Via CM/ECF**

United States Trustee                    ustpregion03.pi.ecf@usdoj.gov

# 2175091.v1