UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | BANKRUPTCY NO.  20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : | |
| Debtor. | : | THE HONORABLE THOMAS P. AGRESTI |
| | : | |
| JOSEPH MARTIN THOMAS, | : | CHAPTER 11 |
| | : | |
| Movant, | : | RELATED TO DOCUMENT NOS. 79 and 85 |
| | : | |
| v. | : | DATE AND TIME OF HEARING: |
| | : | June 22, 2020 @ 10:30 a.m. |
| BRIAN S. CLARK and BETH CLARK; DARIN | : | |
| WILLIAMSON; ERNEST GUICHARD; FREDERICK | : | RESPONSE DEADLINE: |
| J. MARCHINETTI, II; HAROLD HEWITT; KELLY S. | : | June 19, 2020 |
| BUCK and SCOTT A. BUCK; LESTER SPENCER and | : | |
| CHRIS SPENCER; MARJORIE A. WEIDNER; RITA | : | |
| JENNINGS and GEORGE JENNINGS; SHARON L. | : | |
| KULIG and STEVEN B. KULIG; STEVEN KINROSS | : | |
| and KATHY KINROSS, and THE OFFICIAL | : | |
| COMMITTEE OF UNSECURED CREDITORS OF | : | |
| TRI-STATE PAIN INSTITUTE, LLC, | : | |
| | : | |
| Respondents. | : | |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**JOINT MOTION TO APPROVE SETTLEMENT (Document No. 79)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Joint Motion to Approve Settlement filed June 5, 2020 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.  Pursuant to the Order, objections to the Motion were to be filed and served no later than June 19, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  June 21, 2020

Respectfully submitted,

THE QUINN LAW FIRM

BY:     /s/ Michael P. Kruszewski
Michael P. Kruszewski, Esquire
PA Id. No. 91239
The Quinn Law Firm
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
E-Mail: mkruszewski@quinnfirm.com
Counsel for Debtor

{01367945}