**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 6/22/2020 |
| | : | Time: | 10:30 |

## PROCEEDING MEMO

**_MATTER:_**   #79 Joint Motion to Approve Settlement Agreement

**_APPEARANCES:_**

| | |
|---|---|
| Debtor: | Michael P. Kruszewski |
| Tri-State: | Gary Skiba |
| Special Counsel: | Jesse Baldwin |
| Tri-State Cred. Comm: | Guy Fustine, Alex Cox |
| NORCAL: | Ron Puntil |
| MCARE: | Paul Peel |
| Proposed Special Counsel: | Gary Eiben |
| MRSA Claimants: | Laurie TeWinkle, David Hunter, Paul Susko |

**_NOTES:_**

SEE NOTES ON PROCEEDING MEMO FOR HEARING HELD 6/22/2020 IN TRI-STATE PAIN INSTITUTE, LLC ET. AL. V. TIAA COMMERCIAL FINANCE ET. AL. 20-1006-TPA #50 JOINT MOTION TO APPROVE SETTLEMENT.

**_OUTCOME:_**   GRANTED / Chambers to enter order.

jlm