IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-10334 TPA |
| | : | |
| JOSEPH M. THOMAS, M.D., | : | CHAPTER 11 |
|     Debtor. | : | |
| | : | DATE AND TIME OF HEARING: |
| SCHAFFNER, KNIGHT, MINNAUGH & CO., P.C., | : | July 16, 2020 @ 9:30 a.m. |
| | : | |
|     Applicant, | : | RESPONSE DEADLINE: |
| | : | June 22, 2020 |
|     vs. | : | |
| | : | |
| NO RESPONDENT. | : | RELATED TO DOCUMENT NO. 74 |
| | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION TO EMPLOY ACCOUNTANT FOR DEBTOR (Document No. 74)

    The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application to Employ Accountant for Debtor filed June 5, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than June 22, 2020.

    It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: June 23, 2020

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.


    BY:   /s/Michael P. Kruszewski
           Michael P. Kruszewski, Esquire
           PA Id. No. 91239
           The Quinn Law Firm
           2222 West Grandview Boulevard
           Erie, Pennsylvania  16506-4508
           Telephone: 814-833-2222
           Facsimile: 814-833-6753
           E-Mail: mkruszewski@quinnfirm.com
           Counsel for Debtor

#1368994