IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-10334 TPA |
| | : | |
| JOSEPH M. THOMAS, M.D., | : | CHAPTER 11 |
|    Debtor. | : | |
| | : | RELATED TO DOCUMENT NO. 114 |
| SCHAFFNER, KNIGHT, MINNAUGH & CO., P.C., | : | |
|    Applicant, | : | |
| | : | |
|       vs. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify that I served, or caused to be served, on the 25TH day of June, 2020, a copy of the Order Employing Professional for Debtor upon each of the following persons and parties in interest at the address shown on the attached list.

                  Respectfully submitted,

                  THE QUINN LAW FIRM

BY:    /s/Michael P. Kruszewski
             Michael P. Kruszewski, Esquire
             PA Id. No. 91239
             2222 West Grandview Boulevard
             Erie, Pennsylvania  16506-4508
             Telephone: 814-833-2222
             Facsimile: 814-833-6753
             E-Mail Address: mkruszewski@quinnfirm.com
             Counsel for Debtor

#1369863

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| James Warmbrodt, Esquire (PNC Bank, National Association); bkgroup@kmllawgroup.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

Matthew J. Minnaugh, CPA/ABV, CVA
Schaffner, Knight, Minnaugh, & Co. PC
1545 W 38th St.
Erie, PA 16508