FILED
6/24/20 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 20-10334 (TPA) |
| JOSEPH MARTIN THOMAS, Debtor. | JUDGE THOMAS P. AGRESTI |
| | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, Movant, | RELATED TO DOCUMENT NO. 66 |
| v. | |
| CORE ERIE MOB, L.P. Respondent. | |

## ORDER

And now, this  24th  day of _____June_____, 2020, upon consideration of the *Motion to Reject Executory Contract*, it is hereby ORDERED, ADJUDGED, AND DECREED, as follows:

1.  The Option Agreement entered into between Joseph M. Thomas and Core Erie MOB, L.P., effective on December 1, 2011 relating to the real estate located at Lot 15, Village Common Drive, Erie, Pennsylvania, Tax Parcel Index No. 33-123-418.0-034.01 is hereby **REJECTED** and the Option Agreement is **TERMINATED**.

2.  The Memorandum of Option recorded in the Office of the Recorder of Deeds of Erie County, Pennsylvania at Instrument No. 2011-029476 that relates to the Option Agreement described in Paragraph 1 above is hereby deemed to be **TERMINATED**.

3.  A certified copy of this Order shall be recorded in the Office of the Recorder of Deeds of Erie County, Pennsylvania.

_____
Thomas P. Agresti         jlm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 20-10334-TPA
Joseph Martin Thomas                                                                 Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy                 Page 1 of 1                  Date Rcvd: Jun 24, 2020
                     Form ID: pdf900             Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2020.
db            +Joseph Martin Thomas,    c/of Tri-State Pain Institute,    2374 Village Common Drive,
              Erie, PA 16506-7201
              +Jeffrey S. Braun, Esq.,    Registered Agent, Core Erie MOB, LP,
              150 East Gay Street, 24th Floor,    Columbus, OH 43215-3192
              +Michael Agresti, Esq.,    300 State Street, Suite 300,    Erie, PA 16507-1430
15238695      +Core Erie MOB LP,    1515 Lake Shore Drive,    Suite 225,    Columbus, OH 43204-3896

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
      Gary V. Skiba    on behalf of Interested Party    Tri-State Pain Institute, LLC gskiba@marshlaw.com,
       DGeniesse@marshlaw.com;rose227@hotmail.com
      Guy C. Fustine    on behalf of Creditor    Official Committee of Unsecured Creditors for Tri-State
       Pain Institute, LLC mwernick@kmgslaw.com,    knoxbank@hotmail.com,burban@kmgslaw.com,
       mpol@kmgslaw.com
      James    Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
      Lauren    Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue
       lmichaels@attorneygeneral.gov
      Mark G. Claypool    on behalf of Creditor    Ally Bank serviced by Ally Servicing LLC
       mclaypool@kmgslaw.com,    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com
      Michael F.J. Romano    on behalf of Creditor    TIAA Commercial Finance, Inc. mromano@rgalegal.com,
       tyowell@rgalegal.com;jromano@rgalegal.com
      Michael P. Kruszewski    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com,
       knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
       com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
      Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
       Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Salene R.M. Kraemer    on behalf of Creditor    WELLS FARGO BANK, N.A. skraemer@bernsteinlaw.com,
       salene@ecf.courtdrive.com
                                                                                                                                   TOTAL: 10