IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : | |
| Debtor. | | JUDGE THOMAS P. AGRESTI |
| | : | |
| | : | CHAPTER 11 |
| | : | |

### CERTIFICATE OF SERVICE

    I, the undersigned, certify that I served, or caused to be served, on the 30th day of June, 2020, a copy of the Bar Date Notice to Creditors upon each of the following persons and parties in interest at the address shown on the attached list.

Respectfully submitted,

THE QUINN LAW FIRM

BY:   /s/ Michael P. Kruszewski
        Michael P. Kruszewski, Esquire
        PA Id. No. 91239
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506-4508
        Telephone: 814-833-2222
        Facsimile: 814-833-6753
        E-Mail Address: mkruszewski@quinnfirm.com
        Counsel for Debtor

#1367667

The following parties were served via First Class Mail, Postage Pre-Paid:

See the attached Mailing Matrix.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 20-10334-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Jun 30 09:23:30 EDT 2020 | 2374 Village Common Drive LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | Ally Bank<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 |
| Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Bank serviced by Ally Servicing LLC<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | Anglea Dunkle<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 |
| Anglea Dunkle<br>5301 Windcrest Drive<br>Erie, PA 16510-3357 | Anthony K. Arroyo, Esquire<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 | Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Watefront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 |
| Bank of America, N.A.<br>P.O. Box 15222<br>Wilmington, DE 19886-5222 | Barclay Card<br>Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 | Benjamin A. Post, Esquire<br>Post & Post LLC<br>920 Cassatt Road<br>200 Berwyn Park, Suite 102<br>Berwyn, PA 19312-1178 |
| Berkheimer<br>P.O. Box 25153<br>Lehigh Valley, PA 18002-5153 | Best Wildlife Services<br>P.O. Box 36<br>Erie, PA 16512-0036 | Brian S. Clark<br>Beth Clark<br>10479 Route 19<br>Waterford, PA 16441-9117 |
| Candor Surgical Management, Inc.<br>1180 Adams Lane<br>Southlake, TX 76092-8501 | Charles R. Burger<br>Margaret J. Burger<br>9890 Wattsburg Road<br>Erie, PA 16509-6118 | City of Erie Tax Collector<br>626 State Street<br>Room 105<br>Erie, PA 16501-1146 |
| Mark G. Claypool<br>120 West Tenth Street<br>Erie, PA 16501-1410 | Core Erie MOB LP<br>1515 Lake Shore Drive<br>Suite 225<br>Columbus, OH 43204-3896 | Dahlkemper Landscape & Maintenance<br>2558 Hillborn Avenue<br>Erie, PA 16509-5810 |
| Darin Williamson<br>22370 Britton Road<br>Spartansburg, PA 16434-3014 | David L. Hunter, Jr., Esquire<br>821 State Street<br>Erie, PA 16501-1316 | Edward M. Zimm, or Assigns<br>300 State Street,<br>Suite 200<br>Erie, PA 16507-1429 |
| Ernest Guichard<br>9 Church Street<br>Charlotte Villa 2, Apt. 503<br>Sinclairville, NY 14782-9635 | Fifth Third Bank<br>5050 Kingsley Drive<br>Cincinnati, OH 45263-9998 | Francis J. Klemensic, Esquire<br>Dickie McCamey & Chilcote PC<br>100 State Street, Suite 508<br>Erie, PA 16507-1457 |
| Francis M. Letro, Esquire<br>The Dun Building<br>10th Floor<br>110 Pearl Street<br>Buffalo, NY 14202-4111 | Frederick J. Marchinetti, II<br>11538 Route 19<br>Waterford, PA 16441-7776 | Guy C. Fustine<br>Knox McLaughlin Gornall & Sennett, P.C.<br>120 West Tenth Street<br>Erie, PA 16501-1410 |

