FILED
7/1/20 3:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
| Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
| Movant, | : RELATED TO DOCUMENT NOS. 18, 62, 117 |
| | : |
| vs. | : |
| | : |
| NO RESPONDENT. | : |

### ORDER

And now, this __1st__ day of _____July_____, 2020, upon consideration of the *Motion to Vacate Order Approving Retention of Realtor* it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Order Approving Retention of Realtor with regard to Gary V. Marsh and Marsh Realty, Inc. at Document No. 62 is hereby **VACATED**.

_____
Thomas P. Agresti, Judge         jlm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph Martin Thomas  
    Debtor

Case No. 20-10334-TPA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: culy                  Page 1 of 1                  Date Rcvd: Jul 01, 2020
                              Form ID: pdf900              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2020.
db             +Joseph Martin Thomas,    c/of Tri-State Pain Institute,    2374 Village Common Drive,
               Erie, PA 16506-7201
r              +Gary V. Marsh,    Marsh Realty, Inc.,    116 1/2 West Spring Street,    Titusville, PA 16354-1704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2020 at the address(es) listed below:
       Gary V. Skiba    on behalf of Interested Party    Tri-State Pain Institute, LLC gskiba@marshlaw.com,
      DGeniesse@marshlaw.com;rose227@hotmail.com
       Guy C. Fustine    on behalf of Creditor    Official Committee of Unsecured Creditors for Tri-State
      Pain Institute, LLC mwernick@kmgslaw.com,   knoxbank@hotmail.com,burban@kmgslaw.com,
      mpol@kmgslaw.com
       James  Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
       Lauren  Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue
      lmichaels@attorneygeneral.gov
       Mark G. Claypool    on behalf of Creditor    Ally Bank serviced by Ally Servicing LLC
      mclaypool@kmgslaw.com,   knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com
       Michael F.J. Romano    on behalf of Creditor    TIAA Commercial Finance, Inc. mromano@rgalegal.com,
      tyowell@rgalegal.com;jromano@rgalegal.com
       Michael P. Kruszewski    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com,
      knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
      com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
       Norma Hildenbrand,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee
      Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Salene R.M. Kraemer    on behalf of Creditor    WELLS FARGO BANK, N.A. skraemer@bernsteinlaw.com,
      salene@ecf.courtdrive.com
                                                                                                           TOTAL: 10