IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
|     Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
|     Movant, | : | DATE AND TIME OF HEARING: |
| | : | July 16, 2020 @ 1:00 p.m. |
|     v. | : | |
| | : | RESPONSE DEADLINE: |
| TOWNSHIP OF MILLCREEK, TAX COLLECTOR; NORTHWEST SAVINGS BANK, now known as NORTHWEST BANK; WELLS FARGO BANK, NATIONAL ASSOCIATION; UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; COMMONWEALTH OF PENNSYLVANIA, DEPT. OF REVENUE; CORE ERIE MOB, L.P.; and EDWARD M. ZIMM, or his Assignee(s); | : : : : : : : : | July 6, 2020<br><br>RELATED TO DOCUMENT NO. 95 |
|     Respondents. | : | |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO WITHDRAW MOTION FOR PRIVATE SALE OF
REAL PROPERTY FREE AND DIVESTED OF LIENS  (Document No. 95)**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Withdraw Motion for Private Sale of Real Property Free and Divested of Liens filed June 12, 2020 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.  Pursuant to the Order Scheduling Date for Response and Hearing on Motion, objections to the Motion were to be filed and served no later than July 6, 2020.

      It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  July 7, 2020

                Respectfully submitted,

                QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                BY:    /s/Michael P. Kruszewski
                          Michael P. Kruszewski, Esquire
                          PA Id. No. 91239
                          The Quinn Law Firm
                          2222 West Grandview Boulevard
                          Erie, Pennsylvania  16506-4508
                          Telephone: 814-833-2222
                          Facsimile: 814-833-6753
                          E-Mail: mkruszewski@quinnfirm.com
                          Counsel for Debtor, Joseph Martin Thomas

#1372087