IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 20-10334-TPA |
| ) | |
| JOSEPH MARTIN THOMAS, ) | |
| ) | Chapter 11 |
| Debtor ) | |
| ) | |
| ALLY BANK serviced by ALLY ) | Docket No. |
| SERVICING LLC, ) | |
| ) | Related to Docket No. 103 and 105 |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| JOSEPH MARTIN THOMAS, ) | |
| ) | |
| Respondent ) | |

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from Automatic Stay filed and served on **June 18, 2020** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Amended Motion for Relief from Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **July 6, 2020.**

It is hereby respectfully requested that the Order attached to the Motion for Relief from Automatic Stay be entered by the Court.

Date: **July 7, 2020**

By: */s/ Mark G. Claypool*
Mark G. Claypool, Esquire
PA I.D. No. 63199
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1461
(814) 459-2800