IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 20-10334-TPA |
| | ) | |
| JOSEPH MARTIN THOMAS, | ) | |
| | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |
| ALLY BANK serviced by ALLY SERVICING LLC, | ) | Docket No. |
| | ) | |
| | ) | Related to Docket No. 134 |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH MARTIN THOMAS, | ) | |
| | ) | |
| Respondent | ) | |

**CERTIFICATE OF SERVICE**

TO PARTIES IN INTEREST:

I, Mark G. Claypool, certify under penalty of perjury that I served the above-captioned Order, on the parties at the addresses on the attached matrix, on July 8, 2020, by first class, United States mail, postage pre-paid or via electronic filing.

By:  /s/ *Mark G. Claypool*
Mark G. Claypool, Esquire
PA I.D. No. 63199
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, Pennsylvania  16501-1461
(814) 459-2800
mclaypool@kmgslaw.com

# 2181748.v1

## SERVICE MATRIX

**Via US Mail**

Michael P. Kruszewski
Quinn Law Firm
2222 West Grandview Boulevard
Erie, PA 16506

Joseph Martin Thomas
c/o Tri-State Pain Institute
2374 Village Common Drive
Erie, PA 16506

Norma Hildenbrand
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

**Via CM/ECF**

United States Trustee                ustpregion03.pi.ecf@usdoj.gov

# 2181748.v1