UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-10334 (TPA) |
| JOSEPH MARTIN THOMAS, | : | CHAPTER 11 |
| Debtor. | : | JUDGE AGRESTI |
| JOSEPH MARTIN THOMAS, | : | RELATED TO DOCUMENT NO. 133 |
| v. | : | |
| NO RESPONDENT. | : | |

## CERTIFICATE OF SERVICE

     I, the undersigned, certify that I served, or caused to be served, on the 9TH day of July, 2020, a copy of the Order on Application to Employ Special Counsel upon each of the following persons and parties in interest at the address shown on the attached list.

                      Respectfully submitted,

                      THE QUINN LAW FIRM

        BY:    /s/Michael P. Kruszewski
                      Michael P. Kruszewski, Esquire
                      PA Id. No. 91239
                      2222 West Grandview Boulevard
                      Erie, Pennsylvania  16506-4508
                      Telephone: 814-833-2222
                      Facsimile: 814-833-6753
                      E-Mail Address: mkruszewski@quinnfirm.com
                      Counsel for Debtor

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| James Warmbrodt, Esquire (PNC Bank, National Association); bkgroup@kmllawgroup.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| James D. McDonald, Jr., Esquire<br>MacDonald Illig Jones & Britton LLP<br>100 State Street, Suite 700<br>Erie, PA 16507 | |

#1374266