FILED
7/7/20 10:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
|     Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
|     Movant, | : | RELATED TO DOCUMENT NOS. 68 and 95 |
| | : | _____ |
|         v. | : | |
| | : | |
| TOWNSHIP OF MILLCREEK, TAX | : | |
| COLLECTOR; NORTHWEST SAVINGS | : | |
| BANK, now known as NORTHWEST | : | |
| BANK; WELLS FARGO BANK, | : | |
| NATIONAL ASSOCIATION;  UNITED | : | |
| STATES OF AMERICA, INTERNAL | : | |
| REVENUE SERVICE; COMMONWEALTH | : | |
| OF PENNSYLVANIA, DEPT. OF | : | |
| REVENUE; CORE ERIE MOB, L.P.; and | : | |
| EDWARD M. ZIMM, or his Assignee(s); | : | |
|     Respondents. | : | |
| | : | |

## ORDER

And now, this _7th_ day of July, 2020, upon consideration of the *Motion to Withdraw Motion for Sale of Real Property Free and Divested of Liens* it is hereby ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED.  The *Motion for Sale of Real Property Free and Divested of Liens* filed at Document No. 68 is hereby WITHDRAWN, without prejudice to refiling at a later date.

Thomas P. Agresti
United States Bankruptcy Judge

jlm

#1365597

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Joseph Martin Thomas                                                    Case No. 20-10334-TPA
                        Debtor                                          Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy             Page 1 of 1            Date Rcvd: Jul 07, 2020
                             Form ID: pdf900         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2020.
db              +Joseph Martin Thomas,   c/of Tri-State Pain Institute,    2374 Village Common Drive,
                 Erie, PA 16506-7201
r               +Kathe W. Rafferty,   Howard Hanna Real Estate Services,    4248 West 12th Street,
                 Erie, PA 16505-3001
acc             +Matthew J. Minnaugh,    Schaffner Knight Minnaugh & Company P.C.,    1545 W. 38th Street,
                 Erie, PA 16508-2347
cr              +Office of Attorney General, Department of Revenue,    Lauren A. Michaels,
                 1251 Waterfront Place,   Mezzanine Level,   Pittsburgh, PA 15222-4227
cr              +Official Committee of Unsecured Creditors for Tri-,    Knox McLaughlin Gornall & Sennett, P.C.,
                 120 West Tenth Street,   Erie, PA 16501-1410
acc             +Schaffner, Knight, Minnaugh & Co., P.C.,    1545 W. 38th Street,   Erie, PA 16508-2347
cr              +TIAA Commercial Finance, Inc.,   390 S. Woods Mill Road, Suite 300,
                 Chesterfield, MO 63017-3489
intp            +Tri-State Pain Institute, LLC,   2374 Village Common Drive,   Erie, PA 16506-7201
cr              +WELLS FARGO BANK, N.A.,   Salene Mazur Kraemer,   BERNSTEIN BURKLEY,   707 Grant St.,
                 Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1908
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: ally@ebn.phinsolutions.com Jul 08 2020 05:03:49
                 Ally Bank serviced by Ally Servicing LLC,   P.O. Box 130424,   Roseville, MN 55113-0004
                                                                                        TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                          Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2020 at the address(es) listed below:
              Gary V. Skiba    on behalf of Interested Party    Tri-State Pain Institute, LLC gskiba@marshlaw.com,
              DGeniesse@marshlaw.com;rose227@hotmail.com
              Guy C. Fustine    on behalf of Creditor    Official Committee of Unsecured Creditors for Tri-State
              Pain Institute, LLC mwernick@kmgslaw.com,   knoxbank@hotmail.com,burban@kmgslaw.com,
              mpol@kmgslaw.com;ecf.alert+Fustine@titlexi.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Lauren Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue
              lmichaels@attorneygeneral.gov
              Mark G. Claypool    on behalf of Creditor    Ally Bank serviced by Ally Servicing LLC
              mclaypool@kmgslaw.com,   knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com
              Michael F.J. Romano    on behalf of Creditor    TIAA Commercial Finance, Inc. mromano@rgalegal.com,
              tyowell@rgalegal.com;jromano@rgalegal.com
              Michael P. Kruszewski    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com,
              knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
              com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
              Norma Hildenbrand,  on Behalf of the United States Trustee by   on behalf of U.S. Trustee
              Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Salene R.M. Kraemer    on behalf of Creditor    WELLS FARGO BANK, N.A. skraemer@bernsteinlaw.com,
              salene@ecf.courtdrive.com
                                                                                        TOTAL: 10