FILED
7/8/20 1:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 20-10334-TPA |
| | ) | |
| JOSEPH MARTIN THOMAS, | ) | |
| | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |
| ALLY BANK serviced by ALLY SERVICING LLC, | ) | Docket No. 103 |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH MARTIN THOMAS, | ) | |
| | ) | |
| Respondent | ) | |

## ORDER

*AND NOW,* this  8th  day of         July        , 2020, upon consideration of the foregoing Motion for Relief from Automatic Stay (the "Motion") filed by the Movant, Ally Bank, serviced by Ally Servicing LLC ("Ally"), and after notice and hearing as appropriate if any, it appearing that the Debtor Joseph Martin Thomas ("Debtor") is a party to a Retail Installment Sale Contract with Ally (the "Contract"); that as security for the Contract, Ally was granted a security interest in the Debtor's 2017 Ford F-250, (the "Vehicle"); that Ally's lien is properly perfected according to state law; that the Contract is in default for failing to make payments when due; that Ally lacks adequate protection of its interest in the Vehicle; that the Vehicle is not necessary for an effective reorganization, it is therefore

**ORDERED, ADJUDGED** and **DECREED** that the Motion is **GRANTED**. Ally is granted relief from the Automatic Stay (11 U.S.C. §362) to exercise its state law rights against the Vehicle including but not limited to repossession and sale as applicable.

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

# 2176246.v1

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph Martin Thomas  
    Debtor

Case No. 20-10334-TPA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: lfin      Page 1 of 1      Date Rcvd: Jul 08, 2020  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.  
db       +Joseph Martin Thomas,   c/of Tri-State Pain Institute,   2374 Village Common Drive,   Erie, PA 16506-7201  
sp       +MacDonald, Illig, Jones, & Britton LLP,   100 State Street,   Suite 700,   Erie, PA 16507-1459

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:

        Gary V. Skiba   on behalf of Interested Party   Tri-State Pain Institute, LLC gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com  
        Guy C. Fustine   on behalf of Creditor   Official Committee of Unsecured Creditors for Tri-State Pain Institute, LLC mwernick@kmgslaw.com,   knoxbank@hotmail.com,burban@kmgslaw.com, mpol@kmgslaw.com;ecf.alert+Fustine@titlexi.com  
        James Warmbrodt   on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com  
        Lauren Michaels   on behalf of Creditor   Office of Attorney General, Department of Revenue lmichaels@attorneygeneral.gov  
        Mark G. Claypool   on behalf of Creditor   Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com,   knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com  
        Michael F.J. Romano   on behalf of Creditor   TIAA Commercial Finance, Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com  
        Michael P. Kruszewski   on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com  
        Norma Hildenbrand,   on Behalf of the United States Trustee by   on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Salene R.M. Kraemer   on behalf of Creditor   WELLS FARGO BANK, N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com

                                                                                                        TOTAL: 10