FILED
7/9/20 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO.  20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
| Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| WIDGET FEDERAL CREDIT UNION, | : CHAPTER 11 |
| | : |
| Movant, | : Related to Document No. 132 |
| | : |
| v. | : |
| | : |
| JOSEPH MARTIN THOMAS, | : |
| | : |
| Respondent. | : |
| | : |
| | : |
| | : |

**CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

And now, this __9th__ day of July, 2020, the Court FINDS as follows:

1)      Widget Federal Credit Union (hereinafter "Widget") is the holder of a first lien on a 2017 Ford F-150, VIN# 1FTEW1EF8HKD62536 (the "Vehicle"), owned by the Debtor.

2)      The Debtor is in default on the Retail Installment Sales Contract entered into with Widget for monthly payments of approximately $1,206.76.  The current balance due on the Contract is approximately $49,335.23.

3)      The Debtor can no longer afford the monthly payments to Widget due to loss of income.

4)      Moreover, the Debtor wishes to consent to relief from the automatic stay to allow Widget to sell its collateral to Champion Ford Sales, Inc. ("Champion"), who has offered to pay $38,000 for the Vehicle.

5)      Based upon information and belief, the NADA clean retail value of the Vehicle is no greater than $37,100.

1

6)      As a result, there is no equity in the Vehicle given Widget's lien against it in the amount of approximately $49,335.23, and the Vehicle is not necessary to an effective reorganization.

7)      Widget shall be entitled to file an unsecured deficiency claim for the balance due after sale of the Vehicle to Champion.

8)      Consenting to relief from stay as stated herein will save the Debtor the costs associated with retaining this Vehicle, and it will effectively fix and limit Widget's unsecured deficiency claim thereon.

9)      As a result, the Debtor maintains that consent to relief as stated herein provides a benefit to the Estate and avoids the time and cost of any further efforts to retain this Vehicle.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Automatic Stay of 11 U.S.C. Section 362 is hereby terminated as to the Vehicle described in Paragraphs 1 above to allow Widget Federal Credit Union to exercise any and all remedies under its loan documents and under state law to proceed with sale and disposition of the Vehicle.

jlm

Thomas P. Agresti
United States Bankruptcy Judge

CONSENTED TO:

QUINN LAW FIRM

BY:   /s/  Michael P. Kruszewski
      Michael P. Kruszewski, Esquire
      PA Id. No. 91239
      2222 West Grandview Boulevard
      Erie, Pennsylvania 16506-4508
      Telephone: 814-833-2222
      Facsimile: 814-833-6753
      mkruszewski@quinnfirm.com
      Counsel for Debtor

ELDERKIN LAW FIRM

By:   /s/  Craig A. Zonna
      Craig A. Zonna, Esquire
      Elderkin Law Firm
      456 West 6th Street
      Erie, Pennsylvania 16507
      (814) 456-4000, Ext. 311
      Fax (814) 454-7411
      cazonna@elderkinlaw.com
      Counsel for Widget Federal Credit
      Union

#1370063

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                        Case No. 20-10334-TPA
Joseph Martin Thomas                                         Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil              Page 1 of 1              Date Rcvd: Jul 09, 2020
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2020.
db              +Joseph Martin Thomas,   c/of Tri-State Pain Institute,   2374 Village Common Drive,
                 Erie, PA 16506-7201
                +Craig A. Zonna,   Elderkin Law Firm,   456 West 6th Street,   Erie, PA 16507-1216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2020 at the address(es) listed below:
          Gary V. Skiba    on behalf of Interested Party   Tri-State Pain Institute, LLC gskiba@marshlaw.com,
           DGeniesse@marshlaw.com;rose227@hotmail.com
          Guy C. Fustine    on behalf of Creditor   Official Committee of Unsecured Creditors for Tri-State
           Pain Institute, LLC mwernick@kmgslaw.com,   knoxbank@hotmail.com,burban@kmgslaw.com,
           mpol@kmgslaw.com;ecf.alert+Fustine@titlexi.com
          James  Warmbrodt   on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Lauren  Michaels   on behalf of Creditor   Office of Attorney General, Department of Revenue
           lmichaels@attorneygeneral.gov
          Mark G. Claypool    on behalf of Creditor   Ally Bank serviced by Ally Servicing LLC
           mclaypool@kmgslaw.com,   knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com
          Michael F.J. Romano    on behalf of Creditor   TIAA Commercial Finance, Inc. mromano@rgalegal.com,
           tyowell@rgalegal.com;jromano@rgalegal.com
          Michael P. Kruszewski    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
           com/mtrayer@quinnfirm.com;gbebko@quinnfirm.com
          Norma Hildenbrand,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee
           Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Salene R.M. Kraemer    on behalf of Creditor   WELLS FARGO BANK, N.A. skraemer@bernsteinlaw.com,
           salene@ecf.courtdrive.com
                                                                            TOTAL: 10