UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : DATE & TIME OF HEARING: |
| | : |
| v. | : July 30, 2020 @ 9:30 a.m. |
| | : |
| NO RESPONDENT. | : OBJECTION/RESPONSE DATE: |
| | : |
| | : July 20, 2020 |
| | : |
| | : RELATED TO DOCUMENT NO. 121 |
| | : |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION TO EMPLOY SPECIAL COUNSEL (Document No. 121)**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the application to Employ Special Counsel filed July 1, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than July 20, 2020.

    It is hereby respectfully requested that the Order attached to the Order be entered by the Court.

Dated:  July 21, 2020

                                    Respectfully submitted,

                                    THE QUINN LAW FIRM

                                  BY:    /s/Michael P. Kruszewski
                                            Michael P. Kruszewski, Esquire
                                            PA Id. No. 91239
                                            The Quinn Law Firm
                                            2222 West Grandview Boulevard
                                            Erie, Pennsylvania  16506-4508
                                            Telephone: 814-833-2222
                                            Facsimile: 814-833-6753
                                            E-Mail: mkruszewski@quinnfirm.com
                                            Counsel for Debtor

#1375826