IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 20-10334 (TPA) |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
|    Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
|    Movant, | : | DATE AND TIME HEARING: |
| | : | July 30, 2020 @ 9:30 a.m. |
|    v. | : | |
| | : | RESPONSE DEADLINE: |
| RICK RUMBALL, | : | July 20, 2020 |
|    Respondent. | : | |
| | : | RELATED TO DOCUMENT NO. 119 |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO REJECT EXECUTORY CONTRACT (Document No. 119)**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Reject Executory Contract filed July 1, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Motion were to be filed and served no later than July 20, 2020.

      It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: July 21, 2020

                                            Respectfully submitted,

                                            THE QUINN LAW FIRM

                                            BY:    /s/Michael P. Kruszewski
                                                      Michael P. Kruszewski, Esquire
                                                      PA Id. No. 91239
                                                     The Quinn Law Firm
                                                     2222 West Grandview Boulevard
                                                     Erie, Pennsylvania  16506-4508
                                                     Telephone: 814-833-2222
                                                     Facsimile: 814-833-6753
                                                     E-Mail: mkruszewski@quinnfirm.com
                                                     Counsel for Debtor

#1375831