IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 20-10334 (TPA) |
| JOSEPH MARTIN THOMAS, <br>   Debtor. | JUDGE THOMAS P. AGRESTI <br><br> CHAPTER 11 |
| JOSEPH MARTIN THOMAS, <br>   Movant, | DATE AND TIME HEARING: <br> August 13, 2020 @ 9:30 a.m. |
| v. | RESPONSE DEADLINE: |
| GLENN MORISUE, <br>   Respondent. | July 23, 2020 |
| | RELATED TO DOCUMENT NO. 127 |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO REJECT EXECTORY CONTRACT (Document No. 127)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Reject Executory Contract filed July 6, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Motion were to be filed and served no later than July 23, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: July 24, 2020

                                            Respectfully submitted,

                                            THE QUINN LAW FIRM

BY:   */s/ Michael P. Kruszewski*
        Michael P. Kruszewski, Esquire
        PA Id. No. 91239
        The Quinn Law Firm
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506-4508
        Telephone: 814-833-2222
        Facsimile: 814-833-6753
        E-Mail: mkruszewski@quinnfirm.com
        Counsel for Debtor

#1375833