UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, and COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE, | : CHAPTER 11 |
| | : |
| | : RELATED TO DOCUMENT NO. 152 and 155 |
| | : |
| | : DATE & TIME OF HEARING: |
|     Movant, | : |
| | : August 13, 2020 @ 10:00 a.m. |
|     v. | : |
| | : OBJECTION/RESPONSE DATE: |
| JOSEPH MARTIN THOMAS, | : |
| | : August 10, 2020 |
|     Respondent. | : |
| | : |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify that I served, or caused to be served, on the 29th day of July, 2020, a copy of the Stipulation and Order Regarding Cash Collateral and Adequate Protection and Order Scheduling Date for Response and Hearing on Motion dated July 29, 2020 upon each of the following persons and parties in interest at the address shown on the attached list.

                              Respectfully submitted,

                              THE QUINN LAW FIRM

          BY:    /s/Michael P. Kruszewski
                            Michael P. Kruszewski, Esquire
                            PA Id. No. 91239
                            2222 West Grandview Boulevard
                            Erie, Pennsylvania 16506-4508
                            Telephone: 814-833-2222
                            Facsimile: 814-833-6753
                            E-Mail Address: mkruszewski@quinnfirm.com
                            Counsel for Debtor

#1378755

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| James Warmbrodt, Esquire (PNC Bank, National Association); bkgroup@kmllawgroup.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |

The following parties were served via E-Mail transmission;

| |
|---|
| Jill Locnikar, Esquire (United States of America, Internal Revenue Service); jill.locnikar@usdoj.gov |

The following parties were served via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| Jill Locnikar, Esquire<br>Assistant United States Attorney<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA  15219 | |