IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 20-10334 (TPA) |
| JOSEPH MARTIN THOMAS,<br>    Debtor. | JUDGE THOMAS P. AGRESTI |
| | CHAPTER 11 |
| JOSEPH MARTIN THOMAS,<br>    Movant, | RELATED TO DOCUMENT NO. 127 |
| v. | |
| GLENN MORISUE,<br>    Respondent. | |

## ORDER

And now, this 27th day of July, 2020, upon consideration of the *Motion to Reject Executory Contract*, it is hereby ORDERED, ADJUDGED, AND DECREED, as follows:

1. The Agreement entered into between Joseph M. Thomas and Glenn Morisue, effective on or around February 10, 2017 relating to the sale of paintings, is hereby **REJECTED** and the Agreement is **TERMINATED**.

2. The Respondent shall file any claim for contract rejection damages by the current Bar Date of September 15, 2020.

Thomas P. Agresti        jlm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph Martin Thomas  
    Debtor

Case No. 20-10334-TPA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Jul 27, 2020  
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2020.
```
db           +Joseph Martin Thomas,    c/of Tri-State Pain Institute,    2374 Village Common Drive,
               Erie, PA 16506-7201
15238706     +Glenn Morisue,    6201 1/2 Lake Road West,    Ashtabula, OH 44004-9757
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2020 at the address(es) listed below:
```
              Gary V. Skiba    on behalf of Interested Party    Tri-State Pain Institute, LLC gskiba@marshlaw.com,
               DGeniesse@marshlaw.com;rose227@hotmail.com
              Guy C. Fustine    on behalf of Creditor    Official Committee of Unsecured Creditors for Tri-State
               Pain Institute, LLC mwernick@kmgslaw.com,    knoxbank@hotmail.com,burban@kmgslaw.com,
               mpol@kmgslaw.com;ecf.alert+Fustine@titlexi.com
              James  Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Lauren Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue
               lmichaels@attorneygeneral.gov
              Mark G. Claypool    on behalf of Creditor    Ally Bank serviced by Ally Servicing LLC
               mclaypool@kmgslaw.com,    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com
              Michael F.J. Romano    on behalf of Creditor    TIAA Commercial Finance, Inc. mromano@rgalegal.com,
               tyowell@rgalegal.com;jromano@rgalegal.com
              Michael P. Kruszewski    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
               com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
              Norma Hildenbrand,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Salene R.M. Kraemer    on behalf of Creditor    WELLS FARGO BANK, N.A. skraemer@bernsteinlaw.com,
               salene@ecf.courtdrive.com
                                                                                             TOTAL: 10
```