FILED
7/31/20 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 20-10334-TPA |
| Joseph Martin Thomas | : | Chapter: 11 |
| *Debtor(s).* | : | |
| | : | Date: 7/30/2020 |
| | : | Time: 11:00 |

### PROCEEDING MEMO

**MATTER:**  #119 Motion to Reject Lease or Executory Contract
            #146 CNO filed

**APPEARANCES:**

   Debtor:     Michael P. Kruszewski, Gary Eiben
   Proposed Special
   Counsel:    Douglas E. Graff

**NOTES:**

Kruszewski:  I have inquired about the overage on the first painting. I was thinking of suggesting to Mr. Rumball that if he were to resell it, he should repay those funds, but I do not believe he has those funds immediately available. The objective is to eliminate unnecessary expenses, which this obviously is. I think it is important to at least acknowledge the rejection of the contract, so Dr. Thomas is no longer obligated to pay. Dr. Thomas is in possession of painting 1 and paintings 2 and 3 are in possession of the seller.

**OUTCOME:**  Continued to August 13, 2020 at 11:00 A.M. Chambers to enter order requiring information to determine damages to the seller.

jlm