**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

EH FILED
7/31/20 10:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| Joseph Martin Thomas | : | Chapter: | 11 |
| *Debtor(s).* | : | Date: | 7/30/2020 |
| | : | Time: | 11:00 |

**PROCEEDING MEMO**

*MATTER:*  #121 Application to Employ Special Counsel
      #145 CNO filed

*APPEARANCES:*

  Debtor:  Michael P. Kruszewski, Gary Eiben
  Proposed Special
  Counsel:  Douglas E. Graff

*NOTES:*

Kruszewski:  These matters are directly related to the MRSA claims. The Pennsylvania matter was resolved prepetition, but the Ohio board subsequently picked it up as a result of the Pennsylvania proceedings.

Graff:  They will likely look at the actions of Pennsylvania in making their determination and the medical care originally involved.

Eiben:  We may be coming before you again to obtain New York Counsel if proceedings start.

*OUTCOME:*  GRANTED/ OE

jlm