FILED
7/31/20 10:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JOSEPH MARTIN THOMAS, | : | Case No. 20-10334-TPA |
| *Debtor.* | : | Chapter 11 |
| | : | |
| JOSEPH MARTIN THOMAS, | : | |
| *Movant,* | : | Related to Doc. No. 119 |
| | : | |
| v. | : | |
| | : | Hearing: Aug. 13, 2020 at 11:00 A.M. |
| RICK RUMBALL, | : | |
| *Respondent* | : | |

**ORDER**

*AND NOW*, this **30th** day of *July, 2020*, for the reasons stated at today's hearing on the **Motion to Reject Executory Contract** (Doc. 119) and in order to allow the Debtor time to provide more information to the Court regarding the potential liquidation damages owed to the Debtor in the event the paintings are sold by Mr. Rumball, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

(1)    The request for rejection of the executory contract with Rick Rumball, as detailed in the *Motion to Reject Executory Contract* (Doc. 119), is **GRANTED.**

(2)    The measure of damages is taken under advisement pending the Debtor providing the Court with additional information on the issue.

(3)    A continued hearing on the **Motion to Reject Executory Contract** (Doc. 119) is scheduled for **August 13, 2020 at 11:00 A.M.** to be held by the **Zoom Video Conference**

1

*Application.* The Parties must comply with ***Judge Agresti's Temporary Modified Appearance Procedures*** which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

(4)    ***Initializing Zoom Hearing:***    To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time:  https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following Meeting ID: 160 2130 3488.  For questions regarding the connection contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781.

_____
Thomas P. Agresti, Judge        jlm
United States Bankruptcy Court

Case administrator to serve:
    Michael Kruszewski, Esq.
    Gary Eiben, Esq.
    Debtor

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-10334-TPA
Joseph Martin Thomas                                                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 1              Date Rcvd: Jul 31, 2020
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2020.
db              +Joseph Martin Thomas,    c/of Tri-State Pain Institute,    2374 Village Common Drive,
                  Erie, PA 16506-7201
                +Gary Eiben, Esq.,    MacDonald, Illig, Jones, & Britton LLP,    100 State Street,    Suite 700,
                  Erie, PA 16507-1459

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2020 at the address(es) listed below:
              Crystal H. Thornton-Illar    on behalf of Creditor    The Kada Gallery
               cThornton-Illar@leechtishman.com,
               bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com
              Gary V. Skiba    on behalf of Interested Party    Tri-State Pain Institute, LLC gskiba@marshlaw.com,
               DGeniesse@marshlaw.com;rose227@hotmail.com
              Guy C. Fustine    on behalf of Creditor    Official Committee of Unsecured Creditors for Tri-State
               Pain Institute, LLC mwernick@kmgslaw.com,    knoxbank@hotmail.com,burban@kmgslaw.com,
               mpol@kmgslaw.com;ecf.alert+Fustine@titlexi.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Lauren Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue
               lmichaels@attorneygeneral.gov
              Mark G. Claypool    on behalf of Creditor    Ally Bank serviced by Ally Servicing LLC
               mclaypool@kmgslaw.com,    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com
              Michael F.J. Romano    on behalf of Creditor    TIAA Commercial Finance, Inc. mromano@rgalegal.com,
               tyowell@rgalegal.com;jromano@rgalegal.com
              Michael P. Kruszewski    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
               com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
              Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Salene R.M. Kraemer    on behalf of Creditor    WELLS FARGO BANK, N.A. skraemer@bernsteinlaw.com,
               salene@ecf.courtdrive.com
                                                                                               TOTAL: 11