IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 20-10334 (TPA) |
| JOSEPH MARTIN THOMAS,<br>  Debtor. | JUDGE THOMAS P. AGRESTI |
| | CHAPTER 11 |
| JOSEPH MARTIN THOMAS,<br>  Movant, | DATE AND TIME HEARING:<br>August 13, 2020 @ 9:30 a.m. |
| v. | RESPONSE DEADLINE:<br>August 3, 2020 |
| KATHE W. RAFFERTY and HOWARD HANNA REAL ESTATE SERVICES,<br>  Respondent. | RELATED TO DOCUMENT NO. 143 |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO REJECT EXECUTORY CONTRACT AND VACATE ORDER APPROVING RETENTION OF REALTOR/BROKER (Document No. 143)

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Reject Executory Contract and Vacate Order Approving Retention of Realtor/Broker filed July 17, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Motion were to be filed and served no later than August 3, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: August 4, 2020

                Respectfully submitted,

                QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                BY:    /s/Michael P. Kruszewski
                       Michael P. Kruszewski, Esquire
                       PA Id. No. 91239
                       The Quinn Law Firm
                       2222 West Grandview Boulevard
                       Erie, Pennsylvania 16506-4508
                       Telephone: 814-833-2222
                       Facsimile: 814-833-6753
                       E-Mail: mkruszewski@quinnfirm.com
                       Counsel for Debtor

#1379875