FILED
8/5/20 9:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: . BANKRUPTCY NO. 20-10334 (TPA)

JOSEPH MARTIN THOMAS, . JUDGE THOMAS P. AGRESTI
  Debtor.

                        . CHAPTER 11

JOSEPH MARTIN THOMAS, .
  Movant, . RELATED TO DOCUMENT NO. __143__

        v. .

KATHE W. RAFFERTY and .
HOWARD HANNA REAL ESTATE .
SERVICES, .
  Respondent. .

.

## ORDER

And now, this __5th__ day of _____August_____, 2020, upon consideration of the
*Motion to Reject Executory Contract and Vacate Order Approving Retention of Realtor/Broker*,
it is hereby ORDERED, ADJUDGED, AND DECREED, as follows:

1.    The Agreement entered into between Joseph M. Thomas and Kathe W. Rafferty
and Howard Hanna Real Estate Services, effective on or around February 26,
2020 and relating to the sale of real property located at 2100 South Shore Drive,
Erie, Pennsylvania 16505, is hereby **REJECTED** and the Agreement is
**TERMINATED**.

2.    The Order Approving Retention of Realtor with regard to Kathe W. Rafferty and
Howard Hanna Real Estate Services at Document No. 97 is hereby **VACATED.**

3.    The Respondent shall file any claim for contract rejection damages by the current
Bar Date of September 15, 2020.

Thomas P. Agresti      jlm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 20-10334-TPA
Joseph Martin Thomas                                                        Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1              User: dpas              Page 1 of 1              Date Rcvd: Aug 05, 2020
                                 Form ID: pdf900         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2020.
db              +Joseph Martin Thomas,    c/of Tri-State Pain Institute,    2374 Village Common Drive,
                 Erie, PA 16506-7201
r               +Kathe W. Rafferty,    Howard Hanna Real Estate Services,    4248 West 12th Street,
                 Erie, PA 16505-3001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2020 at the address(es) listed below:
          Crystal H. Thornton-Illar   on behalf of Creditor    The Kada Gallery
           cThornton-Illar@leechtishman.com,
           bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com
          Gary V. Skiba    on behalf of Interested Party    Tri-State Pain Institute, LLC gskiba@marshlaw.com,
           DGeniesse@marshlaw.com;rose227@hotmail.com
          Guy C. Fustine    on behalf of Creditor    Official Committee of Unsecured Creditors for Tri-State
           Pain Institute, LLC mwernick@kmgslaw.com,   knoxbank@hotmail.com,burban@kmgslaw.com,
           mpol@kmgslaw.com;ecf.alert+Fustine@titlexi.com
          James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Lauren Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue
           lmichaels@attorneygeneral.gov
          Mark G. Claypool    on behalf of Creditor    Ally Bank serviced by Ally Servicing LLC
           mclaypool@kmgslaw.com,   knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com
          Michael F.J. Romano    on behalf of Creditor    TIAA Commercial Finance, Inc. mromano@rgalegal.com,
           tyowell@rgalegal.com;jromano@rgalegal.com
          Michael P. Kruszewski    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
           com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
          Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
           Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Salene R.M. Kraemer    on behalf of Creditor    WELLS FARGO BANK, N.A. skraemer@bernsteinlaw.com,
           salene@ecf.courtdrive.com
                                                                                   TOTAL: 11