**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | THE HONORABLE THOMAS P. AGRESTI |
| Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
| Movant, | : | DATE & TIME OF HEARING: |
| | : | September 3, 2020 @ 9:30 a.m. |
| v. | : | |
| | : | RESPONSE DEADLINE: |
| NO RESPONDENT. | : | August 7, 2020 |
| | : | |
| | : | RELATED TO DOCUMENT NO. 148 |

**<u>CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION TO EMPLOY REALTOR (Document No. 148)</u>**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application to Employ Realtor filed July 21, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than August 7, 2020.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: August 10, 2020

                                              Respectfully submitted,

                                              QUINN, BUSECK, LEEMHUIS, TOOHEY &
                                              KROTO, INC.

                                          BY:    /s/Michael P. Kruszewski
                                                    Michael P. Kruszewski, Esquire
                                                    PA Id. No. 91239
                                                    The Quinn Law Firm
                                                    2222 West Grandview Boulevard
                                                    Erie, Pennsylvania 16506-4508
                                                    Telephone: 814-833-2222
                                                    Facsimile: 814-833-6753
                                                    E-Mail: mkruszewski@quinnfirm.com
                                                    Counsel for Debtor

#1380316