UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO.  20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
| Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| UNITED STATES OF AMERICA, INTERNAL | : CHAPTER 11 |
| REVENUE SERVICE, and COMMONWEALTH OF | : |
| PENNSYLVANIA, DEPARTMENT OF REVENUE, | : RELATED TO DOCUMENT NO.  152 |
| | : |
| Movant, | : DATE & TIME OF HEARING: |
| | : |
| v. | : August 13, 2020 @ 10:00 a.m. |
| | : |
| JOSEPH MARTIN THOMAS, | : OBJECTION/RESPONSE DATE: |
| | : |
| Respondent. | : August 10, 2020 |
| | : |
| | : |

**CERTIFICATION OF NO OBJECTION REGARDING**
**STIPULATION AND ORDER REGARDING CASH COLLATERAL AND**
**ADEQUATE PROTECTION (Document No. 152)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Stipulation and Order Regarding Cash Collateral and Adequate Protection filed July 27, 2020 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Stipulation appears thereon.  Pursuant to the Order Scheduling Date for Response and Hearing on Motion, objections to the Stipulation were to be filed and served no later than August 10, 2020.

It is hereby respectfully requested that the Order attached to the Stipulation be entered by the Court.

Dated:  August 11, 2020

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/Michael P. Kruszewski
Michael P. Kruszewski, Esquire
PA Id. No. 91239
The Quinn Law Firm
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
E-Mail: mkruszewski@quinnfirm.com
Counsel for Debtor

#1381217