FILED
8/14/20 12:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JOSEPH MARTIN THOMAS, | : | Case No. 20-10334-TPA |
| *Debtor.* | : | Chapter 11 |
| JOSEPH MARTIN THOMAS, | : | |
| *Movant,* | : | Related to Doc. No. 119 |
| v. | : | |
| RICK RUMBALL, | : | |
| *Respondent* | : | Hearing: Sept. 24, 2020 at 11:00 A.M. |

## ORDER

AND NOW, this **13th** day of **August, 2020**, for the reasons stated at today's hearing on the **Motion to Reject Executory Contract** (Doc. 119, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

(1)    A continued hearing on the issue of rejection damages relating to the **Motion to Reject Executory Contract** (Doc. 119) is scheduled for **September 24, 2020 at 11:00 A.M.** to be held by the **Zoom Video Conference Application.** The Parties must comply with **Judge Agresti's Temporary Modified Appearance Procedures** which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

(2)    **Initializing Zoom Hearing:**    To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff Lawyer, Atty. Courtney Helbling, at 814-464-9781.

Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

Case administrator to serve:
    Michael Kruszewski, Esq.
    Gary Eiben, Esq.
    Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph Martin Thomas  
    Debtor

Case No. 20-10334-TPA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: jmar     Page 1 of 1     Date Rcvd: Aug 14, 2020  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2020.  
sp         +Gary Eiben,   MacDonald Illig Jones & Britton, LLP,   100 State St., Ste. 700,    Erie, PA 16507-1459

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2020 at the address(es) listed below:

         Crystal H. Thornton-Illar    on behalf of Creditor    The Kada Gallery  cThornton-Illar@leechtishman.com,  bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com  
         Gary V. Skiba    on behalf of Interested Party    Tri-State Pain Institute, LLC gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com  
         Guy C. Fustine    on behalf of Creditor    Official Committee of Unsecured Creditors for Tri-State Pain Institute, LLC mwernick@kmgslaw.com,  knoxbank@hotmail.com,burban@kmgslaw.com,  mpol@kmgslaw.com;ecf.alert+Fustine@titlexi.com  
         James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com  
         Lauren  Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue lmichaels@attorneygeneral.gov  
         Mark G. Claypool    on behalf of Creditor    Ally Bank serviced by Ally Servicing LLC  mclaypool@kmgslaw.com,  knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com  
         Michael F.J. Romano    on behalf of Creditor    TIAA Commercial Finance, Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com  
         Michael P. Kruszewski    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com,  knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com  
         Norma Hildenbrand,  on Behalf of the United States Trustee by   on behalf of U.S. Trustee    Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Salene R.M. Kraemer    on behalf of Creditor    WELLS FARGO BANK, N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com

                                                                                                                    TOTAL: 11