**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | THE HONORABLE THOMAS P. AGRESTI |
|    Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
|    Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |
| | : | |

**CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE**

      Attached hereto if Official Form 423, Certification About a Financial Management Course.


                              Respectfully submitted,

                              THE QUINN LAW FIRM


                              BY:    /s/Michael P. Kruszewski
                                       Michael P. Kruszewski, Esquire
                                       PA Id. No. 91239
                                       2222 West Grandview Boulevard
                                       Erie, Pennsylvania 16506-4508
                                       Telephone: 814-833-2222
                                       Facsimile: 814-833-6753
                                       E-Mail Address: mkruszewski@quinnfirm.com
                                       Counsel for Debtor

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | *Joseph Martin Thomas* | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | *20-10334 TPA* | | |

# Official Form 423
## Certification About a Financial Management Course                              12/15

**If you are an individual, you must take an approved course about personal financial management if:**
- **you filed for bankruptcy under chapter 7 or 13, or**
- **you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.**

**In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).**

**After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. I the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.**

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.**

### Part 1: Tell the Court About the Required Course.

*You must check one:*

☒ **I completed an approved course in personal financial management:**

    Date I took the course     *August 14, 2020*

    Name of approved provider     *Advantage Credit Counseling Service, Inc.*

    Certificate Number     *01721-PAW-DE-034775122*

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.** I am currently on active military duty in a military combat zone.

    ☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2: Sign Here

I certify that the information I have provided is true and correct.

X  /s/Joseph Martin Thomas      **Joseph Martin Thomas**    Date    **August 17, 2020**
**Signature of debtor named on certificate**      Printed name of debtor

#1382666

Certificate Number: 01721-PAW-DE-034775122

Bankruptcy Case Number: 20-10334


01721-PAW-DE-034775122

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 14, 2020, at 2:40 o'clock PM EDT, Joseph Thomas completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  August 14, 2020                By:  /s/Sarah Chechak

Name:  Sarah Chechak

Title:  Counseling