IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 20-10334 (TPA) |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
|    Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
|    Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |

## <u>MONTHLY OPERATING REPORT</u>

Attached hereto please find the Monthly Operating Report for the Month of July, 2020.


Respectfully submitted,

THE QUINN LAW FIRM


BY:   /s/Michael P. Kruszewski
          Michael P. Kruszewski, Esquire
          PA Id. No. 91239
          2222 West Grandview Boulevard
          Erie, Pennsylvania 16506-4508
          Telephone: 814-833-2222
          Facsimile: 814-833-6753
          E-Mail Address: mkruszewski@quinnfirm.com
          Counsel for Debtor

#1376899

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

Thomas, Joseph Martin

**Case No. 20-10334-TPA**

Reporting Period: _7/1/20 - 7/31/20_

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
**File with Court and submit copy to United States Trustee within 14 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | X | |
| Debtor Questionnaire | MOR- 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____          _8/17/20_____
Signature of Debtor                                      Date


_____          _____
Signature of Joint Debtor                              Date


_Linda Erven_____          _8/17/20_____
Signature of Preparer                                   Date

_LINDA ERVEN_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Thomas, Joseph Martin

Debtor

Case No. 20-10334-TPA

Reporting Period: 7/1/20 - 7/31/20

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 75,356.90 | 59,973.43 |
| **RECEIPTS** | | |
| Wages (Net) | 30,000.00 | 75,000.00 |
| **Interest and Dividend Income** | .32 | .80 |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,171.60 | 6,514.80 |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| **Total Receipts** | 32,171.92 | 81,515.60 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 900.00 | 2,325.00 |
| **Other Secured Note Payments** | | |
| Utilities | 408.76 | 1,621.40 |
| Insurance | 824.39 | 2,614.23 |
| Auto Expense | 1,851.66 | 7,925.78 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 280.00 | 4,792.50 |
| Medical Expenses | 209.74 | 1,309.17 |
| Household Expenses | 1,813.90 | 4,551.35 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | 51,013.00 | 51,013.00 |
| Travel and Entertainment | | |
| Gifts | 625.00 | 1,100.00 |
| Other (attach schedule) | 599.76 | 2,000.66 |
| Total Ordinary Disbursements | 58,526.21 | 79,253.09 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 3,233.33 |
| U. S. Trustee Fees | 650.00 | 650.00 |
| Other Reorganization Expenses (attach schedule) | 10,000.00 | 20,000.00 |
| Total Reorganization Items | 10,650.00 | 23,883.33 |
| **Total Disbursements (Ordinary + Reorganization)** | 69,176.21 | 103,136.42 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (37,004.29) | (21,620.82) |
| **Cash - End of Month (Must equal reconciled bank statement)** | 38,352.61 | 38,352.61 |

FORM MOR-1(INDV)
(9/99)

Thomas, Joseph Martin                                    Case No. 20-10334-TPA

      Debtor                          Reporting Period: _7/1/20 - 7/31/20_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| * FEDERAL INCOME TAX | 43,920.00 | 43,920.00 |
| * STATE AND LOCAL INCOME TAXES | 7,080.00 | 7,080.00 |
| LOCAL SERVICES TAX | 13.00 | 13.00 |
| | | |
| * TAX PAYMENTS INCLUDE PRE-PETITION | | |
| TAXES TOTALING $35,700.00 | | |
| **Other Ordinary Disbursements** | | |
| SUBSCRIPTIONS (NEWSPAPERS/SIRIUS) | 391.09 | 1,102.85 |
| CHECK PRINTING FEES | | 96.92 |
| BOOKS/DOWNLOADS | 65.51 | 201.99 |
| FLORIST | 143.10 | 598.90 |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| ESCROW - QUINN LAW FIRM | 10,000.00 | 20,000.00 |
| | | |
| | | |
| | | |
| | | |
| | | |

Thomas, Joseph Martin                                                    Case No. 20-10334-TPA

Debtor                                          Reporting Period: _7/1/20 – 7/31/20_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 13,176.00 | 8,784.00 | 13,176.00 | 7/13/2020 | EFT | 8,784.00 |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | 13,176.00 | 8,784.00 | 13,176.00 | | | 8,784.00 |
| **State and Local** | | | | | | |
| Withholding | 2,124.00 | 1,416.00 | 2,124.00 | 7/14/2020 | 101/102 | 1,416.00 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | 2,124.00 | 1,416.00 | 2,124.00 | | | 1,416.00 |
| **Total Taxes** | 15,300.00 | 10,200.00 | 15,300.00 | | | 10,200.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 94.00 | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | 94.00 | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**
_FROM ONGOING INCOME WHEN RECEIVED TWICE EACH MONTH._

*"Insider" is defined in 11 U.S.C. Section 101(31).                        FORM MOR-4
(9/99)

Thomas, Joseph Martin

Debtor

Case No. 20-10334-TPA

Reporting Period: 7/1/20 - 7/31/20

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | N/A |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | N/A |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below.  EXTENSION TO 10/15/20 REQUESTED | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below.  AS PROVIDED TO US TRUSTEE | X | |

FORM MOR-5
(9/99)

# Standard Checking Statement

PNC Bank

 **PNC BANK**

**For the period 07/04/2020 to 08/05/2020**

002103
JOSEPH THOMAS MD                    000032777    L10B
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

Primary account number [REDACTED]
Page 1 of 3
Number of enclosures: 0

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

For customer service call 1-888-PNC-BANK
For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## Cyber Security Awareness

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC? Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at **1-800-762-2035**, select 1 for personal account or 2 for a business account, then select option 3.

