**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | THE HON. THOMAS P. AGRESTI |
|    Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
|    Movant, | : | DATE & TIME OF HEARING: |
| | : | September 3, 2020 @ 9:30 a.m. |
|    v. | : | |
| | : | RESPONSE DEADLINE: |
| NO RESPONDENT. | : | August 21, 2020 |
| | : | |
| | : | RELATED TO DOCUMENT NO. 166 |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION FOR LEAVE TO EMPLOY REALTOR (Document No. 166)**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application for Leave to Employ Realtor filed August 4, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than August 21, 2020.

      It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: August 24, 2020

                                          Respectfully submitted,

                                          QUINN, BUSECK, LEEMHUIS, TOOHEY &
                                          KROTO, INC.

                              BY:    /s/Michael P. Kruszewski
                                          Michael P. Kruszewski, Esquire
                                          PA Id. No. 91239
                                          The Quinn Law Firm
                                          2222 West Grandview Boulevard
                                          Erie, Pennsylvania 16506-4508
                                          Telephone: 814-833-2222
                                          Facsimile: 814-833-6753
                                          E-Mail: mkruszewski@quinnfirm.com
                                          Counsel for Debtor

#1385016