**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | THE HON. THOMAS P. AGRESTI |
| Debtor | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
| Movant | : | |
| | : | RELATED TO DOCUMENT NO. 184 |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE OF ORDER APPROVING RETENTION OF REALTOR/BROKER**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 25, 2020.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  *See attached.*

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

                                          Respectfully submitted,

                                          THE QUINN LAW FIRM

                                          BY:     /s/Michael P. Kruszewski
                                                          Michael P. Kruszewski, Esquire
                                                          PA Id. No. 91239
                                                          2222 West Grandview Boulevard
                                                          Erie, Pennsylvania 16506-4508
                                                          Telephone: 814-833-2222
                                                          Facsimile: 814-833-6753
                                                          E-Mail Address: mkruszewski@quinnfirm.com
                                                          Counsel for Debtor

#1385393

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| James Warmbrodt, Esquire (PNC Bank, National Association); bkgroup@kmllawgroup.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

Coldwell Banker Select, REALTORS
ATTENTION: Mark Hutchison
413 West Plum Street
Edinboro, PA 16412