FILED
8/25/20 12:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOSEPH MARTIN THOMAS                  :     Case No. 20-10334-TPA
    *Debtor*                                           :     Chapter 11
                                                              :
JOSEPH MARTIN THOMAS                  :
    *Movant*                                          :
                                                              :
v.                                                         :     Related to Document No. 166
                                                              :
NO RESPONDENT                              :

## ORDER APPROVING RETENTION OF REALTOR/BROKER

    ***AND NOW***, this ***25th*** day of ***August, 2020,*** upon consideration of the ***Application For Leave To Employ Realtor***, it is ***ORDERED, ADJUDGED and DECREED*** as follows:

    (1)    ***Mark Hutchison, Coldwell Banker Select, REALTORS, 413 West Plum Street, Edinboro, PA 16412*** is hereby appointed, as of the date of filing the *Motion*, as ***Realtor*** for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the *Motion* for the purpose of acting as the Movant's agent in connection with the sale of real estate located at ***2100 South Shore Drive, Erie, PA 16505***. A realtor commission in the amount of ***four and a half (4.5%) percent*** on the sale price is tentatively approved, subject to final Court order. ***Movant shall serve the within Order on all interested parties and file a certificate of service.***

    (2)    Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases. Tentative approval of the commission set forth above is premised on the understanding that the property will be sold at or near the list price as set forth in the *Motion*. Any deviation from the list price will be considered as a factor by the Court in setting final compensation in this matter.

    (3)    Approval of any motion for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to *11 U.S.C. §328(a)*. Final compensation, awarded only after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

    (4)    Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and the Realtor, this *Order* does not authorize the Realtor to retain or pay any outside counsel or other professional to assist the Realtor in this matter unless such is done at no expense to Movant, directly or indirectly. Any other retention of, and payment to, an outside counsel or other professional is subject to prior approval of the Court.

*/s/ Thomas P. Agresti*

Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 20-10334-TPA
Joseph Martin Thomas                                                                    Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy          Page 1 of 1          Date Rcvd: Aug 25, 2020
                    Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2020.
db             +Joseph Martin Thomas,    c/of Tri-State Pain Institute,    2374 Village Common Drive,
               Erie, PA 16506-7201
r              +Mark Hutchison,    Coldwell Banker Select , Realtors,    413 West Plum Street,
               Edinboro, PA 16412-2175

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:
      Crystal H. Thornton-Illar    on behalf of Creditor    The Kada Gallery
       cThornton-Illar@leechtishman.com,
       bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com
      Gary V. Skiba    on behalf of Interested Party    Tri-State Pain Institute, LLC gskiba@marshlaw.com,
       DGeniesse@marshlaw.com;rose227@hotmail.com
      Guy C. Fustine    on behalf of Creditor    Official Committee of Unsecured Creditors for Tri-State
       Pain Institute, LLC mwernick@kmgslaw.com,    knoxbank@hotmail.com,burban@kmgslaw.com,
       mpol@kmgslaw.com;ecf.alert+Fustine@titlexi.com
      James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      Lauren Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue
       lmichaels@attorneygeneral.gov
      Mark G. Claypool    on behalf of Creditor    Ally Bank serviced by Ally Servicing LLC
       mclaypool@kmgslaw.com,    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com
      Michael F.J. Romano    on behalf of Creditor    TIAA Commercial Finance, Inc. mromano@rgalegal.com,
       tyowell@rgalegal.com;jromano@rgalegal.com
      Michael P. Kruszewski    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com,
       knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
       com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
      Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
       Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Salene R.M. Kraemer    on behalf of Creditor    WELLS FARGO BANK, N.A. skraemer@bernsteinlaw.com,
       salene@ecf.courtdrive.com
                                                                                                                 TOTAL: 11