UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| JOSEPH MARTIN THOMAS, | : | BANKRUPTCY NO. 20-10334 TPA |
| Debtor. | : | |
| | : | THE HONORABLE THOMAS P. AGRESTI |
| JOSEPH MARTIN THOMAS, | : | |
| Movant, | : | CHAPTER 11 |
| | : | |
| v. | : | RELATED TO DOCUMENT NOS. 188 & 186 |
| | : | |
| NO RESPONDENT. | : | DATE AND TIME OF HEARING: |
| | : | September 3, 2020 @ 10:00 a.m. |
| | : | |
| | : | RESPONSE DEADLINE: |
| | : | September 2, 2020 |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify that I served, or caused to be served, on the 31st day of August, 2020, a copy of the Motion to Extend Exclusivity Period and Order Scheduling Date for Response and Hearing on Motion upon each of the following persons and parties in interest at the address shown on the attached list.

        Respectfully submitted,

        THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
       Michael P. Kruszewski, Esquire
       PA Id. No. 91239
       2222 West Grandview Boulevard
       Erie, Pennsylvania 16506-4508
       Telephone: 814-833-2222
       Facsimile: 814-833-6753
       E-Mail Address: mkruszewski@quinnfirm.com
       Counsel for Debtor

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| James Warmbrodt, Esquire (PNC Bank, National Association); bkgroup@kmllawgroup.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |

Largest 20 Unsecured Creditors:

| | |
|---|---|
| MacDonald Illig<br>100 State Street<br>Suite 700<br>Erie, PA 16507 | Barclay Card<br>Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 |
| Brian S. Clark<br>Beth Clark<br>10479 Route 19<br>Waterford, PA 16441 | Candor Surgical Management, Inc.<br>1180 Adams Lane<br>Southlake, TX 76092 |
| Darin Williamson<br>22370 Britton Road<br>Spartansburg, PA 16434 | Ernest Guichard<br>9 Church Street<br>Charlotte Villa 2, Apt. 503<br>Sinclairville, NY 14782 |
| Frederick J. Marchinetti, II<br>11538 Route 19<br>Waterford, PA 16441 | Harold Hewitt<br>5935 Shady Hollow Drive<br>Erie, PA 16506 |
| Internal Revenue Service<br>ATTN: Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kelly S. Buck<br>Scott A. Buck<br>3101 Broadlawn Drive<br>Erie, PA 16506 |
| Lester Spencer<br>Chris Spencer<br>337 East 21st Street<br>Erie, PA 16503 | Marjorie A. Weidner<br>20323 State Highway 89<br>Spartansburg, PA 16434 |

| | |
|---|---|
| Pa. Dept. of Revenue<br>Dept. 280946<br>Harrisburg, PA 17128-0946 | Rita Jennings<br>George Jennings<br>5524 West 52nd Street<br>Fairview, PA 16415 |
| Sharon L. Kulig<br>Steven B. Kulig<br>274 Creek Road<br>Jamestown, NY  14701-9526 | Steven Kinross<br>Kathy Kinross<br>507 Sanford Place<br>Erie, PA 16511 |
| TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road<br>Suite 300<br>Chesterfield, MO 63017 | Wells Fargo Bank, N.A.<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX 78251 |
| Widget Federal Credit Union<br>2154 East Lake Road<br>Erie, PA 16511 | Small Business Administration<br>ATTENTION:  Anthony K. Arroyo, Esquire<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406 |
| United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION:  Civil Process Clerk<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street<br>Suite 4000<br>Pittsburgh, PA 15219 | Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222 |

#1386505