UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| JOSEPH MARTIN THOMAS, | : BANKRUPTCY NO. 20-10334 TPA |
|     Debtor. | : |
| | : THE HONORABLE THOMAS P. AGRESTI |
| JOSEPH MARTIN THOMAS, | : |
|     Movant, | : CHAPTER 11 |
| | : |
|     v. | : RELATED TO DOCUMENT NOS. 188 & 186 |
| | : |
| NO RESPONDENT. | : DATE AND TIME OF HEARING: |
| | : September 3, 2020 @ 10:00 a.m. |
| | : |
| | : RESPONSE DEADLINE: |
| | : September 2, 2020 |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO EXTEND EXCLUSIVITY PERIOD (Document No. 186)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Extend Exclusivity Period filed August 27, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Order Scheduling Date for Response and Hearing on Motion, objections to the Motion were to be filed and served no later than September 2, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: September 3, 2020

                                                Respectfully submitted,

                                                QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/Michael P. Kruszewski
         Michael P. Kruszewski, Esquire
         PA Id. No. 91239
         The Quinn Law Firm
         2222 West Grandview Boulevard
         Erie, Pennsylvania 16506-4508
         Telephone: 814-833-2222
         Facsimile: 814-833-6753
         E-Mail: mkruszewski@quinnfirm.com
         Counsel for Debtor

#1387143