**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 9/3/2020 |
| | : | Time: | 10:00 |

### PROCEEDING MEMO

*MATTER*       #186 Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure
Statement

*APPEARANCES:*

      Debtor:     Michael P. Kruszewski, Gary Eiben
      Tri-state:    Gary Skiba, Trish Shoulders
      TIAA:      Michael Romano
      Tri-State
      Cred. Comm.: Guy Fustine

*NOTES:*

Kruszewski:       Thank you, your honor.

*OUTCOME:*      GRANTED / MOE, exclusivity period extended to December 2, 2020.

jlm