# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Thomas, Joseph Martin

**Case No. 20-10334-TPA**

Reporting Period: _8/1/20 – 8/31/20_

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)
**File with Court and submit copy to United States Trustee within 14 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | X | |
| Debtor Questionnaire | MOR- 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_9-15-20_
Date

_____
Signature of Joint Debtor

_____
Date

_Linda Erven_
Signature of Preparer

_9/15/20_
Date

_LINDA ERVEN_
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Thomas, Joseph Martin

Debtor

Case No. 20-10334-TPA

Reporting Period:    8/1/20 - 8/31/20

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 38,352.61 | 59,973.43 |
| **RECEIPTS** | | |
| Wages (Net) | 30,000.00 | 105,000.00 |
| **Interest and Dividend Income** | .28 | 1.08 |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,171.60 | 8,686.40 |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| **Total Receipts** | 32,171.88 | 113,687.48 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 600.00 | 2,925.00 |
| **Other Secured Note Payments** | | |
| Utilities | 297.37 | 1,918.77 |
| Insurance | 598.29 | 3,212.52 |
| Auto Expense | 5,542.91 | 13,468.69 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 2,120.00 | 6,912.50 |
| Medical Expenses | 133.44 | 1,442.61 |
| Household Expenses | 1,479.69 | 6,031.04 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | 5,100.00 | 56,113.00 |
| Travel and Entertainment | | |
| Gifts | 200.00 | 1,300.00 |
| Other (attach schedule) | 485.88 | 2,486.54 |
| Total Ordinary Disbursements | 16,557.58 | 95,810.67 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 150.00 | 3,383.33 |
| U. S. Trustee Fees | | 650.00 |
| Other Reorganization Expenses (attach schedule) | 10,025.00 | 30,025.00 |
| Total Reorganization Items | 10,175.00 | 34,058.33 |
| **Total Disbursements (Ordinary + Reorganization)** | 26,732.58 | 129,869.00 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 5,439.30 | (16,181.52) |
| **Cash - End of Month (Must equal reconciled bank statement)** | 43,791.91 | 43,791.91 |

FORM MOR-1(INDV)
(9/99)

Thomas, Joseph Martin

Debtor

Case No. 20-10334-TPA

Reporting Period: _8/1/20 - 8/31/20_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| FEDERAL INCOME TAX | | 43,920.00 |
| STATE AND LOCAL INCOME TAXES | | 7,080.00 |
| LOCAL SERVICES TAX | | 13.00 |
| FEDERAL INCOME TAX (PRE-PETITION DEBT) | 4,600.00 | 4,600.00 |
| STATE INCOME TAX (PRE-PETITION DEBT) | 500.00 | 500.00 |
| **Other Ordinary Disbursements** | | |
| SUBSCRIPTIONS (NEWSPAPERS/SIRIUS) | 264.48 | 1,367.33 |
| CHECK PRINTING FEES | | 96.92 |
| BOOKS/DOWNLOADS | 62.40 | 264.39 |
| FLORIST | 159.00 | 752.90 |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| ESCROW - QUINN LAW FIRM | 10,000.00 | 30,000.00 |
| CREDIT COUNSELING FEES | 25.00 | 25.00 |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Thomas, Joseph Martin

Debtor

Case No. 20-10334-TPA

Reporting Period: _8/1/20 - 8/31/20_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 8,784.00 | 8,784.00 | | | | 17,568.00 |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | 8,784.00 | 8,784.00 | | | | 17,568.00 |
| **State and Local** | | | | | | |
| Withholding | 1,416.00 | 1,416.00 | | | | 2,832.00 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | 1,416.00 | 1,416.00 | | | | 2,832.00 |
| **Total Taxes** | 10,200.00 | 10,200.00 | | | | 20,400.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 94.00 | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | 94.00 | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

FROM ONGOING INCOME WHEN RECEIVED TWICE EACH MONTH

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Thomas, Joseph Martin

Debtor

Case No. 20-10334-TPA

Reporting Period: _8/1/20 - 8/31/20_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | _N/A_ |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | _N/A_ |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. _EXTENSION TO 10/15/20 APPROVED_ | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. _AS PROVIDED TO US TRUSTEE_ | X | |

FORM MOR-5
(9/99)

# Standard Checking Statement

PNC Bank

**◇ PNC BANK**

**For the period 08/06/2020 to 09/03/2020**

Primary account number: ███ 3191
Page 1 of 2
Number of enclosures: 0

002297                    000007520    UZ
JOSEPH THOMAS MD    CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

▭ For 24-hour banking, and transaction or
   interest rate information, sign on to
   PNC Bank Online Banking at pnc.com.
☎ For customer service call 1-888-PNC-BANK
   For Customers who are Deaf or Hard of Hearing
▭ TDD terminal: 1-800-531-1648
   Monday - Friday: 7 AM - 10 PM ET
   Saturday & Sunday:  8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?**  Please contact us at 1-888-PNC-BANK

✉ Write to: Customer Service
   PO Box 609
   Pittsburgh PA 15230-9738

▭ Visit us at PNC.com

## Cyber Security Awareness

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC? Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at **1-800-762-2035**, select 1 for personal account or 2 for a business account, then select option 3.

