FOR UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| JOSEPH MARTIN THOMAS, | : | BANKRUPTCY NO.  20-10334 TPA |
| Debtor. | : | |
| | : | THE HONORABLE THOMAS P. AGRESTI |
| MICHAEL P. KRUSZEWSKI, ESQUIRE and | : | |
| QUINN, BUSECK, LEEMHUIS, TOOHEY, & | : | CHAPTER 11 |
| KROTO, INC., | : | |
| | : | DATE & TIME OF HEARING: |
| Movant, | : | |
| | : | October 8, 2020 @ 9:30 a.m. |
| v. | : | |
| | : | RESPONSE DEADLINE: |
| NO RESPONDENT. | : | |
| | : | September 21, 2020 |
| | : | |
| | : | RELATED TO DOCUMENT NO. 191 |

**CERTIFICATION OF NO OBJECTION REGARDING**
**INTERIM APPLICATION OF COUNSEL FOR THE DEBTOR FOR COMPENSATION  OF**
**ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES (DOCUMENT NO. 191)**


The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Interim Application of Counsel for the Debtor for Compensation of Attorneys' Fees and Reimbursement of Expenses filed September 3, 2020 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than September 21, 2020.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated:  September 22, 2020

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY &
KROTO, INC.

BY:    /s/Michael P. Krszewski
        Michael P. Kruszewski, Esquire
        PA Id. No. 91239
        The Quinn Law Firm
        2222 West Grandview Boulevard
        Erie, Pennsylvania  16506-4508
        Telephone: 814-833-2222
        Facsimile: 814-833-6753
        E-Mail: mkruszewski@quinnfirm.com
        Counsel for Debtor

#1390592