FILED
9/22/20 1:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>JOSEPH MARTIN THOMAS,<br>    Debtor. | BANKRUPTCY NO. 20-10334 TPA |
| | THE HONORABLE THOMAS P. AGRESTI |
| MICHAEL P. KRUSZEWSKI, ESQUIRE and<br>QUINN, BUSECK, LEEMHUIS, TOOHEY, &<br>KROTO, INC., | CHAPTER 11 |
| | RELATED TO DOCUMENT NO. __191__ |
|     Movant, | |
| v. | |
| NO RESPONDENT. | |

## ORDER APPROVING APPLICATION OF MICHAEL P. KRUSZEWSKI, ESQUIRE AND THE LAW FIRM OF QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC. FOR INTERIM COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR

AND NOW, to wit, this __22nd__ day of __September__, 20__20__, upon consideration of the Application of Counsel for the Debtor for Interim Compensation of Attorneys' Fees and Reimbursement of Expenses, it is hereby ORDERED, ADJUDGED and DECREED that the Application for Compensation of Interim Attorneys' Fees in the amount of $128,456.50 and Reimbursement of Expenses in the amount of $4,935.85 for a total of $133,392.35 is APPROVED.

This award of interim compensation is subject to final review by the Office of the United States Trustee and the final approval of this Court.

The amounts allowed herein are immediately due and payable so long as payment does not interfere with the successful reorganization of the Debtor.

_____
The Honorable Thomas P. Agresti  ljm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph Martin Thomas  
    Debtor

Case No. 20-10334-TPA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Sep 22, 2020  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2020.  
db          +Joseph Martin Thomas,    c/of Tri-State Pain Institute,    2374 Village Common Drive,    Erie, PA 16506-7201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2020 at the address(es) listed below:

         Brian Nicholas    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com  
         Crystal H. Thornton-Illar    on behalf of Creditor    The Kada Gallery cThornton-Illar@leechtishman.com, bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com  
         Gary V. Skiba    on behalf of Interested Party    Tri-State Pain Institute, LLC gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com  
         Guy C. Fustine    on behalf of Creditor    Official Committee of Unsecured Creditors for Tri-State Pain Institute, LLC mwernick@kmgslaw.com, knoxbank@hotmail.com,burban@kmgslaw.com, mpol@kmgslaw.com;ecf.alert+Fustine@titlexi.com  
         Lauren Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue lmichaels@attorneygeneral.gov  
         Mark G. Claypool    on behalf of Creditor    Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com, knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com  
         Michael F.J. Romano    on behalf of Creditor    TIAA Commercial Finance, Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com  
         Michael P. Kruszewski    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com  
         Norma Hildenbrand, on Behalf of the United States Trustee by    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Salene R.M. Kraemer    on behalf of Creditor    WELLS FARGO BANK, N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com

                                                                                                   TOTAL: 11