Case 20-10334-TPA   Doc 200   Filed 09/25/20   Entered 09/25/20 14:49:52   Desc Main Document   Page 1 of 1

FILED
9/25/20 1:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 9/24/2020 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER**	#119 Cont. Motion to Reject Lease or Executory Contract

**APPEARANCES:**

Debtor:	Michael Kruszewski, Gary Eiben
Tri-State Cred. Comm.:	Guy Fustine
Tri-State:	Gary Skiba

**NOTES:**

Kruszewski:	What it boils down to is the painting he has paid to in full is value at $35,000. He paid $29,500. This sounds like fair value. Under the terms of the original contract Mr. Rumball had given Dr. Thomas a discount. Mr. Rumble took possession of both paintings prepetition when the contract could no longer be paid. I would suggest everyone walks away from this with no damages. The deal was $51,000 for three paintings.

Fustine:	Now Mr. Kruszewski has a better valuation and I agree that this is the best outcome for this. To assume the contract the Debtor would have owed $21,500 for $31,000 in value for those two other paintings.

**OUTCOME:**	GRANTED / Chambers to enter order that the issue of damages is moot wihtout prejudice to the Debtor or Party in Interest pursuing additional claims against Mr. Rumball.

ljm