FILED
9/25/20 1:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JOSEPH MARTIN THOMAS, | : | Case No. 20-10334-TPA |
| *Debtor.* | : | Chapter 11 |
| | : | |
| JOSEPH MARTIN THOMAS, | : | |
| *Movant,* | : | Related to Doc. No. 119 |
| | : | |
| v. | : | |
| | : | |
| RICK RUMBALL, | : | |
| *Respondent* | : | |

### **ORDER**

A continued hearing was held this date on the ***Motion to Reject Executory Contract*** ("Motion") (Doc. 119) which was previously granted by Order issued on July 31, 2020 (Doc. 161) but continued to decide the remaining issue of rejection damages. At the last hearing, Counsel for the Debtor had informed the Court that the two paintings Mr. Rumball had repossessed from the Debtor have a combined appraised value of $31,000. At the time the two paintings were repossessed by Mr. Rumball, the contract had $21,500 left unpaid by the Debtor. At today's hearing, Counsel for the Debtor informed the Court that the painting in the possession of the Debtor has been appraised at $35,000. The Debtor had previously paid $29,500 in installments for all three paintings. For purposes of the *Motion,* since the value of the painting in the Debtor's possession is more than he paid on the contract, the Court will deem the issue of damages pursuant to this *Motion*, moot. However, the Court will leave it up to the Debtor and relevant Parties whether to pursue any additional claims against Mr. Rumball. Therefore,

1

AND NOW, this **24th** day of *September, 2020*, for the reasons stated at today's hearing on the ***Motion to Reject Executory Contract*** (Doc. 119), it is hereby **ORDERED, ADJUDGED** and **DECREED** that the issue of damages is ***moot*** without prejudice to the Debtor or any Party in Interest pursuing additional claims against Mr. Rumball for his repossession of the paintings.

Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

Case administrator to serve:
    Michael Kruszewski, Esq.
    Gary Eiben, Esq.
    Guy Fustine, Esq.
    Gary Skiba, Esq.
    Debtor

2

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                           Case No. 20-10334-TPA
Joseph Martin Thomas                                             Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: culy              Page 1 of 1              Date Rcvd: Sep 25, 2020
                               Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2020.
db             +Joseph Martin Thomas,    c/of Tri-State Pain Institute,    2374 Village Common Drive,
                 Erie, PA 16506-7201
sp             +Gary Eiben,    MacDonald Illig Jones & Britton, LLP,    100 State St., Ste. 700,
                 Erie, PA 16507-1459

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2020 at the address(es) listed below:
              Brian Nicholas    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bnicholas@kmllawgroup.com
              Crystal H. Thornton-Illar    on behalf of Creditor    The Kada Gallery
               cThornton-Illar@leechtishman.com,
               bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com
              Gary V. Skiba    on behalf of Interested Party    Tri-State Pain Institute, LLC gskiba@marshlaw.com,
               DGeniesse@marshlaw.com;rose227@hotmail.com
              Guy C. Fustine    on behalf of Creditor    Official Committee of Unsecured Creditors for Tri-State
               Pain Institute, LLC mwernick@kmgslaw.com,    knoxbank@hotmail.com,burban@kmgslaw.com,
               mpol@kmgslaw.com;ecf.alert+Fustine@titlexi.com
              Lauren Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue
               lmichaels@attorneygeneral.gov
              Mark G. Claypool    on behalf of Creditor    Ally Bank serviced by Ally Servicing LLC
               mclaypool@kmgslaw.com,    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com
              Michael F.J. Romano    on behalf of Creditor    TIAA Commercial Finance, Inc. mromano@rgalegal.com,
               tyowell@rgalegal.com;jromano@rgalegal.com
              Michael P. Kruszewski    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
               com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
              Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Salene R.M. Kraemer    on behalf of Creditor    WELLS FARGO BANK, N.A. skraemer@bernsteinlaw.com,
               salene@ecf.courtdrive.com
                                                                                             TOTAL: 11