## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Thomas, Joseph Martin

**Case No. 20-10334-TPA**

Reporting Period: _9/1/20 – 9/30/20_

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
**File with Court and submit copy to United States Trustee within 14 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | X | |
| Debtor Questionnaire | MOR- 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____          _10/19/20_
Signature of Debtor                                        Date

_____          _____
Signature of Joint Debtor                                Date

_Linda Erven_                                              _10/19/20_
Signature of Preparer                                    Date

_LINDA ERVEN_
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Thomas, Joseph Martin

Debtor

Case No. 20-10334-TPA

Reporting Period: 9/1/20 - 9/30/20

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 43,791.91 | 59,973.43 |
| **RECEIPTS** | | |
| Wages (Net) | 30,000.00 | 135,000.00 |
| **Interest and Dividend Income** | .30 | 1.38 |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,171.60 | 10,858.00 |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| **Total Receipts** | 32,171.90 | 145,859.38 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 1,000.00 | 3,925.00 |
| **Other Secured Note Payments** | | |
| Utilities | 1,644.26 | 3,563.03 |
| Insurance | 1,290.50 | 4,503.02 |
| Auto Expense | 2,178.33 | 15,647.02 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 280.00 | 7,192.50 |
| Medical Expenses | 704.02 | 2,146.63 |
| Household Expenses | 1,636.64 | 7,667.68 |
| Charitable Contributions | 25.00 | 25.00 |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | 25,431.00 | 81,544.00 |
| Travel and Entertainment | | |
| Gifts | 300.00 | 1,600.00 |
| Other (attach schedule) | 840.28 | 3,326.82 |
| Total Ordinary Disbursements | 35,330.03 | 131,140.70 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 3,383.33 |
| U. S. Trustee Fees | | 650.00 |
| Other Reorganization Expenses (attach schedule) | 5,000.00 | 35,025.00 |
| Total Reorganization Items | 5,000.00 | 39,058.33 |
| **Total Disbursements (Ordinary + Reorganization)** | 40,330.03 | 170,199.03 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (8,158.13) | (24,339.65) |
| **Cash - End of Month (Must equal reconciled bank statement)** | 35,633.78 | 35,633.78 |

FORM MOR-1(INDV)
(9/99)

Thomas, Joseph Martin

Debtor

**Case No. 20-10334-TPA**

Reporting Period: _9/1/20 – 9/30/20_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| FEDERAL INCOME TAX | 17,568.00 | 61,488.00 |
| STATE AND LOCAL INCOME TAXES | 2,763.00 | 9,843.00 |
| LOCAL SERVICES TAX | | 13.00 |
| FEDERAL INCOME TAX (PRE-PETITION DEBT) | 4,600.00 | 9,200.00 |
| STATE INCOME TAX (PRE-PETITION DEBT) | 500.00 | 1,000.00 |
| **Other Ordinary Disbursements** | | |
| SUBSCRIPTIONS (NEWSPAPERS/SIRIUS) | 391.00 | 1,758.33 |
| CHECK PRINTING FEES | | 96.93 |
| BOOKS/DOWNLOADS | 306.18 | 570.57 |
| FLORIST | 143.10 | 901.00 |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| ESCROW – QUINN LAW FIRM | 5,000.00 | 35,000.00 |
| CREDIT COUNSELING FEES | | 25.00 |
| | | |
| | | |
| | | |

Thomas, Joseph Martin

Debtor

Case No. 20-10334-TPA

Reporting Period: _9/1/20 - 9/30/20_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 17,568.00 | 8,784.00 | 17,568.00 | 9/14/20 | EFT | 8,784.00 |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | 17,568.00 | 8,784.00 | 17,568.00 | | | 8,784.00 |
| **State and Local** | | | | | | |
| Withholding | 2,832.00 | 1,416.00 | 2,763.00 | 9/15/20 | 103 | 1,485.00 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | 2,832.00 | 1,416.00 | 2,763.00 | | | 1,485.00 |
| **Total Taxes** | 20,400.00 | 10,200.00 | 20,331.00 | | | 10,269.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable  — LST TAX | 13.00 | | | | | 13.00 |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | 13.00 | | | | | 13.00 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

FROM ONGOING INCOME WHEN RECEIVED TWICE EACH MONTH

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Thomas, Joseph Martin                                      **Case No. 20-10334-TPA**

Debtor                                 **Reporting Period:** _9/1/20 - 9/30/20_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | N/A |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | N/A |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. _EXTENSION TO 10/15/20 APPROVED_ | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. _AS PROVIDED TO US TRUSTEE_ | X | |

FORM MOR-5
(9/99)

# Standard Checking Statement

PNC Bank



**PNC BANK**

---

**For the period 09/04/2020 to 10/05/2020**

002095                                000009529    UZ
JOSEPH THOMAS MD   CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

Primary account number: ███3191
Page 1 of 4
Number of enclosures: 0

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

☎ For customer service call 1-888-PNC-BANK
    For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday:  8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?**  Please contact us at 1-888-PNC-BANK

✉ Write to: Customer Service
    PO Box 609
    Pittsburgh PA 15230-9738

Visit us at PNC.com

---

## IMPORTANT ACCOUNT INFORMATION

On July 12, 2020, we updated the "Inactive Accounts" and "Closing the Account" sections in your Account Agreement for Personal Checking, Savings and Money Market Accounts ("Agreement").  All other information in your Agreement continues to apply to your account.  Please read this information and keep it with your records.

**Inactive Accounts**

If your Account is inactive as defined by law and you have not otherwise communicated with us about your Account for the period provided by law, we will be required to transfer the balance of your Account to the state, as abandoned property.  If your Account is inactive for six (6) or more months, your Account will remain subject to all applicable service charges and fees, and we reserve the right to impose a nonrefundable inactivity charge on your Account. You also agree that if your Account is inactive for six (6) or more months, it will be subject to any new charges or fees or increases in charges or fees which go into effect during the period of inactivity, and that we may reduce the frequency with which we send you a periodic statement for your Account.  If your account remains inactive and has a zero balance, the Bank may close your account for non-use.

**Closing the Account**
You or the Bank can close your Account at any time. We may ask that you provide your request to close your Account in writing. If we close the Account, we will mail you a check for the final balance. If you close the Account, you will still be responsible for any outstanding checks written, or service charges or overdrafts incurred before, during or after the time you closed the Account. We are not required to close the Account at your request until all known authorized or outstanding items (including checks, ATM, point-of-sale, ACH and other electronic transactions) have been paid from your Account and any outstanding disputes (including but not limited to disputes regarding electronic transfers, ACH transactions or other unresolved internal research requests/disputes concerning the Account) have been resolved. Any items presented for payment after an Account has been closed will be returned to the payee and you will be liable for any associated charges. Any additional deposits or electronic credits (including Social Security, pension payments and automatic payroll deposits) will be returned to the originator.

