IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
| Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
| Movant, | : | DATE AND TIME OF HEARING: |
| | : | November 19, 2020 @ 1:00 p.m. |
| v. | : | |
| | : | RESPONSE DEADLINE: |
| TOWNSHIP OF GREENE, TAX | : | November 9, 2020 |
| COLLECTOR; GREENE TOWNSHIP | : | |
| SEWER AUTHORITY; CHARLES R. | : | RELATED TO DOCUMENT NO. 206 |
| BURGER and MARGARET J. BURGER, | : | |
| their heirs, successors, and assigns; PNC | : | |
| BANK, NATIONAL ASSOCIATION; | : | |
| WELLS FARGO BANK, NATIONAL | : | |
| ASSOCIATION;  UNITED STATES OF | : | |
| AMERICA, INTERNAL REVENUE | : | |
| SERVICE; COMMONWEALTH OF | : | |
| PENNSYLVANIA, DEPT. OF REVENUE; | : | |
| and RICHARD A. MLAKAR and | : | |
| CYNTHIA A. MLAKAR; | : | |
| Respondents. | : | |

**PROOF OF PUBLICATION**

Attached hereto is the Proof of Publication from the Erie Times News.

Respectfully submitted,

THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mkruszewski@quinnfirm.com
Counsel for Debtor, Joseph Martin Thomas

#1402575

PROOF OF PUBLICATION
In
THE ERIE TIMES-NEWS

COMBINATION EDITION

QUINN BUSECK LEEMHUIS TOOHEY
2222 W GRANDVIEW BLVD
ERIE PA   16506-4508

REFERENCE:      130799      416711
In re: Joseph Martin Thomas Chapter

STATE OF PENNSYLVANIA)
COUNTY OF ERIE ) SS:
Lorri Stefanelli, being duly sworn, deposes and says that: (1) he/she is a designated agent of the Times Publishing Company (TPC) to execute Proofs of Publication on behalf of the TPC; (2) the TPC, whose principal place of business is at 205 W. 12th Street, Erie, Pennsylvania, owns and publishes the Erie Times-News, established October 2, 2000, a daily newspaper of general circulation, and published at Erie, Erie County Pennsylvania; (3) the subject notice or advertisement, was published in the regular edition(s) of said newspaper on the date(s) referred to below. Affiant further deposes that he/she is duly authorized by the TPC, owner and publisher of the Erie Times-News, to verify the foregoing statement under oath, and affiant is not interested in the subject matter of the aforesaid notice or advertisement, and that all allegations in the foregoing statement as to time, place and character of publication are true.

PUBLISHED ON: 10/30/20

TOTAL COST: $376.00         AD SPACE: 92 Lines

FILED ON: 10/30/20

Sworn to and subscribed before me this 3rd day of November 2020

Affiant: _Lorri Stefanelli_

NOTARY: _Barbara J Moore_

---

In re: Joseph Martin Thomas Chapter 11 Bankruptcy Case No. 20-10334 TPA
NOTICE OF A NON-EVIDENTIARY HEARING ON MOTION FOR PRIVATE SALE OF REAL PROPERTY FREE AND DIVESTED OF LIENS:
NOTICE IS HEREBY GIVEN THAT the Debtor in the above-referenced Bankruptcy has filed a Motion for Private Sale of Real Property Free and Divested of Liens seeking approval to sell the property located at 9830 Wattsburg Road, Erie, Pennsylvania for the sum of $299,900.00 according to the terms set forth in the Motion. A Zoom Video Conference hearing shall take place on November 19, 2020 at 1:00 p.m. via the Zoom Video Conference Application. To participate in and join a Zoom Hearing, please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's Website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact to Michael P. Kruszewski, Esquire to learn how to make telephonic arrangements. The Court will entertain higher offers at the hearing. A successful bidder must deposit hand money of $5,000.00 at the time of the approval of the sale by the Court, with the balance due to be paid at closing of this sale. Examination of the property can be obtained by contacting the attorney for the Debtor, listed below. Further information regarding this sale may be found on the Court's EASI Website: http://www.pawb.uscourts.gov/easi.htm.
In addition to the complying with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of Court, this advertisement is intended to provide notice to the HEIRS, SUCCESSORS, AND ASSIGNS OF CHARLES R. BURGER AND MARGARET J. BURGER of the anticipated sale of the within described real estate. Any encumbrance that the HEIRS, SUCCESSORS, AND ASSIGNS OF CHARLES R. BURGER AND MARGARET J. BURGER may have on the real estate located at 9830 Wattsburg Road, Erie, Pennsylvania 16509 will be divested upon Order of the Bankruptcy Court.
Attorney for Movant/Applicant
Michael P. Kruszewski, Esquire
Quinn, Buseck, Leemhuis, Toohey, & Kroto, Inc.
2222 West Grandview Blvd.
Erie, Pennsylvania 16506
(814)833-2222
PA ID#91239
(10-416711-NT-30)

_[Notary Seal: Barbara J Moore, Notary Public, March 23, 2024, 114860, Association of Notaries]_