IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
| Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
| Movant, | : | DATE AND TIME OF HEARING: |
| | : | November 19, 2020 @ 1:00 p.m. |
| v. | : | |
| | : | RESPONSE DEADLINE: |
| TOWNSHIP OF GREENE, TAX | : | November 9, 2020 |
| COLLECTOR; GREENE TOWNSHIP | : | |
| SEWER AUTHORITY; CHARLES R. | : | RELATED TO DOCUMENT NO. 206 |
| BURGER and MARGARET J. BURGER, | : | |
| their heirs, successors, and assigns; PNC | : | |
| BANK, NATIONAL ASSOCIATION; | : | |
| WELLS FARGO BANK, NATIONAL | : | |
| ASSOCIATION;  UNITED STATES OF | : | |
| AMERICA, INTERNAL REVENUE | : | |
| SERVICE; COMMONWEALTH OF | : | |
| PENNSYLVANIA, DEPT. OF REVENUE; | : | |
| and RICHARD A. MLAKAR and | : | |
| CYNTHIA A. MLAKAR; | : | |
| Respondents. | : | |

**PROOF OF PUBLICATION**

Attached hereto is the Proof of Publication from the Erie County Legal Journal.

Respectfully submitted,

THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mkruszewski@quinnfirm.com
Counsel for Debtor, Joseph Martin Thomas

#1404206

# *Erie County Legal Journal*
# Proof of Publication of Notice

COMMONWEALTH OF PENNSYLVANIA  } SS:
COUNTY OF ERIE

Before me, the undersigned notary public, this day, personally appeared __Megan E. Anthony__ to me known, who being duly sworn according to law, deposes and states the following:

I am the Managing Editor of the *Erie County Legal Journal*. The *Erie County Legal Journal* is the duly designated legal newspaper for Erie County, Pennsylvania, which legal newspaper was established in 1945 and is published by the Erie County Bar Association, 429 West Sixth Street, Erie, Erie County, Pennsylvania 16507. A copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

**COPY OF NOTICE**

**BANKRUPTCY NOTICE**
In re: Joseph Martin Thomas
Chapter 11 Bankruptcy
Case No. 20-10334 TPA
NOTICE OF A NON-EVIDENTIARY HEARING ON MOTION FOR PRIVATE SALE OF REAL PROPERTY FREE AND DIVESTED OF LIENS:
NOTICE IS HEREBY GIVEN THAT the Debtor in the above-referenced Bankruptcy has filed a **Motion for Private Sale of Real Property Free and Divested of Liens** seeking approval to sell the property located at **9830 Wattsburg Road, Erie, Pennsylvania** for the sum of **$299,900.00** according to the Rules of Court, this advertisement is intended to provide notice to the **HEIRS, SUCCESSORS, AND ASSIGNS OF CHARLES R. BURGER AND MARGARET J. BURGER** of the anticipated sale of the within described real estate. Any encumbrance that the HEIRS, SUCCESSORS, AND ASSIGNS OF CHARLES R. BURGER AND MARGARET J. BURGER may have on the real estate located at 9830 Wattsburg Road, Erie, Pennsylvania 16509 will be divested upon Order of the Bankruptcy Court.
Attorney for Movant/Applicant
Michael P. Kruszewski, Esquire
Quinn, Buseck, Leemhuis, Toohey, & Kroto, Inc.
2222 West Grandview Blvd.
Erie, Pennsylvania 16506
(814) 833-2222
PA ID#91239
Oct. 30

Friday, __October 30__, 20__20__

The affiant further states that he/she is a designated agent of the Erie County Bar Association, the owner of said legal newspaper, that s/he is not interested in the subject matter of the aforesaid notice or advertising, and that all of the allegations of the aforesaid statement as to time, place and character of publication are true.

_____Megan E. Anthony_____, Managing Editor

Sworn to and subscribed before me this __30th__ day of __October__, 20__20__

_____
Notary Public

**MY COMMISSION EXPIRES**

Commonwealth of Pennsylvania – Notary Seal
Nancy R. Theuerkauf, Notary Public
Erie County
My Commission Expires January 29, 2022
Commission Number 1186475