## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Thomas, Joseph Martin

**Case No. 20-10334-TPA**

Reporting Period: _10/1/20 - 10/31/20_

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

**File with Court and submit copy to United States Trustee within 14 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | X | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | X | |
| Debtor Questionnaire | MOR- 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_November 16, 2020_
Date

_____
Signature of Joint Debtor

_____
Date

_Linda Erven_
Signature of Preparer

_11/16/20_
Date

_LINDA ERVEN_
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Thomas, Joseph Martin

Debtor

Case No. 20-10334-TPA

Reporting Period: _10/1/20 - 10/31/20_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 35,633.78 | 59,973.43 |
| **RECEIPTS** | | |
| Wages (Net) | 30,000.00 | 165,000.00 |
| Interest and Dividend Income | .31 | 1.69 |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,171.60 | 13,029.60 |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| **Total Receipts** | 32,171.91 | 178,031.29 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 850.00 | 4,775.00 |
| **Other Secured Note Payments** | | |
| Utilities | 343.80 | 3,906.83 |
| Insurance | 432.84 | 4,935.96 |
| Auto Expense | 832.80 | 16,479.82 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 399.00 | 7,591.50 |
| Medical Expenses | 142.99 | 2,287.62 |
| Household Expenses | 2,660.89 | 10,328.57 |
| Charitable Contributions | | 25.00 |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | 6,598.00 | 88,142.00 |
| Travel and Entertainment | | |
| Gifts | 1,000.00 | 2,600.00 |
| Other (attach schedule) | 660.64 | 3,987.46 |
| Total Ordinary Disbursements | 13,920.96 | 145,061.66 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 3,383.33 |
| U. S. Trustee Fees | 975.00 | 1,625.00 |
| Other Reorganization Expenses (attach schedule) | 5,000.00 | 40,025.00 |
| Total Reorganization Items | 5,975.00 | 45,033.33 |
| **Total Disbursements (Ordinary + Reorganization)** | 19,895.96 | 190,094.99 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 12,275.95 | (12,063.70) |
| **Cash - End of Month (Must equal reconciled bank statement)** | 47,909.73 | 47,909.73 |

FORM MOR-1(INDV)
(9/99)

Thomas, Joseph Martin

Debtor

**Case No. 20-10334-TPA**

Reporting Period: _10/1/20 - 10/31/20_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| FEDERAL INCOME TAX | | 61,488.00 |
| STATE AND LOCAL INCOME TAXES | 1,485.00 | 11,328.00 |
| LOCAL SERVICES TAX | 13.00 | 26.00 |
| FEDERAL INCOME TAX (PRE-PETITION DEBT) | 4,600.00 | 13,800.00 |
| STATE INCOME TAX (PRE-PETITION DEBT) | 500.00 | 1,500.00 |
| | | |
| **Other Ordinary Disbursements** | | |
| SUBSCRIPTIONS (NEWSPAPERS/SIRIUS) | 235.97 | 1,994.30 |
| CHECK PRINTING FEES | 59.28 | 156.20 |
| BOOKS/DOWNLOADS | 115.39 | 685.96 |
| FLORIST | | 901.00 |
| DONATION (NON-CHARITABLE) | 250.00 | 250.00 |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| ESCROW - QUINN LAW FIRM | 5,000.00 | 40,000.00 |
| CREDIT COUNSELING FEES | | 25.00 |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Thomas, Joseph Martin

Debtor

Case No. 20-10334-TPA

Reporting Period: _10/1/20 - 10/31/20_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 8,784.00 | 8,784.00 | | | | 17,568.00 |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | 8,784.00 | 8,784.00 | | | | 17,568.00 |
| **State and Local** | | | | | | |
| Withholding | 1,485.00 | 1,416.00 | 1,485.00 | 10/28/20 | 104 | 1,416.00 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | 1,485.00 | 1,416.00 | 1,485.00 | | | 1,416.00 |
| **Total Taxes** | 10,269.00 | 10,200.00 | 1,485.00 | | | 18,984.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | N/A | | | | | N/A |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | N/A | | | | | N/A |

Explain how and when the Debtor intends to pay any past-due postpetition debts.
_FROM ONGOING INCOME WHEN RECEIVED TWICE EACH MONTH_

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Thomas, Joseph Martin

Debtor

Case No. **20-10334-TPA**

Reporting Period: _10/1/20 - 10/31/20_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | N/A |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | N/A |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below.  *AS PROVIDED TO U S TRUSTEE* | X | |

FORM MOR-5
(9/99)

# Standard Checking Statement

PNC Private Banking

**PNC BANK**

**For the period 10/06/2020 to 11/04/2020**

002022
JOSEPH THOMAS MD  CASE# 20-10334        000004165    UZ
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

Primary account number ████ 3191
Page 1 of 3
Number of enclosures: 0

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

Inquiries? Call PNC Private Banking 1-888-762-6226
For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-762-6226

Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## REPORTING NEGATIVE INFORMATION TO CREDIT BUREAUS; DISPUTING REPORTED INFORMATION

We may report information regarding your Account to credit bureaus. If the Account is jointly held, we may also report information to credit bureaus about any joint owner(s). Negative information, including closing of the Account with an overdrawn balance owed or other defaults on the Account, may be reflected in each joint owner's credit report. If you believe that the information that PNC Bank is furnishing to ChexSystems or Early Warning Services is inaccurate or incomplete, and you wish to dispute the reported information, you may dispute directly to PNC Bank and/or to ChexSystems or Early Warning Services, as applicable, however, the dispute must be in writing and sent by mail or fax as follows:

> PNC Bank, P.O. Box 99685, Pittsburgh, PA 15233 (Please note this is a new P.O. Box number)

> Chex Systems, Inc., 7805 Hudson Road, Suite 100, Woodbury, MN 55125, or faxing 602-659-2197.
> Early Warning Services, LLC Attn: Consumer Services, 16552 North 90th Street Suite 100, Scottsdale, AZ, 85260 or faxing it to: 480-656-6850.

