Case 20-10334-TPA    Doc 218    Filed 11/20/20    Entered 11/20/20 16:13:05    Desc Main
Document    Page 1 of 1

FILED
11/20/20 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 11/19/2020 |
| | : | Time: | 01:00 |

## PROCEEDING MEMO

**MATTER**  #204 Appl. for Interim Compensation for Special Counsel
         #210 Limited Obj. by Official Committee of Unsecured
         Creditors for Tri-State Pain Institute, LLC

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Michael P. Kruszewski, Gary Eiben, James McDonald |
| Tri-State Cred. Comm: | Guy Fustine |
| Wells Fargo: | Salene Kraemer |
| U.S. Trustee: | Norma Hildebrand |

**NOTES:**

Kruszewski:  The real issue is that tasks that Counsel completed are tasks that I could not complete myself. MacDonald Illig was in a better position to handle these matters since they were involved.

Fustine:  I have concerns with the administrative insolvency in this case.

MacDonald:  Yes, I was involved with Dr. Ko and we had negotiations regarding his employment contract. We had a deal with LECOM which had totally fallen through an we had to start from the beginning.

Skiba:  Yes in exchange for lifting the restrictive covenant Dr. Ko had waived a large amount of pay.

**OUTCOME:**  GRANTED / Chambers to enter order.

*[signature]*
asg