Case 20-10334-TPA    Doc 221    Filed 11/23/20    Entered 11/23/20 11:20:16    Desc Main
Document    Page 1 of 1

FILED
11/23/20 11:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 11/19/2020 |
| | : | Time: | 01:00 |

### PROCEEDING MEMO

**MATTER**   #206 Motion for Private Sale of Real Property
#211 Limited Obj. by Wells Fargo Bank, N.A.
*(Sale posted on EASI on 10/23/2020)*

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Michael P. Kruszewski, Gary Eiben, James McDonald |
| Wells Fargo: | Salene Kraemer |
| U.S. Trustee: | Norma Hildebrand |
| Realtor: | Mark Hutchison |
| PNC: | Brian Nicholas |
| Tri-State Cred. Comm.: | Guy Fustine |

**NOTES:**

Kruszewski: This was a recreational property. We filed the motion listing all potential lienholders as respondents. Of note we have Charles and Margaret Burger who are deceased. We had a mortgage from 1994 that was believed to be satisfied. We notified the children. There may be capital gains taxes of $60,000.

Kraemer: Our position is the capital gains tax is not our problem exactly as you stated. We agreed to an $8,000 carve-out on professional fees but that is it. We do want the sale to go forward.

J.: The Court will approve the sale with $29,000 escrowed.

**OUTCOME:** GRANTED / OE upon receipt of amended proposed order. TO to be entered stating on or before November 24, 2020, the Debtor shall file an amended proposed sale order.

jlm