IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
| Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
| Movant, | : | RELATED TO DOCUMENT NO. 227 |
| | : | |
| v. | : | |
| | : | |
| TOWNSHIP OF GREENE, TAX COLLECTOR; | : | |
| GREENE TOWNSHIP SEWER AUTHORITY; | : | |
| CHARLES R. BURGER and MARGARET J. | : | |
| BURGER, their heirs, successors, and assigns; | : | |
| PNC BANK, NATIONAL ASSOCIATION; | : | |
| WELLS FARGO BANK, NATIONAL | : | |
| ASSOCIATION;  UNITED STATES OF | : | |
| AMERICA, INTERNAL REVENUE SERVICE; | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DEPT. OF REVENUE; and RICHARD A. | : | |
| MLAKAR and CYNTHIA A. MLAKAR; | : | |
| Respondents. | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served, or caused to be served, on the 25TH day of November, 2020, a copy of the Order Confirming Sale of Property Free and Divested of Liens upon each of the following persons and parties in interest at the address shown on the attached list.

Respectfully submitted,

THE QUINN LAW FIRM

BY:    /s/ Michael P. Kruszewski
          Michael P. Kruszewski, Esquire
          PA Id. No. 91239
          2222 West Grandview Boulevard
          Erie, Pennsylvania  16506-4508
          Telephone: 814-833-2222
          Facsimile: 814-833-6753
          mkruszewski@quinnfirm.com
          Counsel for Debtors

#1407004

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| James Warmbrodt, Esquire (PNC Bank, National Association); bkgroup@kmllawgroup.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | Tax Collector<br>Township of Greene<br>8628 Wattsburg Road<br>Erie, PA 16509 |
| Charles R. Burger<br>Margaret J. Burger<br>Their heirs, successors, and assigns<br>9890 Wattsburg Road<br>Erie, PA 16509 | PNC Bank, National Association<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 |
| Wells Fargo Bank, N.A.<br>c/of Steven Treadway<br>1620 E. Roseville Parkway, 1st Floor, Suite 100<br>MAC A1792-018<br>Roseville, CA  95661 | Wells Fargo Bank, National Association<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX 78251 |
| Salene Mazure Kraemer, Esquire<br>Bernstein-Burkley PC<br>707 Grant Street, Suite 2200<br>Gulf  Tower<br>Pittsburgh, PA 15219 | Attorney General of the United States<br>U.S. Dept. of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C.  20530 |

| | |
|---|---|
| United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION: Civil Process Clerk<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street<br>Suite 4000<br>Pittsburgh, PA 15219 | United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION: Civil Process Clerk<br>17 South Park Road, Suite A330<br>Erie, PA 16501 |
| Scott W. Brady, Esquire<br>U.S. Attorney for the Western District of PA<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 | Internal Revenue Service<br>ATTENTION: Centralized Insolvency<br>Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>1000 Liberty Avenue<br>Stop 711B<br>Pittsburgh, PA 15222-3714 | Pa. Dept. of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pa. Dept. of Revenue<br>4th & Walnut Street<br>Harrisburg, PA 17128 | Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222 |
| Richard A. Mlakar<br>Cynthia A. Mlakar<br>7710 N. Soledad Ave.<br>Tucson, AZ 85741 | Coldwell Banker Select, Realtors<br>ATTENTION: Lori Hess – Tom Jones Group<br>4664 W. 12th St.<br>Erie, PA 16505 |
| Coldwell Banker Select, Realtors<br>ATTENTION: Mark Hutchison<br>413 W. Plum, Suite A<br>Edinboro, PA 16412 | Jean Mitchell Kasinec<br>5412 Pinehurst Drive<br>Erie, PA 16509 |
| Chris Burger<br>9890 Wattsburg Road<br>Erie, PA 16509 | Greene Township Sewer Authority<br>9333 Tate Road<br>Erie, PA 16509 |
| Natalie Ruschell, Esquire<br>Ruschell & Associates<br>9333 Tate Road, Suite 115<br>Erie, PA 16509 | Natalie Ruschell, Esquire<br>308 Eaton Avenue<br>P.O. Box 577<br>Midway, PA 15060 |

#1407004

| | |
|---|---|
| PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 |
| Eugene C. Sundberg, Jr. Esquire<br>300 State Street, Suite 300<br>Erie, PA 16507 | |

#1407004