FILED
11/25/20 12:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JOSEPH MARTIN THOMAS, | : | Case No. 20-10334-TPA |
| *Debtor* | : | |
| | : | Chapter 11 |
| JOSEPH MARTIN THOMAS, | : | |
| *Movant* | : | Related to Doc. No. 223 |
| | : | |
| v. | : | Hrg.: December 17, 2020 at 10:00 AM |
| | : | |
| NO RESPONDENT | : | |

***ORDER***

*AND NOW*, this **25th** day of **November, 2020**, upon consideration of the **Second Motion to Extend Exclusivity Period** ("Motion") filed this date by the Debtor at Doc. No. 223 it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

(1)   As a form of temporary relief, and in keeping with the Court's policy of keeping this case and the associated case of *Tri-State Pain Institute, LLC*, Case No, 20-10049-TPA in procedural tandem where possible,  the exclusivity period for the Debtor to file a plan is extended from December 2, 2020 through and including December 17, 2020 and the time for the Debtor's exclusive right to obtain acceptances of such plan is extended from January 31, 2021 through and including February 15, 2021.

(2)   Any Response to the *Motion* must be filed **on or before December 14, 2020.**

(3)   As may be necessary, a hearing to consider any further relief under the *Motion* will be held on ***December 17, 2020 at 10:00 A.M.*** to be held by the Zoom Video Conference Application.

(4)    The Parties must comply with Judge Agresti's Amended Notice of Temporary

Modification of Appearance Procedures, dated and effective June 10, 2020, which Notice  can be

found on the Court's website at https://www.pawb.uscourts.gov/sites/ efault/files/pdfs/tpa-proc-

appearances.pdf.  *Initializing Zoom Hearing:*   To join the Zoom hearing please initiate and use

the  following  link  at  least  15  minutes  prior  to  the  scheduled  hearing  time:

https://www.zoomgov.com/j/16021303488, or the following Meeting ID: 160 2130 3488.  For

questions contact Judge Agresti's Staff Attorney Courtney Helbling, at 814-464-9781.


_____
Thomas P. Agresti, Judge                **jlm**
United States Bankruptcy Court


Case administrator to serve:
    Michael Kruszewski, Esq.
    Norma Hildenbrand, Esq.
    Michael Romano, Esq.
    Guy Fustine, Esq.
    Gary Skiba, Esq.
    James Warmbrodt, Esq.
    Salene Kraemer, Esq.
    Lauren Michaels, Esq.
    Mark Claypool, Esq.
    Crystal Thornton-Illar, Esq.
    Brian Nicholas, Esq.
    Debtors

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10334-TPA |
| Joseph Martin Thomas | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: culy | Page 1 of 2 |
| Date Rcvd: Nov 25, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | +  Joseph Martin Thomas, c/of Tri-State Pain Institute, 2374 Village Common Drive, Erie, PA 16506-7201 |
| | +  James Warmbrodt, Esq., KML Law Group, 701 Market St. , Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Crystal H. Thornton-Illar | |
| | on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com |
| | bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com |
| Gary V. Skiba | |
| | on behalf of Interested Party Tri-State Pain Institute  LLC gskiba@marshlaw.com, |
| | DGeniesse@marshlaw.com;rose227@hotmail.com |
| Guy C. Fustine | |
| | on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC mwernick@kmgslaw.com, |
| | knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com |
| Lauren Michaels | |

District/off: 0315-1                          User: culy                                  Page 2 of 2
Date Rcvd: Nov 25, 2020                       Form ID: pdf900                             Total Noticed: 2

                        on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Mark G. Claypool
                        on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com
                        knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael F.J. Romano
                        on behalf of Creditor TIAA Commercial Finance  Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael P. Kruszewski
                        on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com
                        knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer
                        @quinnfirm.com;gbebko@quinnfirm.com;jiddings@quinnfirm.com

Norma Hildenbrand, on Behalf of the United States Trustee by
                        on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Salene R.M. Kraemer
                        on behalf of Creditor WELLS FARGO BANK  N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com


TOTAL: 11