IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | BANKRUPTCY NO.  20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : | |
| Debtor. | : | THE HONORABLE THOMAS P. AGRESTI |
| | : | |
| JOSEPH MARTIN THOMAS, | : | CHAPTER 11 |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |
| | : | |

## **REPORT**

Attached hereto is the Official Form 426, Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest.

Respectfully submitted,

THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
E-Mail Address:
mkruszewski@quinnfirm.com
Counsel for Debtor, Joseph Martin
Thomas

#1409568

**Fill in this information to identify the case:**

Debtor Name ___Joseph Martin Thomas___

United States Bankruptcy Court for the: ___Western___    District of ___PA___
(State)

Case number: ___20-10334 TPA___

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of ___December 10, 2020___ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| **Greater Erie Surgery Center, LLC** | **83.61% Member** | **1** |
| **2374 Village Common Drive, LLC** | **100% Member** | **2** |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name _____     Case number_____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| For non-individual Debtors: | ✘ _____ |
| --- | --- |
| | Signature of Authorized Individual |
| | _____ |
| | Printed name of Authorized Individual |
| | Date _____ |
| | MM / DD / YYYY |

| For individual Debtors: | ✘ **/s/Joseph Martin Thomas** | ✘ _____ |
| --- | --- | --- |
| | Signature of Debtor 1 | Signature of Debtor 2 |
| | **Joseph Martin Thomas** | _____ |
| | Printed name of Debtor 1 | Printed name of Debtor 2 |
| | Date **12/10/2020** | Date _____ |
| | MM / DD / YYYY | MM / DD / YYYY |

Debtor Name  **Joseph Martin Thomas**                                Case number **20-10334 TPA**

**Exhibit A: Financial Statements for [**Name of Controlled Non-Debtor Entity**]**

**See attached Exhibits.**

Debtor Name  **Joseph Martin Thomas**                                    Case number  **20-10334 TPA**

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of** [date]

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

**See attached Exhibits.**

Debtor Name   **Joseph Martin Thomas**                                    Case number   **20-10334 TPA**

---

**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

  (i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

      **See attached Exhibits.**

Debtor Name  **Joseph Martin Thomas**                    Case number__**20-10334 TPA**_____

---

**Exhibit A-3: Statement of Cash Flows for [**Name of Controlled Non-Debtor Entity**] for period ending [**date**]**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

    **See attached Exhibits.**

| Debtor Name | **Joseph Martin Thomas** | Case number | **20-10334 TPA** |
|---|---|---|---|

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

**See attached Exhibits.**

Debtor Name   **Joseph Martin Thomas**                                          Case number   **20-10334 TPA**

---

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

---

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

   **See attached Exhibits.**

Debtor Name   **Joseph Martin Thomas**                                    Case number   **20-10334 TPA**

---

**Exhibit C: Description of Intercompany Claims**

_____

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

**See attached Exhibits.**

Debtor Name  **Joseph Martin Thomas**                              Case number **20-10334 TPA**

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

**2374 Village Common Drive is a single member LLC owned 100% by the Debtor.  The entity has collected rent from both Tri-State Pain Institute LLC and Greater Erie Surgery Center LLC.  The income tax consequences of activity are reported on the Debtor's personal tax return and he is responsible for any income tax.  Upon information and belief, there is no tax sharing agreement with any other entity.**

**The Debtor has an ownership interest in Greater Erie Surgery Center LLC, which is a partnership for tax reporting purposes.  His share of the income is reported on his personal income tax return, and he is responsible for paying the income tax on his share of the partnership income.  Upon information and belief, there is no tax sharing agreement with the partnership and partners.**

Debtor Name  **Joseph Martin Thomas**                                   Case number  **20-10334 TPA**

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

**None.**

Joseph Martin Thomas
Case No. 20-10334

## Periodic Report Regarding Value, Operations, Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

TAB NO. 1

10:59 AM

12/04/20

Accrual Basis

# Greater Erie Surgery Center, LLC
## Balance Sheet
### As of June 30, 2020

|  | Jun 30, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1025 · NW Savings Checking | 209,894.29 |
| **Total Checking/Savings** | 209,894.29 |
| **Other Current Assets** | |
| 1100 · Accounts Receivable | 183,748.34 |
| 1150 · Due from Tri-State Pain | 136,690.85 |
| 1160 · Loan to Dr Thomas | 36,459.84 |
| 1300 · Partner Receivable - Thomas | 3,250.00 |
| 1400 · TSPI Working Capital Loan | 350,000.00 |
| **Total Other Current Assets** | 710,149.03 |
| **Total Current Assets** | 920,043.32 |
| **Fixed Assets** | |
| 1500 · Equipment | 986,518.83 |
| 1510 · Building | |
| 1510.1 · HVAC | 18,905.00 |
| 1510.15 · Elevator | 27,611.00 |
| 1510 · Building - Other | 1,298,965.02 |
| **Total 1510 · Building** | 1,345,481.02 |
| 1520 · Furniture and Fixtures | 42,632.07 |
| 1525 · Software | 12,137.08 |
| 1600 · Accum. Depr-Equipment | -892,254.04 |
| 1610 · Accum. Depr-Building | -379,494.71 |
| 1620 · Accum. Depr-Furniture&Fixtures | -42,656.34 |
| 1625 · Accum. Depr-Software | -10,652.95 |
| **Total Fixed Assets** | 1,061,710.96 |
| **Other Assets** | |
| 1640 · Accumulated Amortization | -17,521.26 |
| 1830 · Loan Costs | 39,778.00 |
| **Total Other Assets** | 22,256.74 |
| **TOTAL ASSETS** | 2,004,011.02 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | 758,647.04 |
| **Total Accounts Payable** | 758,647.04 |
| **Other Current Liabilities** | |
| 2100 · Accrued Interest Expense | 1,740.69 |
| 2110 · Accrued Payroll | 13,263.43 |
| 2506 · Lease Payable - Mindray Capital | 18,459.84 |
| 2507 · Equipment Payable - US Bank | -3,642.60 |
| 2508 · Equipment Finance Agreement | 4,646.88 |
| **Total Other Current Liabilities** | 34,468.24 |
| **Total Current Liabilities** | 793,115.28 |
| **Long Term Liabilities** | |
| 2501 · Note Payable - Wells Fargo/SBA | 677,152.97 |
| 2502 · N/P - Northwest  Savings Bank | -5,402.88 |
| 2510 · Note Payable - Candor | -23,727.84 |
| **Total Long Term Liabilities** | 648,022.25 |
| **Total Liabilities** | 1,441,137.53 |

