UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: :  | |
| JOSEPH MARTIN THOMAS, : | BANKRUPTCY NO.  20-10334 TPA |
|     Debtor. : | |
| : | THE HONORABLE THOMAS P. AGRESTI |
| JOSEPH MARTIN THOMAS, : | |
|     Movant, : | CHAPTER 11 |
| : | |
|     v. : | RELATED TO DOCUMENT NO. 223 |
| : | |
| NO RESPONDENT. : | DATE AND TIME OF HEARING: |
| : | December 17, 2020 @ 10:00 a.m. |
| : | |
| : | RESPONSE DEADLINE: |
| : | December 14, 2020 |
| : | |

**CERTIFICATION OF NO OBJECTION REGARDING
SECOND MOTION TO EXTEND EXCLUSIVITY PERIOD (Document No. 223)**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Second Motion to Extend Exclusivity Period filed November 24, 2020 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.  Pursuant to the Order dated November 25, 2020, objections to the Motion were to be filed and served no later than December 14, 2020.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  December 15, 2020

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.


BY:    /s/Michael P. Kruszewski
    Michael P. Kruszewski, Esquire
    PA Id. No. 91239
    The Quinn Law Firm
    2222 West Grandview Boulevard
    Erie, Pennsylvania  16506-4508
    Telephone: 814-833-2222
    Facsimile: 814-833-6753
    E-Mail: mkruszewski@quinnfirm.com
    Counsel for Debtor

#1411791