## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Thomas, Joseph Martin

**Case No. 20-10334-TPA**

Reporting Period: _11/1/20 - 11/30/20_

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
**File with Court and submit copy to United States Trustee within 14 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | X | |
| Debtor Questionnaire | MOR- 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
12/14/20
Date

_____
Signature of Joint Debtor

_____
Date

_Linda Erven_
Signature of Preparer

12/14/20
Date

LINDA ERVEN
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Thomas, Joseph Martin                                    Case No. 20-10334-TPA

Debtor                                    Reporting Period: _11/1/20 ~ 11/30/20_

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 47,909.73 | 59,973.43 |
| **RECEIPTS** | | |
| Wages (Net) | 30,000.00 | 195,000.00 |
| **Interest and Dividend Income** | .35 | 2.04 |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,171.60 | 15,201.20 |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| **Total Receipts** | 32,171.95 | 210,203.24 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 800.00 | 5,575.00 |
| **Other Secured Note Payments** | | |
| Utilities | 385.81 | 4,292.64 |
| Insurance | 2,190.62 | 7,126.48 |
| Auto Expense | 4,691.95 | 21,171.77 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 2,150.00 | 9,741.50 |
| Medical Expenses | 763.40 | 3,053.02 |
| Household Expenses | 2,186.64 | 12,515.21 |
| Charitable Contributions | | 25.00 |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | 5,100.00 | 93,242.00 |
| Travel and Entertainment | 11.20 | 11.20 |
| Gifts | 450.00 | 3,050.00 |
| Other (attach schedule) | 204.55 | 4,192.01 |
| Total Ordinary Disbursements | 18,934.17 | 163,995.83 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 3,383.33 |
| U. S. Trustee Fees | | 1,625.00 |
| Other Reorganization Expenses (attach schedule) | 5,000.00 | 45,025.00 |
| Total Reorganization Items | 5,000.00 | 50,033.33 |
| **Total Disbursements (Ordinary + Reorganization)** | 23,934.17 | 214,029.16 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 8,237.78 | (3,825.92) |
| **Cash - End of Month (Must equal reconciled bank statement)** | 56,147.51 | 56,147.51 |

FORM MOR-1(INDV)
(9/99)

Thomas, Joseph Martin

Debtor

Case No. 20-10334-TPA

Reporting Period: _11/1/20 - 11/30/20_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| FEDERAL INCOME TAX | | 61,488.00 |
| STATE AND LOCAL INCOME TAXES | | 11,328.00 |
| LOCAL SERVICES TAX | | 26.00 |
| FEDERAL INCOME TAX (PRE-PETITION DEBT) | 4,600.00 | 18,400.00 |
| STATE INCOME TAX (PRE-PETITION DEBT) | 500.00 | 2,000.00 |
| **Other Ordinary Disbursements** | | |
| SUBSCRIPTIONS (NEWSPAPERS/SIRIUS) | 86.00 | 2,080.30 |
| CHECK PRINTING FEES | | 156.20 |
| BOOKS/DOWNLOADS | 118.55 | 804.51 |
| FLORIST | | 901.00 |
| DONATION (NON-CHARITABLE) | | 250.00 |
| | | |
| **Other Reorganization Expenses** | | |
| ESCROW - QUINN LAW FIRM | 5,000.00 | 45,000.00 |
| CREDIT COUNSELING FEES | | 25.00 |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Thomas, Joseph Martin

Debtor

Case No. 20-10334-TPA

Reporting Period: _11/1/20 - 11/30/20_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 17,568.00 | 8,784.00 | | | | 26,352.00 |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | 17,568.00 | 8,784.00 | | | | 26,352.00 |
| **State and Local** | | | | | | |
| Withholding | 1,416.00 | 1,416.00 | | | | 2,832.00 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | 1,416.00 | 1,416.00 | | | | 2,832.00 |
| **Total Taxes** | 18,984.00 | 10,200.00 | | | | 29,184.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 3,190.91 | | | | | 3,190.91 |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | 3,190.91 | | | | | 3,190.91 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**
_FROM ONGOING INCOME WHEN RECEIVED TWICE EACH MONTH._

---

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Thomas, Joseph Martin                                    Case No. 20-10334-TPA

      Debtor                          Reporting Period: _11/1/20 - 11/30/20_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | N/A |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | N/A |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below.  *AS PROVIDED TO US TRUSTEE* | X | |

FORM MOR-5
(9/99)

# Standard Checking Statement

PNC Private Banking

 **PNC BANK**

---

**For the period 11/05/2020 to 12/03/2020**

002204                                   000004698   UZ
JOSEPH THOMAS MD  CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

Primary account number █████3191
Page 1 of 4
Number of enclosures: 0

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

Inquiries? Call PNC Private Banking 1-888-762-6226
For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-762-6226

Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com



---

## IMPORTANT INFORMATION REGARDING PNC PURCHASE PAYBACK (R)

Updated PNC Purchase Payback Rewards Program (Program) Terms and Conditions (Terms and Conditions) are now available and can be viewed at *pnc.com/purchasepayback-terms*. By activating a Program offer, you agree to these Terms and Conditions. Please note that although we have made updates to the Terms and Conditions, we have not made any changes to the Program or how you can activate offers. **LEARN MORE** about PNC Purchase Payback at *pnc.com/purchasepayback*.

## IMPORTANT ACCOUNT INFORMATION

Any reimbursements for non-PNC ATM and/or Other Financial Institutions' ATM Surcharge Fees that your account is entitled to will be reimbursed at the end of the statement period. If your account is closed before the end of the statement period, fees will not be reimbursed.

## REPORTING NEGATIVE INFORMATION TO CREDIT BUREAUS; DISPUTING REPORTED INFORMATION

We may report information regarding your Account to credit bureaus. If the Account is jointly held, we may also report information to credit bureaus about any joint owner(s). Negative information, including closing of the Account with an overdrawn balance owed or other defaults on the Account, may be reflected in each joint owner's credit report. If you believe that the information that PNC Bank is furnishing to ChexSystems or Early Warning Services is inaccurate or incomplete, and you wish to dispute the reported information, you may dispute directly to PNC Bank and/or to ChexSystems or Early Warning Services, as applicable, however, the dispute must be in writing and sent by mail or fax as follows:

> PNC Bank, P.O. Box 99685, Pittsburgh, PA 15233 (Please note this is a new P.O. Box number)

> Chex Systems, Inc., 7805 Hudson Road, Suite 100, Woodbury, MN 55125, or faxing 602-659-2197.
> Early Warning Services, LLC Attn: Consumer Services, 16552 North 90th Street Suite 100, Scottsdale, AZ, 85260 or faxing it to: 480-656-6850.

