IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOSEPH MARTIN THOMAS<br><br>Debtor. | BANKRUPTCY NO. 20-10334 TPA<br><br>THE HONORABLE THOMAS P. AGRESTI<br><br>Chapter 11 |

**NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES
AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that James S. Brouner, Esq., as counsel to Candor Surgical Management, Inc. ("Creditor"), a creditor and party in interest herein, hereby enters this appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and hereby requests pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 9010(b) and Sections 341 and 1109(b) of the Bankruptcy Code, that copies of all notices and papers given, filed and/or entered in the above referenced bankruptcy case be given and served upon the undersigned at the following address:

> James S. Brouner, Esq.
> Law Office of Mark A. Weisbart
> 12770 Coit Rd., Suite 541
> Dallas, Texas 75251
> Tel: (972) 628-4902
> Fax: (972) 628-4902
> Email: jbrouner@weisbartlaw.net

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules referenced above but also includes, without limitation, any notice, order, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or

oral, and whether transmitted, conveyed or delivered by mail, overnight delivery, facsimile, electronically or otherwise filed or entered in or made with regard to the referenced cases and proceedings therein. Request is made to the Clerk of the Court and all parties in interest that the foregoing counsel be placed on any mailing or service list existing or prepared in this proceeding.

PLEASE TAKE FURTHER NOTICE that Creditor intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit filed in this proceeding shall waive nor be deemed to waive its (i) right to have final orders in non-core mattes entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which it has or to which it may be entitled under any agreement, at law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved on its behalf. Furthermore, this appearance shall not constitute consent to the Court's jurisdiction over the party identified herein for any purpose or the Court's jurisdiction over any issue that may be raised before it.

DATED this 16$^h$ day of December 2020.

Respectfully Submitted,

/s/ James S. Brouner
James S. Brouner
Law Office of Mark A. Weisbart
Texas Bar No. 03087285
12770 Coit Road, Suite 541
Dallas, Texas 75251
Tel: (972) 628-4902
Fax: (972) 628-4902
Email: jbrouner@weisbartlaw.net

COUNSEL FOR CANDOR SURGICAL MANAGEMENT, INC.

## **CERTIFICATE OF SERVICE**

 I hereby certify that on June 26, 2020, a true and correct copy of the foregoing *Notice of Appearance, Request for All Notices and Demand for Service of Papers* was served upon each of persons identified below through the Court's CM/ECF facilities by electronic.

            /s/ James S. Brouner
            James S. Brouner

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

Michael P. Kruszewski, Esquire (Joseph Martin Thomas; mkruszewski@quinnfirm.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com
Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov
Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC);
 mwernick@kmgslaw.com
James Warmbrodt, Esquire (PNC Bank, National Association); bkgroup@kmllawgroup.com
Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com
Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov
Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com
Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com
Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com
Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com