FILED
12/17/20 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| Joseph Martin Thomas | : | Chapter: | 11 |
| *Debtor(s).* | : | Date: | 12/17/2020 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**       #212 Application to Employ Jesse B. Baldwin, Esquire as Special Counsel
              #230 CNO filed

**APPEARANCES:**

|  |  |
|---|---|
| Debtor: | Michael P. Kruszewski + Gary Eiben, Jesse Baldwin Mark Hutchison (Realtor) Trish Shoulders (Accounant) |
| Tri-State: | Gary Skiba |
| Tri-State Cred Comm.: | Guy Fustine |
| TIAA: | Michael Romano |
| Wells Fargo: | Salene Mazur Kraemer |
| Lecom: | Norman Gilkey |

**NOTES:**

Kruszewski: This is a special counsel application for disciplinary matters with the New York State department of health. One key piece of information here is the Debtor's insurance carriers will provide coverage up to a certain amount.

Baldwin: I cannot speculate as to the penalty at this early stage. The carrier has sent a letter saying they will pay up to $50,000.

**OUTCOME:** GRANTED / OE

jlm