**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/17/20 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| Joseph Martin Thomas | : | Chapter: | 11 |
| *Debtor(s).* | : | Date: | 12/17/2020 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**    #223 Second Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Michael P. Kruszewski + Gary Eiben, Jesse Baldwin, Mark Hutchison (Realtor) Trish Shoulders (Accountant) |
| Tri-State: | Gary Skiba |
| Tri-State Cred Comm.: | Guy Fustine |
| TIAA: | Michael Romano |
| Wells Fargo: | Salene Mazur Kraemer |
| Lecom: | Norman Gilkey |

**NOTES:**

Romano: We have done a lot of work over the last several weeks. With your permission I would ask Mr. Fustine to do a presentation on where we are.

Fustine: At the last hearing we all agreed it would be best if we took a comprehensive approach. We tried to involve everyone and do that. My comments relate to four matters which you have on your schedule which have been resolved. Doc. 223 and Doc. 345 in Tri-state, motion for extension, we would request until January 15, 2021. This is an agreed to date for the plans and for a motion to sell the assets. We have a tentative agreement regarding a potential realtor commission for the to-be-filed chapter 11 of Village Common Drive. There are 6 interested parties.

Gilkey: Lecom's proposal is a package deal. If Lecom is not the successful purchaser it would not want the equipment.

**OUTCOME:**    GRANTED / MOE until January 15, 2021.

jlm