Case 20-10334-TPA    Doc 239    Filed 12/17/20    Entered 12/17/20 16:28:44    Desc Main
Document    Page 1 of 1

FILED
12/17/20 4:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| JOSEPH MARTIN THOMAS, | : BANKRUPTCY NO. 20-10334 TPA |
| Debtor. | : |
| | : |
| | : THE HONORABLE THOMAS P. AGRESTI |
| JOSEPH MARTIN THOMAS, | : |
| Movant, | : CHAPTER 11 |
| | : |
| v. | : |
| | : |
| NO RESPONDENT. | : |

**ORDER**

And now, this *17th* day of *December*, *2020*, upon consideration of the *Second Motion to Extend Exclusivity Periods Pursuant to 11 U.S.C. § 1121(d)(1)* filed by the Debtor, Joseph Martin Thomas., it is ORDERED, ADJUDGED and DECREED that the Motion is GRANTED.

It is further ORDERED that the exclusive period during which the Debtor may file a plan is extended up to and including January 15, 2021. The Debtor's exclusive right to obtain acceptances of that Plan is extended up to and including March 16, 2021.

_____
Thomas P. Agresti            **jlm**
United States Bankruptcy Judge

#1406506