UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
| Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
| Movant, | : RELATED TO DOCUMENT NO. 238 |
| | : |
| v. | : |
| | : |
| NO RESPONDENT. | : |
| | : |
| | : |
| | : |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served, or caused to be served, on the 18TH day of December, 2020, a copy of the Order Employing Special Counsel upon each of the following persons and parties in interest at the address shown on the attached list.

                                                Respectfully submitted,

                                                THE QUINN LAW FIRM


BY:   /s/Michael P. Kruszewski
          Michael P. Kruszewski, Esquire
          PA Id. No. 91239
          2222 West Grandview Boulevard
          Erie, Pennsylvania 16506-4508
          Telephone: 814-833-2222
          Facsimile: 814-833-6753
          E-Mail Address: mkruszewski@quinnfirm.com
          Counsel for Debtor

#1412617

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

Jesse B. Baldwin, Esquire
Kenney Shelton Liptak & Nowak LLP
The Calumet Building
233 Franklin Street
Buffalo, NY  14202