IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
|    Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
|    Movant, | : | RELATED TO DOCUMENT NO. 206 |
| | : | |
|    v. | : | |
| | : | |
| TOWNSHIP OF GREENE, TAX | : | |
| COLLECTOR; GREENE TOWNSHIP | : | |
| SEWER AUTHORITY; CHARLES R. | : | |
| BURGER and MARGARET J. BURGER, | : | |
| their heirs, successors, and assigns; PNC | : | |
| BANK, NATIONAL ASSOCIATION; | : | |
| WELLS FARGO BANK, NATIONAL | : | |
| ASSOCIATION; UNITED STATES OF | : | |
| AMERICA, INTERNAL REVENUE | : | |
| SERVICE; COMMONWEALTH OF | : | |
| PENNSYLVANIA, DEPT. OF | : | |
| REVENUE; and RICHARD A. | : | |
| MLAKAR and CYNTHIA A. MLAKAR; | : | |
|    Respondents. | : | |

## REPORT OF SALE

     Pursuant to Order of Court dated November 25, 2020 at Document No. 227, the real estate located at 9830 Wattsburg Rd., Erie, Pennsylvania was sold on December 21, 2020 to Richard A. Mlakar and Cynthia A. Mlakar.

     The proceeds of sale were distributed in accordance with the Sale Order, with a few noteworthy variances as follows:

1. The sum of only $4,750.00 was required by the Greene Township Sewer Authority;
2. Marsh Schaaf, LLP incurred $70.00 in Overnight/Wire Fees for payment of liens; and

1

3. The remaining net proceeds were greater than originally anticipated.

A copy of the executed Closing Disclosure is attached hereto.

        Respectfully submitted,

        THE QUINN LAW FIRM

        BY:   /s/  Michael P. Kruszewski
               Michael P. Kruszewski, Esquire
               PA Id. No. 91239
               2222 West Grandview Boulevard
               Erie, Pennsylvania 16506-4508
               Telephone: 814-833-2222
               Facsimile: 814-833-6753
               mkruszewski@quinnfirm.com
               Counsel for Debtor

#1413304

# Closing Disclosure

## Closing Information

| | |
|---|---|
| Date Issued | |
| Closing Date | 12/21/20 |
| Disbursement Date | 12/21/20 |
| Settlement Agent | Marsh Schaaf, LLP |
| File # | 55586 |
| Property | 9830 Wattsburg Road<br>Erie, PA 16509 |
| Sale Price | $ 299,900.00 |

## Transaction Information

| | |
|---|---|
| Borrower | Richard A. Mlakar and Cynthia A. Mlakar<br>7710 N. Soledad Avenue<br>Tucson, AZ 85741 |
| Seller | Joseph M. Thomas<br>9830 Wattsburg Road<br>Erie, PA 16509 |

## Summaries of Transactions

**SELLER'S TRANSACTION**

| M. Due to Seller at Closing | | | $ 303,120.88 |
|---|---|---|---|
| 01 | Sale Price of Property | | $ 299,900.00 |
| 02 | Sale Price of Any Personal Property Included in Sale | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **Adjustments for Items Paid by Seller in Advance** | | | |
| 09 | Township Taxes | 12/21/20 to 12/31/20 | $ 16.58 |
| 10 | County Taxes | 12/21/20 to 12/31/20 | $ 47.58 |
| 11 | School Taxes | 12/21/20 to 06/30/21 | $ 3,156.72 |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |

| N. Due from Seller at Closing | | | $ 303,120.88 |
|---|---|---|---|
| 01 | Excess Deposit | | |
| 02 | Closing Costs Paid at Closing (J) | | $ 235,950.34 |
| 03 | Existing Loan(s) Assumed or Taken Subject to | | |
| 04 | Payoff of First Mortgage Loan | PNC Bank | $ 67,170.54 |
| 05 | Payoff of Second Mortgage Loan | | |
| 06 | | | |
| 07 | | | |
| 08 | Seller Credit | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| **Adjustments for Items Unpaid by Seller** | | | |
| 14 | Township Taxes | | |
| 15 | County Taxes | | |
| 16 | School Taxes | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |

**CALCULATION**

| | |
|---|---|
| Total Due to Seller at Closing (M) | $ 303,120.88 |
| Total Due from Seller at Closing (N) | - $ 303,120.88 |
| Cash ☐ From ☐ To Seller | |

## Contact Information

**REAL ESTATE BROKER (B)**

| | |
|---|---|
| Name | Coldwell Banker Select Realtors |
| Address | 4664 West 12th Street<br>Erie, PA 16506 |
| PA License ID | RO016042L |
| Contact | Lori Hess |
| Contact PA License ID | RS289848 |
| Email | lhess@eriemoves.com |
| Phone | (814)838-2299 |

**REAL ESTATE BROKER (S)**

| | |
|---|---|
| Name | Coldwell Banker Select Realtors |
| Address | 413 West Plum Street<br>Edinboro, PA 16412 |
| PA License ID | RO300823 |
| Contact | Mark Hutchison |
| Contact PA License ID | RS1200117A |
| Email | mhutch@eriemoves.com |
| Phone | (814)734-1144 |

