UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : DOC NO. ____ |
| | : |
|     v. | : RELATED TO DOC NO. 207 |
| | : |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | : |
| | : |
|     Respondent. | |

## JOINT STIPULATION AND CONSENT ORDER REGARDING DISTRIBUTION OF ESCROW

AND NOW, comes the Debtor, Joseph Martin Thomas (the "Debtor"), and Wells Fargo Bank, National Association ("Wells Fargo", and together with the Debtor, the "Parties"), by and through their respective undersigned Counsel, and file this Joint Stipulation and Consent Order regarding Distribution of Escrow, of which the following is a statement:

### RECITALS

WHEREAS, this Court entered an Order dated November 25, 2020 [Doc. No. 207], confirming the sale of the Debtor's property located at 9830 Wattsburg Rd. (the "Property") free and divested of liens (hereinafter the "Sale Order");

WHEREAS, Paragraph 7 of that portion of the Sale Order authorizing payment of expenses/costs at closing called for the sum of $29,990.00 to be placed in escrow for approved and anticipated, necessary costs and expenses of administration;

WHEREAS, the sale closed and was funded as of December 21, 2020, with said sum placed in escrow;

WHEREAS, Debtor's Counsel has incurred approximately $19,500.00 in categorized fees and expenses related to all issues surrounding the sale of this Property;

WHEREAS, the Debtor and Wells Fargo have reached an agreement regarding the distribution of those funds in escrow, to which Wells Fargo would otherwise be entitled pursuant to its second mortgage lien against the Property, and seek to release said funds;

## AGREEMENT

NOW THEREFORE, in consideration of the mutual promises and covenants contained herein, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and intending to be legally bound, the Parties hereto agree as follows:

1. From the funds held in escrow pursuant to the Sale Order, Debtor's Counsel shall immediately release the amount of $19,500.00 to the Quinn Law Firm to pay approved costs and expenses of administration in this Case.

#1412591

2. The remaining funds in the amount of $10,490.00 shall be released by Debtor's Counsel to Counsel for Wells Fargo as further payment pursuant to Wells Fargo's second mortgage lien against the Property.

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

**CONSENTED TO:**

| | |
|---|---|
| /s/  *Salene Mazur Kraemer* | /s/  *Michael P. Kruszewski* |
| Salene Mazur Kraemer, Esq. | Michael P. Kruszewski, Esq. |
| PA I.D. No. 86422 | PA I.D. No. 91239 |
| Bernstein-Burkley, P.C | The Quinn Law Firm |
| Suite 2200, Gulf Tower | 2222 West Grandview Blvd. |
| Pittsburgh, PA 15219 | Erie, PA  16506 |
| Phone (412) 456-8100 | Phone (814) 833-2222 |
| Fax (412) 456-8135 | Fax (814) 833-6753 |
| skraemer@bernsteinlaw.com | mkruszewski@quinnfirm.com |
| | |
| (Counsel to Respondent, Wells Fargo National Association) | (Counsel to the Debtor, Joseph M. Thomas) |

#1412591