FILED
1/13/21 4:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JOSEPH MARTIN THOMAS, | : | Case No. 20-10334-TPA |
| *Debtor* | : | |
| | : | Chapter 11 |
| JOSEPH MARTIN THOMAS, | : | |
| *Movant* | : | Related to doc. no. 246 |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |

*Order*

AND NOW, this **13th** day of **January, 2021**, upon consideration of the ***Joint Motion to Extend Further the Period of Exclusivity to File Plan, and to Allow Greater Time for Filing of Motion for Sale in Accordance with 11 U.S.C. §1121(d) with Request for an Expedited Hearing*** ("Motion"), Doc. No. 246, and upon the consent of Wells Fargo Bank, N.A., TIAA Commercial Finance, Inc. ("TIAA"), and the Official Committee of Unsecured Creditors in the related Tri–State Pain Institute, LLC bankruptcy, and for good cause shown, it is **ORDERED, ADJUDGED** and **DECREED** that the *Motion* is **GRANTED**, as follows:

1. The time in which Debtor has the exclusive right to file a plan of reorganization pursuant to *11 U.S.C. §1121(b)* is extended through and including **February 15, 2021**, and the period for Debtor to obtain confirmation of such plan pursuant to *11 U.S.C. §1121(c)(3)* is extended through and including **April 16, 2021.**

2. The time in which the Debtor is permitted to file a motion seeking to sell real property located on Village Common Drive is extended to *February 15, 2021.*

                                      Thomas P. Agresti, Judge    **jlm**
                                      United States Bankruptcy Court

Court administrator to serve;
        All counsel of record

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10334-TPA |
| Joseph Martin Thomas | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 1 of 2 |
| Date Rcvd: Jan 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

**Recip ID      Recipient Name and Address**
sp           + Gary Eiben, MacDonald Illig Jones & Britton, LLP, 100 State St., Ste. 700, Erie, PA 16507-1459

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2021          Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:**

**Name**                    **Email Address**

Brian Nicholas
                            on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Crystal H. Thornton-Illar
                            on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com

Gary V. Skiba
                            on behalf of Interested Party Tri-State Pain Institute  LLC gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com

Guy C. Fustine
                            on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC mwernick@kmgslaw.com, knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com

Lauren Michaels
                            on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Case 20-10334-TPA    Doc 249    Filed 01/15/21    Entered 01/16/21 00:42:47    Desc
Imaged Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 2 of 2 |
| Date Rcvd: Jan 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Mark G. Claypool
    on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com
    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael F.J. Romano
    on behalf of Creditor TIAA Commercial Finance Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael P. Kruszewski
    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com
    knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;jiddings@quinnfirm.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Salene R.M. Kraemer
    on behalf of Creditor WELLS FARGO BANK N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com

TOTAL: 11