## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Thomas, Joseph Martin

**Case No. 20-10334-TPA**

Reporting Period: _12/1/20 - 12/31/20_

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

**File with Court and submit copy to United States Trustee within 14 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | X | |
| Debtor Questionnaire | MOR- 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____          _1-18-21_____

Signature of Debtor                                      Date

_____          _____

Signature of Joint Debtor                             Date

_Linda Erven_____          _1/18/21_____

Signature of Preparer                                   Date

_LINDA ERVEN_____

Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Thomas, Joseph Martin

Debtor

Case No. 20-10334-TPA

Reporting Period: _12/1/20 - 12/31/20_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 56,147.51 | 59,973.43 |
| **RECEIPTS** | | |
| Wages (Net) | 30,000.00 | 225,000.00 |
| **Interest and Dividend Income** | .36 | 2.40 |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,171.60 | 17,372.80 |
| Sale of Assets | 299,900.00 | 299,900.00 |
| Other Income (attach schedule) | | |
| **Total Receipts** | 332,071.96 | 542,275.20 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 244,898.03 | 244,898.03 |
| Rental Payment(s) | 975.00 | 6,550.00 |
| **Other Secured Note Payments** | | |
| Utilities | 1,624.21 | 5,916.85 |
| Insurance | 2,084.66 | 9,211.14 |
| Auto Expense | 1,678.20 | 22,849.97 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 2,275.75 | 12,037.25 |
| Medical Expenses | 821.11 | 3,874.13 |
| Household Expenses | 2,229.69 | 14,744.90 |
| Charitable Contributions | | 25.00 |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | 5,763.34 | 5,763.34 |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | 8,099.00 | 101,341.00 |
| Travel and Entertainment | (11.20) | 0.00 |
| Gifts | 550.00 | 3,600.00 |
| Other (attach schedule) | 24,416.84 | 28,608.85 |
| Total Ordinary Disbursements | 295,424.63 | 459,420.46 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 3,383.33 |
| U. S. Trustee Fees | 1,950.00 | 3,575.00 |
| Other Reorganization Expenses (attach schedule) | 24,810.00 | 69,835.00 |
| Total Reorganization Items | 26,760.00 | 76,793.33 |
| **Total Disbursements (Ordinary + Reorganization)** | 322,184.63 | 536,213.79 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 9,887.33 | 6,061.41 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 66,034.84 | 66,034.84 |

FORM MOR-1(INDV)
(9/99)

Thomas, Joseph Martin                                        Case No. 20-10334-TPA

       Debtor                        Reporting Period: _12/1/20 - 12/31/20_

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| FEDERAL INCOME TAX | | 61,488.00 |
| STATE AND LOCAL INCOME TAXES | | 11,328.00 |
| LOCAL SERVICES TAX | | 26.00 |
| FEDERAL INCOME TAX (PRE-PETITION DEBT) | 4,600.00 | 23,000.00 |
| STATE INCOME TAX (PRE-PETITION DEBT) | 500.00 | 2,500.00 |
| REAL ESTATE TRANSFER TAX | 2,999.00 | 2,999.00 |
| **Other Ordinary Disbursements** | | |
| SUBSCRIPTIONS (NEWSPAPERS/SIRIUS) | (116.60) | 1,963.70 |
| CHECK PRINTING FEES | | 156.20 |
| BOOKS/DOWNLOADS | 200.19 | 1,004.70 |
| FLORIST | | 901.00 |
| DONATION (NON-CHARITABLE) | | 250.00 |
| PROFESSIONAL ADMIN. FEES | 19,583.25 | 19,583.25 |
| SEWER TAP-IN FEE | 4,750.00 | 4,750.00 |
| **Other Reorganization Expenses** | | |
| ESCROWS - QUINN LAW FIRM | 24,810.00 | 69,810.00 |
| CREDIT COUNSELING FEES | | 25.00 |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Thomas, Joseph Martin                                    Case No. **20-10334-TPA**

Debtor                                    Reporting Period: _12/1/20 - 12/31/20_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 26,352.00 | 8,784.00 | | | | 35,136.00 |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | 26,352.00 | 8,784.00 | | | | 35,136.00 |
| **State and Local** | | | | | | |
| Withholding | 2,832.00 | 1,416.00 | | | | 4,248.00 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | 2,832.00 | 1,416.00 | | | | 4,248.00 |
| **Total Taxes** | 29,184.00 | 10,200.00 | | | | 39,384.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 258.09 | | | | | 258.09 |
| Wages Payable | | | | | | |
| Taxes Payable   - LST | 13.00 | | | | | 13.00 |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | 271.09 | | | | | 271.09 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.
_FROM ONGOING INCOME WHEN RECEIVED TWICE EACH MONTH._

*"Insider" is defined in 11 U.S.C. Section 101(31).                                    FORM MOR-4
(9/99)

Thomas, Joseph Martin                           Case No. **20-10334-TPA**

Debtor                        **Reporting Period:** _12/1/20 - 12/31/20_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | N/A |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | N/A |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below.  *AS PROVIDED TO US TRUSTEE* | X | |

FORM MOR-5
(9/99)

# Standard Checking Statement

PNC Private Banking

⊘ PNC BANK

**For the period 12/04/2020 to 01/06/2021**

002016                                    000004065    UZ
JOSEPH THOMAS MD   CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

