UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|    Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|    Movant, | : RELATED TO DOCUMENT NO. 252 |
| | : |
| v. | : |
| | : |
| NO RESPONDENT. | : |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on the 22nd day of January, 2021, a copy of the *Order Employing Special Counsel* upon each of the following persons and parties in interest at the address shown on the attached list.

                                              Respectfully submitted,

                                              THE QUINN LAW FIRM

                              BY:    /s/Michael P. Kruszewski
                                              Michael P. Kruszewski, Esquire
                                              PA Id. No. 91239
                                              2222 West Grandview Boulevard
                                              Erie, Pennsylvania 16506-4508
                                              Telephone: 814-833-2222
                                              Facsimile: 814-833-6753
                                              E-Mail Address: mkruszewski@quinnfirm.com
                                              Counsel for Debtor

#1417666

Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

Jesse B. Baldwin, Esquire
Addelman Cross & Baldwin, PC
5680 Main Street
Buffalo, NY  14221

Kenney Shelton Liptak & Nowak LLP
The Calumet Building
233 Franklin Street
Buffalo, NY  14202

#1417666