## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JOSEPH MARTIN THOMAS, | ) Bankruptcy Case No. 20-10334 TPA |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| STEVEN E. RIBBING AND KAY B. RIBBING, | ) Document No. _____ |
| | ) |
| | ) Related to Doc. No. 254, 256 |
| Movants, | ) |
| | ) Hearing Date & Time: |
| v. | ) March 11, 2021 @ 9:30 a.m. |
| | ) |
| JOSEPH MARTIN THOMAS, | ) Responses Due: |
| | ) February 19, 2021 |
| Respondent. | ) |

**CERTIFICATE OF SERVICE OF MOTION OF STEVEN E. RIBBING AND KAY B. RIBBING FOR RELIEF FROM THE AUTOMATIC STAY, TOGETHER WITH THE NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION OF STEVEN E. RIBBING AND KAY B. RIBBING FOR RELIEF FROM THE AUTOMATIC STAY**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the address specified below or on the attached list on February 1, 2021.

The types of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the hearing "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First Class Mail."

**Service By Electronic Notification**
Michael P. Kruszewski, Esquire
Quinn Law Firm
2222 West Grandview Blvd.
Erie, PA  16506
mkruszewski@quinnfirm.com

Norma Hildenbrand, Trustee
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222
Norma.L.Hildenbrand@usdoj.gov

**Service By First Class Mail**
Joseph Martin Thomas
c/o Tri-State Pain Institute
2374 Village Common Drive
Erie, PA  16506

**EXECUTED ON:**  February 1, 2021

STONECIPHER LAW FIRM

By:  */s/Ronald B. Roteman*
Ronald B. Roteman, Esquire
PA ID No. 66809
125 First Avenue
Pittsburgh, PA  15222
(412) 391-8510
rroteman@stonecipherlaw.com
*(Attorney for Movants)*