# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Thomas, Joseph Martin

**Case No. 20-10334-TPA**

Reporting Period: _1/1/21 – 1/31/21_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
**File with Court and submit copy to United States Trustee within 14 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | X | |
| Debtor Questionnaire | MOR- 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____        2-15-21
Signature of Debtor                              Date

_____        _____
Signature of Joint Debtor                        Date

_Linda Erven_                                     2/15/21
Signature of Preparer                            Date

LINDA ERVEN
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Thomas, Joseph Martin

Debtor

**Case No. 20-10334-TPA**

Reporting Period: _1/1/21 - 1/31/21_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 66,034.84 | 59,973.43 |
| **RECEIPTS** | | |
| Wages (Net) | 30,000.00 | 255,000.00 |
| Interest and Dividend Income | .34 | 2.74 |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,192.70 | 19,565.70 |
| Sale of Assets | | 299,900.00 |
| Other Income (attach schedule) | | |
| **Total Receipts** | 32,193.14 | 574,468.44 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | 244,898.03 |
| Rental Payment(s) | 925.00 | 7,475.00 |
| **Other Secured Note Payments** | | |
| Utilities | 546.08 | 6,462.93 |
| Insurance | 2,403.56 | 11,614.70 |
| Auto Expense | 832.80 | 23,682.77 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 140.00 | 12,177.25 |
| Medical Expenses | 1,995.90 | 5,870.03 |
| Household Expenses | 1,836.64 | 16,581.54 |
| Charitable Contributions | | 25.00 |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | 5,763.34 |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | 44,497.00 | 145,838.00 |
| Travel and Entertainment | | 0.00 |
| Gifts | | 3,600.00 |
| Other (attach schedule) | 500.23 | 29,109.08 |
| Total Ordinary Disbursements | 53,677.21 | 513,097.67 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 3,383.33 |
| U. S. Trustee Fees | 650.00 | 4,225.00 |
| Other Reorganization Expenses (attach schedule) | 5,000.00 | 74,835.00 |
| Total Reorganization Items | 5,650.00 | 82,443.33 |
| **Total Disbursements (Ordinary + Reorganization)** | 59,327.21 | 595,541.00 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (27,133.97) | (21,072.56) |
| **Cash - End of Month (Must equal reconciled bank statement)** | 38,900.87 | 38,900.87 |

FORM MOR-1(INDV)
(9/99)

Thomas, Joseph Martin

Debtor

Case No. 20-10334-TPA

Reporting Period: _1/1/21 – 1/31/21_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| FEDERAL INCOME TAX | 35,136.00 | 96,624.00 |
| STATE AND LOCAL INCOME TAXES | 4,248.00 | 15,576.00 |
| LOCAL SERVICES TAX | 13.00 | 39.00 |
| FEDERAL INCOME TAX (PRE-PETITION DEBT) | 4,600.00 | 27,600.00 |
| STATE INCOME TAX (PRE-PETITION DEBT) | 500.00 | 3,000.00 |
| REAL ESTATE TRANSFER TAX | | 2,999.00 |
| **Other Ordinary Disbursements** | | |
| SUBSCRIPTIONS (NEWSPAPERS/SIRIUS) | 280.97 | 2,244.67 |
| CHECK PRINTING FEES | | 156.20 |
| BOOKS/DOWNLOADS | 76.16 | 1,080.86 |
| FLORIST | 143.10 | 1,044.10 |
| DONATION (NON-CHARITABLE) | | 250.00 |
| PROFESSIONAL ADMIN FEES | | 19,588.35 |
| SEWER TAP-IN FEE | | 4,750.00 |
| **Other Reorganization Expenses** | | |
| ESCROW - QUINN LAW FIRM | 5,000.00 | 74,810.00 |
| CREDIT COUNSELING FEES | | 25.00 |
| | | |
| | | |
| | | |
| | | |

Thomas, Joseph Martin

Debtor

**Case No. 20-10334-TPA**

Reporting Period: _1/1/21 – 1/31/21_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 35,136.00 | 8,784.00 | 35,136.00 | 1/14/21 | EFT | 8,784.00 |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
|    Total Federal Taxes | 35,136.00 | 8,784.00 | 35,136.00 | | | 8,784.00 |
| **State and Local** | | | | | | |
| Withholding | 4,248.00 | 1,416.00 | 4,248.00 | 1/4/21–1/15/21 | EFT/105 | 1,416.00 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|    Total State and Local | 4,248.00 | 1,416.00 | 4,248.00 | | | 1,416.00 |
| **Total Taxes** | 39,384.00 | 10,200.00 | 39,384.00 | | | 10,200.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 571.00 | | | | | 571.00 |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | 571.00 | | | | | 571.00 |

