UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO.  20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : RELATED TO DOCUMENT NOS. 265, 266, 267, |
| | : AND 269 |
| v. | : |
| | : DATE AND TIME OF HEARING: |
| NO RESPONDENT. | : March 25, 2021 @ 10:00 a.m. |
| | : |
| | : OBJECTION DEADLINE: |
| | : March 18, 2021 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on the 18th day of February, 2021, a copy of the: *1) Disclosure Statement to Accompany Plan dated February 15, 2021; 2) Plan of Reorganization dated February 15, 2021; 3) Summary of Plan of Reorganization dated February 15, 2021; and 4) Order Scheduling Hearing on Disclosure Statement* upon each of the following persons and parties in interest at the address shown on the attached list.

                                            Respectfully submitted,

                                            THE QUINN LAW FIRM

BY:    /s/Michael P. Kruszewski
          Michael P. Kruszewski, Esquire
          PA Id. No. 91239
          2222 West Grandview Boulevard
          Erie, Pennsylvania  16506-4508
          Telephone: 814-833-2222
          Facsimile: 814-833-6753
          E-Mail Address: mkruszewski@quinnfirm.com
          Counsel for Debtor

#1422167

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification of the filing of the: *1) Disclosure Statement to Accompany Plan dated February 15, 2021; 2) Plan of Reorganization dated February 15, 2021; 3) Summary of Plan of Reorganization dated February 15, 2021; and 4) Order Scheduling Hearing on Disclosure Statement* via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |
| Ronald B. Roteman, Esquire (Kay B. and Steven E. Ribbing) roteman@stonecipherlaw.com |

The following parties were served with a copy of the *Order Scheduling Hearing on Disclosure Statement* via First Class Mail, Postage Pre-Paid:

See the attached Mailing Matrix.

