# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOSEPH MARTIN THOMAS, | ) | Bankruptcy Case No. 20-10334 TPA |
| | ) | |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |
| | ) | |
| STEVEN E. RIBBING AND KAY B. RIBBING, | ) | Document No. _____ |
| | ) | |
| | ) | Relates to Doc. No. 258, 259, 260 |
| Movants, | ) | |
| | ) | Hearing Date & Time: |
| v. | ) | March 11, 2021 @ 9:30 a.m. |
| | ) | |
| JOSEPH MARTIN THOMAS, | ) | Responses Due: |
| | ) | February 19, 2021 |
| Respondent. | | |

**CERTIFICATION OF NO OBJECTION REGARDING AMENDED MOTION OF STEVEN E. RIBBING AND KAY B. RIBBING FOR RELIEF FROM THE AUTOMATIC STAY**

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Amended Motion of Steven E. Ribbing and Kay B. Ribbing for Relief from the Automatic Stay has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order Setting Date Certain for Response and Hearing on Motion, objections to the Motion were to be filed and served no later than February 19, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: February 22, 2021    **STONECIPHER LAW FIRM**

/s/ *Ronald B. Roteman*
Ronald B. Roteman, Esq. (PA ID No. 66809)
125 First Avenue
Pittsburgh, PA 15222
(412) 391-8510 phone
rroteman@stonecipherlaw.com
Attorney for Movants