# UNITED STATES BANKRUPTCY COURT
# WESTER DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case |
| | : | |
| JOSEPH MARTIN THOMAS, | : | Case No. 20-10334 – TPA |
| Debtor | : | |
| | : | Related to Document Nos: 270 and 275 |
| BARBARA NOONAN, | : | |
| Movant | : | Date and Time of Hearing: March 25, 2021 at |
| | : | 10:00 AM |
| Vs. | : | |
| | : | Response Deadline: March 8, 2021 |
| JOSEPH MARTIN THOMAS, | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I, Andrew F. Gornall, Esquire, hereby certify that a true and correct copy of the foregoing Consent Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362, as well as the Order Scheduling Date for Response and Hearing on Motion, has been served upon each of the following persons at the address listed below on February 22, 2021.

Michael P. Kruszewski, Esq., Attorney for Debtor: mkruszewski@quinnfirm.com

Office of the United States Trustee: ustpregion03.pi.ecf@usdoj.gov

Norma H. Hildenbrand, Esq., Office of the U.S. Trustee: Norma.L.Hildenbrand@usdoj.gov

        Respectfully submitted,

        By   */s/ Andrew F. Gornall, Esq.*
            Andrew F. Gornall, Esq.
            Gornall Law, LLC
            246 W. 10th Street
            Erie, PA  16501
            (814) 651-0696
            agornall@gornall-law.com
            PA ID No. 92382