IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 20-10334 TPA |
| | ) | |
| JOSEPH MARTIN THOMAS, | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |
| | ) | |
| MacDONALD, ILLIG, JONES & BRITTON, LLP, | ) ) | |
| | ) | Related To Doc No. 261 and 262 |
| Movant, | ) | |
| | ) | |
| v. | ) ) | Date and Time of Hearing: March 11, 2021 @ 9:30 a.m. |
| NO RESPONDENT. | ) ) | |
| MICHAEL P. KRUSZEWSKI, ESQUIRE and QUINN, BUSECK, LEEMHUIS, TOOEY, & KROTO, INC., | ) ) ) ) ) | |
| | ) | Related to Doc No. 263 and 264 |
| Movant, | ) | |
| | ) | |
| v. | ) ) | Date and Time of Hearing: March 11, 2021 @ 9:30 a.m. |
| NO RESPONDENT. | ) | |

**RESPONSE TO SECOND INTERIM APPLICATIONS FOR COMPENSATION ON BEHALF OF COUNSEL FOR THE DEBTOR**

AND NOW, comes the Official Creditors' Committee ("Committee") for Tri-State Pain Institute, LLC ("Tri-State"), an affiliate of the Debtor in a separate, but related proceeding for reorganization under Chapter 11 at Case No. 20-10049-TPA, by and through the Committee's counsel, Knox McLaughlin Gornall & Sennett, P.C., as follows:

1. The Committee has no objection to the Second Interim Application of Counsel (Doc #264) or the Second Interim Application of Special Counsel (Doc #262).

Case 20-10334-TPA    Doc 285    Filed 03/01/21    Entered 03/01/21 17:11:04    Desc Main
Document    Page 2 of 7

2. However, the Committee objects to the excessive and burdensome administrative fees in these related cases generally and requests that this Estate be challenged to represent Dr. Thomas more efficiently.

3. Dr. Thomas relies heavily upon MacDonald, Illig, Jones, & Britton, LLP for legal advice, notwithstanding the fact that he is separately represented in his individual Chapter 11 case and in the Tri-State Chapter 11 case. The Committee submits that many of the requested fees include services which are redundant of services provided by his separate counsel in those other cases.

4. The Committee objected to the Application of Special Counsel for Interim Compensation in early November (Doc #210) on these same grounds: the Debtor needs to work more efficiently with counsel.

5. The professional fees which have already been approved in the above captioned Chapter 11 case and in the Tri-State case exceed $480,000 and are summarized as follows:

| Professional | Fee Amount Approved | Case | Docket # |
| --- | --- | --- | --- |
| Michael P. Kruszewski, Attorney for Dr. Thomas, First Interim Fee Application | 128,456.50 | Joseph Martin Thomas | Doc #198 |
| Gary Skiba, Attorney for Tri-State, First Interim Fee Application | 75,952.50 | Tri-State Pain Institute, LLC | Doc #277 |
| Gary Skiba, Attorney for Tri-State, Second Interim Fee Application | 35,425.50 | Tri-State Pain Institute, LLC | Doc #336 |
| MacDonald, Illig, Jones & Britton, LLP, Special Counsel for Tri-State, First and Final Fee Application | 20,444.00 | Tri-State Pain Institute, LLC | Doc #231 |

| Professional | | Case | Docket # |
|---|---|---|---|
| Kenney Shelton Liptak & Nowak, LLP, Special Counsel for Tri-State, First and Final Fee Application | 2,040.00 | Tri-State Pain Institute, LLC | Doc #232 |
| Trish Shoulders, CPA, Accountant for Tri-State, First Interim Fee Application | 8,887.50 | Tri-State Pain Institute, LLC | Doc #291 |
| Guy Fustine, Attorney for Committee, First Interim Application | 75,801.00 | Tri-State Pain Institute, LLC | Doc #276 |
| Guy Fustine, Attorney for Committee, Second Interim Application | 53,499.00 | Tri-State Pain Institute, LLC | Doc #340 |
| MacDonald, Illig, Jones, & Britton, Special Counsel for the Debtor, First Interim Fee Application | 81,795.83 | Joseph Martin Thomas | Doc #219 |
| Total | 482,301.83 | | |

6.  Additionally, the following fees are being requested at the March 11 hearing for Dr. Thomas and March 25 for Tri-State, which, if approved, will grow the administrative approved fees to a staggering $671,171.08.

| Professional | Fee Amount Requested | Case | Docket # |
|---|---|---|---|
| Michael P. Kruszewski, Attorney for Dr. Thomas, Second Interim Fee Application | 126,205.25 | Joseph Martin Thomas | Doc #263 |
| Trish Shoulders, CPA, Accountant for Tri-State, Second Interim Fee Application | 10,537.50 | Tri-State Pain Institute, LLC | Doc #432 |
| MacDonald, Illig, Jones, & Britton, Special Counsel for the Debtor, Second Interim Fee Application | 52,126.50 | Joseph Martin Thomas | Doc #261 |
| Total Requested Fees | 188,869.25 | | |

7. Dr. Thomas' January 2021 Monthly Operating Report (Doc #268) documents a cumulative negative net cash flow of $21,072.56.

