**UNITED STATES BANKRUPTCY COURT**

**WESTER DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case |
| | : | |
| JOSEPH MARTIN THOMAS, | : | Case No. 20-10334 – TPA |
| Debtor | : | |
| | : | Related to Document Nos: 270 and 275 |
| BARBARA NOONAN, | : | |
| Movant | : | Date and Time of Hearing: March 25, 2021 at |
| | : | 10:00 AM |
| Vs. | : | |
| | : | Response Deadline: March 8, 2021 |
| JOSEPH MARTIN THOMAS, | : | |
| Respondent | : | |

**CERTIFICATE OF NO OBJECTION REGARDING CONSENT MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY BARABARA NOONON**

I, Andrew F. Gornall, Esquire, hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Consent Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 (the "Motion") has been received. Undersigned further certifies that the Bankruptcy Court's docket in this case has been reviewed and similarly no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order Scheduling Date for Response and Hearing on Motion, any Responses were to be filed and served on or before March 8, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Bankruptcy Court.

March 9, 2021

                Respectfully submitted,

        By  */s/ Andrew F. Gornall, Esq.*
                Andrew F. Gornall, Esq.
                Gornall Law, LLC
                246 W. 10th Street
                Erie, PA  16501
                (814) 651-0696
                agornall@gornall-law.com
                PA ID No. 92382