IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. 20-10334 TPA |
| | ) | |
| JOSEPH MARTIN THOMAS, | ) | RELATED TO DOCUMENT NOS. 297 AND 293 |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. 21-10118 TPA |
| | ) | |
| 2374 VILLAGE COMMON DRIVE, LLC, | ) | RELATED TO DOCUMENT NOS. 31 AND 27 |
| Debtor. | ) | |

| | | |
|---|---|---|
| JOSEPH MARTIN THOMAS, and 2374 VILLAGE COMMON DRIVE, LLC, | ) | |
| Movants, | ) | DATE AND TIME OF HEARING: |
| | ) | **March 25, 2021 @ 10:00 a.m.** |
| vs. | ) | |
| | ) | RESPONSE DEADLINE: |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; UNITED STATES OF AMERICA, SMALL BUSINESS ADMINISTRATION; ERIE COUNTY TAX CLAIM BUREAU; MILLCREEK TOWNSHIP TAX COLLECTOR; UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE; TIAA COMMERCIAL FINANCE, INC.; NORTHWEST SAVINGS BANK, now known as NORTHWEST BANK; CORE ERIE MOB, L.P.; and JOSEPH C. KRAMER, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **March 24, 2021 @ 12:00 p.m.** *(Noon)* |
| Respondents. | ) | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, certify that I served, or caused to be served, on the 12th day of March, 2021, a copy of the Joint Motion for Bidding Procedures and Notice and Order Setting Hearing on an Expedited Basis upon each of the following persons and parties in interest at the address shown on the attached list.

                                                  Respectfully submitted,

                                                  THE QUINN LAW FIRM

                    BY:    /s/Michael P. Kruszewski
                                     Michael P. Kruszewski, Esquire
                                     PA Id. No. 91239
                                     2222 West Grandview Boulevard
                                     Erie, Pennsylvania 16506-4508
                                     Telephone: 814-833-2222
                                     Facsimile: 814-833-6753
                                     E-Mail Address: mkruszewski@quinnfirm.com
                                     Counsel for Debtors

#1427719

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |
| Ronald B. Roteman, Esquire (Kay B. and Steven E. Ribbing) roteman@stonecipherlaw.com |

2374 Village Common Drive LLC
Case No. 21-10118
Service List

| |
|---|
| Office of the U.S. Trustee: ustpregion03.pi.ecf@usdoj.gov |
| Norma Hildenbrand, Esquire, Office of the U.S. Trustee: Norma.L.Hildenbrand@usdoj.gov |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.): skraemer@bernsteinlaw.com |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.): mromano@rgalegal.com |

The following parties were served via E-Mail Transmission:

| |
|---|
| Office of the U.S. Trustee: ustpregion03.pi.ecf@usdoj.gov |
| Norma Hildenbrand, Esquire, Office of the U.S. Trustee: Norma.L.Hildenbrand@usdoj.gov |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.): skraemer@bernsteinlaw.com |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.): mromano@rgalegal.com |
| Anthony Arroyo, Esquire (U.S. Small Business Administration): anthony.arroyo@sba.gov |
| Steve Letzelter, Erie County Tax Claim Bureau: sletzelter@eriecountypa.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); gfustine@kmgslaw.com |
| Gary V. Skiba, Esquire (gTri-State Pain Institute LLC) gskiba@marshlaw.com |
| Jill Locnikar, Esquire (Service on behalf of the United States of America, Internal Revenue Service and United States of America, Small Business Administration): jill.locnikar@usdoj.gov |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Millcreek Township Tax Collector: MillcreekTax@earthlink.net |

The following interested parties and *Respondents* were served via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | Wells Fargo Bank, N.A.<br>c/of Steven Treadway<br>1620 Roseville Parkway, 1st Floor<br>Suite 100, MAC AI792-018<br>Roseville, CA  95661 |

