Case 20-10334-TPA    Doc 300    Filed 03/12/21    Entered 03/12/21 16:09:55    Desc Main
Document      Page 1 of 1

FILED
3/12/21 4:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA | |
| | : | | | |
| Joseph Martin Thomas | : | Chapter: | 11 | |
| | : | | | |
| *Debtor(s).* | : | | | |
| | : | Date: | 3/11/2021 | |
| | : | Time: | 09:30 | |

## PROCEEDING MEMO

**MATTER**  #261 Appl. for Comp for MacDonald, Illig, Jones, & Britton LLP, Special Counsel
#285 Resp. by Official Committee of Unsecured Creditors for Tri-State

**APPEARANCES:**

Debtor:  Michael P. Kruszewski
MIJB:  Gary Eiben, James McDonald
Tri-State Cred. Comm.:  Guy Fustine

**NOTES:**

McDonald: We were not taking away from bankruptcy counsel's opportunity to do the work, and if he would have done it the costs would have been equal or greater.

I appreciate being able to work something out. There is so much to do in these cases.

Kruszewski:

**OUTCOME:**  Chambers to enter order requiring consent order on fees.

*/s/ signature*

jlm