**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/12/21 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 20-10334-TPA |
| Joseph Martin Thomas | : | Chapter: 11 |
| *Debtor(s).* | : | |
| | : | Date: 3/11/2021 |
| | : | Time: 09:30 |

## PROCEEDING MEMO

**MATTER**     #263 Appl. for Comp. for Michael P. Kruszewski, Debtor's Attorney
              #285 Resp. by Official Committee of Unsecured Creditors for Tri-State

**APPEARANCES:**

Debtor:                Michael P. Kruszewski
Tri-State Cred. Comm.: Guy Fustine

**NOTES:**

SEE NOTES ON PROCEEDING MEMO FOR HEARING HELD MARCH 11, 2021 ON DOC. NO. 261.

**OUTCOME:**     Chambers to enter order.

jlm