IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Chapter 11 Case No. 20-10334 TPA |
| ) | Related to Document Nos. 306, 303, 302, and 294 |
| JOSEPH MARTIN THOMAS, ) | |
| Debtor. ) | |
| | |
| In re: ) | Chapter 11 Case No. 21-10118 TPA |
| ) | Related to Document Nos. 53, 50, 49, and 28 |
| 2374 VILLAGE COMMON DRIVE, LLC, ) | |
| Debtor. ) | |
| | |
| JOSEPH MARTIN THOMAS, and 2374 ) | |
| VILLAGE COMMON DRIVE, LLC, ) | **JOINT MOTION FOR APPROVING** |
| Movants, ) | **BIDDING PROCEDURES** |
| ) | |
| vs. ) | DATE AND TIME OF HEARING: |
| ) | March 25, 2021 @ 10:00 a.m. |
| WELLS FARGO BANK, NATIONAL ) | |
| ASSOCIATION; UNITED STATES OF ) | RESPONSE DEADLINE: |
| AMERICA, SMALL BUSINESS ) | March 24, 2021 by Noon |
| ADMINISTRATION; ERIE COUNTY TAX ) | |
| CLAIM BUREAU; MILLCREEK TOWNSHIP ) | |
| TAX COLLECTOR; UNITED STATES OF ) | |
| AMERICA, INTERNAL REVENUE SERVICE; ) | **JOINT MOTION FOR ORDER APPROVING** |
| COMMONWEALTH OF PENNSYLVANIA, ) | **SALE OF REAL ESTATE:** |
| DEPARTMENT OF REVENUE; TIAA ) | |
| COMMERCIAL FINANCE, INC.; ) | DATE AND TIME OF HEARING: |
| NORTHWEST SAVINGS BANK, now known as ) | April 28, 2021 @ 11:00 a.m. |
| NORTHWEST BANK; CORE ERIE MOB, L.P.; ) | |
| and JOSEPH C. KRAMER, ) | RESPONSE DEADLINE: |
| Respondents. ) | April 21, 2021 |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on the 16TH day of March, 2021, a copy of the *1) Joint Motion for Order Approving Sale of Real Estate Free and Divested of Liens; 2) Order Scheduling Date for Response and Hearing on Motion; 3) Order dated March 12, 2021, and 4) Notice of Bid Procedures, Auction and Sale Hearing Date, and Deadline to Object to Sale Motion* upon each of the following persons and parties in interest at the address shown on the attached list.

    Respectfully submitted,

    THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
    Michael P. Kruszewski, Esquire
    PA Id. No. 91239
    2222 West Grandview Boulevard
    Erie, Pennsylvania 16506-4508
    Telephone: 814-833-2222
    Facsimile: 814-833-6753
    E-Mail Address: mkruszewski@quinnfirm.com
    Counsel for Debtors

#1426616

The following parties were served via the CM/ECF System and will not receive a paper copy of the filing:

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |
| Ronald B. Roteman, Esquire (Kay B. and Steven E. Ribbing) roteman@stonecipherlaw.com |

2374 Village Common Drive LLC
Case No. 21-10118 TPA
Service List

The following parties received notice via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the U.S. Trustee: ustpregion03.pi.ecf@usdoj.gov |
| Norma Hildenbrand, Esquire, Office of the U.S. Trustee: Norma.L.Hildenbrand@usdoj.gov |
| Salene R.M. Kraemer, Esquire, Wells Fargo Bank, N.A.: skraemer@bernsteinlaw.com |
| Michael F.J. Romano, Esquire, TIAA Commercial Finance, Inc.: mromano@rgalegal.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | Wells Fargo Bank, N.A.<br>c/of Steven Treadway<br>1620 Roseville Parkway, 1st Floor<br>Suite 100, MAC AI792-018<br>Roseville, CA  95661 |
| Wells Fargo Bank, National Association<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX  78251 | Salene Mazur Kraemer, Esquire<br>Bernstein-Burkley PC<br>707 Grant Street, Suite 2200<br>Gulf Tower<br>Pittsburgh, PA 15219 |
| United States of America<br>Small Business Administration<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406 | Anthony K. Arroyo, Esquire<br>District Counsel, Small Business Administration<br>660 American Avenue<br>Suite 301<br>King of Prussia, PA 19406 |
| Tami Perriello, Acting SBA Adminstrator<br>U.S. Small Business Administration<br>409 Third Street SW<br>Washington, DC  20024 | Major Clark, Acting Chief Counsel<br>U.S. Small Business Administration<br>409 Third Street SW<br>Washington, DC  20024 |

#1426616

| | |
|---|---|
| Peggy Delinois Hamilton, General Counsel<br>Office of General Counsel<br>U.S. Small Business Administration<br>409 Third Street SW<br>Washington, DC 20024 | Nina Levine<br>Deputy General Counsel<br>U.S. Small Business Administration<br>409 Third Street SW<br>Washington, DC 20024 |
| Attorney General of the United States<br>U.S. Dept. of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530 | United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION: Civil Process Clerk<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street<br>Suite 4000<br>Pittsburgh, PA 15219 |
| United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION: Civil Process Clerk<br>17 South Park Road, Suite A330<br>Erie, PA 16501 | Stephen R. Kaufman, Esquire<br>Acting U.S. Attorney for the Western District of PA<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 |
| Internal Revenue Service<br>ATTENTION: Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>1000 Liberty Avenue<br>Stop 711B<br>Pittsburgh, PA 15222-3714 |
| United States Internal Revenue Service<br>Special Procedures Division<br>P.O. Box 628<br>Bankruptcy Section<br>Pittsburgh, PA 15230 | Jill L. Locnikar, Esquire<br>U.S. Attorney's Office<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 |
| Pa. Dept. of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pa. Dept. of Revenue<br>4th & Walnut Street<br>Harrisburg, PA 17128 |
| Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222 | Erie County Tax Claim Bureau<br>Erie County Courthouse<br>140 West Sixth Street, Room 110<br>Erie, PA 16501 |
| Millcreek Township Tax Collector<br>3608 West 26th Street<br>Erie, PA 16506 | Coldwell Banker Select, REALTORS<br>ATTENTION: Mark Hutchison and William Bucceri<br>2601 West 26th Street<br>Erie, PA 16506 |
| Core Erie MOB, L.P.<br>1515 Lake Shore Drive<br>Suite 225<br>Columbus, OH 43204 | Northwest Savings Bank, now<br>Northwest Bank<br>100 Liberty Street<br>Drawer 128<br>Warren, PA 16365-0128 |
| Joseph C. Kramer<br>P.O. Box 8263<br>Erie, PA 16505 | Sherry Bauer<br>Sherry Bauer Real Estate Services<br>1315 Peninsula Drive<br>Erie, PA 16505 |

#1426616

| | |
|---|---|
| TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road, Suite 300<br>Chesterfield, MO  63017 | Michael F.J. Romana, Esquire<br>Ramano, Garubo, & Argentieri<br>P.O. Box 456<br>52 Newton Avenue<br>Woodbury, NJ  08096 |

Please note that complete copies of the Joint Motion for Order Approving Bidding Procedures and Notice and Order Setting Hearing on an Expedited Basis were previously served on all necessary parties and Certificates of Service were filed on March 12, 2021.

#1426616