IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOSEPH MARTIN THOMAS,<br>      Debtor. | )  Chapter 11 Case No. 20-10334 TPA<br>)  Related to Document Nos. 306, 303, 302, and 294<br>)<br>) |
| In re:<br><br>2374 VILLAGE COMMON DRIVE, LLC,<br>      Debtor. | )  Chapter 11 Case No. 21-10118 TPA<br>)  Related to Document Nos. 53, 50, 49, and 28<br>)<br>) |
| JOSEPH MARTIN THOMAS, and 2374 VILLAGE COMMON DRIVE, LLC,<br>      Movants,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; UNITED STATES OF AMERICA, SMALL BUSINESS ADMINISTRATION; ERIE COUNTY TAX CLAIM BUREAU; MILLCREEK TOWNSHIP TAX COLLECTOR; UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE; TIAA COMMERCIAL FINANCE, INC.; NORTHWEST SAVINGS BANK, now known as NORTHWEST BANK; CORE ERIE MOB, L.P.; and JOSEPH C. KRAMER,<br>      Respondents. | )  **JOINT MOTION FOR APPROVING**<br>)  **BIDDING PROCEDURES**<br>)<br>)  DATE AND TIME OF HEARING:<br>)  March 25, 2021 @ 10:00 a.m.<br>)<br>)  RESPONSE DEADLINE:<br>)  March 24, 2021 by Noon<br>)<br>)  _____<br>)<br>)  **JOINT MOTION FOR ORDER APPROVING**<br>)  **SALE OF REAL ESTATE:**<br>)<br>)  DATE AND TIME OF HEARING:<br>)  April 28, 2021 @ 11:00 a.m.<br>)<br>)  RESPONSE DEADLINE:<br>)  April 21, 2021<br>)<br>) |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on the 16th day of March, 2021, a copy of the *1) Order Scheduling Date for Response and Hearing on Motion; 2) Order dated March 12, 2021; and 3) Notice of Bid Procedures, Auction and Sale Hearing Date, and Deadline to Object to Sale Motion* upon each of the following persons and parties in interest at the address shown on the attached list.

                                                                          Respectfully submitted,

                                                                          THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
          Michael P. Kruszewski, Esquire
          PA Id. No. 91239
          2222 West Grandview Boulevard
          Erie, Pennsylvania 16506-4508
          Telephone: 814-833-2222
          Facsimile: 814-833-6753
          E-Mail Address: mkruszewski@quinnfirm.com
          Counsel for Debtors

The following parties were served via the CM/ECF System and will not receive a paper copy of the filing:

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |
| Ronald B. Roteman, Esquire (Kay B. and Steven E. Ribbing) roteman@stonecipherlaw.com |

2374 Village Common Drive LLC
Case No. 21-10118 TPA
Service List

The following parties received notice via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the U.S. Trustee: ustpregion03.pi.ecf@usdoj.gov |
| Norma Hildenbrand, Esquire, Office of the U.S. Trustee: Norma.L.Hildenbrand@usdoj.gov |
| Salene R.M. Kraemer, Esquire, Wells Fargo Bank, N.A.: skraemer@bernsteinlaw.com |
| Michael F.J. Romano, Esquire, TIAA Commercial Finance, Inc.: mromano@rgalegal.com |

The parties listed on the attached Mailing Matrixes were served via First Class Mail, Postage Pre-Paid.

