PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DR. JOSEPH MARTIN THOMAS,<br>           Debtor.<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION,<br>           Movant,<br><br>vs.<br><br>DR. JOSEPH MARTIN THOMAS<br>           Respondents. | Bankruptcy No. 20-10334-TPA<br><br><br><br>Related Doc. No. 291 & 305<br><br>Hearing Date: April 28, 2021@ 11am<br>Response Deadline: April 2, 2021 |

**CERTIFICATE OF SERVICE OF WELLS FARGO NATIONAL ASSOCIATION'S EXPEDITED MOTION FOR RELIEF FROM THE AUTOMATIC STAY (Doc. No. 291) and ZOOM HEARING NOTICE (Doc. No. 305)**

      I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on March 16, 2021.

      The type(s) of service made on the parties was:  electronic notification, overnight mail and/or facsimile.

*Service via Electronic Mail:*

Michael Kruszewski, Attorney for Debtor: mkruszewski@quinnfirm.com
Michael Romano, Esq., Attorney for TIAA Commercial Finance: mromano@rgalegal.com
Office of the United States Trustee: ustpregion03.pi.ecf@usdoj.gov
Norma H. Hildenbrand, Esq., Office of the U.S. Trustee: Norma.L.Hildenbrand@usdoj.gov
Guy C. Fustine, Official Committee of Unsecured Creditors: mwernick@kmgslaw.com
Gary V. Skiba, Esq., Attorney for Related Debtor: gskiba@marshlaw.com


*Service via Overnight Mail:*
**Joseph Martin Thomas**
c/o Tri-State Pain Institute
2374 Village Common Drive
Erie, PA 16506


EXECUTED ON:  March 16, 2021          Respectfully submitted,

                                                        BERNSTEIN-BURKLEY, P.C.

By: /s/ Salene Mazur Kraemer
Salene Mazur Kraemer, Esq.
PA I.D.: 86422
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone: (412) 456-8100
Fax:    (412) 456-8135
Email: skraemer@bernsteinlaw.com

Counsel for Wells Fargo