FILED
3/15/21 10:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOSEPH MARTIN THOMAS, | ) | Bankruptcy Case No. 20-10334 TPA |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| _____ | ) | |
| | ) | Document No. _____ |
| | ) | |
| | ) | Relates to Doc. No. 265 , 299 |
| | ) | |
| | ) | Hearing Date & Time: |
| | ) | March 25, 2021 @ 10:00 a.m. |
| | ) | |
| | ) | Responses Due: March 18, 2021 |

### JOINT STIPULATION AND AGREED ORDER

It is hereby stipulated and agreed by and between Steven E. Ribbing and Kay B. Ribbing (the "Ribbings") and the Debtor, as follows:

WHEREAS, by Order of Court entered February 23, 2021, the Ribbings were granted relief from the automatic stay to pursue malpractice claims against the Debtor, subject to the limitation that any recovery be limited to available insurance proceeds;

WHEREAS, on February 16, 2021, the Debtor filed a Disclosure Statement, Plan Summary and Plan dated February 15, 2021;

WHEREAS, the Disclosure Statement and Plan each contain provisions pertaining to the treatment of a class of claims that includes the Ribbing's claims; and

WHEREAS, the Ribbings have asked the Debtor to agree that notwithstanding anything set forth in either the Disclosure Statement, Plan or any related documents, nothing therein, including without limitation any provision that requests or grants the Debtor a discharge, shall

affect the Ribbing's rights to pursue their claims against the Debtor, subject to the limitation that

any recovery be limited to available insurance proceeds.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1.    Each of the above recital clauses is incorporated herein by reference as though

fully set forth in this paragraph 1.

2.    Notwithstanding anything set forth in either the Disclosure Statement, Plan or any

related documents, nothing therein, including without limitation any provision that requests or

grants the Debtor a discharge, shall affect the Ribbing's rights to pursue their claims against the

Debtor, subject to the limitation that any recovery be limited to available insurance proceeds.

Dated:  March 12, 2021

STEVEN E. RIBBING AND KAY B.
RIBBING

*/s/ Ronald B. Roteman*
Ronald B. Roteman, Esquire
PA ID No. 66809
**STONECIPHER LAW FIRM**
125 First Avenue
Pittsburgh, PA 15222
(412) 391-8510 phone
(412)391-8522 fax

JOSEPH THOMAS MARTIN

*/s/ Michael P. Kruszewski*
Michael P. Kruszewski, Esquire
Quinn Law Firm
2222 West Grandview Boulevard
Erie, Pennsylvania 16506
Office: 814-833-2222 x. 1043 |
Direct: 814- 314-1055 | Fax: 814-833-6753

Dated: ___March 15, 2021___
IT IS SO ORDERED:

_____    **jlm**
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 20-10334-TPA
Joseph Martin Thomas                                                            Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: culy | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph Martin Thomas, c/of Tri-State Pain Institute, 2374 Village Common Drive, Erie, PA 16506-7201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Interested Party Barbara Noonan andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Crystal H. Thornton-Illar | on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com |
| Gary V. Skiba | on behalf of Interested Party Tri-State Pain Institute  LLC gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com |
| Guy C. Fustine | on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC mwernick@kmgslaw.com, knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com |

District/off: 0315-1                     User: culy                                        Page 2 of 2
Date Rcvd: Mar 15, 2021                  Form ID: pdf900                                   Total Noticed: 1

Lauren Michaels
                    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Mark G. Claypool
                    on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com
                    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael F.J. Romano
                    on behalf of Interested Party TIAA Commercial Finance  Inc. mromano@rgalegal.com,
                    tyowell@rgalegal.com;jromano@rgalegal.com

Michael F.J. Romano
                    on behalf of Creditor TIAA Commercial Finance  Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael P. Kruszewski
                    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com
                    knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer
                    @quinnfirm.com;gbebko@quinnfirm.com;jiddings@quinnfirm.com

Michael P. Kruszewski
                    on behalf of Debtor 2374 Village Common Drive LLC mkruszewski@quinnfirm.com
                    knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer
                    @quinnfirm.com;gbebko@quinnfirm.com;jiddings@quinnfirm.com

Norma Hildenbrand, on Behalf of the United States Trustee by
                    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
                    on behalf of Creditor Kay B. Ribbing rroteman@stonecipherlaw.com  cbeard@stonecipherlaw.com

Ronald B. Roteman
                    on behalf of Creditor Steven E. Ribbing rroteman@stonecipherlaw.com  cbeard@stonecipherlaw.com

Salene R.M. Kraemer
                    on behalf of Creditor WELLS FARGO BANK  N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com


TOTAL: 16