IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 20-10334-TPA |
| ) | |
| JOSEPH MARTIN THOMAS, ) | Chapter 11 |
| ) | |
| Debtor ) | Related to Doc No. 283 |
| ) | |
| JOSEPH MARTIN THOMAS, ) | |
| ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | Date and Time of Hearing: |
| NO RESPONDENT ) | March 25, 2021 at 9:30 a.m. |

### RESPONSE TO DEBTOR'S MOTION TO APPROVE ENTRY INTO NEW COMMERCIAL LEASE

AND NOW, comes the Official Creditors' Committee ("Committee") for Tri-State Pain Institute, LLC ("Tri-State"), an affiliate of the Debtor in a separate, related proceeding for reorganization under Chapter 11 at Case No. 20-10049-TPA, by and through the Committee's counsel, Knox McLaughlin Gornall & Sennett, P.C., as follows:

1. The Committee has no objection to the Debtor entering into a lease with Medical Associates of Erie. However, the proposed lease does not appear to have an early termination provision.

2. The Committee requests that the proposed lease be amended to include an early termination clause without penalty to the Debtor if the clause is exercised.

3. Otherwise, if the Plan fails for any reason, the landlord would have an administrative claim for the full amount of rent under the lease. A termination provision would at least cap the potential damages if the Debtor is unable to live up to the terms of the lease. Under the termination clause, the Debtor would have the right to terminate the lease, without

penalty, by giving the landlord notice of termination. Termination would become effective a certain number of days after the notice is given.

4. Without such a provision in the lease, payment of the claims of the unsecured creditors would be jeopardized unnecessarily should Dr. Thomas fail to make the lease payments for any reason and cause the landlord to declare the lease in default and to accelerate the total amount of rent due under the lease.

WHEREFORE, the Committee requests that the Motion be denied unless the lease is amended to include an early termination without penalty provision; and, that the Committee have such other and further relief as is reasonable and just.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for the Official Committee of Unsecured
Creditors for Tri-State Pain Institute, LLC

By: */s/ Guy C. Fustine*
Guy C. Fustine
PA I.D. No. 37543
120 West Tenth Street
Erie, Pennsylvania 16501-1461
(814) 459-2800
gfustine@kmgslaw.com

# 2239180.v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 20-10334-TPA |
| | ) |
| JOSEPH MARTIN THOMAS, | ) Chapter 11 |
| | ) |
| Debtor | ) Related to Doc Nos. 283 |
| | ) |
| JOSEPH MARTIN THOMAS | ) |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) Date and Time of Hearing: |
| NO RESPONDENT | ) March 25, 2021 at 9:30 a.m. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 18, 2021, a copy of the Committee's Response to Debtor's Motion to Approve Entry into New Commercial Lease was served by first class, United States mail, postage pre-paid, and/or electronic service, as follows:

Gary Skiba, Esquire
Marsh, Spaeder, Baur, Spaeder & Schaaf
300 State Street, Suite 300
Erie, PA 16507
gskiba@yochim.com

Michael P. Kruszewski, Esquire
2222 West Grandview Boulevard
Erie, PA 16506
mkruszewski@quinnfirm.com

James D. McDonald, Jr., Esquire
McDonald Illig Jones & Britton, LLP
100 State Street, Suite 700
Erie, PA 16507
jmcdonald@mijb.com

Kathy Kinross, Committee Chair
507 Sanford Place
Erie, PA 16511

Norma Hildenbrand, Esquire
U.S. Department of Justice
Office of the United States Trustee
1001 Liberty Avenue. Suite 970
Pittsburgh, PA 15222
Norma.L.Hildenbrand@usdoj.gov

Michael F.J. Romano
Attorney for TIAA Commercial Finance, Inc.
52 Newton Avenue
PO Box 456
Woodbury, NJ 08096
mromano@rgalegal.com

Thomas James Minarcik
456 W. 6th Street
Erie, PA  16507
tjminarcik@elderkinlaw.com

Ernest Guichard
9 Church Street
Charlotte Villa 2, Apt. 503
Sinclairville, NY 14782

Marjorie A. Weidner
20323 State Hwy. 89
Spartansburg, PA 16434

Sharon L. Kulig and Steven B. Kulig
10 Hunter Street
Jamestown, NY 14701

David L. Hunter
Attorney at Law
821 State St.
Erie, PA 16501
dhunter@hunter@hunterlawerie.com

Philip C. Chapman, Esquire
Pribanic & Pribanic, L.L.C.
1735 Lincoln Way
White Oak, PA 15131
phil@pribanic.com

Peter A. Pentz, Esquire
Pentz Law
246 West Tenth Street
Erie, PA 16501
petep@pentzlaw.com

Ronald B. Roteman
The Stonecipher Law Firm
125 First Avenue
Pittsburgh, PA 15222

Salene R.M. Kraemer, Esquire
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
skraemer@bernsteinlaw.com

Brian S. Clark and Beth Clark
10479 Route 19
Waterford, PA 16441

Lester Spencer and Chris Spencer
337 East 21st Street
Erie, PA 16503

Rita Jennings and George Jennings
5524 West 52nd Street
Fairview, PA 16415

Laurie C. TeWinkle, Esquire
Law Offices of L.C. TeWinkle
821 State Street
Erie, PA 16501
ltewinkle@velocity.net

Paul Susko
Kubinski Susko & Schonthaler
510 Parade Street
Erie, PA 16507
paul@ksslawfirm.com

Jason Matzus, Esq.
Matzus Law LLC
310 Grant Street, Suite 3210
The Grant Building
Pittsburgh, PA 15219
jason@matzuslaw.com

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for the Official Committee of Unsecured
Creditors for Tri-State Pain Institute, LLC


By: ___*/s/ Guy C. Fustine*___
       Guy C. Fustine
       PA I.D. No. 37543
       120 West Tenth Street
       Erie, Pennsylvania  16501-1461
       (814) 459-2800
       gfustine@kmgslaw.com


# 2239180.v1