IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Bankruptcy No. 20-10334-TPA |
| | ) Chapter 11 |
| JOSEPH MARTIN THOMAS, | ) |
| | ) Related to Doc. No. 265 |
| Debtor | ) |
| | ) Date and Time of Hearing: |
| | ) March 25, 2021 at 10:00 a.m. |

## OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT

AND NOW, comes the Official Creditors' Committee ("Committee") for Tri-State Pain Institute, LLC ("Tri-State"), an affiliate of the Debtor in a separate, but related proceeding for reorganization under Chapter 11 at Case No. 20-10049-TPA, by and through the Committee's counsel, Knox McLaughlin Gornall & Sennett, P.C., with this Objection to Debtor's Disclosure Statement to Accompany Plan dated February 15, 2021, as follows:

1. The Debtor, Joseph Martin Thomas ("Dr. Thomas") filed his Plan of Reorganization on February 15, 2021 (the "Thomas Plan"). Dr. Thomas also filed a Disclosure Statement to Accompany the Plan on February 15, 2021 (the "Thomas Disclosure Statement").

2. The Thomas Disclosure Statement fails to provide adequate information of a kind, and in sufficient detail, that would enable a hypothetical investor typical of the holders of claims or interests in the case to make an informed judgment about the Plan, as required by 11 U.S.C. §1125.

3. The benefit to creditors of the additional information and detail would outweigh the burden upon the Debtor to provide such information.

4. The Disclosure Statement fails to provide adequate information as to the payment of administrative fees, only to say that they will be paid (i) from the sale of real and personal property or (ii) in equal installments over sixty (60) months. See Administrative Non-Tax Claims on page 17 of 47. However, it should be noted, that the Debtors' attorneys are working with counsel for the Committee regarding a stipulation on the reduction and payment of administrative fees.

5. The Disclosure Statement fails to provide adequate information as to the funding of the payments to the general unsecured creditors and the likelihood that the Debtor will be able to make the payments.

6. The Disclosure Statement fails to provide adequate information regarding the alternatives to the Plan.

7. The Disclosure Statement fails to provide adequate information regarding the timing and net liquidation value of the Debtor's real estate and personal assets.

8. In light of the Small Business Administration's Objections to bifurcation of the general unsecured claims (Doc. No. 311), it may be beneficial to establish a separate "convenience class" for all general unsecured creditors with claims under $1,000 to be paid in full. Assuming a five (5%) percent distribution to the general creditors, allowing other general creditors to elect this option to accept $1,000 as payment in full would effectively benefit any general unsecured creditor with a claim under $20,000.

WHEREFORE, the Committee requests that approval of the Disclosure Statement be denied for the time being and that the Debtor have additional time to file an Amended Plan and Disclosure Statement.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for the Official Committee of Unsecured
Creditors for Tri-State Pain Institute, LLC


By: ___*/s/ Guy C. Fustine*___
      Guy C. Fustine
      PA I.D. No. 37543
      120 West Tenth Street
      Erie, Pennsylvania  16501-1461
      (814) 459-2800
      gfustine@kmgslaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Bankruptcy No. 20-10334-TPA |
| | ) Chapter 11 |
| JOSEPH MARTIN THOMAS, | ) |
| | ) Related to Doc. No. 265 |
| Debtor | ) |
| | ) Date and Time of Hearing: |
| | ) March 25, 2021 at 10:00 a.m. |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 18, 2021, a copy of the Committee's Objection to Debtor's Disclosure Statement to Accompany Plan was served by first class, United States mail, postage pre-paid, and/or electronic service, as follows:

Gary Skiba, Esquire
Marsh, Spaeder, Baur, Spaeder & Schaaf
300 State Street, Suite 300
Erie, PA  16507
gskiba@yochim.com

Michael P. Kruszewski, Esquire
2222 West Grandview Boulevard
Erie, PA  16506
mkruszewski@quinnfirm.com

James D. McDonald, Jr., Esquire
McDonald Illig Jones & Britton, LLP
100 State Street, Suite 700
Erie, PA  16507
jmcdonald@mijb.com

Kathy Kinross, Committee Chair
507 Sanford Place
Erie, PA 16511

Norma Hildenbrand, Esquire
U.S. Department of Justice
Office of the United States Trustee
1001 Liberty Avenue. Suite 970
Pittsburgh, PA  15222
Norma.L.Hildenbrand@usdoj.gov

Michael F.J. Romano
Attorney for TIAA Commercial Finance, Inc.
52 Newton Avenue
PO Box 456
Woodbury, NJ  08096
mromano@rgalegal.com

Thomas James Minarcik
456 W. 6th Street

Salene R.M. Kraemer, Esquire
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
skraemer@bernsteinlaw.com

Erie, PA 16507
tjminarcik@elderkinlaw.com

Ernest Guichard
9 Church Street
Charlotte Villa 2, Apt. 503
Sinclairville, NY 14782

Brian S. Clark and Beth Clark
10479 Route 19
Waterford, PA 16441

Marjorie A. Weidner
20323 State Hwy. 89
Spartansburg, PA 16434

Lester Spencer and Chris Spencer
337 East 21st Street
Erie, PA 16503

Sharon L. Kulig and Steven B. Kulig
10 Hunter Street
Jamestown, NY 14701

Rita Jennings and George Jennings
5524 West 52nd Street
Fairview, PA 16415

David L. Hunter
Attorney at Law
821 State St.
Erie, PA 16501
dhunter@hunter@hunterlawerie.com

Laurie C. TeWinkle, Esquire
Law Offices of L.C. TeWinkle
821 State Street
Erie, PA 16501
ltewinkle@velocity.net

Philip C. Chapman, Esquire
Pribanic & Pribanic, L.L.C.
1735 Lincoln Way
White Oak, PA 15131
phil@pribanic.com

Paul Susko
Kubinski Susko & Schonthaler
510 Parade Street
Erie, PA 16507
paul@ksslawfirm.com

Peter A. Pentz, Esquire
Pentz Law
246 West Tenth Street
Erie, PA 16501
petep@pentzlaw.com

Jason Matzus, Esq.
Matzus Law LLC
310 Grant Street, Suite 3210
The Grant Building
Pittsburgh, PA 15219
jason@matzuslaw.com

Ronald B. Roteman
The Stonecipher Law Firm
125 First Avenue
Pittsburgh, PA 15222

Respectfully submitted,

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.
Attorneys for the Official Committee of Unsecured Creditors for Tri-State Pain Institute, LLC


By: */s/ Guy C. Fustine*
      Guy C. Fustine
      PA I.D. No. 37543
      120 West Tenth Street
      Erie, Pennsylvania 16501-1461
      (814) 459-2800
      gfustine@kmgslaw.com

# 2239366.v1