PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 20-10334-TPA |
|---|---|
| DR. JOSEPH MARTIN THOMAS, Debtor. | |
| WELLS FARGO BANK NATIONAL ASSOCIATION, Movant, | Related Doc. No. 319<br><br>Hearing Date: March 25, 2021<br><br>Response Deadline: March 18, 2021 |
| vs. | |
| DR. JOSEPH MARTIN THOMAS Respondents. | |

## CERTIFICATE OF SERVICE OF WELLS FARGO NATIONAL ASSOCIATION'S OBJECTION TO THE DEBTOR'S DISCLOSURE STATEMENT

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on March 22, 2021.

The type(s) of service made on the parties was: electronic notification, overnight mail and/or facsimile.

*Service via Electronic Mail:*

Michael Kruszewski, Attorney for Debtor: mkruszewski@quinnfirm.com
Michael Romano, Esq., Attorney for TIAA Commercial Finance: mromano@rgalegal.com
Office of the United States Trustee: ustpregion03.pi.ecf@usdoj.gov
Norma H. Hildenbrand, Esq., Office of the U.S. Trustee: Norma.L.Hildenbrand@usdoj.gov
Guy C. Fustine, Official Committee of Unsecured Creditors: mwernick@kmgslaw.com
Gary V. Skiba, Esq., Attorney for Related Debtor: gskiba@marshlaw.com


*Service via Overnight Mail:*
**Joseph Martin Thomas**
c/o Tri-State Pain Institute
2374 Village Common Drive
Erie, PA 16506


EXECUTED ON: March 22, 2021                    Respectfully submitted,

                                                BERNSTEIN-BURKLEY, P.C.

By:/s/ Salene Mazur Kraemer
Salene Mazur Kraemer, Esq.
PA I.D.: 86422
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone: (412) 456-8100
Fax:    (412) 456-8135
Email: skraemer@bernsteinlaw.com

Counsel for Wells Fargo Equipment Finance Inc