IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : | |
| Debtor. | : | THE HONORABLE THOMAS P. AGRESTI |
| | : | |
| JOSEPH MARTIN THOMAS, | : | CHAPTER 11 |
| Movant, | : | |
| | : | RELATED TO DOCUMENT NOS. 328 & |
| v. | : | 327 |
| | : | |
| THE KADA GALLERY, | : | DATE AND TIME OF HEARING: |
| Respondent. | : | April 15, 2021 @ 10:00 a.m. |
| | : | |
| | : | RESPONSE DEADLINE: |
| | : | April 8, 2021 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on the 26th day of March, 2021, a copy of the *Amended Stipulation and Consent Order Regarding Claim No. 25 of the Kada Gallery and Order Scheduling Date for Response and Hearing on Motion* upon each of the following persons and parties in interest at the address shown on the attached list.

        Respectfully submitted,

        THE QUINN LAW FIRM

BY:    /s/Michael P. Kruszewski
        Michael P. Kruszewski, Esquire
        PA Id. No. 91239
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506-4508
        Telephone: 814-833-2222
        Facsimile: 814-833-6753
        E-Mail Address:
        mkruszewski@quinnfirm.com
        Counsel for Debtor

#1430403

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |
| Ronald B. Roteman, Esquire (Kay B. and Steven E. Ribbing) roteman@stonecipherlaw.com |