IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/26/21 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | | 20-10334-TPA |
| | : | | | |
| Joseph Martin Thomas | : | Chapter: | | 11 |
| | : | | | |
| *Debtor(s).* | : | | | |
| | : | Date: | | 3/25/2021 |
| | : | Time: | | 10:00 |

## PROCEEDING MEMO

**MATTER**      #265 Hearing on Disclosure Statement
           #311 Obj. by Small Business Administration
           #315 Obj. to Disclosure Stmt. and Confirmation of Plan by TIAA
           #317 Request for Payment of Administrative Expenses
           #319 Obj. by Wells Fargo Bank, N.A.
           #323 Obj. by Official Committee of Unsecured Creditors for Tri-State Pain Institute, LLC

**APPEARANCES**:

  Debtor:         Michael P. Kruszewski, Gary Eiben
  SBA:          Jill Locnikar
  TIAA:          Michael Romano
  Wells Fargo:       Salene Mazur-Kraemer
  Tri-State Cred. Comm.:  Ashley Mulryan
  Tri-State Pain:      Gary Skiba

**NOTES**:

Kruszewski:   I would have four or five claims that could be lumped into that convenience class. With a $1,065,000 purchase price we have about $400,000 in equity. PNC bank has the mortgage on the home.

Kraemer:    Yes, I am fine with that.

**OUTCOME:**   Chambers to issue order requiring Amended Disclosure Statement, Amended Plan, and Amended Plan Summary.

jlm