FILED
3/26/21 10:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| Joseph Martin Thomas | : | Chapter: | 11 |
| *Debtor(s).* | : | Date: | 3/25/2021 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**    #293 Joint Motion for Order Approving Bidding Procedures
              #326 Obj. by TIAA

**APPEARANCES:**

|  |  |
|---|---|
| Debtor: | Michael P. Kruszewski, Gary Eiben |
| SBA: | Jill Locnikar |
| TIAA: | Michael Romano |
| Wells Fargo: | Salene Mazur-Kraemer |
| Tri-State Cred. Comm.: | Ashley Mulryan |
| Tri-State Pain: | Gary Skiba |

**NOTES:**

Kraemer:    We object to the stalking horse bidder.

J.:         That objection is reserved for the time of sale.

**OUTCOME:**    GRANTED / MOE

*/s/ [signature]*

jlm