**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/26/21 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 3/25/2021 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**   #283 Motion to Approve Entry into New Commercial Lease
#314 Resp. by Official Committee of Unsecured Creditors for Tri-State Pain Institute, LLC
#316 Obj. by TIAA Commercial Finance Inc.

**APPEARANCES:**

Debtor:  Michael P. Kruszewski
SBA:  Jill Locnikar
TIAA:  Michael Romano
Wells Fargo:  Salene Mazur-Kraemer
Tri-State Cred. Comm.:  Ashley Mulryan
Tri-State Pain:  Gary Skiba

**NOTES:**

Kruszewski:  The landlord is a LECOM entity. It is the old floral shop on Peach Street. Given the low rent and the fact that LECOM is paying for the buildout at no cost to the Debtor.

Mulryan:  We will withdraw our objection.

**OUTCOME:**   GRANTED / MOE

*[signature]*

jlm