UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : |
| | : |
|     v. | : |
| | : |
| NO RESPONDENT. | : |
| | : |
| | : |

**NOTICE OF CHANGE OF ADDRESS**

Please take note that the following addresses have changed:

| **Undeliverable Address** | **Correct Address** |
|---|---|
| Core Erie MOB LP<br>1515 Lake Shore Drive<br>Suite 225<br>Columbus, OH  43204-3896 | Core Erie MOB LP<br>c/of Christopher M. Montgomery Esquire<br>Frost Brown Todd LLC<br>One Columbus Center<br>10 West Broad Street, Suite 2300<br>Columbus, OH  43215-3484<br><br>Core Erie MOB LP<br>c/of CT Corporation System<br>600 North 2nd Street<br>Suite 401<br>Harrisburg, PA 17101 |

                                        Respectfully submitted,

                                        QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                        BY:    /s/Michael P. Kruszewski

Dated:  March 26, 2021                Michael P. Kruszewski, Esquire
                                                  PA Id. No. 91239
                                                  2222 West Grandview Boulevard
                                                  Erie, Pennsylvania  16506-4508
                                                  Telephone: 814-833-2222
                                                  Facsimile: 814-833-6753
                                                  mkruszewski@quinnfirm.com
                                                  Counsel for Debtor

Document No. 1430474