IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOSEPH MARTIN THOMAS,<br>  Debtor. | ) Chapter 11 Case No. 20-10334 TPA<br>) Related to Document Nos. 306, 303, 302, and 294<br>)<br>) |
| In re:<br><br>2374 VILLAGE COMMON DRIVE, LLC,<br>  Debtor. | ) Chapter 11 Case No. 21-10118 TPA<br>) Related to Document Nos. 53, 50, 49, and 28<br>)<br>) |
| JOSEPH MARTIN THOMAS, and 2374 VILLAGE COMMON DRIVE, LLC,<br>  Movants,<br><br>          vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; UNITED STATES OF AMERICA, SMALL BUSINESS ADMINISTRATION; ERIE COUNTY TAX CLAIM BUREAU; MILLCREEK TOWNSHIP TAX COLLECTOR; UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE; TIAA COMMERCIAL FINANCE, INC.; NORTHWEST SAVINGS BANK, now known as NORTHWEST BANK; CORE ERIE MOB, L.P.; and JOSEPH C. KRAMER,<br>  Respondents. | ) **JOINT MOTION FOR APPROVING BIDDING PROCEDURES**<br>)<br>) DATE AND TIME OF HEARING:<br>) March 25, 2021 @ 10:00 a.m.<br>)<br>) RESPONSE DEADLINE:<br>) March 24, 2021 by Noon<br>)<br>) _____<br>)<br>) **JOINT MOTION FOR ORDER APPROVING SALE OF REAL ESTATE:**<br>)<br>) DATE AND TIME OF HEARING:<br>) April 28, 2021 @ 11:00 a.m.<br>)<br>) RESPONSE DEADLINE:<br>) April 21, 2021<br>)<br>) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

    I, the undersigned, certify that I served, or caused to be served, on the 26th day of March, 2021, a copy of the ***1) Joint Motion for Order Approving Sale of Real Estate Free and Divested of Liens; 2) Order Scheduling Date for Response and Hearing on Motion; 3) Order dated March 12, 2021, and 4) Notice of Bid Procedures, Auction and Sale Hearing Date, and Deadline to Object to Sale Motion*** upon each of the following persons and parties in interest at the address shown on the attached list.

                                Respectfully submitted,

                                THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
            Michael P. Kruszewski, Esquire
            PA Id. No. 91239
            2222 West Grandview Boulevard
            Erie, Pennsylvania 16506-4508
            Telephone: 814-833-2222
            Facsimile: 814-833-6753
            E-Mail Address: mkruszewski@quinnfirm.com
            Counsel for Debtors

#1430469

The following parties were served via First Class Mail, Postage Pre-Paid:

Core Erie MOB LP
c/of Christopher M. Montgomery Esquire
Frost Brown Todd LLC
One Columbus Center
10 West Broad Street, Suite 2300
Columbus, OH  43215-3484

Core Erie MOB LP
c/of CT Corporation System
600 North 2nd Street
Suite 401
Harrisburg, PA 17101

#1430469