Case 20-10334-TPA    Doc 342    Filed 03/28/21    Entered 03/29/21 00:35:31    Desc
Imaged Certificate of Notice    Page 1 of 4

FILED
3/26/21 3:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|    Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|    Movant, | : Related to Doc. No. 283 |
| | : |
| v. | : |
| | : |
| NO RESPONDENT. | : |

## ORDER

AND NOW, this **26th** day of **March, 2021**, upon consideration of the Debtor's pending Motion to Approve Entry into New Commercial Lease, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

(1)    This Court finds that the Debtor has demonstrated that adequate business reasons exists to justify the Debtor's entry into the proposed Commercial Lease with Medical Associates of Erie for its lease of the real property and building located at 5442 Peach Street, Millcreek Township, Erie County, Pennsylvania 16509.

(2)    Under the proposed Commercial Lease, the initial term will commence on April 15, 2021, and extend for two years. Rent is fixed at $4,000.00 per month for the first term and, if the lease is renewed, will increase to $5,000.00 per month for the second two-year term and to $6,000.00 per month for the third and final two-year term.

(3)  The Court authorizes the debtor-in-possession to enter into the Commercial Lease attached to the motion as Exhibit A with Medical Associates of Erie.

_____
Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-10334-TPA
Joseph Martin Thomas  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 2
Date Rcvd: Mar 26, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

**Recip ID    Recipient Name and Address**
db      + Joseph Martin Thomas, c/of Tri-State Pain Institute, 2374 Village Common Drive, Erie, PA 16506-7201

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:

**Name    Email Address**

Andrew F Gornall
    on behalf of Interested Party Barbara Noonan andygornall@latouflawfirm.com

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Crystal H. Thornton-Illar
    on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com
    bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com

Gary V. Skiba
    on behalf of Interested Party Tri-State Pain Institute  LLC gskiba@marshlaw.com,
    DGeniesse@marshlaw.com;rose227@hotmail.com

Guy C. Fustine
    on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC mwernicki@kmgslaw.com,
    knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com

District/off: 0315-1 | User: culy | Page 2 of 2
Date Rcvd: Mar 26, 2021 | Form ID: pdf900 | Total Noticed: 1

Jill Locnikar
    on behalf of Creditor United States of America  Small Business Administration jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren Michaels
    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Mark G. Claypool
    on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael F.J. Romano
    on behalf of Interested Party TIAA Commercial Finance  Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael F.J. Romano
    on behalf of Creditor TIAA Commercial Finance  Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael P. Kruszewski
    on behalf of Debtor 2374 Village Common Drive LLC mkruszewski@quinnfirm.com knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;jiddings@quinnfirm.com

Michael P. Kruszewski
    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;jiddings@quinnfirm.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
    on behalf of Creditor Steven E. Ribbing rroteman@stonecipherlaw.com  cbeard@stonecipherlaw.com

Ronald B. Roteman
    on behalf of Creditor Kay B. Ribbing rroteman@stonecipherlaw.com  cbeard@stonecipherlaw.com

Salene R.M. Kraemer
    on behalf of Creditor WELLS FARGO BANK  N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com

TOTAL: 17