IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Chapter 11 Case No. 20-10334 TPA |
| ) | Related to Document No. 339 |
| JOSEPH MARTIN THOMAS, ) | |
| Debtor. ) | |

| | |
|---|---|
| In re: ) | Chapter 11 Case No. 21-10118 TPA |
| ) | Related to Document No. 76 |
| 2374 VILLAGE COMMON DRIVE, LLC, ) | |
| Debtor. ) | |

| | |
|---|---|
| JOSEPH MARTIN THOMAS, and 2374 VILLAGE COMMON DRIVE, LLC, ) | |
| Movants, ) | |
| ) | |
| vs. ) | |
| ) | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; UNITED STATES OF AMERICA, SMALL BUSINESS ADMINISTRATION; ERIE COUNTY TAX CLAIM BUREAU; MILLCREEK TOWNSHIP TAX COLLECTOR; UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE; TIAA COMMERCIAL FINANCE, INC.; NORTHWEST SAVINGS BANK, now known as NORTHWEST BANK; CORE ERIE MOB, L.P.; and JOSEPH C. KRAMER, ) | |
| Respondents. ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify that I served, or caused to be served, on the 29th day of March, 2021, a copy of the ***Order Approving Bidding Procedures*** upon each of the following persons and parties in interest at the address shown on the attached list.

        Respectfully submitted,

        THE QUINN LAW FIRM

BY:    /s/Michael P. Kruszewski
        Michael P. Kruszewski, Esquire
        PA Id. No. 91239
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506-4508
        Telephone: 814-833-2222
        Facsimile: 814-833-6753
        E-Mail Address: mkruszewski@quinnfirm.com
        Counsel for Debtors

#1430608

The following parties were served via the CM/ECF System and will not receive a paper copy of the filing:

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |
| Ronald B. Roteman, Esquire (Kay B. and Steven E. Ribbing) roteman@stonecipherlaw.com |

2374 Village Common Drive LLC
Case No. 21-10118 TPA
Service List

The following parties received notice via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the U.S. Trustee: ustpregion03.pi.ecf@usdoj.gov |
| Norma Hildenbrand, Esquire, Office of the U.S. Trustee: Norma.L.Hildenbrand@usdoj.gov |
| Salene R.M. Kraemer, Esquire, Wells Fargo Bank, N.A.: skraemer@bernsteinlaw.com |
| Michael F.J. Romano, Esquire, TIAA Commercial Finance, Inc.: mromano@rgalegal.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | Wells Fargo Bank, N.A.<br>c/of Steven Treadway<br>1620 Roseville Parkway, 1st Floor<br>Suite 100, MAC AI792-018<br>Roseville, CA  95661 |
| Wells Fargo Bank, National Association<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX  78251 | Salene Mazur Kraemer, Esquire<br>Bernstein-Burkley PC<br>707 Grant Street, Suite 2200<br>Gulf Tower<br>Pittsburgh, PA 15219 |
| United States of America<br>Small Business Administration<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406 | Anthony K. Arroyo, Esquire<br>District Counsel, Small Business Administration<br>660 American Avenue<br>Suite 301<br>King of Prussia, PA 19406 |
| Tami Perriello, Acting SBA Adminstrator<br>U.S. Small Business Administration<br>409 Third Street SW<br>Washington, DC  20024 | Major Clark, Acting Chief Counsel<br>U.S. Small Business Administration<br>409 Third Street SW<br>Washington, DC  20024 |

#1430608

| | |
|---|---|
| Peggy Delinois Hamilton, General Counsel<br>Office of General Counsel<br>U.S. Small Business Administration<br>409 Third Street SW<br>Washington, DC  20024 | Nina Levine<br>Deputy General Counsel<br>U.S. Small Business Administration<br>409 Third Street SW<br>Washington, DC  20024 |
| Attorney General of the United States<br>U.S. Dept. of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C.  20530 | United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION:  Civil Process Clerk<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street<br>Suite 4000<br>Pittsburgh, PA 15219 |
| United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION:  Civil Process Clerk<br>17 South Park Road, Suite A330<br>Erie, PA 16501 | Stephen R. Kaufman, Esquire<br>Acting U.S. Attorney for the Western District of PA<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 |
| Internal Revenue Service<br>ATTENTION:  Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Internal Revenue Service<br>1000 Liberty Avenue<br>Stop 711B<br>Pittsburgh, PA 15222-3714 |
| United States Internal Revenue Service<br>Special Procedures Division<br>P.O. Box 628<br>Bankruptcy Section<br>Pittsburgh, PA 15230 | Jill L. Locnikar, Esquire<br>U.S. Attorney's Office<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 |
| Pa. Dept. of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA  17128-0946 | Pa. Dept. of Revenue<br>4th & Walnut Street<br>Harrisburg, PA  17128 |
| Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA  15222 | Erie County Tax Claim Bureau<br>Erie County Courthouse<br>140 West Sixth Street, Room 110<br>Erie, PA 16501 |
| Millcreek Township Tax Collector<br>3608 West 26th Street<br>Erie, PA 16506 | Coldwell Banker Select, REALTORS<br>ATTENTION: Mark Hutchison and William Bucceri<br>2601 West 26th Street<br>Erie, PA 16506 |
| Core Erie MOB LP<br>c/of Christopher M. Montgomery Esquire<br>Frost Brown Todd LLC<br>One Columbus Center<br>10 West Broad Street, Suite 2300<br>Columbus, OH  43215-3484 | Northwest Savings Bank, now<br>Northwest Bank<br>100 Liberty Street<br>Drawer 128<br>Warren, PA 16365-0128 |
| Joseph C. Kramer<br>P.O. Box 8263<br>Erie, PA 16505 | Sherry Bauer<br>Sherry Bauer Real Estate Services<br>1315 Peninsula Drive<br>Erie, PA  16505 |

#1430608

| | |
|---|---|
| TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road, Suite 300<br>Chesterfield, MO  63017 | Michael F.J. Romana, Esquire<br>Ramano, Garubo, & Argentieri<br>P.O. Box 456<br>52 Newton Avenue<br>Woodbury, NJ  08096 |
| Core Erie MOB LP<br>c/of CT Corporation System<br>600 North 2nd Street<br>Suite 401<br>Harrisburg, PA 17101 | |

In addition to the foregoing parties, on the 30th day of March, 2021, copies of the Bid Procedures Orders were also served upon all parties who have shown any interest whatsoever in making a bid on the assets of the sale.  The identities of these parties are not being disclosed so that inquiries regarding the sale can remain confidential.  In addition to the Bid Procedures Orders, these parties were also served with copies of the Court's Orders/Notices to Bidders at Document No. 303 (Dr. Thomas, Case No. 20-10334 TPA) and Document No. 50 (2374 Village Common Drive LLC, Case No. 21-10118 TPA), as well as the Notice of Bid Procedures, Auction and Sale Hearing Date, and Deadline to Object to Sale Motion).

#1430608