FILED
4/5/21 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JOSEPH MARTIN THOMAS, | : | Case No: 20-10334-TPA |
| | : | |
| *Debtor(s)*, | : | Chapter 11 |
| | : | |
| | : | Related Doc. Nos. 347, 348 |
| | : | |
| | : | Hearing: April 22, 2021 at 10:00 AM |

**ORDER APPROVING DISCLOSURE STATEMENT,
SETTING DEADLINES AND
SCHEDULING HEARING ON PLAN CONFIRMATION**

*AND NOW*, this **5th** day of **April, 2021,** after the March 25, 2021 hearing on approval of the *Disclosure Statement to Accompany Plan Dated February 15, 2021* filed by the Debtor, and in light of the **Amended Disclosure Statement to Accompany Amended Plan Dated April 1, 2021** ("Amended Disclosure Statement") (Doc. 347) and the **Amended Plan of Reorganization Dated April 1, 2021** ("Amended Plan") (Doc. 348) filed as a result of the agreement of the Parties at the March 25th hearing, that the *Amended Disclosure Statement* contains adequate information,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  The *Amended Disclosure Statement* filed by the Debtor**,** dated April 1, 2021, is **APPROVED**.

(2)  **On or before April 8, 2021** the *Amended Disclosure Statement, Amended*

1

*Plan, Amended Plan Summary*, a copy of this *Order*, and a *Ballot* conforming to *Official Form No 14* shall be mailed to all creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in *Fed.R.Bankr.P. 3017(d)*.

    (3)    *April 16, 2021*, is the last day for:

        (a)    filing written ballots by creditors, either accepting or rejecting the plan referred to above, pursuant to *11 U.S.C. § 1126(a)*;

        (b)    filing claims not already barred by operation of law, rule or order of this Court; and,

        (c)    filing and serving written objections to confirmation of the plan, pursuant to *Fed.R.Bankr.P. 3020(b)(1)*.

    (4)    *April 22, 2021* is the last day for filing a complaint objecting to discharge, if applicable, pursuant to *Fed.R.Bankr.P. 4004(a)*.

    (5)    On *April 20, 2021*, the Plan Proponent shall file a *Summary* of the balloting referred to in Paragraph (3)(a), above.

    (6)    On *April 22, 2021,* at *10:00 A.M.* a plan confirmation hearing for the _ *Amended Plan* filed by the Plan Proponent at Document No. 348 is scheduled to be held by the **Zoom Video Conference Application.** The Parties must comply with **Judge Agresti's Temporary Modified Appearance Procedures** which can be found at http://www.pawb.uscourts.gov/sites/ default/files/pdfs/tpa-proc-appearances.pdf.

(7) *Initializing Zoom Hearing:* To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff Attorney Courtney Helbling at 814-464-9781.

_____ jlm
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Debtor
    Michael Kruszewski, Esq.

3

United States Bankruptcy Court

Western District of Pennsylvania

In re:    Case No. 20-10334-TPA
Joseph Martin Thomas    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: dpas    Page 1 of 2
Date Rcvd: Apr 05, 2021    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph Martin Thomas, c/of Tri-State Pain Institute, 2374 Village Common Drive, Erie, PA 16506-7201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Interested Party Barbara Noonan andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Crystal H. Thornton-Illar | on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com |
| Gary V. Skiba | on behalf of Interested Party Tri-State Pain Institute  LLC gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com |
| Guy C. Fustine | on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC mwernicki@kmgslaw.com, knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 2 of 2 |
| Date Rcvd: Apr 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Jill Locnikar
    on behalf of Creditor United States of America  Small Business Administration jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren Michaels
    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Mark G. Claypool
    on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael F.J. Romano
    on behalf of Interested Party TIAA Commercial Finance  Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael F.J. Romano
    on behalf of Creditor TIAA Commercial Finance  Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael P. Kruszewski
    on behalf of Debtor 2374 Village Common Drive LLC mkruszewski@quinnfirm.com knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;jiddings@quinnfirm.com

Michael P. Kruszewski
    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;jiddings@quinnfirm.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
    on behalf of Creditor Steven E. Ribbing rroteman@stonecipherlaw.com  cbeard@stonecipherlaw.com

Ronald B. Roteman
    on behalf of Creditor Kay B. Ribbing rroteman@stonecipherlaw.com  cbeard@stonecipherlaw.com

Salene R.M. Kraemer
    on behalf of Creditor WELLS FARGO BANK  N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com

TOTAL: 17