FILED
4/6/21 3:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOSEPH MARTIN THOMAS, ) | Bankruptcy Case No. 20-10334 TPA |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| ) | |
| ) | Document No. _____ |
| ) | |
| ) | Relates to Doc. No. 304, 347, 348, |
| ) | 349, 353 |
| ) | |
| ) | Hearing Date & Time: TBD |
| ) | |
| ) | Responses Due: TBD |

**JOINT SUPPLEMENTAL STIPULATION AND AGREED ORDER**

It is hereby stipulated and agreed by and between Steven E. Ribbing and Kay B. Ribbing (the "Ribbings") and the Debtor, as follows:

WHEREAS, by Order of Court entered February 23, 2021, the Ribbings were granted relief from the automatic stay to pursue malpractice claims against the Debtor, subject to the limitation that any recovery be limited to available insurance proceeds;

WHEREAS, on February 16, 2021, the Debtor filed a Disclosure Statement, Plan Summary and Plan dated February 15, 2021;

WHEREAS, by Order of Court entered March 15, 2021, this Court entered an Order that set forth that "[n]otwithstanding anything set forth in either the Disclosure Statement, Plan or any related documents, nothing therein, including without limitation any provision that requests or grants the Debtor a discharge, shall affect the Ribbing's rights to pursue their claims against the Debtor, subject to the limitation that any recovery be limited to available insurance proceeds"; and

WHEREAS, on April 1, 2021, the Debtor filed an amended Disclosure Statement, Plan Summary and Plan, each dated April 1, 2021.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. Each of the above recital clauses is incorporated herein by reference as though fully set forth in this paragraph 1.

2. Notwithstanding anything set forth in either the amended Disclosure Statement, Plan or any related documents, as well as any further documents that may further amend any terms of any affected Disclosure Statement, Plan, or Plan Summary, nothing therein, including without limitation any provision that requests or grants the Debtor a discharge, shall affect the Ribbing's rights to pursue their claims against the Debtor, subject to the limitation that any recovery be limited to available insurance proceeds.

Dated: April 5, 2021

STEVEN E. RIBBING AND KAY B. RIBBING

/S/ *Ronald B. Roteman*
Ronald B. Roteman, Esquire
PA ID No. 66809
**STONECIPHER LAW FIRM**
125 First Avenue
Pittsburgh, PA 15222
(412) 391-8510 phone
(412) 391-8522 fax

JOSEPH MARTIN THOMAS

/s/ *Michael P. Kruszewski*
Michael P. Kruszewski, Esquire
Quinn Law Firm
2222 West Grandview Boulevard
Erie, Pennsylvania 16506
Office: 814-833-2222 x. 1043
Direct: 814-314-1055 | Fax: 814-833-6753

Dated: April 6, 2021

_____    jlm
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-10334-TPA
Joseph Martin Thomas  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: nsha      Page 1 of 2
Date Rcvd: Apr 06, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Martin Thomas, c/of Tri-State Pain Institute, 2374 Village Common Drive, Erie, PA 16506-7201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Interested Party Barbara Noonan andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Crystal H. Thornton-Illar | on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com |
| Gary V. Skiba | on behalf of Interested Party Tri-State Pain Institute LLC gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com |
| Guy C. Fustine | on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute LLC mwernicki@kmgslaw.com, knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 2 of 2 |
| Date Rcvd: Apr 06, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Jill Locnikar
    on behalf of Creditor United States of America  Small Business Administration jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren Michaels
    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Mark G. Claypool
    on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael F.J. Romano
    on behalf of Interested Party TIAA Commercial Finance  Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael F.J. Romano
    on behalf of Creditor TIAA Commercial Finance  Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael P. Kruszewski
    on behalf of Debtor 2374 Village Common Drive LLC mkruszewski@quinnfirm.com knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;jiddings@quinnfirm.com

Michael P. Kruszewski
    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;jiddings@quinnfirm.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
    on behalf of Creditor Steven E. Ribbing rroteman@stonecipherlaw.com  cbeard@stonecipherlaw.com

Ronald B. Roteman
    on behalf of Creditor Kay B. Ribbing rroteman@stonecipherlaw.com  cbeard@stonecipherlaw.com

Salene R.M. Kraemer
    on behalf of Creditor WELLS FARGO BANK  N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com

TOTAL: 17