IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
|     Movant, | : |
| | : RELATED TO DOCUMENT NO. 327 |
| v. | : |
| | : DATE AND TIME OF HEARING: |
| THE KADA GALLERY, | : April 15, 2021 @ 10:00 a.m. |
|     Respondent. | : |
| | : RESPONSE DEADLINE: |
| | : April 8, 2021 |
| | : |
| | : |

## CERTIFICATION OF NO OBJECTION REGARDING
## AMENDED STIPULATION AND CONSENT ORDER REGARDING CLAIM NO. 25
## OF THE KADA GALLERY (Document No. 327)

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Amended Stipulation and Consent Order Regarding Claim No. 25 of the Kada Gallery filed March 24, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Amended Stipulation appears thereon. Pursuant to the Order Scheduling Date for Response and Hearing on Motion, objections to the Amended Stipulation were to be filed and served no later than April 8, 2021.

It is hereby respectfully requested that the Order attached to the Amended Stipulation be entered by the Court.

Dated: April 9, 2021

                            Respectfully submitted,

                            QUINN, BUSECK, LEEMHUIS, TOOHEY &
                            KROTO, INC.

                            BY:   */s/ Michael P. Kruszewski*
                                    Michael P. Kruszewski, Esquire
                                    PA Id. No. 91239
                                    The Quinn Law Firm
                                    2222 West Grandview Boulevard
                                    Erie, Pennsylvania 16506-4508
                                    Telephone: 814-833-2222
                                    Facsimile: 814-833-6753
                                    E-Mail: mkruszewski@quinnfirm.com
                                    Counsel for Debtor

#1433304