IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Chapter 11 Case No. 20-10334-TPA |
| ) | RELATED TO DOCUMENT NO. 294 |
| JOSEPH MARTIN THOMAS, ) | |
| Debtor. ) | |

| | |
|---|---|
| In re: ) | Chapter 11 Case No. 21-10118-TPA |
| ) | RELATED TO DOCUMENT NO. 28 |
| 2374 VILLAGE COMMON DRIVE, LLC, ) | |
| Debtor. ) | |

| | |
|---|---|
| JOSEPH MARTIN THOMAS, and 2374 VILLAGE COMMON DRIVE, LLC, ) | |
| Movants, ) | DATE AND TIME OF HEARING: |
| ) | April 28, 2021 @ 11:00 a.m. |
| vs. ) | |
| ) | |
| WELLS FARGO BANK, NATIONAL ) | RESPONSE DEADLINE: |
| ASSOCIATION; UNITED STATES OF AMERICA, ) | April 21, 2021 |
| SMALL BUSINESS ADMINISTRATION; ERIE ) | |
| COUNTY TAX CLAIM BUREAU; MILLCREEK ) | |
| TOWNSHIP TAX COLLECTOR; UNITED ) | |
| STATES OF AMERICA, INTERNAL REVENUE ) | |
| SERVICE; COMMONWEALTH OF ) | |
| PENNSYLVANIA, DEPARTMENT OF ) | |
| REVENUE; TIAA COMMERCIAL FINANCE, ) | |
| INC.; NORTHWEST SAVINGS BANK, NOW ) | |
| KNOWN AS NORTHWEST BANK; CORE ERIE ) | |
| MOB, L.P.; and JOSEPH C. KRAMER, ) | |
| Respondents. ) | |

**PROOF OF PUBLICATION**

Please find attached the Proof of Publication received from *The Buffalo News*.

Respectfully submitted,

THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mkruszewski@quinnfirm.com
Counsel for Debtors

#1434121

# THE BUFFALO NEWS

# -Affidavit-

Maureen Elardo of the City of Buffalo, New York, being duly sworn, deposes and says that he/she is Principal Clerk of THE BUFFALO NEWS INC., Publisher of THE BUFFALO NEWS, a daily newspaper, or The Sun, a weekly newspaper, or the Pennysaver, a weekly shopper published in Buffalo NY. A notice was inserted and published therein 1 times, the first insertion being on **04/05/2021** and the last insertion being on **04/05/2021**

*Maureen Elardo* (signature)

Dates Ad Ran:

Buffalo News (P1)   04/05/21

Sworn to before me this 5th day of April 2021

*Debra M. Palkowski* (signature)
Notary Public, Erie County, New York

DEBRA M. PALKOWSKI
Notary Public - State of New York
No. 01PS4955693
Qualified in Erie County
My Commission Expires Sept. 5, 2021

Ad ID:   1622762

# THE BUFFALO NEWS

## -Receipt-

| | |
|---|---|
| Date: | 04/05/21 |
| Account #: | 605650 |
| Company Name: | Quinn Law Firm |
| Contact: | Melissa Boni |
| Address: | 2222 West Grandview Boulevard<br>Erie, PA 16506 |
| Telephone: | (814) 833-2222 |
| Fax: | |

| | |
|---|---|
| Ad ID: | 1622762 |
| Run Dates: | 04/05/21 to 04/05/21 |
| OC_Flag3: | N |
| # of Inserts: | 1 |
| Columns wide: | 1 |
| Total # of Lines: | 60 |
| Total Cost: | $494.00 |
| Ad Class: | 764 |
| Account Rep: | Maureen Elardo |
| Phone # | (716) 856-5555 |
| Email: | melardo@buffnews.com |

**Payments:**

| Method | Card Type | Name on Card | Last 4 Digits | Expire Date | Check Number | Amount Paid |
|---|---|---|---|---|---|---|
| CC | VISA | | 1642 | | | $494.00 |

| | |
|---|---|
| Gross: | $494.00 |
| Paid Amount: | - $494.00 |
| Amount Due: | $0.00 |

---

**Your ad**

<u>BANKRUPTCY SALE NOTICE</u>
United States Bankruptcy Court, Western District of Pennsylvania

In Re: 2374 VILLAGE COMMON DRIVE LLC
CASE NO. 21-10118 TPA
Asset to be Sold: State of the art medical building located at 2374 Village Common Drive, Erie, Pennsylvania, Tax Index No. 33-123-418.0-034.00

In Re: JOSEPH MARTIN THOMAS
CASE NO. 20-10334 TPA
Asset to be Sold: Adjacent Vacant Land, Lot 15, (2368) Village Common Drive, Erie, Pennsylvania, Tax Index No. 33-123-418.0-034.01

Date of Sale: April 28, 2021 at 11:00 a.m. to be held via the Zoom Video Conferencing Application. See Bid Procedures for more details.
Objections to Sale Due By: April 21, 2021
Initial Offer: $3,150,000.00

*Higher and better offers will be considered at the hearing from Qualified Bidders. See Bid Procedures for requirements.*

Contact Person:
Michael P. Kruszewski, Esquire

The Quinn Law Firm
2222 West Grandview Blvd.
Erie, PA 16506
(814)833-2222
mkruszewski@quinnfirm.com

*Further information regarding this sale may be found on the Court's EASI Website: http://www.pawb.uscourts.gov/easi.htm.*