IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOSEPH MARTIN THOMAS,<br>      Debtor. | )<br>)<br>)<br>) Chapter 11 Case No. 20-10334-TPA<br>) RELATED TO DOCUMENT NO. 294 |
| In re:<br><br>2374 VILLAGE COMMON DRIVE, LLC,<br>      Debtor. | )<br>)<br>)<br>) Chapter 11 Case No. 21-10118-TPA<br>) RELATED TO DOCUMENT NO. 28 |
| JOSEPH MARTIN THOMAS, and 2374 VILLAGE COMMON DRIVE, LLC,<br>      Movants,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; UNITED STATES OF AMERICA, SMALL BUSINESS ADMINISTRATION; ERIE COUNTY TAX CLAIM BUREAU; MILLCREEK TOWNSHIP TAX COLLECTOR; UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE; TIAA COMMERCIAL FINANCE, INC.; NORTHWEST SAVINGS BANK, NOW KNOWN AS NORTHWEST BANK; CORE ERIE MOB, L.P.; and JOSEPH C. KRAMER,<br>      Respondents. | )<br>)<br>)<br>) DATE AND TIME OF HEARING:<br>) April 28, 2021 @ 11:00 a.m.<br>)<br>)<br>) RESPONSE DEADLINE:<br>) April 21, 2021<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROOF OF PUBLICATION**

    Please find attached the Proof of Publication received from *Erie Times News.*

                          Respectfully submitted,

                          THE QUINN LAW FIRM

                          BY:   /s/Michael P. Kruszewski
                                    Michael P. Kruszewski, Esquire
                                    PA Id. No. 91239
                                    2222 West Grandview Boulevard
                                    Erie, Pennsylvania 16506-4508
                                    Telephone: 814-833-2222
                                    Facsimile: 814-833-6753
                                    mkruszewski@quinnfirm.com
                                    Counsel for Debtors

#1434620

# PROOF OF PUBLICATION
## In
## THE ERIE TIMES-NEWS

### COMBINATION EDITION

QUINN BUSECK LEEMHUIS TOOHEY
2222 W GRANDVIEW BLVD
ERIE PA   16506-4508

REFERENCE:    130799      429973
BANKRUPTCY SALE NOTICE United States

STATE OF PENNSYLVANIA)
COUNTY OF ERIE ) SS:
Lorri Stefanelli, being duly sworn, deposes and says that: (1) he/she is a designated agent of the Times Publishing Company (TPC) to execute Proofs of Publication on behalf of the TPC; (2) the TPC, whose principal place of business is at 205 W. 12th Street, Erie, Pennsylvania, owns and publishes the Erie Times-News, established October 2, 2000, a daily newspaper of general circulation, and published at Erie, Erie County Pennsylvania; (3) the subject notice or advertisement, was published in the regular edition(s) of said newspaper on the date(s) referred to below. Affiant further deposes that he/she is duly authorized by the TPC, owner and publisher of the Erie Times-News, to verify the foregoing statement under oath, and affiant is not interested in the subject matter of the aforesaid notice or advertisement, and that all allegations in the foregoing statement as to time, place and character of publication are true.

PUBLISHED ON: 04/05/21

TOTAL COST: $175.10     AD SPACE: 42 Lines

FILED ON: 04/05/21

---

**BANKRUPTCY SALE NOTICE**
United States Bankruptcy Court, Western District of Pennsylvania
In Re: 2374 VILLAGE COMMON DRIVE LLC
CASE NO. 21-10118 TPA
Asset to be Sold: State of the art medical building located at 2374 Village Common Drive, Erie, Pennsylvania, Tax Index No. 33-123-418.0-034.00
In Re: JOSEPH MARTIN THOMAS
CASE NO. 20-10334 TPA
Asset to be Sold: Adjacent Vacant Land, Lot 15, (2368) Village Common Drive, Erie, Pennsylvania, Tax Index No. 33-123-418.0-034.01
Date of Sale: April 28, 2021 at 11:00 a.m. to be held via the Zoom Video Conferencing Application. See Bid Procedures for more details.
Objections to Sale Due By: April 21, 2021
Initial Offer: $3,150,000.00
Higher and better offers will be considered at the hearing from Qualified Bidders. See Bid Procedures for requirements.
Contact Person: Michael P. Kruszewski, Esquire
The Quinn Law Firm
2222 West Grandview Blvd.
Erie, PA 16506
(814)833-2222
mkruszewski@quinnfirm.com
Further information regarding this sale may be found on the Court's EASI Website: http://www.pawb.uscourts.gov/easi.htm.
(4-429973-NT-5)

---

Sworn to and subscribed before me this 7th day of April 2021

Affiant: _Lorri Stefanelli_

NOTARY: _Barbara J. Moore_

Commonwealth of Pennsylvania - Notary Seal
Barbara J. Moore, Notary Public
Erie County
My commission expires March 23, 2024
Commission number 1114860
Member, Pennsylvania Association of Notaries