FILED
4/12/21 10:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. |
| | : AGRESTI |
| JOSEPH MARTIN THOMAS, | : |
| | : CHAPTER 11 |
|     Movant, | : |
| | : DOC. NO. ____ |
| v. | : |
| | : RELATED TO DOC. NO. 327 |
| THE KADA GALLERY, | : |
| | : |
|     Respondent. | : |
| | : |

**AMENDED STIPULATION AND CONSENT ORDER**
**REGARDING CLAIM NO. 25 OF THE KADA GALLERY**

The Debtor, Joseph Martin Thomas (hereinafter the "Debtor"), and the Respondent, The KADA Gallery (the "KADA", and together, the "Parties" or individually "Party"), by and through their respective undersigned counsel, hereby file this *Amended Stipulation and Consent Order regarding Claim No. 25 of the KADA Gallery* pursuant to, *inter alia*, 11 U.S.C. § 502(a) (the "Stipulation"), in support of which the following is a statement:

RECITALS

1. On May 6, 2020 (the "Petition Date"), the Debtor filed his petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Pennsylvania at the above-captioned Case No. (the "Bankruptcy Case").

#1429762

1

2. The Debtor continues in the management of his business and property as a Debtor-in-Possession pursuant to §§1107 and 1108 of the Bankruptcy Code. No examiner or trustee has been appointed.

3. Prior to the Petition Date, the Debtor regularly purchased artwork from KADA.

4. On September 15, 2020, KADA filed a secured proof of claim in the amount of $185,595.33 at Claim No. 25 (the "Claim") in the Bankruptcy Case for artwork that the Debtor purchased but remained unpaid.

5. Some of this artwork remains in possession of KADA and the balance of the artwork has been identified as being in the Debtor's possession. Attached as Exhibit "A" to this Stipulation is a spreadsheet of the artwork setting forth to the best of the parties' information, which Party hereto has possession of each piece of artwork and the valuation thereof based on the purchase price of each piece of artwork. [1]

6. After reviewing the merits of the Claim, the Debtor and KADA, through their respective undersigned counsel, have engaged in *bona fide* discussions in an effort to reach an amicable resolution to the Claim based on their respective positions.

7. As a result of those good faith negotiations, the Debtor, in exercising his sound business judgment, and KADA have reached an agreement, subject to approval by this Honorable Court, regarding the Claim.

---

[1] Exhibit "A" identifies all artwork in the Debtor's possession that has an outstanding balance owed to KADA. The Debtor has additional artwork in his possession that the Debtor purchased from KADA that has been paid in full, and that artwork is not all identified on Exhibit "A". Exhibit "A" is complete to the best of both Parties' knowledge. The former owner of KADA who most often worked with the Debtor passed away. The current owner used the invoices, ledgers, and other documentation to compile the list set forth on Exhibit "A," and this list was checked against the Debtor's records and revised accordingly.

#1429762

2

## AGREEMENT

NOW THEREFORE, in consideration of the foregoing, the Parties hereto stipulated and agree as follows:

a. Claim No. 25 filed by KADA in the amount of $185,595.33 is hereby DISALLOWED in its entirety.

b. KADA shall maintain ownership of any artwork currently in its possession that was purchased by the Debtor in satisfaction of its claim, including but not limited to the artwork set forth on Exhibit "A, "which totals approximately $78,780.98. The Debtor will have no claims to or against any of the artwork in KADA's possession.

c. Any purported secured interest in artwork in the Debtor's possession that was purchased from KADA is hereby SATISFIED, and the Debtor will remain in possession and retain ownership of any such artwork currently in his possession, including but not limited to the artwork set forth on Exhibit "A", which totals approximately $179,456.27. The Parties hereby mutually agree to a general release of all claims, rights, and causes of action associated with the artwork.

#1429762

**AGREED TO BY**:

| THE QUINN LAW FIRM | LEECH TISHMAN FUSCALDO & LAMPL, LLC |
|---|---|

By    /s/ Michael P. Kruszewski
   Michael P. Kruszewski, Esquire
   Pa. I.D. No. 91239
   2222 West Grandview Boulevard
   Erie, PA 16506-4508
   Telephone: (814) 833-2222
   Fax: (814) 833-6753
   Email: mkruszewski@quinnfirm.com

   Attorneys for the Debtor, Joseph Martin Thomas

By    /s/ Crystal H. Thornton-Illar
   Crystal H. Thornton-Illar, Esquire
   Pa I.D. No. 93003
   525 William Penn Place, 28th Floor
   Pittsburgh, PA 15219
   T: 412.261.1600
   F: 412.227.5551
   Email: cthornton-Illar@leechtishman.com

   Attorneys for the Respondent, The KADA Gallery

Dated: March 24, 2021

By:    /s/ Joseph M. Thomas
   Joseph M. Thomas, M.D.

By:    /s/ Kathleen DeAngelo
   Kathleen DeAngelo, owner,
   KADA Gallery

SO ORDERED, THIS 12th DAY OF _____April_____, 2021 BY:

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

#1429762

4

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joseph Martin Thomas  
    Debtor

Case No. 20-10334-TPA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: bsil     Page 1 of 2  
Date Rcvd: Apr 12, 2021     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph Martin Thomas, c/of Tri-State Pain Institute, 2374 Village Common Drive, Erie, PA 16506-7201 |
| 15238716 | + KADA Gallery, 2632 West Eighth Street, Erie, PA 16505-4021 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2021 at the address(es) listed below:

**Name**      **Email Address**

Andrew F Gornall  
    on behalf of Interested Party Barbara Noonan andygornall@latouflawfirm.com

Brian Nicholas  
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Crystal H. Thornton-Illar  
    on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com  
    bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com

Gary V. Skiba  
    on behalf of Interested Party Tri-State Pain Institute  LLC gskiba@marshlaw.com,  
    DGeniesse@marshlaw.com;rose227@hotmail.com

Guy C. Fustine  
    on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC mwernicki@kmgslaw.com,  
    knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com

| | | |
|---|---|---|
| District/off: 0315-1 | User: bsil | Page 2 of 2 |
| Date Rcvd: Apr 12, 2021 | Form ID: pdf900 | Total Noticed: 2 |

Jill Locnikar
    on behalf of Creditor United States of America  Small Business Administration jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren Michaels
    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Mark G. Claypool
    on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael F.J. Romano
    on behalf of Interested Party TIAA Commercial Finance  Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael F.J. Romano
    on behalf of Creditor TIAA Commercial Finance  Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael P. Kruszewski
    on behalf of Debtor 2374 Village Common Drive LLC mkruszewski@quinnfirm.com knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;jiddings@quinnfirm.com

Michael P. Kruszewski
    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;jiddings@quinnfirm.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
    on behalf of Creditor Steven E. Ribbing rroteman@stonecipherlaw.com  cbeard@stonecipherlaw.com

Ronald B. Roteman
    on behalf of Creditor Kay B. Ribbing rroteman@stonecipherlaw.com  cbeard@stonecipherlaw.com

Salene R.M. Kraemer
    on behalf of Creditor WELLS FARGO BANK  N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com

TOTAL: 17