# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Thomas, Joseph Martin

**Case No. 20-10334-TPA**

**Reporting Period:** _3/1/21 - 3/31/21_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
**File with Court and submit copy to United States Trustee within 14 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | X | |
| Debtor Questionnaire | MOR- 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____          _____4/14/21_____
Signature of Debtor                                          Date

_____          _____
Signature of Joint Debtor                                 Date

_____Linda Erven_____                          _____4/14/21_____
Signature of Preparer                                      Date

_____LINDA ERVEN_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Thomas, Joseph Martin

Debtor

Case No. 20-10334-TPA

Reporting Period: _3/1/21 – 3/31/21_

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 52,263.65 | 59,973.43 |
| **RECEIPTS** | | |
| Wages (Net) | 30,000.00 | 315,000.00 |
| **Interest and Dividend Income** | .35 | 3.42 |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,797.90 | 24,556.50 |
| Sale of Assets | | 299,900.00 |
| Other Income (attach schedule) | | |
| **Total Receipts** | 32,798.25 | 639,459.92 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | 244,893.17 |
| Rental Payment(s) | 800.00 | 9,025.00 |
| **Other Secured Note Payments** | | |
| Utilities | 428.33 | 7,118.61 |
| Insurance | 1,028.34 | 13,321.49 |
| Auto Expense | 2,045.44 | 27,811.01 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 480.00 | 12,827.25 |
| Medical Expenses | 629.89 | 6,499.92 |
| Household Expenses | 2,179.75 | 20,592.30 |
| Charitable Contributions | | 25.00 |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | 5,763.34 |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | 5,100.00 | 156,038.00 |
| Travel and Entertainment | | 0.00 |
| Gifts | | 3,910.00 |
| Other (attach schedule) | 339.53 | 29,859.31 |
| Total Ordinary Disbursements | 13,031.28 | 537,684.40 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 3,383.33 |
| U. S. Trustee Fees | | 6,500.00 |
| Other Reorganization Expenses (attach schedule) | 5,000.00 | 84,835.00 |
| Total Reorganization Items | 5,000.00 | 94,718.33 |
| **Total Disbursements (Ordinary + Reorganization)** | 18,031.28 | 632,402.73 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 14,766.97 | 7,057.19 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 67,030.62 | 67,030.62 |

FORM MOR-1(INDV)
(9/99)

Thomas, Joseph Martin

Debtor

Case No. 20-10334-TPA

Reporting Period: _3/1/21 - 3/31/21_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| FEDERAL INCOME TAX | | 96,624.00 |
| STATE AND LOCAL INCOME TAXES | | 15,576.00 |
| LOCAL SERVICES TAX | | 39.00 |
| FEDERAL INCOME TAX (PRE-PETITION DEBT) | 4,600.00 | 36,800.00 |
| STATE INCOME TAX (PRE-PETITION DEBT) | 500.00 | 4,000.00 |
| REAL ESTATE TRANSFER TAX | | 2,999.00 |
| **Other Ordinary Disbursements** | | |
| SUBSCRIPTIONS (NEWSPAPERS/SIRIUS) | 86.00 | 2,461.67 |
| CHECK PRINTING / BANK FEES | 12.00 | 168.20 |
| BOOKS / DOWNLOADS | 98.43 | 1,284.09 |
| FLORIST | 143.10 | 1,362.10 |
| DONATION (NON-CHARITABLE) | | 250.00 |
| PROFESSIONAL ADMIN FEES | | 19,583.25 |
| SEWER TAP-IN FEE | | 4,750.00 |
| **Other Reorganization Expenses** | | |
| ESCROW - QUINN LAW FIRM | 5,000.00 | 84,810.00 |
| CREDIT COUNSELING FEES | | 25.00 |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Thomas, Joseph Martin

Debtor

Case No. 20-10334-TPA

Reporting Period: _3/1/21 - 3/31/21_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 17,568.00 | 8,784.00 | | | | 26,352.00 |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
|   Total Federal Taxes | 17,568.00 | 8,784.00 | | | | 26,352.00 |
| **State and Local** | | | | | | |
| Withholding | 2,832.00 | 1,416.00 | | | | 4,248.00 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | 2,832.00 | 1,416.00 | | | | 4,248.00 |
| **Total Taxes** | 20,400.00 | 10,200.00 | | | | 30,600.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 716.00 | | | | | 716.00 |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | 716.00 | | | | | 716.00 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.
FROM ONGOING INCOME WHEN RECEIVED TWICE EACH MONTH.

