IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOSEPH MARTIN THOMAS,<br>　　　　Debtor. | ) Chapter 11 Case No. 20-10334-TPA<br>) RELATED TO DOCUMENT NO. 294<br>)<br>) |
| In re:<br><br>2374 VILLAGE COMMON DRIVE, LLC,<br>　　　　Debtor. | ) Chapter 11 Case No. 21-10118-TPA<br>) RELATED TO DOCUMENT NO. 28<br>)<br>) |
| JOSEPH MARTIN THOMAS, and 2374 VILLAGE COMMON DRIVE, LLC,<br>　　　　Movants,<br><br>　　　vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; UNITED STATES OF AMERICA, SMALL BUSINESS ADMINISTRATION; ERIE COUNTY TAX CLAIM BUREAU; MILLCREEK TOWNSHIP TAX COLLECTOR; UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE; TIAA COMMERCIAL FINANCE, INC.; NORTHWEST SAVINGS BANK, NOW KNOWN AS NORTHWEST BANK; CORE ERIE MOB, L.P.; and JOSEPH C. KRAMER,<br>　　　　Respondents. | )<br>)<br>) DATE AND TIME OF HEARING:<br>) April 28, 2021 @ 11:00 a.m.<br>)<br>)<br>)<br>) RESPONSE DEADLINE:<br>) April 21, 2021<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROOF OF PUBLICATION**

　　Please find attached the Proof of Publication received from *The Pittsburgh Post-Gazette*.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　THE QUINN LAW FIRM

　　　　　　　　　　　　BY:　　/s/Michael P. Kruszewski
　　　　　　　　　　　　　　Michael P. Kruszewski, Esquire
　　　　　　　　　　　　　　PA Id. No. 91239
　　　　　　　　　　　　　　2222 West Grandview Boulevard
　　　　　　　　　　　　　　Erie, Pennsylvania 16506-4508
　　　　　　　　　　　　　　Telephone: 814-833-2222
　　　　　　　　　　　　　　Facsimile: 814-833-6753
　　　　　　　　　　　　　　mkruszewski@quinnfirm.com
　　　　　　　　　　　　　　Counsel for Debtors

#1434902

## Proof of Publication of Notice in Pittsburgh Post-Gazette

Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

Commonwealth of Pennsylvania, County of Allegheny, ss __T. Kopyar__, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the __regular__ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**08 of April, 2021**

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

_(signature)_
PG Publishing Company

Sworn to and subscribed before me this day of:
April 08, 2021

_(signature: Patricia A. Haluka)_

Commonwealth of Pennsylvania - Notary Seal
Patricia A. Haluka, Notary Public
Allegheny County
My commission expires December 4, 2024
Commission number 1387348
Member, Pennsylvania Association of Notaries

**COPY OF NOTICE OR PUBLICATION**

BANKRUPTCY SALE NOTICE
United States Bankruptcy Court, Western District of Pennsylvania
In Re: 2374 VILLAGE COMMON DRIVE LLC
CASE NO: 21-10118 TPA
Asset to be Sold: State of the art medical building located at 2374 Village Common Drive, Erie, Pennsylvania, Tax Index No: 33-123-418.0-034.00
In Re: JOSEPH MARTIN THOMAS
CASE NO. 20-10334 TPA
Asset to be Sold: Adjacent Vacant Land, Lot 15, (2368) Village Common Drive, Erie, Pennsylvania, Tax Index No. 33-123-418.0-034.01
Date of Sale: April 28, 2021 at 11:00 a.m. to be held via the Zoom Video Conferencing Application. See Bid Procedures for more details. Objections to Sale Due By: April 21, 2021
Initial Offer: $3,150,000.00
Higher and better offers will be considered at the hearing from Qualified Bidders. See Bid Procedures for requirements.
Contact Person: Michael P. Kruszewski, Esquire
The Quinn Law Firm
2222 West Grandview Blvd.
Erie, PA 16506
(814)833-2222
mkruszewski@quinnfirm.com
Further information regarding this sale may be found on the Court's EASI Website: http://www.pawb.uscourts.gov/easi.htm.

**STATEMENT OF ADVERTISING COSTS**
Quinn Law Firm
2222 West Grandview Boulevard
Erie    Pennsylvania 16506

To PG Publishing Company

Total ---------------------------------- $341.00

## Publisher's Receipt for Advertising Costs

PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforsaid advertising and publication costs and certifies that the same have been fully paid.

Office
2201 Sweeney Drive
CLINTON, PA 15026
Phone 412-263-1338

PG Publishing Company, a Corporation, Publisher of
Pittsburgh Post-Gazette, a Newspaper of General Circulation

By _____

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

Attorney For