# UNITED STATES BANKRUPTCY COURT
## FOR WESTERN DISTRICT OF PENNSYLVANIA (Erie)

| | |
|---|---|
| In re: | Case No. 20-10334 |
| | Chapter 11 |
| JOSEPH MARTIN THOMAS | |
| Debtor | |
| | |
| TIAA COMMERCIAL FINANCE, INC. | Related Document Nos.: 348 |
| Movant | |
| v. | Hearing Date: April 22, 2021 at 10:00 am |
| | |
| TRI-STATE PAIN INSTITUTE, LLC, JOSEPH MARTIN THOMAS, and 2374 VILLAGE COMMON DRIVE, LLC | Response Deadline: April 16, 2021 |
| Respondents | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Objection to Debtor's Chapter 11 Amended Plan was served by electronic mail and/or first class mail, postage prepaid, on April 16, 2021, upon the following:

*Attorney for Debtor:*
Attorney for Debtor
Michael P. Kruszewski, Esquire
The Quinn Law Firm
2222 West Grandview Boulevard
Erie, PA 16506-4508
*Via Email:* mkruszewski@quinnfirm.com

*Attorney for U.S. Trustee:*
Norma Hildenbrand, Esquire
Andrew R. Vara, United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburg, PA 15222
*Via Email:* Norma.L.Hildenbrand@usdoj.gov

*Debtor:*
Joseph Martin Thomas
c/o Tri-State Pain Institute
2374 Village Common Drive
Erie, PA 16506
*Via Regular Mail*

Dated: April 16, 2021

*/s/ Michael F.J. Romano, Esquire*
Michael F.J. Romano, Esquire
Romano, Garubo & Argentieri
Counselors at Law, LLC
P.O. Box 456, 52 Newton Avenue
Woodbury, New Jersey 08096
PH: (856) 384-1515
mromano@rgalegal.com
PA Bar I.D. 52268
Attorney for Movant,
TIAA Commercial Finance Inc.