UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                    :
                                          : BANKRUPTCY NO.  20-10334 TPA
JOSEPH MARTIN THOMAS,                     :
          Debtor.                         : JUDGE THOMAS P. AGRESTI
                                          :
                                          : CHAPTER 11
                                          :
                                          : CONFIRMATION HEARING:
                                          : April 22, 2021 @ 10:00 a.m.
                                          :
                                          : RELATED TO DOCUMENT NOS. 354, 349, 348,
                                          : and 347
                                          :

**<u>SUMMARY OF BALLOTS</u>**

Michael P. Kruszewski, Esquire
The Quinn Law Firm
2222 West Grandview Blvd.
Erie, PA 16506
814-833-2222
Counsel for the Debtor, Joseph Martin
Thomas

## JOSEPH MARTIN THOMAS
### Case No. 20-10334 TPA

### BALLOT SUMMARY

### CLASS 1: SECURED REAL ESTATE CLAIMS –IMPAIRED

| | Creditor | Number of Votes | Amount |
|---|---|---|---|
| ACCEPT | N/A | 0 | $0.00 |
| REJECT | Wells Fargo Bank, N.A.* | 1 | $439,660.00 |
| | | | |
| TOTAL ACCEPT | | 0 | $0.00 |
| TOTAL REJECT | | 1 | $439,660.00 |

Acceptance of Plan Percentage – Number of Votes – 0%
Acceptance of Plan Percentage – Amount of Votes – 0%

### CLASS 2:  SECURED TAX CLAIMS – IMPAIRED

| | Creditor | Number of Votes | Amount |
|---|---|---|---|
| ACCEPT | Internal Revenue Service | 1 | $275,976.77 |
| ACCEPT | Pa. Dept. of Revenue | 1 | $22,185.11 |
| REJECT | N/A | 0 | $0.00 |
| | | | |
| TOTAL ACCEPT | | 2 | $298,161.88 |
| TOTAL REJECT | | 0 | $0.00 |

Acceptance of Plan Percentage – Number of Votes – 100%
Acceptance of Plan Percentage – Amount of Votes – 100%

### CLASS 3:  SECURED COLLATERAL CLAIMS – IMPAIRED

No Ballot was received from this Class and no Objections were filed.

| Creditor | Number of Votes | Amount |
|---|---|---|
| KADA Gallery | 0 | Claim Withdrawn |
| Fifth Third Bank | 0 | Claim Paid in Full |
| Ally Bank | 0 | $14,618.61 |
| | | (being paid according to contract terms) |

*requests right to amend

#1435872

## CLASS 4:  UNSECURED PRIORITY TAX CLAIMS – IMPAIRED

|  | Creditor | Number of Votes | Amount |
|---|---|---|---|
| ACCEPT | Pa. Dept. of Revenue | 1 | $45,421.00 |
| REJECT | N/A | 0 | $0.00 |
| | | | |
| TOTAL ACCEPT | | 1 | $45,421.00 |
| TOTAL REJECT | | 0 | $0.00 |

Acceptance of Plan Percentage – Number of Votes – 100%
Acceptance of Plan Percentage – Amount of Votes – 100%

## CLASS 5A: GENERAL UNSECURED AND UNSECURED TAX CLAIMS – IMPAIRED

|  | Creditor | Number of Votes | Amount |
|---|---|---|---|
| ACCEPT | Internal Revenue Service | 1 | $5,377.00 |
| ACCEPT | Widget Federal Credit Union | 1 | $11,353.23 |
| ACCEPT | MacDonald, Illig, Jones, & Britton (Class 5a Election) | 1 | $127,713.73 |
| ACCEPT | Pa. Dept. of Revenue | 1 | $2,365.82 |
| REJECT | N/A | 0 | $0.00 |
| | | | |
| TOTAL ACCEPT | | 4 | $146,809.78 |
| TOTAL REJECT | | 0 | $0.00 |

Acceptance of Plan Percentage – Number of Votes – 100%
Acceptance of Plan Percentage – Amount of Votes – 100%

## CLASS 5B: GENERAL UNSECURED CLAIMS GREATER THAN $20,000.00 – IMPAIRED

|  | Creditor | Number of Votes | Amount |
|---|---|---|---|
| ACCEPT | N/A | 0 | $0.00 |
| REJECT | Wells Fargo Bank, N.A.* | 1 | $1,400,000.00 |
| REJECT | Wells Fargo Bank, N.A.* | 1 | $340,000.00 |
| REJECT | TIAA Commercial Finance, Inc. | 1 | $1,705,703.78 |
| | | | |
| TOTAL ACCEPT | | 0 | $0.00 |
| TOTAL REJECT | | 3 | $3,445,703.78 |

Acceptance of Plan Percentage – Number of Votes – 0%
Acceptance of Plan Percentage – Amount of Votes – 0%

*requests right to amend

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                                      :
                                                           : BANKRUPTCY NO.  20-10334 TPA
JOSEPH MARTIN THOMAS,                                      :
          Debtor.                                          : JUDGE THOMAS P. AGRESTI
                                                           :
                                                           : CHAPTER 11
                                                           :
                                                           : CONFIRMATION HEARING:
                                                           : April 22, 2021 @ 10:00 a.m.
                                                           :
                                                           : RELATED TO DOCUMENT NOS. 354, 349, 348,
                                                           : and 347
                                                           :

## CERTIFICATION OF COUNSEL

      I, Michael P. Kruszewski, Esquire, counsel to the above-captioned Debtor, hereby certify that all ballots received have been accounted for and tabulated and that the Summary of Ballots is an accurate representation of the ballots received.

      Respectfully submitted,

      THE QUINN LAW FIRM


BY:    /s/Michael P. Kruszewski
      Michael P. Kruszewski, Esquire
      PA ID #91239
      2222 West Grandview Boulevard
      Erie, Pennsylvania 16506-4508
      mkruszewski@quinnfirm.com
      Telephone: (814) 833-2222
      Facsimile: (814) 833-6753
      Attorneys for Debtor, Joseph Martin Thomas

#1435872