IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
|  | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : JUDGE THOMAS P. AGRESTI |
|  | : |
|  | : CHAPTER 11 |
|  | : |

### CERTIFICATION OF CASH ON HAND AS OF APRIL 20, 2021

The undersigned hereby certifies that the Debtor has the following cash on hand as of end of business April 20, 2021:

$11,685.00 – Balance PNC Income Tax Escrow Account (**3191)
-   1,485.00 – Uncleared Checks
**$10,200.00 – Reconciled Balance PNC Income Tax Escrow Account (**3191)**


**$35,803.57 – Balance PNC Social Security Deposit Account (**6807)**


$22,048.67 – Balance PNC Checking Account (**6352)
-   7,614.28 – Uncleared Checks
**$14,434.39 – Reconciled Balance PNC Checking Account (**6352)**
.

Dated:  April 21, 2021

                                       Respectfully submitted,

                                       THE QUINN LAW FIRM


                              BY:    */s/ Michael P. Kruszewski*
                                       Michael P. Kruszewski, Esquire
                                       PA Id. No. 91239
                                       The Quinn Law Firm
                                       2222 West Grandview Boulevard
                                       Erie, Pennsylvania  16506-4508
                                       Telephone: 814-833-2222
                                       Facsimile: 814-833-6753
                                       E-Mail: mkruszewski@quinnfirm.com
                                       Counsel for Debtor

#1436065