IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | BANKRUPTCY NO.  20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : | |
| Debtor. | : | THE HONORABLE THOMAS P. AGRESTI |
| | : | |
| JOSEPH MARTIN THOMAS, | : | CHAPTER 11 |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |
| | : | |

## **REPORT**

Attached hereto is the Official Form 426, Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest.

Respectfully submitted,

THE QUINN LAW FIRM

BY:  /s/Michael P. Kruszewski

Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
E-Mail Address:
mkruszewski@quinnfirm.com
Counsel for Debtor, Joseph Martin Thomas

#1435962

| Fill in this information to identify the case: | |
|---|---|
| Debtor Name | Joseph Martin Thomas |
| United States Bankruptcy Court for the: | Western District of PA (State) |
| Case number: | 20-10334 TPA |

## Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of <u>March 31, 2021</u> on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| **Greater Erie Surgery Center, LLC** | **83.61% Member** | **1** |
| **2374 Village Common Drive, LLC** | **100% Member** | **2** |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name ___Joseph Martin Thomas_____ Case number___20-10334 TPA_____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| For non-individual Debtors: | ✗ _____ |
|---|---|
| | Signature of Authorized Individual |
| | _____ |
| | Printed name of Authorized Individual |
| | Date _____ |
| | MM / DD / YYYY |

| For individual Debtors: | ✗ /s/Joseph Martin Thomas | ✗ _____ |
|---|---|---|
| | Signature of Debtor 1 | Signature of Debtor 2 |
| | **Joseph Martin Thomas** | |
| | Printed name of Debtor 1 | Printed name of Debtor 2 |
| | Date April 21, 2021 | Date _____ |
| | MM / DD / YYYY | MM / DD / YYYY |

Debtor Name  **Joseph Martin Thomas**                              Case number **20-10334 TPA**

**Exhibit A: Financial Statements for [**Name of Controlled Non-Debtor Entity**]**

**See attached Exhibits.**

Debtor Name   **Joseph Martin Thomas**

Case number   **20-10334 TPA**

---

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of** [date]

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

**See attached Exhibits.**

Debtor Name   **Joseph Martin Thomas**

Case number   **20-10334 TPA**

**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

  (i) For the initial report:

   a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of
       the current fiscal year; and

   b.  the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

   **See attached Exhibits.**

Debtor Name  **Joseph Martin Thomas**                                    Case number  **20-10334 TPA**

---

**Exhibit A-3: Statement of Cash Flows for [**Name of Controlled Non-Debtor Entity**] for period ending [**date**]**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of
    the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

    **See attached Exhibits, including Narrative Explanation for Accumulation of Cash.**

Debtor Name   **Joseph Martin Thomas**                                        Case number   **20-10334 TPA**

---

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

 (i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

 Describe the source of this information.]

**None.**

Debtor Name   **Joseph Martin Thomas**

Case number   **20-10334 TPA**

████  **Exhibit B: Description of Operations for [**Name of Controlled Non-Debtor Entity**]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

**See attached Exhibits.  Description of Operations for Greater Erie Surgery Center, LLC is for period prior to March 31, 2021, after which time operations ceased.**

Debtor Name   **Joseph Martin Thomas**                                   Case number   **20-10334 TPA**

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

**See attached Exhibit.**

Debtor Name **Joseph Martin Thomas**                           Case number **20-10334 TPA**

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

**2374 Village Common Drive is a single member LLC owned 100% by the Debtor.  The entity has collected rent from both Tri-State Pain Institute LLC and Greater Erie Surgery Center LLC.  The income tax consequences of activity are reported on the Debtor's personal tax return and he is responsible for any income tax.  Upon information and belief, there is no tax sharing agreement with any other entity.**

**The Debtor has an ownership interest in Greater Erie Surgery Center LLC, which is a partnership for tax reporting purposes.  His share of the income is reported on his personal income tax return, and he is responsible for paying the income tax on his share of the partnership income.  Upon information and belief, there is no tax sharing agreement with the partnership and partners.**

Debtor Name   **Joseph Martin Thomas**                                          Case number   **20-10334 TPA**

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

**None.**

Joseph Martin Thomas
Case No. 20-10334

## **Periodic Report Regarding Value, Operations, Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest**

TAB NO. 1

2:39 PM
04/19/21
Cash Basis

# Greater Erie Surgery Center, LLC
## Balance Sheet
### As of December 31, 2020

|  | Dec 31, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1025 · NW Savings Checking | 153,550.73 |
| | |
| **Total Checking/Savings** | 153,550.73 |
| | |
| **Other Current Assets** | |
| 1100 · Accounts Receivable | 183,748.34 |
| | |
| 1150 · Due from Tri-State Pain | 136,690.85 |
| 1160 · Loan to Dr Thomas | 36,459.84 |
| 1300 · Partner Receivable - Thomas | 3,250.00 |
| 1400 · TSPI Working Capital Loan | 350,000.00 |
| | |
| **Total Other Current Assets** | 710,149.03 |
| | |
| **Total Current Assets** | 863,699.76 |
| | |
| **Fixed Assets** | |
| 1500 · Equipment | 986,518.83 |
| 1510 · Building | |
| 1510.1 · HVAC | 18,905.00 |
| 1510.15 · Elevator | 27,611.00 |
| 1510 · Building - Other | 1,298,965.02 |
| | |
| **Total 1510 · Building** | 1,345,481.02 |
| | |
| 1520 · Furniture and Fixtures | 42,632.07 |
| 1525 · Software | 12,137.08 |
| 1600 · Accum. Depr-Equipment | -892,254.04 |
| 1610 · Accum. Depr-Building | -379,494.71 |
| 1620 · Accum. Depr-Furniture&Fixtures | -42,656.34 |
| 1625 · Accum. Depr-Software | -10,652.95 |
| | |
| **Total Fixed Assets** | 1,061,710.96 |
| | |
| **Other Assets** | |
| 1640 · Accumulated Amortization | -17,521.26 |
| 1830 · Loan Costs | 39,778.00 |
| | |
| **Total Other Assets** | 22,256.74 |
| | |
| **TOTAL ASSETS** | **1,947,667.46** |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | -7,192.20 |
| | |
| **Total Accounts Payable** | -7,192.20 |
| | |
| **Other Current Liabilities** | |
| 2100 · Accrued Interest Expense | 1,740.69 |
| 2110 · Accrued Payroll | 13,263.43 |
| 2506 · Lease Payable - Mindray Capital | 18,459.84 |
| 2507 · Equipment Payable - US Bank | -6,405.78 |
| 2508 · Equipment Finance Agreement | 4,646.88 |
| | |
| **Total Other Current Liabilities** | 31,705.06 |
| | |
| **Total Current Liabilities** | 24,512.86 |

