IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOSEPH MARTIN THOMAS,<br>   Debtor. | Chapter 11 Case No. 20-10334-TPA<br>RELATED TO DOCUMENT NO. 294 |
| In re:<br><br>2374 VILLAGE COMMON DRIVE, LLC,<br>   Debtor. | Chapter 11 Case No. 21-10118-TPA<br>RELATED TO DOCUMENT NO. 28 |
| JOSEPH MARTIN THOMAS, and 2374 VILLAGE COMMON DRIVE, LLC,<br>   Movants,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; UNITED STATES OF AMERICA, SMALL BUSINESS ADMINISTRATION; ERIE COUNTY TAX CLAIM BUREAU; MILLCREEK TOWNSHIP TAX COLLECTOR; UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE; TIAA COMMERCIAL FINANCE, INC.; NORTHWEST SAVINGS BANK, NOW KNOWN AS NORTHWEST BANK; CORE ERIE MOB, L.P.; and JOSEPH C. KRAMER,<br>   Respondents. | DATE AND TIME OF HEARING:<br>April 28, 2021 @ 11:00 a.m.<br><br>RESPONSE DEADLINE:<br>April 21, 2021 |

**PROOF OF PUBLICATION**

Please find attached the Proof of Publication received from *The Cleveland Plain Dealer*.

          Respectfully submitted,

          THE QUINN LAW FIRM

        BY: /s/Michael P. Kruszewski
          Michael P. Kruszewski, Esquire
          PA Id. No. 91239
          2222 West Grandview Boulevard
          Erie, Pennsylvania 16506-4508
          Telephone: 814-833-2222
          Facsimile: 814-833-6753
          mkruszewski@quinnfirm.com
          Counsel for Debtors

#1436442



**Plain Dealer**
LEGAL AFFIDAVIT

AD#: 0009926164

State of Ohio,) ss
County of Cuyahoga)

George Halarewicz being duly sworn, deposes that he/she is principal clerk of Advance Ohio; that Plain Dealer is a public newspaper published in the city of Cleveland, with general circulation in Cuyahoga, Ashtabula, Geauga, Lake, Lorain, Medina, Portage, Summit and Trumbull counties, and this notice is an accurate and true copy of this notice as printed in said newspaper, was printed and published in the regular edition and issue of said newspaper on the following date(s):

Plain Dealer 04/05/2021

_____
Principal Clerk of the Publisher

Sworn to and subscribed before me this 6th day of April 2021

_____
Notary Public

*[Notarial Seal: RUSSELL J MACKOWSKI, Resident Cuyahoga County, Notary Public, State of Ohio, My Commission Expires: September 29, 2024]*

BANKRUPTCY SALE NOTICE
United States Bankruptcy Court, Western District of Pennsylvania

In Re: 2374 VILLAGE COMMON DRIVE LLC
CASE NO. 21-10118 TPA
Asset to be Sold: State of the art medical building located at 2374 Village Common Drive, Erie, Pennsylvania, Tax Index No. 33-123-418.0-034.00

In Re: JOSEPH MARTIN THOMAS
CASE NO. 20-10334 TPA
Asset to be Sold: Adjacent Vacant Land, Lot 15, (2368) Village Common Drive, Erie, Pennsylvania, Tax Index No. 33-123-418.0-034.01

Date of Sale: April 28, 2021 at 11:00 a.m. to be held via the Zoom Video Conferencing Application. See Bid Procedures for more details.
Objections to Sale Due By: April 21, 2021
Initial Offer: $3,150,000.00

Higher and better offers will be considered at the hearing from Qualified Bidders. See Bid Procedures for requirements.

Contact Person:
Michael P. Kruszewski, Esquire
The Quinn Law Firm
2222 West Grandview Blvd.
Erie, PA 16506
(814)833-2222
mkruszewski@quinnfirm.com

Further information regarding this sale may be found on the Court's EASI Website: http://www.pawb.uscourts.gov/easi.htm.
PD., APRIL 5, 2021, 9926164