Case 20-10334-TPA    Doc 384    Filed 04/23/21    Entered 04/23/21 10:33:34    Desc Main
Document      Page 1 of 1

FILED
4/23/21 10:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 4/22/2021 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**    #261 Cont. Appl. for Comp for MacDonald, Illig, Jones, & Britton LLP, Special Counsel

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Michael P. Kruszewski, Gary Eiben |
| Tri-State: | Gary Skiba |
| IRS: | Jill Locnikar |
| Pa. Dept. of Revenue: | Lauren Michaels |
| TIAA: | Michael Romano |
| Wells Fargo: | Salene Mazur Kraemer |
| PNC: | Maria Miksich |
| Tri-State Cred. Comm.: | Ashley Mulryan |

**NOTES:**

Mulryan:    All professionals agreed to a 35% reduction in fees.

Kraemer:    I think the stipulation is trying to lump all of the GESC and Tri-state property into the $150,000. The problem is that they are using are own money to fund it.

Skiba:    The $150,000 is the value of the two c-arms collateralized by Tri-State. I would point out they would get $250,000 and not $150,000. Tri-State will have $180-$200k losses for the next year. The accountant worked with the manager with exactly the expenses and revenues, and there will be a loss with the cash they are retaining in about that amount.

**OUTCOME:**    Continued to the status conference scheduled for April 28, 2021 at 10:00 A.M. Chambers to enter order.

*[signature]*

jlm