IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/23/21 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                   :       Case No.:    20-10334-TPA
                                         :
Joseph Martin Thomas                     :       Chapter:     11
                                         :
    *Debtor(s)*.                           :
                                         :       Date:        4/22/2021
                                         :       Time:        10:00

## PROCEEDING MEMO

**MATTER**    #263 Cont. Appl. for Comp. for Michael P. Kruszewski, Debtor's Attorney

**APPEARANCES:**

    Debtor:                Michael P. Kruszewski
    Tri-State Cred. Comm.: Ashley Mulryan
    Tri-State:             Gary Skiba
    IRS:                   Jill Locnikar
    Pa. Dept. of Revenue:  Lauren Michaels
    TIAA:                  Michael Romano
    Wells Fargo:           Salene Mazur Kraemer
    PNC:                   Maria Miksich

**NOTES:**

Mulryan:    The professionals agreed to a 35% reduction in fees.

**OUTCOME:**    Continued to the status conference scheduled for April 28, 2021 at 10:00 A.M. Chambers to ender order.

jlm