FILED
4/23/21 10:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:                              :        Case No.:    20-10334-TPA
                                    :
Joseph Martin Thomas                :        Chapter:     11
                                    :
        *Debtor(s).*                :
                                    :        Date:        4/22/2021
                                    :        Time:        10:00

### PROCEEDING MEMO

**_MATTER_**        #348 Confirmation Hearing on Amended Ch. 11 Plan dated 4/1/21
                    #365 Obj. by PNC Bank
                    #372 Obj. by TIAA

                    #368 Stipulation and Agreed Order Between Debtor and the IRS

**_APPEARANCES:_**

|   |   |
|---|---|
| Debtor: | Michael P. Kruszewski, Gary Eiben |
| PNC Bank: | Maria Miksich |
| IRS: | Jill Locnikar |
| TIAA: | Michael Romano |
| Tri-State Cred. Comm.: | Ashley Mulryan |
| Wells Fargo: | Salene Mazur Kraemer |
| Tri-State Pain Institute: | Gary Skiba |
| Pa Dept. of Revenue: | Lauren Michaels |

**_NOTES:_**

Miksich:        Our main concern was that the sale was speculative.

J.:             PNC's objection will be denied as moot in light of the security.

Locnikar:       We are expecting whatever we are entitled to but what is left will be
                paid per the stipulation.

Kruszewski:     There was potential capital gains tax from the sale, so we put that in
                there knowing that it would come. It has not been finally determined
                yet and no claim has been filed. Those monies are in my escrow
                account for administrative claims. The benefit of the net operating
                loss would outweigh the transfer tax benefit.

Michaels:       It is our understanding the secured claim would be paid from the sale
                and any remainder would be paid over 60 months and we had no
                objection.

**_OUTCOME:_**     Continued to the status conference scheduled for April 28, 2021 at
                10:00 A.M. Chambers to enter order

jlm