IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Chapter 11 Case No. 20-10334-TPA |
| ) | RELATED TO DOCUMENT NO. 294 |
| JOSEPH MARTIN THOMAS, ) | |
| Debtor. ) | |

| | |
|---|---|
| In re: ) | Chapter 11 Case No. 21-10118-TPA |
| ) | RELATED TO DOCUMENT NO. 28 |
| 2374 VILLAGE COMMON DRIVE, LLC, ) | |
| Debtor. ) | |

| | |
|---|---|
| JOSEPH MARTIN THOMAS, and 2374 VILLAGE COMMON DRIVE, LLC, ) | |
| Movants, ) | DATE AND TIME OF HEARING: |
| ) | April 28, 2021 @ 11:00 a.m. |
| vs. ) | |
| ) | |
| WELLS FARGO BANK, NATIONAL ) | RESPONSE DEADLINE: |
| ASSOCIATION; UNITED STATES OF AMERICA, ) | April 21, 2021 |
| SMALL BUSINESS ADMINISTRATION; ERIE ) | |
| COUNTY TAX CLAIM BUREAU; MILLCREEK ) | |
| TOWNSHIP TAX COLLECTOR; UNITED ) | |
| STATES OF AMERICA, INTERNAL REVENUE ) | |
| SERVICE; COMMONWEALTH OF ) | |
| PENNSYLVANIA, DEPARTMENT OF ) | |
| REVENUE; TIAA COMMERCIAL FINANCE, ) | |
| INC.; NORTHWEST SAVINGS BANK, NOW ) | |
| KNOWN AS NORTHWEST BANK; CORE ERIE ) | |
| MOB, L.P.; and JOSEPH C. KRAMER, ) | |
| Respondents. ) | |

**PROOF OF PUBLICATION**

Please find attached the Proof of Publication received from *The Erie County Legal Journal*.

Respectfully submitted,

THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mkruszewski@quinnfirm.com
Counsel for Debtors

#1436983

# Erie County Legal Journal
## Proof of Publication of Notice

COMMONWEALTH OF PENNSYLVANIA  } SS:
COUNTY OF ERIE

Before me, the undersigned notary public, this day, personally appeared __Megan E. Anthony__ to me known, who being duly sworn according to law, deposes and states the following:

I am the Managing Editor of the *Erie County Legal Journal*. The *Erie County Legal Journal* is the duly designated legal newspaper for Erie County, Pennsylvania, which legal newspaper was established in 1945 and is published by the Erie County Bar Association, 429 West Sixth Street, Erie, Erie County, Pennsylvania 16507. A copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

### COPY OF NOTICE

> **BANKRUPTCY SALE NOTICE**
> United States Bankruptcy Court,
> Western District of Pennsylvania
> In Re: 2374 VILLAGE COMMON DRIVE LLC
> CASE NO. 21-10118 TPA
> Asset to be Sold: State of the art medical building located at 2374 Village Common Drive, Erie, Pennsylvania, Tax Index No. 33-123-418.0-034.00
> In Re: JOSEPH MARTIN THOMAS
> CASE NO. 20-10334 TPA
> Asset to be Sold: Adjacent Vacant Land, Lot 15, (2368) Village Common Drive, Erie, Pennsylvania, Tax Index No. 33-123-418.0-034.01
> Date of Sale: April 28, 2021 at 11:00 a.m. to be held via the Zoom Video Conferencing Application. See Bid Procedures for more details.
> Objections to Sale Due By: April 21, 2021
> Initial Offer: $3,150,000.00
> Higher and better offers will be considered at the hearing from Qualified Bidders. See Bid Procedures for requirements.
> Contact Person:
> Michael P. Kruszewski, Esquire
> The Quinn Law Firm
> 2222 West Grandview Blvd.
> Erie, PA 16506
> (814) 833-2222
> mkruszewski@quinnfirm.com
> Further information regarding this sale may be found on the Court's EASI Website: http://www.pawb.uscourts.gov/easi.htm.
> Apr. 9

Friday, __April 9__, 20__21__

The affiant further states that he/she is a designated agent of the Erie County Bar Association, the owner of said legal newspaper, that s/he is not interested in the subject matter of the aforesaid notice or advertising, and that all of the allegations of the aforesaid statement as to time, place and character of publication are true.

_____*Megan E. Anthony*_____, Managing Editor

Sworn to and subscribed before me this __9th__ day of __April__, 20__21__

_____
Notary Public

**MY COMMISSION EXPIRES**

[Notary seal]