IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. 20-10334-TPA |
| | ) | RELATED TO DOCUMENT NO. 294 and 303 |
| JOSEPH MARTIN THOMAS, | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. 21-10118-TPA |
| | ) | RELATED TO DOCUMENT NO. 28 and 50 |
| 2374 VILLAGE COMMON DRIVE, LLC, | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| JOSEPH MARTIN THOMAS, and 2374 VILLAGE COMMON DRIVE, LLC, | ) | |
| Movants, | ) | DATE AND TIME OF HEARING: |
| | ) | April 28, 2021 @ 11:00 a.m. |
| vs. | ) | |
| | ) | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; UNITED STATES OF AMERICA, SMALL BUSINESS ADMINISTRATION; ERIE COUNTY TAX CLAIM BUREAU; MILLCREEK TOWNSHIP TAX COLLECTOR; UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE; TIAA COMMERCIAL FINANCE, INC.; NORTHWEST SAVINGS BANK, NOW KNOWN AS NORTHWEST BANK; CORE ERIE MOB, L.P.; and JOSEPH C. KRAMER, | ) | RESPONSE DEADLINE: |
| | ) | April 21, 2021 |
| Respondents. | ) | |

**CERTIFICATION REGARDING PROVISION OF ZOOM SALE HEARING INFORMATION TO INTERESTED PARTIES**

Counsel for the Debtors has advised all parties who have shown any interest whatsoever in making a bid on the assets to be sold that the sale hearing will be held via the *Zoom Video Conference Application*. Copies of this Court's Orders dated March 12, 2021, along with the Notice to Bidders, were also provided to all parties. The identities of these parties are not being disclosed so that inquiries regarding the sale can remain confidential. In addition to this Court's Orders dated March 12, 2021, a copy of the Bid Procedures Orders and Notice of Bid Procedures, Auction and Sale Hearing Date, and Deadline to Object to Sale Motion were also provided to all parties.

Respectfully submitted,

THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
      Michael P. Kruszewski, Esquire
      PA Id. No. 91239
      2222 West Grandview Boulevard
      Erie, Pennsylvania 16506-4508
      Telephone: 814-833-2222
      Facsimile: 814-833-6753
      E-Mail Address: mkruszewski@quinnfirm.com
      Counsel for Debtors

#1436506