UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

Re:  Joseph Martin Thomas                          Chapter:  11
     Debtor                                        Case No.:  20-10334

# WITHDRAWAL OF CLAIM DOCUMENT FILED IN ERROR

Ally Bank hereby requests the Court withdraw and/or strike Claim Document No. 3 entitled "Proof of Claim" that was filed erroneously by Ally Bank on June 10, 2020 in the above captioned matter.

Date:  April 28, 2021                Signed:  /s/  Heather Lockman
                                     Bankruptcy Coordinator
                                     Ally Bank
                                     PO Box 130424
                                     Roseville, MN 55113-0004
                                     800-495-1578
                                     Fax:  651-367-2005

**United States Bankruptcy Court**
**for the Western District of Pennsylvania**

In Re: Joseph Martin Thomas
Case No.: 20-10334 – Chapter: 11
Vehicle: 2017 FORD F-250 VIN: 1FT7X2B65HEE62124

**CERTIFICATE OF SERVICE**

I, the undersigned, declare as follows:

I am over the age of 18 years and not party to this action. My business address is PO Box 130424, Roseville, MN 55113.

I am readily familiar with the business practices of my employer for the collection and processing of documents and correspondence for mailing with the United States Postal Service and those correspondence and documents are deposited with the United States Postal Service that same day, or within one business day, in the ordinary course of business.

On April 28, 2021, I served the following document:

- Withdrawal of Claim Document Filed in Error

in the method or methods described below and if served via U.S. Mail, by placing copies of said documents in sealed envelopes and addressed as follows:

I then placed said envelopes for collection and mailing at my employer's office following ordinary business practices, addressed to the parties so designated above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 28, 2021, at Shoreview, Minnesota.

       Signed:  /s/  Heather Lockman
               Bankruptcy Coordinator
               Ally Bank
               PO Box 130424
               Roseville, MN  55113
               800-495-1578
               Fax:  651-367-2005