Case 20-10334-TPA    Doc 397    Filed 04/28/21    Entered 04/28/21 16:28:03    Desc Main
Document    Page 1 of 1

FILED
4/28/21 4:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA | |
| | : | | | |
| Joseph Martin Thomas | : | Chapter: | 11 | |
| | : | | | |
| *Debtor(s).* | : | | | |
| | : | Date: | 4/28/2021 | |
| | : | Time: | 10:00 | |

## PROCEEDING MEMO

**MATTER**    #379 Status Conference

#261 Cont. Appl. for Comp for MacDonald, Illig, Jones, & Britton LLP, Special Counsel

#263 Cont. Appl. for Comp. for Michael P. Kruszewski, Debtor's Attorney

#348 Confirmation Hearing on Amended Ch. 11 Plan dated 4/1/21
        #372 Obj. by TIAA

#368 Stipulation and Agreed Order Between Debtor and the IRS

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Michael P. Kruszewski |
| IRS: | Jill Locnikar |
| TIAA: | Michael Romano |
| Wells Fargo: | Salene Mazur Kraemer |
| PA Dept. of Rev.: | Lauren Michaels |
| Tri-State Cred. Comm.: | Guy Fustine, Ashley Mulryan |
| Tri-State Pain Institute: | Gary Skiba |
| Pa Dept. of Revenue: | Lauren Michaels |

**NOTES:**

Kruszewski:    Dr. Thomas owns the vacant lot.

Michaels:    We filed a response based on the issue of transfer tax, and we would request the paragraph in the sale order regarding waiver of the transfer tax be stricken.

Locnikiar:    We filed a stipulation with Dr. Thomas.

**OUTCOME:**    #368 GRANTED/ OE.  A status conference on plan confirmation will be scheduled for June 3, 2021 at 10:30 A.M. Chambers to enter order.

*[signature]*

jlm