IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/28/21 4:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| Joseph Martin Thomas | : | Chapter: | 11 |
| *Debtor(s).* | : | Date: | 4/28/2021 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**   #345 Application to Employ Dargate Auction Galleries LLC as Auctioneer
   #374 Limited Obj. by Tri-State Pain Institute Cred. Comm.

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Michael P. Kruszewski |
| Tri-State Cred. Comm.: | Guy Fustine, Ashley Mulryan |
| Pa Dept of Rev.: | Lauren Michaels |
| Wells Fargo: | Salene Mazur Kraemer |
| TIAA: | Michael Romano |
| Tri-State: | Gary Skiba |
| Penelec: | Russell Johnson |

**NOTES:**

Kruszewski: We originally hired this auctioneer to sell the personal property in his house. We determined Dargate was the best opportunity to sell the property. Since then, the proposed buyer for the home is interested in buying a portion of the personal property. Second, we have been consulting with an individual who has a wealth of knowledge in this industry. He no longer has a store dedicated to that. His opinion is going straight to auction will lose value. If we could target private buyers we could maximize the higher end stuff. We are selling another truck.

J.: I am going to deny the motion without prejudice.

**OUTCOME:**   DENIED / MOE

jlm