**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/28/21 4:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 4/28/2021 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER**   #317 Request for Payment of Administrative Expenses by TIAA Commercial Finance, Inc.

**APPEARANCES:**

- Debtor: Michael P. Kruszewski
- TIAA: Michael Romano
- Wells Fargo: Salene Kraemer
- Tri-State: Gary Skiba
- Pa Dept of Rev.: Lauren Michaels
- Tri-State Cred. Comm.: Guy Fustine, Ashley Mulryan
- Penelec: Russell Johnson

**NOTES:**

**OUTCOME:**   DENIED as moot. MOE.

jlm