IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/28/21 4:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 20-10334-TPA |
| | : | |
| Joseph Martin Thomas | : | Chapter: 11 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date: 4/28/2021 |
| | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER**   #294 Joint Motion For Order Approving Sale of Real Estate Free and Divested of Liens
   #326 Obj. by TIAA Commercial Finance, Inc.
   #375 Resp. by PA Dept. of Revenue

**APPEARANCES:**
   Debtor:   Michael P. Kruszewski
   TIAA:   Michael Romano
   PA Dept. Rev.:   Lauren Michaels
   Wells Fargo:   Salene Mazur Kraemer
   IRS:   Jill Locnikar
   Tri-State Cred. Comm.:   Guy Fustine, Ashley Mulryan
   Tri-State Pain Institute:   Gary Skiba

**NOTES:**

Fustine:   We were seeking a $100,000 carveout from the sale proceeds. Unfortunately, we do not have an agreement. One of the issues would be the surcharge of the costs of sale as against the ultimate proceeds. We went through carefully all of the attorneys fees in the related cases when we filed the stipulation for the 35% reduction.

Kraemer:   We did agree to the $100,000. Our total debt is $4.1 million.

Kruszewski:   This was an arms length transaction. All known respondents were served.

**OUTCOME:**   Updated proposed sale order to be filed on or before May 5, 2021.
 TO to be entered.

jlm