Case 20-10334-TPA    Doc 401    Filed 04/28/21    Entered 04/28/21 16:37:35    Desc Main
Document      Page 1 of 1

FILED
4/28/21 4:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 4/28/2021 |
| | : | Time: | 11:00 |

### PROCEEDING MEMO

**MATTER**   #291 Expedited MFRS or Alternatively Dismissal or Conversion of
Case or Appointment of Chapter 11 Trustee
  #351 Resp. by Debtor
  #352 Joinder in Debtor's Response and Objection

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Michael P. Kruszewski |
| Wells Fargo: | Salene Mazur Kraemer |
| Tri-State Cred. Comm.: | Guy Fustine, Ashley Mulryan |
| TIAA: | Michael Romano |
| Pa Dept. of Revenue: | Lauren Michaels |
| Tri-State: | Gary Skiba |

**NOTES:**

**OUTCOME:**   DENIED as moot/ MOE

*/s/ signature*

jlm