Case 20-10334-TPA    Doc 415    Filed 05/07/21    Entered 05/07/21 09:59:08    Desc Main
Document    Page 1 of 1

FILED
5/7/21 9:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| Joseph Martin Thomas | : | Chapter: | 11 |
| *Debtor(s).* | : | | |
| | : | Date: | 5/6/2021 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER**    #294 Joint Motion For Order Approving Sale of Real Estate Free and Divested of Liens

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Michael P. Kruszewski, Gary Eiben |
| TIAA: | Michael Romano |
| Wells Fargo: | Salene Mazur Kraemer, Harry Greenfield |
| Tri-State Cred. Comm.: | Guy Fustine, Ashley Mulryan |

**NOTES:**

Kruszewski:    Following the sale hearing we began working on a proposed sale order that was consistent with the original sale order with the primary difference rejecting the private sale to the stalking horse bidder and instead approving the public auction on account of Wells Fargo.

Greenfield:    We would take it subject to the lien. We are junior to the tax claims and we would be responsible for transfer fees and other fees to get the closing done. We would not be responsible for a carveout.

**OUTCOME:**    Chambers to enter order scheduling hearing for May 13, 2021, unless a proposed consent sale order is filed on or before May 12, 2021 at 4:00 P.M.

jlm