IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Chapter 11 Case No. 20-10334 TPA |
| ) | Related to Document No. 425 |
| JOSEPH MARTIN THOMAS, ) | |
|     Debtor. ) | |

| | |
|---|---|
| In re: ) | Chapter 11 Case No. 21-10118 TPA |
| ) | Related to Document No. 142 |
| 2374 VILLAGE COMMON DRIVE, LLC, ) | |
|     Debtor. ) | |

| | |
|---|---|
| JOSEPH MARTIN THOMAS, and 2374 VILLAGE COMMON DRIVE, LLC, ) | |
|     Movants, ) | |
| ) | |
| vs. ) | |
| ) | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; UNITED STATES OF AMERICA, SMALL BUSINESS ADMINISTRATION; ERIE COUNTY TAX CLAIM BUREAU; MILLCREEK TOWNSHIP TAX COLLECTOR; UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE; TIAA COMMERCIAL FINANCE, INC.; NORTHWEST SAVINGS BANK, now known as NORTHWEST BANK; CORE ERIE MOB, L.P.; and JOSEPH C. KRAMER, ) | |
|     Respondents. ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify that I served, or caused to be served, on the 14th day of May, 2021, a copy of the ***Order Denying Private Sale of Property and Confirming Public Sale of Property Free and Divested of Liens*** upon each of the following persons and parties in interest at the address shown on the attached list.

                  Respectfully submitted,

                  THE QUINN LAW FIRM

    BY:   /s/Michael P. Kruszewski
            Michael P. Kruszewski, Esquire
            PA Id. No. 91239
            2222 West Grandview Boulevard
            Erie, Pennsylvania 16506-4508
            Telephone: 814-833-2222
            Facsimile: 814-833-6753
            E-Mail Address: mkruszewski@quinnfirm.com
            Counsel for Debtors

The following parties were served via the CM/ECF System and will not receive a paper copy of the filing:

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |
| Ronald B. Roteman, Esquire (Kay B. and Steven E. Ribbing) roteman@stonecipherlaw.com |
| Andrew F. Gornall, Esquire (Barbara Noonan) andygornall@latouflawfirm.com |
| Jill Locnikar, Esquire (U.S. Small Business Administration and Internal Revenue Service) jill.locnikar@usdoj.gov |
| Maria Miksich, Esquire (PNC Bank National Association) mmiksich@kmllawgroup.com |

2374 Village Common Drive LLC
Case No. 21-10118 TPA
Standard Service List

The following parties received notice via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the U.S. Trustee: ustpregion03.pi.ecf@usdoj.gov |
| Norma Hildenbrand, Esquire, Office of the U.S. Trustee: Norma.L.Hildenbrand@usdoj.gov |
| Salene R.M. Kraemer, Esquire, Wells Fargo Bank, N.A.: skraemer@bernsteinlaw.com |
| Michael F.J. Romano, Esquire, TIAA Commercial Finance, Inc.: mromano@rgalegal.com |
| Guy C. Fustine, Esquire, OUCC of Tri-State Pain Institute LLC: mwernicki@kmgslaw.com |
| Harry W. Greenfield, Esquire, Wells Fargo Bank, N.A.: hgreenfield@bernsteinlaw.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | Wells Fargo Bank, N.A.<br>c/of Steven Treadway<br>1620 Roseville Parkway, 1st Floor<br>Suite 100, MAC AI792-018<br>Roseville, CA  95661 |
| Wells Fargo Bank, National Association<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX  78251 | Salene Mazur Kraemer, Esquire<br>Bernstein-Burkley PC<br>707 Grant Street, Suite 2200<br>Gulf Tower<br>Pittsburgh, PA 15219 |
| United States of America<br>Small Business Administration<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406 | Anthony K. Arroyo, Esquire<br>District Counsel, Small Business Administration<br>660 American Avenue<br>Suite 301<br>King of Prussia, PA 19406 |

#1440000

| | |
|---|---|
| Tami Perriello, Acting SBA Adminstrator<br>U.S. Small Business Administration<br>409 Third Street SW<br>Washington, DC  20024 | Major Clark, Acting Chief Counsel<br>U.S. Small Business Administration<br>409 Third Street SW<br>Washington, DC  20024 |
| Peggy Delinois Hamilton, General Counsel<br>Office of General Counsel<br>U.S. Small Business Administration<br>409 Third Street SW<br>Washington, DC  20024 | Nina Levine<br>Deputy General Counsel<br>U.S. Small Business Administration<br>409 Third Street SW<br>Washington, DC  20024 |
| Attorney General of the United States<br>U.S. Dept. of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C.  20530 | United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION:  Civil Process Clerk<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street<br>Suite 4000<br>Pittsburgh, PA 15219 |
| United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION:  Civil Process Clerk<br>17 South Park Road, Suite A330<br>Erie, PA 16501 | Stephen R. Kaufman, Esquire<br>Acting U.S. Attorney for the Western District of PA<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 |
| Internal Revenue Service<br>ATTENTION:  Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Internal Revenue Service<br>1000 Liberty Avenue<br>Stop 711B<br>Pittsburgh, PA 15222-3714 |
| United States Internal Revenue Service<br>Special Procedures Division<br>P.O. Box 628<br>Bankruptcy Section<br>Pittsburgh, PA 15230 | Jill L. Locnikar, Esquire<br>U.S. Attorney's Office<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 |
| Pa. Dept. of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA  17128-0946 | Pa. Dept. of Revenue<br>4th & Walnut Street<br>Harrisburg, PA  17128 |
| Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA  15222 | Erie County Tax Claim Bureau<br>Erie County Courthouse<br>140 West Sixth Street, Room 110<br>Erie, PA 16501 |
| Millcreek Township Tax Collector<br>3608 West 26th Street<br>Erie, PA 16506 | Coldwell Banker Select, REALTORS<br>ATTENTION: Mark Hutchison and William Bucceri<br>2601 West 26th Street<br>Erie, PA 16506 |
| Core Erie MOB LP<br>c/of Christopher M. Montgomery Esquire<br>Frost Brown Todd LLC<br>One Columbus Center<br>10 West Broad Street, Suite 2300<br>Columbus, OH  43215-3484 | Northwest Savings Bank, now<br>Northwest Bank<br>100 Liberty Street<br>Drawer 128<br>Warren, PA 16365-0128 |

#1440000

| | |
|---|---|
| Joseph C. Kramer<br>P.O. Box 8263<br>Erie, PA 16505 | Sherry Bauer<br>Sherry Bauer Real Estate Services<br>1315 Peninsula Drive<br>Erie, PA  16505 |
| TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road, Suite 300<br>Chesterfield, MO  63017 | Michael F.J. Romano, Esquire<br>Ramano, Garubo, & Argentieri<br>P.O. Box 456<br>52 Newton Avenue<br>Woodbury, NJ  08096 |
| Core Erie MOB LP<br>c/of CT Corporation System<br>600 North 2nd Street<br>Suite 401<br>Harrisburg, PA 17101 | |

#1440000