UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO.  20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| MATTHEW J. MINNAUGH and SCHAFFNER, | : CHAPTER 11 |
| KNIGHT, MINNAUGH, & CO., P.C., | : |
| | : DATE & TIME OF HEARING: |
|     Movants, | : |
| | : June 3, 2021 @ 9:30 a.m. |
|     v. | : |
| | : RESPONSE DEADLINE: |
| NO RESPONDENT. | : |
| | : May 20, 2021 |
| | : |
| | : RELATED TO DOCUMENT NO. 410 |

**CERTIFICATION OF NO OBJECTION REGARDING**
**APPLICATION FOR INTERIM COMPENSATION FOR ACCOUNTANT**
**(Document No. 410)**

       The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application for Interim Compensation for Accountant filed May 3, 2021 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than May 20, 2021.

       It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated:  May 21, 2021

                        Respectfully submitted,

                        QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/Michael P. Kruszewski
                Michael P. Kruszewski, Esquire
                PA Id. No. 91239
                The Quinn Law Firm
                2222 West Grandview Boulevard
                Erie, Pennsylvania 16506-4508
                Telephone: 814-833-2222
                Facsimile: 814-833-6753
                E-Mail: mkruszewski@quinnfirm.com
                Counsel for Debtor

#1442625