IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
| Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
| Movant, | : | DATE AND TIME OF HEARING: |
| | : | June 3, 2021 @ 11:30 a.m. |
| v. | : | |
| | : | RESPONSE DEADLINE: |
| PNC BANK, NATIONAL ASSOCIATION; | : | May 24, 2021 |
| TAX COLLECTOR, CITY OF ERIE; ERIE | : | |
| COUNTY TAX CLAIM BUREAU; UNITED | : | RELATED TO DOCUMENT NO. 417 |
| STATES OF AMERICA, INTERNAL | : | |
| REVENUE SERVICE; COMMONWEALTH | : | |
| OF PENNSYLVANIA, DEPT. OF | : | |
| REVENUE; and DALE E. PEHRSSON AND | : | |
| ROBERT S. PEHRSSON; | : | |
| Respondents. | : | |

**PROOF OF PUBLICATION**

Attached hereto is the Proof of Publication from the <u>Erie Times News.</u>

Respectfully submitted,

THE QUINN LAW FIRM

BY:    /s/Michael P. Kruszewski
Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mkruszewski@quinnfirm.com
Counsel for Debtor, Joseph Martin Thomas

#1443056

## PROOF OF PUBLICATION
In
## THE ERIE TIMES-NEWS

### COMBINATION EDITION

QUINN BUSECK LEEMHUIS TOOHEY
2222 W GRANDVIEW BLVD
ERIE PA   16506-4508

REFERENCE:   130799   433219
In re: Joseph Martin Thomas Chapter

STATE OF PENNSYLVANIA)
COUNTY OF ERIE ) SS:
Lorri Stefanelli, being duly sworn, deposes and
says that: (1) he/she is a designated agent of the
Times Publishing Company (TPC) to execute Proofs
of Publication on behalf of the TPC; (2) the TPC,
whose principal place of business is at
205 W. 12th Street, Erie, Pennsylvania, owns and
publishes the Erie Times-News, established October
2, 2000, a daily newspaper of general circulation,
and published at Erie, Erie County Pennsylvania;
(3) the subject notice or advertisement, was
published in the regular edition(s) of said
newspaper on the date(s) referred to below.
Affiant further deposes that he/she is duly
authorized by the TPC, owner and publisher of the
Erie Times-News, to verify the foregoing statement
under oath, and affiant is not interested in the
subject matter of the aforesaid notice or
advertisement, and that all allegations in the
foregoing statement as to time, place and
character of publication are true.

PUBLISHED ON: 05/14/21

TOTAL COST: $330.90      AD SPACE: 81 Lines

FILED ON: 05/14/21

In re: Joseph Martin Thomas
Chapter 11 Bankruptcy Case No.
20-10334 TPA
NOTICE OF A NON-
EVIDENTIARY HEARING ON
MOTION FOR SALE OF REAL
AND PERSONAL PROPERTY
FREE AND DIVESTED OF
LIENS:
NOTICE IS HEREBY GIVEN THAT
the Debtor in the above-refer-
enced Bankruptcy has filed a Mo-
tion for Sale of Real and Personal
Property Free and Divested of
Liens seeking approval to sell the
property located at 2100 South
Shore Drive, Erie, Pennsylvania
for the sum of $1,035,000.00
according to the terms set forth
in the Motion. In addition, the
Debtor proposes to sell certain
personal property more fully set
forth in Exhibit "C" to the Motion
for the sum of $12,000.00. A
Zoom Video Conference hearing
shall take place on June 3, 2021
at 11:30 a.m. via the Zoom Vid-
eo Conference Application. The
Court will entertain higher offers
at the hearing. A successful bid-
der for the purchase of the real
estate must deposit hand money
of $50,000.00 at the time of the
approval of the sale by the Court,
with the balance due to be paid at
closing of this sale.
To participate in and join a Zoom
Hearing, please initiate and use
the following link at least 15
minutes prior to the scheduled
Zoom Hearing time: https://www.
zoomgov.com/j/1602130348,
or alternatively, you may use the
following: Meeting ID: 160 2130
3488. All attorneys and Parties
may only appear by Zoom and
must comply with Judge Agresti's
Amended Notice of Temporary
Modification of Appearance Pro-
cedures, dated and effective June
10, 2020, which can be found on
the Court's Website at https://
www.pawb.uscourts.gov/sites/
default/files/pdfs/tpa-proc-ap-
pearances.pdf. Under the cur-
rent COVID-19 circumstances,
the general public may appear
telephonically if unable to do so
via the Internet. When the need
to appear telephonically arises,
members of the general public
should immediately contact Mi-
chael P. Kruszewski, Esquire to
learn how to make telephonic
arrangements. Examination of
the property can be obtained by
contacting the attorney for the
Debtor, listed below. Further infor-
mation regarding this sale may be
found on the Court's EASI Web-
site:   http://www.pawb.uscourts.
gov/easi.htm.
Attorney for Movant/Applicant
Michael P. Kruszewski, Esquire
Quinn, Buseck, Leemhuis, Toohey,
& Kroto, Inc.
2222 West Grandview Blvd.
Erie, Pennsylvania 16506
(814)833-2222
PA ID#91239

(5-433219-NT-14)

Sworn to and subscribed before me this 14th day of May 2021

Affiant: _Lorri Stefanelli_

NOTARY: _Barbara J Moore_

Commonwealth of Pennsylvania - Notary Seal
Barbara J. Moore, Notary Public
Erie County
My commission expires March 23, 2024
Commission number 1114860
Member, Pennsylvania Association of Notaries