IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
| Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
| Movant, | : | DATE AND TIME OF HEARING: |
| | : | June 3, 2021 @ 11:30 a.m. |
| v. | : | |
| | : | RESPONSE DEADLINE: |
| PNC BANK, NATIONAL ASSOCIATION; | : | May 24, 2021 |
| TAX COLLECTOR, CITY OF ERIE; ERIE | : | |
| COUNTY TAX CLAIM BUREAU; UNITED | : | RELATED TO DOCUMENT NO. 417 |
| STATES OF AMERICA, INTERNAL | : | |
| REVENUE SERVICE; COMMONWEALTH | : | |
| OF PENNSYLVANIA, DEPT. OF | : | |
| REVENUE; and DALE E. PEHRSSON AND | : | |
| ROBERT S. PEHRSSON; | : | |
| Respondents. | : | |

**PROOF OF PUBLICATION**

Attached hereto is the Proof of Publication from the <u>Erie County Legal Journal.</u>

    Respectfully submitted,

    THE QUINN LAW FIRM

    BY:   /s/Michael P. Kruszewski
           Michael P. Kruszewski, Esquire
           PA Id. No. 91239
           2222 West Grandview Boulevard
           Erie, Pennsylvania 16506-4508
           Telephone: 814-833-2222
           Facsimile: 814-833-6753
           mkruszewski@quinnfirm.com
           Counsel for Debtor, Joseph Martin Thomas

#1443056

# Erie County Legal Journal
## Proof of Publication of Notice

COMMONWEALTH OF PENNSYLVANIA } SS:
COUNTY OF ERIE

Before me, the undersigned notary public, this day, personally appeared __Megan E. Anthony__ to me known, who being duly sworn according to law, deposes and states the following:

I am the Managing Editor of the *Erie County Legal Journal*. The *Erie County Legal Journal* is the duly designated legal newspaper for Erie County, Pennsylvania, which legal newspaper was established in 1945 and is published by the Erie County Bar Association, 429 West Sixth Street, Erie, Erie County, Pennsylvania 16507. A copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

**COPY OF NOTICE**

Friday, __May 14__, 20__21__

BANKRUPTCY SALE NOTICE
In re: Joseph Martin Thomas
Chapter 11 Bankruptcy Case
No. 20-10334 TPA
NOTICE OF A NON-EVIDENTIARY HEARING ON MOTION FOR SALE OF REAL AND PERSONAL PROPERTY FREE AND DIVESTED OF LIENS: NOTICE IS HEREBY GIVEN THAT the Debtor in the above-referenced Bankruptcy has filed a Motion for Sale of Real and Personal Property Free and Divested of Liens seeking approval to sell the property located at 2100 South Shore Drive, Erie, Pennsylvania for the sum of $1,035,000.00 according to the terms set forth in the Motion. In addition, the Debtor proposes to sell certain personal property more fully set forth in Exhibit "C" to the Motion for the sum of $12,000.00. A Zoom Video Conference hearing shall take place on June 3, 2021 at 11:30 a.m. via the Zoom Video Conference Application. The Court will entertain higher offers at the hearing. A successful bidder for the purchase of the real estate must deposit hand money of $50,000.00 at the time of the approval of the sale by the Court, with the balance due to be paid at closing of this sale. To participate in and join a Zoom Hearing, please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's Website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Michael P. Kruszewski, Esquire, to learn how to make telephonic arrangements. Examination of the property can be obtained by contacting the attorney for the Debtor, listed below. Further information regarding this sale may be found on the Court's EASI Website: http://www.pawb.uscourts.gov/easi.htm.

The affiant further states that he/she is a designated agent of the Erie County Bar Association, the owner of said legal newspaper, that s/he is not interested in the subject matter of the aforesaid notice or advertising, and that all of the allegations of the aforesaid statement as to time, place and character of publication are true.

_____Megan E. Anthony_____, Managing Editor

Sworn to and subscribed before me this
__14th__ day of __May__, 2021

_____
Notary Public

**MY COMMISSION EXPIRES**