IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Chapter 11 Case No. 20-10334-TPA |
| ) | RELATED TO DOC. NOS. 294 & 425 |
| JOSEPH MARTIN THOMAS, ) | |
| Debtor. ) | |

| | |
|---|---|
| In re: ) | Chapter 11 Case No. 21-10118-TPA |
| ) | RELATED TO DOC. NOS. 28 & 142 |
| 2374 VILLAGE COMMON DRIVE, LLC, ) | |
| Debtor. ) | |

| | |
|---|---|
| JOSEPH MARTIN THOMAS, and 2374 | |
| VILLAGE COMMON DRIVE, LLC, ) | |
| Movants, ) | |
| ) | |
| vs. ) | |
| ) | |
| WELLS FARGO BANK, NATIONAL ) | |
| ASSOCIATION; UNITED STATES OF ) | |
| AMERICA, SMALL BUSINESS ) | |
| ADMINISTRATION; ERIE COUNTY ) | |
| TAX CLAIM BUREAU; MILLCREEK ) | |
| TOWNSHIP TAX COLLECTOR; ) | |
| UNITED STATES OF AMERICA, ) | |
| INTERNAL REVENUE SERVICE; ) | |
| COMMONWEALTH OF ) | |
| PENNSYLVANIA, DEPARTMENT OF ) | |
| REVENUE; TIAA COMMERCIAL ) | |
| FINANCE, INC.; NORTHWEST ) | |
| SAVINGS BANK, NOW KNOWN AS ) | |
| NORTHWEST BANK; CORE ERIE ) | |
| MOB, L.P.; and JOSEPH C. KRAMER, ) | |
| Respondents. ) | |

**CONSENT ORDER MODIFYING SALE ORDER OF MAY 13, 2021**

    *AND NOW*, this ____ of _____, 2021, upon consent of the Debtors, the Office Committee of Unsecured Creditors of Tri-State Pain Institute, LLC, and the Purchaser, Wells Fargo Bank, N.A., as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the Order Denying Private Sale of Property and Confirming Public Sale of Property Free and Divested of Liens

1

#1443

dated May 13, 2021 (the "Sale Order") [Case No. 20-10334, Doc. No. 425; Case No. 21-10118, Doc. No. 142]:

**WHEREAS**, Closing has occurred pursuant to the Sale Order as of May 28, 2021;

It is **ORDERED** that *the Closing Agent shall make and forward the disbursements required by the Sale Order and fully executed Settlement Statement dated May 28, 2021, immediately upon receipt of available funds from the Purchaser, Wells Fargo Bank, N.A., on or before June 11, 2021.*

It is **FURTHER ORDERED** that all other terms and conditions of the Sale Order remain in full force and effect.

                                                  Thomas P. Agresti, Judge
                                                  United States Bankruptcy Court

CONSENTED TO BY:

| */s/ Salene Mazur Kraemer* | */s/ Michael P. Kruszewski* |
|---|---|
| Salene Mazur Kraemer, Esquire | Michael P. Kruszewski, Esquire |
| PA ID No. 86422 | PA ID No. 91239 |
| BERNSTEIN-BURKLEY, P.C. | THE QUINN LAW FIRM |
| 707 Grant Street | 2222 West Grandview Boulevard |
| Suite 2200 Gulf Towner | Erie, PA 16506 |
| Pittsburgh, PA 15219 | 814-833-2222 |
| 412-456-8100 | mkruszewski@quinnfirm.com |
| skraemer@bernsteinlaw.com | Attorneys for Joseph M. Thomas, M.D. and |
| Attorneys for Wells Fargo Bank, N.A. | 2374 Village Common Drive, LLC |

2

#1443