IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
|     Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
|     Movant, | : | DATE AND TIME OF HEARING: |
| | : | June 3, 2021 @ 11:30 a.m. |
|     v. | : | |
| | : | RESPONSE DEADLINE: |
| PNC BANK, NATIONAL ASSOCIATION; TAX | : | May 24, 2021 |
| COLLECTOR, CITY OF ERIE; ERIE COUNTY | : | |
| TAX CLAIM BUREAU; UNITED STATES OF | : | RELATED TO DOCUMENT NO. 417 and 422 |
| AMERICA, INTERNAL REVENUE SERVICE; | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DEPT. OF REVENUE; and DALE E. | : | |
| PEHRSSON AND ROBERT S. PEHRSSON; | : | |
|     Respondents. | : | |
| | : | |

**CERTIFICATION REGARDING PROVISION OF ZOOM SALE HEARING INFORMATION TO INTERESTED PARTIES**

Counsel for the Debtor and/or Realtor for the Debtor has advised all parties who have shown any interest whatsoever in making a bid on the assets to be sold that the sale hearing will be held via the *Zoom Video Conference Application*. A copy of the *Notice to Bidders* (part of Document No. 422) was provided to all parties, as well as a copy of the *Notice of Hearing on Motion for Sale of Real and Personal Property Free and Divested of Liens* (Document No. 418). The identities of these parties are not being disclosed so that inquiries regarding the sale can remain confidential.

    Respectfully submitted,

    THE QUINN LAW FIRM

BY:    /s/Michael P. Kruszewski
    Michael P. Kruszewski, Esquire
    PA Id. No. 91239
    2222 West Grandview Boulevard
    Erie, Pennsylvania 16506-4508
    Telephone: 814-833-2222
    Facsimile: 814-833-6753
    E-Mail Address: mkruszewski@quinnfirm.com
    Counsel for Debtor

#1443895