UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : |
| | : |
| v. | : |
| | : |
| NO RESPONDENT. | : |

**NOTICE OF CHANGE OF ADDRESS**

Please take note that the following addresses have changed:

| **Undeliverable Address** | **Correct Address** |
|---|---|
| Joseph Martin Thomas<br>c/of Tri-State Pain Institute<br>2374 Village Common Drive<br>Erie, PA 16506 | Joseph Martin Thomas<br>c/of Tri-State Pain Institute<br>5442 Peach Street<br>Erie, PA 16509 |

                                            Respectfully submitted,

                                            QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                            BY:    /s/Michael P. Kruszewski

Dated:  June 1, 2021                         Michael P. Kruszewski, Esquire
                                                    PA Id. No. 91239
                                                    2222 West Grandview Boulevard
                                                    Erie, Pennsylvania 16506-4508
                                                    Telephone: 814-833-2222
                                                    Facsimile: 814-833-6753
                                                    mkruszewski@quinnfirm.com
                                                    Counsel for Debtor

Document No. 1443927