IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
| Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
| Movant, | : | DATE AND TIME OF HEARING: |
| | : | June 3, 2021 @ 11:30 a.m. |
| v. | : | |
| | : | RESPONSE DEADLINE: |
| PNC BANK, NATIONAL ASSOCIATION; TAX | : | May 24, 2021 |
| COLLECTOR, CITY OF ERIE; ERIE COUNTY | : | |
| TAX CLAIM BUREAU; UNITED STATES OF | : | RELATED TO DOCUMENT NO. 417 |
| AMERICA, INTERNAL REVENUE SERVICE; | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DEPT. OF REVENUE; and DALE E. | : | |
| PEHRSSON AND ROBERT S. PEHRSSON; | : | |
| Respondents. | : | |
| | : | |

**EXHIBIT**

Attached hereto is a revised Exhibit "C" to the *Motion for Sale of Real and Personal Property Free and Divested of Liens* (Document No. 417).

                                                Respectfully submitted,

                                                THE QUINN LAW FIRM

BY:    /s/Michael P. Kruszewski
           Michael P. Kruszewski, Esquire
           PA Id. No. 91239
           2222 West Grandview Boulevard
           Erie, Pennsylvania 16506-4508
           Telephone: 814-833-2222
           Facsimile: 814-833-6753
           E-Mail Address: mkruszewski@quinnfirm.com
           Counsel for Debtor

## AGREEMENT FOR THE SALE AND PURCHASE OF PERSONAL PROPERTY

This AGREEMENT FOR THE SALE AND PURCHASE OF PERSONAL PROPERTY (this "Agreement") is made this _____ day of May, 2021 by and between Dale E. Pehrsson and Robert S. Pehrsson ("Buyer"), individuals with an address of address of 1 Golden Eagle Lane, Clarion, Pennsylvania 16214, and Joseph M. Thomas, M.D. ("Seller"), an individual having an address c/o Tri-State Pain Institute, 2374 Village Common Drive, Erie, PA 16506.

R – E – C – I – T – A – L – S

**WHEREAS**, Buyer and Seller have entered into that certain STANDARD AGREEMENT FOR THE SALE OF REAL ESTATE (the "Sale Agreement") dated on or about March 23, 2021 covering that certain real estate (the "Property") known as 2100 South Shore Drive, Erie, Pennsylvania pursuant to which Buyer is purchasing the Property from Seller;

**WHEREAS**, there are certain furnishings, antiques, and/or artwork (the "Personal Property") located at the Property which Buyer has agreed to purchase from Seller; and,

**WHEREAS**, Buyer and Seller wish to make their agreement known and to set forth the details thereof.

NOW THEREFORE, Buyer and Seller hereby agree as follows

1. Buyer hereby agrees to purchase the Personal Property from Seller for the price of $11,500.00 ~~$12,000.00~~. The Personal Property includes all of those items set forth on Exhibit "A" hereto, all of which have been detailed in pictures that are made a part of and incorporated herein by reference.

2. Buyer agrees to pay the amount referenced in Section 1 at the time of closing on the sale of the Property as described in the Sale Agreement. Buyer agrees that it shall have no right to purchase the Personal Property unless and until the closing on the purchase of the Property, and such purchase is contingent upon the same.

3. No warranty with respect to the Personal Property from Seller to Buyer is expressed or implied. The Personal Property is sold in "as-is" condition.

Agreeing to be legal bound hereunder Buyer and Seller have set their hands and seals to this Agreement on the dates set forth at their respective signatures below

SELLER:

#1438001

Authentisign ID: 5C6CEB2-220-4170-9442-FA5CFE
DocuSign Envelope ID: 7ACF8F74-218B-4CD2-99C6-64946C256275

_____     5/7/21
JOSEPH M. THOMAS, M.D.                             DATE



BUYER:

Dale E Pehrsson                                    05/21/2021
5/21/2021 3:22:34 AM EDT
_____                  _____
DALE E. PEHRSSON                                   DATE

_____                  05/23/2021
ROBERT S. PEHRSSON

#1438001

# EXHIBIT "C"
## PERSONAL PROPERTY

| | Location | Description | Picture | Sale Price |
|---|---|---|---|---|
| 1. | Marron Guest Room | bed, with bedcover, sheets, and mattress; carpet under bed | | |
| 2. | | yellow, red, and white tail chicken painting | | |
| 3. | Parlor | piano | | |
| 4. | Wood Room Second Floor | woman's writing desk | | |
| 5. | Parlor | large and small flower and lace paintings in foyer (below) | | |
| 6. | Foyer | smaller painting in foyer | Not available. | EXCLUDED |

#1437200

| 7. | Master Bedroom | turtle table | | | |
|---|---|---|---|---|---|
| 8. | | painting of shoppers | | Not available. | |
| | TOTAL OFFER | | | | ~~$12,000.00~~ $11,500.00 |

#1437200