IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. 20-10334 TPA |
| | ) | Related to Document No. 425 |
| JOSEPH MARTIN THOMAS, | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. 21-10118 TPA |
| | ) | Related to Document No. 142 |
| 2374 VILLAGE COMMON DRIVE, LLC, | ) | |
| Debtor. | ) | |

| | |
|---|---|
| JOSEPH MARTIN THOMAS, and 2374 VILLAGE COMMON DRIVE, LLC, | ) |
| Movants, | ) |
| | ) |
| vs. | ) |
| | ) |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; UNITED STATES OF AMERICA, SMALL BUSINESS ADMINISTRATION; ERIE COUNTY TAX CLAIM BUREAU; MILLCREEK TOWNSHIP TAX COLLECTOR; UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE; TIAA COMMERCIAL FINANCE, INC.; NORTHWEST SAVINGS BANK, now known as NORTHWEST BANK; CORE ERIE MOB, L.P.; and JOSEPH C. KRAMER, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Respondents. | ) |
| | ) |

**REPORT OF SALE**

      Pursuant to Order of Court dated May 13, 2021 (Joseph Martin Thomas, Document No. 425 and 2374 Village Common Drive LLC, Document No. 142), the real estate located at 2374 Village Common Drive, Erie, Pennsylvania and Lot 15 Village Common Drive, Erie, Pennsylvania was sold on May 28, 2021, to Wells Fargo Bank, N.A.

  A copy of the fully-executed HUD-1 Settlement Statement is attached hereto, subject to funding of disbursements by Wells Fargo Bank, N.A. on or before June 11, 2021.

                Respectfully submitted,

                THE QUINN LAW FIRM

          BY:  /s/Michael P. Kruszewski
             Michael P. Kruszewski, Esquire
             PA Id. No. 91239
             2222 West Grandview Boulevard
             Erie, Pennsylvania 16506-4508
             Telephone: 814-833-2222
             Facsimile: 814-833-6753
             E-Mail Address: mkruszewski@quinnfirm.com
             Counsel for Debtors

#1444101

OMB NO. 2502-0265

| A. | | B. TYPE OF LOAN: | | | |
|---|---|---|---|---|---|
| U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT **SETTLEMENT STATEMENT** | | 1. ☐ FHA  2. ☐ FmHA  3. ☐ CONV. UNINS.  4. ☐ VA  5. ☐ CONV. INS. | | | |
| | | 6. FILE NUMBER: 210513513 REDUS PROP | | 7. LOAN NUMBER: | |
| | | 8. MORTGAGE INS CASE NUMBER: | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0  3/98   (210513513 REDUS PROPERT1.PFD/210513513 REDUS PROP

| D. NAME AND ADDRESS OF BUYER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| REDUS Properties, Inc. 1 Independent Dr., 8th Floor-Suite 810 Jacksonville, FL 32202 | 2374 Village Common Drive, LLC Joseph Martin Thomas 2374 Village Common Drive Erie, PA 16506 | |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT:  20-8561160 | I. SETTLEMENT DATE: |
|---|---|---|
| 2374 Village Common Drive & Lot 15 Erie, PA 16506 Erie County, Pennsylvania | Penn Bridge Land Abstract Company  PLACE OF SETTLEMENT 2222 W. Grandview Blvd. Erie, PA 16506 | May 28, 2021 |

| J. SUMMARY OF BUYER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BUYER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 3,170,000.00 | 401. Contract Sales Price | 3,170,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Buyer (Line 1400) | 714,390.04 | 403. | |
| 104. Contract Sale Price - Thomas | 200,000.00 | 404. Contract Sale Price - Thomas | 200,000.00 |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes   05/29/21  to  12/31/21 | 15,160.45 | 406. City/Town Taxes   05/29/21  to  12/31/21 | 15,160.45 |
| 107. County Taxes       05/29/21  to  12/31/21 | 25,425.96 | 407. County Taxes       05/29/21  to  12/31/21 | 25,425.96 |
| 108. School Taxes       05/29/21  to  06/30/21 | 9,407.24 | 408. School Taxes       05/29/21  to  06/30/21 | 9,407.24 |
| 109. Twp. Taxes 5/29/21-12/31/21 | 384.94 | 409. Twp. Taxes 5/29/21-12/31/21 | 384.94 |
| 110. County Taxes 5/29/21-12/31/21 | 645.60 | 410. County Taxes 5/29/21-12/31/21 | 645.60 |
| 111. School Taxes 5/29/21-6/30/21 | 238.86 | 411. School Taxes 5/29/21-6/30/21 | 238.86 |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BUYER** | 4,135,653.09 | **420. GROSS AMOUNT DUE TO SELLER** | 3,421,263.05 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BUYER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit/earnest money   ($ Initial Dep.) | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | 2,000.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff First Mortgage | |
| 205. | | 505. Payoff Second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes   to | | 510. City/Town Taxes   to | |
| 211. County Taxes       to | | 511. County Taxes       to | |
| 212. School Taxes       to | | 512. School Taxes       to | |
| 213. | | 513. | |
| 214. Redemp. of Collat-Wells Fargo | 3,421,263.05 | 514. Redemp. of Collat-Wells Fargo | 3,421,263.05 |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BUYER** | 3,421,263.05 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 3,423,263.05 |
| **300. CASH AT SETTLEMENT FROM/TO BUYER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Buyer (Line 120) | 4,135,653.09 | 601. Gross Amount Due To Seller (Line 420) | 3,421,263.05 |
| 302. Less Amount Paid By/For Buyer (Line 220) | ( 3,421,263.05) | 602. Less Reductions Due Seller (Line 520) | ( 3,423,263.05) |
| 303. CASH ( X FROM ) ( TO ) BUYER | 714,390.04 | 603. CASH ( TO ) ( X FROM ) SELLER | 2,000.00 |

