IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/4/21 12:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 6/3/2021 |
| | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER**   #261 Cont. Appl. for Comp. for MacDonald, Illig, Jones, & Britton LLP, Special Counsel

#263 Cont. Appl. for Comp. for Michael P. Kruszewski, Debtor's Attorney

#348 Cont. Confirmation Hearing on Amended Ch. 11 Plan dated 4/1/21

#377 Cont. Stipulation Regarding Fees and Available Cash

**APPEARANCES:**

Debtor:   Michael P. Kruszewski
TIAA:   Michael Romano
Wells Fargo:   Salene Mazur Kraemer
Tri-State Cred. Comm.:   Guy Fustine, Ashley Mulryan
Tri-State Pain Institute:   Gary Skiba

**NOTES:**

Kruszewski:   With respect to Dr. Thomas's plan I will make two points. One, if we cannot confirm a plan today then we will not get an exemption on the transfer tax. The other is the stipulation on fees we're going to want to maximize expenses in the month of June. One expense could be the payment of professional fees.

J.:   Put something on fees together prior to June 29th.

**OUTCOME:**   Chambers to issue order.

jlm