**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

6/4/21 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 6/3/2021 |
| | : | Time: | 10:30 |

### PROCEEDING MEMO

**MATTER**   #438 Proposed Order RE: Consent Order Modifying Sale Order of May 13, 2021
   #446 Obj. by Tri-State Pain Institute Cred. Comm.

**APPEARANCES**:

   Debtor:   Michael P. Kruszewski
   Wells Fargo:   Salene Mazur Kraemer
   Tri-State Cred. Comm.:   Guy Fustine, Ashley Mulryan
   TIAA:   Michael Romano
   Tri-State:   Gary Skiba

**NOTES**:

Kraemer:   I have received the check and we can now close.

**OUTCOME**:   DENIED as moot/ MOE

jlm