IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/4/21 12:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:  :  Case No.:  20-10334-TPA
 :
Joseph Martin Thomas  :  Chapter:  11
 :
 *Debtor(s).*  :
 :  Date:  6/3/2021
 :  Time:  11:30

## PROCEEDING MEMO

**MATTER**  #417 Motion to Sell Property Free and Clear of Liens under Section 363(f)
 #430 Resp. by PA Dept. of Revenue
 #436 Resp. by PNC Bank

**APPEARANCES:**
 Debtor:  Michael P. Kruszewski
 PNC Bank:  Brian Nicholas
 Tri-State Pain Institute:  Gary Skiba
 Tri-State Cred. Comm.:  Guy Fustine, Ashley Mulryan
 TIAA:  Michael Romano
 Wells Fargo:  Salene Mazur Kraemer

**NOTES:**

Kruszewski:  We filed a motion for sale with respect to the residence.

**OUTCOME:**  Updated proposed sale order to be filed on or before June 10, 2021.
 TO to be entered.

jlm