IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
| Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
| Movant, | : | RELATED TO DOCUMENT NO. 453 |
| | : | |
| v. | : | |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION; | : | |
| TAX COLLECTOR, CITY OF ERIE; ERIE | : | |
| COUNTY TAX CLAIM BUREAU; UNITED | : | |
| STATES OF AMERICA, INTERNAL | : | |
| REVENUE SERVICE; COMMONWEALTH | : | |
| OF PENNSYLVANIA, DEPT. OF | : | |
| REVENUE; and DALE E. PEHRSSON AND | : | |
| ROBERT S. PEHRSSON; | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served, or caused to be served, on the 7TH day of June, 2021, a copy of the Order Confirming Sale of Real and Personal Property Free and Divested of Lien upon each of the following persons and parties in interest at the address shown on the attached list.

Respectfully submitted,

THE QUINN LAW FIRM

BY:    /s/Michael P. Kruszewski
Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mkruszewski@quinnfirm.com
Counsel for Debtor

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |
| Ronald B. Roteman, Esquire (Kay B. and Steven E. Ribbing) roteman@stonecipherlaw.com |
| Andrew F. Gornall, Esquire (Barbara Noonan) andygornall@latouflawfirm.com |
| Jill Locnikar, Esquire (U.S. Small Business Administration and Internal Revenue Service) jill.locnikar@usdoj.gov |
| Maria Miksich, Esquire (PNC Bank National Association) mmiksich@kmllawgroup.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | Tax Collector, City of Erie<br>626 State Street<br>Room 105<br>Erie, PA 16501-1128 |
| Erie County Tax Claim Bureau<br>140 West Sixth Street<br>Room 110<br>Erie, PA 16501 | PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH  44101 |
| PNC Bank, N.A.<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | Brian Nicholas, Esquire<br>KML Law Group PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 |
| Internal Revenue Service<br>ATTENTION: Sandra M. Bence<br>1000 Liberty Avenue<br>Stop 711B<br>Pittsburgh, PA 15222-3714 | Attorney General of the United States<br>U.S. Dept. of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C.  20530 |

| | |
|---|---|
| United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION:  Civil Process Clerk<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street<br>Suite 4000<br>Pittsburgh, PA 15219 | United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION: Civil Process Clerk<br>17 South Park Road, Suite A330<br>Erie, PA 16501 |
| Stephen R. Kaufman, Esquire<br>Acting U.S. Attorney for the Western District of<br>PA<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 | Internal Revenue Service<br>ATTENTION:  Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 |
| Jill Locnikar, Esquire<br>Assistant U.S. Attorney<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 | |
| Pa. Dept. of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA  17128-0946 | Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA  15222 |
| Pa. Dept. of Revenue<br>4th & Walnut Street<br>Harrisburg, PA  17128 | Lauren Michaels, Esquire<br>Office of the Attorney General<br>Western Regional Office<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222 |
| Coldwell Banker Select, Realtors<br>ATTENTION: Mark Hutchison<br>413 W. Plum, Suite A<br>Edinboro, PA 16412 | Dale E. Pehrsson<br>Robert S. Pehrsson<br>1 Golden Eagle Lane<br>Clarion, PA 16214 |
| Agresti Real Estate<br>ATTENTION:  Harry Latta, Jr.<br>2653 West 26th Street<br>Erie, PA 16506 | Eugene C. Sundberg, Jr., Esquire.<br>the Marsh Law Firm<br>300 State Street, Suite 300<br>Erie, PA 16507 |

#1445336