IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   JOSEPH MARTIN THOMAS,          :   Case No. 20-10334-TPA
       *Debtor.*                             :   Chapter 11
                                           :   Related to Doc. No. 261, 263, 348, 377
                                           :   Hearing: July 29, 2021 at 10:30 A.M.

## ORDER

*AND NOW* this *7th* day of *June, 2021,* for the reasons stated at the status conference held June 3, 2021, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

(1)    A status conference on the ***Second Application of Special Counsel for the Debtor for Interim Compensation of Attorneys' Fees and Reimbursement of Expenses*** (Doc. 261), ***Second Application of Counsel for the Debtor for Interim Compensation of Attorneys' Fees and Reimbursement of Expenses*** (Doc. 263), confirmation of the ***Amended Plan of Reorganization Dated April 1, 2021*** (Doc. 348), and the ***Stipulation Regarding Fees and Available Cash*** (Doc. 377) is scheduled for ***July 29, 2021*** at ***10:30 A.M.*** to be held by the ***Zoom Video Conference Application.*** The Parties must comply with ***Judge Agresti's Temporary Modified Appearance Procedures*** which can be found at http://www.pawb.uscourts.gov/sites/ default/files/pdfs/tpa-proc-appearances.pdf.

(2)    *Initializing Zoom Hearing:*   To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff Attorney at 814-464-9781.

*[signature]*
asg

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Gary Skiba, Esq.
    Jill Locnikar, Esq.
    Michael Kruszewski, Esq.
    Guy Fustine, Esq.
    Salene Mazur Kraemer, Esq.
    Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joseph Martin Thomas  
    Debtor

Case No. 20-10334-TPA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 2  
Date Rcvd: Jun 07, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Martin Thomas, c/of Tri-State Pain Institute, 5442 Peach Street, Erie, PA 16509-2602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 09, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

**Name**     **Email Address**

Andrew F Gornall  
    on behalf of Interested Party Barbara Noonan agornall@gornall-law.com

Brian Nicholas  
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Crystal H. Thornton-Illar  
    on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com  
    bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com

Gary V. Skiba  
    on behalf of Interested Party Tri-State Pain Institute  LLC gskiba@marshlaw.com,  
    DGeniesse@marshlaw.com;rose227@hotmail.com

Guy C. Fustine  
    on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC mwernicki@kmgslaw.com,  
    knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com

District/off: 0315-1 User: culy Page 2 of 2
Date Rcvd: Jun 07, 2021 Form ID: pdf900 Total Noticed: 1

| | |
|---|---|
| Harry W. Greenfield | on behalf of Creditor WELLS FARGO BANK N.A. hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jill Locnikar | on behalf of Creditor United States of America Small Business Administration jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Lauren Michaels | on behalf of Creditor Office of Attorney General Department of Revenue lmichaels@attorneygeneral.gov |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Mark G. Claypool | on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Michael F.J. Romano | on behalf of Interested Party TIAA Commercial Finance Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com |
| Michael F.J. Romano | on behalf of Creditor TIAA Commercial Finance Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com |
| Michael P. Kruszewski | on behalf of Debtor 2374 Village Common Drive LLC mkruszewski@quinnfirm.com knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;jiddings@quinnfirm.com |
| Michael P. Kruszewski | on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;jiddings@quinnfirm.com |
| Norma Hildenbrand, on Behalf of the United States Trustee by | on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronald B. Roteman | on behalf of Creditor Steven E. Ribbing rroteman@stonecipherlaw.com cbeard@stonecipherlaw.com |
| Ronald B. Roteman | on behalf of Creditor Kay B. Ribbing rroteman@stonecipherlaw.com cbeard@stonecipherlaw.com |
| Salene R.M. Kraemer | on behalf of Creditor WELLS FARGO BANK N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com |

TOTAL: 20