UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Thomas, Joseph Martin

**Case No. 20-10334-TPA**

**Reporting Period:** 5/1/21 - 5/31/21

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**

**File with Court and submit copy to United States Trustee within 14 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | X | |
| Debtor Questionnaire | MOR- 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

[signature] 6/17/21
Signature of Debtor Date

Signature of Joint Debtor Date

Linda Erven 6/11/21
Signature of Preparer Date

LINDA ERVEN
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Thomas, Joseph Martin

Debtor

**Case No. 20-10334-TPA**

**Reporting Period:** 5/1/21 - 5/31/21

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursementsmade during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliationmust be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 54,191.66 | 59,973.43 |
| | | |
| **RECEIPTS** | | |
| Wages (Net) | 27,500.00 | 372,500.00 |
| **Interest and Dividend Income** | .46 | 4.29 |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2,236.90 | 29,030.30 |
| Sale of Assets | | 299,900.00 |
| Other Income (attach schedule) | | |
| **Total Receipts** | 29,737.36 | 701,434.59 |
| | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | 244,893.17 |
| Rental Payment(s) | 800.00 | 10,625.00 |
| **Other Secured Note Payments** | | |
| Utilities | 128.53 | 7,417.28 |
| Insurance | 581.67 | 14,484.83 |
| Auto Expense | 500.00 | 26,651.60 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 5,801.20 | 19,621.67 |
| Medical Expenses | 1,061.37 | 7,561.29 |
| Household Expenses | 1,626.49 | 24,034.54 |
| Charitable Contributions | | 25.00 |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | 5,763.34 |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | 7,100.00 | 198,851.00 |
| Travel and Entertainment | | 0.00 |
| Gifts | | 3,910.00 |
| Other (attach schedule) | 76.85 | 30,623.06 |
| Total Ordinary Disbursements | 17,676.11 | 594,461.78 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 3,383.33 |
| U. S. Trustee Fees | | 7,475.00 |
| Other Reorganization Expenses (attach schedule) | 3,000.00 | 92,835.00 |
| Total Reorganization Items | 3,000.00 | 103,693.33 |
| | | |
| **Total Disbursements (Ordinary + Reorganization)** | 20,676.11 | 698,155.11 |
| | | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 9,061.25 | 3,279.48 |
| | | |
| **Cash - End of Month (Must equal reconciled bank statement)** | 63,252.91 | 63,252.91 |

Thomas, Joseph Martin

Debtor

**Case No. 20-10334-TPA**

**Reporting Period:** 5/1/21 - 5/31/21

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| FEDERAL INCOME TAX | | 122,976.00 |
| STATE AND LOCAL INCOME TAXES | | 19,824.00 |
| LOCAL SERVICES TAX | | 52.00 |
| FEDERAL INCOME TAX (PRE-PETITION DEBT) | 4,600.00 | 46,000.00 |
| STATE INCOME TAX (PRE-PETITION DEBT) | 500.00 | 5,000.00 |
| REAL ESTATE TRANSFER TAX | 2,000.00 | 4,999.00 |
| **Other Ordinary Disbursements** | | |
| SUBSCRIPTIONS (NEWSPAPERS/SIRIUS) | 25.04 | 3,092.16 |
| CHECK PRINTING/BANK FEES | | 197.84 |
| BOOKS/DOWNLOADS | 51.81 | 1,387.71 |
| FLORIST | | 1,362.10 |
| DONATION (NON-CHARITABLE) | | 250.00 |
| PROFESSIONAL ADMIN FEES | | 19,583.25 |
| SEWER TAP-IN FEE | | 4,750.00 |
| **Other Reorganization Expenses** | | |
| ESCROW - QUINN LAW FIRM | 3,000.00 | 92,810.00 |
| CREDIT COUNSELING FEES | | 25.00 |
| | | |
| | | |
| | | |
| | | |

Thomas, Joseph Martin

Debtor

**Case No. 20-10334-TPA**

**Reporting Period:** 5/1/21 – 5/31/21

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 8,784.00 | 8,052.00 | | | | 16,836.00 |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | 8,784.00 | 8,052.00 | | | | 16,836.00 |
| **State and Local** | | | | | | |
| Withholding | 1,416.00 | 1,298.00 | | | | 2,714.00 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | 1,416.00 | 1,298.00 | | | | 2,714.00 |
| **Total Taxes** | 10,200.00 | 9,350.00 | | | | 19,550.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 364.76 | | | | | 364.76 |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | 364.76 | | | | | 364.76 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

FROM ONGOING INCOME WHEN RECEIVED TWICE EACH MONTH.

*"Insider" is defined in 11 U.S.C. Section 101(31).

Thomas, Joseph Martin
Debtor

Case No. 20-10334-TPA
Reporting Period: 5/1/21 – 5/31/21

# ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
| --- | --- |
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | N/A |

| Accounts Receivable Aging | Amount |
| --- | --- |
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | N/A |

# DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
| --- | --- | --- |
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. EXTENSION TO 10/15/21 APPROVED | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. AS PROVIDED TO US TRUSTEE | X | |

FORM MOR-5
(9/99)

# Standard Checking Statement

PNC Private Banking

Primary account number: [redacted]3191
Page 1 of 2
Number of enclosures: 0

**For the period 05/06/2021 to 06/03/2021**

A

002277 000010639 UZ
JOSEPH THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

Inquiries? Call PNC Private Banking 1-888-762-6226
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-762-6226

Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

0-1 39672963.3 COLR501A 1116 5008 127 07 20210604 PG 1 OF 1 00010639

## IMPORTANT INFORMATION FOR DEBIT AND BANKING CARD CUSTOMERS

Effective July 1, 2021, the daily limits on the PNC Bank Visa Debit Card associated with a Standard Checking or Interest Checking will be $500 for ATM withdrawals, $2,000 for PIN purchase transactions, and $5,000 for non-PIN purchase transactions.

