IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | ) | Chapter 11 Case No. 20-10049-TPA |
|---|---|---|
| TRI-STATE PAIN INSTITUTE, LLC, | ) | Related to Doc. No. 527 |
| Debtor | ) | |

| In re: | ) | Chapter 11 Case No. 20-10334-TPA |
|---|---|---|
| JOSEPH M. THOMAS, M.D., | ) | Related to Doc. No. 377 |
| Debtor | ) | |

| In re: | ) | Chapter 11 Case No. 21-10118-TPA |
|---|---|---|
| 2374 VILLAGE COMMON DRIVE, LLC, | ) | Related to Doc. No. 100 |
| Debtor | ) | |

**ORDER**

AND NOW, this ____ day of June, 2021, upon consideration of the allowed and pending fee applications, it appearing that there is $116,000 of unencumbered funds available for distribution to the professionals in this case, it is ORDERED that said $116,000 shall be paid to the professionals on account, as follows:

| *PAYEE* | *PERCENT OF AVAILABLE CASH* | *AMOUNT TO BE PAID* |
|---|---|---|
| Michael P. Kruszewski, Esquire<br>Quinn Law Firm | 46% | $53,795.58 |
| Gary V. Skiba, Esquire<br>Marsh Schaaf, LLP | 16% | $18,684.69 |
| Gary Eiben, Esquire<br>MacDonald Illig Jones & Britton LLP | 21% | $24,372.02 |
| Guy C. Fustine, Esquire<br>Knox McLaughlin Gornall & Sennett, P.C. | 17% | $19,147.71 |

Dated: _____    _____
Thomas P. Agresti, Judge
United States Bankruptcy Court

# 2259376.v1