FILED
6/30/21 1:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
TRI-STATE PAIN INSTITUTE, LLC,        :        Case No. 20-10049-TPA
          *Debtor*                    :
                                      :        Chapter 11
                                      :

IN RE:
JOSEPH MARTIN THOMAS,                 :        Case No.  20-10334-TPA
          Debtor                      :
                                      :        Chapter 11
                                      :

IN RE:
2374 VILLAGE COMMON DRIVE,LLC,        :        Case No. 21-10118-TPA
          Debtor                      :
                                      :        Chapter 11
                                      :

*Order*

As the Parties are well aware, for some time now the Court has been concerned about

the slow progress toward an overall resolution in these cases, particularly as regards the relationship

between the Debtors and their principal secured creditor, Wells Fargo Bank National Association

("Wells Fargo").  The Court had some hope that the sale of the commercial property at 2374 Village

Common Drive, would both significantly pay down the Wells Fargo debt and provide some

clarification as to the secured/unsecured status of the remaining debt.  While the sale did result in

a significant paydown, unfortunately it does not appear to have provided much help going forward

with the status of the remainder of the debt, as was made apparent at a recent informal discussion

between the Court and Counsel for the various Parties.  For example, Counsel for Wells Fargo

mentioned the possibility of seeking attorney fees as an oversecured creditor but it is not clear whether the Debtors agree that Wells Fargo holds such status, and further unclear whether such attorney fees would be warranted even if Wells Fargo is oversecured.

In order to move the cases along, and as an aid for the Court in determining whether the cases, or at least some of them,  would benefit from a referral to mediation or the appointment of a trustee, it is imperative that the status of Wells Fargo as to its remaining debt is addressed.  To that end, the Court will give the Parties 3 weeks to discuss the matter among themselves and see if they can come to an agreement which can be submitted to the Court in the form of a stipulation and proposed order.

Failing that, the Court intends to quickly convene a status conference in Erie at which Counsel and representatives of the Debtor and of Wells Fargo , with full and complete settlement authority, will be directed to personally appear.  Such status conference order will also include a direction for Attorney Kirk Burkley to personally appear because, although he has not entered an appearance in the case for Wells Fargo, it has been reported to the Court that he exercises background oversight and authority in the matter.

AND NOW, this *30ᵗʰ* day of *June, 2021*, for the reasons stated above, it is **ORDERED, ADJUDGED** and **DECREED** that,

(1)  The Parties shall confer in good faith for the purposes of reaching an agreement as to the secured status of Wells Fargo following the sale of the 2374 Village Common Drive property and the extent and value of the remaining Debtor assets in which Wells Fargo holds a valid security interest.

(2)   ***On or before July 21, 2021*** the Parties shall file a report indicating whether they have been successful in reaching an agreement, including a stipulation and proposed order to the extent they have been successful.

(3)   If the Parties are not successful in reaching a meaningful agreement by the stated deadline the Court intends to issue a further order shortly thereafter scheduling a status conference as described above.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
   Gary Skiba, Esq.
   Michael Kruszewski, Esq.
   Guy Fustine, Esq.
   Gaey Eiben, Esq.
   Salene Mazur Kraemer, Esq.
   HarryGreenfield, Esq.
   Kirk Burkley, Esq.
   Norma Hildenbrand, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 20-10334-TPA

Joseph Martin Thomas                                                              Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: culy | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 30, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| sp | + Gary Eiben, MacDonald Illig Jones & Britton, LLP, 100 State St., Ste. 700, Erie, PA 16507-1459 |
|  | + Harry Greenfield, Esq., Bernstein-Burkley, Fifth Third Center, Suite 1300, 600 Superior Avenue East, Cleveland, OH 44114-2614 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
|  | + Email/Text: kburkley@bernsteinlaw.com | Jun 30 2021 23:45:00 | Kirk Burkley, Esq., Bernstein-Burkley, P.C., 2200 Gulf Tower, 707 Grant St., Pittsburgh, PA 15219-1945 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2021                           Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Interested Party Barbara Noonan agornall@gornall-law.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Crystal H. Thornton-Illar | on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com<br>bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com |

District/off: 0315-1                                     User: culy                                          Page 2 of 2
Date Rcvd: Jun 30, 2021                              Form ID: pdf900                                   Total Noticed: 3

Gary V. Skiba
                    on behalf of Interested Party Tri-State Pain Institute  LLC gskiba@marshlaw.com,
                    DGeniesse@marshlaw.com;rose227@hotmail.com

Guy C. Fustine
                    on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC mwernicki@kmgslaw.com,
                    knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com

Harry W. Greenfield
                    on behalf of Creditor WELLS FARGO BANK  N.A. hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com

Jill Locnikar
                    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
                    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Locnikar
                    on behalf of Creditor United States of America  Small Business Administration jill.locnikar@usdoj.gov,
                    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren Michaels
                    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich
                    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
                    on behalf of Creditor Ally Bank mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Mark G. Claypool
                    on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com
                    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael F.J. Romano
                    on behalf of Interested Party TIAA Commercial Finance  Inc. mromano@rgalegal.com,
                    tyowell@rgalegal.com;jromano@rgalegal.com

Michael F.J. Romano
                    on behalf of Creditor TIAA Commercial Finance  Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael P. Kruszewski
                    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com
                    knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer
                    @quinnfirm.com;gbebko@quinnfirm.com;jiddings@quinnfirm.com

Michael P. Kruszewski
                    on behalf of Debtor 2374 Village Common Drive LLC mkruszewski@quinnfirm.com
                    knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer
                    @quinnfirm.com;gbebko@quinnfirm.com;jiddings@quinnfirm.com

Norma Hildenbrand, on Behalf of the United States Trustee by
                    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
                    on behalf of Creditor Steven E. Ribbing rroteman@stonecipherlaw.com  cbeard@stonecipherlaw.com

Ronald B. Roteman
                    on behalf of Creditor Kay B. Ribbing rroteman@stonecipherlaw.com  cbeard@stonecipherlaw.com

Salene R.M. Kraemer
                    on behalf of Creditor WELLS FARGO BANK  N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com


TOTAL: 21