IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
|    Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
|    Movant, | : | DATE AND TIME OF HEARING: |
| | : | July 13, 2021 @ 11:30 a.m. |
|    v. | : | |
| | : | RESPONSE DEADLINE: |
| ALLY BANK; UNITED STATES OF | : | June 25, 2021 |
| AMERICA, INTERNAL REVENUE | : | |
| SERVICE; COMMONWEALTH OF | : | RELATED TO DOCUMENT NO. 456 |
| PENNSYLVANIA, DEPT. OF REVENUE; | : | |
| and CHAMPION FORD, | : | |
|    Respondents. | : | |
| | : | |

**PROOF OF PUBLICATION**

Attached hereto is the Proof of Publication from the Erie Times News.

                                        Respectfully submitted,

                                        THE QUINN LAW FIRM

                                        BY:    /s/Michael P. Kruszewski
                                                  Michael P. Kruszewski, Esquire
                                                  PA Id. No. 91239
                                                  2222 West Grandview Boulevard
                                                  Erie, Pennsylvania 16506-4508
                                                  Telephone: 814-833-2222
                                                  Facsimile: 814-833-6753
                                                  mkruszewski@quinnfirm.com
                                                  Counsel for Debtor, Joseph Martin Thomas

#1450088

## PROOF OF PUBLICATION
### In
### THE ERIE TIMES-NEWS
### COMBINATION EDITION

QUINN BUSECK LEEMHUIS TOOHEY
2222 W GRANDVIEW BLVD
ERIE PA   16506-4508

REFERENCE:     130799      435756
In re: Joseph Martin Thomas Chapter

STATE OF PENNSYLVANIA)
COUNTY OF ERIE ) SS:
Lorri Stefanelli, being duly sworn, deposes and says that: (1) he/she is a designated agent of the Times Publishing Company (TPC) to execute Proofs of Publication on behalf of the TPC; (2) the TPC, whose principal place of business is at 205 W. 12th Street, Erie, Pennsylvania, owns and publishes the Erie Times-News, established October 2, 2000, a daily newspaper of general circulation, and published at Erie, Erie County Pennsylvania; (3) the subject notice or advertisement, was published in the regular edition(s) of said newspaper on the date(s) referred to below. Affiant further deposes that he/she is duly authorized by the TPC, owner and publisher of the Erie Times-News, to verify the foregoing statement under oath, and affiant is not interested in the subject matter of the aforesaid notice or advertisement, and that all allegations in the foregoing statement as to time, place and character of publication are true.

PUBLISHED ON: 06/25/21

TOTAL COST: $302.20     AD SPACE: 74 Lines

FILED ON: 06/25/21

---

In re: Joseph Martin Thomas Chapter 11 Bankruptcy Case No. 20-10334 TPA
NOTICE OF A NON-EVIDENTIARY HEARING ON MOTION FOR SALE OF PERSONAL PROPERTY FREE AND DIVESTED OF LIENS:
NOTICE IS HEREBY GIVEN THAT the Debtor, in the above-referenced Bankruptcy has filed a Motion for Sale of Personal Free and Divested of Liens seeking approval to sell a 2016 Ford F-150 Moab 4WD V8 FFV Crew Cab 5.0L XLT, VIN No. 1FTEW1EF8GKE73067 for the sum of $50,100.00 according to the terms set forth in the Motion. A Zoom Video Conference hearing shall take place on July 13, 2021 at 11:30 a.m. via the Zoom Video Conference Application. The Court will entertain higher offers at the hearing. A successful bidder must deposit hand money of $5,010.00 at the time of the approval of the sale by the Court, with the balance due to be paid at closing of this sale. To participate in and join a Zoom Hearing, please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's Website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Michael P. Kruszewski, Esquire to learn how to make telephonic arrangements. Examination of the property can be obtained by contacting the attorney for the Debtor, listed below. Further information regarding this sale may be found on the Court's EASI Website:   http://www.pawb.uscourts.gov/easi.htm.
Attorney for Movant/Applicant
Michael P. Kruszewski, Esquire
Quinn, Buseck, Leemhuis, Toohey, & Kroto, Inc.
2222 West Grandview Blvd.
Erie, Pennsylvania 16506
(814)833-2222
PA ID#91239
(6-435756-NT-25)

---

Sworn to and subscribed before me this 25th day of June 2021

Affiant: _Lorri Stefanelli_

NOTARY: _Barbara J Moore_

Commonwealth of Pennsylvania - Notary Seal
Barbara J. Moore, Notary Public
Erie County
My commission expires March 23, 2024
Commission number 1114860
Member, Pennsylvania Association of Notaries