IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
|    Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
|    Movant, | : | DATE AND TIME OF HEARING: |
| | : | July 13, 2021 @ 11:30 a.m. |
|    v. | : | |
| | : | RESPONSE DEADLINE: |
| ALLY BANK; UNITED STATES OF | : | June 25, 2021 |
| AMERICA, INTERNAL REVENUE | : | |
| SERVICE; COMMONWEALTH OF | : | RELATED TO DOCUMENT NO. 456 |
| PENNSYLVANIA, DEPT. OF REVENUE; | : | |
| and CHAMPION FORD, | : | |
|    Respondents. | : | |
| | : | |

**PROOF OF PUBLICATION**

Attached hereto is the Proof of Publication from the <u>Erie County Legal Journal.</u>

                              Respectfully submitted,

                              THE QUINN LAW FIRM

                              BY:    /s/Michael P. Kruszewski
                                          Michael P. Kruszewski, Esquire
                                          PA Id. No. 91239
                                          2222 West Grandview Boulevard
                                          Erie, Pennsylvania 16506-4508
                                          Telephone: 814-833-2222
                                          Facsimile: 814-833-6753
                                          mkruszewski@quinnfirm.com
                                          Counsel for Debtor, Joseph Martin Thomas

#1450219

*Erie County Legal Journal*

# Proof of Publication of Notice

COMMONWEALTH OF PENNSYLVANIA  } SS:
COUNTY OF ERIE

Before me, the undersigned notary public, this day, personally appeared __Megan E. Anthony__ to me known, who being duly sworn according to law, deposes and states the following:

I am the Managing Editor of the *Erie County Legal Journal*. The *Erie County Legal Journal* is the duly designated legal newspaper for Erie County, Pennsylvania, which legal newspaper was established in 1945 and is published by the Erie County Bar Association, 429 West Sixth Street, Erie, Erie County, Pennsylvania 16507. A copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

**COPY OF NOTICE**

> **BANKRUPTCY SALE NOTICE**
> In re: Joseph Martin Thomas
> Chapter 11 Bankruptcy
> Case No. 20-10334 TPA
> NOTICE OF A NON-EVIDENTIARY HEARING ON MOTION FOR SALE OF PERSONAL PROPERTY FREE AND DIVESTED OF LIENS:
> NOTICE IS HEREBY GIVEN THAT the Debtor in the above-referenced Bankruptcy has filed a Motion for Sale of Personal Free and Divested of Liens seeking approval to sell a 2016 Ford F-150 Moab 4WD V8 FFV Crew Cab 5.0L XLT, VIN No. 1FTEW1EF8GKE73067 for the sum of $50,100.00 according to the terms set forth in the Motion. A Zoom Video Conference hearing shall take place on July 13, 2021 at 11:30 a.m. via the Zoom Video Conference Application. **The Court will entertain higher offers at the hearing.** A successful bidder must deposit hand money of **$5,010.00** at the time of the approval of the sale by the Court, with the balance due to be paid at closing of this sale. To participate in and join a Zoom Hearing, please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's Website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Michael P. Kruszewski, Esquire, to learn how to make telephonic arrangements. Examination of the property can be obtained by contacting the attorney for the Debtor, listed below. Further information regarding this sale may be found on the Court's EASI Website: http://www.pawb.uscourts.gov/easi.htm.
> Attorney for Movant/Applicant
> Michael P. Kruszewski, Esquire
> Quinn, Buseck, Leemhuis, Toohey, & Kroto, Inc.
> 2222 West Grandview Blvd.
> Erie, Pennsylvania 16506
> (814) 833-2222
> PA ID#91239
> June 25

Friday, __June 25__, 20__21__

The affiant further states that he/she is a designated agent of the Erie County Bar Association, the owner of said legal newspaper, that s/he is not interested in the subject matter of the aforesaid notice or advertising, and that all of the allegations of the aforesaid statement as to time, place and character of publication are true.

_____Megan E. Anthony_____, Managing Editor

Sworn to and subscribed before me this __25th__ day of __June__, 20__21__

_____
Notary Public

**MY COMMISSION EXPIRES**

Commonwealth of Pennsylvania – Notary Seal
Nancy R. Theuerkauf, Notary Public
Erie County
My Commission Expires January 2?, 2023
Commission Number 1186?75