FILED
7/13/21 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 20-10334-TPA |
| | : | |
| Joseph Martin Thomas | : | Chapter: 11 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date: 7/13/2021 |
| | : | Time: 11:30 |

## PROCEEDING MEMO

**MATTER**  #456 Motion to Sell Property Free and Clear of Liens under Section 363(f)
#464 Limited Obj. by Ally Bank
*(Sale posted on EASI on 6/8/21)*

**APPEARANCES:**

Debtor: Michael P. Kruszewski
Ally Bank: Maribeth Thomas
Tri-State Cred. Comm.: Guy Fustine, Ashley Mulryan
Tri-State Pain Institute: Gary Skiba
Wells Fargo: Selene Kraemer
Champion Ford: Scott Arrowsmith

**NOTES:**

Kruszewski: Details of 2016 Ford truck being sold. $50,100 is the offer from Champion Ford. No warranty. No sales tax is due because Champion Ford will sell the vehicle and the buyer will pay them. Ally Bank is owed slightly less than $5,000. We filed a new proposed Order yesterday. Net proceeds are $21,000.

Fustine: No objection to sale. Understand the tax lien is being paid.

Thomas: No objection to sale.

Kraemer: No objection to sale.

**OUTCOME:** GRANTED / OE

jlm