IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
| Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
| Movant, | : | RELATED TO DOCUMENT NO. 477 |
| | : | |
| v. | : | |
| | : | |
| ALLY BANK; UNITED STATES OF | : | |
| AMERICA, INTERNAL REVENUE | : | |
| SERVICE; COMMONWEALTH OF | : | |
| PENNSYLVANIA, DEPT. OF REVENUE; | : | |
| and CHAMPION FORD, | : | |
| Respondents. | : | |
| | : | |

## CERTIFICATE OF SERVICE

      I, the undersigned, certify that I served, or caused to be served, on the 14th day of July, 2021, a copy of the Order Confirming Sale of Personal Property Free and Divested of Liens upon each of the following persons and parties in interest at the address shown on the attached list.

                              Respectfully submitted,

                              THE QUINN LAW FIRM

                              BY:    /s/Michael P. Kruszewski
                                      Michael P. Kruszewski, Esquire
                                      PA Id. No. 91239
                                      2222 West Grandview Boulevard
                                      Erie, Pennsylvania 16506-4508
                                      Telephone: 814-833-2222
                                      Facsimile: 814-833-6753
                                      mkruszewski@quinnfirm.com
                                      Counsel for Debtor

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |
| Ronald B. Roteman, Esquire (Kay B. and Steven E. Ribbing) roteman@stonecipherlaw.com |
| Andrew F. Gornall, Esquire (Barbara Noonan) andygornall@latouflawfirm.com |
| Jill Locnikar, Esquire (U.S. Small Business Administration and Internal Revenue Service) jill.locnikar@usdoj.gov |
| Maria Miksich, Esquire (PNC Bank National Association) mmiksich@kmllawgroup.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | Ally Bank<br>P.O. Box 130424<br>Roseville, MN  55113-0004 |
| Ally Bank<br>Payment Processing Center<br>P.O. Box 78367<br>Phoenix, AZ  85062-8367 | Ally Bank<br>ATTENTION: Sergei Bye<br>Ally Servicing LLC<br>4000 Lexington Avenue N., Suite 100<br>Shoreview, MN  55126 |
| Mark G. Claypool, Esquire<br>The Knox Firm<br>120 West Tenth Street<br>Erie, PA 16501 | Champion Ford<br>2502 West 26th Street<br>Erie, PA  16506 |
| Internal Revenue Service<br>ATTENTION: Sandra M. Bence<br>1000 Liberty Avenue<br>Stop 711B<br>Pittsburgh, PA 15222-3714 | Attorney General of the United States<br>U.S. Dept. of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C.  20530 |

#1451176

| | |
|---|---|
| United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION: Civil Process Clerk<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street<br>Suite 4000<br>Pittsburgh, PA 15219 | United States Attorney's Office<br>Western District of Pennsylvania<br>ATTENTION: Civil Process Clerk<br>17 South Park Road, Suite A330<br>Erie, PA 16501 |
| Stephen R. Kaufman, Esquire<br>Acting U.S. Attorney for the Western District of PA<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 | Internal Revenue Service<br>ATTENTION: Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jill Locnikar, Esquire<br>Assistant U.S. Attorney<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 | Lauren Michaels, Esquire<br>Office of the Attorney General<br>Western Regional Office<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222 |
| Pa. Dept. of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222 |
| Pa. Dept. of Revenue<br>4th & Walnut Street<br>Harrisburg, PA 17128 | |

#1451176