IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
| Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
| Movant, | : | RELATED TO DOCUMENT NO. 477 |
| | : | |
| v. | : | |
| | : | |
| ALLY BANK; UNITED STATES OF | : | |
| AMERICA, INTERNAL REVENUE | : | |
| SERVICE; COMMONWEALTH OF | : | |
| PENNSYLVANIA, DEPT. OF REVENUE; | : | |
| and CHAMPION FORD, | : | |
| Respondents. | : | |
| | : | |

## REPORT OF SALE

Pursuant to Order of Court dated July 13, 2021 at Document No. 477, the 2016 Ford F-150 Moab 4WD V8 FFV Crew Cab 5.0L XLT, VIN No. 1FTEW1EF8GKE73067 has been sold to Champion Ford.

The proceeds of sale were distributed in accordance with the Sale Order and a copy of the Settlement Statement is attached hereto.

Respectfully submitted,

THE QUINN LAW FIRM

BY: /s/  Michael P. Kruszewski
Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mkruszewski@quinnfirm.com
Counsel for Debtor

#1454621

## Settlement Statement for Confirmed Sale of 2016 Ford F-150 Moab

| | |
|---|---|
| **Gross purchase price** | **$50,100.00** |
| Less deposit held by seller's counsel | ($5,100.00) |
| **Amount due from Buyer** | **$45,000.00** |

### Disbursements

| | |
|---|---|
| Gross Purchase Price | $50,100.00 |
| Ally Bank | ($4,964.44) |
| Sales tax (dealer exemption) | ($0.00) |
| Title/transfer fees | ($0.00) |
| Storage fees | ($1,000.00) |
| Reimbursement of advertising costs | ($491.20) |
| Reimbursement of filing fee | ($188.00) |
| US Trustee fee | ($200.40) |
| PA Dept. of Revenue | ($21,319.82) |
| **Net proceeds to Bankruptcy Estate** | **$21,936.14** |