| | | |
|---|---|---|
| George W. Connor MD<br>207 South Main Street, Suite 140<br>Jamestown, NY 14701 | Glenn Morisue<br>6201 1/2 Lake Road West<br>Ashtabula, OH 44004-9757 | Greater Erie Surgery Center LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 |
| Harold Hewitt, Esquire<br>5935 Shady Hollow Drive<br>Erie, PA 16506-7023 | Heather Adams Szymczak<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | Heather Adams Szymczak<br>3629 West 14th Street<br>Erie, PA 16505-3506 |
| Howard Hanna Real Estate Services<br>ATTENTION: Kathe W. Rafferty<br>4248 West 12th Street<br>Erie, PA 16505-3001 | Internal Revenue Service<br>Special Procedures Division<br>P.O. Box 628<br>Bankruptcy Section<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>ATTN: Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| James D. McDonald, Jr., Esquire<br>100 State Street<br>Suite 700<br>Erie, PA 16507-1459 | Jason M. Telaak, Esquire<br>8274 North Main Street<br>Eden, NY 14057-1104 | Jason Matzus, Esquire<br>Matzus Law LLC<br>310 Grant Street<br>Suite 3210<br>Pittsburgh, PA 15219-2301 |
| John Doe & Jane Doe<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | Jung-Woo Ma, MD<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | KADA Gallery<br>2632 West Eighth Street<br>Erie, PA 16505-4021 |
| Kelly S. Buck<br>Scott A. Buck<br>3101 Broadlawn Drive<br>Erie, PA 16506-1801 | Salene R.M. Kraemer<br>BERNSTEIN-BURKLEY, P.C.<br>707 Grant Street<br>Suite 2200<br>Pittsburgh, PA 15219-1945 | |
| Laurie C. TeWinkle, Esquire<br>Law Offices of L.C. TeWinkle<br>821 State Street<br>Erie, PA 16501-1316 | Lester Spencer<br>Chris Spencer<br>337 East 21st Street<br>Erie, PA 16503-1946 | MacDonald Illig<br>100 State Street<br>Suite 700<br>Erie, PA 16507-1459 |
| Marjorie A. Weidner<br>20323 State Highway 89<br>Spartansburg, PA 16434-1703 | Gary V. Marsh<br>Marsh Realty, Inc.<br>116 1/2 West Spring Street<br>Titusville, PA 16354-1704 | Marsh Realty, Inc.<br>ATTENTION: Gary V. Marsh<br>116 1/2 W. Spring Street<br>Titusville, PA 16354-1704 |
| Lauren Michaels<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 | Micheal F.J. Romano, Esquire<br>Ramano, Garubo, & Argentieri<br>P.O. Box 456<br>52 Newton Avenue<br>Woodbury, NJ 08096-4610 | Matthew J. Minnaugh<br>Schaffner Knight Minnaugh & Company P.C.<br>1545 W. 38th Street<br>Erie, PA 16508-2347 |
| Mr. and Mrs. Steven E. Ribbing<br>c/of Matthew W. Loughren, Esquire<br>310 Grant Street, Suite 2800<br>Grant Bldg.<br>Pittsburgh, PA 15219-2255 | Northwest Bank<br>100 Liberty Street<br>Drawer 128<br>Warren, PA 16365-0128 | Office of Attorney General, Department of Re<br>Lauren A. Michaels<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 |