## Standard Checking Account Summary

**Account number:** [REDACTED]

JOSEPH THOMAS MD
DEBTOR IN POSSESSION

**Overdraft Protection** has not been established for this account.
   Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 50,962.36 | 10,237.64 | 51,000.00 | 10,200.00 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 26,416.31 | .00 |

### Transaction Summary

| Checks paid/ withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 2 | 0 | 0 |

| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
|---|---|---|
| 0 | 0 | 0 |

## Activity Detail

### Deposits and Other Additions

There were 3 Deposits and Other Additions totaling **$10,237.64**.

| Date | Amount | Description |
|---|---|---|
| 07/06 | 5,100.00 | Online Transfer From |
| 07/16 | 5,100.00 | Online Transfer From |
| 07/16 | 37.64 | Online Transfer From |



# Standard Checking Statement

🖥 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 07/04/2020 to 08/05/2020**
JOSEPH THOMAS MD
Primary account number: ███████
Page 2 of 3

**Account number** ███████ **- continued**

## Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|
| 101 | 4,605.00 | 07/27 | 076657385 | 102 | 2,475.00 | 07/29 | 071559806 |

* Gap in check sequence

There were 2 checks listed totaling
**$7,080.00.**

## Online and Electronic Banking Deductions

There was 1 Online or Electronic Banking
Deduction totaling **$43,920.00.**

| Date | Amount | Description |
|---|---|---|
| 07/14 | 43,920.00 | Web Pmt Single - Usataxpymt IRS ████████ |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/04 | 50,962.36 | 07/14 | 12,142.36 | 07/27 | 12,675.00 |
| 07/06 | 56,062.36 | 07/16 | 17,280.00 | 07/29 | 10,200.00 |

## Reviewing Your Statement



### PNC BANK

Please review this statement carefully and reconcile it with your records.  Call the telephone number on the upper right side of the first page of this statement if:

- you have any questions regarding your account(s);
- your name or address is incorrect;
- you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement.  Remember to begin with the ending date of your last statement.  (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

### Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement            $ _____
Add deposits and other additions not recorded      Total A +  $ _____

                                      Subtotal=  $ _____
Subtract checks and other deductions not recorded Total B -  $ _____

The result should equal your account register balance        =  $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC                     Equal Housing Lender

# Performance Select Statement

**PNC Private Banking**

 **PNC BANK**

**For the period 07/08/2020 to 08/07/2020**

000009
JOSEPH M THOMAS MD          000002569    L108
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

Primary account number

Page 1 of 7
Number of enclosures: 0

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.
☎ Inquiries? Call PNC Private Banking 1-888-762-6226
For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-762-6226

✉ Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738
Visit us at PNC.com

## Cyber Security Awareness

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC? Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at **1-800-762-2035**, select 1 for personal account or 2 for a business account, then select option 3.

## Performance Select
## Interest Checking Account Summary

JOSEPH M THOMAS MD
DEBTOR IN POSSESSION

**Account number:**

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 11,553.55 | 31,500.10 | 24,464.50 | 18,589.15 |
| | | Average monthly balance | Charges and fees |
| | | 11,992.02 | .00 |

### Transaction Summary

| Checks paid/ withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 22 | 8 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 5 | 5 | 0 |

### Interest Summary

As of 08/07, a total of **$.79** in interest was paid this year.

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 31 | 11,992.02 | .10 |

# Performance Select Statement

💻 For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 07/08/2020 to 08/07/2020**
JOSEPH M THOMAS MD
Primary account number: ███████
Page 2 of 7

Account number: ███████ - continued

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | 36.00 |

## Activity Detail

### Deposits and Other Additions

There were 4 Deposits and Other Additions totaling **$31,500.10**.

| Date | Amount | Description |
|---|---|---|
| 07/15 | 15,000.00 | Deposit Reference No. 032116613 |
| 07/30 | 1,500.00 | Online Transfer From ███████ |
| 08/05 | 15,000.00 | Deposit Reference No. 032553990 |
| 08/07 | .10 | Interest Payment |

### Checks and Substitute Checks

| Check number | | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|---|
| 3506 | | 2,429.28 | 07/23 | 073730409 | 3690 | 29.74 | 07/27 | 077517477 |
| 3669 | * | 3,233.33 | 07/09 | 075106601 | 3691 | 175.00 | 07/20 | 070588131 |
| 3674 | * T | 125.00 | 07/09 | 031888398 | 3692 | 500.00 | 07/27 | 077723683 |
| 3675 | | 832.80 | 07/14 | 072224189 | 3693 | 1,018.86 | 07/27 | 075530171 |
| 3676 | | 541.89 | 07/09 | 074503714 | 3694 | 143.10 | 07/24 | 075452530 |
| 3681 | * | 86.00 | 07/09 | 075122070 | 3696 * | 211.08 | 07/24 | 075128052 |
| 3683 | * | 175.00 | 07/13 | 071219053 | 3697 | 175.00 | 07/27 | 077047017 |
| 3684 | | 300.00 | 07/15 | 073697017 | 3698 | 82.50 | 07/31 | 073532474 |
| 3685 | | 200.00 | 07/17 | 075260227 | 3700 * | 86.00 | 08/03 | 076681306 |
| 3688 | * | 280.00 | 07/17 | 075579789 | 3702 * | 200.00 | 08/03 | 077197329 |
| 3689 | | 180.00 | 07/27 | 077370013 | 3704 * | 541.89 | 08/06 | 072127808 |

\* Gap in check sequence        "T" Teller Cashed Check

There were 22 checks listed totaling **$11,546.47**.

### Banking/Debit Card Withdrawals and Purchases

There were 5 Banking Machine withdrawals totaling **$1,500.00**.

There were 8 other Banking Machine/Debit Card deductions totaling **$242.37**.

| Date | Amount | Description |
|---|---|---|
| 07/10 | 300.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 07/13 | 149.97 | 1794 Recurring Debit Card D J*Wall-St-Journal |
| 07/13 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 07/14 | 30.00 | 1794 Debit Card Purchase Ring Yearly Plan |
| 07/17 | 300.00 | ATM Withdrawal 2701 Legion Rd Erie PA |
| 07/20 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 07/23 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 07/23 | .99 | 1794 Recurring Debit Card Apple.Com/Bill |
| 07/24 | 300.00 | ATM Withdrawal 2701 Legion Rd Erie PA |
| 07/30 | 13.76 | 1794 Recurring Debit Card Apple.Com/Bill |
| 07/31 | 300.00 | ATM Withdrawal 2701 Legion Rd Erie PA |
| 08/07 | 38.14 | 1794 Recurring Debit Card Apple.Com/Bill |
| 08/07 | 300.00 | ATM Withdrawal 2069 Interchange R Erie PA |

### Online and Electronic Banking Deductions

There were 14 Online or Electronic Banking Deductions totaling **$11,175.66**.

| Date | Amount | Description |
|---|---|---|
| 07/10 | 22.25 | Payment,E-Check Checkpaymt Natfuel Box ███████ |
| 07/10 | 8.12 | Payment,E-Check Checkpaymt Natfuel Box 4103 3678 |
| 07/10 | 30.31 | Payment,E-Check Check Pymt Penelec 3679 |
| 07/14 | 39.12 | Payment,E-Check Check Pymt Xm Sat Radio Lvl 3680 |
| 07/16 | 5,100.00 | Online Transfer To ███████ |

Online and Electronic Banking Deductions continued on next page

# Performance Select Statement

⬢ **PNC BANK**

🖥 For 24-hour information, sign on to PNC Bank Online Banking
   on pnc.com.