## Standard Checking Account Summary

**Account number:** ███ 3191

JOSEPH THOMAS MD  CASE# 20-10334
DEBTOR IN POSSESSION

**Overdraft Protection** has not been established for this account.
  Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 10,200.00 | 10,200.00 | .00 | 20,400.00 |
| | Average monthly balance | Charges and fees | |
| | 17,234.48 | .00 | |

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 08/06 | 5,100.00 | Online Transfer From ███ |
| 08/24 | 5,100.00 | Online Transfer From ███ |

There were 2 Deposits and Other Additions totaling **$10,200.00**.

### Daily Balance Detail

| Date | Balance | Date | Balance |
|---|---|---|---|
| 08/06 | 15,300.00 | 08/24 | 20,400.00 |

## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records.  Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account
### Update Your Account Register

**Compare:** The activity detail section of your statement to your account register.

**Check Off:** All items in your account register that also appear on your statement.  Remember to begin with the ending date of your last statement.  (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.)

**Add to Your Account Register Balance:** Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register.

**Subtract From Your Account Register Balance:** Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register.

## Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total A** |  |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total B** |  |

**Step 3:**

Enter the ending balance recorded on your statement                        $ _____

Add deposits and other additions not recorded        Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance        = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC                        ⌂ Equal Housing Lender

# Performance Select Statement

PNC Private Banking

◇ **PNC BANK**

Primary account number ████6352
Page 1 of 8
Number of enclosures: 0

**For the period 08/08/2020 to 09/08/2020**

000009          000125040  UZ
JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.
Inquiries? Call PNC Private Banking 1-888-762-6226
    For Customers who are Deaf or Hard of Hearing
TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-762-6226

✉ Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738
💻 Visit us at PNC.com

## Cyber Security Awareness

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC? Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at **1-800-762-2035**, select 1 for personal account or 2 for a business account, then select option 3.

## IMPORTANT INFORMATION REGARDING IDENTITY THEFT REIMBURSEMENT INSURANCE

**Effective December 31, 2020:** Identity Theft Reimbursement Insurance coverage will no longer be included with your PNC Bank account. If you have any questions regarding this change, please call us at the Customer Service Number listed above. All Identity Theft Reimbursement loss events must take place on or prior to December 31, 2020 and claims must be filed within six months on or before June 30, 2021.

## Performance Select
## Interest Checking Account Summary

JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION

Account number: ████6352

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 18,589.15 | 31,946.95 | 38,369.69 | 12,166.41 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 14,529.91 | .00 |

### Transaction Summary

| Checks paid/ withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 30 | 8 | 0 |

| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
|---|---|---|
| 5 | 5 | 0 |

COLR501A 1116 5808 127 07 20200909 PG 1 OF 4 00125040
37560102.1
0-D



# Performance Select Statement

🖥 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 08/08/2020 to 09/08/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ▮▮▮▮6352
Page 2 of 8

Account number: ▮▮▮▮6352 - continued

## Interest Summary

| | Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period | |
|---|---|---|---|---|---|
| | 0.01% | 32 | 14,506.85 | .12 | |

As of 09/08, a total of **$.91** in interest was paid this year.

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | 36.00 |

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 08/13 | 1,000.00 | Online Transfer From ▮▮▮▮ |
| 08/14 | 220.73 | Deposit Reference No. 036884938 |
| 08/20 | 15,000.00 | Deposit Reference No. 031030498 |
| 08/24 | 500.00 | Online Transfer From ▮▮▮▮ |
| 08/28 | 226.10 | Deposit Reference No. 037224163 |
| 09/02 | 15,000.00 | Deposit Reference No. 031324442 |
| 09/08 | .12 | Interest Payment |

There were 7 Deposits and Other Additions totaling **$31,946.95**.

### Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|
| 2709 | 87.49 | 08/11 | 077627530 | 3723 | 4,600.00 | 09/03 | 070332720 |
| 3699 * | 13.00 | 08/13 | 071303990 | 3725 * | 150.00 | 08/24 | 073633804 |
| 3701 * | 13.90 | 08/10 | 075661518 | 3726 | 96.00 | 08/24 | 074827852 |
| 3703 * | 832.80 | 08/13 | 072014357 | 3727 | 200.00 | 08/24 | 074515375 |
| 3708 * | 200.00 | 08/12 | 071138156 | 3728 | 82.50 | 08/31 | 072777047 |
| 3710 * | 45.95 | 08/11 | 077627531 | 3729 | 1,018.86 | 09/08 | 071674872 |
| 3711 | 200.00 | 08/13 | 071344680 | 3730 | 740.00 | 08/28 | 072156694 |
| 3712 | 159.00 | 08/13 | 072248785 | 3732 * | 13.90 | 08/28 | 031877517 |
| 3715 * | 1,100.00 | 08/14 | 073591546 | 3733 | 3,691.25 | 08/28 | 031077154 |
| 3716 | 280.00 | 08/14 | 073362036 | 3734 | 200.00 | 09/01 | 075278761 |
| 3717 | 10,000.00 | 08/14 | 073362315 | 3735 | 832.80 | 09/08 | 072771495 |
| 3718 | 100.00 | 08/17 | 074325164 | 3736 | 716.39 | 09/08 | 073818326 |
| 3719 | 100.00 | 08/18 | L090448174 | 3739 * | 94.00 | 09/08 | 073097739 |
| 3720 | 200.00 | 08/17 | 075180735 | 3741 * | 86.00 | 09/08 | 073814687 |
| 3722 * | 215.79 | 08/21 | 072645708 | 3743 * | 200.00 | 09/08 | 074320046 |

\* Gap in check sequence

There were 30 checks listed totaling **$26,269.63**.
There were 4 Banking Machine withdrawals totaling **$1,250.00**.