## REPORTING NEGATIVE INFORMATION TO CREDIT BUREAUS; DISPUTING REPORTED INFORMATION

We may report information regarding your Account to credit bureaus. If the Account is jointly held, we may also report information to credit bureaus about any joint owner(s). Negative information, including closing of the Account with an overdrawn balance owed or other defaults on the Account, may be reflected in each joint owner's credit report. If you

# Standard Checking Statement

💻 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 09/04/2020 to 10/05/2020**
JOSEPH THOMAS MD  CASE# 20-10334
Primary account number ███ 3191
Page 2 of 4

believe that the information that PNC Bank is furnishing to ChexSystems or Early Warning Services is inaccurate or incomplete, and you wish to dispute the reported information, you may dispute directly to PNC Bank and/or to ChexSystems or Early Warning Services, as applicable, however, the dispute must be in writing and sent by mail or fax as follows:

> PNC Bank, P.O. Box 99685, Pittsburgh, PA 15233 (Please note this is a new P.O. Box number)

> Chex Systems, Inc., 7805 Hudson Road, Suite 100, Woodbury, MN 55125, or faxing 602-659-2197.
> Early Warning Services, LLC Attn: Consumer Services, 16552 North 90th Street Suite 100, Scottsdale, AZ, 85260 or faxing it to: 480-656-6850.

Your correspondence should include the following information:
> Your name, address and Social Security number
> Your account number
> The information being reported that you believe is inaccurate or incomplete
> Any supporting documents, such as account statements, letters, etc.
> A copy of the ChexSystems or Early Warning Services report, if available

## Standard Checking Account Summary

JOSEPH THOMAS MD  CASE# 20-10334
DEBTOR IN POSSESSION

**Account number:** ███ 3191

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 20,400.00 | 15,300.00 | 20,331.00 | 15,369.00 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 15,398.53 | .00 |

## Transaction Summary

| Checks paid/ withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 1 | 0 | 0 |

| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
|---|---|---|
| 0 | 0 | 0 |

## Activity Detail

### Deposits and Other Additions

There were 3 Deposits and Other Additions totaling **$15,300.00**.

| Date | Amount | Description |
|---|---|---|
| 09/04 | 5,100.00 | Online Transfer From ███████ |
| 09/21 | 5,100.00 | Online Transfer From ███████ |
| 10/05 | 5,100.00 | Online Transfer From ███████ |

### Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number |
|---|---|---|---|
| 103 | 2,763.00 | 09/23 | 073864040 |

There is 1 check listed totaling **$2,763.00**.

### Online and Electronic Banking Deductions

There was 1 Online or Electronic Banking Deduction totaling **$17,568.00**.

| Date | Amount | Description |
|---|---|---|
| 09/15 | 17,568.00 | Web Pmt Single - Usataxpymt IRS ███████ |

# Standard Checking Statement

⊘ PNC BANK

🖥 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 09/04/2020 to 10/05/2020**
JOSEPH THOMAS MD  CASE# 20-10334
Primary account number: ▮▮▮▮3191
Page 3 of 4

**Account number** ▮▮▮▮3191 - continued

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 09/04 | 25,500.00 | 09/21 | 13,032.00 | 10/05 | 15,369.00 |
| 09/15 | 7,932.00 | 09/23 | 10,269.00 | | |

37565635.2

0-0

COLR501A 1116 5008 127 07 20201006 PG 2 OF 2 00009529

## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

**Compare:** The activity detail section of your statement to your account register.

**Check Off:** All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.)

**Add to Your Account Register Balance:** Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register.

**Subtract From Your Account Register Balance:** Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register.

### Update Your Statement Information

**Step 1:** Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:** Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement $ _____

Add deposits and other additions not recorded    Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded  Total B - $ _____

The result should equal your account register balance    = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC             Equal Housing Lender

# Performance Select Statement

PNC Private Banking

◆ PNC BANK

**For the period 09/09/2020 to 10/07/2020**

000009                    000002958    UZ
JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

Primary account number: ███████6352
Page 1 of 8
Number of enclosures: 0

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.

☎ Inquiries? Call PNC Private Banking 1-888-762-6226
For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday:  8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-762-6226

✉ Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## IMPORTANT INFORMATION REGARDING IDENTITY THEFT REIMBURSEMENT INSURANCE

**Effective December 31, 2020:** Identity Theft Reimbursement Insurance coverage will no longer be included with your PNC Bank account. If you have any questions regarding this change, please call us at the Customer Service Number listed above. All Identity Theft Reimbursement loss events must take place on or prior to December 31, 2020 and claims must be filed within six months on or before June 30, 2021.

## IMPORTANT ACCOUNT INFORMATION

On July 12, 2020, we updated the "Inactive Accounts" and "Closing the Account" sections in your Account Agreement for Personal Checking, Savings and Money Market Accounts ("Agreement").  All other information in your Agreement continues to apply to your account.  Please read this information and keep it with your records.

### Inactive Accounts

If your Account is inactive as defined by law and you have not otherwise communicated with us about your Account for the period provided by law, we will be required to transfer the balance of your Account to the state, as abandoned property. If your Account is inactive for six (6) or more months, your Account will remain subject to all applicable service charges and fees, and we reserve the right to impose a nonrefundable inactivity charge on your Account. You also agree that if your Account is inactive for six (6) or more months, it will be subject to any new charges or fees or increases in charges or fees which go into effect during the period of inactivity, and that we may reduce the frequency with which we send you a periodic statement for your Account.  If your account remains inactive and has a zero balance, the Bank may close your account for non-use.

### Closing the Account

You or the Bank can close your Account at any time. We may ask that you provide your request to close your Account in writing. If we close the Account, we will mail you a check for the final balance. If you close the Account, you will still be responsible for any outstanding checks written, or service charges or overdrafts incurred before, during or after the time you closed the Account. We are not required to close the Account at your request until all known authorized or outstanding items (including checks, ATM, point-of-sale, ACH and other electronic transactions) have been paid from your Account and any outstanding disputes (including but not limited to disputes regarding electronic transfers, ACH transactions or other unresolved internal research requests/disputes concerning the Account) have been resolved. Any items presented for payment after an Account has been closed will be returned to the payee and you will be liable for any associated charges. Any additional deposits or electronic credits (including Social Security, pension payments and automatic payroll deposits) will be returned to the originator.