Your correspondence should include the following information:
> Your name, address and Social Security number
> Your account number
> The information being reported that you believe is inaccurate or incomplete
> Any supporting documents, such as account statements, letters, etc.
> A copy of the ChexSystems or Early Warning Services report, if available

## Standard Checking Account Summary

JOSEPH THOMAS MD  CASE# 20-10334
DEBTOR IN POSSESSION

**Account number:** ████ 3191

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 15,369.00 | 5,100.00 | .00 | 20,469.00 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 18,259.00 | .00 |



# Standard Checking Statement

🖥 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 10/06/2020 to 11/04/2020**
JOSEPH THOMAS MD  CASE# 20-10334
Primary account number ████ 3191
Page 2 of 3

Account number: ████ 3191 - continued

## Activity Detail

## Deposits and Other Additions

There was 1 Deposit or Other Addition
totaling **$5,100.00**.

| Date | Amount | Description |
|------|--------|-------------|
| 10/19 | 5,100.00 | Online Transfer From ████ |

## Daily Balance Detail

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 10/06 | 15,369.00 | 10/19 | 20,469.00 |

 **PNC BANK**

## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

**Compare:** The activity detail section of your statement to your account register.

**Check Off:** All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.)

**Add to Your Account Register Balance:** Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register.

**Subtract From Your Account Register Balance:** Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register.

### Update Your Statement Information

**Step 1:** Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total A** |  |

**Step 2:** Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total B** |  |

**Step 3:**

Enter the ending balance recorded on your statement    $ _____

Add deposits and other additions not recorded    Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded    Total B - $ _____

The result should equal your account register balance    = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC        Equal Housing Lender       

COLR501A 1116 5808 127 07 20201105 PG 2 OF 2 00004165   37823235.2   0-0

# Performance Select Statement

PNC Private Banking

⟁ PNC BANK

Primary account number: ████ 6352
Page 1 of 7
Number of enclosures: 0

**For the period 10/08/2020 to 11/06/2020**

000009                           000006074   U2
JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

☎ Inquiries? Call PNC Private Banking 1-888-762-6226
For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday:  8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?**  Please contact us at 1-888-762-6226

✉ Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

0-0

---

## IMPORTANT INFORMATION REGARDING IDENTITY THEFT REIMBURSEMENT INSURANCE

**Effective December 31, 2020:** Identity Theft Reimbursement Insurance coverage will no longer be included with your PNC Bank account. If you have any questions regarding this change, please call us at the Customer Service Number listed above. All Identity Theft Reimbursement loss events must take place on or prior to December 31, 2020 and claims must be filed within six months on or before June 30, 2021.

## REPORTING NEGATIVE INFORMATION TO CREDIT BUREAUS; DISPUTING REPORTED INFORMATION

We may report information regarding your Account to credit bureaus. If the Account is jointly held, we may also report information to credit bureaus about any joint owner(s). Negative information, including closing of the Account with an overdrawn balance owed or other defaults on the Account, may be reflected in each joint owner's credit report. If you believe that the information that PNC Bank is furnishing to ChexSystems or Early Warning Services is inaccurate or incomplete, and you wish to dispute the reported information, you may dispute directly to PNC Bank and/or to ChexSystems or Early Warning Services, as applicable, however, the dispute must be in writing and sent by mail or fax as follows:

> PNC Bank, P.O. Box 99685, Pittsburgh, PA 15233 (Please note this is a new P.O. Box number)

> Chex Systems, Inc., 7805 Hudson Road, Suite 100, Woodbury, MN 55125, or faxing 602-659-2197.
> Early Warning Services, LLC Attn: Consumer Services, 16552 North 90th Street Suite 100, Scottsdale, AZ, 85260 or faxing it to: 480-656-6850.

Your correspondence should include the following information:
> Your name, address and Social Security number
> Your account number
> The information being reported that you believe is inaccurate or incomplete
> Any supporting documents, such as account statements, letters, etc.
> A copy of the ChexSystems or Early Warning Services report, if available



# Performance Select Statement

🖥 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

For the period 10/08/2020 to 11/06/2020
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ▓▓▓6352
Page 2 of 7

## Performance Select
## Interest Checking Account Summary

Account number: ▓▓▓6352

JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 18,102.01 | 30,000.15 | 23,583.60 | 24,518.56 |
| | | Average monthly balance | Charges and fees |
| | | 18,705.83 | 59.28 |

## Transaction Summary

| Checks paid/ withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 22 | 6 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 5 | 5 | 0 |

## Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 30 | 18,705.83 | .15 |

As of 11/06, a total of **$1.20** in interest was paid this year.

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | 36.00 |

## Activity Detail

## Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 10/16 | 15,000.00 | Deposit Reference No. 030958212 |
| 11/04 | 15,000.00 | Deposit Reference No. 031025756 |
| 11/06 | .15 | Interest Payment |

There were 3 Deposits and Other Additions totaling **$30,000.15**.

## Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|
| 3755 | 4,600.00 | 11/04 | 070750042 | 3784 | 99.00 | 10/16 | 075179493 |
| 3763 * | 200.00 | 10/13 | 070909094 | 3787 * | 140.00 | 10/16 | 074472370 |
| 3772 * | 832.80 | 10/13 | 077376470 | 3789 * | 5,000.00 | 10/20 | 070775395 |
| 3776 * | 160.00 | 10/09 | 076370121 | 3791 * | 500.00 | 11/03 | 076668317 |
| 3777 | 250.00 | 10/08 | 074793847 | 3792 | 200.00 | 10/19 | 077528707 |
| 3778 | 1,000.00 | 10/13 | 071192883 | 3793 | 130.00 | 10/27 | 077888988 |
| 3779 | 150.00 | 10/09 | 076365908 | 3794 | 96.00 | 10/26 | 076363214 |
| 3780 | 180.00 | 10/13 | 071241439 | 3798 * | 200.00 | 10/26 | 076797364 |
| 3781 | 250.00 | 10/13 | 071241438 | 3799 | 82.50 | 11/02 | 074456275 |
| 3782 | 150.34 | 10/15 | 073032086 | 3801 * | 86.00 | 10/30 | 073447359 |
| 3783 | 200.00 | 10/19 | 076271333 | 3802 | 200.00 | 11/03 | 076885129 |

* Gap in check sequence

There were 22 checks listed totaling **$14,706.64**.

# Performance Select Statement

<span style="float:right">⊘ PNC BANK</span>

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 10/08/2020 to 11/06/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ███████6352
Page 3 of 7

Account number: ███████6352 - continued

## Banking/Debit Card Withdrawals and Purchases

There were 5 Banking Machine withdrawals totaling **$2,000.00**.

There were 6 other Banking Machine/Debit Card deductions totaling **$177.40**.

| Date | Amount | Description |
|---|---|---|
| 10/09 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 10/13 | 6.34 | 1794 Recurring Debit Card Apple.Com/Bill |
| 10/13 | 149.97 | 1794 Recurring Debit Card D J*Wall-St-Journal |
| 10/16 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 10/19 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 10/22 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 10/23 | .99 | 1794 Recurring Debit Card Apple.Com/Bill |
| 10/23 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 10/30 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 11/02 | 13.76 | 1794 Recurring Debit Card Apple.Com/Bill |
| 11/06 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |

## Online and Electronic Banking Deductions

There were 12 Online or Electronic Banking Deductions totaling **$6,640.28**.

| Date | Amount | Description |
|---|---|---|
| 10/08 | 14.91 | Payment,E-Check Checkpaymt Natfuel Box 4103 3773 |
| 10/08 | 16.40 | Payment,E-Check Checkpaymt Natfuel Box 4103 3774 |
| 10/09 | 45.58 | Payment,E-Check Check Pymt Penelec 3775 |
| 10/19 | 89.63 | Payment,E-Check Check Pymt Penelec 3785 |
| 10/19 | 48.19 | Payment,E-Check Check Pymt Penelec 3786 |
| 10/19 | 5,100.00 | Online Transfer To ██████████ |
| 10/23 | 33.09 | Payment,E-Check Checkpaymt Natfuel Box 4103 3795 |
| 10/26 | 215.79 | Payment,E-Check Check Pymt Charter Midwest 3796 |
| 10/28 | 975.00 | Web Pmt Single - Payment Quarterly Fee 6O4717Ombo1 |
| 11/05 | 32.97 | Payment,E-Check Checkpaymt Natfuel Box 4103 3805 |
| 11/05 | 26.19 | Payment,E-Check Checkpaymt Natfuel Box 4103 3806 |
| 11/06 | 42.53 | Payment,E-Check Check Pymt Penelec 3807 |

## Other Deductions

There was 1 Other Deduction totaling **$59.28**.

| Date | Amount | Description |
|---|---|---|
| 10/22 | 59.28 | Check Printing Fee |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 10/08 | 17,820.70 | 10/19 | 23,015.68 | 10/27 | 16,877.36 | 11/04 | 25,020.10 |
| 10/09 | 17,065.12 | 10/20 | 18,015.68 | 10/28 | 15,902.36 | 11/05 | 24,960.94 |
| 10/13 | 14,446.01 | 10/22 | 17,953.23 | 10/30 | 15,416.36 | 11/06 | 24,518.56 |
| 10/15 | 14,295.67 | 10/23 | 17,519.15 | 11/02 | 15,320.10 | | |
| 10/16 | 28,656.67 | 10/26 | 17,007.36 | 11/03 | 14,620.10 | | |

0–0    37843288.2    0006074    37843288.2    0006074    COLR5D1A 1116 5008 127 07 20201107 PG 2 OF 4 00006074



# Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

For the period 10/08/2020 to 11/06/2020
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ⬛⬛⬛6352
Page 4 of 7

## Check Images





| 3755 | $4,600.00 | 11/04/2020 |
| 3763 | $200.00 | 10/13/2020 |
| 3772 | $832.80 | 10/13/2020 |
| 3776 | $160.00 | 10/09/2020 |
| 3777 | $250.00 | 10/08/2020 |
| 3778 | $1,000.00 | 10/13/2020 |
| 3779 | $150.00 | 10/09/2020 |
| 3780 | $180.00 | 10/13/2020 |
| 3781 | $250.00 | 10/13/2020 |
| 3782 | $150.34 | 10/15/2020 |

Check Images continued on next page

# Performance Select Statement

**PNC BANK**

📇 For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 10/08/2020 to 11/06/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ███████6352
Page 5 of 7