10:59 AM

12/04/20

Accrual Basis

## Greater Erie Surgery Center, LLC
## Balance Sheet
### As of June 30, 2020

|  | Jun 30, 20 |
|---|---|
| **Equity** | |
| 3000.01 · Dr. Thomas | 1,833,854.97 |
| 3000.05 · Candor Surgical Management | 812,793.59 |
| 3000.06 · K.Biggers | 46,400.00 |
| 3000.08 · Dr. Diefenbach | 166,000.00 |
| 3007 · Sample Property/GEMB | 40,000.00 |
| 3100 · Retained Earnings | -2,274,173.78 |
| Net Income | -62,001.29 |
| **Total Equity** | 562,873.49 |
| **TOTAL LIABILITIES & EQUITY** | 2,004,011.02 |

10:59 AM
12/04/20
Accrual Basis

# Greater Erie Surgery Center, LLC
## Balance Sheet
### As of September 30, 2020

|  | Sep 30, 20 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1025 · NW Savings Checking | 79,369.10 |
| **Total Checking/Savings** | 79,369.10 |
| **Other Current Assets** | |
| 1100 · Accounts Receivable | 183,748.34 |
| 1150 · Due from Tri-State Pain | 136,690.85 |
| 1160 · Loan to Dr Thomas | 36,459.84 |
| 1300 · Partner Receivable - Thomas | 3,250.00 |
| 1400 · TSPI Working Capital Loan | 350,000.00 |
| **Total Other Current Assets** | 710,149.03 |
| **Total Current Assets** | 789,518.13 |
| **Fixed Assets** | |
| 1500 · Equipment | 986,518.83 |
| 1510 · Building | |
| 1510.1 · HVAC | 18,905.00 |
| 1510.15 · Elevator | 27,611.00 |
| 1510 · Building - Other | 1,298,965.02 |
| **Total 1510 · Building** | 1,345,481.02 |
| 1520 · Furniture and Fixtures | 42,632.07 |
| 1525 · Software | 12,137.08 |
| 1600 · Accum. Depr-Equipment | -892,254.04 |
| 1610 · Accum. Depr-Building | -379,494.71 |
| 1620 · Accum. Depr-Furniture&Fixtures | -42,656.34 |
| 1625 · Accum. Depr-Software | -10,652.95 |
| **Total Fixed Assets** | 1,061,710.96 |
| **Other Assets** | |
| 1640 · Accumulated Amortization | -17,521.26 |
| 1830 · Loan Costs | 39,778.00 |
| **Total Other Assets** | 22,256.74 |
| **TOTAL ASSETS** | 1,873,485.83 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | 852,429.43 |
| **Total Accounts Payable** | 852,429.43 |
| **Other Current Liabilities** | |
| 2100 · Accrued Interest Expense | 1,740.69 |
| 2110 · Accrued Payroll | 13,263.43 |
| 2506 · Lease Payable - Mindray Capital | 18,459.84 |
| 2507 · Equipment Payable - US Bank | -5,024.19 |
| 2508 · Equipment Finance Agreement | 4,646.88 |
| **Total Other Current Liabilities** | 33,086.65 |
| **Total Current Liabilities** | 885,516.08 |
| **Long Term Liabilities** | |
| 2501 · Note Payable - Wells Fargo/SBA | 635,152.97 |
| 2502 · N/P - Northwest Savings Bank | -5,402.88 |
| 2510 · Note Payable - Candor | -35,648.72 |
| **Total Long Term Liabilities** | 594,101.37 |
| **Total Liabilities** | 1,479,617.45 |

10:59 AM

12/04/20

Accrual Basis

# Greater Erie Surgery Center, LLC
## Balance Sheet
### As of September 30, 2020

|  | Sep 30, 20 |
|---|---|
| **Equity** | |
| 3000.01 · Dr. Thomas | 1,833,854.97 |
| 3000.05 · Candor Surgical Management | 812,793.59 |
| 3000.06 · K.Biggers | 46,400.00 |
| 3000.08 · Dr. Diefenbach | 166,000.00 |
| 3007 · Sample Property/GEMB | 40,000.00 |
| 3100 · Retained Earnings | -2,274,173.78 |
| Net Income | -231,006.40 |
| **Total Equity** | 393,868.38 |
| **TOTAL LIABILITIES & EQUITY** | 1,873,485.83 |

10:59 AM
12/04/20
Accrual Basis

# Greater Erie Surgery Center, LLC
## Balance Sheet
### As of October 31, 2020

|  | Oct 31, 20 |
| --- | ---: |
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1025 · NW Savings Checking | 90,334.18 |
| **Total Checking/Savings** | 90,334.18 |
| **Other Current Assets** | |
| 1100 · Accounts Receivable | 183,748.34 |
| 1150 · Due from Tri-State Pain | 136,690.85 |
| 1160 · Loan to Dr Thomas | 36,459.84 |
| 1300 · Partner Receivable - Thomas | 3,250.00 |
| 1400 · TSPI Working Capital Loan | 350,000.00 |
| **Total Other Current Assets** | 710,149.03 |
| **Total Current Assets** | 800,483.21 |
| **Fixed Assets** | |
| 1500 · Equipment | 986,518.83 |
| 1510 · Building | |
| 1510.1 · HVAC | 18,905.00 |
| 1510.15 · Elevator | 27,611.00 |
| 1510 · Building - Other | 1,298,965.02 |
| **Total 1510 · Building** | 1,345,481.02 |
| 1520 · Furniture and Fixtures | 42,632.07 |
| 1525 · Software | 12,137.08 |
| 1600 · Accum. Depr-Equipment | -892,254.04 |
| 1610 · Accum. Depr-Building | -379,494.71 |
| 1620 · Accum. Depr-Furniture&Fixtures | -42,656.34 |
| 1625 · Accum. Depr-Software | -10,652.95 |
| **Total Fixed Assets** | 1,061,710.96 |
| **Other Assets** | |
| 1640 · Accumulated Amortization | -17,521.26 |
| 1830 · Loan Costs | 39,778.00 |
| **Total Other Assets** | 22,256.74 |
| **TOTAL ASSETS** | 1,884,450.91 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | 907,418.80 |
| **Total Accounts Payable** | 907,418.80 |
| **Other Current Liabilities** | |
| 2100 · Accrued Interest Expense | 1,740.69 |
| 2110 · Accrued Payroll | 13,263.43 |
| 2506 · Lease Payable - Mindray Capital | 18,459.84 |
| 2507 · Equipment Payable - US Bank | -5,484.72 |
| 2508 · Equipment Finance Agreement | 4,646.88 |
| **Total Other Current Liabilities** | 32,626.12 |
| **Total Current Liabilities** | 940,044.92 |
| **Long Term Liabilities** | |
| 2501 · Note Payable - Wells Fargo/SBA | 621,152.97 |
| 2502 · N/P - Northwest  Savings Bank | -5,402.88 |
| 2510 · Note Payable - Candor | -39,659.79 |
| **Total Long Term Liabilities** | 576,090.30 |
| **Total Liabilities** | 1,516,135.22 |