Your correspondence should include the following information:
> Your name, address and Social Security number
> Your account number
> The information being reported that you believe is inaccurate or incomplete
> Any supporting documents, such as account statements, letters, etc.
> A copy of the ChexSystems or Early Warning Services report, if available



# Standard Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

For the period 11/05/2020 to 12/03/2020
JOSEPH THOMAS MD  CASE# 20-10334
Primary account number ███████ 3191
Page 2 of 4

## IMPORTANT ACCOUNT INFORMATION

On July 12, 2020, we updated the "Closing the Account" section in your Account Agreement for Personal Checking, Savings and Money Market Accounts ("Agreement"). All other information in your Agreement continues to apply to your account. Please read this information and keep it with your records. There is no additional action required by you at this time. This is only an informational message.

### Closing the Account
You or the Bank can close your Account at any time. We may ask that you provide your request to close your Account in writing. If we close the Account, we will mail you a check for the final balance. If you close the Account, you will still be responsible for any outstanding checks written, or service charges or overdrafts incurred before, during or after the time you closed the Account. We are not required to close the Account at your request until all known authorized or outstanding items (including checks, ATM, point-of-sale, ACH and other electronic transactions) have been paid from your Account and any outstanding disputes (including but not limited to disputes regarding electronic transfers, ACH transactions or other unresolved internal research requests/disputes concerning the Account) have been resolved. Any items presented for payment after an Account has been closed will be returned to the payee and you will be liable for any associated charges. Any additional deposits or electronic credits (including Social Security, pension payments and automatic payroll deposits) will be returned to the originator.

## IMPORTANT ACCOUNT INFORMATION

On December 13, 2020, we updated language in the "Amendment, Waiver" section in your Account Agreement for Personal Checking, Savings and Money Market Accounts ("Agreement"). Below is the updated language. All other information in your Agreement continues to apply to your account. Please read this information and keep it with your records.

### Amendment, Waiver
We reserve the right to amend this Agreement (including the right to add new provisions and to convert your Account from one product to another) and our Consumer Schedule of Service Charges and Fees (including the right to change charges, fees and the manner in which we calculate and/or credit interest), from time to time.

## Standard Checking Account Summary

Account number: ███████ 3191

JOSEPH THOMAS MD  CASE# 20-10334
DEBTOR IN POSSESSION

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 20,469.00 | 10,200.00 | 1,485.00 | 29,184.00 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 26,728.65 | .00 |

### Transaction Summary

| Checks paid/ withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 1 | 0 | 0 |

| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
|---|---|---|
| 0 | 0 | 0 |

## Activity Detail

### Deposits and Other Additions

There were 2 Deposits and Other Additions totaling **$10,200.00**.

| Date | Amount | Description |
|---|---|---|
| 11/09 | 5,100.00 | Online Transfer From ███████ |

Deposits and Other Additions continued on next page

# Standard Checking Statement

**⟩PNC BANK**

💻 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 11/05/2020 to 12/03/2020**
JOSEPH THOMAS MD  CASE# 20-10334
Primary account number: ███ 3191
Page 3 of 4

Account number ███ 3191 - continued

## Deposits and Other Additions - *continued*

| Date | Amount | Description |
|---|---|---|
| 11/17 | 5,100.00 | Online Transfer From ██████████ |

## Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number |
|---|---|---|---|
| 104 | 1,485.00 | 11/12 | 070098685 |

There is 1 check listed totaling **$1,485.00.**

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 11/05 | 20,469.00 | 11/09 | 25,569.00 | 11/12 | 24,084.00 | 11/17 | 29,184.00 |

## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:

* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account
## Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

## Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement    $ _____

Add deposits and other additions not recorded    Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance    = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC                          ⌂ Equal Housing Lender

# Performance Select Statement
PNC Private Banking

 PNC BANK

**For the period 11/07/2020 to 12/07/2020**

000009                    R00123419    UZ
JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

Primary account number ████-6352
Page 1 of 8
Number of enclosures: 0

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

Inquiries? Call PNC Private Banking 1-888-762-6226
For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?**  Please contact us at 1-888-762-6226

✉ Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## IMPORTANT INFORMATION REGARDING IDENTITY THEFT REIMBURSEMENT INSURANCE

**Effective December 31, 2020:** Identity Theft Reimbursement Insurance coverage will no longer be included with your PNC Bank account. If you have any questions regarding this change, please call us at the Customer Service Number listed above. All Identity Theft Reimbursement loss events must take place on or prior to December 31, 2020 and claims must be filed within six months on or before June 30, 2021.

## IMPORTANT INFORMATION REGARDING PNC PURCHASE PAYBACK (R)

Updated PNC Purchase Payback Rewards Program (Program) Terms and Conditions (Terms and Conditions) are now available and can be viewed at *pnc.com/purchasepayback-terms*. By activating a Program offer, you agree to these Terms and Conditions.  Please note that although we have made updates to the Terms and Conditions, we have not made any changes to the Program or how you can activate offers.  **LEARN MORE** about PNC Purchase Payback at *pnc.com/purchasepayback*.

## IMPORTANT ACCOUNT INFORMATION

Any reimbursements for non-PNC ATM and/or Other Financial Institutions' ATM Surcharge Fees that your account is entitled to will be reimbursed at the end of the statement period.  If your account is closed before the end of the statement period, fees will not be reimbursed.

## REPORTING NEGATIVE INFORMATION TO CREDIT BUREAUS;
## DISPUTING REPORTED INFORMATION

We may report information regarding your Account to credit bureaus. If the Account is jointly held, we may also report information to credit bureaus about any joint owner(s). Negative information, including closing of the Account with an overdrawn balance owed or other defaults on the Account, may be reflected in each joint owner's credit report. If you believe that the information that PNC Bank is furnishing to ChexSystems or Early Warning Services is inaccurate or incomplete, and you wish to dispute the reported information, you may dispute directly to PNC Bank and/or to ChexSystems or Early Warning Services, as applicable, however, the dispute must be in writing and sent by mail or fax as follows:

> PNC Bank, P.O. Box 99685, Pittsburgh, PA 15233 (Please note this is a new P.O. Box number)

> Chex Systems, Inc., 7805 Hudson Road, Suite 100, Woodbury, MN 55125, or faxing 602-659-2197.
> Early Warning Services, LLC Attn: Consumer Services, 16552 North 90th Street Suite 100, Scottsdale, AZ, 85260 or faxing it to: 480-656-6850.



# Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 11/07/2020 to 12/07/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number:▓▓▓▓6352
Page 2 of 8

Your correspondence should include the following information:
> Your name, address and Social Security number
> Your account number
> The information being reported that you believe is inaccurate or incomplete
> Any supporting documents, such as account statements, letters, etc.
> A copy of the ChexSystems or Early Warning Services report, if available

## IMPORTANT ACCOUNT INFORMATION

**On July 12, 2020, we updated the "Closing the Account" section in your Account Agreement for Personal Checking, Savings and Money Market Accounts ("Agreement"). All other information in your Agreement continues to apply to your account. Please read this information and keep it with your records. There is no additional action required by you at this time. This is only an informational message.**

### Closing the Account
You or the Bank can close your Account at any time. We may ask that you provide your request to close your Account in writing. If we close the Account, we will mail you a check for the final balance. If you close the Account, you will still be responsible for any outstanding checks written, or service charges or overdrafts incurred before, during or after the time you closed the Account. We are not required to close the Account at your request until all known authorized or outstanding items (including checks, ATM, point-of-sale, ACH and other electronic transactions) have been paid from your Account and any outstanding disputes (including but not limited to disputes regarding electronic transfers, ACH transactions or other unresolved internal research requests/disputes concerning the Account) have been resolved. Any items presented for payment after an Account has been closed will be returned to the payee and you will be liable for any associated charges. Any additional deposits or electronic credits (including Social Security, pension payments and automatic payroll deposits) will be returned to the originator.

## IMPORTANT ACCOUNT INFORMATION

On December 13, 2020, we updated language in the "Amendment, Waiver" section in your Account Agreement for Personal Checking, Savings and Money Market Accounts ("Agreement"). Below is the updated language. All other information in your Agreement continues to apply to your account. Please read this information and keep it with your records.

### Amendment, Waiver
We reserve the right to amend this Agreement (including the right to add new provisions and to convert your Account from one product to another) and our Consumer Schedule of Service Charges and Fees (including the right to change charges, fees and the manner in which we calculate and/or credit interest), from time to time.

## Performance Select
## Interest Checking Account Summary

JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION

Account number:▓▓▓▓6352

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 24,518.56 | 31,009.14 | 37,702.18 | 17,825.52 |
| | | Average monthly balance | Charges and fees |
| | | 16,078.32 | .00 |

# Performance Select Statement

**PNC BANK**

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

Account number ████ 6352 - continued

**For the period 11/07/2020 to 12/07/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ████ 6352
Page 3 of 8

## Transaction Summary

| | Checks paid/ withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|---|
| | 26 | 11 | 0 |
| | Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| | 4 | 4 | 0 |

## Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 31 | 16,078.32 | .14 |

As of 12/07, a total of **$1.34** in interest was paid this year.

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | 36.00 |

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 11/09 | 1,000.00 | Online Transfer From ████████ |
| 11/16 | 15,000.00 | Deposit Reference No. 036633957 |
| 11/16 | 9.00 | Deposit Reference No. 036759577 |
| 12/02 | 15,000.00 | Deposit Reference No. 032009586 |
| 12/07 | .14 | Interest Payment |

There were 5 Deposits and Other Additions totaling **$31,009.14**.

### Checks and Substitute Checks

| Check number | Amount | | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|---|
| 3788 | 12.99 | | 11/18 | 077080794 | 3818 | 200.00 | 11/16 | 074720631 |
| 3790 * | 4,600.00 | | 11/13 | 072346300 | 3819 | 150.33 | 11/19 | 077646157 |
| 3800 * | 13.00 | | 11/19 | 077487127 | 3820 | 96.00 | 11/20 | 071395601 |
| 3803 * | 200.00 | | 11/09 | 074835252 | 3823 * | 47.45 | 12/01 | 072382546 |
| 3804 | 832.80 | | 11/09 | 074099720 | 3826 * | 200.00 | 11/23 | 074118836 |
| 3808 * | 200.00 | | 11/12 | 070269515 | 3827 | 350.00 | 12/02 | 074505103 |
| 3809 | 512.40 | | 11/10 | 076776694 | 3828 | 1,710.34 | 11/27 | 077102461 |
| 3810 | 2,053.18 | | 11/10 | 032315719 | 3829 | 82.50 | 12/01 | 072779817 |
| 3811 | 125.00 | | 11/10 | L077065354 | 3831 * | 86.00 | 11/27 | 077502699 |
| 3812 | 125.00 | T | 11/09 | 031387336 | 3833 * | 1,805.97 | 11/30 | 030401238 |
| 3813 | 251.00 | | 11/18 | 077070169 | 3834 | 200.00 | 12/02 | 074035672 |
| 3814 | 200.00 | | 11/13 | 071291211 | 3835 | 832.80 | 12/07 | 077668172 |
| 3817 * | 5,000.00 | | 11/13 | 072246612 | 3840 * | 200.00 | 12/07 | 071316332 |

* Gap in check sequence    "T" Teller Cashed Check

There were 26 checks listed totaling **$20,086.76**.
There were 4 Banking Machine withdrawals totaling **$1,600.00**.

There were 11 other Banking Machine/Debit Card deductions totaling **$311.51**.

### Banking/Debit Card Withdrawals and Purchases

| Date | Amount | Description |
|---|---|---|
| 11/09 | 38.14 | 1794 Recurring Debit Card Apple.Com/Bill |
| 11/10 | 9.00 | 1794 Debit Card Purchase Nys Dos Corp Ebiennial |
| 11/12 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 11/13 | 24.36 | 1794 Recurring Debit Card Apple.Com/Bill |
| 11/13 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 11/20 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 11/23 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 11/23 | .99 | 1794 Recurring Debit Card Apple.Com/Bill |

Banking/Debit Card Withdrawals and Purchases continued on next page



# Performance Select Statement

📧 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 11/07/2020 to 12/07/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ███████ 6352
Page 4 of 8

Account number: ██████ 6352 - continued

## Banking/Debit Card Withdrawals and Purchases  *- continued*

| Date | Amount | Description |
|------|--------|-------------|
| 11/24 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 11/25 | 11.20 | 1794 Debit Card Purchase American Air0012147324 |
| 11/30 | 34.96 | 1794 Debit Card Purchase Apple.Com/Bill |
| 12/04 | 13.76 | 1794 Recurring Debit Card Apple.Com/Bill |
| 12/04 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 12/07 | 137.79 | 1794 Recurring Debit Card Apple.Com/Bill |
| 12/07 | 34.97 | 1794 Recurring Debit Card Apple.Com/Bill |

## Online and Electronic Banking Deductions

There were 7 Online or Electronic Banking
Deductions totaling **$15,703.91**.