**SETTLEMENT AGENT**

| | |
|---|---|
| Name | Marsh Schaaf, LLP |
| Address | 300 State Street, Suite 300<br>Erie, PA  16507 |
| PA License ID | N/A |
| Contact | Eugene C. Sundberg, Jr. |
| Contact PA License ID | 45733 |
| Email | esundberg@marshlaw.com |
| Phone | (814)456-5301 |

**Confirm Receipt**

*[signature]*
Joseph M. Thomas    *atty for Seller*

CLOSING DISCLOSURE                                                                                                                                                                PAGE 1 OF 2

## Closing Cost Details

| Loan Costs | | Seller-Paid At Closing | Seller-Paid Before Closing |
|---|---|---|---|
| **A. Origination Charges** | | | |
| 01 % of Loan Amount (Points) | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **B. Services Borrower Did Not Shop For** | | | |
| 01 | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| **C. Services Borrower Did Shop For** | | | |
| 01 | | | |

| Other Costs | | | |
|---|---|---|---|
| **E. Taxes and Other Government Fees** | | | |
| 01 Deed Recording Fee         Deed:         Mortgage: | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 Transfer Tax | to Recorder of Deeds | $ 2,999.00 | |
| **F. Prepaids** | | | |
| 01 Homeowner's Insurance Premium (   mo.) | | | |
| 02 Mortgage Insurance Premium (   mo.) | | | |
| 03 Prepaid Interest (   per day from   to   ) | | | |
| 04 Property Taxes (   mo.) | | | |
| 05 | | | |
| **G. Initial Escrow Payment at Closing** | | | |
| 01 Homeowner's Insurance            per month for   mo. | | | |
| 02 Mortgage Insurance               per month for   mo. | | | |
| 03 Property Taxes                   per month for   mo. | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 Aggregate Adjustment | | | |
| **H. Other** | | | |
| 01 2020 Twp/Co Tax @ face | to Mark Husted, Greene Township T | $ 2,348.50 | |
| 02 2020/21 School Tax @ pen | to Mark Husted, Greene Township T | $ 6,635.72 | |
| 03 Account Cert Fee & Balance | to Erie Water Works | $ 146.38 | |
| 04 Advertising Costs | to Quinn Law Firm | $ 236.25 | |
| 05 Advertising Costs | to Quinn Law Firm | $ 376.00 | |
| 06 Bankruptcy Admin Escrow | to Quinn Law Firm | $ 29,900.00 | |
| 07 Commission | to Coldwell Banker Select Realtors | $ 17,220.00 | |
| 08 Final Water Escrow | to Quinn Law Firm | $ 400.00 | |
| 09 Motion Filing Costs | to Quinn Law Firm | $ 181.00 | |
| 10 Overnight/Wire Fees | to Marsh Schaaf, LLP | $ 70.00 | |
| 11 Proceeds Escrow | to Salene Mazur Kraemer, Esquire, E | $ 167,237.49 | |
| 12 Seller Attorney Fee | to Quinn Law Firm | $ 1,500.00 | |
| 13 Sewer Tap in Fee | to Greene Township | $ 4,750.00 | |
| 14 U.S. Trustee Fees | to Office of the U.S. Trustee | $ 1,950.00 | |
| **J. TOTAL CLOSING COSTS** | | $ 235,950.34 | |

# TAX SUMMARY

**Borrower:** Richard A. Mlakar and Cynthia A. Mlakar
**Seller:** Joseph M. Thomas
**Lender:** Marquette Savings Bank
**Settlement Agent:** Marsh Schaaf, LLP
**Settlement Date:** December 21, 2020
**Property Location:** 9830 Wattsburg Road
Erie, PA 16509
**Proration Date:** December 21, 2020

|  | Township Taxes | | | County Taxes | | | School Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Status of Current Period | Pay/Paid by Seller | | | Pay/Paid by Seller | | | Pay/Paid by Seller | | |
| Current Tax Period | 01/01 thru 12/31 | | | 01/01 thru 12/31 | | | 07/01 thru 06/30 | | |
| Prorate On | 356 Days Of 366 | | | 356 Days Of 366 | | | 174 Days Of 365 | | |
| Percent of period gone | 97.26780 | | | 97.26780 | | | 47.67120 | | |
|  | Tax Value | Est. Tax | Amount Paid | Tax Value | Est. Tax | Amount Paid | Assessed Value | Est. Tax | Amount Paid |
| Real/Prorations for EST |  | 606.95 |  |  | 1,741.55 |  |  | 6,032.47 |  |
| Total Real |  | 606.95 |  |  | 1,741.55 |  |  | 6,032.47 |  |
| Total Buyer's Portion |  | 16.58 |  |  | 47.58 |  |  | 3,156.72 |  |
| Sellers Portion of Real |  | 590.37 |  |  | 1,693.97 |  |  | 2,875.75 |  |
| Total Seller Portion |  | 590.37 |  |  | 1,693.97 |  |  | 2,875.75 |  |
| Buyer's Escrow |  | 606.95 |  |  | 1,741.55 |  |  | 6,032.47 |  |
| Total Escrow |  | 606.95 |  |  | 1,741.55 |  |  | 6,032.47 |  |

(55586.PFD/55586/10)