Primary account number ▉▉▉3191
Page 1 of 2
Number of enclosures: 0

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.
Inquiries? Call PNC Private Banking 1-888-762-6226
For Customers who are Deaf or Hard of Hearing
TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday:  8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?**  Please contact us at 1-888-762-6226

Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738
Visit us at PNC.com

## IMPORTANT INFORMATION REGARDING PNC PURCHASE PAYBACK (R)

Updated PNC Purchase Payback Rewards Program (Program) Terms and Conditions (Terms and Conditions) are now available and can be viewed at *pnc.com/purchasepayback-terms.* By activating a Program offer, you agree to these Terms and Conditions.  Please note that although we have made updates to the Terms and Conditions, we have not made any changes to the Program or how you can activate offers.  **LEARN MORE** about PNC Purchase Payback at *pnc.com/purchasepayback.*

## Standard Checking Account Summary

Account number: ▉▉▉3191

JOSEPH THOMAS MD  CASE# 20-10334
DEBTOR IN POSSESSION

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 29,184.00 | 10,200.00 | .00 | 39,384.00 |
| | **Average monthly balance** | | **Charges and fees** |
| | 36,384.00 | | .00 |

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 12/07 | 5,100.00 | Online Transfer From ▉▉▉▉▉ |
| 12/21 | 5,100.00 | Online Transfer From ▉▉▉▉▉ |

There were 2 Deposits and Other Additions totaling **$10,200.00.**

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/04 | 29,184.00 | 12/07 | 34,284.00 | 12/21 | 39,384.00 |

38563588.2      CDLR501A 1116 5808 127 D7 20210107 PG 1 OF 1 00004065



## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account
## Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

## Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement     $ _____

Add deposits and other additions not recorded     Total A + $ _____

Subtotal = $ _____

Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance     = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC                    Equal Housing Lender

# Performance Select Statement

PNC Private Banking

**PNC BANK**

Primary account number ███ 6352
Page 1 of 7
Number of enclosures: 0

000009    000002714   U2

JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.

Inquiries? Call PNC Private Banking 1-888-762-6226
  For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-762-6226

Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

---

## IMPORTANT INFORMATION REGARDING PNC PURCHASE PAYBACK (R)

Updated PNC Purchase Payback Rewards Program (Program) Terms and Conditions (Terms and Conditions) are now available and can be viewed at *pnc.com/purchasepayback-terms.* By activating a Program offer, you agree to these Terms and Conditions. Please note that although we have made updates to the Terms and Conditions, we have not made any changes to the Program or how you can activate offers. **LEARN MORE** about PNC Purchase Payback at *pnc.com/purchasepayback.*

## Performance Select
## Interest Checking Account Summary

JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION

Account number: ███ 6352

**Overdraft Protection** has not been established for this account.
  Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 17,825.52 | 33,213.91 | 35,726.96 | 15,312.47 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 13,202.35 | .00 |

### Transaction Summary

| Checks paid/ withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 26 | 9 | 1 |

| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
|---|---|---|
| 5 | 5 | 0 |

### Interest Summary

As of 01/08, a total of **$.11** in interest was paid this year.

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 32 | 13,202.35 | .11 |



# Performance Select Statement

💻 For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

For the period 12/08/2020 to 01/08/2021
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ███████6352
Page 2 of 7

Account number: ███████6352 - continued

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|------|--------|-------------|
| 12/14 | 202.60 | Deposit Reference No. 033175858 |
| 12/15 | 15,000.00 | Deposit Reference No. 032324298 |
| 12/21 | 2,000.00 | Online Transfer From ██████████ |
| 12/23 | 500.00 | Online Transfer From ██████████ |
| 12/28 | 11.20 | Debit Card Credit American Air0012147324 Fort Worth Tx |
| 12/30 | 500.00 | Online Transfer From ██████████ |
| 01/04 | 15,000.00 | Deposit Reference No. 034477533 |
| 01/08 | .11 | Interest Payment |

There were 8 Deposits and Other Additions totaling **$33,213.91**.

### Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|--------------|--------|-----------|------------------|--------------|--------|-----------|------------------|
| 3761 | 20.85 | 12/15 | 032324301 | 3853 * | 5,000.00 | 12/17 | 073765865 |
| 3797 * | 15.10 | 12/15 | 032324302 | 3854 | 200.00 | 12/21 | 076820774 |
| 3824 * | 4,600.00 | 12/10 | 074778631 | 3855 | 760.40 | 12/22 | 033440362 |
| 3825 | 500.00 | 12/22 | 070175108 | 3856 | 1,710.33 | 12/24 | 072621434 |
| 3830 * | 2,150.00 | 12/09 | 073281747 | 3857 | 538.65 | 01/04 | 074235979 |
| 3832 * | 20.85 | 12/15 | 032324303 | 3859 * | 86.00 | 12/28 | 075591468 |
| 3836 * | 630.60 | 12/08 | 072241248 | 3860 | 24.00 | 12/24 | 072303212 |
| 3839 * | 2,145.75 | 12/09 | 073281746 | 3861 | 50.00 | 12/28 | 075128752 |
| 3843 * | 71.11 | 12/15 | 071591625 | 3862 | 175.00 | 12/24 | 072842772 |
| 3844 | 200.00 | 12/15 | 071321557 | 3864 * | 175.00 | 01/04 | 074765119 |
| 3846 * | 150.33 | 12/17 | 073415573 | 3867 * | 102.66 | 01/07 | 070162839 |
| 3847 | 200.00 | 12/21 | 076417873 | 3868 | 319.12 | 01/07 | 070162585 |
| 3850 * | 150.00 | 01/04 | 074765169 | 3869 | 143.10 | 01/07 | 071008751 |

* Gap in check sequence

There were 26 checks listed totaling **$20,139.85**.