**Explain how and when the Debtor intends to pay its past-due postpetition debts.**
_FROM ONGOING INCOME WHEN RECEIVED TWICE EACH MONTH._

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Thomas, Joseph Martin                                    Case No. 20-10334-TPA

Debtor                          Reporting Period: _1/1/21 - 1/31/21_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | N/A |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | N/A |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. _AS PROVIDED TO US TRUSTEE_ | X | |

FORM MOR-5
(9/99)

# Standard Checking Statement

PNC Private Banking

**PNC BANK**

**For the period 01/07/2021 to 02/03/2021**

002004                                      000003944    UZ
JOSEPH THOMAS MD   CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

Primary account number: 3191
Page 1 of 3
Number of enclosures: 0

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

Inquiries? Call PNC Private Banking 1-888-762-6226
For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?**  Please contact us at 1-888-762-6226

Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## Standard Checking Account Summary

**Account number:** 3191

JOSEPH THOMAS MD  CASE# 20-10334
DEBTOR IN POSSESSION

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 39,384.00 | 10,200.00 | 39,384.00 | 10,200.00 |
| | | Average monthly balance | Charges and fees |
| | | 20,298.00 | .00 |

### Transaction Summary

| Checks paid/ withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 1 | 0 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 0 | 0 | 0 |

## Activity Detail

### Deposits and Other Additions

There were 2 Deposits and Other Additions totaling **$10,200.00**.

| Date | Amount | Description |
|---|---|---|
| 01/07 | 5,100.00 | Online Transfer From |
| 01/19 | 5,100.00 | Online Transfer From |

### Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number |
|---|---|---|---|
| 105 | 1,485.00 | 01/27 | 075394232 |

There is 1 check listed totaling **$1,485.00**.



# Standard Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 01/07/2021 to 02/03/2021**
JOSEPH THOMAS MD  CASE# 20-10334
Primary account number████ 3191
Page 2 of 3

Account number: ████ 3191 - continued

## Online and Electronic Banking Deductions

There were 2 Online or Electronic Banking
Deductions totaling **$37,899.00**.

| Date | Amount | Description |
|------|--------|-------------|
| 01/15 | 35,136.00 | Web Pmt Single - Usataxpymt IRS ██████ |
| 01/19 | 2,763.00 | Web Pmt Single - Paindivltx |
|  |  | Commwlthofpapath Path87001 |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 01/07 | 44,484.00 | 01/15 | 9,348.00 | 01/19 | 11,685.00 | 01/27 | 10,200.00 |

## Reviewing Your Statement



Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
- you have any questions regarding your account(s);
- your name or address is incorrect;
- you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

### Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement         $ _____

Add deposits and other additions not recorded     Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded  Total B - $ _____

The result should equal your account register balance    = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC          Equal Housing Lender



# Performance Select Statement



PNC Private Banking

**For the period 01/09/2021 to 02/05/2021**

000009                                      000006036   UZ
JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

Primary account number: ████6352
Page 1 of 6
Number of enclosures: 0

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.

Inquiries? Call PNC Private Banking 1-888-762-6226
For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday:  8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-762-6226

Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## Performance Select
### Interest Checking Account Summary
**Account number:** ████6352

JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 15,312.47 | 30,176.98 | 24,553.16 | 20,936.29 |
| | | Average monthly balance | Charges and fees |
| | | 14,889.56 | .00 |

### Transaction Summary

| Checks paid/ withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 22 | 5 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 4 | 4 | 0 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 28 | 14,887.28 | .12 |

As of 02/05, a total of **$.23** in interest was
paid this year.

## Activity Detail

### Deposits and Other Additions

There were 5 Deposits and Other Additions
totaling **$30,176.98**.

| Date | Amount | Description |
|---|---|---|
| 01/15 | 15,000.00 | Deposit Reference No. 030038618 |
| 02/02 | 8.00 | Credit Adjustment Ref: ████████ Effective 01-28-21 |
| 02/02 | 15,000.00 | Deposit Reference No. 030976593 |

Deposits and Other Additions continued on next page

# Performance Select Statement

💻 For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 01/09/2021 to 02/05/2021**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ████6352
Page 2 of 6

Account number: ████6352 - continued

## Deposits and Other Additions - *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 02/02 | 168.86 | Deposit Reference No. 030976595 |
| 02/05 | .12 | Interest Payment |

## Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|------|--------|------|------|------|--------|------|------|
| 3851 | 4,600.00 | 01/14 | 070825388 | 3884 | 200.00 | 01/26 | 075013923 |
| 3852 | 500.00 | 01/11 | 074255032 | 3885 | 24.00 | 01/28 | 076171665 |
| 3863 * | 13.90 | 02/02 | 030976590 | 3886 | 1,710.33 | 01/28 | 076460978 |
| 3865 * | 45.00 | 01/14 | 07050208 | 3888 * | 47.45 | 01/29 | 077512260 |
| 3866 | 832.80 | 01/12 | 075738074 | 3890 * | 20.85 | 02/02 | 030976591 |
| 3871 * | 140.00 | 01/13 | 077044055 | 3891 | 458.90 | 01/28 | 077045692 |
| 3872 | 175.00 | 01/11 | 075029243 | 3892 | 200.00 | 02/03 | 074622663 |
| 3873 | 200.00 | 01/14 | 077841846 | 3893 | 1,250.00 | 02/03 | 075183837 |
| 3880 * | 5,000.00 | 01/20 | 076371363 | 3895 * | 172.00 | 02/05 | 077040273 |
| 3881 | 175.00 | 01/19 | 074499614 | 3896 | 102.67 | 02/05 | 077040265 |
| 3883 * | 86.00 | 01/25 | 073318891 | 3897 | 296.33 | 02/05 | 077040316 |

\* Gap in check sequence

There were 22 checks listed totaling **$16,250.23.**

## Banking/Debit Card Withdrawals and Purchases

| Date | Amount | Description |
|------|--------|-------------|
| 01/12 | 149.97 | 1794 Recurring Debit Card D J*Wall-St-Journal |
| 01/15 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 01/19 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 01/22 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 01/25 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 01/25 | .99 | 1794 Recurring Debit Card Apple.Com/Bill |
| 01/29 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 02/01 | 13.76 | 1794 Recurring Debit Card Apple.Com/Bill |
| 02/05 | 420.00 | ATM Withdrawal 2069 Interchange R Erie PA |

There were 4 Banking Machine withdrawals totaling **$1,620.00.**

There were 5 other Banking Machine/Debit Card deductions totaling **$171.06.**

## Online and Electronic Banking Deductions

| Date | Amount | Description |
|------|--------|-------------|
| 01/13 | 54.14 | Payment,E-Check Check Pymt Penelec 3870 |
| 01/15 | 115.54 | Payment,E-Check Checkpaymt Natfuel Box 4103 3874 |
| 01/15 | 96.65 | Payment,E-Check Checkpaymt Natfuel Box 4103 3875 |
| 01/19 | 5,100.00 | Online Transfer To ████████ |
| 01/22 | 72.29 | Payment,E-Check Check Pymt Penelec 3876 |
| 01/22 | 45.90 | Payment,E-Check Check Pymt Penelec 3877 |
| 01/26 | 215.79 | Payment,E-Check Check Pymt Charter Midwest 3882 |
| 01/26 | 650.00 | Web Pmt Single - Payment Quarterly Fee 6O6I6Okva41 |
| 01/28 | 161.56 | Payment,E-Check Checkpaymt Natfuel Box 4103 3889 |

There were 9 Online or Electronic Banking Deductions totaling **$6,511.87.**

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 01/09 | 15,312.47 | 01/15 | 23,003.37 | 01/26 | 11,051.06 | 02/03 | 21,927.17 |
| 01/11 | 14,637.47 | 01/19 | 17,725.20 | 01/28 | 8,696.27 | 02/05 | 20,936.29 |
| 01/12 | 13,654.70 | 01/20 | 12,725.20 | 01/29 | 8,248.82 | | |
| 01/13 | 13,460.56 | 01/22 | 12,207.01 | 02/01 | 8,235.06 | | |
| 01/14 | 8,615.56 | 01/25 | 12,116.85 | 02/02 | 23,377.17 | | |

000016863-B

# Performance Select Statement

> PNC BANK

📧 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 01/09/2021 to 02/05/2021**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ███6352
Page 3 of 6

---

## Check Images

| 3851 | $4,600.00 | 01/14/2021 |
| 3852 | $500.00 | 01/11/2021 |
| 3863 | $13.90 | 02/02/2021 |
| 3865 | $45.00 | 01/14/2021 |
| 3866 | $832.80 | 01/12/2021 |
| 3871 | $140.00 | 01/13/2021 |
| 3872 | $175.00 | 01/11/2021 |
| 3873 | $200.00 | 01/14/2021 |
| 3880 | $5,000.00 | 01/20/2021 |
| 3881 | $175.00 | 01/19/2021 |




Check Images continued on next page

# Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 01/09/2021 to 02/05/2021**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number ▮▮▮▮6352
Page 4 of 6