#1422167

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 20-10334-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Wed Feb 17 08:51:58 EST 2021 | MacDonald, Illig, Jones & Britton, LLP<br>100 State Street<br>Suite 700<br>Erie, PA 16507-1459 | 2374 Village Common Drive LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 |
| Ally Bank<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Bank serviced by Ally Servicing LLC<br>P.O. Box 130424<br>Roseville, MN 55113-0004 |
| Anglea Dunkle<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | Anglea Dunkle<br>5301 Windcrest Drive<br>Erie, PA 16510-3357 | Anthony K. Arroyo, Esquire<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 |
| Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Watefront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 | Jesse B. Baldwin<br>Addelman Cross & Baldwin, P.C.<br>5680 Main Street<br>Buffalo, NY 14221-5518 | Bank of America, N.A.<br>P.O. Box 15222<br>Wilmington, DE 19886-5222 |
| Barclay Card<br>Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 | Benjamin A. Post, Esquire<br>Post & Post LLC<br>920 Cassatt Road<br>200 Berwyn Park, Suite 102<br>Berwyn, PA 19312-1178 | Berkheimer<br>P.O. Box 25153<br>Lehigh Valley, PA 18002-5153 |
| Best Wildlife Services<br>P.O. Box 36<br>Erie, PA 16512-0036 | Brian S. Clark<br>Beth Clark<br>10479 Route 19<br>Waterford, PA 16441-9117 | Candor Surgical Management, Inc.<br>4950 N. O'Connor Rd., Suite 203<br>Irving, TX 75062-2259 |
| Candor Surgical Management, Inc.<br>1180 Adams Lane<br>Southlake, TX 76092-8501 | Charles R. Burger<br>Margaret J. Burger<br>9890 Wattsburg Road<br>Erie, PA 16509-6118 | City of Erie Tax Collector<br>626 State Street<br>Room 105<br>Erie, PA 16501-1146 |
| Mark G. Claypool<br>120 West Tenth Street<br>Erie, PA 16501-1410 | Core Erie MOB LP<br>1515 Lake Shore Drive<br>Suite 225<br>Columbus, OH 43204-3896 | Dahlkemper Landscape & Maintenance<br>1650 Norcross Road<br>Erie, PA 16510-3899 |
| Dahlkemper Landscape & Maintenance<br>2558 Hillborn Avenue<br>Erie, PA 16509-5810 | Darin Williamson<br>22370 Britton Road<br>Spartansburg, PA 16434-3014 | David L. Hunter, Jr., Esquire<br>821 State Street<br>Erie, PA 16501-1316 |
| Edward M. Zimm, or Assigns<br>300 State Street,<br>Suite 200<br>Erie, PA 16507-1429 | Gary Eiben<br>MacDonald Illig Jones & Britton, LLP<br>100 State St., Ste. 700<br>Erie, PA 16507-1459 | Ernest Guichard<br>9 Church Street<br>Charlotte Villa 2, Apt. 503<br>Sinclairville, NY 14782-9635 |

```
Fifth Third Bank                        Francis J. Klemensic, Esquire           Francis M. Letro, Esquire
5050 Kingsley Drive                     Dickie McCamey & Chilcote PC            The Dun Building
Cincinnati, OH 45263-9998               100 State Street, Suite 508             10th Floor
                                        Erie, PA 16507-1457                    110 Pearl Street
                                                                                Buffalo, NY 14202-4111


Frederick J. Marchinetti, II            Guy C. Fustine                          George W. Connor MD
11538 Route 19                          Knox McLaughlin Gornall & Sennett, P.C. 207 South Main Street, Suite 140
Waterford, PA 16441-7776                120 West Tenth Street                   Jamestown, NY 14701
                                        Erie, PA 16501-1410


Glenn Morisue                           Douglas E. Graff                        Graff & McGovern LPA
6201 1/2 Lake Road West                 Graff & McGovern LPA                    604 E. Rich Street
Ashtabula, OH 44004-9757                604 E. Rich Street                      Columbus, OH 43215-5363
                                        Columbus, OH 43215-5341


Greater Erie Surgery Center LLC         Harold Hewitt, Esquire                  Heather Adams Szymczak
2374 Village Common Drive               5935 Shady Hollow Drive                 2374 Village Common Drive
Erie, PA 16506-7201                     Erie, PA 16506-7023                     Suite 100
                                                                                Erie, PA 16506-7201


Heather Adams Szymczak                  Howard Hanna Real Estate Services       Mark Hutchison
3629 West 14th Street                   ATTENTION: Kathe W. Rafferty            Coldwell Banker Select , Realtors
Erie, PA 16505-3506                     4248 West 12th Street                   413 West Plum Street
                                        Erie, PA 16505-3001                     Edinboro, PA 16412-2175


Internal Revenue Service                Internal Revenue Service                James D. McDonald, Jr., Esquire
Special Procedures Division             ATTN: Centralized Insolvency Operations 100 State Street
P.O. Box 628                            P.O. Box 7346                           Suite 700
Bankruptcy Section                      Philadelphia, PA 19101-7346             Erie, PA 16507-1459
Pittsburgh, PA 15230


Jason M. Telaak, Esquire                Jason Matzus, Esquire                   John Doe & Jane Doe
8274 North Main Street                  Matzus Law LLC                          2374 Village Common Drive
Eden, NY 14057-1104                     310 Grant Street                        Suite 100
                                        Suite 3210                              Erie, PA 16506-7201
                                        Pittsburgh, PA 15219-2301


Jung-Woo Ma, MD                         KADA Gallery                            Kelly S. Buck
2374 Village Common Drive               2632 West Eighth Street                 Scott A. Buck
Suite 100                               Erie, PA 16505-4021                     3101 Broadlawn Drive
Erie, PA 16506-7201                                                             Erie, PA 16506-1801


Salene R.M. Kraemer                     Michael P. Kruszewski                   Laurie C. TeWinkle, Esquire
BERNSTEIN-BURKLEY, P.C.                 Quinn Law Firm                          Law Offices of L.C. TeWinkle
707 Grant Street                        2222 West Grandview Boulevard           821 State Street
Suite 2200                              Erie, PA 16506-4508                     Erie, PA 16501-1316
Pittsburgh, PA 15219-1945


Lester Spencer                          MacDonald Illig                         MacDonald, Illig, Jones & Britton LLP
Chris Spencer                           100 State Street                        c/o Nicholas R. Pagliari, Esq.
337 East 21st Street                    Suite 700                               100 State Street, Suite 700
Erie, PA 16503-1946                     Erie, PA 16507-1459                     Erie, PA 16507-1459
```

Marjorie A. Weidner
20323 State Highway 89
Spartansburg, PA 16434-1703

Marsh Realty, Inc.
ATTENTION: Gary V. Marsh
116 1/2 W. Spring Street
Titusville, PA 16354-1704

Matthew W. Loughren
310 Grant Street, Suite 2800
Pittsburgh, PA 15219-2255


McKesson Medical-Surgical, Inc.
Stephanie Hampton
6651 Gate Parkway
Jacksonville, FL 32256-8075

Lauren Michaels
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222-4227

Micheal F.J. Romano, Esquire
Ramano, Garubo, & Argentieri
P.O. Box 456
52 Newton Avenue
Woodbury, NJ 08096-4610


Matthew J. Minnaugh
Schaffner Knight Minnaugh & Company P.C.
1545 W. 38th Street
Erie, PA 16508-2347

Mr. and Mrs. Steven E. Ribbing
c/of Matthew W. Loughren, Esquire
310 Grant Street, Suite 2800
Grant Bldg.
Pittsburgh, PA 15219-2255

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541


Northwest Bank
100 Liberty Street
Drawer 128
Warren, PA 16365-0128

Office of Attorney General, Department of Re
Lauren A. Michaels
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222-4227

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721


Official Committee of Unsecured Creditors fo
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1410

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Pa. Dept. of Revenue
Dept. 280946
Harrisburg, PA 17128-0946