WHEREFORE, the Committee requests that all efforts be made to increase the efficiency of the Debtor's legal services; and, that the Committee have such other and further relief as is reasonable and just.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for the Official Committee of Unsecured
Creditors for Tri-State Pain Institute, LLC


By:   */s/ Guy C. Fustine*
      Guy C. Fustine
      PA I.D. No. 37543
      120 West Tenth Street
      Erie, Pennsylvania  16501-1461
      (814) 459-2800
      gfustine@kmgslaw.com

# 2232954.v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 20-10334 TPA |
| | ) | |
| JOSEPH MARTIN THOMAS, | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |
| | ) | |
| MacDONALD, ILLIG, JONES & BRITTON, LLP, | ) ) ) | Related To Doc No. 261 and 262 |
| Movant, | ) | |
| | ) | |
| v. | ) ) | Date and Time of Hearing: March 11, 2021 @ 9:30 a.m. |
| NO RESPONDENT. | ) ) | |
| MICHAEL P. KRUSZEWSKI, ESQUIRE and QUINN, BUSECK, LEEMHUIS, TOOEY, & KROTO, INC., | ) ) ) ) ) ) | Related to Doc No. 263 and 264 |
| Movant, | ) | |
| | ) | |
| v. | ) ) | Date and Time of Hearing: March 11, 2021 @ 9:30 a.m. |
| NO RESPONDENT. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 1, 2021, a copy of the Committee's Response to Second Interim Applications for Compensation on Behalf of Counsel for the Debtor was served by first class, United States mail, postage pre-paid, and/or electronic service, as follows:

Gary Skiba, Esquire
Marsh, Spaeder, Baur, Spaeder & Schaaf
300 State Street, Suite 300
Erie, PA  16507
gskiba@yochim.com

Michael P. Kruszewski, Esquire
2222 West Grandview Boulevard
Erie, PA  16506
mkruszewski@quinnfirm.com

James D. McDonald, Jr., Esquire
McDonald Illig Jones & Britton, LLP
100 State Street, Suite 700
Erie, PA  16507
jmcdonald@mijb.com

Norma Hildenbrand, Esquire
U.S. Department of Justice
Office of the United States Trustee
1001 Liberty Avenue. Suite 970
Pittsburgh, PA  15222
Norma.L.Hildenbrand@usdoj.gov

Thomas James Minarcik
456 W. 6th Street
Erie, PA  16507
tjminarcik@elderkinlaw.com

Ernest Guichard
9 Church Street
Charlotte Villa 2, Apt. 503
Sinclairville, NY 14782

Marjorie A. Weidner
20323 State Hwy. 89
Spartansburg, PA 16434

Sharon L. Kulig and Steven B. Kulig
10 Hunter Street
Jamestown, NY 14701

David L. Hunter
Attorney at Law
821 State St.
Erie, PA 16501
dhunter@hunter@hunterlawerie.com

Kathy Kinross, Committee Chair
507 Sanford Place
Erie, PA 16511

Michael F.J. Romano
Attorney for TIAA Commercial Finance, Inc.
52 Newton Avenue
PO Box 456
Woodbury, NJ  08096
mromano@rgalegal.com

Salene R.M. Kraemer, Esquire
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
skraemer@bernsteinlaw.com

Brian S. Clark and Beth Clark
10479 Route 19
Waterford, PA 16441

Lester Spencer and Chris Spencer
337 East 21st Street
Erie, PA 16503

Rita Jennings and George Jennings
5524 West 52nd Street
Fairview, PA 16415

Laurie C. TeWinkle, Esquire
Law Offices of L.C. TeWinkle
821 State Street
Erie, PA 16501
ltewinkle@velocity.net

Philip C. Chapman, Esquire
Pribanic & Pribanic, L.L.C.
1735 Lincoln Way
White Oak, PA 15131
phil@pribanic.com

Paul Susko
Kubinski Susko & Schonthaler
510 Parade Street
Erie, PA 16507
paul@ksslawfirm.com

Peter A. Pentz, Esquire
Pentz Law
246 West Tenth Street
Erie, PA 16501
petep@pentzlaw.com

Jason Matzus, Esq.
Matzus Law LLC
310 Grant Street, Suite 3210
The Grant Building
Pittsburgh, PA 15219
jason@matzuslaw.com

Ronald B. Roteman
The Stonecipher Law Firm
125 First Avenue
Pittsburgh, PA 15222

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for the Official Committee of Unsecured
Creditors for Tri-State Pain Institute, LLC


By:   */s/ Guy C. Fustine*
     Guy C. Fustine
     PA I.D. No. 37543
     120 West Tenth Street
     Erie, Pennsylvania 16501-1461
     (814) 459-2800
     gfustine@kmgslaw.com

# 2232954.v1