#1427719

| | |
|---|---|
| Wells Fargo Bank, National Association<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX 78251 | Salene Mazur Kraemer, Esquire<br>Bernstein-Burkley PC<br>707 Grant Street, Suite 2200<br>Gulf Tower<br>Pittsburgh, PA 15219 |
| United States of America<br>Small Business Administration<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406 | Anthony K. Arroyo, Esquire<br>District Counsel, Small Business Administration<br>660 American Avenue<br>Suite 301<br>King of Prussia, PA 19406 |
| Tami Perriello, Acting SBA Administrator<br>U.S. Small Business Administration<br>409 Third Street SW<br>Washington, DC 20024 | Major Clark, Acting Chief Counsel<br>U.S. Small Business Administration<br>409 Third Street SW<br>Washington, DC 20024 |
| Peggy Delinois Hamilton, General Counsel<br>Office of General Counsel<br>U.S. Small Business Administration<br>409 Third Street SW<br>Washington, DC 20024 | Nina Levine<br>Deputy General Counsel<br>U.S. Small Business Administration<br>409 Third Street SW<br>Washington, DC 20024 |
| Attorney General of the United States<br>U.S. Dept. of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530 | United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION: Civil Process Clerk<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street<br>Suite 4000<br>Pittsburgh, PA 15219 |
| United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION: Civil Process Clerk<br>17 South Park Road, Suite A330<br>Erie, PA 16501 | Stephen R. Kaufman, Esquire<br>Acting U.S. Attorney for the Western District of PA<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 |
| Internal Revenue Service<br>ATTENTION: Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>1000 Liberty Avenue<br>Stop 711B<br>Pittsburgh, PA 15222-3714 |
| United States Internal Revenue Service<br>Special Procedures Division<br>P.O. Box 628<br>Bankruptcy Section<br>Pittsburgh, PA 15230 | Jill L. Locnikar, Esquire<br>U.S. Attorney's Office<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 |
| Pa. Dept. of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pa. Dept. of Revenue<br>4th & Walnut Street<br>Harrisburg, PA 17128 |

#1427719

| | |
|---|---|
| Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA  15222 | Erie County Tax Claim Bureau<br>Erie County Courthouse<br>140 West Sixth Street, Room 110<br>Erie, PA 16501 |
| Millcreek Township Tax Collector<br>3608 West 26th Street<br>Erie, PA 16506 | Coldwell Banker Select, REALTORS<br>ATTENTION: Mark Hutchison and William Bucceri<br>2601 West 26th Street<br>Erie, PA 16506 |
| Core Erie MOB, L.P.<br>1515 Lake Shore Drive<br>Suite 225<br>Columbus, OH  43204 | Northwest Savings Bank, now<br>Northwest Bank<br>100 Liberty Street<br>Drawer 128<br>Warren, PA 16365-0128 |
| Joseph C. Kramer<br>P.O. Box 8263<br>Erie, PA 16505 | Sherry Bauer<br>Sherry Bauer Real Estate Services<br>1315 Peninsula Drive<br>Erie, PA  16505 |
| TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road, Suite 300<br>Chesterfield, MO  63017 | Michael F.J. Romana, Esquire<br>Ramano, Garubo, & Argentieri<br>P.O. Box 456<br>52 Newton Avenue<br>Woodbury, NJ  08096 |

The following members of the *20 Largest Unsecured Creditors* have been served via First Class Mail, Postage Pre-Paid:

Joseph Martin Thomas
Case No. 20-10334
*20 Largest Unsecured Creditors:*

| | |
|---|---|
| Barclay Card<br>Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 | Brian S. Clark<br>Beth Clark<br>10479 Route 19<br>Waterford, PA 16441 |
| Candor Surgical Management, Inc.<br>1180 Adams Lane<br>Southlake, TX  76092 | Darin Williamson<br>22370 Britton Road<br>Spartansburg, PA 16434 |
| Ernest Guichard<br>9 Church Street<br>Charlotte Villa 2, Apt. 503<br>Sinclairville, NY 14782 | Frederick J. Marchinetti, II<br>11538 Route 19<br>Waterford, PA 16441 |
| Harold Hewitt, Esquire<br>5935 Shady Hollow Drive<br>Erie, PA 16506 | Internal Revenue Service<br>ATTN: Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

#1427719

| | |
|---|---|
| Kelly S. Buck<br>Scott A. Buck<br>3101 Broadlawn Drive<br>Erie, PA 16506 | Lester Spencer<br>Chris Spencer<br>337 East 21st Street<br>Erie, PA 16503 |
| MacDonald Illig<br>100 State Street<br>Suite 700<br>Erie, PA 16507 | Marjorie A. Weidner<br>20323 State Highway 89<br>Spartansburg, PA 16434 |
| Pa. Dept. of Revenue<br>Dept. 280946<br>Harrisburg, PA 17128-0946 | Rita Jennings<br>George Jennings<br>5524 West 52nd Street<br>Fairview, PA 16415 |
| Sharon L. Kulig<br>Steven B. Kulig<br>274 Creek Road<br>Jamestown, NY  14701-9526 | Anthony K. Arroyo, Esquire<br>Small Business Administration<br>an agency of the U.S. Government<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406 |
| Steven Kinross<br>Kathy Kinross<br>507 Sanford Place<br>Erie, PA 16511 | TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road<br>Suite 300<br>Chesterfield, MO 63017 |
| Wells Fargo Bank, N.A.<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX 78251 | Widget Federal Credit Union<br>2154 East Lake Road<br>Erie, PA 16511 |

2374 Village Common Drive LLC
Case No. 21-10118
*20 Largest Unsecured Creditors (The Debtor has less than twenty (20) unsecured creditors.)*

| | |
|---|---|
| Anthony K. Arroyo, Esquire<br>Small Business Administration<br>an agency of the U.S. Government<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406 | |

#1427719