# MAILING MATRIX
# JOSEPH MARTIN THOMAS
# CASE NO. 20-10334

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 20-10334-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Mon Mar 15 11:33:35 EDT 2021 | MacDonald Illig Jones & Britton LLP<br>100 State Street<br>Suite 700<br>Erie, PA 16507-1459 | 2374 Village Common Drive LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 |
| Ally Bank<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Bank serviced by Ally Servicing LLC<br>P.O. Box 130424<br>Roseville, MN 55113-0004 |
| Anglea Dunkle<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | Anglea Dunkle<br>5301 Windcrest Drive<br>Erie, PA 16510-3357 | Anthony K. Arroyo, Esquire<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 |
| Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Watefront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 | Jesse B. Baldwin<br>Addelman Cross & Baldwin, P.C.<br>5680 Main Street<br>Buffalo, NY 14221-5518 | Bank of America, N.A.<br>P.O. Box 15222<br>Wilmington, DE 19886-5222 |
| Barclay Card<br>Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 | Benjamin A. Post, Esquire<br>Post & Post LLC<br>920 Cassatt Road<br>200 Berwyn Park, Suite 102<br>Berwyn, PA 19312-1178 | Berkheimer<br>P.O. Box 25153<br>Lehigh Valley, PA 18002-5153 |
| Best Wildlife Services<br>P.O. Box 36<br>Erie, PA 16512-0036 | Brian S. Clark<br>Beth Clark<br>10479 Route 19<br>Waterford, PA 16441-9117 | Candor Surgical Management, Inc.<br>1180 Adams Lane<br>Southlake, TX 76092-8501 |
| Charles R. Burger<br>Margaret J. Burger<br>9890 Wattsburg Road<br>Erie, PA 16509-6118 | City of Erie Tax Collector<br>626 State Street<br>Room 105<br>Erie, PA 16501-1146 | Mark G. Claypool<br>120 West Tenth Street<br>Erie, PA 16501-1410 |
| Core Erie MOB LP<br>1515 Lake Shore Drive<br>Suite 225<br>Columbus, OH 43204-3896 | Dahlkemper Landscape & Maintenance<br>1650 Norcross Road<br>Erie, PA 16510-3899 | Dahlkemper Landscape & Maintenance<br>2558 Hillborn Avenue<br>Erie, PA 16509-5810 |
| Darin Williamson<br>22370 Britton Road<br>Spartansburg, PA 16434-3014 | David L. Hunter, Jr., Esquire<br>821 State Street<br>Erie, PA 16501-1316 | Edward M. Zimm, or Assigns<br>300 State Street,<br>Suite 200<br>Erie, PA 16507-1429 |
| Gary Eiben<br>MacDonald Illig Jones & Britton, LLP<br>100 State St., Ste. 700<br>Erie, PA 16507-1459 | Ernest Guichard<br>9 Church Street<br>Charlotte Villa 2, Apt. 503<br>Sinclairville, NY 14782-9635 | Fifth Third Bank<br>5050 Kingsley Drive<br>Cincinnati, OH 45263-9998 |

| | | |
|---|---|---|
| Francis J. Klemensic, Esquire<br>Dickie McCamey & Chilcote PC<br>100 State Street, Suite 508<br>Erie, PA 16507-1457 | Francis M. Letro, Esquire<br>The Dun Building<br>10th Floor<br>110 Pearl Street<br>Buffalo, NY 14202-4111 | Frederick J. Marchinetti, II<br>11538 Route 19<br>Waterford, PA 16441-7776 |
| Guy C. Fustine<br>Knox McLaughlin Gornall & Sennett, P.C.<br>120 West Tenth Street<br>Erie, PA 16501-1410 | George W. Connor MD<br>207 South Main Street, Suite 140<br>Jamestown, NY 14701 | Glenn Morisue<br>6201 1/2 Lake Road West<br>Ashtabula, OH 44004-9757 |
| Andrew F Gornall<br>240 West 10th Street<br>Erie, PA 16501 | Douglas E. Graff<br>Graff & McGovern LPA<br>604 E. Rich Street<br>Columbus, OH 43215-5341 | Graff & McGovern LPA<br>604 E. Rich Street<br>Columbus, OH 43215-5363 |
| Greater Erie Surgery Center LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | Harold Hewitt, Esquire<br>5935 Shady Hollow Drive<br>Erie, PA 16506-7023 | Heather Adams Szymczak<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 |
| Heather Adams Szymczak<br>3629 West 14th Street<br>Erie, PA 16505-3506 | Howard Hanna Real Estate Services<br>ATTENTION: Kathe W. Rafferty<br>4248 West 12th Street<br>Erie, PA 16505-3001 | Mark Hutchison<br>Coldwell Banker Select , Realtors<br>413 West Plum Street<br>Edinboro, PA 16412-2175 |
| Internal Revenue Service<br>Special Procedures Division<br>P.O. Box 628<br>Bankruptcy Section<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>ATTN: Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | James D. McDonald, Jr., Esquire<br>100 State Street<br>Suite 700<br>Erie, PA 16507-1459 |
| Jason M. Telaak, Esquire<br>8274 North Main Street<br>Eden, NY 14057-1104 | Jason Matzus, Esquire<br>Matzus Law LLC<br>310 Grant Street<br>Suite 3210<br>Pittsburgh, PA 15219-2301 | John Doe & Jane Doe<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 |
| Jung-Woo Ma, MD<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | KADA Gallery<br>2632 West Eighth Street<br>Erie, PA 16505-4021 | Kelly S. Buck<br>Scott A. Buck<br>3101 Broadlawn Drive<br>Erie, PA 16506-1801 |
| Salene R.M. Kraemer<br>BERNSTEIN-BURKLEY, P.C.<br>707 Grant Street<br>Suite 2200<br>Pittsburgh, PA 15219-1945 | Michael P. Kruszewski<br>Quinn Law Firm<br>2222 West Grandview Boulevard<br>Erie, PA 16506-4508 | Laurie C. TeWinkle, Esquire<br>Law Offices of L.C. TeWinkle<br>821 State Street<br>Erie, PA 16501-1316 |
| Lester Spencer<br>Chris Spencer<br>337 East 21st Street<br>Erie, PA 16503-1946 | MacDonald Illig<br>100 State Street<br>Suite 700<br>Erie, PA 16507-1459 | MacDonald, Illig, Jones & Britton LLP<br>c/o Nicholas R. Pagliari, Esq.<br>100 State Street, Suite 700<br>Erie, PA 16507-1459 |