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Thomas, Joseph Martin                                              **Case No. 20-10334-TPA**

Debtor                                          **Reporting Period:** _3/1/21 - 3/31/21_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | _N/A_ |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | _N/A_ |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below.  _AS PROVIDED TO US TRUSTEE_ | X | |

FORM MOR-5
(9/99)

# Standard Checking Statement

PNC Private Banking

⊘ PNC BANK

Primary account number [REDACTED] 3191
Page 1 of 2
Number of enclosures: 0

**For the period 03/04/2021 to 04/05/2021**

002056                          000004144   UZ
JOSEPH THOMAS MD  CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.

☎ Inquiries? Call PNC Private Banking 1-888-762-6226
   For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-762-6226

✉ Write to: PNC Private Banking
   PO Box 609
   Pittsburgh PA 15230-9738

Visit us at PNC.com

## Standard Checking Account Summary

Account number: [REDACTED] 3191

JOSEPH THOMAS MD  CASE# 20-10334
DEBTOR IN POSSESSION

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 20,400.00 | 10,200.00 | .00 | 30,600.00 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 27,200.00 | .00 |

## Activity Detail

### Deposits and Other Additions

There were 2 Deposits and Other Additions
totaling **$10,200.00.**

| Date | Amount | Description |
|---|---|---|
| 03/08 | 5,100.00 | Online Transfer From [REDACTED] |
| 03/22 | 5,100.00 | Online Transfer From [REDACTED] |

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/04 | 20,400.00 | 03/08 | 25,500.00 | 03/22 | 30,600.00 |

391526B5.2

COLR5601A 1116 5D0B 127 07 20210406 PG 1 OF 1 00004144

## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:

* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

**Compare:** The activity detail section of your statement to your account register.

**Check Off:** All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.)

**Add to Your Account Register Balance:** Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register.

**Subtract From Your Account Register Balance:** Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register.

## Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total A** |  |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total B** |  |

**Step 3:**

Enter the ending balance recorded on your statement   $ _____

Add deposits and other additions not recorded   Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded   Total B - $ _____

The result should equal your account register balance   = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC                    Equal Housing Lender

# Performance Select Statement

**⊘ PNC BANK**

PNC Private Banking

**For the period 03/06/2021 to 04/07/2021**

000009                    000004494   UZ
JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

Primary account number ▮▮▮6352
Page 1 of 7
Number of enclosures: 0

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

☎ Inquiries? Call PNC Private Banking 1-888-762-6226
For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-762-6226

✉ Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## IMPORTANT INFORMATION REGARDING SAFE DEPOSIT BOX DISCOUNTS

The information below amends certain information in our Consumer Schedule of Service Charges and Fees (Schedule) and our Virtual Wallet Features and Fees (Schedule). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective June 14, 2021, the Safe Deposit Box discount will be decreased from $100 to $50 for Performance Select Checking and Virtual Wallet Performance Select customers and from $10 to $0 for Performance Checking and Virtual Wallet with Performance Spend customers. In addition, all Safe Deposit Box annual fees will increase by 10%.

If you have any questions, please feel free to visit your local PNC Branch or Solution Center or call the Customer Care Center at 1-888-762-2265.

## Performance Select
## Interest Checking Account Summary

JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION

**Account number** ▮▮▮6352

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 17,324.35 | 32,492.33 | 34,240.03 | 15,576.65 |
| | | Average monthly balance | Charges and fees |
| | | 13,529.88 | 12.00 |

### Transaction Summary

| Checks paid/ withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 22 | 7 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 4 | 4 | 0 |

COLBS01A 1116 5808 127 07 20210408 PG 1 OF 4 00004494    39171775.2    8-0



# Performance Select Statement

💻 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

JOSEPH M THOMAS MD CASE# 20-10334

Account number ███████6352 - continued

Primary account number: ████6352

Page 2 of 7

## Interest Summary

| | Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|---|
| | 0.01% | 33 | 13,457.40 | .12 |

As of 04/07, a total of **$.48** in interest was paid this year.

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 03/16 | 15,000.00 | Deposit Reference No. 030980973 |
| 03/24 | 2,492.21 | Deposit Reference No. 030439092 |
| 04/06 | 15,000.00 | Deposit Reference No. 030484010 |
| 04/07 | .12 | Interest Payment |

There were 4 Deposits and Other Additions totaling **$32,492.33**.

### Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|
| 3879 | 500.00 | 03/24 | 077153161 | 3936 * | 5,000.00 | 03/19 | 072661208 |
| 3908 * | 500.00 | 03/24 | 077153160 | 3937 | 200.00 | 03/24 | 077835281 |
| 3915 * | 14.00 | 04/06 | 030484013 | 3938 | 350.00 | 03/22 | 075330248 |
| 3917 * | 310.00 | 04/05 | 073860393 | 3939 | 24.00 | 03/25 | 070214452 |
| 3918 | 832.80 | 03/08 | 074715208 | 3940 | 117.70 | 03/26 | 072043416 |
| 3925 * | 43.00 | 03/09 | 077024333 | 3941 | 47.45 | 03/26 | 071314600 |
| 3928 * | 200.00 | 03/10 | 070509700 | 3943 * | 14.00 | 04/06 | 030484014 |
| 3929 | 200.00 | 03/11 | 071362302 | 3944 | 449.05 | 03/29 | L074239129 |
| 3930 | 200.00 | 03/15 | 076121905 | 3945 | 200.00 | 03/30 | 075000165 |
| 3933 * | 86.00 | 03/18 | 071527846 | 3947 * | 172.00 | 04/01 | 077476385 |
| 3934 | 4,600.00 | 03/29 | 074412764 | 3949 * | 200.00 | 04/06 | 075390484 |

* Gap in check sequence

There were 22 checks listed totaling **$14,260.00**.

### Banking/Debit Card Withdrawals and Purchases

| Date | Amount | Description |
|---|---|---|
| 03/08 | 39.20 | 1794 Recurring Debit Card Apple.Com/Bill |
| 03/11 | 41.31 | 1794 Recurring Debit Card Apple.Com/Bill |
| 03/12 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 03/19 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 03/23 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 03/23 | .99 | 1794 Recurring Debit Card Apple.Com/Bill |
| 03/26 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 03/30 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 04/02 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 04/06 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 04/07 | 34.97 | 1794 Recurring Debit Card Apple.Com/Bill |

There were 4 Banking Machine withdrawals totaling **$1,600.00**.

There were 7 other Banking Machine/Debit Card deductions totaling **$125.98**.

### Online and Electronic Banking Deductions

| Date | Amount | Description |
|---|---|---|
| 03/08 | 5,100.00 | Online Transfer To ███████ |
| 03/19 | 65.15 | Payment,E-Check Check Pymt Penelec 3931 |
| 03/22 | 215.75 | Payment,E-Check Check Pymt Charter Midwest 3932 |
| 03/22 | 5,100.00 | Online Transfer To ███████ |
| 03/25 | 168.94 | Payment,E-Check Checkpaymt Natfuel Box 4103 3942 |
| 04/07 | 5,100.00 | Online Transfer To ███████ |

There were 6 Online or Electronic Banking Deductions totaling **$15,749.84**.

000013125-B

# Performance Select Statement

⊘ PNC BANK

**For the period 03/06/2021 to 04/07/2021**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ████6352
Page 3 of 7

💻 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

Account number ████ 6352 - continued

## Other Deductions

There were 2 Other Deductions totaling **$2,504.21**.

| Date | Amount | Description | |
|------|--------|-------------|---|
| 03/29 | 2,492.21 | Ret Dep Item | 100487 |
| 03/30 | 12.00 | Return Of Deposited Item Fee | |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 03/06 | 17,324.35 | 03/15 | 10,268.04 | 03/24 | 15,339.19 | 04/02 | 6,252.67 |
| 03/08 | 11,352.35 | 03/16 | 25,268.04 | 03/25 | 15,146.25 | 04/05 | 5,942.67 |
| 03/09 | 11,309.35 | 03/18 | 25,182.04 | 03/26 | 14,581.10 | 04/06 | 20,711.50 |
| 03/10 | 11,109.35 | 03/19 | 19,716.89 | 03/29 | 7,039.84 | 04/07 | 15,576.65 |
| 03/11 | 10,868.04 | 03/22 | 14,051.14 | 03/30 | 6,824.67 | | |
| 03/12 | 10,468.04 | 03/23 | 14,046.98 | 04/01 | 6,652.67 | | |



# Performance Select Statement

💻 For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 03/06/2021 to 04/07/2021**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number ████-6352
Page 4 of 7

## Check Images





| 3879 | $500.00 | 03/24/2021 |
| 3908 | $500.00 | 03/24/2021 |
| 3915 | $14.00 | 04/06/2021 |
| 3917 | $310.00 | 04/05/2021 |
| 3918 | $832.80 | 03/08/2021 |
| 3925 | $43.00 | 03/09/2021 |
| 3928 | $200.00 | 03/10/2021 |
| 3929 | $200.00 | 03/11/2021 |
| 3930 | $200.00 | 03/15/2021 |
| 3933 | $86.00 | 03/18/2021 |

Check Images continued on next page

# Performance Select Statement

## PNC BANK

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

For the period 03/06/2021 to 04/07/2021
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number ████6352
Page 5 of 7