2:39 PM

**Greater Erie Surgery Center, LLC**

04/19/21

# Balance Sheet

Cash Basis

### As of December 31, 2020

|  | Dec 31, 20 |
|---|---|
| **Long Term Liabilities** |  |
| **2501 · Note Payable - Wells Fargo/SBA** | 593,152.97 |
| **2502 · N/P - Northwest  Savings Bank** | -5,402.88 |
| **2510 · Note Payable - Candor** | -47,708.23 |
| **Total Long Term Liabilities** | 540,041.86 |
| **Total Liabilities** | 564,554.72 |
| **Equity** |  |
| **3000.01 · Dr. Thomas** | 1,833,854.97 |
| **3000.05 · Candor Surgical Management** | 812,793.59 |
| **3000.06 · K.Biggers** | 46,400.00 |
| **3000.08 · Dr. Diefenbach** | 166,000.00 |
| **3007 · Sample Property/GEMB** | 40,000.00 |
| **3100 · Retained Earnings** | -1,726,264.22 |
| **Net Income** | 210,328.40 |
| **Total Equity** | 1,383,112.74 |
| **TOTAL LIABILITIES & EQUITY** | **1,947,667.46** |

2:38 PM

04/19/21

Cash Basis

**Greater Erie Surgery Center, LLC**
# Balance Sheet
**As of March 31, 2021**

|  | Mar 31, 21 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1025 · NW Savings Checking | 231,227.24 |
|  |  |
| **Total Checking/Savings** | 231,227.24 |
|  |  |
| **Other Current Assets** | |
| 1100 · Accounts Receivable | 183,748.34 |
|  |  |
| 1150 · Due from Tri-State Pain | 136,690.85 |
| 1160 · Loan to Dr Thomas | 36,459.84 |
| 1300 · Partner Receivable - Thomas | 3,250.00 |
| 1400 · TSPI Working Capital Loan | 350,000.00 |
|  |  |
| **Total Other Current Assets** | 710,149.03 |
|  |  |
| **Total Current Assets** | 941,376.27 |
|  |  |
| **Fixed Assets** | |
| 1500 · Equipment | 986,518.83 |
| 1510 · Building | |
| 1510.1 · HVAC | 18,905.00 |
| 1510.15 · Elevator | 27,611.00 |
| 1510 · Building - Other | 1,298,965.02 |
|  |  |
| **Total 1510 · Building** | 1,345,481.02 |
|  |  |
| 1520 · Furniture and Fixtures | 42,632.07 |
| 1525 · Software | 12,137.08 |
| 1600 · Accum. Depr-Equipment | -892,254.04 |
| 1610 · Accum. Depr-Building | -379,494.71 |
| 1620 · Accum. Depr-Furniture&Fixtures | -42,656.34 |
| 1625 · Accum. Depr-Software | -10,652.95 |
|  |  |
| **Total Fixed Assets** | 1,061,710.96 |
|  |  |
| **Other Assets** | |
| 1640 · Accumulated Amortization | -17,521.26 |
| 1830 · Loan Costs | 39,778.00 |
|  |  |
| **Total Other Assets** | 22,256.74 |
|  |  |
| **TOTAL ASSETS** | **2,025,343.97** |
|  |  |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 2100 · Accrued Interest Expense | 1,740.69 |
| 2110 · Accrued Payroll | 13,263.43 |
| 2506 · Lease Payable - Mindray Capital | 18,459.84 |
| 2507 · Equipment Payable - US Bank | -7,787.37 |
| 2508 · Equipment Finance Agreement | 4,646.88 |
|  |  |
| **Total Other Current Liabilities** | 30,323.47 |
|  |  |
| **Total Current Liabilities** | 30,323.47 |
|  |  |
| **Long Term Liabilities** | |
| 2501 · Note Payable - Wells Fargo/SBA | 565,152.97 |
| 2502 · N/P - Northwest  Savings Bank | -5,402.88 |
| 2510 · Note Payable - Candor | -51,745.63 |
|  |  |
| **Total Long Term Liabilities** | 508,004.46 |
|  |  |
| **Total Liabilities** | 538,327.93 |

2:38 PM

**Greater Erie Surgery Center, LLC**

04/19/21

# Balance Sheet

Cash Basis

### As of March 31, 2021

|  | Mar 31, 21 |
|---|---|
| **Equity** | |
| **3000.01 · Dr. Thomas** | 1,833,854.97 |
| **3000.05 · Candor Surgical Management** | 812,793.59 |
| **3000.06 · K.Biggers** | 46,400.00 |
| **3000.08 · Dr. Diefenbach** | 166,000.00 |
| **3007 · Sample Property/GEMB** | 40,000.00 |
| **3100 · Retained Earnings** | -1,515,935.82 |
| **Net Income** | 103,903.30 |
| **Total Equity** | 1,487,016.04 |
| **TOTAL LIABILITIES & EQUITY** | 2,025,343.97 |