By signing page 2 of this statement, the signatories acknowledge receipt of a completed copy of page 1 of this two page statement.

| | | | PAID FROM BUYER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price $ @ % = | | | | |
| Division of Commission (line 700) as Follows: | | | | |
| 701. $ 12,000.00 to Coldwell Banker Select Realtors - Thomas | | | | |
| 702. $ 5,000.00 to Coldwell Banker Select Realtors – LLC | | | | |
| 703. Commission Paid at Settlement | | | 17,000.00 | |
| 704. to | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee % to | | | | |
| 802. Loan Discount % to | | | | |
| 803. Appraisal Fee to | | | | |
| 804. Credit Report to | | | | |
| 805. Lender's Inspection Fee to | | | | |
| 806. Mortgage Ins. App. Fee to | | | | |
| 807. Assumption Fee to | | | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From to @ $ /day ( days %) | | | | |
| 902. MIP Tot Ins. for Life Of Loan for months to | | | | |
| 903. Hazard Insurance Premium for years to | | | | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. Hazard Insurance months @ $ per month | | | | |
| 1002. Mortgage Insurance months @ $ per month | | | | |
| 1003. City/Town Taxes months @ $ per month | | | | |
| 1004. County Taxes months @ $ per month | | | | |
| 1005. School Taxes months @ $ per month | | | | |
| 1006. months @ $ per month | | | | |
| 1007. months @ $ per month | | | | |
| 1008. months @ $ per month | | | | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or Closing Fee to | | | | |
| 1102. Abstract or Title Search to Penn Bridge Land Abstract Company | | | 1,000.00 | |
| 1103. Title Examination to | | | | |
| 1104. Title Insurance Binder to | | | | |
| 1105. Document Preparation to | | | | |
| 1106. Notary Fees to | | | | |
| 1107. Attorney's Fees to | | | | |
| (includes above item numbers: ) | | | | |
| 1108. Title Insurance to Penn Bridge Land & Abstract Agt for Fidelity | | | 12,128.60 | |
| (includes above item numbers: ) | | | | |
| 1109. Lender's Coverage $ | | | | |
| 1110. Owner's Coverage $ 3,370,000.00 12,128.60 | | | | |
| 1111. | | | | |
| 1112. | | | | |
| 1113. | | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording Fees: Deed $ 110.00 ; Mortgage $ ; Releases $ | | | 110.00 | |
| 1202. City/County Tax/Stamps: Deed 4,000.00 ; Mortgage | | | 2,000.00 | 2,000.00 |
| 1203. State Tax/Stamps: Deed 0.00 ; Mortgage | | | | |
| 1204. Record Deed - Thomas to Erie County Recorder of Deeds | | | 108.00 | |
| 1205. | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey to | | | | |
| 1302. Pest Inspection to | | | | |
| 1303. Reimb. Lien Tax Certs. to Penn Bridge Land Abstract Company | | | 30.00 | |
| 1304. Admin Carve Out Pd By Grtr Erie Sgy Quinn Law Firm, Escrow Agent $133,000.00 POC | | | | |
| 1305. See addit'l disb. exhibit to | | | 682,013.44 | |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on Lines 103, Section J and 502, Section K) | | | 714,390.04 | 2,000.00 |