The daily limits on a banking card associated with a Standard Checking or Interest Checking will be $500 for ATM withdrawals and $500 for PIN purchase transactions.

Your limits may be higher, if you have multiple products linked to your debit or banking card. You will be receiving a statement message outlining your card limits for those products. The product with the highest limit will apply to your card.

If you previously requested custom limits, you will be receiving a letter outlining your card limits.

## Standard Checking Account Summary

**Account number:** [redacted]3191

JOSEPH THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 10,200.00 | 9,350.00 | .00 | 19,550.00 |

| Average monthly balance | Charges and fees |
|---|---|
| 16,912.06 | .00 |

## Activity Detail

### Deposits and Other Additions

There were 2 Deposits and Other Additions totaling **$9,350.00**.

| Date | Amount | Description |
|---|---|---|
| 05/06 | 5,100.00 | Online Transfer From [redacted]6352 |
| 05/24 | 4,250.00 | Online Transfer From [redacted]6352 |

### Daily Balance Detail

| Date | Balance | Date | Balance |
|---|---|---|---|
| 05/06 | 15,300.00 | 05/24 | 19,550.00 |



## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:

- you have any questions regarding your account(s);
- your name or address is incorrect;
- you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

**Compare:** The activity detail section of your statement to your account register.

**Check Off:** All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.)

**Add to Your Account Register Balance:** Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register.

**Subtract From Your Account Register Balance:** Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register.

### Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Total A | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total B | |

**Step 3:**

Enter the ending balance recorded on your statement $ ____________

Add deposits and other additions not recorded Total A + $ ____________

Subtotal= $ ____________

Subtract checks and other deductions not recorded Total B - $ ____________

The result should equal your account register balance = $ ____________

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

# Performance Select Statement

PNC Private Banking

PNC BANK

Primary account number ██████6352
Page 1 of 7
Number of enclosures: 0

**For the period 05/08/2021 to 06/07/2021**

A

000008 000000119 UZ
JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

Inquiries? Call PNC Private Banking 1-888-762-6226
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-762-6226

Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## IMPORTANT INFORMATION FOR DEBIT AND BANKING CARD CUSTOMERS

Effective July 1, 2021, the daily limits on the PNC Bank Visa Debit Card associated with a Standard Checking or Interest Checking will be $500 for ATM withdrawals, $2,000 for PIN purchase transactions, and $5,000 for non-PIN purchase transactions.

The daily limits on a banking card associated with a Standard Checking or Interest Checking will be $500 for ATM withdrawals and $500 for PIN purchase transactions.

Your limits may be higher, if you have multiple products linked to your debit or banking card. You will be receiving a statement message outlining your card limits for those products. The product with the highest limit will apply to your card.

If you previously requested custom limits, you will be receiving a letter outlining your card limits.

## IMPORTANT INFORMATION FOR DEBIT AND BANKING CARD CUSTOMERS

Effective July 1, 2021, the daily limits on the PNC Bank Visa Debit Card associated with a Performance Select Checking or Virtual Wallet Performance Select will be $1,500 for ATM withdrawals, $2,000 for PIN purchase transactions, and $10,000 for non-PIN purchase transactions.

The daily limits on a banking card associated with a Performance Select Checking will be $1,500 for ATM withdrawals and $1,000 for PIN purchase transactions.

Your limits may be higher, if you have multiple products linked to your debit or banking card. You will be receiving a statement message outlining your card limits for those products. The product with the highest limit will apply to your card.

If you previously requested custom limits, you will be receiving a letter outlining your card limits.

## IMPORTANT INFORMATION REGARDING SAFE DEPOSIT BOX DISCOUNTS

The information below amends certain information in our Consumer Schedule of Service Charges and Fees (Schedule) and our Virtual Wallet Features and Fees (Schedule). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective June 14, 2021, the Safe Deposit Box discount will be decreased from $100 to $50 for Performance Select Checking and Virtual Wallet Performance Select customers and from $10 to $0 for Performance Checking and Virtual Wallet with Performance Spend customers. In addition, all Safe Deposit Box annual fees will increase by 10%.



# Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 05/08/2021 to 06/07/2021**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number [redacted]6352

If you have any questions, please feel free to visit your local PNC Branch or Solution Center or call the Customer Care Center at 1-888-762-2265.

## Performance Select Interest Checking Account Summary

**Account number:** [redacted]6352

JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION

**Overdraft Protection** has not been established for this account. Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 17,965.24 | 25,000.14 | 29,415.34 | 13,550.04 |
| | | Average monthly balance | Charges and fees |
| | | 16,912.92 | .00 |

### Transaction Summary

| Checks paid/ withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 24 | 7 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 5 | 5 | 0 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 31 | 16,912.92 | .14 |

As of 06/07, a total of **$.78** in interest was paid this year.

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 05/18 | 12,500.00 | Deposit Reference No. 030610557 |
| 06/02 | 12,500.00 | Deposit Reference No. 034062487 |
| 06/07 | .14 | Interest Payment |

There were 3 Deposits and Other Additions totaling **$25,000.14**.

### Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|
| 3960 | 13.00 | 05/14 | 075033787 | 3987 | 78.55 | 05/20 | 073654265 |
| 3971 * | 1,000.00 | 05/10 | 077857151 | 3987 * | 511.37 | 05/25 | 070447355 |
| 3972 | 200.00 | 05/11 | 072137206 | 3988 | 200.00 | 05/24 | 076612894 |
| 3973 | 200.00 | 05/13 | 073496803 | 3989 | 47.45 | 05/28 | 073339670 |
| 3975 * | 1,000.00 | 05/17 | 070154171 | 3991 * | 1,049.00 | 05/28 | 074422143 |
| 3976 | 25.04 | 05/17 | 077703549 | 3992 | 2,000.00 | 05/27 | 073047015 |
| 3978 * | 200.00 | 05/18 | 070805980 | 3993 | 24.00 | 06/01 | 075209761 |
| 3979 | 550.00 | 05/27 | 072895078 | 3994 | 1,700.00 | 05/28 | 074197080 |
| 3980 | 1,000.00 | 05/25 | 070180343 | 3995 | 200.00 | 06/01 | 076286565 |
| 3983 * | 4,600.00 | 05/28 | 074412433 | 3996 | 310.22 | 06/04 | 072246650 |
| 3985 * | 3,000.00 | 05/20 | 073534469 | 3997 | 54.54 | 06/07 | 075133945 |
| 3986 | 500.00 | 05/24 | 076703464 | 3998 | 200.00 | 06/07 | 074682197 |

* Gap in check sequence

There were 24 checks listed totaling **$18,663.17**.

000027026-B

# Performance Select Statement

PNC BANK

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 05/08/2021 to 06/07/2021**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number [redacted]6352

**Account number: [redacted]6352 - continued**

## Banking/Debit Card Withdrawals and Purchases

| Date | Amount | Description |
|---|---|---|
| 05/10 | 38.14 | 1794 Recurring Debit Card Apple.Com/Bill |
| 05/11 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 05/14 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 05/17 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 05/21 | 400.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 05/24 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 05/24 | .99 | 1794 Recurring Debit Card Apple.Com/Bill |
| 06/01 | 3.17 | 1794 Recurring Debit Card Apple.Com/Bill |
| 06/03 | 45.00 | 1794 Debit Card Purchase Sams Club Renewal |
| 06/07 | 600.00 | ATM Withdrawal 2069 Interchange R Erie PA |
| 06/07 | 3.17 | N0606 1794 Payment Apple Com Bill Cupertino Ca |
| 06/07 | 34.97 | N0606 1794 Payment Apple Com Bill Cupertino Ca |

There were 3 Banking Machine withdrawals totaling **$1,400.00**.

There were 9 other Banking Machine/Debit Card deductions totaling **$134.95**.

## Online and Electronic Banking Deductions

| Date | Amount | Description |
|---|---|---|
| 05/12 | 184.39 | ACH Tel-Single Vzw Webpay Vz Wireless Ve 2614800 |
| 05/14 | 54.78 | Payment,E-Check Check Pymt Penelec 3974 |
| 05/24 | 215.75 | Payment,E-Check Check Pymt Charter Midwest 3981 |
| 05/24 | 4,250.00 | Online Transfer To [redacted]3191 |
| 05/27 | 73.75 | Payment,E-Check Checkpaymt Natfuel Box 4103 3990 |
| 06/07 | 188.55 | Web Pmt Single - Vzw Webpay Vz Wireless Ve 4756826 |
| 06/07 | 4,250.00 | Online Transfer To [redacted]3191 |

There were 7 Online or Electronic Banking Deductions totaling **$9,217.22**.

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 05/08 | 17,965.24 | 05/14 | 15,871.76 | 05/24 | 18,495.09 | 06/02 | 19,236.35 |
| 05/10 | 16,927.10 | 05/17 | 14,843.55 | 05/25 | 16,983.72 | 06/03 | 19,191.35 |
| 05/11 | 16,723.93 | 05/18 | 27,143.55 | 05/27 | 14,359.97 | 06/04 | 18,881.13 |
| 05/12 | 16,539.54 | 05/20 | 24,065.00 | 05/28 | 6,963.52 | 06/07 | 13,550.04 |
| 05/13 | 16,339.54 | 05/21 | 23,665.00 | 06/01 | 6,736.35 | | |

COLR501A 1116 5008 127 07 20210608 PG 2 OF 4 00000119 39702588.2 0-1

# Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 05/08/2021 to 06/07/2021**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number: ██████6352
Page 4 of 7

## Check Images

| Check | Amount | Date |
|---|---|---|
| 3960 | $13.00 | 05/14/2021 |
| 3971 | $1,000.00 | 05/10/2021 |
| 3972 | $200.00 | 05/11/2021 |
| 3973 | $200.00 | 05/13/2021 |
| 3975 | $1,000.00 | 05/17/2021 |
| 3976 | $25.04 | 05/17/2021 |
| 3978 | $200.00 | 05/18/2021 |
| 3979 | $550.00 | 05/27/2021 |
| 3980 | $1,000.00 | 05/25/2021 |
| 3983 | $4,600.00 | 05/28/2021 |