| | | |
|---|---|---|
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Official Committee of Unsecured Creditors fo<br>Knox McLaughlin Gornall & Sennett, P.C.<br>120 West Tenth Street<br>Erie, PA 16501-1410 | PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222-4747 |
| Pa. Dept. of Revenue<br>Dept. 280946<br>Harrisburg, PA 17128-0946 | Pat Baldino Fine Art<br>64 Vernon Drive<br>Scarsdale, NY 10583-6124 | Paul J. Susko, Esquire<br>502 Parade Street<br>Erie, PA 16507-1687 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peter A. Pentz, Esquire<br>246 West Tenth Street<br>Erie, PA 16501-1412 |
| Philip C. Chapman III, Esquire<br>Pribanic & Pribanic<br>513 Court Place<br>Pittsburgh, PA 15219-2002 | Kathe W. Rafferty<br>Howard Hanna Real Estate Services<br>4248 West 12th Street<br>Erie, PA 16505-3001 | Rick Rumball<br>4808 Red Coat Court<br>Raleigh, NC 27616-5525 |
| Rick Taraszki<br>6103 West Lake Road<br>Erie, PA 16505-2615 | Rita Jennings<br>George Jennings<br>5524 West 52nd Street<br>Fairview, PA 16415-2331 | Michael F.J. Romano<br>52 Newton Ave<br>PO Box 456<br>Woodbury, NJ 08096-7456 |
| Ronald M. Puntil, Jr., Esquire<br>Cipriani & Werner<br>650 Washington Road<br>Suite 700<br>Pittsburgh, PA 15228-2712 | SBA<br>721 19th Street<br>Denver, CO 80202-2517 | Salene Mazur Kraemer, Esquire<br>Trisha Hudkins, Esquire<br>Bernstein-Burkley P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| Schaffner, Knight, Minnaugh & Co., P.C.<br>1545 W. 38th Street<br>Erie, PA 16508-2347 | Sharon L. Kulig<br>Steven B. Kulig<br>274 Creek Road<br>Jamestown, NY 14701-9526 | Gary V. Skiba<br>300 State Street, Suite 300<br>Erie, PA 16507-1430 |
| Small Business Administration<br>an agency of the U.S. Government<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 | Steven J. Wildberger, Esquire<br>Matzus Law LLC<br>310 Grant Street<br>Suite 3210<br>Pittsburgh, PA 15219-2301 | Steven Kinross<br>Kathy Kinross<br>507 Sanford Place<br>Erie, PA 16511-1061 |
| TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road, Suite 300<br>Chesterfield, MO 63017-3489 | Tax Collector<br>Township of Greene<br>8628 Wattsburg Road<br>Erie, PA 16509-5850 | Tax Collector<br>Township of Millcreek<br>3608 West 26th Street<br>Erie, PA 16506-2098 |
| Joseph Martin Thomas<br>c/of Tri-State Pain Institute<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | Thomas Charlton<br>Samantha Charlton<br>2936 West 15th Street<br>Erie, PA 16505-3926 | Tri-State Pain Institute LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 |

UMPC Chautauqua at WCA
207 Foote Avenue
Jamestown, NY 14701-7077

UPMC Chautauqua at WCA
207 Foote Avenue
Jamestown, NY 14701-7077

United States Attorney's Office
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219-1956

Vanessa G. Ramlal MD
207 Foote Avenue
Jamestown, NY 14701-7077

WELLS FARGO BANK, N.A.
Salene Mazur Kraemer
BERNSTEIN BURKLEY
707 Grant St.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1908

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Wells Fargo Bank, N.A.
4101 Wiseman Blvd.
Building 307
San Antonio, TX 78251-4200

Wells Fargo Bank, National Association
301 S. Tryon Street
27th Floor
Charlotte, NC 28282-1915

Widget Federal Credit Union
2154 East Lake Road
Erie, PA 16511-1140

Zubin Menon MD
565 Abbott Road
Buffalo, NY 14220-2039

Norma Hildenbrand, on Behalf of the United S
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC BANK NATIONAL  ASSOCIATION

(d)Sharon L. Kulig
Steven B. Kulig
274 Creek Road
Jamestown, NY 14701-9526

(d)TIAA Commercial Finance, Inc.
390 S. Woods Mill Road
Suite 300
Chesterfield, MO 63017-3489

(d)TIAA Commercial Finance, Inc.
390 S. Woods Mill Road, Suite 300
Chesterfield, MO 63017-3489

(d)Tri-State Pain Institute, LLC
2374 Village Common Drive
Erie, PA 16506-7201

End of Label Matrix
Mailable recipients    100
Bypassed recipients      5
Total                  105