**For the period 07/08/2020 to 08/07/2020**
JOSEPH M THOMAS MD
Primary account number: ███████
Page 3 of 7

Account number ███████ - continued

## Online and Electronic Banking Deductions  - continued

| Date | Amount | Description |
|------|--------|-------------|
| 07/16 | 37.64 | Online Transfer To ███████ |
| 07/17 | 94.59 | Payment,E-Check Check Pymt Penelec 3686 |
| 07/17 | 17.93 | Payment,E-Check Check Pymt Penelec 3687 |
| 07/24 | 24.48 | Payment,E-Check Checkpaymt Natfuel Box ███████ |
| 07/28 | 650.00 | Web Pmt Single - Payment Quarterly Fee ███████ |
| 08/06 | 5,100.00 | Online Transfer To ███████ |
| 08/07 | 9.71 | Payment,E-Check Checkpaymt Natfuel Box 4103 3705 |
| 08/07 | 14.15 | Payment,E-Check Checkpaymt Natfuel Box 4103 3706 |
| 08/07 | 27.36 | Payment,E-Check Check Pymt Penelec 3707 |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 07/08 | 11,553.55 | 07/15 | 20,676.59 | 07/24 | 11,356.16 | 08/03 | 9,620.30 |
| 07/09 | 7,567.33 | 07/16 | 15,538.95 | 07/27 | 9,452.56 | 08/05 | 24,620.30 |
| 07/10 | 7,206.65 | 07/17 | 14,646.43 | 07/28 | 8,802.56 | 08/06 | 18,978.41 |
| 07/13 | 6,878.51 | 07/20 | 14,468.26 | 07/30 | 10,288.80 | 08/07 | 18,589.15 |
| 07/14 | 5,976.59 | 07/23 | 12,034.82 | 07/31 | 9,906.30 | | |

# Performance Select Statement

💻 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 07/08/2020 to 08/07/2020**
JOSEPH M THOMAS MD
Primary account number: ▓▓▓▓▓
Page 4 of 7

---

## Check Images



3506     $2,429.28     07/23/2020



3674     $125.00     07/09/2020



3676     $541.89     07/09/2020



3683     $175.00     07/13/2020



3685     $200.00     07/17/2020



3669     $3,233.33     07/09/2020

3675     $832.80     07/14/2020

3681     $86.00     07/09/2020

3684     $300.00     07/15/2020

3688     $280.00     07/17/2020

Check Images continued on next page

# Performance Select Statement

<span style="float:right">PNC BANK</span>

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

For the period 07/08/2020 to 08/07/2020
JOSEPH M THOMAS MD
Primary account number
Page 5 of 7

## Check Images - continued



| 3689 | $180.00 | 07/27/2020 |

| 3690 | $29.74 | 07/27/2020 |



| 3691 | $175.00 | 07/20/2020 |



| 3692 | $500.00 | 07/27/2020 |



| 3693 | $1,018.86 | 07/27/2020 |



| 3694 | $143.10 | 07/24/2020 |



| 3696 | $211.08 | 07/24/2020 |

| 3697 | $175.00 | 07/27/2020 |

| 3698 | $82.50 | 07/31/2020 |

| 3700 | $86.00 | 08/03/2020 |

Check Images continued on next page



# Performance Select Statement

 For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 07/08/2020 to 08/07/2020**
JOSEPH M THOMAS MD
Primary account number
Page 6 of 7

## Check Images - *continued*





| 3702 | $200.00 | 08/03/2020 | | 3704 | $541.89 | 08/06/2020 |

With PNC Online Banking, you can view, print and save up to the most recent 90 days of your canceled checks - front and back - FREE of charge. Please contact us for additional options.

PNC BANK

## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
- you have any questions regarding your account(s);
- your name or address is incorrect;
- you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

**Compare:** The activity detail section of your statement to your account register.

**Check Off:** All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.)

**Add to Your Account Register Balance:** Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register.

**Subtract From Your Account Register Balance:** Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register.

### Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total A** |  |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total B** |  |

**Step 3:**

Enter the ending balance recorded on your statement $ _____

Add deposits and other additions not recorded    Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance    = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC

 Equal Housing Lender

# Performance Select Statement

PNC Private Banking

**PNC BANK**

For the period 07/08/2020 to 08/07/2020

001951
JOSEPH M THOMAS MD                    000003081   L108
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

Primary account number:
Page 1 of 3
Number of enclosures: 0

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

Inquiries? Call PNC Private Banking 1-888-762-6226
For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday:  8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?**  Please contact us at 1-888-762-6226

Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## Cyber Security Awareness

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC? Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at **1-800-762-2035**, select 1 for personal account or 2 for a business account, then select option 3.

## Performance Select
## Premium Money Market Account Summary

JOSEPH M THOMAS MD
DEBTOR IN POSSESSION

**Account number:**

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 20,096.16 | 2,171.78 | 1,500.00 | 20,767.94 |
|  | Average monthly balance | Charges and fees |  |
|  | 20,851.55 | .00 |  |

As of 08/07, a total of **$1.21** in interest was paid this year.