There were 9 other Banking Machine/Debit Card deductions totaling **$172.19**.

### Banking/Debit Card Withdrawals and Purchases

| Date | Amount | Description |
|---|---|---|
| 08/11 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 08/14 | 25.00 | N0814 1794 Payment Paypal *Advant San Jose Ca |
| 08/14 | 300.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 08/17 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 08/21 | 300.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 08/24 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 08/24 | .99 | 1794 Recurring Debit Card Apple.Com/Bill |
| 08/28 | 350.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 08/31 | 13.76 | 1794 Recurring Debit Card Apple.Com/Bill |
| 09/02 | 84.79 | 1794 Recurring Debit Card Apple.Com/Bill |
| 09/04 | 300.00 | ATM Withdrawal 2701 Legion Rd Erie PA |
| 09/08 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |

Banking/Debit Card Withdrawals and Purchases continued on next page

# Performance Select Statement

<span style="float:right">**PNC BANK**</span>

💻 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 08/08/2020 to 09/08/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ████6352
Page 3 of 8

Account number: ████6352 - continued

## Banking/Debit Card Withdrawals and Purchases  - continued

| Date | Amount | Description |
|------|--------|-------------|
| 09/08 | 34.97 | 1794 Recurring Debit Card Apple.Com/Bill |

## Online and Electronic Banking Deductions

There were 9 Online or Electronic Banking
Deductions totaling **$10,677.87**.

| Date | Amount | Description |
|------|--------|-------------|
| 08/14 | 113.59 | Payment,E-Check Check Pymt Penelec 3713 |
| 08/14 | 14.85 | Payment,E-Check Check Pymt Penelec 3714 |
| 08/20 | 21.71 | Payment,E-Check Checkpaymt Natfuel Box 4103 3721 |
| 08/24 | 5,100.00 | Online Transfer To ████████ |
| 09/03 | 264.48 | Payment,E-Check Check Pymt Xm Sat Radio Lvl 3731 |
| 09/04 | 15.65 | Payment,E-Check Checkpaymt Natfuel Box 4103 3737 |
| 09/04 | 14.92 | Payment,E-Check Checkpaymt Natfuel Box 4103 3738 |
| 09/04 | 5,100.00 | Online Transfer To ████████ |
| 09/08 | 32.67 | Payment,E-Check Check Pymt Penelec 3740 |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 08/08 | 18,589.15 | 08/14 | 6,421.13 | 08/24 | 15,430.30 | 09/03 | 20,615.72 |
| 08/10 | 18,575.25 | 08/17 | 6,117.96 | 08/28 | 10,861.25 | 09/04 | 15,185.15 |
| 08/11 | 18,438.64 | 08/18 | 6,017.96 | 08/31 | 10,764.99 | 09/08 | 12,166.41 |
| 08/12 | 18,238.64 | 08/20 | 20,996.25 | 09/01 | 10,564.99 | | |
| 08/13 | 18,033.84 | 08/21 | 20,480.46 | 09/02 | 25,480.20 | | |

0-0

57340102.1

COLR501A 1116 5008 127 07 20200909 PG 2 OF 4 00123040



# Performance Select Statement

💻 For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

For the period 08/08/2020 to 09/08/2020
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ████6352
Page 4 of 8

## Check Images



| 2709 | $87.49 | 08/11/2020 |
|---|---|---|



| 3699 | $13.00 | 08/13/2020 |
|---|---|---|



| 3701 | $13.90 | 08/10/2020 |
|---|---|---|



| 3703 | $832.80 | 08/13/2020 |
|---|---|---|



| 3708 | $200.00 | 08/12/2020 |
|---|---|---|



| 3710 | $45.95 | 08/11/2020 |
|---|---|---|



| 3711 | $200.00 | 08/13/2020 |
|---|---|---|



| 3712 | $159.00 | 08/13/2020 |
|---|---|---|



| 3715 | $1,100.00 | 08/14/2020 |
|---|---|---|



| 3716 | $280.00 | 08/14/2020 |
|---|---|---|

Check Images continued on next page

# Performance Select Statement

⬢ PNC BANK

🖥 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 08/08/2020 to 09/08/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ██████6352
Page 5 of 8