# Performance Select Statement

🖥 For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

For the period 09/09/2020 to 10/07/2020
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ████6352
Page 2 of 8

---

## REPORTING NEGATIVE INFORMATION TO CREDIT BUREAUS; DISPUTING REPORTED INFORMATION

We may report information regarding your Account to credit bureaus. If the Account is jointly held, we may also report information to credit bureaus about any joint owner(s). Negative information, including closing of the Account with an overdrawn balance owed or other defaults on the Account, may be reflected in each joint owner's credit report. If you believe that the information that PNC Bank is furnishing to ChexSystems or Early Warning Services is inaccurate or incomplete, and you wish to dispute the reported information, you may dispute directly to PNC Bank and/or to ChexSystems or Early Warning Services, as applicable, however, the dispute must be in writing and sent by mail or fax as follows:

> PNC Bank, P.O. Box 99685, Pittsburgh, PA 15233 (Please note this is a new P.O. Box number)

> Chex Systems, Inc., 7805 Hudson Road, Suite 100, Woodbury, MN 55125, or faxing 602-659-2197.

> Early Warning Services, LLC Attn: Consumer Services, 16552 North 90th Street Suite 100, Scottsdale, AZ, 85260 or faxing it to: 480-656-6850.

Your correspondence should include the following information:
> Your name, address and Social Security number
> Your account number
> The information being reported that you believe is inaccurate or incomplete
> Any supporting documents, such as account statements, letters, etc.
> A copy of the ChexSystems or Early Warning Services report, if available

---

## Performance Select
## Interest Checking Account Summary

**Account number:** ████6352

JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 12,166.41 | 30,000.14 | 24,064.54 | 18,102.01 |
| | | Average monthly balance | Charges and fees |
| | | 16,662.98 | .00 |

### Transaction Summary

| Checks paid/ withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 23 | 7 | 1 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 4 | 4 | 0 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 29 | 16,662.98 | .14 |

As of 10/07, a total of **$1.05** in interest was paid this year.

### Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | 36.00 |

# Performance Select Statement

⊘ **PNC BANK**

For the period 09/09/2020 to 10/07/2020
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ▮▮▮6352
Page 3 of 8

💻 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

Account number: ▮▮▮6352 - continued

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 09/15 | 15,000.00 | Deposit Reference No. 031185629 |
| 10/01 | 15,000.00 | Deposit Reference No. 034123058 |
| 10/07 | .14 | Interest Payment |

There were 3 Deposits and Other Additions totaling **$30,000.14**.

### Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|
| 3724 | 500.00 | 09/14 | 072216296 | 3758 | 605.35 | 09/25 | 076806862 |
| 3742 * | 100.00 | 09/24 | 075563241 | 3759 | 143.10 | 09/24 | 075767028 |
| 3744 * | 494.29 | 09/10 | 076643620 | 3762 * | 82.50 | 09/28 | 077742232 |
| 3746 * | 25.00 | 09/22 | 030550408 | 3764 * | 200.00 | 09/29 | 072756337 |
| 3747 | 180.00 | 09/18 | 077450491 | 3765 | 1,008.00 | 10/01 | 074417055 |
| 3748 | 5,000.00 | 09/18 | 077510160 | 3766 | 1,157.53 | 10/05 | 076623274 |
| 3749 | 200.00 | 09/14 | 072086071 | 3767 | 94.00 | 10/01 | 074726831 |
| 3750 | 96.00 | 09/18 | 077445575 | 3768 | 219.00 | 10/02 | 076548895 |
| 3751 | 200.00 | 09/17 | 075627819 | 3769 | 86.00 | 10/05 | 070646454 |
| 3753 * | 280.00 | 09/18 | 077233259 | 3770 | 29.73 | 09/29 | 072585294 |
| 3756 * | 500.00 | 09/25 | 076287207 | 3771 | 200.00 | 10/07 | 073716083 |
| 3757 | 200.00 | 09/21 | 072188117 | | | | |

* Gap in check sequence

There were 23 checks listed totaling **$11,600.50**.

### Banking/Debit Card Withdrawals and Purchases

| Date | Amount | Description |
|---|---|---|
| 09/11 | 69.93 | 1794 Recurring Debit Card Apple.Com/Bill |
| 09/14 | 300.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 09/18 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 09/21 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 09/22 | 105.99 | 1794 Debit Card Purchase Apple.Com/Bill |
| 09/23 | .99 | 1794 Recurring Debit Card Apple.Com/Bill |
| 09/24 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 09/25 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 10/01 | 500.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 10/02 | 37.10 | POS Purchase Barnesnoble Erie PA |
| 10/05 | 29.65 | 1794 Recurring Debit Card Apple.Com/Bill |
| 10/07 | 34.97 | 1794 Recurring Debit Card Apple.Com/Bill |

There were 4 Banking Machine withdrawals totaling **$1,600.00**.

There was 1 Debit Card/Bank card PIN POS purchase totaling **$37.10**.

There were 7 other Banking Machine/Debit Card deductions totaling **$247.87**.

### Online and Electronic Banking Deductions

| Date | Amount | Description |
|---|---|---|
| 09/14 | 16.59 | Payment,E-Check Check Pymt Penelec 3745 |
| 09/18 | 97.15 | Payment,E-Check Check Pymt Penelec 3752 |
| 09/21 | 5,100.00 | Online Transfer To ▮▮▮ |
| 09/23 | 215.79 | Payment,E-Check Check Pymt Charter Midwest 3754 |
| 09/24 | 49.54 | Payment,E-Check Checkpaymt Natfuel Box 4103 3760 |
| 10/05 | 5,100.00 | Online Transfer To ▮▮▮ |

There were 6 Online or Electronic Banking Deductions totaling **$10,579.07**.

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 09/09 | 12,166.41 | 09/15 | 25,585.60 | 09/22 | 13,898.29 | 09/28 | 11,797.85 |
| 09/10 | 11,672.12 | 09/17 | 25,385.60 | 09/23 | 13,681.51 | 09/29 | 11,568.12 |
| 09/11 | 11,602.19 | 09/18 | 19,332.45 | 09/24 | 13,385.70 | 10/01 | 24,966.12 |
| 09/14 | 10,585.60 | 09/21 | 14,029.28 | 09/25 | 11,880.35 | 10/02 | 24,710.02 |



# Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 09/09/2020 to 10/07/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ████ 6352
Page 4 of 8

Account number: ████ 6352 - continued

**Daily Balance Detail** - *continued*

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 10/05 | 18,336.84 | 10/07 | 18,102.01 |

# Performance Select Statement

 PNC BANK

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 09/09/2020 to 10/07/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ████6352
Page 5 of 8