## Check Images - *continued*



| 3783 | $200.00 | 10/19/2020 |
|---|---|---|

Pay to the Order of: HIGHMARK BLUE SHIELD — $ 200.00
TWO HUNDRED AND 00/100 Dollars



| 3784 | $99.00 | 10/16/2020 |
|---|---|---|

Pay to the Order of: J.J. AGNELLO HEATING + AIR CONDITIONING INC — $ 99.00
NINETY-NINE AND 00/100 Dollars

| 3787 | $140.00 | 10/16/2020 |
|---|---|---|

Pay to the Order of: RONALD ALLEN — $ 140.00
ONE HUNDRED FORTY AND 00/100 Dollars
For: SEPT MOWING

| 3789 | $5,000.00 | 10/20/2020 |
|---|---|---|

Pay to the Order of: QUINN LAW FIRM — $ 5,000.00
FIVE THOUSAND AND 00/100 Dollars
ESCROW

| 3791 | $500.00 | 11/03/2020 |
|---|---|---|

Pay to the Order of: PA DEPARTMENT OF REVENUE — $ 500.00
FIVE HUNDRED AND 00/100 Dollars



| 3792 | $200.00 | 10/19/2020 |
|---|---|---|

Pay to the Order of: Ms Mary Paolello — $ 200.00
Two Hundred and

| 3793 | $130.00 | 10/27/2020 |
|---|---|---|

Pay to the Order of: DAVID J. DEMARCO, DMD — $ 130.00
ONE HUNDRED THIRTY AND 00/100 Dollars



| 3794 | $96.00 | 10/26/2020 |
|---|---|---|

Pay to the Order of: ERIE WATER WORKS — $ 96.00
NINETY-SIX AND 00/100 Dollars

| 3798 | $200.00 | 10/26/2020 |
|---|---|---|

Pay to the Order of: Ms Mary Paolello — $ 200.00
Two Hundred and

| 3799 | $82.50 | 11/02/2020 |
|---|---|---|

Pay to the Order of: EXPRESS SCRIPTS MEDICARE — $ 82.50
EIGHTY-TWO AND 50/100 Dollars

Check Images continued on next page



# Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

For the period 10/08/2020 to 11/06/2020
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ████6352
Page 6 of 7

## Check Images - *continued*



3801          $86.00          10/30/2020



3802          $200.00          11/03/2020

With PNC Online Banking, you can view, print and save up to the most recent 90 days of your canceled checks - front and back - FREE of charge. Please contact us for additional options.



## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
- you have any questions regarding your account(s);
- your name or address is incorrect;
- you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account
## Update Your Account Register

**Compare:** The activity detail section of your statement to your account register.

**Check Off:** All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.)

**Add to Your Account Register Balance:** Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register.

**Subtract From Your Account Register Balance:** Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register.

## Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**
Enter the ending balance recorded on your statement           $ _____
Add deposits and other additions not recorded       Total A + $ _____

Subtotal= $ _____
Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance       = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number (if any).
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC

 Equal Housing Lender



# Performance Select Statement

PNC Private Banking

**⊘ PNC BANK**

Primary account number: ■■■■6807
Page 1 of 3
Number of enclosures: 0

**For the period 10/08/2020 to 11/06/2020**

001894                              000006081   UZ
JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

▭ For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.

☎ Inquiries? Call PNC Private Banking 1-888-762-6226
For Customers who are Deaf or Hard of Hearing

▭ TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-762-6226

✉ Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

▭ Visit us at PNC.com

0-0

3781542B8.2   37842888.2   COLPDSIA 1116 5008 127 07 20201107 PG 1 OF 2 00006081

## REPORTING NEGATIVE INFORMATION TO CREDIT BUREAUS; DISPUTING REPORTED INFORMATION

We may report information regarding your Account to credit bureaus. If the Account is jointly held, we may also report information to credit bureaus about any joint owner(s). Negative information, including closing of the Account with an overdrawn balance owed or other defaults on the Account, may be reflected in each joint owner's credit report. If you believe that the information that PNC Bank is furnishing to ChexSystems or Early Warning Services is inaccurate or incomplete, and you wish to dispute the reported information, you may dispute directly to PNC Bank and/or to ChexSystems or Early Warning Services, as applicable, however, the dispute must be in writing and sent by mail or fax as follows:

> PNC Bank, P.O. Box 99685, Pittsburgh, PA 15233 (Please note this is a new P.O. Box number)

> Chex Systems, Inc., 7805 Hudson Road, Suite 100, Woodbury, MN 55125, or faxing 602-659-2197.
> Early Warning Services, LLC Attn: Consumer Services, 16552 North 90th Street Suite 100, Scottsdale, AZ, 85260 or faxing it to: 480-656-6850.

Your correspondence should include the following information:
> Your name, address and Social Security number
> Your account number
> The information being reported that you believe is inaccurate or incomplete
> Any supporting documents, such as account statements, letters, etc.
> A copy of the ChexSystems or Early Warning Services report, if available

## Performance Select
## Premium Money Market Account Summary
Account number: ■■■■6807

JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 23,611.49 | 2,171.80 | .00 | 25,783.29 |

| | Average monthly balance | Charges and fees |
|---|---|---|
| | 24,335.36 | .00 |



# Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 10/08/2020 to 11/06/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ████6807
Page 2 of 3

Account number: ████6807 - continued

## Interest Summary

As of 11/06, a total of **$1.76** in interest was paid this year.

| | Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|---|
| | 0.01% | 30 | 24,335.36 | .20 |

## Activity Detail

### Deposits and Other Additions

There were 2 Deposits and Other Additions totaling **$2,171.80**.

| Date | Amount | Description |
|---|---|---|
| 10/28 | 2,171.60 | Direct Deposit - Xxsoc Sec |
| | | SSA Treas ████████ |
| 11/06 | .20 | Interest Payment |

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/08 | 23,611.49 | 10/28 | 25,783.09 | 11/06 | 25,783.29 |

⊘ **PNC BANK**

## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records.  Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

---

## Balancing Your Account

### Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement.  Remember to begin with the ending date of your last statement.  (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

## Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement                    $ _____

Add deposits and other additions not recorded        Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance        = $ _____