10:59 AM

12/04/20

Accrual Basis

# Greater Erie Surgery Center, LLC
## Balance Sheet
### As of October 31, 2020

| | Oct 31, 20 |
|---|---|
| **Equity** | |
| 3000.01 · Dr. Thomas | 1,833,854.97 |
| 3000.05 · Candor Surgical Management | 812,793.59 |
| 3000.06 · K.Biggers | 46,400.00 |
| 3000.08 · Dr. Diefenbach | 166,000.00 |
| 3007 · Sample Property/GEMB | 40,000.00 |
| 3100 · Retained Earnings | -2,274,173.78 |
| Net Income | -256,559.09 |
| **Total Equity** | 368,315.69 |
| **TOTAL LIABILITIES & EQUITY** | 1,884,450.91 |

11:01 AM
12/04/20
Accrual Basis

# Greater Erie Surgery Center, LLC
## Profit & Loss
### April through June 2020

|  | Apr - Jun 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Revenue | 484,955.55 |
| **Total Income** | 484,955.55 |
| **Cost of Goods Sold** | |
| **Cost of Surgical Services** | |
| 5010.01 · Disposables | 60,161.15 |
| 5010.03 · Intruments/Equip Parts | 223,151.20 |
| 5010.1 · Lease/Rent Medical Equip. | 1,532.98 |
| 5015 · Medical Gases | 1,297.10 |
| 5030 · Hazardous Waste Disposal | 140.00 |
| **Total Cost of Surgical Services** | 286,282.43 |
| **Total COGS** | 286,282.43 |
| **Gross Profit** | 198,673.12 |
| **Expense** | |
| **Office Expenses** | |
| 6120 · Other Office Expenses | 1,125.35 |
| **Total Office Expenses** | 1,125.35 |
| **Professional Fees** | |
| 6200 · Consulting Fees | 2,000.00 |
| 6210 · Legal | 4,377.50 |
| 6220 · Other Services | 2,619.74 |
| Professional Fees - Other | 65,571.16 |
| **Total Professional Fees** | 74,568.40 |
| **Repairs & Maintenance** | |
| 6300 · Janitorial Expense | 3,102.20 |
| **Total Repairs & Maintenance** | 3,102.20 |
| **Service Agreements** | |
| 6320 · Clinical Equipment | 4,917.91 |
| 6325 · Computer/IT/Office | 3,200.63 |
| Service Agreements - Other | 10,458.00 |
| **Total Service Agreements** | 18,576.54 |
| **Supplies & Equipment** | 63.42 |
| **Utilities** | |
| 6470 · Telephone | 3,592.27 |
| **Total Utilities** | 3,592.27 |
| 6050 · Compensation-Salary | 70,985.40 |
| 6070 · Bank Service Charges | 3,692.06 |
| 6078 · Contract Labor | 566.67 |
| 6090 · Insurance-General Insurance | 2,348.07 |
| 6091 · Insurance - Key Man | 1,426.10 |
| 6105 · Laundry, Linens and Uniforms | 1,144.49 |
| 6168 · Dues and Subscriptions | 890.61 |
| 6170 · Licenses and Fees | 100.00 |
| 6212 · Reimbursable Legal | 2.10 |
| 6260 · Rent-Building | 210,000.00 |
| 6370 · Meals/Ent - Local | 394.97 |
| 9999 · Uncategorized | 126.99 |
| **Total Expense** | 392,705.64 |
| **Net Ordinary Income** | -194,032.52 |
| **Other Income/Expense** | |
| **Other Income** | |
| 4250 · COVID 19 Stimulus | 90,979.16 |
| **Total Other Income** | 90,979.16 |

11:01 AM

12/04/20

Accrual Basis

# Greater Erie Surgery Center, LLC
## Profit & Loss
### April through June 2020

|  | Apr - Jun 20 |
|---|---|
| **Other Expense** | |
| 6510 · Interest Expense | 19,465.51 |
| **Total Other Expense** | 19,465.51 |
| **Net Other Income** | 71,513.65 |
| **Net Income** | -122,518.87 |