| Date | Amount | Description |
|------|--------|-------------|
| 11/09 | 5,100.00 | Online Transfer To ████████ |
| 11/13 | 60.98 | Payment,E-Check Check Pymt Penelec 3815 |
| 11/13 | 55.01 | Payment,E-Check Check Pymt Penelec 3816 |
| 11/17 | 5,100.00 | Online Transfer To ████████ |
| 11/19 | 72.13 | Payment,E-Check Checkpaymt |
|  |  | Natfuel Box 4103 3821 |
| 11/23 | 215.79 | Payment,E-Check Check Pymt Charter Midwest 3822 |
| 12/07 | 5,100.00 | Online Transfer To ████████ |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 11/07 | 24,518.56 | 11/16 | 20,788.52 | 11/23 | 14,273.12 | 12/01 | 10,094.70 |
| 11/09 | 19,222.62 | 11/17 | 15,688.52 | 11/24 | 13,873.12 | 12/02 | 24,544.70 |
| 11/10 | 16,523.04 | 11/18 | 15,424.53 | 11/25 | 13,861.92 | 12/04 | 24,130.94 |
| 11/12 | 16,319.87 | 11/19 | 15,189.07 | 11/27 | 12,065.58 | 12/07 | 17,825.52 |
| 11/13 | 5,979.52 | 11/20 | 14,693.07 | 11/30 | 10,224.65 |  |  |

# Performance Select Statement

<img> PNC BANK

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 11/07/2020 to 12/07/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ███6352
Page 5 of 8

## Check Images

| | | |
|---|---|---|
| 3788 | $12.99 | 11/18/2020 |
| 3790 | $4,600.00 | 11/13/2020 |
| 3800 | $13.00 | 11/19/2020 |
| 3803 | $200.00 | 11/09/2020 |
| 3804 | $832.80 | 11/09/2020 |
| 3808 | $200.00 | 11/12/2020 |
| 3809 | $512.40 | 11/10/2020 |
| 3810 | $2,053.18 | 11/10/2020 |
| 3811 | $125.00 | 11/10/2020 |
| 3812 | $125.00 | 11/09/2020 |

Check Images continued on next page



# Performance Select Statement

🖥 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 11/07/2020 to 12/07/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number ▦▦▦▦-6352
Page 6 of 8

## Check Images - *continued*



| | | |
|---|---|---|
| 3813 | $251.00 | 11/18/2020 |
| 3814 | $200.00 | 11/13/2020 |
| 3817 | $5,000.00 | 11/13/2020 |
| 3818 | $200.00 | 11/16/2020 |
| 3819 | $150.33 | 11/19/2020 |
| 3820 | $96.00 | 11/20/2020 |
| 3823 | $47.45 | 12/01/2020 |
| 3826 | $200.00 | 11/23/2020 |
| 3827 | $350.00 | 12/02/2020 |
| 3828 | $1,710.34 | 11/27/2020 |

Check Images continued on next page

# Performance Select Statement

**PNC BANK**

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 11/07/2020 to 12/07/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ████6352
Page 7 of 8

---

## Check Images - *continued*

| | | |
|---|---|---|
| 3829 | $82.50 | 12/01/2020 |
| 3831 | $86.00 | 11/27/2020 |
| 3833 | $1,805.97 | 11/30/2020 |
| 3834 | $200.00 | 12/02/2020 |
| 3835 | $832.80 | 12/07/2020 |
| 3840 | $200.00 | 12/07/2020 |

With PNC Online Banking, you can view, print and save up to the most recent 90 days of your canceled checks - front and back - FREE of charge. Please contact us for additional options.



## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records.  Call the telephone number on the upper right side of the first page of this statement if:
- you have any questions regarding your account(s);
- your name or address is incorrect;
- you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

## Update Your Account Register

**Compare:**  The activity detail section of your statement to your account register.

**Check Off:**  All items in your account register that also appear on your statement.  Remember to begin with the ending date of your last statement.  (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.)

**Add to Your Account Register Balance:**  Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register.

**Subtract From Your Account Register Balance:**  Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register.

## Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total A** |  |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total B** |  |

**Step 3:**
Enter the ending balance recorded on your statement          $ _____
Add deposits and other additions not recorded     Total A + $ _____

                                                          Subtotal= $ _____
Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance     = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC                          Equal Housing Lender

# Performance Select Statement

PNC Private Banking

△ PNC BANK

Primary account number: ███ 6807
Page 1 of 4
Number of enclosures: 0

**For the period 11/07/2020 to 12/07/2020**

002041                                    000005940   U2
JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

☎ Inquiries? Call PNC Private Banking 1-888-762-6226
  For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-762-6226

✉ Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## IMPORTANT INFORMATION REGARDING PNC PURCHASE PAYBACK (R)

Updated PNC Purchase Payback Rewards Program (Program) Terms and Conditions (Terms and Conditions) are now available and can be viewed at *pnc.com/purchasepayback-terms.* By activating a Program offer, you agree to these Terms and Conditions. Please note that although we have made updates to the Terms and Conditions, we have not made any changes to the Program or how you can activate offers. **LEARN MORE** about PNC Purchase Payback at *pnc.com/purchasepayback.*

## REPORTING NEGATIVE INFORMATION TO CREDIT BUREAUS; DISPUTING REPORTED INFORMATION

We may report information regarding your Account to credit bureaus. If the Account is jointly held, we may also report information to credit bureaus about any joint owner(s). Negative information, including closing of the Account with an overdrawn balance owed or other defaults on the Account, may be reflected in each joint owner's credit report. If you believe that the information that PNC Bank is furnishing to ChexSystems or Early Warning Services is inaccurate or incomplete, and you wish to dispute the reported information, you may dispute directly to PNC Bank and/or to ChexSystems or Early Warning Services, as applicable, however, the dispute must be in writing and sent by mail or fax as follows:

> PNC Bank, P.O. Box 99685, Pittsburgh, PA 15233 (Please note this is a new P.O. Box number)

> Chex Systems, Inc., 7805 Hudson Road, Suite 100, Woodbury, MN 55125, or faxing 602-659-2197.
> Early Warning Services, LLC Attn: Consumer Services, 16552 North 90th Street Suite 100, Scottsdale, AZ, 85260 or faxing it to: 480-656-6850.