### Banking/Debit Card Withdrawals and Purchases

| Date | Amount | Description |
|------|--------|-------------|
| 12/11 | 6.34 | 1794 Recurring Debit Card Apple.Com/Bill |
| 12/11 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 12/18 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 12/21 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 12/23 | 500.00 | POS Purchase Wegmans #075 6 Erie PA |
| 12/23 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 12/24 | .99 | 1794 Recurring Debit Card Apple.Com/Bill |
| 12/28 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 12/31 | 750.00 | 1794 Debit Card Purchase Deena J Nelson NY Pllc |
| 12/31 | 400.00 | ATM Withdrawal 2701 Legion Rd Erie PA |
| 01/04 | 13.76 | 1794 Recurring Debit Card Apple.Com/Bill |
| 01/06 | 1,545.00 | 1794 Debit Card Purchase Healy Medical  New Yor |
| 01/07 | 41.31 | 1794 Recurring Debit Card Apple.Com/Bill |
| 01/08 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |

There were 5 Banking Machine withdrawals totaling **$2,000.00**.

There was 1 Debit Card/Bank card PIN POS purchase totaling **$500.00**.

There were 8 other Banking Machine/Debit Card deductions totaling **$2,363.74**.

### Online and Electronic Banking Deductions

| Date | Amount | Description |
|------|--------|-------------|
| 12/09 | 30.36 | Payment,E-Check Checkpaymt Natfuel Box 4103 3837 |
| 12/09 | 34.20 | Payment,E-Check Checkpaymt Natfuel Box 4103 3838 |
| 12/15 | 39.66 | Payment,E-Check Check Pymt Penelec 3841 |

There were 9 Online or Electronic Banking Deductions totaling **$10,724.37**.

Online and Electronic Banking Deductions continued on next page

# Performance Select Statement

PNC BANK

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 12/08/2020 to 01/08/2021**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number ████6352
Page 3 of 7

Account number ████6352 - continued

## Online and Electronic Banking Deductions  - continued

| Date | Amount | Description |
|------|--------|-------------|
| 12/15 | 43.77 | Payment,E-Check Check Pymt Penelec 3842 |
| 12/21 | 5,100.00 | Online Transfer To ████████ |
| 12/22 | 65.21 | Payment,E-Check Check Pymt Penelec 3848 |
| 12/22 | 215.79 | Payment,E-Check Check Pymt Charter Midwest 3849 |
| 12/28 | 95.38 | Payment,E-Check Checkpaymt |
|  |  | Natfuel Box 4103 3858 |
| 01/07 | 5,100.00 | Online Transfer To ████████ |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 12/08 | 17,194.92 | 12/15 | 22,619.53 | 12/23 | 11,624.63 | 01/04 | 22,963.55 |
| 12/09 | 12,834.61 | 12/17 | 17,469.20 | 12/24 | 9,714.31 | 01/06 | 21,418.55 |
| 12/10 | 8,234.61 | 12/18 | 17,069.20 | 12/28 | 9,490.96 | 01/07 | 15,712.36 |
| 12/11 | 7,828.27 | 12/21 | 13,566.03 | 12/30 | 9,990.96 | 01/08 | 15,312.47 |
| 12/14 | 8,030.87 | 12/22 | 12,024.63 | 12/31 | 8,840.96 |  |  |

# Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 12/08/2020 to 01/08/2021**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number ████6352
Page 4 of 7

## Check Images



| | | |
|---|---|---|
| 3761 | $20.85 | 12/15/2020 |
| 3797 | $15.10 | 12/15/2020 |
| 3824 | $4,600.00 | 12/10/2020 |
| 3825 | $500.00 | 12/22/2020 |
| 3830 | $2,150.00 | 12/09/2020 |
| 3832 | $20.85 | 12/15/2020 |
| 3836 | $630.60 | 12/08/2020 |
| 3839 | $2,145.75 | 12/09/2020 |
| 3843 | $71.11 | 12/15/2020 |
| 3844 | $200.00 | 12/15/2020 |

Check Images continued on next page

# Performance Select Statement

<span style="float:right">PNC BANK</span>

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 12/08/2020 to 01/08/2021**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number ████6352
Page 5 of 7

---

## Check Images - *continued*



| 3846 | $150.33 | 12/17/2020 |



| 3847 | $200.00 | 12/21/2020 |



| 3850 | $150.00 | 01/04/2021 |



| 3853 | $5,000.00 | 12/17/2020 |



| 3854 | $200.00 | 12/21/2020 |



| 3855 | $760.40 | 12/22/2020 |



| 3856 | $1,710.33 | 12/24/2020 |



| 3857 | $538.65 | 01/04/2021 |



| 3859 | $86.00 | 12/28/2020 |



| 3860 | $24.00 | 12/24/2020 |

Check Images continued on next page



# Performance Select Statement

💻 For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

For the period **12/08/2020 to 01/08/2021**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ⬛⬛⬛⬛ 6352
Page 6 of 7

## Check Images - *continued*



| 3861 | $50.00 | 12/28/2020 |
|------|--------|------------|



| 3862 | $175.00 | 12/24/2020 |
|------|---------|------------|



| 3864 | $175.00 | 01/04/2021 |
|------|---------|------------|



| 3867 | $102.66 | 01/07/2021 |
|------|---------|------------|



| 3868 | $319.12 | 01/07/2021 |
|------|---------|------------|



| 3869 | $143.10 | 01/07/2021 |
|------|---------|------------|

With PNC Online Banking, you can view, print and save up to the most recent 90 days of your canceled checks - front and back - FREE of charge. Please contact us for additional options.