## Check Images - *continued*



| | | |
|---|---|---|
| 3883 | $86.00 | 01/25/2021 |
| 3884 | $200.00 | 01/26/2021 |
| 3885 | $24.00 | 01/28/2021 |
| 3886 | $1,710.33 | 01/28/2021 |
| 3888 | $47.45 | 01/29/2021 |
| 3890 | $20.85 | 02/02/2021 |
| 3891 | $458.90 | 01/28/2021 |
| 3892 | $200.00 | 02/03/2021 |
| 3893 | $1,250.00 | 02/03/2021 |
| 3895 | $172.00 | 02/05/2021 |









Check Images continued on next page

# Performance Select Statement

<span style="float:right">⊗ PNC BANK</span>

🖥 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 01/09/2021 to 02/05/2021**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ████ 6352
Page 5 of 6

---

## Check Images - *continued*





| 3896 | $102.67 | 02/05/2021 |      | 3897 | $296.33 | 02/05/2021 |

With PNC Online Banking, you can view, print and save up to the most recent 90 days of your canceled checks - front and back - FREE of
charge. Please contact us for additional options.



## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account
### Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

## Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement        $ _____
Add deposits and other additions not recorded    Total A + $ _____

Subtotal= $ _____
Subtract checks and other deductions not recorded  Total B - $ _____

The result should equal your account register balance     = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number (if any).
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC             Equal Housing Lender

# Performance Select Statement



PNC Private Banking

Primary account number ███6807
Page 1 of 2
Number of enclosures: 0

For the period 01/09/2021 to 02/05/2021

001874                                    000008041   U2
JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.
Inquiries? Call PNC Private Banking 1-888-762-6226
  For Customers who are Deaf or Hard of Hearing
TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday:  8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-762-6226

Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## Performance Select
## Premium Money Market Account Summary
Account number ███6807

JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 26,126.94 | 2,193.11 | .00 | 28,320.05 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 26,910.12 | .00 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 28 | 26,910.12 | .21 |

As of 02/05, a total of **$.44** in interest was
paid this year.

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 01/27 | 2,192.90 | Direct Deposit - Xxsoc Sec |
| | | SSA Treas ███████ |
| 02/05 | .21 | Interest Payment █████ |

There were 2 Deposits and Other Additions
totaling **$2,193.11**.

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/09 | 26,126.94 | 01/27 | 28,319.84 | 02/05 | 28,320.05 |

38639244.2

COLRS01A  1116  5808  127  07  20210206  PG  1  OF  1  00008041

## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account
### Update Your Account Register

**Compare:** The activity detail section of your statement to your account register.

**Check Off:** All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.)

**Add to Your Account Register Balance:** Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register.

**Subtract From Your Account Register Balance:** Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register.

### Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total A** |  |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total B** |  |

**Step 3:**

Enter the ending balance recorded on your statement    $ _____

Add deposits and other additions not recorded    Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded    Total B - $ _____

The result should equal your account register balance    = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number (if any).
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC    Equal Housing Lender

2:45 PM
02/15/21

**Joseph M. Thomas**
# Reconciliation Summary
**10003 · PNC Checking (Escrow) -3191, Period Ending 02/03/2021**

|  | Feb 3, 21 |
|---|---|
| Beginning Balance | 39,384.00 |
| Cleared Transactions | |
| Checks and Payments - 3 items | -39,384.00 |
| Deposits and Credits - 2 items | 10,200.00 |
| **Total Cleared Transactions** | -29,184.00 |
| **Cleared Balance** | **10,200.00** |
| Register Balance as of 02/03/2021 | 10,200.00 |
| New Transactions | |
| Deposits and Credits - 1 item | 5,100.00 |
| **Total New Transactions** | 5,100.00 |
| **Ending Balance** | **15,300.00** |

Page 1

2:45 PM

02/15/21

**Joseph M. Thomas**

# Reconciliation Detail

**10003 · PNC Checking (Escrow) -3191, Period Ending 02/03/2021**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 39,384.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 01/14/2021 | EFT | United States Treas... | X | -35,136.00 | -35,136.00 |
| Check | 01/14/2021 | EFT | PA Dept. of Revenue | X | -2,763.00 | -37,899.00 |
| Check | 01/15/2021 | 105 | HAB-EIT | X | -1,485.00 | -39,384.00 |
| Total Checks and Payments | | | | | -39,384.00 | -39,384.00 |
| **Deposits and Credits - 2 items** | | | | | | |
| Check | 01/07/2021 | 0 | Joseph M. Thomas | X | 5,100.00 | 5,100.00 |
| Check | 01/18/2021 | 0 | Joseph M. Thomas | X | 5,100.00 | 10,200.00 |
| Total Deposits and Credits | | | | | 10,200.00 | 10,200.00 |
| Total Cleared Transactions | | | | | -29,184.00 | -29,184.00 |
| Cleared Balance | | | | | -29,184.00 | 10,200.00 |
| Register Balance as of 02/03/2021 | | | | | -29,184.00 | 10,200.00 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 02/08/2021 | 0 | Joseph M. Thomas | | 5,100.00 | 5,100.00 |
| Total Deposits and Credits | | | | | 5,100.00 | 5,100.00 |
| Total New Transactions | | | | | 5,100.00 | 5,100.00 |
| **Ending Balance** | | | | | **-24,084.00** | **15,300.00** |