Pat Baldino Fine Art
64 Vernon Drive
Scarsdale, NY 10583-6124

Paul J. Susko, Esquire
502 Parade Street
Erie, PA 16507-1687

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peter A. Pentz, Esquire
246 West Tenth Street
Erie, PA 16501-1412

Philip C. Chapman III, Esquire
Pribanic & Pribanic
513 Court Place
Pittsburgh, PA 15219-2002


Kathe W. Rafferty
Howard Hanna Real Estate Services
4248 West 12th Street
Erie, PA 16505-3001

Rick Rumball
4808 Red Coat Court
Raleigh, NC 27616-5525

Rick Taraszki
6103 West Lake Road
Erie, PA 16505-2615


Rita Jennings
George Jennings
5524 West 52nd Street
Fairview, PA 16415-2331

Michael F.J. Romano
52 Newton Ave
PO Box 456
Woodbury, NJ 08096-7456

Ronald M. Puntil, Jr., Esquire
Cipriani & Werner
650 Washington Road
Suite 700
Pittsburgh, PA 15228-2712


Ronald B. Roteman
The Stonechipher Law Firm
125 First Avenue
Pittsburgh, PA 15222-1506

SBA
721 19th Street
Denver, CO 80202-2500

Salene Mazur Kraemer, Esquire
Trisha Hudkins, Esquire
Bernstein-Burkley P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

| | | |
|---|---|---|
| Schaffner, Knight, Minnaugh & Co., P.C.<br>1545 W. 38th Street<br>Erie, PA 16508-2347 | Sharon L. Kulig<br>Steven B. Kulig<br>274 Creek Road<br>Jamestown, NY 14701-9526 | Gary V. Skiba<br>300 State Street, Suite 300<br>Erie, PA 16507-1430 |
| Small Business Administration<br>an agency of the U.S. Government<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 | Steven J. Wildberger, Esquire<br>Matzus Law LLC<br>310 Grant Street<br>Suite 3210<br>Pittsburgh, PA 15219-2301 | Steven Kinross<br>Kathy Kinross<br>507 Sanford Place<br>Erie, PA 16511-1061 |
| TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road, Suite 300<br>Chesterfield, MO 63017-3489 | Tax Collector<br>Township of Greene<br>8628 Wattsburg Road<br>Erie, PA 16509-5850 | Tax Collector<br>Township of Millcreek<br>3608 West 26th Street<br>Erie, PA 16506-2098 |
| The Kada Gallery<br>2632 West 8th Street<br>Erie, PA 16505-4021 | Joseph Martin Thomas<br>c/of Tri-State Pain Institute<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | Thomas Charlton<br>Samantha Charlton<br>2936 West 15th Street<br>Erie, PA 16505-3926 |
| Crystal H. Thornton-Illar<br>Leech Tishman Fuscaldo & Lampl, LLC<br>525 William Penn Place, 28th Floor<br>Pittsburgh, PA 15219-1728 | Tri-State Pain Institute LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | UMPC Chautauqua at WCA<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 |
| UPMC Chautauqua at WCA<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 | United States Attorney's Office<br>Western District of Pennsylvania<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1956 | United States of America<br>Small Business Administration<br>Anthony Arroyo<br>660 American Avenue, Suite 301<br>King Of Prussia, PA 19406-4032 |
| Vanessa G. Ramlal MD<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 | WELLS FARGO BANK, N.A.<br>Salene Mazur Kraemer<br>BERNSTEIN BURKLEY<br>707 Grant St.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1908 | Wells Fargo Bank, N.A.<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX 78251-4200 |
| Wells Fargo Bank, N.A.<br>c/o Steven Treadway<br>1620 E Roseville Pkwy, 1st Floor, Suite<br>MAC A1792-018<br>Roseville, CA 95661-3995 | Wells Fargo Bank, National Association<br>301 S. Tryon Street<br>27th Floor<br>Charlotte, NC 28282-1915 | Widget Federal Credit Union<br>2154 East Lake Road<br>Erie, PA 16511-1140 |
| Zubin Menon MD<br>565 Abbott Road<br>Buffalo, NY 14220-2039 | Norma Hildenbrand, on Behalf of the United S<br>Office of the United States Trustee<br>Suite 970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | (d)PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PNC BANK NATIONAL ASSOCIATION | (d)Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | (u)Kay B. Ribbing |
| (u)Steven E. Ribbing | (d)Sharon L. Kulig<br>Steven B. Kulig<br>274 Creek Road<br>Jamestown, NY 14701-9526 | (d)TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road<br>Suite 300<br>Chesterfield, MO 63017-3489 |
| (d)TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road, Suite 300<br>Chesterfield, MO 63017-3489 | (d)The Kada Gallery<br>2632 West 8th Street<br>Erie, PA 16505-4021 | (d)Tri-State Pain Institute, LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 |

End of Label Matrix
Mailable recipients   115
Bypassed recipients     9
Total                 124