Marjorie A. Weidner
20323 State Highway 89
Spartansburg, PA 16434-1703

Marsh Realty, Inc.
ATTENTION: Gary V. Marsh
116 1/2 W. Spring Street
Titusville, PA 16354-1704

Matthew W. Loughren
310 Grant Street, Suite 2800
Pittsburgh, PA 15219-2255


McKesson Medical-Surgical, Inc.
Stephanie Hampton
6651 Gate Parkway
Jacksonville, FL 32256-8075

Lauren Michaels
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222-4227

Micheal F.J. Romano, Esquire
Ramano, Garubo, & Argentieri
P.O. Box 456
52 Newton Avenue
Woodbury, NJ 08096-4610


Matthew J. Minnaugh
Schaffner Knight Minnaugh & Company P.C.
1545 W. 38th Street
Erie, PA 16508-2347

Mr. and Mrs. Steven E. Ribbing
c/of Matthew W. Loughren, Esquire
310 Grant Street, Suite 2800
Grant Bldg.
Pittsburgh, PA 15219-2255

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541


Northwest Bank
100 Liberty Street
Drawer 128
Warren, PA 16365-0128

Office of Attorney General, Department of Re
Lauren A. Michaels
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222-4227

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721


Official Committee of Unsecured Creditors fo
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1410

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Pa. Dept. of Revenue
Dept. 280946
Harrisburg, PA 17128-0946


Pat Baldino Fine Art
64 Vernon Drive
Scarsdale, NY 10583-6124

Paul J. Susko, Esquire
502 Parade Street
Erie, PA 16507-1687

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peter A. Pentz, Esquire
246 West Tenth Street
Erie, PA 16501-1412

Philip C. Chapman III, Esquire
Pribanic & Pribanic
513 Court Place
Pittsburgh, PA 15219-2002


Kathe W. Rafferty
Howard Hanna Real Estate Services
4248 West 12th Street
Erie, PA 16505-3001

Rick Rumball
4808 Red Coat Court
Raleigh, NC 27616-5525

Rick Taraszki
6103 West Lake Road
Erie, PA 16505-2615


Rita Jennings
George Jennings
5524 West 52nd Street
Fairview, PA 16415-2331

Michael F.J. Romano
52 Newton Ave
PO Box 456
Woodbury, NJ 08096-7456

Ronald M. Puntil, Jr., Esquire
Cipriani & Werner
650 Washington Road
Suite 700
Pittsburgh, PA 15228-2712


Ronald B. Roteman
The Stonechipher Law Firm
125 First Avenue
Pittsburgh, PA 15222-1506

SBA
721 19th Street
Denver, CO 80202-2500

Salene Mazur Kraemer, Esquire
Trisha Hudkins, Esquire
Bernstein-Burkley P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