## Check Images - *continued*



| | | |
|---|---|---|
| 3934 | $4,600.00 | 03/29/2021 |
| 3936 | $5,000.00 | 03/19/2021 |
| 3937 | $200.00 | 03/24/2021 |
| 3938 | $350.00 | 03/22/2021 |
| 3939 | $24.00 | 03/25/2021 |
| 3940 | $117.70 | 03/26/2021 |
| 3941 | $47.45 | 03/26/2021 |
| 3943 | $14.00 | 04/06/2021 |
| 3944 | $449.05 | 03/29/2021 |
| 3945 | $200.00 | 03/30/2021 |

Check Images continued on next page



# Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 03/06/2021 to 04/07/2021**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ████6352
Page 6 of 7

---

## Check Images - *continued*



| 3947 | $172.00 | 04/01/2021 |



| 3949 | $200.00 | 04/06/2021 |

With PNC Online Banking, you can view, print and save up to the most recent 90 days of your canceled checks - front and back - FREE of charge. Please contact us for additional options.

## Reviewing Your Statement

PNC BANK

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

### Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement     $ _____

Add deposits and other additions not recorded    Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance     = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC

 Equal Housing Lender



# Performance Select Statement

PNC Private Banking

 PNC BANK

**For the period 03/06/2021 to 04/07/2021**

001797                              000004501    UZ
JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

Primary account number     6807
Page 1 of 3
Number of enclosures: 0

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

Inquiries? Call PNC Private Banking 1-888-762-6226
For Customers who are Deaf or Hard of Hearing

TDD terminal: 1-800-531-1648
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-762-6226

✉ Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## IMPORTANT ACCOUNT INFORMATION FOR ALL CONSUMER SAVINGS & MONEY MARKET CUSTOMERS

The information below amends certain information in our Consumer Schedule of Service Charges and Fees (Schedule) and our Virtual Wallet Features and Fees (Schedule). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective June 13, 2021, the Transaction Limit Fee will be $3.00 per transaction in excess of the permissible number of transactions from a savings or money market account within the monthly service charge period.

If you make more than a total of six (6) transfers each service charge period from a savings or money market account to other accounts (including transfers to another account for overdraft protection) or to third parties by check, through point-of sale purchase transactions or similar debit card transactions, by pre-authorized or automatic agreements, telephone, online or similar order payable to a third person, fees will apply. See your account agreement and fee schedule for more information. Other limits may apply to your account. We reserve the right to suspend enforcement of these transaction limitations, at our discretion.

If you have any questions, please feel free to visit your local PNC Branch or Solution Center or call the Customer Care Center at 1-888-762-2265.

## Performance Select
## Premium Money Market Account Summary

JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION

Account number     6807

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 30,513.17 | 2,798.19 | .00 | 33,311.36 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 32,004.95 | .00 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 33 | 32,004.95 | .29 |

As of 04/07, a total of **$.95** in interest was paid this year.

# Performance Select Statement

💻 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

**For the period 03/06/2021 to 04/07/2021**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number ████6807
Page 2 of 3

**Account number:** ████ 6807 - continued

## Activity Detail

## Deposits and Other Additions

There were 3 Deposits and Other Additions totaling **$2,798.19**.

| Date | Amount | Description |
|------|--------|-------------|
| 03/12 | 605.00 | Direct Deposit - Xxsoc Sec SSA Treas ████ |
| 03/24 | 2,192.90 | Direct Deposit - Xxsoc Sec SSA Treas ████ |
| 04/07 | .29 | Interest Payment |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 03/06 | 30,513.17 | 03/12 | 31,118.17 | 03/24 | 33,311.07 | 04/07 | 33,311.36 |

000013133-B

 **PNC BANK**

## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

**Compare:**  The activity detail section of your statement to your account register.

**Check Off:**  All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.)

**Add to Your Account Register Balance:**  Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register.

**Subtract From Your Account Register Balance:**  Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register.

### Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total A** |  |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total B** |  |

**Step 3:**
Enter the ending balance recorded on your statement    $ _____
Add deposits and other additions not recorded    Total A + $ _____

Subtotal = $ _____
Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance    = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC     Equal Housing Lender    

1:08 PM

04/14/21

**Joseph M. Thomas**

## Reconciliation Summary

**10003 · PNC Checking (Escrow) -3191, Period Ending 04/05/2021**

|  | Apr 5, 21 |
|---|---|
| Beginning Balance | 20,400.00 |
| Cleared Transactions | |
| Deposits and Credits - 2 items | 10,200.00 |
| Total Cleared Transactions | 10,200.00 |
| Cleared Balance | **30,600.00** |
| Register Balance as of 04/05/2021 | 30,600.00 |
| New Transactions | |
| Deposits and Credits - 1 item | 5,100.00 |
| Total New Transactions | 5,100.00 |
| Ending Balance | **35,700.00** |