2:36 PM

04/19/21

Cash Basis

## Greater Erie Surgery Center, LLC
## Profit & Loss
### October through December 2020

|  | Oct - Dec 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Revenue | 807,337.99 |
| **Total Income** | 807,337.99 |
| **Cost of Goods Sold** | |
| **Cost of Surgical Services** | |
| 5010.01 · Disposables | 224,308.45 |
| 5010.03 · Intruments/Equip Parts | 62,063.00 |
| 5010.04 · General | 70.00 |
| 5010.1 · Lease/Rent Medical Equip. | 1,482.98 |
| 5015 · Medical Gases | 1,242.66 |
| 5030 · Hazardous Waste Disposal | 140.00 |
| **Total Cost of Surgical Services** | 289,307.09 |
| **Total COGS** | 289,307.09 |
| **Gross Profit** | 518,030.90 |
| **Expense** | |
| Insurance/General Insurance | 4,820.06 |
| **Office Expenses** | |
| 6120 · Other Office Expenses | 558.06 |
| 6130 · Postage & Delivery | 47.24 |
| **Total Office Expenses** | 605.30 |
| **Professional Fees** | |
| 6200 · Consulting Fees | 2,000.00 |
| 6210 · Legal | 5,068.00 |
| 6220 · Other Services | 2,367.52 |
| Professional Fees - Other | 116,775.46 |
| **Total Professional Fees** | 126,210.98 |
| **Repairs & Maintenance** | |
| 6300 · Janitorial Expense | 4,740.00 |
| **Total Repairs & Maintenance** | 4,740.00 |
| **Service Agreements** | |
| 6320 · Clinical Equipment | 5,054.83 |
| 6325 · Computer/IT/Office | 15,508.85 |
| **Total Service Agreements** | 20,563.68 |
| **Supplies & Equipment** | 73.62 |
| **Utilities** | |
| 6470 · Telephone | 3,659.82 |
| **Total Utilities** | 3,659.82 |
| 6050 · Compensation-Salary | 106,663.83 |
| 6070 · Bank Service Charges | 172.52 |
| 6078 · Contract Labor | 2,166.65 |
| 6090 · Insurance-General Insurance | 6,747.95 |
| 6091 · Insurance - Key Man | 1,426.10 |
| 6105 · Laundry, Linens and Uniforms | 1,829.36 |
| 6168 · Dues and Subscriptions | 225.00 |
| 6170 · Licenses and Fees | 1,713.00 |
| 6260 · Rent-Building | 80,000.00 |
| 6370 · Meals/Ent - Local | 343.72 |
| 9999 · Uncategorized | 137.19 |
| **Total Expense** | 362,098.78 |
| **Net Ordinary Income** | 155,932.12 |

**2:36 PM**

**Greater Erie Surgery Center, LLC**

**04/19/21**

**Profit & Loss**

**Cash Basis**

**October through December 2020**

|  | Oct - Dec 20 |
|---|---:|
| **Other Income/Expense** | |
| **Other Expense** | |
| 6510 · Interest Expense | 19,425.82 |
| **Total Other Expense** | 19,425.82 |
| **Net Other Income** | -19,425.82 |
| **Net Income** | **136,506.30** |

2:37 PM

04/19/21

Cash Basis

**Greater Erie Surgery Center, LLC**
## Profit & Loss
**January through March 2021**

|  | Jan - Mar 21 |
| --- | --- |
| **Ordinary Income/Expense** | |
| **Income** | |
| **4000 · Revenue** | 463,767.50 |
| **Total Income** | 463,767.50 |
| **Cost of Goods Sold** | |
| **Cost of Surgical Services** | |
| **5010.01 · Disposables** | 88,093.14 |
| **5010.03 · Intruments/Equip Parts** | 50,692.40 |
| **5010.1 · Lease/Rent Medical Equip.** | 1,905.80 |
| **5015 · Medical Gases** | 1,263.93 |
| **5030 · Hazardous Waste Disposal** | 210.00 |
| **Total Cost of Surgical Services** | 142,165.27 |
| **Total COGS** | 142,165.27 |
| **Gross Profit** | 321,602.23 |
| **Expense** | |
| **Insurance/General Insurance** | 6,051.84 |
| **Office Expenses** | |
| **6120 · Other Office Expenses** | 339.69 |
| **Total Office Expenses** | 339.69 |
| **Professional Fees** | |
| **6210 · Legal** | 4,605.50 |
| **6220 · Other Services** | 2,399.02 |
| **Professional Fees - Other** | 89,170.76 |
| **Total Professional Fees** | 96,175.28 |
| **Repairs & Maintenance** | |
| **6300 · Janitorial Expense** | 4,345.00 |
| **Total Repairs & Maintenance** | 4,345.00 |
| **Service Agreements** | |
| **6320 · Clinical Equipment** | 23,541.09 |
| **6325 · Computer/IT/Office** | 18,149.85 |
| **Total Service Agreements** | 41,690.94 |
| **Supplies & Equipment** | 63.42 |
| **Utilities** | |
| **6470 · Telephone** | 3,695.38 |
| **Total Utilities** | 3,695.38 |
| **6050 · Compensation-Salary** | 50,096.17 |
| **6070 · Bank Service Charges** | 35.89 |
| **6090 · Insurance-General Insurance** | 2,369.55 |
| **6091 · Insurance - Key Man** | 1,426.10 |
| **6105 · Laundry, Linens and Uniforms** | 761.46 |
| **6370 · Meals/Ent - Local** | 63.51 |
| **9999 · Uncategorized** | 126.99 |
| **Total Expense** | 207,241.22 |
| **Net Ordinary Income** | 114,361.01 |

2:37 PM

04/19/21

Cash Basis

**Greater Erie Surgery Center, LLC**

**Profit & Loss**

**January through March 2021**

|  | Jan - Mar 21 |
|---|---:|
| **Other Income/Expense** | |
| **Other Expense** | |
| 6510 · Interest Expense | 10,457.71 |
| **Total Other Expense** | 10,457.71 |
| **Net Other Income** | -10,457.71 |
| **Net Income** | **103,903.30** |

2:40 PM

04/19/21

# Greater Erie Surgery Center, LLC
## Statement of Cash Flows
### October through December 2020

|  | Oct - Dec 20 |
|---|---|
| **OPERATING ACTIVITIES** | |
| **Net Income** | -38,223.85 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| **2000 · Accounts Payable** | 168,235.04 |
| **2507 · Equipment Payable - US Bank** | -1,381.59 |
| **Net cash provided by Operating Activities** | 128,629.60 |
| **FINANCING ACTIVITIES** | |
| **2501 · Note Payable - Wells Fargo/SBA** | -42,000.00 |
| **2510 · Note Payable - Candor** | -12,059.51 |
| **Net cash provided by Financing Activities** | -54,059.51 |
| **Net cash increase for period** | 74,570.09 |
| **Cash at beginning of period** | 78,980.64 |
| **Cash at end of period** | **153,550.73** |