**HUD-1 Attachment**

**Buyer(s):** REDUS Properties, Inc.
1 Independent Dr., 8th Floor-Suite 810
Jacksonville, FL 32202

**Seller(s):** 2374 Village Common Drive, LLC
2374 Village Common Drive
Erie, PA 16506

Joseph Martin Thomas

**Settlement Agent:** Penn Bridge Land Abstract Company
(412)367-0901
**Place of Settlement:** 2222 W. Grandview Blvd.
Erie, PA 16506
**Settlement Date:** May 28, 2021
**Property Location:** 2374 Village Common Drive & Lot 15
Erie, PA 16506
Erie County, Pennsylvania

## Additional Disbursements

| Payee/Description | Note/Ref No. | Buyer | Seller |
|---|---|---|---|
| Erie County Tax Claim<br>2018/2019/2020 Prop Tax - LLC | | 601,135.82 | |
| Erie County Tax Claim<br>2020 Propertt Tax - Thomas | | 5,024.39 | |
| Quinn Law Firm<br>Newspaper Advertising-LLC | | 1,392.82 | |
| Quinn Law Firm<br>Legal Journal Advertising-LLC | | 105.00 | |
| Quinn Law Firm<br>Filing Fee - Motion - LLC | | 188.00 | |
| Quinn Law Firm<br>Filing Fee - Motion - Thomas | | 188.00 | |
| Erie Water Works<br>Water/Sewer/Fireline Due - LLC | | 796.56 | |
| Quinn Law Firm, Escrow Agent<br>Final Water/Sewer/Fireline-LLC | | 3,000.00 | |
| Quinn Law Firm<br>Tax Lien Cert. | | 2.00 | |
| Quinn Law Firm<br>Good Standing Cert. | | 40.00 | |
| Quinn Law Firm<br>4 Overnight Fees | | 140.00 | |
| Millcreek Township Tax Collector<br>2021 Twp/Co Tax @Face-Thomas | On Behalf of Seller | 1,733.39 | |
| Millcreek Township Tax Collector<br>2021 Twp/Co Tax @Face- LLC | On Behalf of Seller | 68,267.46 | |
| **Total Additional Disbursements shown on Line 1305** | | **$ 682,013.44** | **$ 0.00** |

## Buyer Loan Payoff Details

**Contract Sale Price - Thomas** to

Loan Payoff                 As of
Total Additional Interest         days @         Per Diem
**Total Loan Payoff**       200,000.00

Total    $    0.00  $    0.00

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(210513513 REDUS PROPERTI.PFD/210513513 REDUS PROP

## ACKNOWLEDGMENT OF RECEIPT OF SETTLEMENT STATEMENT

**Buyer:** REDUS Properties, Inc.
**Seller:** 2374 Village Common Drive, LLC
Joseph Martin Thomas
**Settlement Agent:** Penn Bridge Land Abstract Company
(412)367-0901
**Place of Settlement:** 2222 W. Grandview Blvd.
Erie, PA 16506
**Settlement Date:** May 28, 2021
**Property Location:** 2374 Village Common Drive & Lot 15
Erie, PA 16506
Erie County, Pennsylvania

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

REDUS Properties, Inc., a Delaware corporation

BY: _____
Jami Bartolucci, Vice President

2374 Village Common Drive, LLC, a Pennsylvania limited liability company

BY: _____ *(signature)*
Dr. Joseph M. Thomas, M.D.,
Sole Member/Sole Manager/President

_____ *(signature)*
Joseph Martin Thomas

To the best of my knowledge, the HUD-1 Settlement Statement is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____
Penn Bridge Land Abstract Company
Settlement Agent

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

{210513513 REDUS PROPERTI.PFD/210513513 REDUS PROP

## ACKNOWLEDGMENT OF RECEIPT OF SETTLEMENT STATEMENT

| | |
|---:|:---|
| Buyer: | REDUS Properties, Inc. |
| Seller: | 2374 Village Common Drive, LLC |
| | Joseph Martin Thomas |
| Settlement Agent: | Penn Bridge Land Abstract Company |
| | (412)367-0901 |
| Place of Settlement: | 2222 W. Grandview Blvd. |
| | Erie, PA 16506 |
| Settlement Date: | May 28, 2021 |
| Property Location: | 2374 Village Common Drive & Lot 15 |
| | Erie, PA 16506 |
| | Erie County, Pennsylvania |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

REDUS Properties, Inc., a Delaware corporation
BY: _____
Jami Bartolucci, Vice President

2374 Village Common Drive, LLC, a Pennsylvania limited liability company
BY: _____
Dr. Joseph M. Thomas, M.D.,
Sole Member/Sole Manager/President

_____
Joseph Martin Thomas

To the best of my knowledge, the HUD-1 Settlement Statement is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____
Penn Bridge Land Abstract Company
Settlement Agent

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.