Check Images continued on next page

# Performance Select Statement

PNCBANK

For the period 05/08/2021 to 06/07/2021

JOSEPH M THOMAS MD CASE# 20-10334

Primary account number: ████6352

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

## Check Images - continued

3985 $3,000.00 05/20/2021

3986 $500.00 05/24/2021

3987 $78.55 05/20/2021

3987 $511.37 05/25/2021

3988 $200.00 05/24/2021

3989 $47.45 05/28/2021

3991 $1,049.00 05/28/2021

3992 $2,000.00 05/27/2021

3993 $24.00 06/01/2021

3994 $1,700.00 05/28/2021

COLR501A 1116 5008 127 07 20210608 PG 3 OF 4 00000119 39702588.2 0-1

Check Images continued on next page

# Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 05/08/2021 to 06/07/2021**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number [redacted] 6352

**Check Images** - *continued*

JOSEPH M. THOMAS, M.D. 2374 VILLAGE COMMON DR., SUITE 100 ERIE, PA 16506-7201
DEBTOR-IN-POSSESSION ACCOUNT WD PA CASE #: 20-10334-TPA
3995
June 1, 2021
Pay to the Order of Ms Mary Paolella $ 200.00/100
Two Hundred and 00/100 Dollars
PNCBANK

3995 $200.00 06/01/2021

JOSEPH M. THOMAS, M.D. 2374 VILLAGE COMMON DR., SUITE 100 ERIE, PA 16506-7201
DEBTOR-IN-POSSESSION ACCOUNT WD PA CASE #: 20-10334-TPA
3996
JUNE 1, 2021
Pay to the Order of ERIE INSURANCE $ 310.22
THREE HUNDRED TEN AND 22/100 Dollars
PNCBANK

3996 $310.22 06/04/2021

JOSEPH M. THOMAS, M.D. 2374 VILLAGE COMMON DR., SUITE 100 ERIE, PA 16506-7201
DEBTOR-IN-POSSESSION ACCOUNT WD PA CASE #: 20-10334-TPA
3997
JUNE 1, 2021
Pay to the Order of ERIE WATER WORKS $ 54.54
FIFTY-FOUR AND 54/100 Dollars
PNCBANK

3997 $54.54 06/07/2021

JOSEPH M. THOMAS, M.D. 2374 VILLAGE COMMON DR., SUITE 100 ERIE, PA 16500-7201
DEBTOR-IN-POSSESSION ACCOUNT WD PA CASE #: 20-10334-TPA
3998
June 7, 2021
Pay to the Order of Ms Mary Paolella $ 200.00/100
Two Hundred and 00/100 Dollars
PNCBANK

3998 $200.00 06/07/2021

With PNC Online Banking, you can view, print and save up to the most recent 90 days of your canceled checks - front and back - FREE of charge. Please contact us for additional options.

000027027-B



## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:

- you have any questions regarding your account(s);
- your name or address is incorrect;
- you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

**Compare:** The activity detail section of your statement to your account register.

**Check Off:** All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.)

**Add to Your Account Register Balance:** Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register.

**Subtract From Your Account Register Balance:** Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register.

### Update Your Statement Information

**Step 1:** Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Total A | |

**Step 2:** Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total B | |

**Step 3:**

Enter the ending balance recorded on your statement $ ________

Add deposits and other additions not recorded Total A + $ ________

Subtotal= $ ________

Subtract checks and other deductions not recorded Total B - $ ________

The result should equal your account register balance = $ ________

COLR501A 1116 5008 127 07 20210608 PG 4 OF 4 00000119 39702588.2 0-1

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC          

# Performance Select Statement

PNC Private Banking

Primary account number: [redacted]6807
Page 1 of 3
Number of enclosures: 0

**For the period 05/08/2021 to 06/07/2021**

A

001926 000000126 UZ
JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION
2374 VILLAGE COMMON DR STE 100
ERIE PA 16506-7201

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

Inquiries? Call PNC Private Banking 1-888-762-6226
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-762-6226

Write to: PNC Private Banking
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## IMPORTANT INFORMATION FOR BANKING CARD CUSTOMERS

Effective July 1, 2021, the daily limits on a banking card associated with a Standard Savings, Statement Savings, High Yield Savings, Premiere Money Market or Premium Money Market will be $500 for ATM withdrawals and $500 for PIN purchase transactions.

Your limits may be higher, if you have multiple products linked to your banking card. You will be receiving a statement message outlining your card limits for those products. The product with the highest limit will apply to your card.

If you previously requested custom limits, you will be receiving a letter outlining your card limits.

## IMPORTANT INFORMATION FOR DEBIT AND BANKING CARD CUSTOMERS

Effective July 1, 2021, the daily limits on the PNC Bank Visa Debit Card associated with a Performance Select Checking or Virtual Wallet Performance Select will be $1,500 for ATM withdrawals, $2,000 for PIN purchase transactions, and $10,000 for non-PIN purchase transactions.

The daily limits on a banking card associated with a Performance Select Checking will be $1,500 for ATM withdrawals and $1,000 for PIN purchase transactions.

Your limits may be higher, if you have multiple products linked to your debit or banking card. You will be receiving a statement message outlining your card limits for those products. The product with the highest limit will apply to your card.

If you previously requested custom limits, you will be receiving a letter outlining your card limits.

## IMPORTANT ACCOUNT INFORMATION FOR ALL CONSUMER SAVINGS & MONEY MARKET CUSTOMERS

The information below amends certain information in our Consumer Schedule of Service Charges and Fees (Schedule) and our Virtual Wallet Features and Fees (Schedule). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective June 13, 2021, the Transaction Limit Fee will be $3.00 per transaction in excess of the permissible number of transactions from a savings or money market account within the monthly service charge period.