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 31 | 20,851.55 | .18 |

## Activity Detail

### Deposits and Other Additions

There were 2 Deposits and Other Additions totaling **$2,171.78**.

| Date | Amount | Description |
|---|---|---|
| 07/22 | 2,171.60 | Direct Deposit - Xxsoc Sec SSA Treas 310 |
| 08/07 | .18 | Interest Payment |

### Online and Electronic Banking Deductions

There was 1 Online or Electronic Banking Deduction totaling **$1,500.00**.

| Date | Amount | Description |
|---|---|---|
| 07/30 | 1,500.00 | Online Transfer To |



# Performance Select Statement

🖥 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 07/08/2020 to 08/07/2020**
JOSEPH M THOMAS MD
Primary account number ▮▮▮▮▮▮▮▮
Page 2 of 3

**Account number** ▮▮▮▮▮▮▮▮ **continued**

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 07/08 | 20,096.16 | 07/22 | 22,267.76 | 07/30 | 20,767.76 | 08/07 | 20,767.94 |



⟫PNC BANK

## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

### Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**
Enter the ending balance recorded on your statement                      $ _____
Add deposits and other additions not recorded      Total A + $ _____

Subtotal= $ _____
Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance      = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC                🏠 Equal Housing Lender





Widget Financial

Widget Federal Credit Union DBA Widget Financial
P.O. Box 10211 •Erie, PA 16514
814.456.6231

| | ACCOUNT # | 04/01/2020 THROUGH 06/30/2020 | PAGE 1 of 3 |
|---|---|---|---|

**Electronic Service Requested**

**Important Changes to our Funds Availability Policy**

Due to changes in Federal Regulation CC, the amount of funds available to you when you deposit a check(s) may increase effective July 1, 2020.
Below is an explanation of the changes that become effective July 1, 2020.
• The $200 next business day availability for non-next day checks will increase to $225. This amount is used on case-by-case holds.
• The $5,000 aggregation of checks deposited on any one banking day that are subject to the next-day availability requirement for new accounts will increase to $5,525.
• The $5,000 threshold for exception holds for new accounts and large deposits will increase to $5,525.
• The $5,000 threshold for determining whether an account has been repeatedly overdrawn will increase to $5,525.

What does this mean for you? You will have access to more of your funds when one of the holds noted above is placed on your check deposit. We will continue to notify you of any delay of your ability to withdraw funds and will tell you when the funds will be available.

015156

JOSEPH M THOMAS
ATTN: LINDA ERVIN
2374 VILLAGE COMMON DR STE100
ERIE PA 16506-7201

| Account Type | Previous Balance | Withdrawals | Deposits | Ending Balance |
|---|---|---|---|---|
| SAVINGS | 220.73 | 0.00 | 0.00 | 220.73 |
| 2017 FORD F-150 | 49,335.23 | 0.00 | 0.00 | 49,335.23 |



## STATEMENT OF ACCOUNT

### SAVINGS
**SUFFIX:**

| Beginning Balance: | 220.73 |
|---|---|
| Dividend Year to Date | 0.22 |

| POST DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 04/01 | Previous Balance | | 220.73 |
| 06/30 | Ending Balance | | 220.73 |

### 2017 FORD F-150
**SUFFIX:**

| Summary of Account | | Payment Information | |
|---|---|---|---|
| Previous Balance | 49,335.23 | Past Due Amount | 4,827.04 |
| New Balance | 49,335.23 | Minimum Payment Due | 1,206.76 |
| | | Total Payment Due | 6,033.80 |
| | | Payment Due Date | 03/23/2020 |

| Transactions | |
|---|---|
| Post Date    Description of Transaction or Credit | Amount |
| **Fees** | |
| TOTAL FEES FOR THIS PERIOD | 0.00 |
| **Interest Charged** | |
| TOTAL INTEREST FOR THIS PERIOD | 0.00 |
| **2020 Totals Year-To-Date** | |
| TOTAL FEES CHARGED IN 2020 | 0.00 |
| TOTAL INTEREST CHARGED IN 2020 | 361.03 |

**Widget Financial**

ACCOUNT #

04/01/2020
THROUGH
06/30/2020

PAGE
2 of 3

015156

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate (APR) | Daily Periodic Rate |
|---|---|---|
| | 3.990% | .010931% |
| (v) = Variable Rate | | |

## Your Financial Summary:

| | |
|---|---|
| Total Year to Date Finance Charge | 361.03 |
| 2017 FORD F-150 Ending Balance | 49,335.23 |
| TOTAL SAVINGS Ending Balance | 220.73 |

Payments from your IRA are subject to federal income tax withholding, unless you elect no withholding. You may change your withholding election at any time prior to your receipt of a payment. To change your withholding election, stop into any branch. Withholding from your IRA payments, when combined with other withholding, MAY relieve you from payment of estimated income taxes. However, your withholding election does not affect the amount of income tax you pay. You may incur penalties under the estimated tax rules if your withholding and estimated tax payments are insufficient.

**Calculation of Balance Subject to Interest Rate (open-end accounts)**

The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we take the balance of the account for the previous day, add any new loans and charges, and subtract any credits and payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at:

Widget Financial
2154 East Lake Road
Erie, PA 16511

**You may also contact us on the Web:**

widgetfinancial.com

In your letter, give us the following information:
• Account information: Your name and account number.
• Dollar amount: The dollar amount of the suspected error.
• Description of Problem: If you think there is an error on your statement describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**In Case of Errors or Questions About Your Electronic Transfers**

Telephone or Write Us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
• Tell us your name and account number (if any).
• Tell us the dollar amount of the suspected error.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Report errors or make inquiries to:

Widget Financial
2154 East Lake Road
Erie, PA 16511
814.456.6231
widgetfinancial.com



**Your Rights and Our Responsibilities After We Receive Written Notice**

We must acknowledge your letter within 30 days unless we have corrected the error by then. Within 90 days we must either correct the error or explain why we believe the statement was correct.