---

## Check Images - *continued*

| 3717 | $10,000.00 | 08/14/2020 | | 3718 | $100.00 | 08/17/2020 |
| 3719 | $100.00 | 08/18/2020 | | 3720 | $200.00 | 08/17/2020 |





| 3722 | $215.79 | 08/21/2020 | | 3723 | $4,600.00 | 09/03/2020 |
| 3725 | $150.00 | 08/24/2020 | | 3726 | $96.00 | 08/24/2020 |





| 3727 | $200.00 | 08/24/2020 | | 3728 | $82.50 | 08/31/2020 |



Check Images continued on next page

# Performance Select Statement

💻 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 08/08/2020 to 09/08/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ██████6352
Page 6 of 8

## Check Images - *continued*



| 3729 | $1,018.86 | 09/28/2020 |



| 3732 | $13.90 | 08/28/2020 |



| 3734 | $200.00 | 09/01/2020 |



| 3736 | $716.39 | 09/08/2020 |

| 3741 | $86.00 | 09/08/2020 |

| 3730 | $740.00 | 08/28/2020 |

| 3733 | $3,691.25 | 08/28/2020 |

| 3735 | $832.80 | 09/08/2020 |

| 3739 | $94.00 | 09/08/2020 |

| 3743 | $200.00 | 09/08/2020 |

# Performance Select Statement

**◆ PNC BANK**

💻 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 08/08/2020 to 09/08/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ████6352
Page 7 of 8

## Check Images - *continued*

With PNC Online Banking, you can view, print and save up to the most recent 90 days of your canceled checks - front and back - FREE of charge. Please contact us for additional options.



## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

---

## Balancing Your Account

### Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

---

## Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement    $ _____

Add deposits and other additions not recorded    Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded   Total B - $ _____

The result should equal your account register balance    = $ _____

---

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

---

**Member FDIC**          Equal Housing Lender

# Performance Select Statement
PNC Private Banking

**◇ PNC BANK**

Primary account number ███████ 6807
Page 1 of 3
Number of enclosures: 0

**For the period 08/08/2020 to 09/08/2020**

002061                          000005928   UZ
**JOSEPH M THOMAS MD CASE# 20-10334**
**DEBTOR IN POSSESSION**
**2374 VILLAGE COMMON DR STE 100**
**ERIE PA 16506-7201**

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.

☎ Inquiries? Call PNC Private Banking 1-888-762-6226
For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-762-6226

✉ Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## Cyber Security Awareness

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC? Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at **1-800-762-2035**, select 1 for personal account or 2 for a business account, then select option 3.

# Performance Select
## Premium Money Market Account Summary
**Account number** ███████ 6807

JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 20,767.94 | 2,171.78 | 1,500.00 | 21,439.72 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 20,624.27 | .00 |

## Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 32 | 20,624.27 | .18 |

As of 09/08, a total of **$1.39** in interest was paid this year.

# Activity Detail

## Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 08/26 | 2,171.60 | Direct Deposit - Xxsoc Sec SSA Treas ████████ |
| 09/08 | .18 | Interest Payment |

There were 2 Deposits and Other Additions totaling **$2,171.78**.

## Online and Electronic Banking Deductions

| Date | Amount | Description |
|---|---|---|
| 08/13 | 1,000.00 | Online Transfer To ████████ |

There were 2 Online or Electronic Banking Deductions totaling **$1,500.00**.

Online and Electronic Banking Deductions continued on next page



# Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

For the period 08/08/2020 to 09/08/2020
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ■■■6807
Page 2 of 3

Account number: ■■■6807 - continued

## Online and Electronic Banking Deductions  *- continued*

| Date | Amount | Description |
|------|--------|-------------|
| 08/24 | 500.00 | Online Transfer To ■■■■■■ |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08/08 | 20,767.94 | 08/24 | 19,267.94 | 09/08 | 21,439.72 |
| 08/13 | 19,767.94 | 08/26 | 21,439.54 | | |

## Reviewing Your Statement

**⋋ PNC BANK**

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
- you have any questions regarding your account(s);
- your name or address is incorrect;
- you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

### Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement    $ _____

Add deposits and other additions not recorded    Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded  Total B - $ _____

The result should equal your account register balance    = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number (if any).
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC         Equal Housing Lender        

3:50 PM

09/14/20

**Joseph M. Thomas**

## Reconciliation Summary

**10003 · PNC Checking (Escrow) -3191, Period Ending 09/03/2020**

|  | Sep 3, 20 |
|---|---|
| Beginning Balance | 10,200.00 |
| Cleared Transactions | |
| Deposits and Credits - 2 items | 10,200.00 |
| **Total Cleared Transactions** | 10,200.00 |
| **Cleared Balance** | **20,400.00** |
| Register Balance as of 09/03/2020 | 20,400.00 |
| New Transactions | |
| Deposits and Credits - 1 item | 5,100.00 |
| **Total New Transactions** | 5,100.00 |
| **Ending Balance** | **25,500.00** |