## Check Images



| | | |
|---|---|---|
| 3724 | $500.00 | 09/14/2020 |
| 3742 | $100.00 | 09/24/2020 |
| 3744 | $494.29 | 09/10/2020 |
| 3746 | $25.00 | 09/22/2020 |
| 3747 | $180.00 | 09/18/2020 |
| 3748 | $5,000.00 | 09/18/2020 |
| 3749 | $200.00 | 09/14/2020 |
| 3750 | $96.00 | 09/18/2020 |



| | | |
|---|---|---|
| 3751 | $200.00 | 09/17/2020 |
| 3753 | $280.00 | 09/18/2020 |

Check Images continued on next page

# Performance Select Statement

💻 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 09/09/2020 to 10/07/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ███████6352
Page 6 of 8

---

## Check Images - *continued*



| 3756 | $500.00 | 09/25/2020 |



| 3758 | $605.35 | 09/25/2020 |



| 3762 | $82.50 | 09/28/2020 |



| 3765 | $1,008.00 | 10/01/2020 |



| 3767 | $94.00 | 10/01/2020 |



| 3757 | $200.00 | 09/21/2020 |

| 3759 | $143.10 | 09/24/2020 |

| 3764 | $200.00 | 09/29/2020 |

| 3766 | $1,157.53 | 10/05/2020 |

| 3768 | $219.00 | 10/02/2020 |

Check Images continued on next page

# Performance Select Statement



> PNC BANK

📺 For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 09/09/2020 to 10/07/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ████6352
Page 7 of 8

---

## Check Images - *continued*



| 3769 | $86.00 | 10/05/2020 |



| 3770 | $29.73 | 09/29/2020 |



| 3771 | $200.00 | 10/07/2020 |

With PNC Online Banking, you can view, print and save up to the most recent 90 days of your canceled checks - front and back - FREE of charge. Please contact us for additional options.

## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

**Compare:** The activity detail section of your statement to your account register.

**Check Off:** All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.)

**Add to Your Account Register Balance:** Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register.

**Subtract From Your Account Register Balance:** Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register.

## Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement      $ _____

Add deposits and other additions not recorded     Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded   Total B - $ _____

The result should equal your account register balance    =   $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC        ⌂ Equal Housing Lender

# Performance Select Statement

PNC Private Banking

 **PNC BANK**

Primary account number: ████6807
Page 1 of 3
Number of enclosures: 0

**For the period 09/09/2020 to 10/07/2020**

001883                    000002965   UZ
JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

Inquiries? Call PNC Private Banking 1-888-762-6226
For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday:  8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?**  Please contact us at 1-888-762-6226

Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

---

## IMPORTANT ACCOUNT INFORMATION

On July 12, 2020, we updated the "Inactive Accounts" and "Closing the Account" sections in your Account Agreement for Personal Checking, Savings and Money Market Accounts ("Agreement").  All other information in your Agreement continues to apply to your account.  Please read this information and keep it with your records.

### Inactive Accounts

If your Account is inactive as defined by law and you have not otherwise communicated with us about your Account for the period provided by law, we will be required to transfer the balance of your Account to the state, as abandoned property. If your Account is inactive for six (6) or more months, your Account will remain subject to all applicable service charges and fees, and we reserve the right to impose a nonrefundable inactivity charge on your Account. You also agree that if your Account is inactive for six (6) or more months, it will be subject to any new charges or fees or increases in charges or fees which go into effect during the period of inactivity, and that we may reduce the frequency with which we send you a periodic statement for your Account.  If your account remains inactive and has a zero balance, the Bank may close your account for non-use.

### Closing the Account

You or the Bank can close your Account at any time. We may ask that you provide your request to close your Account in writing. If we close the Account, we will mail you a check for the final balance. If you close the Account, you will still be responsible for any outstanding checks written, or service charges or overdrafts incurred before, during or after the time you closed the Account. We are not required to close the Account at your request until all known authorized or outstanding items (including checks, ATM, point-of-sale, ACH and other electronic transactions) have been paid from your Account and any outstanding disputes (including but not limited to disputes regarding electronic transfers, ACH transactions or other unresolved internal research requests/disputes concerning the Account) have been resolved. Any items presented for payment after an Account has been closed will be returned to the payee and you will be liable for any associated charges. Any additional deposits or electronic credits (including Social Security, pension payments and automatic payroll deposits) will be returned to the originator.

## REPORTING NEGATIVE INFORMATION TO CREDIT BUREAUS; DISPUTING REPORTED INFORMATION

We may report information regarding your Account to credit bureaus. If the Account is jointly held, we may also report information to credit bureaus about any joint owner(s). Negative information, including closing of the Account with an overdrawn balance owed or other defaults on the Account, may be reflected in each joint owner's credit report. If you

# Performance Select Statement

🖥 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 09/09/2020 to 10/07/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number ▮▮▮6807
Page 2 of 3

believe that the information that PNC Bank is furnishing to ChexSystems or Early Warning Services is inaccurate or incomplete, and you wish to dispute the reported information, you may dispute directly to PNC Bank and/or to ChexSystems or Early Warning Services, as applicable, however, the dispute must be in writing and sent by mail or fax as follows:

> PNC Bank, P.O. Box 99685, Pittsburgh, PA 15233 (Please note this is a new P.O. Box number)

> Chex Systems, Inc., 7805 Hudson Road, Suite 100, Woodbury, MN 55125, or faxing 602-659-2197.
> Early Warning Services, LLC Attn: Consumer Services, 16552 North 90th Street Suite 100, Scottsdale, AZ, 85260 or faxing it to: 480-656-6850.

Your correspondence should include the following information:
> Your name, address and Social Security number
> Your account number
> The information being reported that you believe is inaccurate or incomplete
> Any supporting documents, such as account statements, letters, etc.
> A copy of the ChexSystems or Early Warning Services report, if available

## Performance Select
## Premium Money Market Account Summary

JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION

Account number: ▮▮▮6807

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 21,439.72 | 2,171.77 | .00 | 23,611.49 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 22,562.96 | .00 |

### Interest Summary

As of 10/07, a total of **$1.56** in interest was paid this year.