---

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

---

Member FDIC            Equal Housing Lender

2:13 PM

11/16/20

**Joseph M. Thomas**

## Reconciliation Summary

**10003 · PNC Checking (Escrow) -3191, Period Ending 11/04/2020**

|  | Nov 4, 20 |
|---|---|
| Beginning Balance | 15,369.00 |
|    Cleared Transactions | |
|       Deposits and Credits - 1 item | 5,100.00 |
|     Total Cleared Transactions | 5,100.00 |
| **Cleared Balance** | **20,469.00** |
|    Uncleared Transactions | |
|       Checks and Payments - 1 item | -1,485.00 |
|     Total Uncleared Transactions | -1,485.00 |
| **Register Balance as of 11/04/2020** | **18,984.00** |
|    New Transactions | |
|       Deposits and Credits - 1 item | 5,100.00 |
|     Total New Transactions | 5,100.00 |
| **Ending Balance** | **24,084.00** |

2:13 PM

11/16/20

**Joseph M. Thomas**

## Reconciliation Detail

**10003 · PNC Checking (Escrow) -3191, Period Ending 11/04/2020**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 15,369.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 10/19/2020 | 0 | Joseph M. Thomas | X | 5,100.00 | 5,100.00 |
| Total Deposits and Credits | | | | | 5,100.00 | 5,100.00 |
| Total Cleared Transactions | | | | | 5,100.00 | 5,100.00 |
| Cleared Balance | | | | | 5,100.00 | 20,469.00 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 10/28/2020 | 104 | HAB-EIT | | -1,485.00 | -1,485.00 |
| Total Checks and Payments | | | | | -1,485.00 | -1,485.00 |
| Total Uncleared Transactions | | | | | -1,485.00 | -1,485.00 |
| Register Balance as of 11/04/2020 | | | | | 3,615.00 | 18,984.00 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 11/09/2020 | 0 | Joseph M. Thomas | | 5,100.00 | 5,100.00 |
| Total Deposits and Credits | | | | | 5,100.00 | 5,100.00 |
| Total New Transactions | | | | | 5,100.00 | 5,100.00 |
| **Ending Balance** | | | | | **8,715.00** | **24,084.00** |

Joseph M. Thomas

11/16/2020 2:14 PM

Register: 10003 · PNC Checking (Escrow) -3191

From 10/01/2020 through 10/31/2020

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 10/05/2020 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 5,100.00 | 15,369.00 |
| 10/19/2020 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 5,100.00 | 20,469.00 |
| 10/28/2020 | 104 | HAB-EIT | 99923 · Local Income ... | 2020 Estimated... | 1,485.00 | | | 18,984.00 |

2:30 PM

11/16/20

# Joseph M. Thomas
## Reconciliation Summary
### 10001 · PNC Checking -6352, Period Ending 11/06/2020

|  | Nov 6, 20 |
|---|---|
| Beginning Balance | 18,102.01 |
| Cleared Transactions |  |
| Checks and Payments - 46 items | -23,583.60 |
| Deposits and Credits - 3 items | 30,000.15 |
| **Total Cleared Transactions** | 6,416.55 |
| **Cleared Balance** | 24,518.56 |
| Uncleared Transactions |  |
| Checks and Payments - 9 items | -8,162.16 |
| **Total Uncleared Transactions** | -8,162.16 |
| **Register Balance as of 11/06/2020** | 16,356.40 |
| New Transactions |  |
| Checks and Payments - 16 items | -14,319.10 |
| Deposits and Credits - 2 items | 1,009.00 |
| **Total New Transactions** | -13,310.10 |
| **Ending Balance** | 3,046.30 |