11:02 AM

12/04/20
Accrual Basis

# Greater Erie Surgery Center, LLC
## Profit & Loss
### July through September 2020

|  | Jul - Sep 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Revenue | 674,887.25 |
| **Total Income** | 674,887.25 |
| **Cost of Goods Sold** | |
| **Cost of Surgical Services** | |
| 5010.01 · Disposables | 179,869.70 |
| 5010.03 · Intruments/Equip Parts | 187,719.94 |
| 5010.1 · Lease/Rent Medical Equip. | 1,005.32 |
| 5015 · Medical Gases | 1,079.22 |
| 5030 · Hazardous Waste Disposal | 95.00 |
| **Total Cost of Surgical Services** | 369,769.18 |
| **Total COGS** | 369,769.18 |
| **Gross Profit** | 305,118.07 |
| **Expense** | |
| **Office Expenses** | |
| 6120 · Other Office Expenses | 1,145.89 |
| 6130 · Postage & Delivery | 114.10 |
| **Total Office Expenses** | 1,259.99 |
| **Professional Fees** | |
| 6190 · Accounting & Auditing | 2,347.20 |
| 6200 · Consulting Fees | 2,000.00 |
| 6210 · Legal | 2,100.00 |
| 6220 · Other Services | 4,275.27 |
| Professional Fees - Other | 98,299.98 |
| **Total Professional Fees** | 109,022.45 |
| **Repairs & Maintenance** | |
| 6300 · Janitorial Expense | 4,740.00 |
| Repairs & Maintenance - Other | 878.52 |
| **Total Repairs & Maintenance** | 5,618.52 |
| **Service Agreements** | |
| 6320 · Clinical Equipment | 4,786.88 |
| 6325 · Computer/IT/Office | 5,167.06 |
| Service Agreements - Other | 15,687.00 |
| **Total Service Agreements** | 25,640.94 |
| **Supplies & Equipment** | 63.42 |
| **Utilities** | |
| 6470 · Telephone | 3,653.03 |
| **Total Utilities** | 3,653.03 |
| 6050 · Compensation-Salary | 90,521.06 |
| 6070 · Bank Service Charges | 111.82 |
| 6078 · Contract Labor | 508.80 |
| 6090 · Insurance-General Insurance | 2,348.07 |
| 6091 · Insurance - Key Man | 1,426.10 |
| 6105 · Laundry, Linens and Uniforms | 1,873.98 |
| 6168 · Dues and Subscriptions | 1,593.25 |
| 6170 · Licenses and Fees | 180.00 |
| 6212 · Reimbursable Legal | 57.82 |
| 6230 · Promotion- Advertising | 190.33 |
| 6260 · Rent-Building | 210,000.00 |
| 6370 · Meals/Ent - Local | 362.16 |
| 9999 · Uncategorized | 126.99 |
| **Total Expense** | 454,558.73 |
| **Net Ordinary Income** | -149,440.66 |

11:02 AM
12/04/20
Accrual Basis

## Greater Erie Surgery Center, LLC
## Profit & Loss
### July through September 2020

|  | Jul - Sep 20 |
|---|---|
| Other Income/Expense | |
| Other Expense | |
| 6510 · Interest Expense | 19,564.45 |
| Total Other Expense | 19,564.45 |
| Net Other Income | -19,564.45 |
| Net Income | -169,005.11 |

11:00 AM

12/04/20

Accrual Basis

# Greater Erie Surgery Center, LLC
# Profit & Loss
### January through September 2020

|  | Jan - Sep 20 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| 4000 · Revenue | 2,131,395.36 |
| **Total Income** | 2,131,395.36 |
| **Cost of Goods Sold** |  |
| **Cost of Surgical Services** |  |
| 5010.01 · Disposables | 347,153.19 |
| 5010.03 · Intruments/Equip Parts | 666,833.60 |
| 5010.04 · General | 71.42 |
| 5010.1 · Lease/Rent Medical Equip. | 3,015.96 |
| 5015 · Medical Gases | 3,675.81 |
| 5030 · Hazardous Waste Disposal | 445.00 |
| **Total Cost of Surgical Services** | 1,021,194.98 |
| **Total COGS** | 1,021,194.98 |
| **Gross Profit** | 1,110,200.38 |
| **Expense** |  |
| **Office Expenses** |  |
| 6120 · Other Office Expenses | 3,149.69 |
| 6130 · Postage & Delivery | 114.10 |
| **Total Office Expenses** | 3,263.79 |
| **Professional Fees** |  |
| 6190 · Accounting & Auditing | 3,409.70 |
| 6200 · Consulting Fees | 6,000.00 |
| 6210 · Legal | 7,622.50 |
| 6220 · Other Services | 9,357.11 |
| Professional Fees - Other | 297,382.21 |
| **Total Professional Fees** | 323,771.52 |
| **Repairs & Maintenance** |  |
| 6270 · Building | 147.15 |
| 6290 · Office Equipment | 492.00 |
| 6300 · Janitorial Expense | 12,582.20 |
| Repairs & Maintenance - Other | 1,097.90 |
| **Total Repairs & Maintenance** | 14,319.25 |
| **Service Agreements** |  |
| 6320 · Clinical Equipment | 15,369.65 |
| 6325 · Computer/IT/Office | 37,943.17 |
| Service Agreements - Other | 31,374.00 |
| **Total Service Agreements** | 84,686.82 |
| **Supplies & Equipment** |  |
| 6360 · Office Supplies | 37.74 |
| Supplies & Equipment - Other | 190.26 |
| **Total Supplies & Equipment** | 228.00 |
| **Utilities** |  |
| 6470 · Telephone | 10,838.04 |
| **Total Utilities** | 10,838.04 |

11:00 AM
12/04/20
Accrual Basis

# Greater Erie Surgery Center, LLC
## Profit & Loss
### January through September 2020

|  | Jan - Sep 20 |
|---|---|
| 6050 · Compensation-Salary | 273,080.16 |
| 6070 · Bank Service Charges | 4,078.09 |
| 6078 · Contract Labor | 5,225.47 |
| 6090 · Insurance-General Insurance | 7,044.21 |
| 6091 · Insurance - Key Man | 4,278.30 |
| 6105 · Laundry, Linens and Uniforms | 6,363.36 |
| 6168 · Dues and Subscriptions | 2,883.86 |
| 6170 · Licenses and Fees | 896.76 |
| 6212 · Reimbursable Legal | 59.92 |
| 6230 · Promotion- Advertising | 190.33 |
| 6260 · Rent-Building | 630,000.00 |
| 6370 · Meals/Ent - Local | 1,627.95 |
| 66900 · Reconciliation Discrepancies | 15.99 |
| 6700 · Other Operating Expenses | -15.99 |
| 9999 · Uncategorized | 703.00 |
| **Total Expense** | 1,373,538.83 |
| **Net Ordinary Income** | -263,338.45 |
| Other Income/Expense | |
| Other Income | |
| 4250 · COVID 19 Stimulus | 90,979.16 |
| **Total Other Income** | 90,979.16 |
| Other Expense | |
| 6510 · Interest Expense | 58,647.11 |
| **Total Other Expense** | 58,647.11 |
| **Net Other Income** | 32,332.05 |
| **Net Income** | -231,006.40 |