Your correspondence should include the following information:
> Your name, address and Social Security number
> Your account number
> The information being reported that you believe is inaccurate or incomplete
> Any supporting documents, such as account statements, letters, etc.
> A copy of the ChexSystems or Early Warning Services report, if available

## IMPORTANT ACCOUNT INFORMATION

**On July 12, 2020, we updated the "Closing the Account" section in your Account Agreement for Personal Checking, Savings and Money Market Accounts ("Agreement"). All other information in your Agreement continues to apply to your account. Please read this information and keep it with your records. There is no additional action required by you at this time. This**



# Performance Select Statement

For the period 11/07/2020 to 12/07/2020
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: █████5807
Page 2 of 4

🖥 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**is only an informational message.**

## Closing the Account

You or the Bank can close your Account at any time. We may ask that you provide your request to close your Account in writing. If we close the Account, we will mail you a check for the final balance. If you close the Account, you will still be responsible for any outstanding checks written, or service charges or overdrafts incurred before, during or after the time you closed the Account. We are not required to close the Account at your request until all known authorized or outstanding items (including checks, ATM, point-of-sale, ACH and other electronic transactions) have been paid from your Account and any outstanding disputes (including but not limited to disputes regarding electronic transfers, ACH transactions or other unresolved internal research requests/disputes concerning the Account) have been resolved. Any items presented for payment after an Account has been closed will be returned to the payee and you will be liable for any associated charges. Any additional deposits or electronic credits (including Social Security, pension payments and automatic payroll deposits) will be returned to the originator.

## IMPORTANT ACCOUNT INFORMATION

On December 13, 2020, we updated language in the "Amendment, Waiver" section in your Account Agreement for Personal Checking, Savings and Money Market Accounts ("Agreement"). Below is the updated language. All other information in your Agreement continues to apply to your account. Please read this information and keep it with your records.

## Amendment, Waiver

We reserve the right to amend this Agreement (including the right to add new provisions and to convert your Account from one product to another) and our Consumer Schedule of Service Charges and Fees (including the right to change charges, fees and the manner in which we calculate and/or credit interest), from time to time.

## Performance Select
## Premium Money Market Account Summary

Account number: █████5807

JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 25,783.29 | 2,171.82 | 1,000.00 | 26,955.11 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 25,758.48 | .00 |

### Interest Summary

As of 12/07, a total of **$1.98** in interest was paid this year.

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 31 | 25,758.48 | .22 |

## Activity Detail

### Deposits and Other Additions

There were 2 Deposits and Other Additions totaling **$2,171.82**.

| Date | Amount | Description |
|---|---|---|
| 11/25 | 2,171.60 | Direct Deposit - Xxsoc Sec SSA Treas ████ |
| 12/07 | .22 | Interest Payment |

### Online and Electronic Banking Deductions

There was 1 Online or Electronic Banking Deduction totaling **$1,000.00**.

| Date | Amount | Description |
|---|---|---|
| 11/09 | 1,000.00 | Online Transfer To ████ |

# Performance Select Statement

⬢ **PNC BANK**

**For the period 11/07/2020 to 12/07/2020**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number ████6807
Page 3 of 4

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**Account number** ████6807 - continued

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 11/07 | 25,783.29 | 11/09 | 24,783.29 | 11/25 | 26,954.89 | 12/07 | 26,955.11 |



0-0

38105465.2

COLRSO1A 1116 5008 127 07 20201208 PG 2 OF 2 00005940

## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:

* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

**Compare:** The activity detail section of your statement to your account register.

**Check Off:** All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.)

**Add to Your Account Register Balance:** Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register.

**Subtract From Your Account Register Balance:** Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register.

### Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total A** |  |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total B** |  |

**Step 3:**

Enter the ending balance recorded on your statement     $ _____

Add deposits and other additions not recorded     Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded  Total B - $ _____

The result should equal your account register balance     = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC                    Equal Housing Lender

4:20 PM

12/14/20

### Joseph M. Thomas
## Reconciliation Summary
**10003 · PNC Checking (Escrow) -3191, Period Ending 12/03/2020**

|  | Dec 3, 20 |
|---|---|
| Beginning Balance | 20,469.00 |
| Cleared Transactions |  |
| Checks and Payments - 1 item | -1,485.00 |
| Deposits and Credits - 2 items | 10,200.00 |
| Total Cleared Transactions | 8,715.00 |
| Cleared Balance | **29,184.00** |
| Register Balance as of 12/03/2020 | 29,184.00 |
| New Transactions |  |
| Deposits and Credits - 1 item | 5,100.00 |
| Total New Transactions | 5,100.00 |
| Ending Balance | **34,284.00** |

4:20 PM

12/14/20

**Joseph M. Thomas**
## Reconciliation Detail
**10003 · PNC Checking (Escrow) -3191, Period Ending 12/03/2020**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 20,469.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 10/28/2020 | 104 | HAB-EIT | X | -1,485.00 | -1,485.00 |
| | | | Total Checks and Payments | | -1,485.00 | -1,485.00 |
| **Deposits and Credits - 2 items** | | | | | | |
| Check | 11/09/2020 | 0 | Joseph M. Thomas | X | 5,100.00 | 5,100.00 |
| Check | 11/17/2020 | 0 | Joseph M. Thomas | X | 5,100.00 | 10,200.00 |
| | | | Total Deposits and Credits | | 10,200.00 | 10,200.00 |
| | | | Total Cleared Transactions | | 8,715.00 | 8,715.00 |
| **Cleared Balance** | | | | | 8,715.00 | 29,184.00 |
| Register Balance as of 12/03/2020 | | | | | 8,715.00 | 29,184.00 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 12/07/2020 | 0 | Joseph M. Thomas | | 5,100.00 | 5,100.00 |
| | | | Total Deposits and Credits | | 5,100.00 | 5,100.00 |
| | | | Total New Transactions | | 5,100.00 | 5,100.00 |
| **Ending Balance** | | | | | 13,815.00 | 34,284.00 |

Joseph M. Thomas

12/14/2020 4:33 PM

Register: 10003 · PNC Checking (Escrow) -3191
From 11/01/2020 through 11/30/2020
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 11/09/2020 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 5,100.00 | 24,084.00 |
| 11/17/2020 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 5,100.00 | 29,184.00 |

4:29 PM

12/14/20

## Joseph M. Thomas
## Reconciliation Summary
### 10001 · PNC Checking -6352, Period Ending 12/07/2020

|  | Dec 7, 20 |
|---|---|
| **Beginning Balance** | 24,518.56 |
| Cleared Transactions |  |
| Checks and Payments - 48 items | -37,702.18 |
| Deposits and Credits - 5 items | 31,009.14 |
| Total Cleared Transactions | -6,693.04 |
| **Cleared Balance** | **17,825.52** |
| Uncleared Transactions |  |
| Checks and Payments - 11 items | -12,576.99 |
| Deposits and Credits - 1 item | 202.60 |
| Total Uncleared Transactions | -12,374.39 |
| **Register Balance as of 12/07/2020** | **5,451.13** |
| New Transactions |  |
| Checks and Payments - 15 items | -11,727.21 |
| Deposits and Credits - 1 item | 15,000.00 |
| Total New Transactions | 3,272.79 |
| **Ending Balance** | **8,723.92** |