## Reviewing Your Statement

**PNC BANK**

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

## Update Your Account Register

**Compare:** The activity detail section of your statement to your account register.

**Check Off:** All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.)

**Add to Your Account Register Balance:** Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register.

**Subtract From Your Account Register Balance:** Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register.

## Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total A** |  |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total B** |  |

**Step 3:**

Enter the ending balance recorded on your statement    $ _____

Add deposits and other additions not recorded    Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance    = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC

 Equal Housing Lender



# Performance Select Statement

PNC Private Banking

 PNC BANK

**For the period 12/08/2020 to 01/08/2021**

001870                                        000002721    UZ
JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

Primary account number: ███████6807
Page 1 of 3
Number of enclosures: 0

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

Inquiries? Call PNC Private Banking 1-888-762-6226
  For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-762-6226

Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

---

## IMPORTANT INFORMATION REGARDING PNC PURCHASE PAYBACK (R)

Updated PNC Purchase Payback Rewards Program (Program) Terms and Conditions (Terms and Conditions) are now available and can be viewed at *pnc.com/purchasepayback-terms.* By activating a Program offer, you agree to these Terms and Conditions. Please note that although we have made updates to the Terms and Conditions, we have not made any changes to the Program or how you can activate offers. **LEARN MORE** about PNC Purchase Payback at *pnc.com/purchasepayback.*

## Performance Select
## Premium Money Market Account Summary

JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION

Account number: ███████6807

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 26,955.11 | 2,171.83 | 3,000.00 | 26,126.94 |
| | | Average monthly balance | Charges and fees |
| | | 26,499.40 | .00 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 32 | 26,499.40 | .23 |

As of 01/08, a total of **$.23** in interest was paid this year.

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 12/23 | 2,171.60 | Direct Deposit - Xxsoc Sec ████████ |
| 01/08 | .23 | Interest Payment |

There were 2 Deposits and Other Additions totaling **$2,171.83**.



# Performance Select Statement

🖥 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 12/08/2020 to 01/08/2021**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number ▮▮▮▮6807
Page 2 of 3

Account number: ▮▮▮▮6807 - continued

## Online and Electronic Banking Deductions

There were 3 Online or Electronic Banking
Deductions totaling **$3,000.00**.

| Date | Amount | Description | |
|------|--------|-------------|---|
| 12/21 | 2,000.00 | Online Transfer To | ▮▮▮▮ |
| 12/23 | 500.00 | Online Transfer To | ▮▮▮▮ |
| 12/30 | 500.00 | Online Transfer To | ▮▮▮▮ |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/08 | 26,955.11 | 12/23 | 26,626.71 | 01/08 | 26,126.94 |
| 12/21 | 24,955.11 | 12/30 | 26,126.71 | | |

## Reviewing Your Statement



Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

**Compare:** The activity detail section of your statement to your account register.

**Check Off:** All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.)

**Add to Your Account Register Balance:** Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register.

**Subtract From Your Account Register Balance:** Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register.

### Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total A** |  |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total B** |  |

**Step 3:**

Enter the ending balance recorded on your statement                $ _____

Add deposits and other additions not recorded    Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance        = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC           Equal Housing Lender          

12:38 PM

01/14/21

# Joseph M. Thomas
## Reconciliation Summary
### 10003 · PNC Checking (Escrow) -3191, Period Ending 01/06/2021

|  | Jan 6, 21 |
|---|---|
| Beginning Balance |  | 29,184.00 |
|   Cleared Transactions |  |
|     Deposits and Credits - 2 items | 10,200.00 |
|   Total Cleared Transactions | 10,200.00 |
| Cleared Balance |  | 39,384.00 |
| Register Balance as of 01/06/2021 |  | 39,384.00 |
|   New Transactions |  |
|     Deposits and Credits - 1 item | 5,100.00 |
|   Total New Transactions | 5,100.00 |
| Ending Balance |  | 44,484.00 |

12:38 PM

01/14/21

# Joseph M. Thomas
## Reconciliation Detail
### 10003 · PNC Checking (Escrow) -3191, Period Ending 01/06/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 29,184.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 2 items** | | | | | | |
| Check | 12/07/2020 | 0 | Joseph M. Thomas | X | 5,100.00 | 5,100.00 |
| Check | 12/21/2020 | 0 | Joseph M. Thomas | X | 5,100.00 | 10,200.00 |
| Total Deposits and Credits | | | | | 10,200.00 | 10,200.00 |
| Total Cleared Transactions | | | | | 10,200.00 | 10,200.00 |
| Cleared Balance | | | | | 10,200.00 | 39,384.00 |
| Register Balance as of 01/06/2021 | | | | | 10,200.00 | 39,384.00 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 01/07/2021 | 0 | Joseph M. Thomas | | 5,100.00 | 5,100.00 |
| Total Deposits and Credits | | | | | 5,100.00 | 5,100.00 |
| Total New Transactions | | | | | 5,100.00 | 5,100.00 |
| **Ending Balance** | | | | | **15,300.00** | **44,484.00** |