Joseph M. Thomas

2/15/2021 3:05 PM

Register: 10003 · PNC Checking (Escrow) -3191
From 01/01/2021 through 01/31/2021

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 01/07/2021 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 5,100.00 | 44,484.00 |
| 01/14/2021 | EFT | United States Treasur... | | Federal Incom... | 35,136.00 | X | | 9,348.00 |
| 01/14/2021 | EFT | PA Dept. of Revenue | | State Income T... | 2,763.00 | X | | 6,585.00 |
| 01/15/2021 | 105 | HAB-EIT | | Local Income ... | 1,485.00 | X | | 5,100.00 |
| 01/18/2021 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 5,100.00 | 10,200.00 |

3:03 PM

02/15/21

# Joseph M. Thomas
## Reconciliation Summary
### 10001 · PNC Checking -6352, Period Ending 02/05/2021

|  | Feb 5, 21 |
|---|---|
| **Beginning Balance** | 15,312.47 |
| Cleared Transactions | |
| Checks and Payments - 40 items | -24,545.16 |
| Deposits and Credits - 5 items | 30,168.98 |
| Total Cleared Transactions | 5,623.82 |
| **Cleared Balance** | **20,936.29** |
| Uncleared Transactions | |
| Checks and Payments - 6 items | -8,460.08 |
| Total Uncleared Transactions | -8,460.08 |
| **Register Balance as of 02/05/2021** | **12,476.21** |
| New Transactions | |
| Checks and Payments - 10 items | -6,401.92 |
| Total New Transactions | -6,401.92 |
| **Ending Balance** | **6,074.29** |