| | | |
|---|---|---|
| Schaffner, Knight, Minnaugh & Co., P.C.<br>1545 W. 38th Street<br>Erie, PA 16508-2347 | Sharon J. Kulig<br>Steven B. Kulig<br>274 Creek Road<br>Jamestown, NY 14701-9526 | Gary V. Skiba<br>300 State Street, Suite 300<br>Erie, PA 16507-1430 |
| Small Business Administration<br>an agency of the U.S. Government<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 | Steven J. Wildberger, Esquire<br>Matzus Law LLC<br>310 Grant Street<br>Suite 3210<br>Pittsburgh, PA 15219-2301 | Steven Kinross<br>Kathy Kinross<br>507 Sanford Place<br>Erie, PA 16511-1061 |
| TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road, Suite 300<br>Chesterfield, MO 63017-3489 | Tax Collector<br>Township of Greene<br>8628 Wattsburg Road<br>Erie, PA 16509-5850 | Tax Collector<br>Township of Millcreek<br>3608 West 26th Street<br>Erie, PA 16506-2098 |
| The Kada Gallery<br>2632 West 8th Street<br>Erie, PA 16505-4021 | Joseph Martin Thomas<br>c/of Tri-State Pain Institute<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | Thomas Charlton<br>Samantha Charlton<br>2936 West 15th Street<br>Erie, PA 16505-3926 |
| Crystal H. Thornton-Illar<br>Leech Tishman Fuscaldo & Lampl, LLC<br>525 William Penn Place, 28th Floor<br>Pittsburgh, PA 15219-1728 | Tri-State Pain Institute LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | UMPC Chautauqua at WCA<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 |
| UPMC Chautauqua at WCA<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 | United States Attorney's Office<br>Western District of Pennsylvania<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1956 | United States of America<br>Small Business Administration<br>Anthony Arroyo<br>660 American Avenue, Suite 301<br>King Of Prussia, PA 19406-4032 |
| Vanessa G. Ramlal MD<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 | WELLS FARGO BANK, N.A.<br>Salene Mazur Kraemer<br>BERNSTEIN BURKLEY<br>707 Grant St.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1908 | Wells Fargo Bank, N.A.<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX 78251-4200 |
| Wells Fargo Bank, N.A.<br>c/o Steven Treadway<br>1620 E Roseville Pkwy, 1st Floor, Suite<br>MAC A1792-018<br>Roseville, CA 95661-3995 | Wells Fargo Bank, National Association<br>301 S. Tryon Street<br>27th Floor<br>Charlotte, NC 28282-1915 | Widget Federal Credit Union<br>2154 East Lake Road<br>Erie, PA 16511-1140 |
| Zubin Menon MD<br>565 Abbott Road<br>Buffalo, NY 14220-2039 | Norma Hildenbrand, on Behalf of the United S<br>Office of the United States Trustee<br>Suite 970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222

(d)PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

(d)Candor Surgical Management, Inc.
1180 Adams Lane
Southlake, TX 76092-8501

(u)Barbara Noonan

(u)PNC BANK NATIONAL ASSOCIATION

(d)Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

(u)Kay B. Ribbing

(u)Steven E. Ribbing

(d)Sharon L. Kulig
Steven B. Kulig
274 Creek Road
Jamestown, NY 14701-9526

(d)TIAA Commercial Finance, Inc.
390 S. Woods Mill Road
Suite 300
Chesterfield, MO 63017-3489

(d)TIAA Commercial Finance, Inc.
390 S. Woods Mill Road, Suite 300
Chesterfield, MO 63017-3489

(d)The Kada Gallery
2632 West 8th Street
Erie, PA 16505-4021

(d)Tri-State Pain Institute, LLC
2374 Village Common Drive
Erie, PA 16506-7201

End of Label Matrix
Mailable recipients   115
Bypassed recipients    11
Total                 126