1:08 PM

04/14/21

# Joseph M. Thomas
## Reconciliation Detail
### 10003 · PNC Checking (Escrow) -3191, Period Ending 04/05/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 20,400.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 2 items** | | | | | | |
| Check | 03/08/2021 | 0 | Joseph M. Thomas | X | 5,100.00 | 5,100.00 |
| Check | 03/22/2021 | 0 | Joseph M. Thomas | X | 5,100.00 | 10,200.00 |
| Total Deposits and Credits | | | | | 10,200.00 | 10,200.00 |
| Total Cleared Transactions | | | | | 10,200.00 | 10,200.00 |
| Cleared Balance | | | | | 10,200.00 | 30,600.00 |
| Register Balance as of 04/05/2021 | | | | | 10,200.00 | 30,600.00 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 04/07/2021 | 0 | Joseph M. Thomas | | 5,100.00 | 5,100.00 |
| Total Deposits and Credits | | | | | 5,100.00 | 5,100.00 |
| Total New Transactions | | | | | 5,100.00 | 5,100.00 |
| **Ending Balance** | | | | | **15,300.00** | **35,700.00** |

Joseph M. Thomas

4/14/2021 1:09 PM

Register: 10003 · PNC Checking (Escrow) -3191
From 03/01/2021 through 03/31/2021
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/08/2021 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 5,100.00 | 25,500.00 |
| 03/22/2021 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 5,100.00 | 30,600.00 |

1:20 PM

04/14/21

# Joseph M. Thomas
## Reconciliation Summary
### 10001 · PNC Checking -6352, Period Ending 04/07/2021

|  | Apr 7, 21 |
|---|---|
| **Beginning Balance** | 17,324.35 |
| Cleared Transactions |  |
| Checks and Payments - 41 items | -34,240.03 |
| Deposits and Credits - 5 items | 32,492.33 |
| **Total Cleared Transactions** | -1,747.70 |
| **Cleared Balance** | 15,576.65 |
| Uncleared Transactions |  |
| Checks and Payments - 6 items | -4,338.14 |
| **Total Uncleared Transactions** | -4,338.14 |
| **Register Balance as of 04/07/2021** | 11,238.51 |
| New Transactions |  |
| Checks and Payments - 6 items | -1,000.95 |
| **Total New Transactions** | -1,000.95 |
| **Ending Balance** | 10,237.56 |