2:39 PM

04/19/21

# Greater Erie Surgery Center, LLC
## Statement of Cash Flows
### January through March 2021

|  | Jan - Mar 21 |
|---|---|
| **OPERATING ACTIVITIES** | |
| **Net Income** | 178,168.12 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| **2000 · Accounts Payable** | -67,072.62 |
| **2507 · Equipment Payable - US Bank** | -1,381.59 |
| **Net cash provided by Operating Activities** | 109,713.91 |
| **FINANCING ACTIVITIES** | |
| **2501 · Note Payable - Wells Fargo/SBA** | -28,000.00 |
| **2510 · Note Payable - Candor** | -4,037.40 |
| **Net cash provided by Financing Activities** | -32,037.40 |
| **Net cash increase for period** | 77,676.51 |
| **Cash at beginning of period** | 153,550.73 |
| **Cash at end of period** | **231,227.24** |

**Narrative Explanation of Cash Accumulations in Controlled Entity Accounts**

Wells Fargo:

Prior to April 2020, Wells Fargo ("WF") payments for the Tri-State Loan were automatically deducted from the Greater Erie Surgical Center ("GESC") bank account via ACH by Wells Fargo. The payments were in the amount of $17,920. In April and May, the payment was not automatically deducted from the bank account by Wells Fargo. When Lisa Wood, former Office Manager, contacted Wells Fargo in May, she was initially told the payments were temporarily stopped due to Covid-19. At one point, GESC was told that the payments were stopped in error and that they may be due in full at some point soon. Wells Fargo informed Ms. Wood that the payments would be tacked on to the end of the loan term. Ms. Wood was told these auto-payments would resume after three months, but they did not. Wells Fargo was unclear about when they would begin again. Wells Fargo did not request payment, resume the ACH deductions, or send statements to GESC. GESC had no communication from WF after August 18, 2020. A copy of that final communication is attached hereto. Because of the confusing and sparse information provided by Wells Fargo, the payments were deducted from the QuickBooks balance to hold the funds in reserve for Wells Fargo.

2374 Village Common Drive LLC:

GESC was paying 2374 Village Common Drive, LLC ("2374") $70,000 per month in rent in 2020. This stopped in 2021, but we were not sure if the rent would be required to be resumed. There was discussion that 2374 Village Common Drive may have to resume payments to Wells Fargo or a payment plan for the tax owed to Millcreek to avoid bankruptcy.

Boston Scientific:

Boston Scientific, a vendor of GESC, is owed approximately $800,000. GESC was paying $20,000 per month on past due balances in accordance with its agreement with Joe Masi at Boston Scientific. This agreement was not written, and GESC continued to incur invoices for equipment totaling approximately $25-50,000 per month. In short, GESC continued to incur more from ongoing operations than Boston Scientific was requiring it to pay. A concern here was that Boston Sci would eventually demand more than the agreed upon $20,000 per month.

Tri-State Pain Institute:

Tri-State Pain Institute held off on collecting the full amounts of the Administration and Billing Fees for December 2020, January, February, and March 2021 until April 2021. Those amounts have since been paid by GESC to Tri-State.

General costs and payroll:

As services at GESC decreased in 2021, there was a decrease in supply costs and payroll costs, but GESC was continuing to collect insurance payments from procedures performed 2 months or more prior.

#1436064

There was also general uncertainty about the future of GESC continuing operations, where the cash would need to be paid (to WF, to 2374, to Boston Scientific, etc.). These events contributed to decreased cash outflow while still having cash inflow, thus resulting in an accumulated bank balance of $536,023.71 as of March 31, 2021.

Not paying the WF loan and the rent led to a combined nearly $90,000 not being paid out each month. However, the average monthly gain from September 2020 to March 2021 was only $45,000. Cash was decreasing during this time but at a much slower rate than if GESC had continued the loan and rent payments.

**Lisa Wood**

| | |
|---|---|
| **From:** | Lisa Wood |
| **Sent:** | Tuesday, August 18, 2020 5:10 PM |
| **To:** | Gary Skiba; Kruszewski, Michael P. |
| **Subject:** | FW: YESTERDAY |
| | |
| **Importance:** | High |

Gary and Mike,

Just wanted to share with you. I'll keep you posted as soon as I hear about the 5 missed payments. This was from the loan at GESC. We still have this money basically in the bank account as we were unsure as to why they stopped taking the payment directly from the Northwest savings bank account @ GESC.

Have a good night!

Lisa

**From:** Steven.Treadway@wellsfargo.com [mailto:Steven.Treadway@wellsfargo.com]
**Sent:** Tuesday, August 18, 2020 4:23 PM
**To:** Lisa Wood <lisa@tristatepain.com>
**Subject:** RE: YESTERDAY

Hi Lisa  -  I have made my formal request to defer the 5 missed payments to management today. I will let you know as soon as I have their decision.

Thanks Much

**Steven Treadway**
Loan Adjustor

Wells Fargo Bank, N.A.| Credit Management Group | 1620 E. Roseville Parkway, Suite 100 | Roseville, CA 95661
Tel  916-787-9221  | Fax  877-648-3781

steven.treadway@wellsfargo.com

Disclaimer (The information contained in this communication is confidential, proprietary, and intended only for the use of the member of the group listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying of this communication, or unauthorized use is strictly prohibited and subject to prosecution to the fullest extent of the law. If you are not the intended recipient, please delete this message and DO NOT ACT UPON, FORWARD, COPY, OR OTHERWISE DISSEMINATE IT OR ITS CONTENTS.)

**From:** Treadway, Steven A. [LOAN ADJUSTOR]
**Sent:** Monday, August 10, 2020 8:38 AM
**To:** 'Lisa Wood' <lisa@tristatepain.com>
**Subject:** RE: YESTERDAY

Hi Lisa  -   Yes, the payment has been posted and I will work towards getting the 5 missed payments will be added to the end of the loan formalized once the latest payment has officially posted. I plan on getting a formal decision for the payments for you by next week.

Thanks Much

**Steven Treadway**
Loan Adjustor

Wells Fargo Bank, N.A.| Credit Management Group | 1620 E. Roseville Parkway, Suite 100 | Roseville, CA 95661
Tel  916-787-9221  | Fax  877-648-3781

steven.treadway@wellsfargo.com

Disclaimer (The information contained in this communication is confidential, proprietary, and intended only for the use of the member of the group listed as the recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying of this communication, or unauthorized use is strictly prohibited and subject to prosecution to the fullest extent of the law.  If you are not the intended recipient, please delete this message and DO NOT ACT UPON, FORWARD, COPY, OR OTHERWISE DISSEMINATE IT OR ITS CONTENTS.)