If you make more than a total of six (6) transfers each service charge period from a savings or money market account to other accounts (including transfers to another account for overdraft protection) or to third parties by check, through point-of sale purchase transactions or similar debit card transactions, by pre-authorized or automatic agreements, telephone, online or similar order payable to a third person, fees will apply. See your account agreement and fee schedule for more information. Other limits may apply to your account. We reserve the right to

0-1 39702588.2 COLR501A 1116 5008 127 07 20210608 PG 1 OF 2 00000126



# Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 05/08/2021 to 06/07/2021**
JOSEPH M THOMAS MD CASE# 20-10334
Primary account number ████6807

suspend enforcement of these transaction limitations, at our discretion.
If you have any questions, please feel free to visit your local PNC Branch or Solution Center or call the Customer Care Center at 1-888-762-2265.

## Performance Select
## Premium Money Market Account Summary
**Account number ████6807**

JOSEPH M THOMAS MD CASE# 20-10334
DEBTOR IN POSSESSION

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 38,040.77 | 2,237.23 | .00 | 40,278.00 |

| Average monthly balance | Charges and fees |
|---|---|
| 38,978.83 | .00 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 31 | 38,978.83 | .33 |

As of 06/07, a total of **$1.58** in interest was paid this year.

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 05/26 | 2,236.90 | Direct Deposit - Xxsoc Sec ████ |
| 06/07 | .33 | Interest Payment |

There were 2 Deposits and Other Additions totaling **$2,237.23**.

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/08 | 38,040.77 | 05/26 | 40,277.67 | 06/07 | 40,278.00 |

00027034-B

PNC BANK

## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records. Call the telephone number on the upper right side of the first page of this statement if:

- you have any questions regarding your account(s);
- your name or address is incorrect;
- you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

**Compare:** The activity detail section of your statement to your account register.

**Check Off:** All items in your account register that also appear on your statement. Remember to begin with the ending date of your last statement. (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.)

**Add to Your Account Register Balance:** Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register.

**Subtract From Your Account Register Balance:** Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register.

### Update Your Statement Information

**Step 1:** Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Total A | |

**Step 2:** Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total B | |

**Step 3:**

Enter the ending balance recorded on your statement $ ____________

Add deposits and other additions not recorded Total A + $ ____________

Subtotal= $ ____________

Subtract checks and other deductions not recorded Total B - $ ____________

The result should equal your account register balance = $ ____________

COLR501A 1116 5008 127 07 20210608 PG 2 OF 2 00000126 39702588.2 0-1

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

1:17 PM

06/16/21

## Joseph M. Thomas
# Reconciliation Summary
### 10003 · PNC Checking (Escrow) -3191, Period Ending 06/03/2021

| | | Jun 3, 21 |
|---|---|---|
| **Beginning Balance** | | 10,200.00 |
| **Cleared Transactions** | | |
| **Deposits and Credits - 2 items** | 9,350.00 | |
| **Total Cleared Transactions** | 9,350.00 | |
| **Cleared Balance** | | **19,550.00** |
| **Register Balance as of 06/03/2021** | | 19,550.00 |
| **New Transactions** | | |
| **Checks and Payments - 2 items** | -19,368.75 | |
| **Deposits and Credits - 2 items** | 8,500.00 | |
| **Total New Transactions** | -10,868.75 | |
| **Ending Balance** | | **8,681.25** |

1:17 PM

06/16/21

# Joseph M. Thomas
## Reconciliation Detail
### 10003 · PNC Checking (Escrow) -3191, Period Ending 06/03/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 10,200.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 2 items** | | | | | | |
| Check | 05/06/2021 | 0 | Joseph M. Thomas | X | 5,100.00 | 5,100.00 |
| Check | 05/24/2021 | 0 | Joseph M. Thomas | X | 4,250.00 | 9,350.00 |
| Total Deposits and Credits | | | | | 9,350.00 | 9,350.00 |
| Total Cleared Transactions | | | | | 9,350.00 | 9,350.00 |
| Cleared Balance | | | | | 9,350.00 | 19,550.00 |
| Register Balance as of 06/03/2021 | | | | | 9,350.00 | 19,550.00 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 06/14/2021 | EFT | United States Treas... | | -16,836.00 | -16,836.00 |
| Check | 06/14/2021 | EFT | PA Dept. of Revenue | | -2,532.75 | -19,368.75 |
| Total Checks and Payments | | | | | -19,368.75 | -19,368.75 |
| **Deposits and Credits - 2 items** | | | | | | |
| Check | 06/07/2021 | 0 | Joseph M. Thomas | | 4,250.00 | 4,250.00 |
| Check | 06/16/2021 | 0 | Joseph M. Thomas | | 4,250.00 | 8,500.00 |
| Total Deposits and Credits | | | | | 8,500.00 | 8,500.00 |
| Total New Transactions | | | | | -10,868.75 | -10,868.75 |
| **Ending Balance** | | | | | **-1,518.75** | **8,681.25** |

Joseph M. Thomas

6/17/2021 3:52 PM

Register: 10003 · PNC Checking (Escrow) -3191

From 05/01/2021 through 05/31/2021

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 05/06/2021 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 5,100.00 | 15,300.00 |
| 05/24/2021 | 0 | Joseph M. Thomas | 10001 · PNC Checking... | Transfer Funds | | X | 4,250.00 | 19,550.00 |