**Federally Insured by NCUA**

| Outstanding Items | |
|---|---|
| ITEM NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

Balance Shown on this Statement  $

Add
Deposits not Credited in this Statement (if any)  $

Total  $

Subtract Items Outstanding  $

Balance  $

Your register should show this balance.



| ACCOUNT # | 04/01/2020 THROUGH 06/30/2020 | PAGE 3 of 3 |
|---|---|---|
| ███████ | | |



## Important Changes to our Funds Availability Policy

Due to changes in Federal Regulation CC, the amount of funds available to you when you deposit a check(s) may increase effective July 1, 2020. Below is an explanation of the changes that become effective July 1, 2020:

- The $200 next business day availability for non-next day checks will increase to $225.  This amount is used on case-by-case holds.
- The $5,000 aggregation of checks deposited on any one banking day that are subject to the next-day availability requirement for new accounts will increase to $5,525.
- The $5,000 threshold for exception holds for new accounts and large deposits will increase to $5,525.
- The $5,000 threshold for determining whether an account has been repeatedly overdrawn will increase to $5,525.

What does this mean for you?  You will have access to more of your funds when one of the holds noted above is placed on your check deposit. We will continue to notify you if we delay your ability to withdraw funds and will tell you when the funds will be available.

814.456.6231

widgetfinancial.com

4:21 PM

08/14/20

# Joseph M. Thomas

## Reconciliation Summary

### 10003 · PNC Checking (Escrow) -3191, Period Ending 08/05/2020

|  | Aug 5, 20 |
|---|---|
| Beginning Balance | 50,962.36 |
| Cleared Transactions |  |
| Checks and Payments - 3 items | -51,000.00 |
| Deposits and Credits - 3 items | 10,237.64 |
| Total Cleared Transactions | -40,762.36 |
| **Cleared Balance** | **10,200.00** |
| Register Balance as of 08/05/2020 | 10,200.00 |
| New Transactions |  |
| Deposits and Credits - 1 item | 5,100.00 |
| Total New Transactions | 5,100.00 |
| **Ending Balance** | **15,300.00** |

4:21 PM

08/14/20

# Joseph M. Thomas
## Reconciliation Detail
### 10003 · PNC Checking (Escrow) -3191, Period Ending 08/05/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 50,962.36 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 07/13/2020 | EFT | United States Treas... | X | -43,920.00 | -43,920.00 |
| Check | 07/14/2020 | 101 | PA Dept. of Revenue | X | -4,605.00 | -48,525.00 |
| Check | 07/14/2020 | 102 | HAB-EIT | X | -2,475.00 | -51,000.00 |
| | | | | | | |
| Total Checks and Payments | | | | | -51,000.00 | -51,000.00 |
| | | | | | | |
| **Deposits and Credits - 3 items** | | | | | | |
| Check | 07/06/2020 | 0 | Joseph M. Thomas | X | 5,100.00 | 5,100.00 |
| Check | 07/16/2020 | 0 | Joseph M. Thomas | X | 37.64 | 5,137.64 |
| Check | 07/16/2020 | 0 | Joseph M. Thomas | X | 5,100.00 | 10,237.64 |
| | | | | | | |
| Total Deposits and Credits | | | | | 10,237.64 | 10,237.64 |
| | | | | | | |
| Total Cleared Transactions | | | | | -40,762.36 | -40,762.36 |
| | | | | | | |
| Cleared Balance | | | | | -40,762.36 | 10,200.00 |
| | | | | | | |
| Register Balance as of 08/05/2020 | | | | | -40,762.36 | 10,200.00 |
| | | | | | | |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 08/06/2020 | 0 | Joseph M. Thomas | | 5,100.00 | 5,100.00 |
| | | | | | | |
| Total Deposits and Credits | | | | | 5,100.00 | 5,100.00 |
| | | | | | | |
| Total New Transactions | | | | | 5,100.00 | 5,100.00 |
| | | | | | | |
| **Ending Balance** | | | | | -35,662.36 | 15,300.00 |

Joseph M. Thomas

8/14/2020 4:23 PM

Register: 10003 · PNC Checking (Escrow) -3191
From 07/01/2020 through 07/31/2020
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 07/06/2020 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 5,100.00 | 56,062.36 |
| 07/13/2020 | EFT | United States Treasur... | 99921 · Federal Incom... | 2020 Estimated... | 43,920.00 | X | | 12,142.36 |
| 07/14/2020 | 101 | PA Dept. of Revenue | 99922 · State Income T... | 2020 Estimated... | 4,605.00 | X | | 7,537.36 |
| 07/14/2020 | 102 | HAB-EIT | 99923 · Local Income ... | 2020 Estimated... | 2,475.00 | X | | 5,062.36 |
| 07/16/2020 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 5,100.00 | 10,162.36 |
| 07/16/2020 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 37.64 | 10,200.00 |

4:31 PM

08/14/20

# Joseph M. Thomas
## Reconciliation Summary
### 10001 · PNC Checking -6352, Period Ending 08/07/2020

|  | Aug 7, 20 |
|---|---|
| Beginning Balance | 11,553.55 |
| Cleared Transactions | |
| Checks and Payments - 49 items | -24,464.50 |
| Deposits and Credits - 4 items | 31,500.10 |
| Total Cleared Transactions | 7,035.60 |
| Cleared Balance | 18,589.15 |
| Uncleared Transactions | |
| Checks and Payments - 4 items | -3,288.98 |
| Total Uncleared Transactions | -3,288.98 |
| Register Balance as of 08/07/2020 | 15,300.17 |
| New Transactions | |
| Checks and Payments - 12 items | -12,229.05 |
| Deposits and Credits - 2 items | 1,220.73 |
| Total New Transactions | -11,008.32 |
| Ending Balance | 4,291.85 |