3:50 PM

09/14/20

**Joseph M. Thomas**

# Reconciliation Detail

**10003 · PNC Checking (Escrow) -3191, Period Ending 09/03/2020**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 10,200.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 2 items** | | | | | | |
| Check | 08/06/2020 | 0 | Joseph M. Thomas | X | 5,100.00 | 5,100.00 |
| Check | 08/24/2020 | 0 | Joseph M. Thomas | X | 5,100.00 | 10,200.00 |
| Total Deposits and Credits | | | | | 10,200.00 | 10,200.00 |
| Total Cleared Transactions | | | | | 10,200.00 | 10,200.00 |
| Cleared Balance | | | | | 10,200.00 | 20,400.00 |
| Register Balance as of 09/03/2020 | | | | | 10,200.00 | 20,400.00 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 09/04/2020 | 0 | Joseph M. Thomas | | 5,100.00 | 5,100.00 |
| Total Deposits and Credits | | | | | 5,100.00 | 5,100.00 |
| Total New Transactions | | | | | 5,100.00 | 5,100.00 |
| **Ending Balance** | | | | | **15,300.00** | **25,500.00** |

Joseph M. Thomas

9/14/2020 4:05 PM

Register: 10003 · PNC Checking (Escrow) -3191
From 08/01/2020 through 08/31/2020
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 08/06/2020 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 5,100.00 | 15,300.00 |
| 08/24/2020 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 5,100.00 | 20,400.00 |

4:00 PM

09/14/20

**Joseph M. Thomas**

## Reconciliation Summary

**10001 · PNC Checking -6352, Period Ending 09/08/2020**

|  | Sep 8, 20 |
|---|---|
| Beginning Balance | 18,589.15 |
| **Cleared Transactions** | |
| Checks and Payments - 52 items | -38,369.69 |
| Deposits and Credits - 7 items | 31,946.95 |
| **Total Cleared Transactions** | -6,422.74 |
| **Cleared Balance** | 12,166.41 |
| **Uncleared Transactions** | |
| Checks and Payments - 4 items | -3,523.57 |
| **Total Uncleared Transactions** | -3,523.57 |
| **Register Balance as of 09/08/2020** | 8,642.84 |
| **New Transactions** | |
| Checks and Payments - 6 items | -5,591.52 |
| **Total New Transactions** | -5,591.52 |
| **Ending Balance** | 3,051.32 |