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 29 | 22,562.96 | .17 |

## Activity Detail

### Deposits and Other Additions

There were 2 Deposits and Other Additions totaling **$2,171.77**.

| Date | Amount | Description |
|---|---|---|
| 09/23 | 2,171.60 | Direct Deposit - Xxsoc Sec SSA Treas ▮▮▮ |
| 10/07 | .17 | Interest Payment |

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/09 | 21,439.72 | 09/23 | 23,611.32 | 10/07 | 23,611.49 |

⊘ **PNC BANK**

## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

**Compare:** The activity detail section of your statement to your account register.

**Check Off:** All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.)

**Add to Your Account Register Balance:** Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register.

**Subtract From Your Account Register Balance:** Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register.

## Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total A** |  |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total B** |  |

**Step 3:**
Enter the ending balance recorded on your statement    $ _____
Add deposits and other additions not recorded    Total A + $ _____

Subtotal= $ _____
Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance    = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC                 Equal Housing Lender



**Widget** Financial

Widget Federal Credit Union DBA Widget Financial
P.O. Box 10211 • Erie, PA 16514
814.456.6231

| ACCOUNT # | 07/01/2020 THROUGH 09/30/2020 | PAGE 1 of 2 |
|---|---|---|
| ⬛ | | |

Electronic Service Requested



Widget Financial
**ONLINE**
**APPOINTMENT**
Scheduling System
Schedule Today!

838800

JOSEPH M THOMAS
ATTN: LINDA ERVIN
2374 VILLAGE COMMON DR STE100
ERIE PA 16506-7201

| Account Type | Previous Balance | Withdrawals | Deposits | Ending Balance |
|---|---|---|---|---|
| SAVINGS | 0.00 | 0.00 | 0.00 | 0.00 |

## STATEMENT OF ACCOUNT

| SAVINGS | | |
|---|---|---|
| SUFFIX: ⬛ | | |
| Beginning Balance: | | **0.00** |
| Dividend Year to Date | | 0.22 |

| POST DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 07/01 | Previous Balance | | 220.73 |
| 08/04 | Withdrawal by Check | -220.73 | |
| | Check 00 10148461 Disbursed 220.73 CLOSING SAVINGS Account Closed | | |

| Your Financial Summary: | | |
|---|---|---|
| Total Year to Date Finance Charge | 361.03 | |
| TOTAL SAVINGS Ending Balance | 0.00 | |

Payments from your IRA are subject to federal income tax withholding, unless you elect no withholding. You may change your withholding election at any time prior to your receipt of a payment. To change your withholding election, stop into any branch. Withholding from your IRA payments, when combined with other withholding, MAY relieve you from payment of estimated income taxes. However, your withholding election does not affect the amount of income tax you pay. You may incur penalties under the estimated tax rules if your withholding and estimated tax payments are insufficient.

# Widget Financial

| ACCOUNT # | 07/01/2020 THROUGH 09/30/2020 | PAGE 2 of 2 |
|---|---|---|

008828

### Calculation of Balance Subject to Interest Rate (open-end accounts)

The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we take the balance of the account for the previous day, add any new loans and charges, and subtract any credits and payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:

**Widget Financial**
2154 East Lake Road
Erie, PA 16511

You may also contact us on the Web:

widgetfinancial.com

In your letter, give us the following information:
• Account information: Your name and account number.
• Dollar amount: The dollar amount of the suspected error.
• Description of Problem: If you think there is an error on your statement describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

### In Case of Errors or Questions About Your Electronic Transfers

Telephone or Write Us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Tell us the dollar amount of the suspected error.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Report errors or make inquiries to:

**Widget Financial**
2154 East Lake Road
Erie, PA 16511
814.456.6231
widgetfinancial.com



### Your Rights and Our Responsibilities After We Receive Written Notice

We must acknowledge your letter within 30 days unless we have corrected the error by then. Within 90 days we must either correct the error or explain why we believe the statement was correct.



## NCUA

**Federally Insured by NCUA**

| Outstanding Items | |
|---|---|
| ITEM NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| | |
|---|---|
| Balance Shown on this Statement | $ |
| **Add** Deposits not Credited in this Statement (if any) | $ |
| **Total** | $ |
| Subtract Items Outstanding | $ |
| **Balance** | $ |

Your register should show this balance.

2:10 PM

10/19/20

## Joseph M. Thomas
## Reconciliation Summary
### 10003 · PNC Checking (Escrow) -3191, Period Ending 10/05/2020

|  | Oct 5, 20 |
|---|---|
| **Beginning Balance** | 20,400.00 |
| **Cleared Transactions** | |
| Checks and Payments - 2 items | -20,331.00 |
| Deposits and Credits - 3 items | 15,300.00 |
| **Total Cleared Transactions** | -5,031.00 |
| **Cleared Balance** | **15,369.00** |
| **Register Balance as of 10/05/2020** | 15,369.00 |
| **New Transactions** | |
| Deposits and Credits - 1 item | 5,100.00 |
| **Total New Transactions** | 5,100.00 |
| **Ending Balance** | **20,469.00** |

2:10 PM

10/19/20

# Joseph M. Thomas
# Reconciliation Detail
### 10003 · PNC Checking (Escrow) -3191, Period Ending 10/05/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 20,400.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 09/14/2020 | EFT | United States Treas... | X | -17,568.00 | -17,568.00 |
| Check | 09/15/2020 | 103 | PA Dept. of Revenue | X | -2,763.00 | -20,331.00 |
| Total Checks and Payments | | | | | -20,331.00 | -20,331.00 |
| **Deposits and Credits - 3 items** | | | | | | |
| Check | 09/04/2020 | 0 | Joseph M. Thomas | X | 5,100.00 | 5,100.00 |
| Check | 09/21/2020 | 0 | Joseph M. Thomas | X | 5,100.00 | 10,200.00 |
| Check | 10/05/2020 | 0 | Joseph M. Thomas | X | 5,100.00 | 15,300.00 |
| Total Deposits and Credits | | | | | 15,300.00 | 15,300.00 |
| Total Cleared Transactions | | | | | -5,031.00 | -5,031.00 |
| **Cleared Balance** | | | | | -5,031.00 | 15,369.00 |
| Register Balance as of 10/05/2020 | | | | | -5,031.00 | 15,369.00 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 10/19/2020 | 0 | Joseph M. Thomas | | 5,100.00 | 5,100.00 |
| Total Deposits and Credits | | | | | 5,100.00 | 5,100.00 |
| Total New Transactions | | | | | 5,100.00 | 5,100.00 |
| **Ending Balance** | | | | | 69.00 | 20,469.00 |

Joseph M. Thomas

10/19/2020 2:10 PM

Register: 10003 · PNC Checking (Escrow) -3191

From 09/01/2020 through 09/30/2020

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 09/04/2020 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 5,100.00 | 25,500.00 |
| 09/14/2020 | EFT | United States Treasur... | 99921 · Federal Incom... | 2020 Estimated... | 17,568.00 | X | | 7,932.00 |
| 09/15/2020 | 103 | PA Dept. of Revenue | 99922 · State Income T... | 2020 Estimated... | 2,763.00 | X | | 5,169.00 |
| 09/21/2020 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 5,100.00 | 10,269.00 |