Page 1

2:30 PM

11/16/20

# Joseph M. Thomas
## Reconciliation Detail
### 10001 · PNC Checking -6352, Period Ending 11/06/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 18,102.01 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 46 items** | | | | | | |
| Check | 09/15/2020 | 3755 | U.S. Department of t... | X | -4,600.00 | -4,600.00 |
| Check | 09/28/2020 | 3764 | Mary Paolella | X | -200.00 | -4,800.00 |
| Bill Pmt -Check | 10/05/2020 | 3772 | Ally | X | -832.80 | -5,632.80 |
| Check | 10/05/2020 | 3777 | Committee to Elect ... | X | -250.00 | -5,882.80 |
| Bill Pmt -Check | 10/05/2020 | 3776 | Thomas Kovach dba... | X | -160.00 | -6,042.80 |
| Bill Pmt -Check | 10/05/2020 | 3775 | Penelec - 9830 Barn | X | -45.58 | -6,088.38 |
| Bill Pmt -Check | 10/05/2020 | 3774 | National Fuel 84389... | X | -16.40 | -6,104.78 |
| Bill Pmt -Check | 10/05/2020 | 3773 | National Fuel 78952... | X | -14.91 | -6,119.69 |
| Check | 10/09/2020 | DEBIT | Joseph M. Thomas | X | -400.00 | -6,519.69 |
| Check | 10/09/2020 | 3779 | Mary Paolella | X | -150.00 | -6,669.69 |
| Check | 10/10/2020 | 3778 | Mr. & Mrs. Aaron Muir | X | -1,000.00 | -7,669.69 |
| Check | 10/10/2020 | DEBIT | Apple.com | X | -6.34 | -7,676.03 |
| Check | 10/12/2020 | 3781 | Mary Paolella | X | -250.00 | -7,926.03 |
| Bill Pmt -Check | 10/12/2020 | 3783 | Highmark Blue Cros... | X | -200.00 | -8,126.03 |
| Check | 10/12/2020 | 3780 | Mary Paolella | X | -180.00 | -8,306.03 |
| Bill Pmt -Check | 10/12/2020 | 3782 | Erie Insurance Group | X | -150.34 | -8,456.37 |
| Check | 10/12/2020 | DEBIT | Wall Street Journal -... | X | -149.97 | -8,606.34 |
| Bill Pmt -Check | 10/12/2020 | 3787 | Ronald Allen | X | -140.00 | -8,746.34 |
| Bill Pmt -Check | 10/12/2020 | 3784 | J. J. Agnello Heating... | X | -99.00 | -8,845.34 |
| Bill Pmt -Check | 10/12/2020 | 3785 | Penelec- South Shore | X | -89.63 | -8,934.97 |
| Bill Pmt -Check | 10/12/2020 | 3786 | Penelec - 9830 | X | -48.19 | -8,983.16 |
| Check | 10/15/2020 | 3789 | Quinn Law Firm | X | -5,000.00 | -13,983.16 |
| Check | 10/16/2020 | 3791 | PA Department of R... | X | -500.00 | -14,483.16 |
| Check | 10/16/2020 | DEBIT | Joseph M. Thomas | X | -400.00 | -14,883.16 |
| Check | 10/18/2020 | 3792 | Mary Paolella | X | -200.00 | -15,083.16 |
| Check | 10/18/2020 | DEBIT | Apple.com | X | -3.17 | -15,086.33 |
| Check | 10/19/2020 | 0 | Joseph M. Thomas | X | -5,100.00 | -20,186.33 |
| Bill Pmt -Check | 10/19/2020 | 3796 | Spectrum | X | -215.79 | -20,402.12 |
| Bill Pmt -Check | 10/19/2020 | 3793 | David J. DeMarco, D... | X | -130.00 | -20,532.12 |
| Bill Pmt -Check | 10/19/2020 | 3794 | Erie Water Works | X | -96.00 | -20,628.12 |
| Bill Pmt -Check | 10/19/2020 | 3795 | National Fuel Gas-SS | X | -33.09 | -20,661.21 |
| Check | 10/22/2020 | 0 | PNC BANK | X | -59.28 | -20,720.49 |
| Check | 10/22/2020 | DEBIT | Apple.com | X | -3.17 | -20,723.66 |
| Check | 10/23/2020 | DEBIT | Joseph M. Thomas | X | -400.00 | -21,123.66 |
| Check | 10/23/2020 | DEBIT | Apple.com | X | -0.99 | -21,124.65 |
| Check | 10/26/2020 | 3798 | Mary Paolella | X | -200.00 | -21,324.65 |
| Bill Pmt -Check | 10/27/2020 | 3801 | The New York Times | X | -86.00 | -21,410.65 |
| Bill Pmt -Check | 10/27/2020 | 3799 | Express Scripts Med... | X | -82.50 | -21,493.15 |
| Bill Pmt -Check | 10/28/2020 | ACH | U.S. Trustee Payme... | X | -975.00 | -22,468.15 |
| Check | 10/30/2020 | DEBIT | Joseph M. Thomas | X | -400.00 | -22,868.15 |
| Check | 11/01/2020 | DEBIT | Apple.com | X | -13.76 | -22,881.91 |
| Check | 11/02/2020 | 3802 | Mary Paolella | X | -200.00 | -23,081.91 |
| Bill Pmt -Check | 11/02/2020 | 3807 | Penelec - 9830 Barn | X | -42.53 | -23,124.44 |
| Bill Pmt -Check | 11/02/2020 | 3805 | National Fuel 78952... | X | -32.97 | -23,157.41 |
| Bill Pmt -Check | 11/02/2020 | 3806 | National Fuel 84389... | X | -26.19 | -23,183.60 |
| Check | 11/06/2020 | DEBIT | Joseph M. Thomas | X | -400.00 | -23,583.60 |
| | | | **Total Checks and Payments** | | -23,583.60 | -23,583.60 |
| | **Deposits and Credits - 3 items** | | | | | |
| Deposit | 10/15/2020 | | | X | 15,000.00 | 15,000.00 |
| Deposit | 11/02/2020 | | | X | 15,000.00 | 30,000.00 |
| Deposit | 11/06/2020 | | | X | 0.15 | 30,000.15 |
| | | | **Total Deposits and Credits** | | 30,000.15 | 30,000.15 |
| | | | **Total Cleared Transactions** | | 6,416.55 | 6,416.55 |
| **Cleared Balance** | | | | | 6,416.55 | 24,518.56 |