11:01 AM

12/04/20

Accrual Basis

# Greater Erie Surgery Center, LLC
## Profit & Loss
### January through October 2020

| | Jan - Oct 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Revenue | 2,393,200.09 |
| **Total Income** | 2,393,200.09 |
| | |
| **Cost of Goods Sold** | |
| **Cost of Surgical Services** | |
| 5010.01 · Disposables | 466,217.25 |
| 5010.03 · Intruments/Equip Parts | 660,333.60 |
| 5010.04 · General | 71.42 |
| 5010.1 · Lease/Rent Medical Equip. | 4,021.28 |
| 5015 · Medical Gases | 4,036.11 |
| 5030 · Hazardous Waste Disposal | 585.00 |
| **Total Cost of Surgical Services** | 1,135,264.66 |
| | |
| **Total COGS** | 1,135,264.66 |
| | |
| **Gross Profit** | 1,257,935.43 |
| **Expense** | |
| **Office Expenses** | |
| 6120 · Other Office Expenses | 3,654.30 |
| 6130 · Postage & Delivery | 114.10 |
| **Total Office Expenses** | 3,768.40 |
| | |
| **Professional Fees** | |
| 6190 · Accounting & Auditing | 3,409.70 |
| 6200 · Consulting Fees | 8,000.00 |
| 6210 · Legal | 12,690.50 |
| 6220 · Other Services | 10,085.95 |
| Professional Fees - Other | 316,852.21 |
| **Total Professional Fees** | 351,038.36 |
| | |
| **Repairs & Maintenance** | |
| 6270 · Building | 147.15 |
| 6290 · Office Equipment | 492.00 |
| 6300 · Janitorial Expense | 14,162.20 |
| Repairs & Maintenance - Other | 1,097.90 |
| **Total Repairs & Maintenance** | 15,899.25 |
| | |
| **Service Agreements** | |
| 6320 · Clinical Equipment | 15,506.57 |
| 6325 · Computer/IT/Office | 50,476.16 |
| Service Agreements - Other | 31,374.00 |
| **Total Service Agreements** | 97,356.73 |
| | |
| **Supplies & Equipment** | |
| 6360 · Office Supplies | 37.74 |
| Supplies & Equipment - Other | 211.40 |
| **Total Supplies & Equipment** | 249.14 |
| | |
| **Utilities** | |
| 6470 · Telephone | 12,057.98 |
| **Total Utilities** | 12,057.98 |

11:01 AM

12/04/20

Accrual Basis

# Greater Erie Surgery Center, LLC
## Profit & Loss
### January through October 2020

| | Jan - Oct 20 |
|---|---|
| 6050 · Compensation-Salary | 321,732.10 |
| 6070 · Bank Service Charges | 4,092.03 |
| 6078 · Contract Labor | 7,392.12 |
| 6090 · Insurance-General Insurance | 7,837.86 |
| 6091 · Insurance - Key Man | 4,278.30 |
| 6105 · Laundry, Linens and Uniforms | 6,363.36 |
| 6168 · Dues and Subscriptions | 3,108.86 |
| 6170 · Licenses and Fees | 2,359.76 |
| 6212 · Reimbursable Legal | 59.92 |
| 6230 · Promotion- Advertising | 190.33 |
| 6260 · Rent-Building | 700,000.00 |
| 6370 · Meals/Ent - Local | 1,812.70 |
| 66900 · Reconciliation Discrepancies | 15.99 |
| 6700 · Other Operating Expenses | -15.99 |
| 9999 · Uncategorized | 745.33 |
| **Total Expense** | 1,540,342.53 |
| **Net Ordinary Income** | -282,407.10 |
| Other Income/Expense | |
| Other Income | |
| 4250 · COVID 19 Stimulus | 90,979.16 |
| **Total Other Income** | 90,979.16 |
| Other Expense | |
| 6510 · Interest Expense | 65,131.15 |
| **Total Other Expense** | 65,131.15 |
| **Net Other Income** | 25,848.01 |
| **Net Income** | **-256,559.09** |

10:55 AM

12/04/20

# Greater Erie Surgery Center, LLC
## Statement of Cash Flows
### April through June 2020

|  | Apr - Jun 20 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -122,518.87 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 1160 · Loan to Dr Thomas | -12,242.84 |
| 2000 · Accounts Payable | 126,634.86 |
| 2507 · Equipment Payable - US Bank | -3,966.00 |
| **Net cash provided by Operating Activities** | **-12,092.85** |
| **FINANCING ACTIVITIES** | |
| 2501 · Note Payable - Wells Fargo/SBA | -42,000.00 |
| 2510 · Note Payable - Candor | -11,902.73 |
| **Net cash provided by Financing Activities** | **-53,902.73** |
| **Net cash increase for period** | **-65,995.58** |
| **Cash at beginning of period** | **275,889.87** |
| **Cash at end of period** | **209,894.29** |

10:57 AM

12/04/20

# Greater Erie Surgery Center, LLC
## Statement of Cash Flows
### July through September 2020

|  | Jul - Sep 20 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | -169,005.11 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| 2000 · Accounts Payable | 93,782.39 |
| 2507 · Equipment Payable - US Bank | -1,381.59 |
| **Net cash provided by Operating Activities** | **-76,604.31** |
| **FINANCING ACTIVITIES** |  |
| 2501 · Note Payable - Wells Fargo/SBA | -42,000.00 |
| 2510 · Note Payable - Candor | -11,920.88 |
| **Net cash provided by Financing Activities** | **-53,920.88** |
| **Net cash increase for period** | **-130,525.19** |
| **Cash at beginning of period** | **209,894.29** |
| **Cash at end of period** | **79,369.10** |

10:58 AM

12/04/20

# Greater Erie Surgery Center, LLC
## Statement of Cash Flows
### January through September 2020

|  | Jan - Sep 20 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | -231,006.40 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| 1160 · Loan to Dr Thomas | -36,459.84 |
| 2000 · Accounts Payable | 304,131.41 |
| 2507 · Equipment Payable - US Bank | -9,313.59 |
| **Net cash provided by Operating Activities** | 27,351.58 |
| **FINANCING ACTIVITIES** |  |
| 2501 · Note Payable - Wells Fargo/SBA | -125,925.98 |
| 2510 · Note Payable - Candor | -35,648.72 |
| **Net cash provided by Financing Activities** | -161,574.70 |
| **Net cash increase for period** | -134,223.12 |
| **Cash at beginning of period** | 213,592.22 |
| **Cash at end of period** | 79,369.10 |