4:29 PM

12/14/20

# Joseph M. Thomas
## Reconciliation Detail
### 10001 · PNC Checking -6352, Period Ending 12/07/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 24,518.56 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 48 items** | | | | | | |
| Check | 10/12/2020 | 3788 | Lisa Wood | X | -12.99 | -12.99 |
| Check | 10/16/2020 | 3790 | United States Treas... | X | -4,600.00 | -4,612.99 |
| Bill Pmt -Check | 10/27/2020 | 3800 | HAB-LST | X | -13.00 | -4,625.99 |
| Bill Pmt -Check | 11/02/2020 | 3804 | Ally | X | -832.80 | -5,458.79 |
| Check | 11/02/2020 | 3803 | Lisa Wood | X | -200.00 | -5,658.79 |
| Check | 11/06/2020 | DEBIT | Apple.com | X | -38.14 | -5,696.93 |
| Check | 11/08/2020 | 3809 | Wegmans | X | -512.40 | -6,209.33 |
| Check | 11/09/2020 | 0 | Joseph M. Thomas | X | -5,100.00 | -11,309.33 |
| Check | 11/09/2020 | 3817 | Quinn Law Firm | X | -5,000.00 | -16,309.33 |
| Check | 11/09/2020 | 3810 | Champion Ford | X | -2,053.18 | -18,362.51 |
| Bill Pmt -Check | 11/09/2020 | 3813 | David J. DeMarco, D... | X | -251.00 | -18,613.51 |
| Bill Pmt -Check | 11/09/2020 | 3814 | Highmark Blue Cros... | X | -200.00 | -18,813.51 |
| Check | 11/09/2020 | 3812 | Ivan Prisyazhnyuk | X | -125.00 | -18,938.51 |
| Check | 11/09/2020 | 3811 | Butch Froehlich | X | -125.00 | -19,063.51 |
| Bill Pmt -Check | 11/09/2020 | 3815 | Penelec- South Shore | X | -60.98 | -19,124.49 |
| Bill Pmt -Check | 11/09/2020 | 3816 | Penelec - 9830 | X | -55.01 | -19,179.50 |
| Check | 11/09/2020 | DEBIT | New York State Dep... | X | -9.00 | -19,188.50 |
| Check | 11/10/2020 | 3808 | Mary Paolella | X | -200.00 | -19,388.50 |
| Check | 11/12/2020 | DEBIT | Apple.com | X | -3.17 | -19,391.67 |
| Check | 11/13/2020 | DEBIT | Joseph M. Thomas | X | -400.00 | -19,791.67 |
| Check | 11/13/2020 | DEBIT | Apple.com | X | -24.36 | -19,816.03 |
| Check | 11/16/2020 | 3818 | Mary Paolella | X | -200.00 | -20,016.03 |
| Check | 11/17/2020 | 0 | Joseph M. Thomas | X | -5,100.00 | -25,116.03 |
| Bill Pmt -Check | 11/17/2020 | 3822 | Spectrum | X | -215.79 | -25,331.82 |
| Bill Pmt -Check | 11/17/2020 | 3819 | Erie Insurance Group | X | -150.33 | -25,482.15 |
| Bill Pmt -Check | 11/17/2020 | 3820 | Erie Water Works | X | -96.00 | -25,578.15 |
| Bill Pmt -Check | 11/17/2020 | 3821 | National Fuel Gas-SS | X | -72.13 | -25,650.28 |
| Check | 11/17/2020 | 3823 | Highmark Health Ins... | X | -47.45 | -25,697.73 |
| Check | 11/20/2020 | DEBIT | Joseph M. Thomas | X | -400.00 | -26,097.73 |
| Check | 11/22/2020 | DEBIT | Apple.com | X | -3.17 | -26,100.90 |
| Check | 11/22/2020 | DEBIT | Apple.com | X | -0.99 | -26,101.89 |
| Check | 11/23/2020 | 3826 | Mary Paolella | X | -200.00 | -26,301.89 |
| Check | 11/23/2020 | DEBIT | American Airlines | X | -11.20 | -26,313.09 |
| Bill Pmt -Check | 11/24/2020 | 3828 | Erie Insurance Group | X | -1,710.34 | -28,023.43 |
| Check | 11/24/2020 | DEBIT | Joseph M. Thomas | X | -400.00 | -28,423.43 |
| Bill Pmt -Check | 11/24/2020 | 3831 | The New York Times | X | -86.00 | -28,509.43 |
| Bill Pmt -Check | 11/24/2020 | 3829 | Express Scripts Med... | X | -82.50 | -28,591.93 |
| Check | 11/25/2020 | 3827 | Heather Merlino | X | -350.00 | -28,941.93 |
| Check | 11/27/2020 | 3833 | Champion Ford | X | -1,805.97 | -30,747.90 |
| Check | 11/28/2020 | DEBIT | Apple.com | X | -34.96 | -30,782.86 |
| Bill Pmt -Check | 12/01/2020 | 3835 | Ally | X | -832.80 | -31,615.66 |
| Check | 12/02/2020 | 3834 | Mary Paolella | X | -200.00 | -31,815.66 |
| Check | 12/04/2020 | DEBIT | Joseph M. Thomas | X | -400.00 | -32,215.66 |
| Check | 12/04/2020 | DEBIT | Apple.com | X | -13.76 | -32,229.42 |
| Check | 12/06/2020 | DEBIT | Apple.com | X | -34.97 | -32,264.39 |
| Check | 12/07/2020 | 0 | Joseph M. Thomas | X | -5,100.00 | -37,364.39 |
| Check | 12/07/2020 | 3840 | Mary Paolella | X | -200.00 | -37,564.39 |
| Check | 12/07/2020 | DEBIT | Apple.com | X | -137.79 | -37,702.18 |
| | | | Total Checks and Payments | | -37,702.18 | -37,702.18 |
| **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 11/09/2020 | | | X | 9.00 | 9.00 |
| Deposit | 11/09/2020 | | | X | 1,000.00 | 1,009.00 |
| Deposit | 11/16/2020 | | | X | 15,000.00 | 16,009.00 |
| Deposit | 12/01/2020 | | | X | 15,000.00 | 31,009.00 |
| Deposit | 12/07/2020 | | | X | 0.14 | 31,009.14 |
| | | | Total Deposits and Credits | | 31,009.14 | 31,009.14 |
| | | | Total Cleared Transactions | | -6,693.04 | -6,693.04 |
| | | | Cleared Balance | | -6,693.04 | 17,825.52 |