Joseph M. Thomas

1/14/2021 12:38 PM

Register: 10003 · PNC Checking (Escrow) -3191

From 12/01/2020 through 12/31/2020

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/07/2020 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 5,100.00 | 34,284.00 |
| 12/21/2020 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 5,100.00 | 39,384.00 |

2:44 PM
01/18/21

**Joseph M. Thomas**
**Reconciliation Summary**
10001 · PNC Checking -6352, Period Ending 01/08/2021

|  | Jan 8, 21 |
|---|---|
| Beginning Balance | 17,825.52 |
| Cleared Transactions | |
| Checks and Payments - 49 items | -35,726.96 |
| Deposits and Credits - 8 items | 33,213.91 |
| Total Cleared Transactions | -2,513.05 |
| Cleared Balance | 15,312.47 |
| Uncleared Transactions | |
| Checks and Payments - 9 items | -8,700.12 |
| Total Uncleared Transactions | -8,700.12 |
| Register Balance as of 01/08/2021 | 6,612.35 |
| New Transactions | |
| Checks and Payments - 16 items | -16,935.31 |
| Deposits and Credits - 1 item | 15,000.00 |
| Total New Transactions | -1,935.31 |
| Ending Balance | 4,677.04 |

# Joseph M. Thomas
## Reconciliation Detail
### 10001 · PNC Checking -6352, Period Ending 01/08/2021

2:44 PM
01/18/21

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 17,825.52 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 49 items** | | | | | | |
| Check | 09/21/2020 | 3761 | Linda Erven | X | -20.85 | -20.85 |
| Check | 10/19/2020 | 3797 | Linda Erven | X | -15.10 | -35.95 |
| Check | 11/17/2020 | 3824 | United States Treas... | X | -4,600.00 | -4,635.95 |
| Check | 11/17/2020 | 3825 | PA Department of R... | X | -500.00 | -5,135.95 |
| Bill Pmt -Check | 11/24/2020 | 3830 | Reyes Landscaping | X | -2,150.00 | -7,285.95 |
| Check | 11/24/2020 | 3832 | Linda Erven | X | -20.85 | -7,306.80 |
| Bill Pmt -Check | 12/01/2020 | 3839 | Reyes Landscaping | X | -2,145.75 | -9,452.55 |
| Bill Pmt -Check | 12/01/2020 | 3836 | Erie Water Works | X | -630.60 | -10,083.15 |
| Bill Pmt -Check | 12/01/2020 | 3838 | National Fuel | X | -34.20 | -10,117.35 |
| Bill Pmt -Check | 12/01/2020 | 3837 | National Fuel | X | -30.36 | -10,147.71 |
| Bill Pmt -Check | 12/08/2020 | 3842 | Penelec - | X | -43.77 | -10,191.48 |
| Bill Pmt -Check | 12/08/2020 | 3841 | Penelec - | X | -39.66 | -10,231.14 |
| Check | 12/11/2020 | DEBIT | Joseph M. Thomas | X | -400.00 | -10,631.14 |
| Check | 12/11/2020 | DEBIT | Apple.com | X | -6.34 | -10,637.48 |
| Check | 12/13/2020 | 3844 | Mary Paolella | X | -200.00 | -10,837.48 |
| Check | 12/13/2020 | 3843 | Wegmans | X | -71.11 | -10,908.59 |
| Check | 12/15/2020 | 3853 | Quinn Law Firm | X | -5,000.00 | -15,908.59 |
| Bill Pmt -Check | 12/15/2020 | 3849 | Spectrum | X | -215.79 | -16,124.38 |
| Bill Pmt -Check | 12/15/2020 | 3847 | Highmark Blue Cros... | X | -200.00 | -16,324.38 |
| Bill Pmt -Check | 12/15/2020 | 3846 | Erie Insurance Group | X | -150.33 | -16,474.71 |
| Bill Pmt -Check | 12/15/2020 | 3850 | Thomas Kovach dba... | X | -150.00 | -16,624.71 |
| Bill Pmt -Check | 12/15/2020 | 3848 | Penelec- South Shore | X | -65.21 | -16,689.92 |
| Check | 12/18/2020 | DEBIT | Joseph M. Thomas | X | -400.00 | -17,089.92 |
| Check | 12/20/2020 | 3854 | Mary Paolella | X | -200.00 | -17,289.92 |
| Check | 12/20/2020 | DEBIT | Apple.com | X | -3.17 | -17,293.09 |
| Check | 12/21/2020 | 0 | Joseph M. Thomas | X | -5,100.00 | -22,393.09 |
| Bill Pmt -Check | 12/21/2020 | 3856 | Erie Insurance Group | X | -1,710.33 | -24,103.42 |
| Check | 12/21/2020 | 3855 | Champion Ford | X | -760.40 | -24,863.82 |
| Bill Pmt -Check | 12/21/2020 | 3857 | Erie Water Works | X | -538.65 | -25,402.47 |
| Bill Pmt -Check | 12/21/2020 | 3858 | National Fuel Gas-SS | X | -95.38 | -25,497.85 |
| Bill Pmt -Check | 12/21/2020 | 3859 | The New York Times | X | -86.00 | -25,583.85 |
| Bill Pmt -Check | 12/21/2020 | 3860 | Cigna | X | -24.00 | -25,607.85 |
| Check | 12/23/2020 | DEBIT | Wegmans | X | -500.00 | -26,107.85 |
| Check | 12/23/2020 | DEBIT | Joseph M. Thomas | X | -400.00 | -26,507.85 |
| Check | 12/23/2020 | 3862 | Mary Paolella | X | -175.00 | -26,682.85 |
| Check | 12/23/2020 | 3861 | Heather Duryee | X | -50.00 | -26,732.85 |
| Check | 12/24/2020 | DEBIT | Apple.com | X | -0.99 | -26,733.84 |
| Check | 12/28/2020 | DEBIT | Apple.com | X | -3.17 | -26,737.01 |
| Check | 12/30/2020 | DEBIT | Deena Nelson, MD | X | -750.00 | -27,487.01 |
| Check | 12/31/2020 | DEBIT | Joseph M. Thomas | X | -400.00 | -27,887.01 |
| Check | 01/02/2021 | DEBIT | Apple.com | X | -13.76 | -27,900.77 |
| Check | 01/03/2021 | 3864 | Mary Paolella | X | -175.00 | -28,075.77 |
| Bill Pmt -Check | 01/04/2021 | 3868 | Erie Insurance Group | X | -319.12 | -28,394.89 |
| Bill Pmt -Check | 01/04/2021 | 3869 | Larese Floral Design | X | -143.10 | -28,537.99 |
| Bill Pmt -Check | 01/04/2021 | 3867 | Erie Insurance Group | X | -102.66 | -28,640.65 |
| Check | 01/06/2021 | DEBIT | Kirsten Healy, MD | X | -1,545.00 | -30,185.65 |
| Check | 01/06/2021 | DEBIT | Apple.com | X | -41.31 | -30,226.96 |
| Check | 01/07/2021 | 0 | Joseph M. Thomas | X | -5,100.00 | -35,326.96 |
| Check | 01/08/2021 | DEBIT | Joseph M. Thomas | X | -400.00 | -35,726.96 |
| Total Checks and Payments | | | | | -35,726.96 | -35,726.96 |