3:03 PM

02/15/21

# Joseph M. Thomas
## Reconciliation Detail
### 10001 · PNC Checking -6352, Period Ending 02/05/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 15,312.47 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 40 items** | | | | | | |
| Check | 12/15/2020 | 3851 | United States Treas... | X | -4,600.00 | -4,600.00 |
| Check | 12/15/2020 | 3852 | PA Department of R... | X | -500.00 | -5,100.00 |
| Check | 12/30/2020 | 3863 | Linda Erven | X | -13.90 | -5,113.90 |
| Bill Pmt -Check | 01/04/2021 | 3866 | Ally | X | -832.80 | -5,946.70 |
| Bill Pmt -Check | 01/04/2021 | 3871 | Reyes Landscaping | X | -140.00 | -6,086.70 |
| Bill Pmt -Check | 01/04/2021 | 3870 | Penelec - 9830 Barn | X | -54.14 | -6,140.84 |
| Bill Pmt -Check | 01/04/2021 | 3865 | AARP | X | -45.00 | -6,185.84 |
| Bill Pmt -Check | 01/11/2021 | 3873 | Highmark Blue Cros... | X | -200.00 | -6,385.84 |
| Check | 01/11/2021 | 3872 | Mary Paolella | X | -175.00 | -6,560.84 |
| Check | 01/11/2021 | DEBIT | Wall Street Journal -... | X | -149.97 | -6,710.81 |
| Bill Pmt -Check | 01/11/2021 | 3874 | National Fuel 78952... | X | -115.54 | -6,826.35 |
| Bill Pmt -Check | 01/11/2021 | 3875 | National Fuel 84389... | X | -96.65 | -6,923.00 |
| Bill Pmt -Check | 01/11/2021 | 3876 | Penelec- South Shore | X | -72.29 | -6,995.29 |
| Bill Pmt -Check | 01/11/2021 | 3877 | Penelec - 9830 | X | -45.90 | -7,041.19 |
| Check | 01/15/2021 | 3880 | Quinn Law Firm | X | -5,000.00 | -12,041.19 |
| Check | 01/15/2021 | DEBIT | Joseph M. Thomas | X | -400.00 | -12,441.19 |
| Check | 01/17/2021 | DEBIT | Apple.com | X | -3.17 | -12,444.36 |
| Check | 01/18/2021 | 0 | Joseph M. Thomas | X | -5,100.00 | -17,544.36 |
| Bill Pmt -Check | 01/18/2021 | 3882 | Spectrum | X | -215.79 | -17,760.15 |
| Check | 01/18/2021 | 3881 | Mary Paolella | X | -175.00 | -17,935.15 |
| Bill Pmt -Check | 01/18/2021 | 3883 | The New York Times | X | -86.00 | -18,021.15 |
| Check | 01/22/2021 | DEBIT | Joseph M. Thomas | X | -400.00 | -18,421.15 |
| Check | 01/22/2021 | DEBIT | Apple.com | X | -3.17 | -18,424.32 |
| Check | 01/22/2021 | DEBIT | Apple.com | X | -0.99 | -18,425.31 |
| Bill Pmt -Check | 01/25/2021 | 3886 | Erie Insurance Group | X | -1,710.33 | -20,135.64 |
| Check | 01/25/2021 | 3891 | Wegmans | X | -450.90 | -20,586.54 |
| Check | 01/25/2021 | 3884 | Mary Paolella | X | -200.00 | -20,786.54 |
| Bill Pmt -Check | 01/25/2021 | 3889 | National Fuel Gas-SS | X | -161.56 | -20,948.10 |
| Bill Pmt -Check | 01/25/2021 | 3888 | Highmark Health Ins... | X | -47.45 | -20,995.55 |
| Bill Pmt -Check | 01/25/2021 | 3885 | Cigna | X | -24.00 | -21,019.55 |
| Check | 01/25/2021 | 3890 | Linda Erven | X | -20.85 | -21,040.40 |
| Bill Pmt -Check | 01/26/2021 | ACH | U.S. Trustee Payme... | X | -650.00 | -21,690.40 |
| Check | 01/29/2021 | DEBIT | Joseph M. Thomas | X | -400.00 | -22,090.40 |
| Check | 01/29/2021 | 3892 | Mary Paolella | X | -200.00 | -22,290.40 |
| Check | 01/29/2021 | DEBIT | | X | -13.76 | -22,304.16 |
| Check | 02/02/2021 | 3893 | Bonnell's Collision C... | X | -1,250.00 | -23,554.16 |
| Bill Pmt -Check | 02/02/2021 | 3897 | Erie Insurance Group | X | -296.33 | -23,850.49 |
| Bill Pmt -Check | 02/02/2021 | 3895 | Erie Insurance Group | X | -172.00 | -24,022.49 |
| Bill Pmt -Check | 02/02/2021 | 3896 | Erie Insurance Group | X | -102.67 | -24,125.16 |
| Check | 02/05/2021 | DEBIT | Joseph M. Thomas | X | -420.00 | -24,545.16 |
| Total Checks and Payments | | | | | -24,545.16 | -24,545.16 |
| **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 01/15/2021 | | | X | 15,000.00 | 15,000.00 |
| Bill Pmt -Check | 02/02/2021 | 3898 | The New York Times | X | 0.00 | 15,000.00 |
| Deposit | 02/02/2021 | | | X | 168.86 | 15,168.86 |
| Deposit | 02/02/2021 | | | X | 15,000.00 | 30,168.86 |
| Deposit | 02/05/2021 | | | X | 0.12 | 30,168.98 |
| Total Deposits and Credits | | | | | 30,168.98 | 30,168.98 |
| Total Cleared Transactions | | | | | 5,623.82 | 5,623.82 |
| Cleared Balance | | | | | 5,623.82 | 20,936.29 |

**Joseph M. Thomas**
# Reconciliation Detail
**10001 · PNC Checking -6352, Period Ending 02/05/2021**

3:03 PM

02/15/21

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 04/27/2020 | 3552 | PA Department of R... | | -2,429.28 | -2,429.28 |
| Check | 12/13/2020 | 3845 | Eddie's Collectibles | | -85.00 | -2,514.28 |
| Check | 01/15/2021 | 3878 | United States Treas... | | -4,600.00 | -7,114.28 |
| Check | 01/15/2021 | 3879 | PA Department of R... | | -500.00 | -7,614.28 |
| Bill Pmt -Check | 01/25/2021 | 3887 | HAB-LST | | -13.00 | -7,627.28 |
| Bill Pmt -Check | 02/02/2021 | 3894 | Ally | | -832.80 | -8,460.08 |
| Total Checks and Payments | | | | | -8,460.08 | -8,460.08 |
| Total Uncleared Transactions | | | | | -8,460.08 | -8,460.08 |
| Register Balance as of 02/05/2021 | | | | | -2,836.26 | 12,476.21 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 10 items** | | | | | | |
| Check | 02/07/2021 | DEBIT | Apple.com | | -41.31 | -41.31 |
| Check | 02/08/2021 | 0 | Joseph M. Thomas | | -5,100.00 | -5,141.31 |
| Check | 02/08/2021 | 3899 | Mary Paolella | | -200.00 | -5,341.31 |
| Bill Pmt -Check | 02/08/2021 | 3900 | Larese Floral Design | | -174.90 | -5,516.21 |
| Bill Pmt -Check | 02/08/2021 | 3902 | Reyes Landscaping | | -170.00 | -5,686.21 |
| Bill Pmt -Check | 02/08/2021 | 3901 | Penelec- South Shore | | -67.54 | -5,753.75 |
| Bill Pmt -Check | 02/08/2021 | 3903 | The New York Revie... | | -45.00 | -5,798.75 |
| Check | 02/12/2021 | DEBIT | Joseph M. Thomas | | -400.00 | -6,198.75 |
| Check | 02/14/2021 | DEBIT | Apple.com | | -3.17 | -6,201.92 |
| Check | 02/16/2021 | 3904 | Mary Paolella | | -200.00 | -6,401.92 |
| Total Checks and Payments | | | | | -6,401.92 | -6,401.92 |
| Total New Transactions | | | | | -6,401.92 | -6,401.92 |
| **Ending Balance** | | | | | -9,238.18 | 6,074.29 |