# MAILING MATRIX
# 2374 VILLAGE COMMON DRIVE LLC
# CASE NO. 21-10118 TPA

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 21-10118-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Mon Mar 15 11:33:02 EDT 2021 | 2374 Village Common Drive LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | ABCO Fire Protection<br>6000 Sterrettania Road<br>Fairview, PA 16415-2926 |
| AR Landscape & Outdoor Services<br>2024 Schaper Avenue<br>Erie, PA 16502-1959 | Absolute Fire Protection<br>1816 German Street<br>Erie, PA 16503-1918 | Anthony K. Arroyo, Esquire<br>District Counsel, Small Business Admin.<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 |
| Brian Kitcey<br>355 West 21st Street<br>Erie, PA 16502-2612 | Building Systems, Inc.<br>7335 Old Perry Highway #2<br>Erie, PA 16509-5199 | Building Systems, Inc. (BSI)<br>7335 Old Perry Highway #2<br>Erie, PA 16509-5199 |
| Commercial Management Solutions (CMS)<br>8 W. Bloomfield Parkway<br>Erie, PA 16509-5170 | Commerical Management Solutions<br>8 W. Bloomfield Parkway<br>Erie, PA 16509-5170 | Cummins Sales & Services<br>7145 Masury Road<br>Hubbard, OH 44425-9756 |
| Erie County Tax Claim Bureau<br>Erie County Courthouse<br>140 West Sixth Street<br>Room 110<br>Erie, PA 16501-1029 | Erie Insurance Exchange<br>100 Erie Insurance Place<br>Erie, PA 16530-0001 | Erie Water Works<br>Collection Dept.<br>340 West Bayfront Parkway<br>Erie, PA 16507-2004 |
| Euma Inc. d/b/a<br>Underground Sprinkler Systems<br>4500 West Ridge Road<br>Erie, PA 16506-1492 | Greater Erie Surgery Center LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | Internal Revenue Service<br>Special Procedures Division<br>P.O. Box 628<br>Bankruptcy Section<br>Pittsburgh, PA 15230 |
| Joseph Martin Thomas<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | Salene R.M. Kraemer<br>BERNSTEIN-BURKLEY, P.C.<br>707 Grant Street<br>Suite 2200<br>Pittsburgh, PA 15219-1945 | Michael P. Kruszewski<br>Quinn Law Firm<br>2222 West Grandview Boulevard<br>Erie, PA 16506-4508 |
| Michael F.J. Romano, Esquire<br>Ramano, Garubo, & Argentieri<br>P.O. Box 456<br>52 Newton Avenue<br>Woodbury, NJ 08096-4610 | NEWCO Electric Co.<br>301 West 12th Street<br>Erie, PA 16501-1728 | National Fuel<br>1100 State Street<br>P.O. Box 2081<br>Erie, PA 16512-2081 |
| Niagara Village Ltd.<br>2380 Village Common Drive<br>Erie, PA 16506-4980 | OTIS Elevator Company<br>1001 State Street<br>#311<br>Erie, PA 16501-1823 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| (p)PENNSYLVANIA ELECTRIC COMPANY<br>BANKRUPTCY DEPARTMENT<br>331 NEWMAN SPRINGS ROAD<br>BUILDING 3<br>RED BANK NJ 07701-5688 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |

```
Pro Waste Services, Inc.              Rabe Environmental Systems           Rise & Shine Cleaning Services LLC
813 E. 18th Street                    2300 W. 23rd Street                  2809 Chelsie Drive
Erie, PA 16503-2147                   Erie, PA 16506-2919                  Erie, PA 16509-4659


Michael F.J. Romano                   SBA                                  Salene Mazur Kraemer, Esquire
52 Newton Ave                         721 19th Street                      Trisha Hudkins, Esquire
PO Box 456                            Denver, CO 80202-2500                Bernstein-Burkley P.C.
Woodbury, NJ 08096-7456                                                    707 Grant St., Suite 2200, Gulf Tower
                                                                           Pittsburgh, PA 15219-1945


Schindler Elevator Corporation        TIAA Commercial Finance, Inc.        Tri-State Pain Institute LLC
151 E. 12th Street                    390 S. Woods Mill Road               2374 Village Common Drive
Erie, PA 16501                        Suite 300                            Erie, PA 16506-7201
                                      Chesterfield, MO 63017-3489


U.S. Bank Equipment Finance           U.S. Bank Equipment Finance          United States of America
1310 Madrid Street                    1310 Madrid Street                   Small Business Administration
Minneapolis, MN 26258                 Minneapolis, MN 56528                660 American Avenue
                                                                           Suite 301
                                                                           King of Prussia, PA 19406-4032


Wells Fargo Bank, N.A.                Wells Fargo Bank, N.A.               Wells Fargo Bank, N.A.
1620 E. Roseville Parkway             4101 Wiseman Blvd.                   ATTENTION: Steven Treadway
Suite 100                             Building 307                         Loan Adjustor
Roseville, CA 95661-3303              San Antonio, TX 78251-4200           1620 E. Roseville Parkway, Suite 100
                                                                           Roseville, CA 95661-3303


Wilkins Co. Inc.                      Norma Hildenbrand, on Behalf of the United S
3255 West 38th Street                 Office of the United States Trustee
Erie, PA 16506-4201                   Suite 970 Liberty Center
                                      1001 Liberty Avenue
                                      Pittsburgh, PA 15222-3714
```

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Penelec
ATTENTION: Collection Dept.
5404 Evans Road
Erie, PA 16509
```


           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)TIAA Commercial Finance, Inc.      (u)WELLS FARGO BANK, N.A.            End of Label Matrix
                                                                           Mailable recipients    46
                                                                           Bypassed recipients     2
                                                                           Total                  48
```