# Joseph M. Thomas
## Reconciliation Detail
### 10001 · PNC Checking -6352, Period Ending 04/07/2021

1:20 PM
04/14/21

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 17,324.35 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 41 items** | | | | | | |
| Check | 01/15/2021 | 3879 | PA Department of R... | X | -500.00 | -500.00 |
| Check | 02/16/2021 | 3908 | PA Department of R... | X | -500.00 | -1,000.00 |
| Check | 02/22/2021 | 3915 | Linda Erven | X | -14.00 | -1,014.00 |
| Check | 02/27/2021 | 3917 | Mi Scuzi | X | -310.00 | -1,324.00 |
| Bill Pmt -Check | 03/02/2021 | 3918 | Ally | X | -832.80 | -2,156.80 |
| Bill Pmt -Check | 03/02/2021 | 3925 | PA DEPT. OF TRA... | X | -43.00 | -2,199.80 |
| Check | 03/06/2021 | DEBIT | Apple.com | X | -39.20 | -2,239.00 |
| Check | 03/08/2021 | 0 | Joseph M. Thomas | X | -5,100.00 | -7,339.00 |
| Bill Pmt -Check | 03/08/2021 | 3929 | Highmark Blue Cros... | X | -200.00 | -7,539.00 |
| Check | 03/10/2021 | 3928 | Mary Paolella | X | -200.00 | -7,739.00 |
| Check | 03/11/2021 | DEBIT | Apple.com | X | -41.31 | -7,780.31 |
| Check | 03/12/2021 | DEBIT | Joseph M. Thomas | X | -400.00 | -8,180.31 |
| Check | 03/16/2021 | 3936 | Quinn Law Firm | X | -5,000.00 | -13,180.31 |
| Check | 03/16/2021 | 3934 | United States Treas... | X | -4,600.00 | -17,780.31 |
| Bill Pmt -Check | 03/16/2021 | 3932 | Spectrum | X | -215.75 | -17,996.06 |
| Check | 03/16/2021 | 3930 | Mary Paolella | X | -200.00 | -18,196.06 |
| Bill Pmt -Check | 03/16/2021 | 3933 | The New York Times | X | -86.00 | -18,282.06 |
| Bill Pmt -Check | 03/16/2021 | 3931 | Penelec- South Shore | X | -65.15 | -18,347.21 |
| Check | 03/19/2021 | DEBIT | Joseph M. Thomas | X | -400.00 | -18,747.21 |
| Check | 03/20/2021 | 3938 | Heather Merlino | X | -350.00 | -19,097.21 |
| Check | 03/21/2021 | DEBIT | Apple.com | X | -3.17 | -19,100.38 |
| Check | 03/22/2021 | 0 | Joseph M. Thomas | X | -5,100.00 | -24,200.38 |
| Bill Pmt -Check | 03/22/2021 | 3942 | National Fuel Gas-SS | X | -168.94 | -24,369.32 |
| Bill Pmt -Check | 03/22/2021 | 3940 | Erie Water Works | X | -117.70 | -24,487.02 |
| Bill Pmt -Check | 03/22/2021 | 3941 | Highmark Health Ins... | X | -47.45 | -24,534.47 |
| Bill Pmt -Check | 03/22/2021 | 3939 | Cigna | X | -24.00 | -24,558.47 |
| Check | 03/22/2021 | 3943 | Linda Erven | X | -14.00 | -24,572.47 |
| Check | 03/22/2021 | DEBIT | Apple.com | X | -0.99 | -24,573.46 |
| Check | 03/24/2021 | 3944 | Wegmans | X | -449.05 | -25,022.51 |
| Check | 03/24/2021 | 3937 | Mary Paolella | X | -200.00 | -25,222.51 |
| Check | 03/26/2021 | DEBIT | Joseph M. Thomas | X | -400.00 | -25,622.51 |
| Check | 03/28/2021 | DEBIT | Apple.com | X | -3.17 | -25,625.68 |
| Check | 03/29/2021 | DEBIT | Ally | X | -2,492.21 | -28,117.89 |
| Check | 03/29/2021 | 3945 | Mary Paolella | X | -200.00 | -28,317.89 |
| Bill Pmt -Check | 03/29/2021 | 3947 | Erie Insurance Group | X | -172.00 | -28,489.89 |
| Check | 03/30/2021 | DEBIT | PNC BANK | X | -12.00 | -28,501.89 |
| Check | 04/02/2021 | DEBIT | Joseph M. Thomas | X | -400.00 | -28,901.89 |
| Check | 04/04/2021 | DEBIT | Apple.com | X | -3.17 | -28,905.06 |
| Check | 04/06/2021 | 3949 | Mary Paolella | X | -200.00 | -29,105.06 |
| Check | 04/07/2021 | 0 | Joseph M. Thomas | X | -5,100.00 | -34,205.06 |
| Check | 04/07/2021 | DEBIT | Apple.com | X | -34.97 | -34,240.03 |
| **Total Checks and Payments** | | | | | -34,240.03 | -34,240.03 |
| **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 03/16/2021 | | | X | 15,000.00 | 15,000.00 |
| Deposit | 03/23/2021 | | | X | 2,492.21 | 17,492.21 |
| Check | 04/02/2021 | 3948 | Voided Check | X | 0.00 | 17,492.21 |
| Deposit | 04/06/2021 | | | X | 15,000.00 | 32,492.21 |
| Deposit | 04/07/2021 | | | X | 0.12 | 32,492.33 |
| **Total Deposits and Credits** | | | | | 32,492.33 | 32,492.33 |
| **Total Cleared Transactions** | | | | | -1,747.70 | -1,747.70 |
| **Cleared Balance** | | | | | -1,747.70 | 15,576.65 |