**From:** Lisa Wood <lisa@tristatepain.com>
**Sent:** Saturday, August 8, 2020 5:28 AM
**To:** Treadway, Steven A. [LOAN ADJUSTOR] <Steven.Treadway@wellsfargo.com>
**Subject:** YESTERDAY
**Importance:** High

Steven,

Thank you for speaking with me yesterday and working all of this out.  Could you send me a follow up email stating the payment we made and what the new payment will be starting 9/15/20?  Also, stating that the 5 missed payments will be added to the end of the loan and are not all due right at this time and all at once?

Hope you have a great weekend!



Thank you!

Lisa Wood
Office Manager
Tri-State Pain Institute
2374 Village Common Drive
Suite 100
Erie, PA  16506
(814) 833-7246 x124
lisa@tristatepain.com

Case 20-10334-TPA    Doc 86    Filed 06/11/20    Entered 06/11/20 14:56:19    Desc Main
Document    Page 23 of 31

# Greater Erie
# Surgery Center, LLC

2374 Village Common Drive
Suite 200
Erie, Pennsylvania 16506
PHONE: 814.790.5636
FAX: 814-790-5654
WEB: www.eriesurgery.com

Greater Erie Surgery Center summary of daily operations:

The Greater Erie Surgery Center is an ambulatory surgery center, also known as an ambulatory surgical facility, specializing in pain management procedures. The credentialed interventional pain management physicians and a neurosurgeon provide multiple different procedures and therapies for the treatment of pain in adult patients. Procedures the physicians are privileged to perform include, but are not limited to, epidural steroid injections, medial branch nerve blocks, nerve root blocks, facet joint injections, radiofrequency thermal ablations, pain pumps, and spinal cord stimulator implants. Our staff is comprised of Registered Nurses, Radiology Technicians, Surgical Technicians, Patient Care Assistants, Registration/Office Personnel, along with contracted Certified Registered Nurse Anesthetists when necessary. If ordered by the physician, a patient may be given IV conscious sedation or prescribed oral sedation to better tolerate the procedure. If a greater degree of sedation is needed, the physician will work with the CRNA to deliver anesthesia. Policies & Procedures are followed to maintain safe and effective patient care. License maintained through The Pennsylvania Department of Health and accreditation achieved through the AAAHC (Accreditation Association for Ambulatory Health Care).

Stephanie Spore, BSN, RN

Administrator/ Director of Nursing

Joseph Martin Thomas
Case No. 20-10334

## **Periodic Report Regarding Value, Operations, Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest**

TAB NO. 2

3:14 PM

04/19/21

**Cash Basis**

## 2374 Village Common Drive, LLC
# Balance Sheet
### As of December 31, 2020

|  | Dec 31, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · Wells Fargo Bank x8010 | 66,465.25 |
| **Total Checking/Savings** | 66,465.25 |
| **Other Current Assets** | |
| 12100 · Security Deposits | 15,195.50 |
| 12200 · Working Line of Credit Deposit | 5,000.00 |
| **Total Other Current Assets** | 20,195.50 |
| **Total Current Assets** | 86,660.75 |
| **Fixed Assets** | |
| 15000 · Building | 4,550,545.17 |
| 15001 · HVAC | 1,193,585.62 |
| 15002 · Plumbing | 522,193.70 |
| 15003 · Flooring | 372,995.51 |
| 15004 · Electrical | 820,590.11 |
| 15005 · Land | 342,300.74 |
| 15006 · Loan Fees | 23,725.76 |
| 15007 · HVAC Improvments | 32,750.00 |
| 17000 · Accumulated Depreciation | -881,936.99 |
| 17500 · Accumulated Amortization | -3,262.30 |
| **Total Fixed Assets** | 6,973,487.32 |
| **TOTAL ASSETS** | **7,060,148.07** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 18,896.98 |
| **Total Accounts Payable** | 18,896.98 |
| **Total Current Liabilities** | 18,896.98 |
| **Long Term Liabilities** | |
| 25000 · Wells Fargo - Note Payable | 3,490,884.70 |
| 25100 · SBA - Note Payable x2109 | 2,310,564.86 |
| 26000 · Loan Payable USB x5038 Rabe | 23,562.64 |
| **Total Long Term Liabilities** | 5,825,012.20 |
| **Total Liabilities** | 5,843,909.18 |
| **Equity** | |
| 30800 · Members Contribution | 11,066.20 |
| 32000 · Members Equity | 968,482.78 |
| Net Income | 236,689.91 |
| **Total Equity** | 1,216,238.89 |
| **TOTAL LIABILITIES & EQUITY** | **7,060,148.07** |

3:15 PM

04/19/21

**Cash Basis**

## 2374 Village Common Drive, LLC
# Balance Sheet
### As of March 31, 2021

|  | Mar 31, 21 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · Wells Fargo Bank x8010 | -75,409.74 |
| **Total Checking/Savings** | -75,409.74 |
| **Other Current Assets** | |
| 12100 · Security Deposits | 15,195.50 |
| 12200 · Working Line of Credit Deposit | 5,000.00 |
| 13000 · Retainer - Quinn Law | 2,333.89 |
| **Total Other Current Assets** | 22,529.39 |
| **Total Current Assets** | -52,880.35 |
| **Fixed Assets** | |
| 15000 · Building | 4,550,545.17 |
| 15001 · HVAC | 1,193,585.62 |
| 15002 · Plumbing | 522,193.70 |
| 15003 · Flooring | 372,995.51 |
| 15004 · Electrical | 820,590.11 |
| 15005 · Land | 342,300.74 |
| 15006 · Loan Fees | 23,725.76 |
| 15007 · HVAC Improvments | 32,750.00 |
| 17000 · Accumulated Depreciation | -881,936.99 |
| 17500 · Accumulated Amortization | -3,262.30 |
| **Total Fixed Assets** | 6,973,487.32 |
| **TOTAL ASSETS** | **6,920,606.97** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 39,029.74 |
| **Total Accounts Payable** | 39,029.74 |
| **Total Current Liabilities** | 39,029.74 |
| **Long Term Liabilities** | |
| 25000 · Wells Fargo - Note Payable | 3,490,884.70 |
| 25100 · SBA - Note Payable x2109 | 2,270,647.83 |
| 26000 · Loan Payable USB x5038 Rabe | 21,593.92 |
| **Total Long Term Liabilities** | 5,783,126.45 |
| **Total Liabilities** | 5,822,156.19 |
| **Equity** | |
| 30800 · Members Contribution | 11,066.20 |
| 32000 · Members Equity | 1,205,172.69 |
| Net Income | -117,788.11 |
| **Total Equity** | 1,098,450.78 |
| **TOTAL LIABILITIES & EQUITY** | **6,920,606.97** |