3:41 PM

06/17/21

# Joseph M. Thomas
## Reconciliation Summary
### 10001 · PNC Checking -6352, Period Ending 06/07/2021

| | | Jun 7, 21 |
|---|---|---|
| Beginning Balance | | 17,965.24 |
| Cleared Transactions | | |
| Checks and Payments - 43 items | -29,415.34 | |
| Deposits and Credits - 3 items | 25,000.14 | |
| Total Cleared Transactions | -4,415.20 | |
| Cleared Balance | | **13,550.04** |
| Uncleared Transactions | | |
| Checks and Payments - 4 items | -3,514.28 | |
| Total Uncleared Transactions | -3,514.28 | |
| Register Balance as of 06/07/2021 | | **10,035.76** |
| New Transactions | | |
| Checks and Payments - 10 items | -13,580.08 | |
| Deposits and Credits - 2 items | 12,637.02 | |
| Total New Transactions | -943.06 | |
| Ending Balance | | **9,092.70** |

3:41 PM

06/17/21

# Joseph M. Thomas
## Reconciliation Detail
### 10001 · PNC Checking -6352, Period Ending 06/07/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 17,965.24 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 43 items** | | | | | | |
| Bill Pmt -Check | 04/26/2021 | 3960 | HAB-LST | X | -13.00 | -13.00 |
| Bill Pmt -Check | 05/04/2021 | 3971 | Reyes Landscaping | X | -1,000.00 | -1,013.00 |
| Check | 05/06/2021 | DEBIT | Apple.com | X | -38.14 | -1,051.14 |
| Bill Pmt -Check | 05/10/2021 | 3975 | Reyes Landscaping | X | -1,000.00 | -2,051.14 |
| Bill Pmt -Check | 05/10/2021 | 3973 | Highmark Blue Cros... | X | -200.00 | -2,251.14 |
| Check | 05/10/2021 | 3972 | Mary Paolella | X | -200.00 | -2,451.14 |
| Bill Pmt -Check | 05/10/2021 | 3977 | Verizon Wireless | X | -184.39 | -2,635.53 |
| Bill Pmt -Check | 05/10/2021 | 3974 | Penelec- South Shore | X | -54.78 | -2,690.31 |
| Bill Pmt -Check | 05/10/2021 | 3976 | The New York Times | X | -25.04 | -2,715.35 |
| Check | 05/10/2021 | DEBIT | Apple.com | X | -3.17 | -2,718.52 |
| Check | 05/14/2021 | DEBIT | Joseph M. Thomas | X | -400.00 | -3,118.52 |
| Check | 05/16/2021 | DEBIT | Apple.com | X | -3.17 | -3,121.69 |
| Check | 05/17/2021 | 3978 | Mary Paolella | X | -200.00 | -3,321.69 |
| Check | 05/18/2021 | 3983 | United States Treas... | X | -4,600.00 | -7,921.69 |
| Check | 05/18/2021 | 3985 | Quinn Law Firm | X | -3,000.00 | -10,921.69 |
| Bill Pmt -Check | 05/18/2021 | 3980 | Reyes Landscaping | X | -1,000.00 | -11,921.69 |
| Bill Pmt -Check | 05/18/2021 | 3979 | Jill D. Cuthbertson, ... | X | -550.00 | -12,471.69 |
| Bill Pmt -Check | 05/18/2021 | 3981 | Spectrum | X | -215.75 | -12,687.44 |
| Check | 05/18/2021 | 3982 | Cindy A. Taraszki | X | -78.55 | -12,765.99 |
| Check | 05/21/2021 | 3987 | Wegmans | X | -511.37 | -13,277.36 |
| Check | 05/21/2021 | 3986 | Bonnell's Collision C... | X | -500.00 | -13,777.36 |
| Check | 05/21/2021 | DEBIT | Joseph M. Thomas | X | -400.00 | -14,177.36 |
| Check | 05/22/2021 | 3988 | Mary Paolella | X | -200.00 | -14,377.36 |
| Check | 05/22/2021 | DEBIT | Apple.com | X | -3.17 | -14,380.53 |
| Check | 05/22/2021 | DEBIT | Apple.com | X | -0.99 | -14,381.52 |
| Check | 05/24/2021 | 0 | Joseph M. Thomas | X | -4,250.00 | -18,631.52 |
| Check | 05/24/2021 | 3992 | Quinn Law Firm | X | -2,000.00 | -20,631.52 |
| Bill Pmt -Check | 05/24/2021 | 3991 | Reyes Landscaping | X | -1,049.00 | -21,680.52 |
| Bill Pmt -Check | 05/24/2021 | 3990 | National Fuel Gas-SS | X | -73.75 | -21,754.27 |
| Bill Pmt -Check | 05/24/2021 | 3989 | Highmark Health Ins... | X | -47.45 | -21,801.72 |
| Check | 05/27/2021 | 3994 | Michael Milano | X | -1,700.00 | -23,501.72 |
| Bill Pmt -Check | 05/27/2021 | 3993 | Cigna | X | -24.00 | -23,525.72 |
| Bill Pmt -Check | 06/01/2021 | 3996 | Erie Insurance Group | X | -310.22 | -23,835.94 |
| Check | 06/01/2021 | 3995 | Mary Paolella | X | -200.00 | -24,035.94 |
| Bill Pmt -Check | 06/01/2021 | 3997 | Erie Water Works | X | -54.54 | -24,090.48 |
| Check | 06/01/2021 | DEBIT | Sam's Club | X | -45.00 | -24,135.48 |
| Check | 06/01/2021 | DEBIT | Apple.com | X | -3.17 | -24,138.65 |
| Check | 06/05/2021 | DEBIT | Joseph M. Thomas | X | -600.00 | -24,738.65 |
| Check | 06/06/2021 | DEBIT | Apple.com | X | -34.97 | -24,773.62 |
| Check | 06/06/2021 | DEBIT | Apple.com | X | -3.17 | -24,776.79 |
| Check | 06/07/2021 | 0 | Joseph M. Thomas | X | -4,250.00 | -29,026.79 |
| Check | 06/07/2021 | 3998 | Mary Paolella | X | -200.00 | -29,226.79 |
| Bill Pmt -Check | 06/07/2021 | DEBIT | Verizon Wireless | X | -188.55 | -29,415.34 |
| Total Checks and Payments | | | | | -29,415.34 | -29,415.34 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 05/18/2021 | | | X | 12,500.00 | 12,500.00 |
| Deposit | 06/02/2021 | | | X | 12,500.00 | 25,000.00 |
| Deposit | 06/07/2021 | | | X | 0.14 | 25,000.14 |
| Total Deposits and Credits | | | | | 25,000.14 | 25,000.14 |
| Total Cleared Transactions | | | | | -4,415.20 | -4,415.20 |
| Cleared Balance | | | | | -4,415.20 | 13,550.04 |