4:31 PM

08/14/20

## Joseph M. Thomas
## Reconciliation Detail
### 10001 · PNC Checking -6352, Period Ending 08/07/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 11,553.55 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 49 items** | | | | | | |
| Check | 03/27/2020 | 3506 | PA Department of R... | X | -2,429.28 | -2,429.28 |
| Bill Pmt -Check | 06/22/2020 | 3669 | Purchase George & ... | X | -3,233.33 | -5,662.61 |
| Bill Pmt -Check | 07/07/2020 | 3675 | Ally | X | -832.80 | -6,495.41 |
| Bill Pmt -Check | 07/07/2020 | 3676 | Erie Insurance Group | X | -541.89 | -7,037.30 |
| Bill Pmt -Check | 07/07/2020 | 3681 | The New York Times | X | -86.00 | -7,123.30 |
| Bill Pmt -Check | 07/07/2020 | 3680 | Sirius XM Radio Inc. | X | -39.12 | -7,162.42 |
| Bill Pmt -Check | 07/07/2020 | 3679 | Penelec - 9830 Barn | X | -30.31 | -7,192.73 |
| Bill Pmt -Check | 07/07/2020 | 3677 | National Fuel 78952... | X | -22.25 | -7,214.98 |
| Bill Pmt -Check | 07/07/2020 | 3678 | National Fuel 84389... | X | -8.12 | -7,223.10 |
| Check | 07/08/2020 | 3674 | Joseph Bizzaro | X | -125.00 | -7,348.10 |
| Check | 07/10/2020 | DEBIT | Joseph M. Thomas | X | -300.00 | -7,648.10 |
| Check | 07/12/2020 | DEBIT | Wall Street Journal -... | X | -149.97 | -7,798.07 |
| Check | 07/12/2020 | DEBIT | Apple.com | X | -3.17 | -7,801.24 |
| Check | 07/13/2020 | 3683 | Mary Paolella | X | -175.00 | -7,976.24 |
| Check | 07/13/2020 | DEBIT | Ring LLC | X | -30.00 | -8,006.24 |
| Check | 07/14/2020 | 3684 | Heather Merlino | X | -300.00 | -8,306.24 |
| Bill Pmt -Check | 07/14/2020 | 3688 | Ronald Allen | X | -280.00 | -8,586.24 |
| Bill Pmt -Check | 07/14/2020 | 3685 | Highmark Blue Cros... | X | -200.00 | -8,786.24 |
| Check | 07/14/2020 | 3689 | Honor Worthington ... | X | -180.00 | -8,966.24 |
| Bill Pmt -Check | 07/14/2020 | 3686 | Penelec- South Shore | X | -94.59 | -9,060.83 |
| Check | 07/14/2020 | 3690 | Lisa Wood | X | -29.74 | -9,090.57 |
| Bill Pmt -Check | 07/14/2020 | 3687 | Penelec - 9830 | X | -17.93 | -9,108.50 |
| Check | 07/16/2020 | 0 | Joseph M. Thomas | X | -5,100.00 | -14,208.50 |
| Check | 07/16/2020 | 0 | Joseph M. Thomas | X | -37.64 | -14,246.14 |
| Check | 07/17/2020 | DEBIT | Joseph M. Thomas | X | -300.00 | -14,546.14 |
| Check | 07/18/2020 | 3692 | Mr. & Mrs. Brian Pat... | X | -500.00 | -15,046.14 |
| Check | 07/19/2020 | DEBIT | Apple.com | X | -3.17 | -15,049.31 |
| Bill Pmt -Check | 07/21/2020 | 3693 | Fifth Third Bank | X | -1,018.86 | -16,068.17 |
| Bill Pmt -Check | 07/21/2020 | 3696 | Spectrum | X | -211.08 | -16,279.25 |
| Check | 07/21/2020 | 3691 | Mary Paolella | X | -175.00 | -16,454.25 |
| Bill Pmt -Check | 07/21/2020 | 3694 | Larese Floral Design | X | -143.10 | -16,597.35 |
| Bill Pmt -Check | 07/21/2020 | 3695 | National Fuel Gas-SS | X | -24.48 | -16,621.83 |
| Check | 07/23/2020 | DEBIT | Apple.com | X | -3.17 | -16,625.00 |
| Check | 07/23/2020 | DEBIT | Apple.com | X | -0.99 | -16,625.99 |
| Check | 07/24/2020 | DEBIT | Joseph M. Thomas | X | -300.00 | -16,925.99 |
| Bill Pmt -Check | 07/28/2020 | ACH | U.S. Trustee Payme... | X | -650.00 | -17,575.99 |
| Check | 07/28/2020 | 3697 | Mary Paolella | X | -175.00 | -17,750.99 |
| Bill Pmt -Check | 07/28/2020 | 3700 | The New York Times | X | -86.00 | -17,836.99 |
| Bill Pmt -Check | 07/28/2020 | 3698 | Express Scripts Med... | X | -82.50 | -17,919.49 |
| Check | 07/30/2020 | DEBIT | Apple.com | X | -13.76 | -17,933.25 |
| Check | 07/31/2020 | DEBIT | Joseph M. Thomas | X | -300.00 | -18,233.25 |
| Check | 07/31/2020 | 3702 | Mary Paolella | X | -200.00 | -18,433.25 |
| Bill Pmt -Check | 08/04/2020 | 3704 | Erie Insurance Group | X | -541.89 | -18,975.14 |
| Bill Pmt -Check | 08/04/2020 | 3707 | Penelec - 9830 Barn | X | -27.36 | -19,002.50 |
| Bill Pmt -Check | 08/04/2020 | 3706 | National Fuel 84389... | X | -14.15 | -19,016.65 |
| Bill Pmt -Check | 08/04/2020 | 3705 | National Fuel 78952... | X | -9.71 | -19,026.36 |
| Check | 08/06/2020 | 0 | Joseph M. Thomas | X | -5,100.00 | -24,126.36 |
| Check | 08/07/2020 | DEBIT | Joseph M. Thomas | X | -300.00 | -24,426.36 |
| Check | 08/07/2020 | DEBIT | Apple.com | X | -38.14 | -24,464.50 |
| Total Checks and Payments | | | | | -24,464.50 | -24,464.50 |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 07/15/2020 | | | X | 15,000.00 | 15,000.00 |
| Deposit | 07/30/2020 | | | X | 1,500.00 | 16,500.00 |
| Deposit | 08/04/2020 | | | X | 15,000.00 | 31,500.00 |
| Deposit | 08/07/2020 | | | X | 0.10 | 31,500.10 |
| Total Deposits and Credits | | | | | 31,500.10 | 31,500.10 |
| Total Cleared Transactions | | | | | 7,035.60 | 7,035.60 |
| Cleared Balance | | | | | 7,035.60 | 18,589.15 |