4:00 PM

09/14/20

## Joseph M. Thomas
## Reconciliation Detail
### 10001 · PNC Checking -6352, Period Ending 09/08/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 18,589.15 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 52 items** | | | | | | |
| Check | 07/28/2020 | 3701 | Lisa Wood | X | -13.90 | -13.90 |
| Bill Pmt -Check | 07/28/2020 | 3699 | HAB-LST | X | -13.00 | -26.90 |
| Bill Pmt -Check | 08/04/2020 | 3703 | Ally | X | -832.80 | -859.70 |
| Check | 08/08/2020 | 3709 | Wegmans | X | -87.49 | -947.19 |
| Check | 08/08/2020 | 3710 | Wegmans | X | -45.95 | -993.14 |
| Check | 08/10/2020 | DEBIT | Apple.com | X | -3.17 | -996.31 |
| Check | 08/11/2020 | 3717 | Quinn Law Firm | X | -10,000.00 | -10,996.31 |
| Bill Pmt -Check | 08/11/2020 | 3715 | Reyes Landscaping | X | -1,100.00 | -12,096.31 |
| Bill Pmt -Check | 08/11/2020 | 3716 | Ronald Allen | X | -280.00 | -12,376.31 |
| Bill Pmt -Check | 08/11/2020 | 3711 | Highmark Blue Cros... | X | -200.00 | -12,576.31 |
| Bill Pmt -Check | 08/11/2020 | 3712 | Larese Floral Design | X | -159.00 | -12,735.31 |
| Bill Pmt -Check | 08/11/2020 | 3713 | Penelec- South Shore | X | -113.59 | -12,848.90 |
| Bill Pmt -Check | 08/11/2020 | 3714 | Penelec - 9830 | X | -14.85 | -12,863.75 |
| Check | 08/12/2020 | 3708 | Mary Paolella | X | -200.00 | -13,063.75 |
| Check | 08/14/2020 | DEBIT | Joseph M. Thomas | X | -300.00 | -13,363.75 |
| Check | 08/14/2020 | DEBIT | Advantage Credit C... | X | -25.00 | -13,388.75 |
| Check | 08/16/2020 | 3718 | Mya Lewis | X | -100.00 | -13,488.75 |
| Check | 08/16/2020 | 3719 | Tatiana Yurchak | X | -100.00 | -13,588.75 |
| Check | 08/16/2020 | DEBIT | Apple.com | X | -3.17 | -13,591.92 |
| Check | 08/17/2020 | 3720 | Mary Paolella | X | -200.00 | -13,791.92 |
| Check | 08/18/2020 | 3723 | U.S. Department of t... | X | -4,600.00 | -18,391.92 |
| Bill Pmt -Check | 08/18/2020 | 3722 | Spectrum | X | -215.79 | -18,607.71 |
| Bill Pmt -Check | 08/18/2020 | 3725 | Artlore Studio | X | -150.00 | -18,757.71 |
| Bill Pmt -Check | 08/18/2020 | 3721 | National Fuel Gas-SS | X | -21.71 | -18,779.42 |
| Bill Pmt -Check | 08/20/2020 | 3726 | Erie Water Works | X | -96.00 | -18,875.42 |
| Check | 08/21/2020 | DEBIT | Joseph M. Thomas | X | -300.00 | -19,175.42 |
| Check | 08/22/2020 | DEBIT | Apple.com | X | -3.17 | -19,178.59 |
| Check | 08/22/2020 | DEBIT | Apple.com | X | -0.99 | -19,179.58 |
| Check | 08/24/2020 | 0 | Joseph M. Thomas | X | -5,100.00 | -24,279.58 |
| Check | 08/24/2020 | 3733 | Contemporary Motor... | X | -3,691.25 | -27,970.83 |
| Bill Pmt -Check | 08/25/2020 | 3729 | Fifth Third Bank | X | -1,018.86 | -28,989.69 |
| Bill Pmt -Check | 08/25/2020 | 3730 | Reyes Landscaping | X | -740.00 | -29,729.69 |
| Bill Pmt -Check | 08/25/2020 | 3731 | Sirius XM Radio Inc. | X | -264.48 | -29,994.17 |
| Check | 08/25/2020 | 3727 | Mary Paolella | X | -200.00 | -30,194.17 |
| Bill Pmt -Check | 08/25/2020 | 3728 | Express Scripts Med... | X | -82.50 | -30,276.67 |
| Check | 08/25/2020 | 3732 | Linda Erven | X | -13.90 | -30,290.57 |
| Check | 08/28/2020 | DEBIT | Joseph M. Thomas | X | -350.00 | -30,640.57 |
| Check | 08/30/2020 | DEBIT | Apple.com | X | -13.76 | -30,654.33 |
| Bill Pmt -Check | 09/01/2020 | 3735 | Ally | X | -832.80 | -31,487.13 |
| Bill Pmt -Check | 09/01/2020 | 3736 | Erie Water Works | X | -716.39 | -32,203.52 |
| Check | 09/01/2020 | 3734 | Mary Paolella | X | -200.00 | -32,403.52 |
| Bill Pmt -Check | 09/01/2020 | 3739 | PA DEPT. OF TRA... | X | -94.00 | -32,497.52 |
| Bill Pmt -Check | 09/01/2020 | 3741 | The New York Times | X | -86.00 | -32,583.52 |
| Bill Pmt -Check | 09/01/2020 | 3740 | Penelec - 9830 Barn | X | -32.67 | -32,616.19 |
| Bill Pmt -Check | 09/01/2020 | 3737 | National Fuel 78952... | X | -15.65 | -32,631.84 |
| Bill Pmt -Check | 09/01/2020 | 3738 | National Fuel 84389... | X | -14.92 | -32,646.76 |
| Check | 09/02/2020 | DEBIT | Apple.com | X | -84.79 | -32,731.55 |
| Check | 09/04/2020 | 0 | Joseph M. Thomas | X | -5,100.00 | -37,831.55 |
| Check | 09/04/2020 | DEBIT | Joseph M. Thomas | X | -300.00 | -38,131.55 |
| Check | 09/06/2020 | DEBIT | Apple.com | X | -34.97 | -38,166.52 |
| Check | 09/06/2020 | DEBIT | Apple.com | X | -3.17 | -38,169.69 |
| Check | 09/07/2020 | 3743 | Mary Paolella | X | -200.00 | -38,369.69 |
| **Total Checks and Payments** | | | | | -38,369.69 | -38,369.69 |

**Joseph M. Thomas**

# Reconciliation Detail

**10001 · PNC Checking -6352, Period Ending 09/08/2020**

4:00 PM

09/14/20

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Deposits and Credits - 7 items** | | | | | | |
| Deposit | 08/11/2020 | | | X | 220.73 | 220.73 |
| Deposit | 08/13/2020 | | | X | 1,000.00 | 1,220.73 |
| Deposit | 08/18/2020 | | | X | 15,000.00 | 16,220.73 |
| Deposit | 08/24/2020 | | | X | 500.00 | 16,720.73 |
| Deposit | 08/25/2020 | | | X | 226.10 | 16,946.83 |
| Deposit | 09/01/2020 | | | X | 15,000.00 | 31,946.83 |
| Deposit | 09/08/2020 | | | X | 0.12 | 31,946.95 |
| Total Deposits and Credits | | | | | 31,946.95 | 31,946.95 |
| Total Cleared Transactions | | | | | -6,422.74 | -6,422.74 |
| Cleared Balance | | | | | -6,422.74 | 12,166.41 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 04/27/2020 | 3552 | PA Department of R... | | -2,429.28 | -2,429.28 |
| Check | 08/18/2020 | 3724 | PA Department of R... | | -500.00 | -2,929.28 |
| Check | 09/02/2020 | 3742 | Kelly DiPrinzio | | -100.00 | -3,029.28 |
| Check | 09/08/2020 | 3744 | Wegmans | | -494.29 | -3,523.57 |
| Total Checks and Payments | | | | | -3,523.57 | -3,523.57 |
| Total Uncleared Transactions | | | | | -3,523.57 | -3,523.57 |
| Register Balance as of 09/08/2020 | | | | | -9,946.31 | 8,642.84 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 09/09/2020 | 3748 | Quinn Law Firm | | -5,000.00 | -5,000.00 |
| Check | 09/09/2020 | 3747 | Honor Worthington ... | | -180.00 | -5,180.00 |
| Bill Pmt -Check | 09/09/2020 | 3746 | Erie Arts & Culture | | -25.00 | -5,205.00 |
| Bill Pmt -Check | 09/09/2020 | 3745 | Penelec - 9830 | | -16.59 | -5,221.59 |
| Check | 09/11/2020 | DEBIT | Apple.com | | -69.93 | -5,291.52 |
| Check | 09/12/2020 | DEBIT | Joseph M. Thomas | | -300.00 | -5,591.52 |
| Total Checks and Payments | | | | | -5,591.52 | -5,591.52 |
| Total New Transactions | | | | | -5,591.52 | -5,591.52 |
| **Ending Balance** | | | | | -15,537.83 | 3,051.32 |