2:23 PM

10/19/20

# Joseph M. Thomas
## Reconciliation Summary
**10001 · PNC Checking -6352, Period Ending 10/07/2020**

|  | Oct 7, 20 |
|---|---|
| **Beginning Balance** | 12,166.41 |
| Cleared Transactions |  |
|     Checks and Payments - 41 items | -24,064.54 |
|     Deposits and Credits - 3 items | 30,000.14 |
| **Total Cleared Transactions** | 5,935.60 |
| **Cleared Balance** | **18,102.01** |
| Uncleared Transactions |  |
|     Checks and Payments - 10 items | -8,569.82 |
| **Total Uncleared Transactions** | -8,569.82 |
| **Register Balance as of 10/07/2020** | **9,532.19** |
| New Transactions |  |
|     Checks and Payments - 20 items | -18,479.63 |
|     Deposits and Credits - 1 item | 15,000.00 |
| **Total New Transactions** | -3,479.63 |
| **Ending Balance** | **6,052.56** |

2:23 PM

10/19/20

# Joseph M. Thomas
## Reconciliation Detail
**10001 · PNC Checking -6352, Period Ending 10/07/2020**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 12,166.41 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 41 items** | | | | | | |
| Check | 08/18/2020 | 3724 | PA Department of R... | X | -500.00 | -500.00 |
| Check | 09/02/2020 | 3742 | Kelly DiPrinzio | X | -100.00 | -600.00 |
| Check | 09/08/2020 | 3744 | Wegmans | X | -494.29 | -1,094.29 |
| Check | 09/09/2020 | 3748 | Quinn Law Firm | X | -5,000.00 | -6,094.29 |
| Check | 09/09/2020 | 3747 | Honor Worthington ... | X | -180.00 | -6,274.29 |
| Bill Pmt -Check | 09/09/2020 | 3746 | Erie Arts & Culture | X | -25.00 | -6,299.29 |
| Bill Pmt -Check | 09/09/2020 | 3745 | Penelec - 9830 | X | -16.59 | -6,315.88 |
| Check | 09/11/2020 | DEBIT | Apple.com | X | -69.93 | -6,385.81 |
| Check | 09/12/2020 | DEBIT | Joseph M. Thomas | X | -300.00 | -6,685.81 |
| Check | 09/13/2020 | 3749 | Mary Paolella | X | -200.00 | -6,885.81 |
| Check | 09/15/2020 | 3756 | PA Department of R... | X | -500.00 | -7,385.81 |
| Bill Pmt -Check | 09/15/2020 | 3753 | Ronald Allen | X | -280.00 | -7,665.81 |
| Bill Pmt -Check | 09/15/2020 | 3754 | Spectrum | X | -215.79 | -7,881.60 |
| Bill Pmt -Check | 09/15/2020 | 3751 | Highmark Blue Cros... | X | -200.00 | -8,081.60 |
| Bill Pmt -Check | 09/15/2020 | 3752 | Penelec- South Shore | X | -97.15 | -8,178.75 |
| Bill Pmt -Check | 09/15/2020 | 3750 | Erie Water Works | X | -96.00 | -8,274.75 |
| Check | 09/18/2020 | DEBIT | Joseph M. Thomas | X | -400.00 | -8,674.75 |
| Check | 09/19/2020 | 3757 | Mary Paolella | X | -200.00 | -8,874.75 |
| Check | 09/20/2020 | DEBIT | Apple.com | X | -105.99 | -8,980.74 |
| Check | 09/20/2020 | DEBIT | Apple.com | X | -3.17 | -8,983.91 |
| Check | 09/21/2020 | 0 | Joseph M. Thomas | X | -5,100.00 | -14,083.91 |
| Bill Pmt -Check | 09/21/2020 | 3758 | Erie Water Works | X | -605.35 | -14,689.26 |
| Bill Pmt -Check | 09/21/2020 | 3759 | Larese Floral Design | X | -143.10 | -14,832.36 |
| Bill Pmt -Check | 09/21/2020 | 3762 | Express Scripts Med... | X | -82.50 | -14,914.86 |
| Bill Pmt -Check | 09/21/2020 | 3760 | National Fuel Gas-SS | X | -49.54 | -14,964.40 |
| Check | 09/22/2020 | 3763 | Lisa Wood | X | -200.00 | -15,164.40 |
| Check | 09/23/2020 | DEBIT | Apple.com | X | -0.99 | -15,165.39 |
| Check | 09/24/2020 | DEBIT | Apple.com | X | -3.17 | -15,168.56 |
| Check | 09/25/2020 | DEBIT | Joseph M. Thomas | X | -400.00 | -15,568.56 |
| Bill Pmt -Check | 09/28/2020 | 3766 | Fifth Third Bank | X | -1,157.53 | -16,726.09 |
| Bill Pmt -Check | 09/28/2020 | 3765 | Erie Insurance Group | X | -1,008.00 | -17,734.09 |
| Bill Pmt -Check | 09/28/2020 | 3768 | The New York Revie... | X | -219.00 | -17,953.09 |
| Bill Pmt -Check | 09/28/2020 | 3767 | PA DEPT. OF TRA... | X | -94.00 | -18,047.09 |
| Bill Pmt -Check | 09/28/2020 | 3769 | The New York Times | X | -86.00 | -18,133.09 |
| Check | 09/28/2020 | 3770 | Cindy A. Taraszki | X | -29.73 | -18,162.82 |
| Check | 10/01/2020 | DEBIT | Joseph M. Thomas | X | -500.00 | -18,662.82 |
| Check | 10/02/2020 | DEBIT | Barnes & Nobles | X | -37.10 | -18,699.92 |
| Check | 10/03/2020 | DEBIT | Apple.com | X | -29.65 | -18,729.57 |
| Check | 10/05/2020 | 0 | Joseph M. Thomas | X | -5,100.00 | -23,829.57 |
| Check | 10/07/2020 | 3771 | Mary Paolella | X | -200.00 | -24,029.57 |
| Check | 10/07/2020 | DEBIT | Apple.com | X | -34.97 | -24,064.54 |
| **Total Checks and Payments** | | | | | -24,064.54 | -24,064.54 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 09/15/2020 | | | X | 15,000.00 | 15,000.00 |
| Deposit | 10/01/2020 | | | X | 15,000.00 | 30,000.00 |
| Deposit | 10/07/2020 | | | X | 0.14 | 30,000.14 |
| **Total Deposits and Credits** | | | | | 30,000.14 | 30,000.14 |
| **Total Cleared Transactions** | | | | | 5,935.60 | 5,935.60 |
| **Cleared Balance** | | | | | 5,935.60 | 18,102.01 |