Joseph M. Thomas

## Reconciliation Detail

**10001 · PNC Checking -6352, Period Ending 11/06/2020**

2:30 PM

11/16/20

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 9 items** | | | | | | |
| Check | 04/27/2020 | 3552 | PA Department of R... | | -2,429.28 | -2,429.28 |
| Check | 09/21/2020 | 3761 | Linda Erven | | -20.85 | -2,450.13 |
| Check | 10/12/2020 | 3788 | Lisa Wood | | -12.99 | -2,463.12 |
| Check | 10/16/2020 | 3790 | U.S. Department of t... | | -4,600.00 | -7,063.12 |
| Check | 10/19/2020 | 3797 | Linda Erven | | -15.10 | -7,078.22 |
| Bill Pmt -Check | 10/27/2020 | 3800 | HAB-LST | | -13.00 | -7,091.22 |
| Bill Pmt -Check | 11/02/2020 | 3804 | Ally | | -832.80 | -7,924.02 |
| Check | 11/02/2020 | 3803 | Lisa Wood | | -200.00 | -8,124.02 |
| Check | 11/06/2020 | DEBIT | Apple.com | | -38.14 | -8,162.16 |
| Total Checks and Payments | | | | | -8,162.16 | -8,162.16 |
| Total Uncleared Transactions | | | | | -8,162.16 | -8,162.16 |
| Register Balance as of 11/06/2020 | | | | | -1,745.61 | 16,356.40 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 16 items** | | | | | | |
| Check | 11/08/2020 | 3809 | Wegmans | | -512.40 | -512.40 |
| Check | 11/09/2020 | 0 | Joseph M. Thomas | | -5,100.00 | -5,612.40 |
| Check | 11/09/2020 | 3817 | Quinn Law Firm | | -5,000.00 | -10,612.40 |
| Check | 11/09/2020 | 3810 | Champion Ford | | -2,053.18 | -12,665.58 |
| Bill Pmt -Check | 11/09/2020 | 3813 | David J. DeMarco, D... | | -251.00 | -12,916.58 |
| Bill Pmt -Check | 11/09/2020 | 3814 | Highmark Blue Cros... | | -200.00 | -13,116.58 |
| Check | 11/09/2020 | 3812 | Ivan Prisyazhnyuk | | -125.00 | -13,241.58 |
| Check | 11/09/2020 | 3811 | Butch Froehlich | | -125.00 | -13,366.58 |
| Bill Pmt -Check | 11/09/2020 | 3815 | Penelec- South Shore | | -60.98 | -13,427.56 |
| Bill Pmt -Check | 11/09/2020 | 3816 | Penelec - 9830 | | -55.01 | -13,482.57 |
| Check | 11/09/2020 | DEBIT | New York State Dep... | | -9.00 | -13,491.57 |
| Check | 11/10/2020 | 3808 | Mary Paolella | | -200.00 | -13,691.57 |
| Check | 11/12/2020 | DEBIT | Apple.com | | -3.17 | -13,694.74 |
| Check | 11/13/2020 | DEBIT | Joseph M. Thomas | | -400.00 | -14,094.74 |
| Check | 11/13/2020 | DEBIT | Apple.com | | -24.36 | -14,119.10 |
| Check | 11/16/2020 | 3818 | Mary Paolella | | -200.00 | -14,319.10 |
| Total Checks and Payments | | | | | -14,319.10 | -14,319.10 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 11/09/2020 | | | | 9.00 | 9.00 |
| Deposit | 11/09/2020 | | | | 1,000.00 | 1,009.00 |
| Total Deposits and Credits | | | | | 1,009.00 | 1,009.00 |
| Total New Transactions | | | | | -13,310.10 | -13,310.10 |
| **Ending Balance** | | | | | **-15,055.71** | **3,046.30** |

Joseph M. Thomas

11/16/2020 2:31 PM

Register: 10001 · PNC Checking -6352

From 10/01/2020 through 10/31/2020

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 10/01/2020 | | | 40999 · Batch Income | Deposit | | X | 15,000.00 | 16,753.46 |
| 10/01/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 500.00 | X | | 16,253.46 |
| 10/02/2020 | DEBIT | Barnes & Nobles | 60125 · Books/etc. | Book | 37.10 | X | | 16,216.36 |
| 10/03/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 29.65 | X | | 16,186.71 |
| 10/05/2020 | 0 | Joseph M. Thomas | 10003 · PNC Checking... | Transfer to Tax... | 5,100.00 | X | | 11,086.71 |
| 10/05/2020 | 3772 | Ally | 2000 · Accounts Payable | Acct. #628924... | 832.80 | X | | 10,253.91 |
| 10/05/2020 | 3773 | National Fuel 78952... | 2000 · Accounts Payable | Acct. #789522... | 14.91 | X | | 10,239.00 |
| 10/05/2020 | 3774 | National Fuel 84389... | 2000 · Accounts Payable | Acct. #843899... | 16.40 | X | | 10,222.60 |
| 10/05/2020 | 3775 | Penelec - 9830 Barn | 2000 · Accounts Payable | 100 132 779 44... | 45.58 | X | | 10,177.02 |
| 10/05/2020 | 3776 | Thomas Kovach dba ... | 2000 · Accounts Payable | Inv. #21624 - ... | 160.00 | X | | 10,017.02 |
| 10/05/2020 | 3777 | Committee to Elect ... | 60382 · Contributions | Contribution | 250.00 | X | | 9,767.02 |
| 10/07/2020 | | | 40950 · Interest Income | Interest | | X | 0.14 | 9,767.16 |
| 10/07/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 34.97 | X | | 9,732.19 |
| 10/07/2020 | 3771 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 9,532.19 |
| 10/09/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 9,132.19 |
| 10/09/2020 | 3779 | Mary Paolella | 99620 · Miscellaneous ... | Household Exp... | 150.00 | X | | 8,982.19 |
| 10/10/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 6.34 | X | | 8,975.85 |
| 10/10/2020 | 3778 | Mr. & Mrs. Aaron M... | 64025 · Jewelry/Gifts | Wedding Gift | 1,000.00 | X | | 7,975.85 |
| 10/12/2020 | DEBIT | Wall Street Journal - ... | 60800 · Dues & Subscr... | Wall Street Jou... | 149.97 | X | | 7,825.88 |
| 10/12/2020 | 3780 | Mary Paolella | 99620 · Miscellaneous ... | Household Exp... | 180.00 | X | | 7,645.88 |
| 10/12/2020 | 3781 | Mary Paolella | 65705 · Rent Expense | Rent | 250.00 | X | | 7,395.88 |
| 10/12/2020 | 3782 | Erie Insurance Group | 2000 · Accounts Payable | Personal Inland... | 150.34 | X | | 7,245.54 |
| 10/12/2020 | 3783 | Highmark Blue Cross... | 2000 · Accounts Payable | Billing Accoun... | 200.00 | X | | 7,045.54 |
| 10/12/2020 | 3784 | J. J. Agnello Heating ... | 2000 · Accounts Payable | Service air con... | 99.00 | X | | 6,946.54 |
| 10/12/2020 | 3785 | Penelec- South Shore | 2000 · Accounts Payable | 10 00 36 4552 ... | 89.63 | X | | 6,856.91 |
| 10/12/2020 | 3786 | Penelec - 9830 | 2000 · Accounts Payable | 100 132 339 92... | 48.19 | X | | 6,808.72 |
| 10/12/2020 | 3787 | Ronald Allen | 2000 · Accounts Payable | Mowing - 9830... | 140.00 | X | | 6,668.72 |
| 10/12/2020 | 3788 | Lisa Wood | 64925 · Medical Expen... | | 12.99 | | | 6,655.73 |
| 10/15/2020 | | | 40999 · Batch Income | Deposit | | X | 15,000.00 | 21,655.73 |
| 10/15/2020 | 3789 | Quinn Law Firm | 64300 · Legal | Escrow - Perso... | 5,000.00 | X | | 16,655.73 |
| 10/16/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 16,255.73 |
| 10/16/2020 | 3790 | U.S. Department of t... | 99921 · Federal Incom... | ███████ | 4,600.00 | | | 11,655.73 |
| 10/16/2020 | 3791 | PA Department of Re... | 99922 · State Income T... | | 500.00 | X | | 11,155.73 |
| 10/18/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 11,152.56 |
| 10/18/2020 | 3792 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 10,952.56 |
| 10/19/2020 | 0 | Joseph M. Thomas | 10003 · PNC Checking... | Transfer to Tax... | 5,100.00 | X | | 5,852.56 |
| 10/19/2020 | 3793 | David J. DeMarco, D... | 2000 · Accounts Payable | Account #8223 | 130.00 | X | | 5,722.56 |
| 10/19/2020 | 3794 | Erie Water Works | 2000 · Accounts Payable | 9830 Wattsbur... | 96.00 | X | | 5,626.56 |
| 10/19/2020 | 3795 | National Fuel Gas-SS | 2000 · Accounts Payable | 2100 S. Shore t... | 33.09 | X | | 5,593.47 |
| 10/19/2020 | 3796 | Spectrum | 2000 · Accounts Payable | Cable/Internet -... | 215.79 | X | | 5,377.68 |