10:58 AM

12/04/20

# Greater Erie Surgery Center, LLC
## Statement of Cash Flows
### January through October 2020

|  | Jan - Oct 20 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | -256,559.09 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| 1160 · Loan to Dr Thomas | -36,459.84 |
| 2000 · Accounts Payable | 359,120.78 |
| 2507 · Equipment Payable - US Bank | -9,774.12 |
| **Net cash provided by Operating Activities** | 56,327.73 |
| **FINANCING ACTIVITIES** |  |
| 2501 · Note Payable - Wells Fargo/SBA | -139,925.98 |
| 2510 · Note Payable - Candor | -39,659.79 |
| **Net cash provided by Financing Activities** | -179,585.77 |
| **Net cash increase for period** | -123,258.04 |
| **Cash at beginning of period** | 213,592.22 |
| **Cash at end of period** | 90,334.18 |

# Greater Erie
## Surgery Center, LLC

2374 Village Common Drive
Suite 200
Erie, Pennsylvania 16506
PHONE: 814.790.5636
FAX: 814-790-5654
WEB: www.eriesurgery.com

Greater Erie Surgery Center summary of daily operations:

The Greater Erie Surgery Center is an ambulatory surgery center, also known as an ambulatory surgical facility, specializing in pain management procedures. The credentialed interventional pain management physicians and a neurosurgeon provide multiple different procedures and therapies for the treatment of pain in adult patients. Procedures the physicians are privileged to perform include, but are not limited to, epidural steroid injections, medial branch nerve blocks, nerve root blocks, facet joint injections, radiofrequency thermal ablations, pain pumps, and spinal cord stimulator implants. Our staff is comprised of Registered Nurses, Radiology Technicians, Surgical Technicians, Patient Care Assistants, Registration/Office Personnel, along with contracted Certified Registered Nurse Anesthetists when necessary. If ordered by the physician, a patient may be given IV conscious sedation or prescribed oral sedation to better tolerate the procedure. If a greater degree of sedation is needed, the physician will work with the CRNA to deliver anesthesia. Policies & Procedures are followed to maintain safe and effective patient care. License maintained through The Pennsylvania Department of Health and accreditation achieved through the AAAHC (Accreditation Association for Ambulatory Health Care).

Stephanie Spore, BSN, RN

Administrator/ Director of Nursing

Joseph Martin Thomas
Case No. 20-10334

**<u>Periodic Report Regarding Value, Operations, Profitability of Entities in Which the
Debtor's Estate Holds a Substantial or Controlling Interest</u>**

TAB NO. 2

2:52 PM

12/02/20

Accrual Basis

## 2374 Village Common Drive, LLC
## Balance Sheet
### As of June 30, 2020

|  | Jun 30, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · Wells Fargo Bank x8010 | 41,279.90 |
| **Total Checking/Savings** | 41,279.90 |
| **Accounts Receivable** | |
| 11000 · Accounts Receivable | 1,087,000.00 |
| **Total Accounts Receivable** | 1,087,000.00 |
| **Other Current Assets** | |
| 12000 · Undeposited Funds | 20,000.00 |
| 12100 · Security Deposits | 15,195.50 |
| 12200 · Working Line of Credit Deposit | 5,000.00 |
| **Total Other Current Assets** | 40,195.50 |
| **Total Current Assets** | 1,168,475.40 |
| **Fixed Assets** | |
| 15000 · Building | 4,550,545.17 |
| 15001 · HVAC | 1,193,585.62 |
| 15002 · Plumbing | 522,193.70 |
| 15003 · Flooring | 372,995.51 |
| 15004 · Electrical | 820,590.11 |
| 15005 · Land | 342,300.74 |
| 15006 · Loan Fees | 23,878.26 |
| 15007 · HVAC Improvments | 32,750.00 |
| 17000 · Accumulated Depreciation | -349,746.93 |
| 17500 · Accumulated Amortization | -889.72 |
| **Total Fixed Assets** | 7,508,202.46 |
| **TOTAL ASSETS** | 8,676,677.86 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 402,190.81 |
| **Total Accounts Payable** | 402,190.81 |
| **Total Current Liabilities** | 402,190.81 |
| **Long Term Liabilities** | |
| 25000 · Wells Fargo - Note Payable | 3,549,197.80 |
| 25100 · SBA - Note Payable x2109 | 2,346,756.38 |
| 26000 · Loan Payable USB x5038 Rabe | 27,500.08 |
| **Total Long Term Liabilities** | 5,923,454.26 |
| **Total Liabilities** | 6,325,645.07 |
| **Equity** | |
| 30800 · Members Contribution | 11,066.20 |
| 32000 · Members Equity | 2,073,916.21 |
| Net Income | 266,050.38 |
| **Total Equity** | 2,351,032.79 |
| **TOTAL LIABILITIES & EQUITY** | 8,676,677.86 |

2:48 PM

12/02/20

Accrual Basis

## 2374 Village Common Drive, LLC
## Balance Sheet
### As of September 30, 2020

|  | Sep 30, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · Wells Fargo Bank x8010 | 66,638.67 |
| **Total Checking/Savings** | 66,638.67 |
| **Accounts Receivable** | |
| 11000 · Accounts Receivable | 1,163,000.00 |
| **Total Accounts Receivable** | 1,163,000.00 |
| **Other Current Assets** | |
| 12000 · Undeposited Funds | 20,000.00 |
| 12100 · Security Deposits | 15,195.50 |
| 12200 · Working Line of Credit Deposit | 5,000.00 |
| **Total Other Current Assets** | 40,195.50 |
| **Total Current Assets** | 1,269,834.17 |
| **Fixed Assets** | |
| 15000 · Building | 4,550,545.17 |
| 15001 · HVAC | 1,193,585.62 |
| 15002 · Plumbing | 522,193.70 |
| 15003 · Flooring | 372,995.51 |
| 15004 · Electrical | 820,590.11 |
| 15005 · Land | 342,300.74 |
| 15006 · Loan Fees | 23,878.26 |
| 15007 · HVAC Improvments | 32,750.00 |
| 17000 · Accumulated Depreciation | -349,746.93 |
| 17500 · Accumulated Amortization | -889.72 |
| **Total Fixed Assets** | 7,508,202.46 |
| **TOTAL ASSETS** | 8,778,036.63 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 504,134.67 |
| **Total Accounts Payable** | 504,134.67 |
| **Total Current Liabilities** | 504,134.67 |
| **Long Term Liabilities** | |
| 25000 · Wells Fargo - Note Payable | 3,520,592.79 |
| 25100 · SBA - Note Payable x2109 | 2,319,612.74 |
| 26000 · Loan Payable USB x5038 Rabe | 25,531.36 |
| **Total Long Term Liabilities** | 5,865,736.89 |
| **Total Liabilities** | 6,369,871.56 |
| **Equity** | |
| 30800 · Members Contribution | 11,066.20 |
| 32000 · Members Equity | 2,073,916.21 |
| Net Income | 323,182.66 |
| **Total Equity** | 2,408,165.07 |
| **TOTAL LIABILITIES & EQUITY** | 8,778,036.63 |