4:29 PM

12/14/20

# Joseph M. Thomas
## Reconciliation Detail
### 10001 · PNC Checking -6352, Period Ending 12/07/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 11 items** | | | | | | |
| Check | 04/27/2020 | 3552 | PA Department of R... | | -2,429.28 | -2,429.28 |
| Check | 09/21/2020 | 3761 | Linda Erven | | -20.85 | -2,450.13 |
| Check | 10/19/2020 | 3797 | Linda Erven | | -15.10 | -2,465.23 |
| Check | 11/17/2020 | 3824 | United States Treas... | | -4,600.00 | -7,065.23 |
| Check | 11/17/2020 | 3825 | PA Department of R... | | -500.00 | -7,565.23 |
| Bill Pmt -Check | 11/24/2020 | 3830 | Reyes Landscaping | | -2,150.00 | -9,715.23 |
| Check | 11/24/2020 | 3832 | Linda Erven | | -20.85 | -9,736.08 |
| Bill Pmt -Check | 12/01/2020 | 3839 | Reyes Landscaping | | -2,145.75 | -11,881.83 |
| Bill Pmt -Check | 12/01/2020 | 3836 | Erie Water Works | | -630.60 | -12,512.43 |
| Bill Pmt -Check | 12/01/2020 | 3838 | National Fuel 84389... | | -34.20 | -12,546.63 |
| Bill Pmt -Check | 12/01/2020 | 3837 | National Fuel 78952... | | -30.36 | -12,576.99 |
| Total Checks and Payments | | | | | -12,576.99 | -12,576.99 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 12/07/2020 | | | | 202.60 | 202.60 |
| Total Deposits and Credits | | | | | 202.60 | 202.60 |
| Total Uncleared Transactions | | | | | -12,374.39 | -12,374.39 |
| Register Balance as of 12/07/2020 | | | | | -19,067.43 | 5,451.13 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 15 items** | | | | | | |
| Bill Pmt -Check | 12/08/2020 | 3842 | Penelec - 9830 Barn | | -43.77 | -43.77 |
| Bill Pmt -Check | 12/08/2020 | 3841 | Penelec - 9830 | | -39.66 | -83.43 |
| Check | 12/11/2020 | DEBIT | Joseph M. Thomas | | -400.00 | -483.43 |
| Check | 12/11/2020 | DEBIT | Apple.com | | -6.34 | -489.77 |
| Check | 12/13/2020 | 3844 | Mary Paolella | | -200.00 | -689.77 |
| Check | 12/13/2020 | 3845 | Eddie's Collectibles | | -85.00 | -774.77 |
| Check | 12/13/2020 | 3843 | Wegmans | | -71.11 | -845.88 |
| Check | 12/15/2020 | 3853 | Quinn Law Firm | | -5,000.00 | -5,845.88 |
| Check | 12/15/2020 | 3851 | United States Treas... | | -4,600.00 | -10,445.88 |
| Check | 12/15/2020 | 3852 | PA Department of R... | | -500.00 | -10,945.88 |
| Bill Pmt -Check | 12/15/2020 | 3849 | Spectrum | | -215.79 | -11,161.67 |
| Bill Pmt -Check | 12/15/2020 | 3847 | Highmark Blue Cros... | | -200.00 | -11,361.67 |
| Bill Pmt -Check | 12/15/2020 | 3846 | Erie Insurance Group | | -150.33 | -11,512.00 |
| Bill Pmt -Check | 12/15/2020 | 3850 | Thomas Kovach dba... | | -150.00 | -11,662.00 |
| Bill Pmt -Check | 12/15/2020 | 3848 | Penelec- South Shore | | -65.21 | -11,727.21 |
| Total Checks and Payments | | | | | -11,727.21 | -11,727.21 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 12/15/2020 | | | | 15,000.00 | 15,000.00 |
| Total Deposits and Credits | | | | | 15,000.00 | 15,000.00 |
| Total New Transactions | | | | | 3,272.79 | 3,272.79 |
| **Ending Balance** | | | | | **-15,794.64** | **8,723.92** |