2:44 PM
01/18/21

# Joseph M. Thomas
# Reconciliation Detail
### 10001 · PNC Checking -6352, Period Ending 01/08/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Deposits and Credits - 8 items** | | | | | | |
| Deposit | 12/07/2020 | | | X | 202.60 | 202.60 |
| Deposit | 12/15/2020 | | | X | 15,000.00 | 15,202.60 |
| Deposit | 12/21/2020 | | | X | 2,000.00 | 17,202.60 |
| Deposit | 12/23/2020 | | | X | 500.00 | 17,702.60 |
| Deposit | 12/28/2020 | | American Airlines | X | 11.20 | 17,713.80 |
| Deposit | 12/30/2020 | | | X | 500.00 | 18,213.80 |
| Deposit | 01/04/2021 | | | X | 15,000.00 | 33,213.80 |
| Deposit | 01/08/2021 | | | X | 0.11 | 33,213.91 |
| | | | Total Deposits and Credits | | 33,213.91 | 33,213.91 |
| | | | Total Cleared Transactions | | -2,513.05 | -2,513.05 |
| | | | Cleared Balance | | -2,513.05 | 15,312.47 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 9 items** | | | | | | |
| Check | 04/27/2020 | 3552 | PA Department of R... | | -2,429.28 | -2,429.28 |
| Check | 12/13/2020 | 3845 | Eddie's Collectibles | | -85.00 | -2,514.28 |
| Check | 12/15/2020 | 3851 | United States Treas... | | -4,600.00 | -7,114.28 |
| Check | 12/15/2020 | 3852 | PA Department of R... | | -500.00 | -7,614.28 |
| Check | 12/30/2020 | 3863 | Linda Erven | | -13.90 | -7,628.18 |
| Bill Pmt -Check | 01/04/2021 | 3866 | Ally | | -832.80 | -8,460.98 |
| Bill Pmt -Check | 01/04/2021 | 3871 | Reyes Landscaping | | -140.00 | -8,600.98 |
| Bill Pmt -Check | 01/04/2021 | 3870 | Penelec | | -54.14 | -8,655.12 |
| Bill Pmt -Check | 01/04/2021 | 3865 | AARP | | -45.00 | -8,700.12 |
| | | | Total Checks and Payments | | -8,700.12 | -8,700.12 |
| | | | Total Uncleared Transactions | | -8,700.12 | -8,700.12 |
| | | | Register Balance as of 01/08/2021 | | -11,213.17 | 6,612.35 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 16 items** | | | | | | |
| Bill Pmt -Check | 01/11/2021 | 3873 | Highmark Blue Cros... | | -200.00 | -200.00 |
| Check | 01/11/2021 | 3872 | Mary Paolella | | -175.00 | -375.00 |
| Check | 01/11/2021 | DEBIT | Wall Street Journal -... | | -149.97 | -524.97 |
| Bill Pmt -Check | 01/11/2021 | 3874 | National Fuel | | -115.54 | -640.51 |
| Bill Pmt -Check | 01/11/2021 | 3875 | National Fuel | | -96.65 | -737.16 |
| Bill Pmt -Check | 01/11/2021 | 3876 | Penelec- South Shore | | -72.29 | -809.45 |
| Bill Pmt -Check | 01/11/2021 | 3877 | Penelec | | -45.90 | -855.35 |
| Check | 01/15/2021 | 3880 | Quinn Law Firm | | -5,000.00 | -5,855.35 |
| Check | 01/15/2021 | 3878 | United States Treas... | | -4,600.00 | -10,455.35 |
| Check | 01/15/2021 | 3879 | PA Department of R... | | -500.00 | -10,955.35 |
| Check | 01/15/2021 | DEBIT | Joseph M. Thomas | | -400.00 | -11,355.35 |
| Check | 01/17/2021 | DEBIT | Apple.com | | -3.17 | -11,358.52 |
| Check | 01/18/2021 | 0 | Joseph M. Thomas | | -5,100.00 | -16,458.52 |
| Bill Pmt -Check | 01/18/2021 | 3882 | Spectrum | | -215.79 | -16,674.31 |
| Check | 01/18/2021 | 3881 | Mary Paolella | | -175.00 | -16,849.31 |
| Bill Pmt -Check | 01/18/2021 | 3883 | The New York Times | | -86.00 | -16,935.31 |
| | | | Total Checks and Payments | | -16,935.31 | -16,935.31 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 01/15/2021 | | | | 15,000.00 | 15,000.00 |
| | | | Total Deposits and Credits | | 15,000.00 | 15,000.00 |
| | | | Total New Transactions | | -1,935.31 | -1,935.31 |
| **Ending Balance** | | | | | -13,148.48 | 4,677.04 |