Joseph M. Thomas

2/15/2021 3:05 PM

Register: 10001 · PNC Checking -6352

From 01/01/2021 through 01/31/2021

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 01/02/2021 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl… | 13.76 | X | | 510.37 |
| 01/03/2021 | 3864 | Mary Paolella | 65705 · Rent Expense | Rent | 175.00 | X | | 335.37 |
| 01/04/2021 | | | 40999 · Batch Income | Deposit | | X | 15,000.00 | 15,335.37 |
| 01/04/2021 | 3865 | AARP | 2000 · Accounts Payable | Member… | 45.00 | X | | 15,290.37 |
| 01/04/2021 | 3866 | Ally | 2000 · Accounts Payable | Acct. | 832.80 | X | | 14,457.57 |
| 01/04/2021 | 3867 | Erie Insurance Group | 2000 · Accounts Payable | Personal Catast… | 102.66 | X | | 14,354.91 |
| 01/04/2021 | 3868 | Erie Insurance Group | 2000 · Accounts Payable | Auto Policy Q0… | 319.12 | X | | 14,035.79 |
| 01/04/2021 | 3869 | Larese Floral Design | 2000 · Accounts Payable | Order | 143.10 | X | | 13,892.69 |
| 01/04/2021 | 3870 | Penelec - 9830 Barn | 2000 · Accounts Payable | | 54.14 | X | | 13,838.55 |
| 01/04/2021 | 3871 | Reyes Landscaping | 2000 · Accounts Payable | | 140.00 | X | | 13,698.55 |
| 01/06/2021 | DEBIT | Kirsten Healy, MD | 64925 · Medical Expen… | Virtual new pat… | 1,545.00 | X | | 12,153.55 |
| 01/06/2021 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl… | 41.31 | X | | 12,112.24 |
| 01/07/2021 | 0 | Joseph M. Thomas | 10003 · PNC Checking… | Transfer to Tax… | 5,100.00 | X | | 7,012.24 |
| 01/08/2021 | | | 40950 · Interest Income | Interest | | X | 0.11 | 7,012.35 |
| 01/08/2021 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous … | Cash Withdraw… | 400.00 | X | | 6,612.35 |
| 01/11/2021 | DEBIT | Wall Street Journal - … | 60800 · Dues & Subscr… | Wall Street Jou… | 149.97 | X | | 6,462.38 |
| 01/11/2021 | 3872 | Mary Paolella | 65705 · Rent Expense | Rent | 175.00 | X | | 6,287.38 |
| 01/11/2021 | 3873 | Highmark Blue Cross… | 2000 · Accounts Payable | Billing Accoun… | 200.00 | X | | 6,087.38 |
| 01/11/2021 | 3874 | National Fuel 78952… | 2000 · Accounts Payable | Acct. | 115.54 | X | | 5,971.84 |
| 01/11/2021 | 3875 | National Fuel 84389… | 2000 · Accounts Payable | Acct. | 96.65 | X | | 5,875.19 |
| 01/11/2021 | 3876 | Penelec- South Shore | 2000 · Accounts Payable | | 72.29 | X | | 5,802.90 |
| 01/11/2021 | 3877 | Penelec - 9830 | 2000 · Accounts Payable | | 45.90 | X | | 5,757.00 |
| 01/15/2021 | | | 40999 · Batch Income | Deposit | | X | 15,000.00 | 20,757.00 |
| 01/15/2021 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous … | Cash Withdraw… | 400.00 | X | | 20,357.00 |
| 01/15/2021 | 3878 | United States Treasury | 99921 · Federal Incom… | | 4,600.00 | | | 15,757.00 |
| 01/15/2021 | 3879 | PA Department of Re… | 99922 · State Income T… | | 500.00 | | | 15,257.00 |
| 01/15/2021 | 3880 | Quinn Law Firm | 64300 · Legal | Escrow - Perso… | 5,000.00 | X | | 10,257.00 |
| 01/17/2021 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl… | 3.17 | X | | 10,253.83 |
| 01/18/2021 | 0 | Joseph M. Thomas | 10003 · PNC Checking… | Transfer to Tax… | 5,100.00 | X | | 5,153.83 |
| 01/18/2021 | 3881 | Mary Paolella | 65705 · Rent Expense | Rent | 175.00 | X | | 4,978.83 |
| 01/18/2021 | 3882 | Spectrum | 2000 · Accounts Payable | Cable/Internet -… | 215.79 | X | | 4,763.04 |
| 01/18/2021 | 3883 | The New York Times | 2000 · Accounts Payable | Acct. | 86.00 | X | | 4,677.04 |
| 01/22/2021 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous … | Cash Withdraw… | 400.00 | X | | 4,277.04 |
| 01/22/2021 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl… | 3.17 | X | | 4,273.87 |
| 01/22/2021 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl… | 0.99 | X | | 4,272.88 |
| 01/25/2021 | 3884 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 4,072.88 |
| 01/25/2021 | 3885 | Cigna | 2000 · Accounts Payable | Inv. | 24.00 | X | | 4,048.88 |
| 01/25/2021 | 3886 | Erie Insurance Group | 2000 · Accounts Payable | ErieSecure Poli… | 1,710.33 | X | | 2,338.55 |
| 01/25/2021 | 3887 | HAB-LST | 2000 · Accounts Payable | 2020 LST Tax … | 13.00 | | | 2,325.55 |
| 01/25/2021 | 3888 | Highmark Health Ins… | 2000 · Accounts Payable | Dental Insuran… | 47.45 | X | | 2,278.10 |