1:20 PM

04/14/21

**Joseph M. Thomas**
**Reconciliation Detail**
**10001 · PNC Checking -6352, Period Ending 04/07/2021**

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 04/27/2020 | 3552 | PA Department of R... | | -2,429.28 | -2,429.28 |
| Check | 12/13/2020 | 3845 | Eddie's Collectibles | | -85.00 | -2,514.28 |
| Check | 03/16/2021 | 3935 | PA Department of R... | | -500.00 | -3,014.28 |
| Bill Pmt -Check | 03/29/2021 | 3946 | David J. DeMarco, D... | | -180.84 | -3,195.12 |
| Bill Pmt -Check | 04/06/2021 | 3950 | Ally | | -832.80 | -4,027.92 |
| Bill Pmt -Check | 04/06/2021 | 3951 | Erie Insurance Group | | -310.22 | -4,338.14 |
| Total Checks and Payments | | | | | -4,338.14 | -4,338.14 |
| Total Uncleared Transactions | | | | | -4,338.14 | -4,338.14 |
| Register Balance as of 04/07/2021 | | | | | -6,085.84 | 11,238.51 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 04/08/2021 | 0 | PNC BANK | | -29.64 | -29.64 |
| Check | 04/10/2021 | DEBIT | Apple.com | | -6.34 | -35.98 |
| Check | 04/12/2021 | DEBIT | Joseph M. Thomas | | -400.00 | -435.98 |
| Bill Pmt -Check | 04/12/2021 | 3953 | Highmark Blue Cros... | | -200.00 | -635.98 |
| Check | 04/12/2021 | DEBIT | Wall Street Journal -... | | -164.97 | -800.95 |
| Check | 04/16/2021 | 3952 | Mary Paolella | | -200.00 | -1,000.95 |
| Total Checks and Payments | | | | | -1,000.95 | -1,000.95 |
| Total New Transactions | | | | | -1,000.95 | -1,000.95 |
| **Ending Balance** | | | | | **-7,086.79** | **10,237.56** |

Joseph M. Thomas

4/14/2021 1:20 PM

Register: 10001 · PNC Checking -6352
From 03/01/2021 through 03/31/2021
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/02/2021 | | | 40999 · Batch Income | Deposit | | X | 15,000.00 | 16,350.70 |
| 03/02/2021 | 3918 | Ally | 2000 · Accounts Payable | ▮ | 832.80 | X | | 15,517.90 |
| 03/02/2021 | 3919 | Erie Insurance Group | 2000 · Accounts Payable | Personal Inland... | 172.00 | X | | 15,345.90 |
| 03/02/2021 | 3920 | Erie Insurance Group | 2000 · Accounts Payable | Auto Policy Q0... | 310.22 | X | | 15,035.68 |
| 03/02/2021 | 3921 | Erie Insurance Group | 2000 · Accounts Payable | Personal Catast... | 102.67 | X | | 14,933.01 |
| 03/02/2021 | 3922 | Erie Water Works | 2000 · Accounts Payable | 2100 South Sh... | 76.54 | X | | 14,856.47 |
| 03/02/2021 | 3923 | Larese Floral Design | 2000 · Accounts Payable | ▮ | 143.10 | X | | 14,713.37 |
| 03/02/2021 | 3924 | PA DEPT. OF TRA... | 2000 · Accounts Payable | 1990 Mercedes... | 43.00 | X | | 14,670.37 |
| 03/02/2021 | 3925 | PA DEPT. OF TRA... | 2000 · Accounts Payable | 2011 Honda A... | 43.00 | X | | 14,627.37 |
| 03/02/2021 | 3926 | Reyes Landscaping | 2000 · Accounts Payable | | 480.00 | X | | 14,147.37 |
| 03/04/2021 | 3927 | Bonnell's Collision C... | 60115 · Automobile E... | Repairs | 1,126.64 | X | | 13,020.73 |
| 03/05/2021 | | | 40950 · Interest Income | Interest | | X | 0.13 | 13,020.86 |
| 03/05/2021 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 10.59 | X | | 13,010.27 |
| 03/05/2021 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 12,610.27 |
| 03/06/2021 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 39.20 | X | | 12,571.07 |
| 03/08/2021 | 0 | Joseph M. Thomas | 10003 · PNC Checking... | Transfer to Tax... | 5,100.00 | X | | 7,471.07 |
| 03/08/2021 | 3929 | Highmark Blue Cross... | 2000 · Accounts Payable | Billing Accoun... | 200.00 | X | | 7,271.07 |
| 03/10/2021 | 3928 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 7,071.07 |
| 03/11/2021 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 41.31 | X | | 7,029.76 |
| 03/12/2021 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 6,629.76 |
| 03/16/2021 | | | 40999 · Batch Income | Deposit | | X | 15,000.00 | 21,629.76 |
| 03/16/2021 | 3930 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 21,429.76 |
| 03/16/2021 | 3931 | Penelec- South Shore | 2000 · Accounts Payable | ▮ | 65.15 | X | | 21,364.61 |
| 03/16/2021 | 3932 | Spectrum | 2000 · Accounts Payable | Cable/Internet -... | 215.75 | X | | 21,148.86 |
| 03/16/2021 | 3933 | The New York Times | 2000 · Accounts Payable | Acct. ▮ | 86.00 | X | | 21,062.86 |
| 03/16/2021 | 3934 | United States Treasury | 99921 · Federal Incom... | ▮ | 4,600.00 | X | | 16,462.86 |
| 03/16/2021 | 3935 | PA Department of Re... | 99922 · State Income T... | | 500.00 | | | 15,962.86 |
| 03/16/2021 | 3936 | Quinn Law Firm | 64300 · Legal | Escrow - Perso... | 5,000.00 | X | | 10,962.86 |
| 03/19/2021 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 10,562.86 |
| 03/20/2021 | 3938 | Heather Merlino | 63030 · Housekeeping ... | Cleaning - Sout... | 350.00 | X | | 10,212.86 |
| 03/21/2021 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 10,209.69 |
| 03/22/2021 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 0.99 | X | | 10,208.70 |
| 03/22/2021 | 0 | Joseph M. Thomas | 10003 · PNC Checking... | Transfer to Tax... | 5,100.00 | X | | 5,108.70 |
| 03/22/2021 | 3939 | Cigna | 2000 · Accounts Payable | Inv ▮ | 24.00 | X | | 5,084.70 |
| 03/22/2021 | 3940 | Erie Water Works | 2000 · Accounts Payable | 2100 South Sh... | 117.70 | X | | 4,967.00 |
| 03/22/2021 | 3941 | Highmark Health Ins... | 2000 · Accounts Payable | Dental Insuran... | 47.45 | X | | 4,919.55 |
| 03/22/2021 | 3942 | National Fuel Gas-SS | 2000 · Accounts Payable | 2100 S. Shore t... | 168.94 | X | | 4,750.61 |
| 03/22/2021 | 3943 | Linda Erven | 60700 · Delivery/Shipp... | Reimburse for ... | 14.00 | X | | 4,736.61 |
| 03/23/2021 | | | 22133 · Loans Payable ... | Deposit | | X | 2,492.21 | 7,228.82 |
| 03/24/2021 | 3937 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 7,028.82 |