3:14 PM

04/19/21

**Cash Basis**

# 2374 Village Common Drive, LLC
## Profit & Loss
### October through December 2020

|  | Oct - Dec 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 47400 · Rental Income | 102,000.00 |
| 48000 · Insurance claim payout | -1,169.00 |
| **Total Income** | 100,831.00 |
| **Gross Profit** | 100,831.00 |
| **Expense** | |
| 60400 · Bank Service Charges | 2,950.00 |
| 62511 · Fire Protection | 2,101.06 |
| 63300 · Insurance Expense | 3,901.75 |
| 63400 · Interest Expense | 29,327.27 |
| 63410 · Janitorial Services | 2,025.00 |
| 63411 · Lawn Maintenance | 1,491.82 |
| 63500 · Management Fee | 1,950.00 |
| 66750 · Refuse | 660.00 |
| 67200 · Repairs and Maintenance | 29,909.48 |
| 67810 · Snow Removal | 214.50 |
| 68600 · Utilities | 25,300.76 |
| **Total Expense** | 99,831.64 |
| **Net Ordinary Income** | 999.36 |
| **Other Income/Expense** | |
| **Other Income** | |
| 70400 · Interest Income | 4.93 |
| **Total Other Income** | 4.93 |
| **Net Other Income** | 4.93 |
| **Net Income** | **1,004.29** |

3:13 PM

**2374 Village Common Drive, LLC**

04/19/21

**Profit & Loss**

Cash Basis

**January through March 2021**

| | Jan - Mar 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Expense** | |
| 60000 · Advertising and Promotion | 500.00 |
| 60400 · Bank Service Charges | 1,149.76 |
| 62510 · Elevator Expense | 3,507.73 |
| 62511 · Fire Protection | 1,501.06 |
| 63300 · Insurance Expense | 3,906.75 |
| 63400 · Interest Expense | 38,126.78 |
| 63410 · Janitorial Services | 2,025.00 |
| 63450 · Legal Expense | 33,954.80 |
| 63451 · Legal Reimbursable | 56.81 |
| 63500 · Management Fee | 1,950.00 |
| 66750 · Refuse | 660.00 |
| 67200 · Repairs and Maintenance | 4,906.91 |
| 67810 · Snow Removal | 5,113.50 |
| 68600 · Utilities | 20,432.97 |
| **Total Expense** | 117,792.07 |
| **Net Ordinary Income** | -117,792.07 |
| **Other Income/Expense** | |
| **Other Income** | |
| 70400 · Interest Income | 3.96 |
| **Total Other Income** | 3.96 |
| **Net Other Income** | 3.96 |
| **Net Income** | **-117,788.11** |

3:15 PM

04/19/21

**2374 Village Common Drive, LLC**
# Statement of Cash Flows
**October through December 2020**

|  | Oct - Dec 20 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 156,891.87 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 11000 · Accounts Receivable | -198,000.00 |
| 20000 · Accounts Payable | 61,659.40 |
| **Net cash provided by Operating Activities** | 20,551.27 |
| **FINANCING ACTIVITIES** | |
| 25000 · Wells Fargo - Note Payable | -29,708.09 |
| 25100 · SBA - Note Payable x2109 | -9,047.88 |
| 26000 · Loan Payable USB x5038 Rabe | -1,968.72 |
| **Net cash provided by Financing Activities** | -40,724.69 |
| **Net cash increase for period** | -20,173.42 |
| **Cash at beginning of period** | 86,638.67 |
| **Cash at end of period** | **66,465.25** |

3:16 PM

04/19/21

# 2374 Village Common Drive, LLC
## Statement of Cash Flows
### January through March 2021

|  | Jan - Mar 21 |
|---|---|
| **OPERATING ACTIVITIES** | |
| **Net Income** | -18,225.78 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| **11000 · Accounts Receivable** | -210,000.00 |
| **13000 · Retainer - Quinn Law** | -2,333.89 |
| **20000 · Accounts Payable** | 130,570.43 |
| **Net cash provided by Operating Activities** | -99,989.24 |
| **FINANCING ACTIVITIES** | |
| **25100 · SBA - Note Payable x2109** | -39,917.03 |
| **26000 · Loan Payable USB x5038 Rabe** | -1,968.72 |
| **Net cash provided by Financing Activities** | -41,885.75 |
| **Net cash increase for period** | -141,874.99 |
| **Cash at beginning of period** | 66,465.25 |
| **Cash at end of period** | **-75,409.74** |

**Narrative Explanation of Cash Accumulations in Controlled Entity Accounts**

Wells Fargo:

Prior to April 2020, Wells Fargo ("WF") payments for the Tri-State Loan were automatically deducted from the Greater Erie Surgical Center ("GESC") bank account via ACH by Wells Fargo. The payments were in the amount of $17,920. In April and May, the payment was not automatically deducted from the bank account by Wells Fargo. When Lisa Wood, former Office Manager, contacted Wells Fargo in May, she was initially told the payments were temporarily stopped due to Covid-19. At one point, GESC was told that the payments were stopped in error and that they may be due in full at some point soon.  Wells Fargo informed Ms. Wood that the payments would be tacked on to the end of the loan term.  Ms. Wood was told these auto-payments would resume after three months, but they did not. Wells Fargo was unclear about when they would begin again. Wells Fargo did not request payment, resume the ACH deductions, or send statements to GESC. GESC had no communication from WF after August 18, 2020. A copy of that final communication is attached hereto.  Because of the confusing and sparse information provided by Wells Fargo, the payments were deducted from the QuickBooks balance to hold the funds in reserve for Wells Fargo.

2374 Village Common Drive LLC:

GESC was paying 2374 Village Common Drive, LLC ("2374") $70,000 per month in rent in 2020. This stopped in 2021, but we were not sure if the rent would be required to be resumed. There was discussion that 2374 Village Common Drive may have to resume payments to Wells Fargo or a payment plan for the tax owed to Millcreek to avoid bankruptcy.