3:41 PM

06/17/21

# Joseph M. Thomas
## Reconciliation Detail
### 10001 · PNC Checking -6352, Period Ending 06/07/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 04/27/2020 | 3552 | PA Department of R... | | -2,429.28 | -2,429.28 |
| Check | 12/13/2020 | 3845 | Eddie's Collectibles | | -85.00 | -2,514.28 |
| Check | 04/15/2021 | 3955 | PA Department of R... | | -500.00 | -3,014.28 |
| Check | 05/18/2021 | 3984 | PA Department of R... | | -500.00 | -3,514.28 |
| Total Checks and Payments | | | | | -3,514.28 | -3,514.28 |
| Total Uncleared Transactions | | | | | -3,514.28 | -3,514.28 |
| Register Balance as of 06/07/2021 | | | | | -7,929.48 | 10,035.76 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 10 items** | | | | | | |
| Check | 06/08/2021 | DEBIT | Cherry Valley Furnit... | | -260.00 | -260.00 |
| Check | 06/10/2021 | DEBIT | Apple.com | | -6.34 | -266.34 |
| Check | 06/12/2021 | DEBIT | Joseph M. Thomas | | -400.00 | -666.34 |
| Check | 06/13/2021 | 3999 | Mary Paolella | | -210.00 | -876.34 |
| Bill Pmt -Check | 06/14/2021 | 4000 | David J. DeMarco, D... | | -294.00 | -1,170.34 |
| Bill Pmt -Check | 06/14/2021 | 4001 | Penelec- South Shore | | -59.74 | -1,230.08 |
| Check | 06/15/2021 | 4002 | United States Treas... | | -4,600.00 | -5,830.08 |
| Check | 06/15/2021 | 4004 | Quinn Law Firm | | -3,000.00 | -8,830.08 |
| Check | 06/15/2021 | 4003 | PA Department of R... | | -500.00 | -9,330.08 |
| Check | 06/16/2021 | 0 | Joseph M. Thomas | | -4,250.00 | -13,580.08 |
| Total Checks and Payments | | | | | -13,580.08 | -13,580.08 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 06/15/2021 | | | | 137.02 | 137.02 |
| Deposit | 06/15/2021 | | | | 12,500.00 | 12,637.02 |
| Total Deposits and Credits | | | | | 12,637.02 | 12,637.02 |
| Total New Transactions | | | | | -943.06 | -943.06 |
| **Ending Balance** | | | | | **-8,872.54** | **9,092.70** |