4:31 PM

08/14/20

# Joseph M. Thomas
## Reconciliation Detail
### 10001 · PNC Checking -6352, Period Ending 08/07/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 04/27/2020 | 3552 | PA Department of R... | | -2,429.28 | -2,429.28 |
| Check | 07/28/2020 | 3701 | Lisa Wood | | -13.90 | -2,443.18 |
| Bill Pmt -Check | 07/28/2020 | 3699 | HAB-LST | | -13.00 | -2,456.18 |
| Bill Pmt -Check | 08/04/2020 | 3703 | Ally | | -832.80 | -3,288.98 |
| Total Checks and Payments | | | | | -3,288.98 | -3,288.98 |
| Total Uncleared Transactions | | | | | -3,288.98 | -3,288.98 |
| Register Balance as of 08/07/2020 | | | | | 3,746.62 | 15,300.17 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 12 items** | | | | | | |
| Check | 08/08/2020 | 3709 | Wegmans | | -87.49 | -87.49 |
| Check | 08/08/2020 | 3710 | Wegmans | | -45.95 | -133.44 |
| Check | 08/10/2020 | DEBIT | Apple.com | | -3.17 | -136.61 |
| Check | 08/11/2020 | 3717 | Quinn Law Firm | | -10,000.00 | -10,136.61 |
| Bill Pmt -Check | 08/11/2020 | 3715 | Reyes Landscaping | | -1,100.00 | -11,236.61 |
| Bill Pmt -Check | 08/11/2020 | 3716 | Ronald Allen | | -280.00 | -11,516.61 |
| Bill Pmt -Check | 08/11/2020 | 3711 | Highmark Blue Cros... | | -200.00 | -11,716.61 |
| Bill Pmt -Check | 08/11/2020 | 3712 | Larese Floral Design | | -159.00 | -11,875.61 |
| Bill Pmt -Check | 08/11/2020 | 3713 | Penelec- South Shore | | -113.59 | -11,989.20 |
| Bill Pmt -Check | 08/11/2020 | 3714 | Penelec - 9830 | | -14.85 | -12,004.05 |
| Check | 08/12/2020 | 3708 | Mary Paolella | | -200.00 | -12,204.05 |
| Check | 08/14/2020 | DEBIT | Advantage Credit C... | | -25.00 | -12,229.05 |
| Total Checks and Payments | | | | | -12,229.05 | -12,229.05 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 08/11/2020 | | | | 220.73 | 220.73 |
| Deposit | 08/13/2020 | | | | 1,000.00 | 1,220.73 |
| Total Deposits and Credits | | | | | 1,220.73 | 1,220.73 |
| Total New Transactions | | | | | -11,008.32 | -11,008.32 |
| **Ending Balance** | | | | | **-7,261.70** | **4,291.85** |

Joseph M. Thomas

8/14/2020 4:32 PM

Register: 1000i · PNC Checking -6352
From 07/01/2020 through 07/31/2020
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/01/2020 | | | 40999 · Batch Income | Deposit | | X | 15,000.00 | 19,077.82 |
| 07/02/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 300.00 | X | | 18,777.82 |
| 07/05/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 18,774.65 |
| 07/05/2020 | 3673 | Mary Paolella | 65705 · Rent Expense | Rent | 175.00 | X | | 18,599.65 |
| 07/06/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 38.14 | X | | 18,561.51 |
| 07/06/2020 | 0 | Joseph M. Thomas | 10003 · PNC Checking... | Transfer to Tax... | 5,100.00 | X | | 13,461.51 |
| 07/07/2020 | | | 40950 · Interest Income | Interest | | X | 0.15 | 13,461.66 |
| 07/07/2020 | 3675 | Ally | 2000 · Accounts Payable | Acct. #628924... | 832.80 | X | | 12,628.86 |
| 07/07/2020 | 3676 | Erie Insurance Group | 2000 · Accounts Payable | Auto Policy Q0... | 541.89 | X | | 12,086.97 |
| 07/07/2020 | 3677 | National Fuel 78952... | 2000 · Accounts Payable | Acct. #789522... | 22.25 | X | | 12,064.72 |
| 07/07/2020 | 3678 | National Fuel 84389... | 2000 · Accounts Payable | Acct. #843899... | 8.12 | X | | 12,056.60 |
| 07/07/2020 | 3679 | Penelec - 9830 Barn | 2000 · Accounts Payable | 100 132 779 44... | 30.31 | X | | 12,026.29 |
| 07/07/2020 | 3680 | Sirius XM Radio Inc. | 2000 · Accounts Payable | Acct. #431013... | 39.12 | X | | 11,987.17 |
| 07/07/2020 | 3681 | The New York Times | 2000 · Accounts Payable | Acct. #903258... | 86.00 | X | | 11,901.17 |
| 07/07/2020 | 3682 | Quinn Law Firm | 64300 · Legal | Escrow - Perso... | 10,000.00 | X | | 1,901.17 |
| 07/08/2020 | 3674 | Joseph Bizzaro | 64025 · Jewelry/Gifts | | 125.00 | X | | 1,776.17 |
| 07/10/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 300.00 | X | | 1,476.17 |
| 07/12/2020 | DEBIT | Wall Street Journal - ... | 60800 · Dues & Subscr... | Wall Street Jou... | 149.97 | X | | 1,326.20 |
| 07/12/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 1,323.03 |
| 07/13/2020 | DEBIT | Ring LLC | 66200 · Security | Subscription re... | 30.00 | X | | 1,293.03 |
| 07/13/2020 | 3683 | Mary Paolella | 65705 · Rent Expense | Rent | 175.00 | X | | 1,118.03 |
| 07/14/2020 | 3684 | Heather Merlino | 63030 · Housekeeping ... | Cleaning - Sout... | 300.00 | X | | 818.03 |
| 07/14/2020 | 3685 | Highmark Blue Cross... | 2000 · Accounts Payable | Billing Accoun... | 200.00 | X | | 618.03 |
| 07/14/2020 | 3686 | Penelec- South Shore | 2000 · Accounts Payable | 10 00 36 4552 ... | 94.59 | X | | 523.44 |
| 07/14/2020 | 3687 | Penelec - 9830 | 2000 · Accounts Payable | 100 132 339 92... | 17.93 | X | | 505.51 |
| 07/14/2020 | 3688 | Ronald Allen | 2000 · Accounts Payable | Mowing - 9830... | 280.00 | X | | 225.51 |
| 07/14/2020 | 3689 | Honor Worthington ... | 64930 · Professional S... | Counseling Ser... | 180.00 | X | | 45.51 |
| 07/14/2020 | 3690 | Lisa Wood | 64925 · Medical Expen... | Reimburse for ... | 29.74 | X | | 15.77 |
| 07/15/2020 | | | 40999 · Batch Income | Deposit | | X | 15,000.00 | 15,015.77 |
| 07/16/2020 | 0 | Joseph M. Thomas | 10003 · PNC Checking... | Transfer to Tax... | 5,100.00 | X | | 9,915.77 |
| 07/16/2020 | 0 | Joseph M. Thomas | 10003 · PNC Checking... | Reimburse che... | 37.64 | X | | 9,878.13 |
| 07/17/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 300.00 | X | | 9,578.13 |
| 07/18/2020 | 3692 | Mr. & Mrs. Brian Pat... | 64025 · Jewelry/Gifts | Wedding gift | 500.00 | X | | 9,078.13 |
| 07/19/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 9,074.96 |
| 07/21/2020 | 3691 | Mary Paolella | 65705 · Rent Expense | Rent | 175.00 | X | | 8,899.96 |
| 07/21/2020 | 3693 | Fifth Third Bank | 2000 · Accounts Payable | Acct. #089663... | 1,018.86 | X | | 7,881.10 |
| 07/21/2020 | 3694 | Larese Floral Design | 2000 · Accounts Payable | Order #198439... | 143.10 | X | | 7,738.00 |
| 07/21/2020 | 3695 | National Fuel Gas-SS | 2000 · Accounts Payable | 2100 S. Shore t... | 24.48 | X | | 7,713.52 |
| 07/21/2020 | 3696 | Spectrum | 2000 · Accounts Payable | Cable/Internet -... | 211.08 | X | | 7,502.44 |
| 07/23/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 7,499.27 |