Joseph M. Thomas

9/14/2020 4:03 PM

Register: 10001 · PNC Checking -6352
From 08/01/2020 through 08/31/2020
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 08/04/2020 | | | 40999 · Batch Income | Deposit | | X | 15,000.00 | 22,164.12 |
| 08/04/2020 | 3703 | Ally | 2000 · Accounts Payable | Acct. #628924... | 832.80 | X | | 21,331.32 |
| 08/04/2020 | 3704 | Erie Insurance Group | 2000 · Accounts Payable | Auto Policy Q0... | 541.89 | X | | 20,789.43 |
| 08/04/2020 | 3705 | National Fuel 78952... | 2000 · Accounts Payable | Acct. #789522... | 9.71 | X | | 20,779.72 |
| 08/04/2020 | 3706 | National Fuel 84389... | 2000 · Accounts Payable | Acct. #843899... | 14.15 | X | | 20,765.57 |
| 08/04/2020 | 3707 | Penelec - 9830 Barn | 2000 · Accounts Payable | 100 132 779 44... | 27.36 | X | | 20,738.21 |
| 08/06/2020 | 0 | Joseph M. Thomas | 10003 · PNC Checking... | Transfer to Tax... | 5,100.00 | X | | 15,638.21 |
| 08/07/2020 | | | 40950 · Interest Income | Interest | | X | 0.10 | 15,638.31 |
| 08/07/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 38.14 | X | | 15,600.17 |
| 08/07/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous | Cash Withdraw... | 300.00 | X | | 15,300.17 |
| 08/08/2020 | 3709 | Wegmans | 64925 · Medical Expen... | Prescriptions | 87.49 | X | | 15,212.68 |
| 08/08/2020 | 3710 | Wegmans | 64925 · Medical Expen... | Prescriptions | 45.95 | X | | 15,166.73 |
| 08/10/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 15,163.56 |
| 08/11/2020 | | | 22129 · Loans Payable ... | Deposit | | X | 220.73 | 15,384.29 |
| 08/11/2020 | 3711 | Highmark Blue Cross... | 2000 · Accounts Payable | Billing Accoun... | 200.00 | X | | 15,184.29 |
| 08/11/2020 | 3712 | Larese Floral Design | 2000 · Accounts Payable | Order #198881... | 159.00 | X | | 15,025.29 |
| 08/11/2020 | 3713 | Penelec- South Shore | 2000 · Accounts Payable | 10 00 36 4552 ... | 113.59 | X | | 14,911.70 |
| 08/11/2020 | 3714 | Penelec - 9830 | 2000 · Accounts Payable | 100 132 339 92... | 14.85 | X | | 14,896.85 |
| 08/11/2020 | 3715 | Reyes Landscaping | 2000 · Accounts Payable | Landscaping - ... | 1,100.00 | X | | 13,796.85 |
| 08/11/2020 | 3716 | Ronald Allen | 2000 · Accounts Payable | Mowing - 9830... | 280.00 | X | | 13,516.85 |
| 08/11/2020 | 3717 | Quinn Law Firm | 64300 · Legal | Escrow - Perso... | 10,000.00 | X | | 3,516.85 |
| 08/12/2020 | 3708 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 3,316.85 |
| 08/13/2020 | | | 10002 · PNC Bank - M... | Deposit | | X | 1,000.00 | 4,316.85 |
| 08/14/2020 | DEBIT | Advantage Credit Co... | 64930 · Professional S... | Credit Counseli... | 25.00 | X | | 4,291.85 |
| 08/14/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 300.00 | X | | 3,991.85 |
| 08/16/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 3,988.68 |
| 08/16/2020 | 3718 | Mya Lewis | 64025 · Jewelry/Gifts | | 100.00 | X | | 3,888.68 |
| 08/16/2020 | 3719 | Tatiana Yurchak | 64025 · Jewelry/Gifts | | 100.00 | X | | 3,788.68 |
| 08/17/2020 | 3720 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 3,588.68 |
| 08/18/2020 | | | 40999 · Batch Income | Deposit | | X | 15,000.00 | 18,588.68 |
| 08/18/2020 | 3721 | National Fuel Gas-SS | 2000 · Accounts Payable | 2100 S. Shore t... | 21.71 | X | | 18,566.97 |
| 08/18/2020 | 3722 | Spectrum | 2000 · Accounts Payable | Cable/Internet -... | 215.79 | X | | 18,351.18 |
| 08/18/2020 | 3723 | U.S. Department of t... | 99921 · Federal Incom... | 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 | 4,600.00 | X | | 13,751.18 |
| 08/18/2020 | 3724 | PA Department of Re... | 99922 · State Income T... | 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 | 500.00 | | | 13,251.18 |
| 08/18/2020 | 3725 | Artlore Studio | 2000 · Accounts Payable | Valuation Servi... | 150.00 | X | | 13,101.18 |
| 08/20/2020 | 3726 | Erie Water Works | 2000 · Accounts Payable | 9830 Wattsbur... | 96.00 | X | | 13,005.18 |
| 08/21/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 300.00 | X | | 12,705.18 |
| 08/22/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 12,702.01 |
| 08/22/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 0.99 | X | | 12,701.02 |
| 08/24/2020 | | | 10002 · PNC Bank - M... | Deposit | | X | 500.00 | 13,201.02 |