2:23 PM
10/19/20

# Joseph M. Thomas
## Reconciliation Detail
### 10001 · PNC Checking -6352, Period Ending 10/07/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 10 items** | | | | | | |
| Check | 04/27/2020 | 3552 | PA Department of R... | | -2,429.28 | -2,429.28 |
| Check | 09/15/2020 | 3755 | U.S. Department of t... | | -4,600.00 | -7,029.28 |
| Check | 09/21/2020 | 3761 | Linda Erven | | -20.85 | -7,050.13 |
| Check | 09/28/2020 | 3764 | Mary Paolella | | -200.00 | -7,250.13 |
| Bill Pmt -Check | 10/05/2020 | 3772 | Ally | | -832.80 | -8,082.93 |
| Check | 10/05/2020 | 3777 | Committee to Elect ... | | -250.00 | -8,332.93 |
| Bill Pmt -Check | 10/05/2020 | 3776 | Thomas Kovach dba... | | -160.00 | -8,492.93 |
| Bill Pmt -Check | 10/05/2020 | 3775 | Penelec - 9830 Barn | | -45.58 | -8,538.51 |
| Bill Pmt -Check | 10/05/2020 | 3774 | National Fuel 84389... | | -16.40 | -8,554.91 |
| Bill Pmt -Check | 10/05/2020 | 3773 | National Fuel 78952... | | -14.91 | -8,569.82 |
| | | | Total Checks and Payments | | -8,569.82 | -8,569.82 |
| | | | Total Uncleared Transactions | | -8,569.82 | -8,569.82 |
| Register Balance as of 10/07/2020 | | | | | -2,634.22 | 9,532.19 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 20 items** | | | | | | |
| Check | 10/09/2020 | DEBIT | Joseph M. Thomas | | -400.00 | -400.00 |
| Check | 10/09/2020 | 3779 | Mary Paolella | | -150.00 | -550.00 |
| Check | 10/10/2020 | 3778 | Mr. & Mrs. Allen Muir | | -1,000.00 | -1,550.00 |
| Check | 10/10/2020 | DEBIT | Apple.com | | -6.34 | -1,556.34 |
| Check | 10/12/2020 | 3781 | Mary Paolella | | -250.00 | -1,806.34 |
| Bill Pmt -Check | 10/12/2020 | 3783 | Highmark Blue Cros... | | -200.00 | -2,006.34 |
| Check | 10/12/2020 | 3780 | Mary Paolella | | -180.00 | -2,186.34 |
| Bill Pmt -Check | 10/12/2020 | 3782 | Erie Insurance Group | | -150.34 | -2,336.68 |
| Check | 10/12/2020 | DEBIT | Wall Street Journal -... | | -149.97 | -2,486.65 |
| Bill Pmt -Check | 10/12/2020 | 3787 | Ronald Allen | | -140.00 | -2,626.65 |
| Bill Pmt -Check | 10/12/2020 | 3784 | J. J. Agnello Heating... | | -99.00 | -2,725.65 |
| Bill Pmt -Check | 10/12/2020 | 3785 | Penelec- South Shore | | -89.63 | -2,815.28 |
| Bill Pmt -Check | 10/12/2020 | 3786 | Penelec - 9830 | | -48.19 | -2,863.47 |
| Check | 10/12/2020 | 3788 | Lisa Wood | | -12.99 | -2,876.46 |
| Check | 10/15/2020 | 3789 | Quinn Law Firm | | -5,000.00 | -7,876.46 |
| Check | 10/16/2020 | 3790 | U.S. Department of t... | | -4,600.00 | -12,476.46 |
| Check | 10/16/2020 | 3791 | PA Department of R... | | -500.00 | -12,976.46 |
| Check | 10/16/2020 | DEBIT | Joseph M. Thomas | | -400.00 | -13,376.46 |
| Check | 10/18/2020 | DEBIT | Apple.com | | -3.17 | -13,379.63 |
| Check | 10/19/2020 | 0 | Joseph M. Thomas | | -5,100.00 | -18,479.63 |
| | | | Total Checks and Payments | | -18,479.63 | -18,479.63 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 10/15/2020 | | | | 15,000.00 | 15,000.00 |
| | | | Total Deposits and Credits | | 15,000.00 | 15,000.00 |
| | | | Total New Transactions | | -3,479.63 | -3,479.63 |
| **Ending Balance** | | | | | **-6,113.85** | **6,052.56** |