Joseph M. Thomas

11/16/2020 2:31 PM

Register: 10001 · PNC Checking -6352

From 10/01/2020 through 10/31/2020

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/19/2020 | 3797 | Linda Erven | 60700 · Delivery/Shipp... | Reimburse for ... | 15.10 | | | 5,362.58 |
| 10/22/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 5,359.41 |
| 10/22/2020 | 0 | PNC BANK | 60377 · Bank Fees/Che... | Check Fee | 59.28 | X | | 5,300.13 |
| 10/23/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 0.99 | X | | 5,299.14 |
| 10/23/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 4,899.14 |
| 10/26/2020 | 3798 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 4,699.14 |
| 10/27/2020 | 3799 | Express Scripts Medi... | 2000 · Accounts Payable | Member ID #6... | 82.50 | X | | 4,616.64 |
| 10/27/2020 | 3800 | HAB-LST | 2000 · Accounts Payable | 2020 LST Tax ... | 13.00 | | | 4,603.64 |
| 10/27/2020 | 3801 | The New York Times | 2000 · Accounts Payable | Acct. #903258... | 86.00 | X | | 4,517.64 |
| 10/28/2020 | ACH | U.S. Trustee Paymen... | 2000 · Accounts Payable | Quarter 3, 202... | 975.00 | X | | 3,542.64 |
| 10/30/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 3,142.64 |

2:34 PM
11/16/20

**Joseph M. Thomas**
## Reconciliation Summary
**10002 · PNC Bank - Money Market Acct., Period Ending 11/06/2020**

|  | Nov 6, 20 |
|---|---|
| Beginning Balance | 23,611.49 |
|    Cleared Transactions | |
|       Deposits and Credits - 2 items | 2,171.80 |
|     Total Cleared Transactions | 2,171.80 |
| **Cleared Balance** | **25,783.29** |
| Register Balance as of 11/06/2020 | 25,783.29 |
|    New Transactions | |
|       Checks and Payments - 1 item | -1,000.00 |
|     Total New Transactions | -1,000.00 |
| **Ending Balance** | **24,783.29** |

**Joseph M. Thomas**
## Reconciliation Detail
**10002 · PNC Bank - Money Market Acct., Period Ending 11/06/2020**

2:34 PM

11/16/20

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 23,611.49 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 10/28/2020 | | | X | 2,171.60 | 2,171.60 |
| Deposit | 11/06/2020 | | | X | 0.20 | 2,171.80 |
| Total Deposits and Credits | | | | | 2,171.80 | 2,171.80 |
| Total Cleared Transactions | | | | | 2,171.80 | 2,171.80 |
| Cleared Balance | | | | | 2,171.80 | 25,783.29 |
| Register Balance as of 11/06/2020 | | | | | 2,171.80 | 25,783.29 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Deposit | 11/09/2020 | | | | -1,000.00 | -1,000.00 |
| Total Checks and Payments | | | | | -1,000.00 | -1,000.00 |
| Total New Transactions | | | | | -1,000.00 | -1,000.00 |
| **Ending Balance** | | | | | **1,171.80** | **24,783.29** |

Joseph M. Thomas

11/16/2020 2:35 PM

Register: 10002 · PNC Bank - Money Market Acct.

From 10/01/2020 through 10/31/2020

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 10/07/2020 | | | 40950 · Interest Income | Interest | | X | 0.17 | 23,611.49 |
| 10/28/2020 | | | -split- | Deposit | | X | 2,171.60 | 25,783.09 |