2:48 PM
12/02/20
Accrual Basis

## 2374 Village Common Drive, LLC
## Balance Sheet
As of October 31, 2020

|  | Oct 31, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · Wells Fargo Bank x8010 | 40,246.96 |
| **Total Checking/Savings** | 40,246.96 |
| **Accounts Receivable** | |
| 11000 · Accounts Receivable | 1,181,000.00 |
| **Total Accounts Receivable** | 1,181,000.00 |
| **Other Current Assets** | |
| 12000 · Undeposited Funds | 52,000.00 |
| 12100 · Security Deposits | 15,195.50 |
| 12200 · Working Line of Credit Deposit | 5,000.00 |
| **Total Other Current Assets** | 72,195.50 |
| **Total Current Assets** | 1,293,442.46 |
| **Fixed Assets** | |
| 15000 · Building | 4,550,545.17 |
| 15001 · HVAC | 1,193,585.62 |
| 15002 · Plumbing | 522,193.70 |
| 15003 · Flooring | 372,995.51 |
| 15004 · Electrical | 820,590.11 |
| 15005 · Land | 342,300.74 |
| 15006 · Loan Fees | 23,878.26 |
| 15007 · HVAC Improvments | 32,750.00 |
| 17000 · Accumulated Depreciation | -349,746.93 |
| 17500 · Accumulated Amortization | -889.72 |
| **Total Fixed Assets** | 7,508,202.46 |
| **TOTAL ASSETS** | 8,801,644.92 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 506,330.32 |
| **Total Accounts Payable** | 506,330.32 |
| **Total Current Liabilities** | 506,330.32 |
| **Long Term Liabilities** | |
| 25000 · Wells Fargo - Note Payable | 3,510,508.43 |
| 25100 · SBA - Note Payable x2109 | 2,310,564.86 |
| 26000 · Loan Payable USB x5038 Rabe | 24,875.12 |
| **Total Long Term Liabilities** | 5,845,948.41 |
| **Total Liabilities** | 6,352,278.73 |
| **Equity** | |
| 30800 · Members Contribution | 11,066.20 |
| 32000 · Members Equity | 2,073,916.21 |
| Net Income | 364,383.78 |
| **Total Equity** | 2,449,366.19 |
| **TOTAL LIABILITIES & EQUITY** | 8,801,644.92 |

2:49 PM

12/02/20

Accrual Basis

## 2374 Village Common Drive, LLC
## Profit & Loss
### April through June 2020

|  | Apr - Jun 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 47400 · Rental Income | 300,000.00 |
| 48000 · Insurance claim payout | 4,100.00 |
| **Total Income** | 304,100.00 |
| **Gross Profit** | 304,100.00 |
| **Expense** | |
| 60450 · Business Insurance | 3,826.50 |
| 62510 · Elevator Expense | 1,171.27 |
| 62511 · Fire Protection | 511.98 |
| 63400 · Interest Expense | 90,121.74 |
| 63410 · Janitorial Services | 2,025.00 |
| 63411 · Lawn Maintenance | 1,415.44 |
| 63500 · Management Fee | 1,300.00 |
| 66750 · Refuse | 660.00 |
| 67200 · Repairs and Maintenance | 5,975.80 |
| 67210 · Sales Tax | 0.00 |
| 67810 · Snow Removal | 0.00 |
| 68600 · Utilities | 23,980.91 |
| **Total Expense** | 130,988.64 |
| **Net Ordinary Income** | 173,111.36 |
| **Other Income/Expense** | |
| **Other Income** | |
| 70400 · Interest Income | 1.93 |
| **Total Other Income** | 1.93 |
| **Net Other Income** | 1.93 |
| **Net Income** | 173,113.29 |

2:50 PM

12/02/20

Accrual Basis

# 2374 Village Common Drive, LLC
# Profit & Loss
### July through September 2020

|  | Jul - Sep 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 47400 · Rental Income | 300,000.00 |
| **Total Income** | 300,000.00 |
| **Gross Profit** | 300,000.00 |
| **Expense** | |
| 60400 · Bank Service Charges | 175.00 |
| 60450 · Business Insurance | 3,826.50 |
| 62510 · Elevator Expense | 320.00 |
| 62511 · Fire Protection | 511.98 |
| 63400 · Interest Expense | 89,629.88 |
| 63410 · Janitorial Services | 2,025.00 |
| 63411 · Lawn Maintenance | 2,806.69 |
| 63500 · Management Fee | 1,950.00 |
| 66750 · Refuse | 660.00 |
| 66900 · Reconciliation Discrepancies | 0.00 |
| 67200 · Repairs and Maintenance | 9,180.97 |
| 67210 · Sales Tax | 0.00 |
| 67810 · Snow Removal | 0.00 |
| 68000 · Taxes - Property | 104,049.80 |
| 68600 · Utilities | 27,735.50 |
| **Total Expense** | 242,871.32 |
| **Net Ordinary Income** | 57,128.68 |
| **Other Income/Expense** | |
| **Other Income** | |
| 70400 · Interest Income | 3.60 |
| **Total Other Income** | 3.60 |
| **Net Other Income** | 3.60 |
| **Net Income** | 57,132.28 |