Joseph M. Thomas

Register: 10001 · PNC Checking -6352

From 11/01/2020 through 11/30/2020

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 11/01/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 13.76 | X | | 3,128.88 |
| 11/02/2020 | | | 40999 · Batch Income | Deposit | | X | 15,000.00 | 18,128.88 |
| 11/02/2020 | 3802 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 17,928.88 |
| 11/02/2020 | 3803 | Lisa Wood | 64025 · Jewelry/Gifts | | 200.00 | X | | 17,728.88 |
| 11/02/2020 | 3804 | Ally | 2000 · Accounts Payable | Acct. █████ | 832.80 | X | | 16,896.08 |
| 11/02/2020 | 3805 | National Fuel 78952... | 2000 · Accounts Payable | Acct. █████ | 32.97 | X | | 16,863.11 |
| 11/02/2020 | 3806 | National Fuel 84389... | 2000 · Accounts Payable | Acct. █████ | 26.19 | X | | 16,836.92 |
| 11/02/2020 | 3807 | Penelec - 9830 Barn | 2000 · Accounts Payable | █████ | 42.53 | X | | 16,794.39 |
| 11/06/2020 | | | 40950 · Interest Income | Interest | | X | 0.15 | 16,794.54 |
| 11/06/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 16,394.54 |
| 11/06/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 38.14 | X | | 16,356.40 |
| 11/08/2020 | 3809 | Wegmans | 64925 · Medical Expen... | Prescriptions | 512.40 | X | | 15,844.00 |
| 11/09/2020 | | | 10002 · PNC Bank - M... | Deposit | | X | 1,000.00 | 16,844.00 |
| 11/09/2020 | | | 60150 · Business Expe... | Deposit | | X | 9.00 | 16,853.00 |
| 11/09/2020 | DEBIT | New York State Dep... | 60150 · Business Expe... | NYS Biennial ... | 9.00 | X | | 16,844.00 |
| 11/09/2020 | 0 | Joseph M. Thomas | 10003 · PNC Checking... | Transfer to Tax... | 5,100.00 | X | | 11,744.00 |
| 11/09/2020 | 3810 | Champion Ford | 60115 · Automobile E... | Auto Expense -... | 2,053.18 | X | | 9,690.82 |
| 11/09/2020 | 3811 | Butch Froehlich | 64025 · Jewelry/Gifts | Gift | 125.00 | X | | 9,565.82 |
| 11/09/2020 | 3812 | Ivan Prisyazhnyuk | 64025 · Jewelry/Gifts | | 125.00 | X | | 9,440.82 |
| 11/09/2020 | 3813 | David J. DeMarco, D... | 2000 · Accounts Payable | Account █████ | 251.00 | X | | 9,189.82 |
| 11/09/2020 | 3814 | Highmark Blue Cross... | 2000 · Accounts Payable | Billing Accoun... | 200.00 | X | | 8,989.82 |
| 11/09/2020 | 3815 | Penelec- South Shore | 2000 · Accounts Payable | █████ | 60.98 | X | | 8,928.84 |
| 11/09/2020 | 3816 | Penelec - 9830 | 2000 · Accounts Payable | █████ | 55.01 | X | | 8,873.83 |
| 11/09/2020 | 3817 | Quinn Law Firm | 64300 · Legal | Escrow - Perso... | 5,000.00 | X | | 3,873.83 |
| 11/10/2020 | 3808 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 3,673.83 |
| 11/12/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 3,670.66 |
| 11/13/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 24.36 | X | | 3,646.30 |
| 11/13/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 3,246.30 |
| 11/16/2020 | | | 40999 · Batch Income | Deposit | | X | 15,000.00 | 18,246.30 |
| 11/16/2020 | 3818 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 18,046.30 |
| 11/17/2020 | 0 | Joseph M. Thomas | 10003 · PNC Checking... | Transfer to Tax... | 5,100.00 | X | | 12,946.30 |
| 11/17/2020 | 3819 | Erie Insurance Group | 2000 · Accounts Payable | Personal Inland... | 150.33 | X | | 12,795.97 |
| 11/17/2020 | 3820 | Erie Water Works | 2000 · Accounts Payable | 9830 Wattsbur... | 96.00 | X | | 12,699.97 |
| 11/17/2020 | 3821 | National Fuel Gas-SS | 2000 · Accounts Payable | 2100 S. Shore t... | 72.13 | X | | 12,627.84 |
| 11/17/2020 | 3822 | Spectrum | 2000 · Accounts Payable | Cable/Internet -... | 215.79 | X | | 12,412.05 |
| 11/17/2020 | 3823 | Highmark Health Ins... | 63130 · Insurance Med... | Dental Insuran... | 47.45 | X | | 12,364.60 |
| 11/17/2020 | 3824 | United States Treasury | 99921 · Federal Incom... | █████ | 4,600.00 | | | 7,764.60 |
| 11/17/2020 | 3825 | PA Department of Re... | 99922 · State Income T... | █████ | 500.00 | | | 7,264.60 |
| 11/20/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 6,864.60 |
| 11/22/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 6,861.43 |

Joseph M. Thomas

12/14/2020 4:32 PM

Register: 10001 · PNC Checking -6352

From 11/01/2020 through 11/30/2020

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 11/22/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl… | 0.99 | X | | 6,860.44 |
| 11/23/2020 | DEBIT | American Airlines | 75005 · Travel | Airfare Fee - N… | 11.20 | X | | 6,849.24 |
| 11/23/2020 | 3826 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 6,649.24 |
| 11/24/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous … | Cash Withdraw… | 400.00 | X | | 6,249.24 |
| 11/24/2020 | 3828 | Erie Insurance Group | 2000 · Accounts Payable | ErieSecure Poli… | 1,710.34 | X | | 4,538.90 |
| 11/24/2020 | 3829 | Express Scripts Medi… | 2000 · Accounts Payable | Member ID #6… | 82.50 | X | | 4,456.40 |
| 11/24/2020 | 3830 | Reyes Landscaping | 2000 · Accounts Payable | | 2,150.00 | | | 2,306.40 |
| 11/24/2020 | 3831 | The New York Times | 2000 · Accounts Payable | Acct. ███████ | 86.00 | X | | 2,220.40 |
| 11/24/2020 | 3832 | Linda Erven | 60700 · Delivery/Shipp… | Reimburse for … | 20.85 | | | 2,199.55 |
| 11/25/2020 | 3827 | Heather Merlino | 63030 · Housekeeping … | Cleaning - Sout… | 350.00 | X | | 1,849.55 |
| 11/27/2020 | 3833 | Champion Ford | 60115 · Automobile E… | Auto Expense | 1,805.97 | X | | 43.58 |
| 11/28/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl… | 34.96 | X | | 8.62 |

4:31 PM

12/14/20

# Joseph M. Thomas
## Reconciliation Summary
**10002 · PNC Bank - Money Market Acct., Period Ending 12/07/2020**

|  | Dec 7, 20 |
|---|---|
| **Beginning Balance** | 25,783.29 |
| Cleared Transactions |  |
| Checks and Payments - 1 item | -1,000.00 |
| Deposits and Credits - 2 items | 2,171.82 |
| **Total Cleared Transactions** | 1,171.82 |
| **Cleared Balance** | **26,955.11** |
| Register Balance as of 12/07/2020 | 26,955.11 |
| **Ending Balance** | 26,955.11 |

4:31 PM

12/14/20

**Joseph M. Thomas**

## Reconciliation Detail

**10002 · PNC Bank - Money Market Acct., Period Ending 12/07/2020**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 25,783.29 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Deposit | 11/09/2020 | | | X | -1,000.00 | -1,000.00 |
| Total Checks and Payments | | | | | -1,000.00 | -1,000.00 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 11/25/2020 | | | X | 2,171.60 | 2,171.60 |
| Deposit | 12/07/2020 | | | X | 0.22 | 2,171.82 |
| Total Deposits and Credits | | | | | 2,171.82 | 2,171.82 |
| Total Cleared Transactions | | | | | 1,171.82 | 1,171.82 |
| Cleared Balance | | | | | 1,171.82 | 26,955.11 |
| Register Balance as of 12/07/2020 | | | | | 1,171.82 | 26,955.11 |
| **Ending Balance** | | | | | **1,171.82** | **26,955.11** |

Joseph M. Thomas

12/14/2020 4:32 PM

Register: 10002 · PNC Bank - Money Market Acct.

From 11/01/2020 through 11/30/2020

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/06/2020 | | | 40950 · Interest Income | Interest | | X | 0.20 | 25,783.29 |
| 11/09/2020 | | | 10001 · PNC Checking... | Transfer from ... | 1,000.00 | X | | 24,783.29 |
| 11/25/2020 | | | -split- | Deposit | | X | 2,171.60 | 26,954.89 |