Joseph M. Thomas

1/18/2021 2:47 PM

Register: 10001 · PNC Checking -6352

From 12/01/2020 through 12/31/2020

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/01/2020 | | | 40999 · Batch Income | Deposit | | X | 15,000.00 | 15,008.62 |
| 12/01/2020 | 3835 | Ally | 2000 · Accounts Payable | | 832.80 | X | | 14,175.82 |
| 12/01/2020 | 3836 | Erie Water Works | 2000 · Accounts Payable | 2100 South Sh... | 630.60 | X | | 13,545.22 |
| 12/01/2020 | 3837 | National Fuel 78952... | 2000 · Accounts Payable | | 30.36 | X | | 13,514.86 |
| 12/01/2020 | 3838 | National Fuel 84389... | 2000 · Accounts Payable | | 34.20 | X | | 13,480.66 |
| 12/01/2020 | 3839 | Reyes Landscaping | 2000 · Accounts Payable | | 2,145.75 | X | | 11,334.91 |
| 12/02/2020 | 3834 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 11,134.91 |
| 12/04/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 13.76 | X | | 11,121.15 |
| 12/04/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 10,721.15 |
| 12/06/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 34.97 | X | | 10,686.18 |
| 12/07/2020 | | | 60800 · Dues & Subscr... | Deposit | | X | 202.60 | 10,888.78 |
| 12/07/2020 | | | 40950 · Interest Income | Interest | | X | 0.14 | 10,888.92 |
| 12/07/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 137.79 | X | | 10,751.13 |
| 12/07/2020 | 0 | Joseph M. Thomas | 10003 · PNC Checking... | Transfer to Tax... | 5,100.00 | X | | 5,651.13 |
| 12/07/2020 | 3840 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 5,451.13 |
| 12/08/2020 | 3841 | Penelec - 9830 | 2000 · Accounts Payable | | 39.66 | X | | 5,411.47 |
| 12/08/2020 | 3842 | Penelec 9830 Barn | 2000 · Accounts Payable | | 43.77 | X | | 5,367.70 |
| 12/11/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 6.34 | X | | 5,361.36 |
| 12/11/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 4,961.36 |
| 12/13/2020 | 3843 | Wegmans | 64925 · Medical Expen... | Prescriptions | 71.11 | X | | 4,890.25 |
| 12/13/2020 | 3844 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 4,690.25 |
| 12/13/2020 | 3845 | Eddie's Collectibles | 60115 · Automobile E... | | 85.00 | | | 4,605.25 |
| 12/15/2020 | | | 40999 · Batch Income | Deposit | | X | 15,000.00 | 19,605.25 |
| 12/15/2020 | 3846 | Erie Insurance Group | 2000 · Accounts Payable | Personal Inland... | 150.33 | X | | 19,454.92 |
| 12/15/2020 | 3847 | Highmark Blue Cross... | 2000 · Accounts Payable | Billing Accoun... | 200.00 | X | | 19,254.92 |
| 12/15/2020 | 3848 | Penelec- South Shore | 2000 · Accounts Payable | | 65.21 | X | | 19,189.71 |
| 12/15/2020 | 3849 | Spectrum | 2000 · Accounts Payable | Cable/Internet -... | 215.79 | X | | 18,973.92 |
| 12/15/2020 | 3850 | Thomas Kovach dba ... | 2000 · Accounts Payable | | 150.00 | X | | 18,823.92 |
| 12/15/2020 | 3851 | United States Treasury | 99921 · Federal Incom... | | 4,600.00 | | | 14,223.92 |
| 12/15/2020 | 3852 | PA Department of Re... | 99922 · State Income T... | | 500.00 | | | 13,723.92 |
| 12/15/2020 | 3853 | Quinn Law Firm | 64300 · Legal | Escrow - Perso... | 5,000.00 | X | | 8,723.92 |
| 12/18/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 8,323.92 |
| 12/20/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 8,320.75 |
| 12/20/2020 | 3854 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 8,120.75 |
| 12/21/2020 | | | 10002 · PNC Bank - M... | Deposit | | X | 2,000.00 | 10,120.75 |
| 12/21/2020 | 0 | Joseph M. Thomas | 10003 · PNC Checking... | Transfer to Tax... | 5,100.00 | X | | 5,020.75 |
| 12/21/2020 | 3855 | Champion Ford | 60115 · Automobile E... | Auto Expense -... | 760.40 | X | | 4,260.35 |
| 12/21/2020 | 3856 | Erie Insurance Group | 2000 · Accounts Payable | ErieSecure Poli... | 1,710.33 | X | | 2,550.02 |
| 12/21/2020 | 3857 | Erie Water Works | 2000 · Accounts Payable | 2100 South Sh... | 538.65 | X | | 2,011.37 |
| 12/21/2020 | 3858 | National Fuel Gas-SS | 2000 · Accounts Payable | 2100 S. Shore t... | 95.38 | X | | 1,915.99 |