Joseph M. Thomas

2/15/2021 3:05 PM

Register: 10001 · PNC Checking -6352
From 01/01/2021 through 01/31/2021
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 01/25/2021 | 3889 | National Fuel Gas-SS | 2000 · Accounts Payable | 2100 S. Shore t... | 161.56 | X | | 2,116.54 |
| 01/25/2021 | 3890 | Linda Erven | 60700 · Delivery/Shipp... | Reimburse for ... | 20.85 | X | | 2,095.69 |
| 01/25/2021 | 3891 | Wegmans | 64925 · Medical Expen... | Prescriptions | 450.90 | X | | 1,644.79 |
| 01/26/2021 | ACH | U.S. Trustee Paymen... | 2000 · Accounts Payable | Quarter 4, 202... | 650.00 | X | | 994.79 |
| 01/29/2021 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 594.79 |
| 01/29/2021 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 13.76 | X | | 581.03 |
| 01/29/2021 | 3892 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 381.03 |

3:04 PM

02/15/21

# Joseph M. Thomas
## Reconciliation Summary
### 10002 · PNC Bank - Money Market Acct., Period Ending 02/05/2021

|  | Feb 5, 21 |
|---|---|
| Beginning Balance | 26,126.94 |
| Cleared Transactions |  |
| Deposits and Credits - 2 items | 2,193.11 |
| **Total Cleared Transactions** | 2,193.11 |
| **Cleared Balance** | **28,320.05** |
| Register Balance as of 02/05/2021 | 28,320.05 |
| Ending Balance | 28,320.05 |

3:04 PM

02/15/21

# Joseph M. Thomas

## Reconciliation Detail

### 10002 · PNC Bank - Money Market Acct., Period Ending 02/05/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 26,126.94 |
|    Cleared Transactions | | | | | | |
|      Deposits and Credits - 2 items | | | | | | |
| Deposit | 01/27/2021 | | | X | 2,192.90 | 2,192.90 |
| Deposit | 02/05/2021 | | | X | 0.21 | 2,193.11 |
|     Total Deposits and Credits | | | | | 2,193.11 | 2,193.11 |
|    Total Cleared Transactions | | | | | 2,193.11 | 2,193.11 |
| Cleared Balance | | | | | 2,193.11 | 28,320.05 |
| Register Balance as of 02/05/2021 | | | | | 2,193.11 | 28,320.05 |
| Ending Balance | | | | | 2,193.11 | 28,320.05 |

Joseph M. Thomas

2/15/2021 3:05 PM

Register: 10002 · PNC Bank - Money Market Acct.

From 01/01/2021 through 01/31/2021

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 01/07/2021 | | | 40950 · Interest Income | Interest | | X | 0.23 | 26,126.94 |
| 01/27/2021 | | | -split- | Deposit | | X | 2,192.90 | 28,319.84 |