Joseph M. Thomas

4/14/2021 1:20 PM

Register: 10001 · PNC Checking -6352
From 03/01/2021 through 03/31/2021
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/24/2021 | 3944 | Wegmans | 64925 · Medical Expen... | Prescriptions | 449.05 | X | | 6,579.77 |
| 03/26/2021 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 6,179.77 |
| 03/28/2021 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 6,176.60 |
| 03/29/2021 | DEBIT | Ally | 22133 · Loans Payable ... | Payment revers... | 2,492.21 | X | | 3,684.39 |
| 03/29/2021 | 3945 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 3,484.39 |
| 03/29/2021 | 3946 | David J. DeMarco, D... | 2000 · Accounts Payable | Account█████ | 180.84 | | | 3,303.55 |
| 03/29/2021 | 3947 | Erie Insurance Group | 2000 · Accounts Payable | Personal Inland... | 172.00 | X | | 3,131.55 |
| 03/30/2021 | DEBIT | PNC BANK | 60377 · Bank Fees/Che... | Return Deposit... | 12.00 | X | | 3,119.55 |

1:21 PM
04/14/21

**Joseph M. Thomas**
**Reconciliation Summary**
10002 · PNC Bank - Money Market Acct., Period Ending 04/07/2021

|  | Apr 7, 21 |
|---|---|
| Beginning Balance |  30,513.17 |
| Cleared Transactions |  |
| Deposits and Credits - 3 items | 2,798.19 |
| Total Cleared Transactions | 2,798.19 |
| Cleared Balance | 33,311.36 |
| Register Balance as of 04/07/2021 | 33,311.36 |
| Ending Balance | 33,311.36 |

1:21 PM

04/14/21

## Joseph M. Thomas
## Reconciliation Detail
**10002 · PNC Bank - Money Market Acct., Period Ending 04/07/2021**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 30,513.17 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 03/12/2021 | | | X | 605.00 | 605.00 |
| Deposit | 03/24/2021 | | | X | 2,192.90 | 2,797.90 |
| Deposit | 04/07/2021 | | | X | 0.29 | 2,798.19 |
| Total Deposits and Credits | | | | | 2,798.19 | 2,798.19 |
| Total Cleared Transactions | | | | | 2,798.19 | 2,798.19 |
| Cleared Balance | | | | | 2,798.19 | 33,311.36 |
| Register Balance as of 04/07/2021 | | | | | 2,798.19 | 33,311.36 |
| **Ending Balance** | | | | | **2,798.19** | **33,311.36** |

Joseph M. Thomas

4/14/2021 1:22 PM

Register: 10002 · PNC Bank - Money Market Acct.

From 03/01/2021 through 03/31/2021

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/05/2021 | | | 40950 · Interest Income | Interest | | X | 0.22 | 30,513.17 |
| 03/12/2021 | | | 40980 · Social Security... | Deposit | | X | 605.00 | 31,118.17 |
| 03/24/2021 | | | -split- | Deposit | | X | 2,192.90 | 33,311.07 |