Boston Scientific:

Boston Scientific, a vendor of GESC, is owed approximately $800,000. GESC was paying $20,000 per month on past due balances in accordance with its agreement with Joe Masi at Boston Scientific. This agreement was not written, and GESC continued to incur invoices for equipment totaling approximately $25-50,000 per month. In short, GESC continued to incur more from ongoing operations than Boston Scientific was requiring it to pay.  A concern here was that Boston Sci would eventually demand more than the agreed upon $20,000 per month.

Tri-State Pain Institute:

Tri-State Pain Institute held off on collecting the full amounts of the Administration and Billing Fees for December 2020, January, February, and March 2021 until April 2021. Those amounts have since been paid by GESC to Tri-State.

General costs and payroll:

As services at GESC decreased in 2021, there was a decrease in supply costs and payroll costs, but GESC was continuing to collect insurance payments from procedures performed 2 months or more prior.

#1436064

There was also general uncertainty about the future of GESC continuing operations, where the cash would need to be paid (to WF, to 2374, to Boston Scientific, etc.). These events contributed to decreased cash outflow while still having cash inflow, thus resulting in an accumulated bank balance of $536,023.71 as of March 31, 2021.

Not paying the WF loan and the rent led to a combined nearly $90,000 not being paid out each month. However, the average monthly gain from September 2020 to March 2021 was only $45,000. Cash was decreasing during this time but at a much slower rate than if GESC had continued the loan and rent payments.

#1436064

**Lisa Wood**

| | |
|---|---|
| **From:** | Lisa Wood |
| **Sent:** | Tuesday, August 18, 2020 5:10 PM |
| **To:** | Gary Skiba; Kruszewski, Michael P. |
| **Subject:** | FW: YESTERDAY |
| | |
| **Importance:** | High |

Gary and Mike,

Just wanted to share with you.  I'll keep you posted as soon as I hear about the 5 missed payments.  This was from the loan at GESC.  We still have this money basically in the bank account as we were unsure as to why they stopped taking the payment directly from the Northwest savings bank account @ GESC.

Have a good night!

Lisa

**From:** Steven.Treadway@wellsfargo.com [mailto:Steven.Treadway@wellsfargo.com]
**Sent:** Tuesday, August 18, 2020 4:23 PM
**To:** Lisa Wood <lisa@tristatepain.com>
**Subject:** RE: YESTERDAY

Hi Lisa  -  I have made my formal request to defer the 5 missed payments to management today.  I will let you know as soon as I have their decision.

Thanks Much

**Steven Treadway**
Loan Adjustor

Wells Fargo Bank, N.A.| Credit Management Group | 1620 E. Roseville Parkway, Suite 100 | Roseville, CA 95661
Tel  916-787-9221  | Fax  877-648-3781

steven.treadway@wellsfargo.com

Disclaimer (The information contained in this communication is confidential, proprietary, and intended only for the use of the member of the group listed as the recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying of this communication, or unauthorized use is strictly prohibited and subject to prosecution to the fullest extent of the law.  If you are not the intended recipient, please delete this message and DO NOT ACT UPON, FORWARD, COPY, OR OTHERWISE DISSEMINATE IT OR ITS CONTENTS.)

**From:** Treadway, Steven A. [LOAN ADJUSTOR]
**Sent:** Monday, August 10, 2020 8:38 AM
**To:** 'Lisa Wood' <lisa@tristatepain.com>
**Subject:** RE: YESTERDAY

Hi Lisa  -   Yes, the payment has been posted and I will work towards getting the 5 missed payments will be added to the end of the loan formalized once the latest payment has officially posted.  I plan on getting a formal decision for the payments for you by next week.

Thanks Much

1

**Steven Treadway**
Loan Adjustor

Wells Fargo Bank, N.A.| Credit Management Group | 1620 E. Roseville Parkway, Suite 100 | Roseville, CA 95661
Tel  916-787-9221  | Fax  877-648-3781

steven.treadway@wellsfargo.com

Disclaimer (The information contained in this communication is confidential, proprietary, and intended only for the use of the member of the group listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying of this communication, or unauthorized use is strictly prohibited and subject to prosecution to the fullest extent of the law. If you are not the intended recipient, please delete this message and DO NOT ACT UPON, FORWARD, COPY, OR OTHERWISE DISSEMINATE IT OR ITS CONTENTS.)

**From:** Lisa Wood <lisa@tristatepain.com>
**Sent:** Saturday, August 8, 2020 5:28 AM
**To:** Treadway, Steven A. [LOAN ADJUSTOR] <Steven.Treadway@wellsfargo.com>
**Subject:** YESTERDAY
**Importance:** High

Steven,

Thank you for speaking with me yesterday and working all of this out.  Could you send me a follow up email stating the payment we made and what the new payment will be starting 9/15/20?  Also, stating that the 5 missed payments will be added to the end of the loan and are not all due right at this time and all at once?

Hope you have a great weekend!


Thank you!

Lisa Wood
Office Manager
Tri-State Pain Institute
2374 Village Common Drive
Suite 100
Erie, PA  16506
(814) 833-7246 x124
lisa@tristatepain.com

2374 Village Common Drive, LLC summary of operations:

2374 Village Common Drive, LLC, is a real estate holding company that operates and
maintains the building and land at 2374 Village Common Drive. It rents office space to
small to medium businesses. It contracts with a building manager to maintain and manage
the heating, ventilation, and air conditioning (HVAC), plumbing, electrical, security, and
other building systems. It cleans and maintains common areas including lobbies and
lounges, restroom facilities, elevators, the parking lot, and landscaped areas.

Lizabeth Gerber, MBA
Bookkeeper
Van Cleve Payroll and Bookkeeping, Inc.