Joseph M. Thomas

6/17/2021 3:45 PM

Register: 10001 · PNC Checking -6352

From 05/01/2021 through 05/31/2021

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 05/02/2021 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 5,948.02 |
| 05/04/2021 | | | 40999 · Batch Income | Deposit | | X | 15,000.00 | 20,948.02 |
| 05/04/2021 | 3969 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 20,748.02 |
| 05/04/2021 | 3970 | Erie Insurance Group | 2000 · Accounts Payable | Auto Policy Q0... | 310.22 | X | | 20,437.80 |
| 05/04/2021 | 3971 | Reyes Landscaping | 2000 · Accounts Payable | Spring Clean-u... | 1,000.00 | X | | 19,437.80 |
| 05/06/2021 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 38.14 | X | | 19,399.66 |
| 05/06/2021 | 0 | Joseph M. Thomas | 10003 · PNC Checking... | Transfer to Tax... | 5,100.00 | X | | 14,299.66 |
| 05/07/2021 | | | 40950 · Interest Income | Interest | | X | 0.16 | 14,299.82 |
| 05/07/2021 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 13,899.82 |
| 05/10/2021 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 13,896.65 |
| 05/10/2021 | 3972 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 13,696.65 |
| 05/10/2021 | 3973 | Highmark Blue Cross... | 2000 · Accounts Payable | Billing Accoun... | 200.00 | X | | 13,496.65 |
| 05/10/2021 | 3974 | Penelec- South Shore | 2000 · Accounts Payable | | 54.78 | X | | 13,441.87 |
| 05/10/2021 | 3975 | Reyes Landscaping | 2000 · Accounts Payable | Spring Clean-u... | 1,000.00 | X | | 12,441.87 |
| 05/10/2021 | 3976 | The New York Times | 2000 · Accounts Payable | Acct. | 25.04 | X | | 12,416.83 |
| 05/10/2021 | 3977 | Verizon Wireless | 2000 · Accounts Payable | Acct. | 184.39 | X | | 12,232.44 |
| 05/14/2021 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 11,832.44 |
| 05/16/2021 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 11,829.27 |
| 05/17/2021 | 3978 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 11,629.27 |
| 05/18/2021 | | | 40999 · Batch Income | Deposit | | X | 12,500.00 | 24,129.27 |
| 05/18/2021 | 3979 | Jill D. Cuthbertson, ... | 2000 · Accounts Payable | Acct | 550.00 | X | | 23,579.27 |
| 05/18/2021 | 3980 | Reyes Landscaping | 2000 · Accounts Payable | Spring Clean-u... | 1,000.00 | X | | 22,579.27 |
| 05/18/2021 | 3981 | Spectrum | 2000 · Accounts Payable | Cable/Internet -... | 215.75 | X | | 22,363.52 |
| 05/18/2021 | 3982 | Cindy A. Taraszki | -split- | Reimburse for ... | 78.55 | X | | 22,284.97 |
| 05/18/2021 | 3983 | United States Treasury | 99921 · Federal Incom... | | 4,600.00 | X | | 17,684.97 |
| 05/18/2021 | 3984 | PA Department of Re... | 99922 · State Income T... | | 500.00 | | | 17,184.97 |
| 05/18/2021 | 3985 | Quinn Law Firm | 64300 · Legal | Escrow - Perso... | 3,000.00 | X | | 14,184.97 |
| 05/21/2021 | DEBIT | Joseph M. Thomas | 99620 · Miscellaneous ... | Cash Withdraw... | 400.00 | X | | 13,784.97 |
| 05/21/2021 | 3986 | Bonnell's Collision C... | 60115 · Automobile E... | Repairs - 2016 ... | 500.00 | X | | 13,284.97 |
| 05/21/2021 | 3987 | Wegmans | 64925 · Medical Expen... | Prescriptions | 511.37 | X | | 12,773.60 |
| 05/22/2021 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 3.17 | X | | 12,770.43 |
| 05/22/2021 | DEBIT | Apple.com | 60125 · Books/etc. | i-Tunes Downl... | 0.99 | X | | 12,769.44 |
| 05/22/2021 | 3988 | Mary Paolella | 65705 · Rent Expense | Rent | 200.00 | X | | 12,569.44 |
| 05/24/2021 | 0 | Joseph M. Thomas | 10003 · PNC Checking... | Transfer to Tax... | 4,250.00 | X | | 8,319.44 |
| 05/24/2021 | 3989 | Highmark Health Ins... | 2000 · Accounts Payable | Dental Insuran... | 47.45 | X | | 8,271.99 |
| 05/24/2021 | 3990 | National Fuel Gas-SS | 2000 · Accounts Payable | 2100 S. Shore t... | 73.75 | X | | 8,198.24 |
| 05/24/2021 | 3991 | Reyes Landscaping | 2000 · Accounts Payable | Spring Clean-u... | 1,049.00 | X | | 7,149.24 |
| 05/24/2021 | 3992 | Quinn Law Firm | 72290 · Taxes Property | Transfer Tax - ... | 2,000.00 | X | | 5,149.24 |
| 05/27/2021 | 3993 | Cigna | 2000 · Accounts Payable | Inv. | 24.00 | X | | 5,125.24 |
| 05/27/2021 | 3994 | Michael Milano | 64900 · Maintenance ... | Cement work | 1,700.00 | X | | 3,425.24 |

3:44 PM

06/17/21

# Joseph M. Thomas
## Reconciliation Summary
### 10002 · PNC Bank - Money Market Acct., Period Ending 06/07/2021

| | | Jun 7, 21 |
|---|---|---|
| Beginning Balance | | 38,040.77 |
| Cleared Transactions | | |
| Deposits and Credits - 2 items | 2,237.23 | |
| Total Cleared Transactions | 2,237.23 | |
| **Cleared Balance** | | **40,278.00** |
| Register Balance as of 06/07/2021 | | 40,278.00 |
| Ending Balance | | 40,278.00 |

3:44 PM

06/17/21

# Joseph M. Thomas
## Reconciliation Detail
### 10002 · PNC Bank - Money Market Acct., Period Ending 06/07/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 38,040.77 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 05/26/2021 | | | X | 2,236.90 | 2,236.90 |
| Deposit | 06/07/2021 | | | X | 0.33 | 2,237.23 |
| Total Deposits and Credits | | | | | 2,237.23 | 2,237.23 |
| Total Cleared Transactions | | | | | 2,237.23 | 2,237.23 |
| Cleared Balance | | | | | 2,237.23 | 40,278.00 |
| Register Balance as of 06/07/2021 | | | | | 2,237.23 | 40,278.00 |
| **Ending Balance** | | | | | **2,237.23** | **40,278.00** |

Joseph M. Thomas

6/17/2021 3:45 PM

Register: 10002 · PNC Bank - Money Market Acct.

From 05/01/2021 through 05/31/2021

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 05/07/2021 | | | 40950 · Interest Income | Interest | | X | 0.30 | 38,040.77 |
| 05/26/2021 | | | -split- | Deposit | | X | 2,236.90 | 40,277.67 |