Joseph M. Thomas

8/14/2020 4:32 PM

Register: 1000 · PNC Checking -6352
From 07/01/2020 through 07/31/2020
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 07/23/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 0.99 | X | | 7,498.28 |
| 07/24/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 300.00 | X | | 7,198.28 |
| 07/28/2020 | ACH | U.S. Trustee Paymen... | 2000 · Accounts Payable | Quarter 2, 202... | 650.00 | X | | 6,548.28 |
| 07/28/2020 | 3697 | Mary Paolella | 65705 · Rent Expense | Rent | 175.00 | X | | 6,373.28 |
| 07/28/2020 | 3698 | Express Scripts Medi... | 2000 · Accounts Payable | Member ID #6... | 82.50 | X | | 6,290.78 |
| 07/28/2020 | 3699 | HAB-LST | 2000 · Accounts Payable | 2020 LST Tax ... | 13.00 | | | 6,277.78 |
| 07/28/2020 | 3700 | The New York Times | 2000 · Accounts Payable | Acct. #903258... | 86.00 | X | | 6,191.78 |
| 07/28/2020 | 3701 | Lisa Wood | 60700 · Delivery/Shipp... | Reimburse for ... | 13.90 | | | 6,177.88 |
| 07/30/2020 | | | 10002 · PNC Bank - M... | Deposit | | X | 1,500.00 | 7,677.88 |
| 07/30/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 13.76 | X | | 7,664.12 |
| 07/31/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 300.00 | X | | 7,364.12 |
| 07/31/2020 | 3702 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 7,164.12 |

4:34 PM

08/14/20

# Joseph M. Thomas
## Reconciliation Summary
### 10002 · PNC Bank - Money Market Acct., Period Ending 08/07/2020

|  | Aug 7, 20 |
|---|---|
| Beginning Balance | 20,096.16 |
|     Cleared Transactions |  |
|         Checks and Payments - 1 item | -1,500.00 |
|         Deposits and Credits - 2 items | 2,171.78 |
|     Total Cleared Transactions | 671.78 |
| Cleared Balance | 20,767.94 |
| Register Balance as of 08/07/2020 | 20,767.94 |
|     New Transactions |  |
|         Checks and Payments - 1 item | -1,000.00 |
|     Total New Transactions | -1,000.00 |
| Ending Balance | 19,767.94 |

4:34 PM

08/14/20

**Joseph M. Thomas**

## Reconciliation Detail

**10002 · PNC Bank - Money Market Acct., Period Ending 08/07/2020**

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 20,096.16 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Deposit | 07/30/2020 | | | X | -1,500.00 | -1,500.00 |
| Total Checks and Payments | | | | | -1,500.00 | -1,500.00 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 07/22/2020 | | | X | 2,171.60 | 2,171.60 |
| Deposit | 08/07/2020 | | | X | 0.18 | 2,171.78 |
| Total Deposits and Credits | | | | | 2,171.78 | 2,171.78 |
| Total Cleared Transactions | | | | | 671.78 | 671.78 |
| **Cleared Balance** | | | | | 671.78 | 20,767.94 |
| Register Balance as of 08/07/2020 | | | | | 671.78 | 20,767.94 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Deposit | 08/13/2020 | | | | -1,000.00 | -1,000.00 |
| Total Checks and Payments | | | | | -1,000.00 | -1,000.00 |
| Total New Transactions | | | | | -1,000.00 | -1,000.00 |
| **Ending Balance** | | | | | -328.22 | 19,767.94 |

Joseph M. Thomas

8/14/2020 4:35 PM

Register: 10002 · PNC Bank - Money Market Acct.

From 07/01/2020 through 07/31/2020

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/07/2020 | | | 40950 · Interest Income | Interest | | X | 0.17 | 20,096.16 |
| 07/22/2020 | | | -split- | Deposit | | X | 2,171.60 | 22,267.76 |
| 07/30/2020 | | | 10001 · PNC Checking... | Transfer from ... | 1,500.00 | X | | 20,767.76 |