Joseph M. Thomas

9/14/2020 4:03 PM

Register: 10001 · PNC Checking -6352
From 08/01/2020 through 08/31/2020
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 08/24/2020 | 0 | Joseph M. Thomas | 10003 · PNC Checking... | Transfer to Tax... | 5,100.00 | X | | 8,101.02 |
| 08/24/2020 | 3733 | Contemporary Motor... | 60115 · Automobile E... | Repairs to Mer... | 3,691.25 | X | | 4,409.77 |
| 08/25/2020 | | | 60120 · Auto Insurance | Deposit | | X | 226.10 | 4,635.87 |
| 08/25/2020 | 3727 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 4,435.87 |
| 08/25/2020 | 3728 | Express Scripts Medi... | 2000 · Accounts Payable | Member ID #6... | 82.50 | X | | 4,353.37 |
| 08/25/2020 | 3729 | Fifth Third Bank | 2000 · Accounts Payable | Acct. #089663... | 1,018.86 | X | | 3,334.51 |
| 08/25/2020 | 3730 | Reyes Landscaping | 2000 · Accounts Payable | | 740.00 | X | | 2,594.51 |
| 08/25/2020 | 3731 | Sirius XM Radio Inc. | 2000 · Accounts Payable | Acct. #403558... | 264.48 | X | | 2,330.03 |
| 08/25/2020 | 3732 | Linda Erven | 60700 · Delivery/Shipp... | Reimburse for ... | 13.90 | X | | 2,316.13 |
| 08/28/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 350.00 | X | | 1,966.13 |
| 08/30/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 13.76 | X | | 1,952.37 |

4:02 PM

09/14/20

## Joseph M. Thomas
## Reconciliation Summary
### 10002 · PNC Bank - Money Market Acct., Period Ending 09/08/2020

|  | Sep 8, 20 |
|---|---|
| Beginning Balance |  | 20,767.94 |
| Cleared Transactions |  |
| Checks and Payments - 2 items | -1,500.00 |
| Deposits and Credits - 2 items | 2,171.78 |
| Total Cleared Transactions | 671.78 |
| Cleared Balance |  | 21,439.72 |
| Register Balance as of 09/08/2020 |  | 21,439.72 |
| Ending Balance |  | 21,439.72 |

4:02 PM

09/14/20

**Joseph M. Thomas**
## Reconciliation Detail
**10002 · PNC Bank - Money Market Acct., Period Ending 09/08/2020**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 20,767.94 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Deposit | 08/13/2020 | | | X | -1,000.00 | -1,000.00 |
| Deposit | 08/24/2020 | | | X | -500.00 | -1,500.00 |
| Total Checks and Payments | | | | | -1,500.00 | -1,500.00 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 08/26/2020 | | | X | 2,171.60 | 2,171.60 |
| Deposit | 09/07/2020 | | | X | 0.18 | 2,171.78 |
| Total Deposits and Credits | | | | | 2,171.78 | 2,171.78 |
| Total Cleared Transactions | | | | | 671.78 | 671.78 |
| **Cleared Balance** | | | | | 671.78 | 21,439.72 |
| Register Balance as of 09/08/2020 | | | | | 671.78 | 21,439.72 |
| **Ending Balance** | | | | | **671.78** | **21,439.72** |

Joseph M. Thomas

9/14/2020 4:04 PM

Register: 10002 · PNC Bank - Money Market Acct.
From 08/01/2020 through 08/31/2020
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 08/07/2020 | | | 40950 · Interest Income | Interest | | X | 0.18 | 20,767.94 |
| 08/13/2020 | | | 10001 · PNC Checking... | Transfer from ... | 1,000.00 | X | | 19,767.94 |
| 08/24/2020 | | | 10001 · PNC Checking... | Transfer from ... | 500.00 | X | | 19,267.94 |
| 08/26/2020 | | | -split- | Deposit | | X | 2,171.60 | 21,439.54 |