Joseph M. Thomas

Register: 10001 · PNC Checking -6352

From 09/01/2020 through 09/30/2020

Sorted by: Date, Type, Number/Ref

10/19/2020 2:28 PM

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 09/01/2020 | | | 40999 · Batch Income | Deposit | | X | 15,000.00 | 16,952.37 |
| 09/01/2020 | 3734 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 16,752.37 |
| 09/01/2020 | 3735 | Ally | 2000 · Accounts Payable | Acct. #628924... | 832.80 | X | | 15,919.57 |
| 09/01/2020 | 3736 | Erie Water Works | 2000 · Accounts Payable | 2100 South Sh... | 716.39 | X | | 15,203.18 |
| 09/01/2020 | 3737 | National Fuel 78952... | 2000 · Accounts Payable | Acct. #789522... | 15.65 | X | | 15,187.53 |
| 09/01/2020 | 3738 | National Fuel 84389... | 2000 · Accounts Payable | Acct. #843899... | 14.92 | X | | 15,172.61 |
| 09/01/2020 | 3739 | PA DEPT. OF TRA... | 2000 · Accounts Payable | 2014 Ford F-1... | 94.00 | X | | 15,078.61 |
| 09/01/2020 | 3740 | Penelec - 9830 Barn | 2000 · Accounts Payable | 100 132 779 44... | 32.67 | X | | 15,045.94 |
| 09/01/2020 | 3741 | The New York Times | 2000 · Accounts Payable | Acct. #903258... | 86.00 | X | | 14,959.94 |
| 09/02/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 84.79 | X | | 14,875.15 |
| 09/02/2020 | 3742 | Kelly DiPrinzio | 64025 · Jewelry/Gifts | Gift | 100.00 | X | | 14,775.15 |
| 09/04/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 300.00 | X | | 14,475.15 |
| 09/04/2020 | 0 | Joseph M. Thomas | 10003 · PNC Checking... | Transfer to Tax... | 5,100.00 | X | | 9,375.15 |
| 09/06/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 9,371.98 |
| 09/06/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 34.97 | X | | 9,337.01 |
| 09/07/2020 | 3743 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 9,137.01 |
| 09/08/2020 | | | 40950 · Interest Income | Interest | | X | 0.12 | 9,137.13 |
| 09/08/2020 | 3744 | Wegmans | 64925 · Medical Expen... | Prescriptions | 494.29 | X | | 8,642.84 |
| 09/09/2020 | 3745 | Penelec - 9830 | 2000 · Accounts Payable | 100 132 339 92... | 16.59 | X | | 8,626.25 |
| 09/09/2020 | 3746 | Erie Arts & Culture | 2000 · Accounts Payable | Manus Mural ... | 25.00 | X | | 8,601.25 |
| 09/09/2020 | 3747 | Honor Worthington ... | 64930 · Professional S... | Counseling Ser... | 180.00 | X | | 8,421.25 |
| 09/09/2020 | 3748 | Quinn Law Firm | 64300 · Legal | Escrow - Perso... | 5,000.00 | X | | 3,421.25 |
| 09/11/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 69.93 | X | | 3,351.32 |
| 09/12/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 300.00 | X | | 3,051.32 |
| 09/13/2020 | 3749 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 2,851.32 |
| 09/15/2020 | | | 40999 · Batch Income | Deposit | | X | 15,000.00 | 17,851.32 |
| 09/15/2020 | 3750 | Erie Water Works | 2000 · Accounts Payable | 9830 Wattsbur... | 96.00 | X | | 17,755.32 |
| 09/15/2020 | 3751 | Highmark Blue Cross... | 2000 · Accounts Payable | Billing Accoun... | 200.00 | X | | 17,555.32 |
| 09/15/2020 | 3752 | Penelec- South Shore | 2000 · Accounts Payable | 10 00 36 4552 ... | 97.15 | X | | 17,458.17 |
| 09/15/2020 | 3753 | Ronald Allen | 2000 · Accounts Payable | Mowing - 9830... | 280.00 | X | | 17,178.17 |
| 09/15/2020 | 3754 | Spectrum | 2000 · Accounts Payable | Cable/Internet -... | 215.79 | X | | 16,962.38 |
| 09/15/2020 | 3755 | U.S. Department of t... | 99921 · Federal Incom... | 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 | 4,600.00 | | | 12,362.38 |
| 09/15/2020 | 3756 | PA Department of Re... | 99922 · State Income T... | 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 | 500.00 | X | | 11,862.38 |
| 09/18/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 11,462.38 |
| 09/19/2020 | 3757 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 11,262.38 |
| 09/20/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 105.99 | X | | 11,156.39 |
| 09/20/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 11,153.22 |
| 09/21/2020 | 0 | Joseph M. Thomas | 10003 · PNC Checking... | Transfer to Tax... | 5,100.00 | X | | 6,053.22 |
| 09/21/2020 | 3758 | Erie Water Works | 2000 · Accounts Payable | 2100 South Sh... | 605.35 | X | | 5,447.87 |
| 09/21/2020 | 3759 | Larese Floral Design | 2000 · Accounts Payable | Order #199891... | 143.10 | X | | 5,304.77 |

Joseph M. Thomas

10/19/2020 2:28 PM

Register: 10001 · PNC Checking -6352

From 09/01/2020 through 09/30/2020

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 09/21/2020 | 3760 | National Fuel Gas-SS | 2000 · Accounts Payable | 2100 S. Shore t... | 49.54 | X | | 5,255.23 |
| 09/21/2020 | 3761 | Linda Erven | 60700 · Delivery/Shipp... | Reimburse for ... | 20.85 | | | 5,234.38 |
| 09/21/2020 | 3762 | Express Scripts Medi... | 2000 · Accounts Payable | Member ID #6... | 82.50 | X | | 5,151.88 |
| 09/22/2020 | 3763 | Lisa Wood | 64025 · Jewelry/Gifts | | 200.00 | X | | 4,951.88 |
| 09/23/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 0.99 | X | | 4,950.89 |
| 09/24/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 4,947.72 |
| 09/25/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 4,547.72 |
| 09/28/2020 | 3764 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | | | 4,347.72 |
| 09/28/2020 | 3765 | Erie Insurance Group | 2000 · Accounts Payable | Ultrapack Plus ... | 1,008.00 | X | | 3,339.72 |
| 09/28/2020 | 3766 | Fifth Third Bank | 2000 · Accounts Payable | Acct. #089663... | 1,157.53 | X | | 2,182.19 |
| 09/28/2020 | 3767 | PA DEPT. OF TRA... | 2000 · Accounts Payable | 2016 Ford F-1... | 94.00 | X | | 2,088.19 |
| 09/28/2020 | 3768 | The New York Revie... | 2000 · Accounts Payable | Three-Year Su... | 219.00 | X | | 1,869.19 |
| 09/28/2020 | 3769 | The New York Times | 2000 · Accounts Payable | Acct. #903258... | 86.00 | X | | 1,783.19 |
| 09/28/2020 | 3770 | Cindy A. Taraszki | 64925 · Medical Expen... | Reimburse for ... | 29.73 | X | | 1,753.46 |

2:30 PM

10/19/20

**Joseph M. Thomas**

# Reconciliation Summary

### 10002 · PNC Bank - Money Market Acct., Period Ending 10/07/2020

|  | Oct 7, 20 |
|---|---|
| Beginning Balance | 21,439.72 |
| Cleared Transactions | |
| Deposits and Credits - 2 items | 2,171.77 |
| Total Cleared Transactions | 2,171.77 |
| Cleared Balance | **23,611.49** |
| Register Balance as of 10/07/2020 | 23,611.49 |
| Ending Balance | 23,611.49 |

2:30 PM

10/19/20

**Joseph M. Thomas**

## Reconciliation Detail

**10002 · PNC Bank - Money Market Acct., Period Ending 10/07/2020**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 21,439.72 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 09/23/2020 | | | X | 2,171.60 | 2,171.60 |
| Deposit | 10/07/2020 | | | X | 0.17 | 2,171.77 |
| Total Deposits and Credits | | | | | 2,171.77 | 2,171.77 |
| Total Cleared Transactions | | | | | 2,171.77 | 2,171.77 |
| Cleared Balance | | | | | 2,171.77 | 23,611.49 |
| Register Balance as of 10/07/2020 | | | | | 2,171.77 | 23,611.49 |
| **Ending Balance** | | | | | **2,171.77** | **23,611.49** |

Joseph M. Thomas

10/19/2020 2:30 PM

Register: J0002 · PNC Bank - Money Market Acct.

From 09/01/2020 through 09/30/2020

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 09/07/2020 | | | 40950 · Interest Income | Interest | | X | 0.18 | 21,439.72 |
| 09/23/2020 | | | -split- | Deposit | | X | 2,171.60 | 23,611.32 |