2:58 PM

12/02/20
Accrual Basis

## 2374 Village Common Drive, LLC
## Profit & Loss
### January through September 2020

|  | Jan - Sep 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 47400 · Rental Income | 900,000.00 |
| 48000 · Insurance claim payout | 4,100.00 |
| **Total Income** | 904,100.00 |
| **Gross Profit** | 904,100.00 |
| **Expense** | |
| 60400 · Bank Service Charges | 240.62 |
| 60450 · Business Insurance | 11,479.50 |
| 62510 · Elevator Expense | 5,885.27 |
| 62511 · Fire Protection | 3,303.47 |
| 63400 · Interest Expense | 269,701.68 |
| 63410 · Janitorial Services | 6,075.00 |
| 63411 · Lawn Maintenance | 6,202.13 |
| 63450 · Legal Expense | 103.50 |
| 63451 · Legal Reimbursable | |
| 63500 · Management Fee | 0.00 |
| 66750 · Refuse | 5,200.00 |
| 66900 · Reconciliation Discrepancies | 1,980.00 |
| 67200 · Repairs and Maintenance | 0.00 |
| 67210 · Sales Tax | 22,564.62 |
| 67810 · Snow Removal | 0.00 |
| 68000 · Taxes - Property | 3,559.15 |
| 68600 · Utilities | 170,523.34 |
| | 74,107.81 |
| **Total Expense** | 580,926.09 |
| **Net Ordinary Income** | 323,173.91 |
| **Other Income/Expense** | |
| **Other Income** | |
| 70400 · Interest Income | 8.75 |
| **Total Other Income** | 8.75 |
| **Net Other Income** | 8.75 |
| **Net Income** | 323,182.66 |

2:51 PM
12/02/20
Accrual Basis

**2374 Village Common Drive, LLC**
**Profit & Loss**
January through October 2020

|  | Jan - Oct 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 47400 · Rental Income | 1,000,000.00 |
| 48000 · Insurance claim payout | 6,031.00 |
| **Total Income** | 1,006,031.00 |
| **Gross Profit** | 1,006,031.00 |
| **Expense** | |
| 60400 · Bank Service Charges | 3,190.62 |
| 60450 · Business Insurance | 11,479.50 |
| 62510 · Elevator Expense | 5,885.27 |
| 62511 · Fire Protection | 3,303.47 |
| 63400 · Interest Expense | 299,028.95 |
| 63410 · Janitorial Services | 6,750.00 |
| 63411 · Lawn Maintenance | 6,827.70 |
| 63450 · Legal Expense | 103.50 |
| 63451 · Legal Reimbursable | 0.00 |
| 63500 · Management Fee | 5,850.00 |
| 66750 · Refuse | 2,200.00 |
| 66900 · Reconciliation Discrepancies | 0.00 |
| 67200 · Repairs and Maintenance | 39,525.25 |
| 67210 · Sales Tax | 0.00 |
| 67810 · Snow Removal | 3,559.15 |
| 68000 · Taxes - Property | 170,523.34 |
| 68600 · Utilities | 83,430.79 |
| **Total Expense** | 641,657.54 |
| **Net Ordinary Income** | 364,373.46 |
| **Other Income/Expense** | |
| **Other Income** | |
| 70400 · Interest Income | 10.32 |
| **Total Other Income** | 10.32 |
| **Net Other Income** | 10.32 |
| **Net Income** | 364,383.78 |

2:53 PM

12/02/20

# 2374 Village Common Drive, LLC
## Statement of Cash Flows
### April through June 2020

|  | Apr - Jun 20 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 173,113.29 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 11000 · Accounts Receivable | -90,000.00 |
| 20000 · Accounts Payable | -703.81 |
| **Net cash provided by Operating Activities** | 82,409.48 |
| **FINANCING ACTIVITIES** | |
| 25000 · Wells Fargo - Note Payable | -28,113.15 |
| 25100 · SBA - Note Payable x2109 | -27,143.64 |
| 26000 · Loan Payable USB x5038 Rabe | -1,968.72 |
| **Net cash provided by Financing Activities** | -57,225.51 |
| **Net cash increase for period** | 25,183.97 |
| **Cash at beginning of period** | 36,095.93 |
| **Cash at end of period** | 61,279.90 |

2:54 PM

12/02/20

# 2374 Village Common Drive, LLC
## Statement of Cash Flows
### July through September 2020

|  | Jul - Sep 20 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | 57,132.28 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| 11000 · Accounts Receivable | -76,000.00 |
| 20000 · Accounts Payable | 101,943.86 |
| **Net cash provided by Operating Activities** | 83,076.14 |
| **FINANCING ACTIVITIES** |  |
| 25000 · Wells Fargo - Note Payable | -28,605.01 |
| 25100 · SBA - Note Payable x2109 | -27,143.64 |
| 26000 · Loan Payable USB x5038 Rabe | -1,968.72 |
| **Net cash provided by Financing Activities** | -57,717.37 |
| **Net cash increase for period** | 25,358.77 |
| **Cash at beginning of period** | 61,279.90 |
| **Cash at end of period** | 86,638.67 |

2:54 PM

12/02/20

# 2374 Village Common Drive, LLC
## Statement of Cash Flows
### January through September 2020

|  | Jan - Sep 20 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | 323,182.66 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| 11000 · Accounts Receivable | -256,000.00 |
| 20000 · Accounts Payable | 167,852.96 |
| **Net cash provided by Operating Activities** | 235,035.62 |
| **FINANCING ACTIVITIES** |  |
| 25000 · Wells Fargo - Note Payable | -85,002.99 |
| 25100 · SBA - Note Payable x2109 | -81,430.92 |
| 26000 · Loan Payable USB x5038 Rabe | -5,906.16 |
| **Net cash provided by Financing Activities** | -172,340.07 |
| **Net cash increase for period** | 62,695.55 |
| **Cash at beginning of period** | 23,943.12 |
| **Cash at end of period** | 86,638.67 |

2:47 PM

12/02/20

# 2374 Village Common Drive, LLC
## Statement of Cash Flows
### January through October 2020

|                                                                      | Jan - Oct 20 |
|----------------------------------------------------------------------|-------------:|
| **OPERATING ACTIVITIES**                                             |              |
| Net Income                                                           | 364,383.78   |
| Adjustments to reconcile Net Income to net cash provided by operations: |           |
| 11000 · Accounts Receivable                                          | -274,000.00  |
| 20000 · Accounts Payable                                             | 170,048.61   |
| Net cash provided by Operating Activities                            | 260,432.39   |
| **FINANCING ACTIVITIES**                                             |              |
| 25000 · Wells Fargo - Note Payable                                   | -95,087.35   |
| 25100 · SBA - Note Payable x2109                                     | -90,478.80   |
| 26000 · Loan Payable USB x5038 Rabe                                  | -6,562.40    |
| Net cash provided by Financing Activities                            | -192,128.55  |
| Net cash increase for period                                         | 68,303.84    |
| Cash at beginning of period                                          | 23,943.12    |
| Cash at end of period                                                | 92,246.96    |