Joseph M. Thomas

1/18/2021 2:47 PM

Register: 10001 · PNC Checking -6352

From 12/01/2020 through 12/31/2020

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 12/21/2020 | 3859 | The New York Times | 2000 · Accounts Payable | Acct. ▮▮▮ | 86.00 | X | | 1,829.99 |
| 12/21/2020 | 3860 | Cigna | 2000 · Accounts Payable | Inv. ▮▮▮ | 24.00 | X | | 1,805.99 |
| 12/23/2020 | | | 10002 · PNC Bank - M... | Deposit | | X | 500.00 | 2,305.99 |
| 12/23/2020 | DEBIT | Wegmans | 64025 · Jewelry/Gifts | Holiday gifts | 500.00 | X | | 1,805.99 |
| 12/23/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 1,405.99 |
| 12/23/2020 | 3861 | Heather Duryee | 64025 · Jewelry/Gifts | Gift | 50.00 | X | | 1,355.99 |
| 12/23/2020 | 3862 | Mary Paolella | 65705 · Rent Expense | Rent | 175.00 | X | | 1,180.99 |
| 12/24/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 0.99 | X | | 1,180.00 |
| 12/28/2020 | | American Airlines | 75005 · Travel | Deposit | | X | 11.20 | 1,191.20 |
| 12/28/2020 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 1,188.03 |
| 12/30/2020 | | | 10002 · PNC Bank - M... | Deposit | | X | 500.00 | 1,688.03 |
| 12/30/2020 | DEBIT | Deena Nelson, MD | 64925 · Medical Expen... | Telephone Visi... | 750.00 | X | | 938.03 |
| 12/30/2020 | 3863 | Linda Erven | 60700 · Delivery/Shipp... | Reimburse for ... | 13.90 | | | 924.13 |
| 12/31/2020 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 524.13 |

2:50 PM

01/18/21

# Joseph M. Thomas
## Reconciliation Summary
### 10002 · PNC Bank - Money Market Acct., Period Ending 01/08/2021

|  | Jan 8, 21 |
|---|---|
| Beginning Balance | 26,955.11 |
| Cleared Transactions |  |
| Checks and Payments - 3 items | -3,000.00 |
| Deposits and Credits - 2 items | 2,171.83 |
| Total Cleared Transactions | -828.17 |
| Cleared Balance | 26,126.94 |
| Register Balance as of 01/08/2021 | 26,126.94 |
| Ending Balance | 26,126.94 |

2:50 PM

01/18/21

## Joseph M. Thomas
## Reconciliation Detail
### 10002 · PNC Bank - Money Market Acct., Period Ending 01/08/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 26,955.11 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 3 items** | | | | | | |
| Deposit | 12/21/2020 | | | X | -2,000.00 | -2,000.00 |
| Deposit | 12/23/2020 | | | X | -500.00 | -2,500.00 |
| Deposit | 12/30/2020 | | | X | -500.00 | -3,000.00 |
|     Total Checks and Payments | | | | | -3,000.00 | -3,000.00 |
|     **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 12/23/2020 | | | X | 2,171.60 | 2,171.60 |
| Deposit | 01/07/2021 | | | X | 0.23 | 2,171.83 |
|     Total Deposits and Credits | | | | | 2,171.83 | 2,171.83 |
|     Total Cleared Transactions | | | | | -828.17 | -828.17 |
| **Cleared Balance** | | | | | -828.17 | 26,126.94 |
| Register Balance as of 01/08/2021 | | | | | -828.17 | 26,126.94 |
| **Ending Balance** | | | | | **-828.17** | **26,126.94** |

Joseph M. Thomas

1/18/2021 2:51 PM

Register: 10002 · PNC Bank - Money Market Acct.

From 12/01/2020 through 12/31/2020

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/07/2020 | | | 40950 · Interest Income | Interest | | X | 0.22 | 26,955.11 |
| 12/21/2020 | | | 10001 · PNC Checking... | Transfer from ... | 2,000.00 | X | | 24,955.11 |
| 12/23/2020 | | | -split- | Deposit | | X | 2,171.60 | 27,126.71 |
| 12/23/2020 | | | 10001 · PNC Checking... | Transfer from ... | 500.00 | X | | 26,626.71 |
| 12/30/2020 | | | 10001 · PNC Checking... | Transfer from ... | 500.00 | X | | 26,126.71 |