**12:34 PM**

**04/16/21**

### 2374 Village Common Drive, LLC
## A/R Aging Detail
#### As of March 5, 2021

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Aging | Open Balance |
|------|------|-----|---------|------|-------|----------|-------|--------------|
| **Current** | | | | | | | | |
| Total Current | | | | | | | | |
| **1 - 30** | | | | | | | | |
| Invoice | 03/01/2021 | 96 | | Greater Erie Surger... | Due on r... | 03/01/2021 | 4 | 70,000.00 |
| Total 1 - 30 | | | | | | | | 70,000.00 |
| **31 - 60** | | | | | | | | |
| Invoice | 02/01/2021 | 94 | | Greater Erie Surger... | Due on r... | 02/01/2021 | 32 | 70,000.00 |
| Total 31 - 60 | | | | | | | | 70,000.00 |
| **61 - 90** | | | | | | | | |
| Invoice | 01/01/2021 | 92 | | Greater Erie Surger... | Due on r... | 01/01/2021 | 63 | 70,000.00 |
| Total 61 - 90 | | | | | | | | 70,000.00 |
| **> 90** | | | | | | | | |
| Invoice | 01/02/2018 | 19 | | Tri-State Pain Instit... | | 01/02/2018 | 1158 | 2,000.00 |
| Invoice | 02/01/2018 | 21 | | Tri-State Pain Instit... | | 02/01/2018 | 1128 | 50,000.00 |
| Invoice | 03/01/2018 | 23 | | Tri-State Pain Instit... | | 03/01/2018 | 1100 | 50,000.00 |
| Invoice | 04/03/2018 | 24 | | Tri-State Pain Instit... | | 04/03/2018 | 1067 | 50,000.00 |
| Invoice | 05/01/2018 | 27 | | Tri-State Pain Instit... | | 05/01/2018 | 1039 | 50,000.00 |
| Invoice | 06/01/2018 | 29 | | Tri-State Pain Instit... | | 06/01/2018 | 1008 | 50,000.00 |
| Invoice | 07/02/2018 | 30 | | Tri-State Pain Instit... | | 07/02/2018 | 977 | 50,000.00 |
| Invoice | 08/02/2018 | 33 | | Tri-State Pain Instit... | | 08/02/2018 | 946 | 50,000.00 |
| Invoice | 09/01/2018 | 36 | | Tri-State Pain Instit... | Due on r... | 09/01/2018 | 916 | 50,000.00 |
| Invoice | 10/01/2018 | 38 | | Tri-State Pain Instit... | Due on r... | 10/01/2018 | 886 | 50,000.00 |
| Invoice | 11/01/2018 | 40 | | Tri-State Pain Instit... | Due on r... | 11/01/2018 | 855 | 50,000.00 |
| Invoice | 12/01/2018 | 42 | | Tri-State Pain Instit... | Due on r... | 12/01/2018 | 825 | 50,000.00 |
| Invoice | 01/01/2019 | 44 | | Tri-State Pain Instit... | Due on r... | 01/01/2019 | 794 | 5,000.00 |
| Invoice | 02/01/2019 | 46 | | Tri-State Pain Instit... | Due on r... | 02/01/2019 | 763 | 30,000.00 |
| Invoice | 03/01/2019 | 48 | | Tri-State Pain Instit... | Due on r... | 03/01/2019 | 735 | 30,000.00 |
| Invoice | 04/01/2019 | 51 | | Tri-State Pain Instit... | Due on r... | 04/01/2019 | 704 | 30,000.00 |
| Invoice | 05/01/2019 | 53 | | Tri-State Pain Instit... | Due on r... | 05/01/2019 | 674 | 30,000.00 |
| Invoice | 06/01/2019 | 55 | | Tri-State Pain Instit... | Due on r... | 06/01/2019 | 643 | 30,000.00 |
| Invoice | 07/01/2019 | 57 | | Tri-State Pain Instit... | Due on r... | 07/01/2019 | 613 | 30,000.00 |
| Invoice | 08/01/2019 | 59 | | Tri-State Pain Instit... | Due on r... | 08/01/2019 | 582 | 50,000.00 |
| Invoice | 09/01/2019 | 61 | | Tri-State Pain Instit... | Due on r... | 09/01/2019 | 551 | 30,000.00 |
| Invoice | 10/01/2019 | 63 | | Tri-State Pain Instit... | Due on r... | 10/01/2019 | 521 | 30,000.00 |
| Invoice | 11/01/2019 | 65 | | Tri-State Pain Instit... | Due on r... | 11/01/2019 | 490 | 30,000.00 |
| Invoice | 12/01/2019 | 67 | | Tri-State Pain Instit... | Due on r... | 12/01/2019 | 460 | 30,000.00 |
| Invoice | 01/01/2020 | 69 | | Tri-State Pain Instit... | Due on r... | 01/01/2020 | 429 | 30,000.00 |
| Invoice | 02/01/2020 | 71 | | Tri-State Pain Instit... | Due on r... | 02/01/2020 | 398 | 30,000.00 |
| Invoice | 03/01/2020 | 73 | | Tri-State Pain Instit... | Due on r... | 03/01/2020 | 369 | 30,000.00 |
| Invoice | 04/01/2020 | 75 | | Tri-State Pain Instit... | Due on r... | 04/01/2020 | 338 | 30,000.00 |
| Invoice | 05/01/2020 | 77 | | Tri-State Pain Instit... | Due on r... | 05/01/2020 | 308 | 30,000.00 |
| Invoice | 06/01/2020 | 79 | | Tri-State Pain Instit... | Due on r... | 06/01/2020 | 277 | 30,000.00 |
| Invoice | 07/01/2020 | 81 | | Tri-State Pain Instit... | Due on r... | 07/01/2020 | 247 | 30,000.00 |
| Invoice | 08/01/2020 | 83 | | Tri-State Pain Instit... | Due on r... | 08/01/2020 | 216 | 8,000.00 |
| Invoice | 09/01/2020 | 85 | | Tri-State Pain Instit... | Due on r... | 09/01/2020 | 185 | 8,000.00 |
| Invoice | 10/01/2020 | 86 | | Greater Erie Surger... | Due on r... | 10/01/2020 | 155 | 20,000.00 |
| Invoice | 10/01/2020 | 87 | | Tri-State Pain Instit... | Due on r... | 10/01/2020 | 155 | 8,000.00 |
| Invoice | 11/01/2020 | 88 | | Greater Erie Surger... | Due on r... | 11/01/2020 | 124 | 70,000.00 |
| Invoice | 11/01/2020 | 89 | | Tri-State Pain Instit... | Due on r... | 11/01/2020 | 124 | 30,000.00 |
| Invoice | 12/01/2020 | 90 | | Greater Erie Surger... | Due on r... | 12/01/2020 | 94 | 70,000.00 |
| Invoice | 12/01/2020 | 91 | | Tri-State Pain Instit... | Due on r... | 12/01/2020 | 94 | 30,000.00 |
| Total > 90 | | | | | | | | 1,361,000.00 |
| **TOTAL** | | | | | | | | **1,571,000.00** |