Case 20-10334-TPA    Doc 494    Filed 08/03/21    Entered 08/03/21 13:48:55    Desc Main
Document    Page 1 of 1

FILED
8/3/21 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA | |
| | : | | | |
| Joseph Martin Thomas | : | Chapter: | 11 | |
| | : | | | |
| *Debtor(s)*. | : | | | |
| | : | Date: | 7/29/2021 | |
| | : | Time: | 11:00 | |

## PROCEEDING MEMO

**MATTER**       #482 Status Conf. on Report on Status Negotiations with Wells Fargo

**APPEARANCES**:

| | |
|---|---|
| Debtor: | Michael P. Kruszewski |
| Wells Fargo: | Salene Mazur Kraemer |
| Tri-State Pain Institute: | Gary Skiba |
| Tri-State Cred. Comm.: | Guy Fustine/Ashley Mulryan |
| IRS: | Jill Locnikar (No appearance) |
| PA Dept. of Rev.: | Lauren Michaels |
| | Melissa Larese |
| | Gary Eiben |
| Ali Financial: | Maribeth Thomas |

**NOTES**:

Larese: When there is a lender involved the information is kept confidential.

Fustine: Re resolution with Wells Fargo: Met and decided I would work directly with Mr. Greenfield. Background of matters given (11:45) This is a final stipulation; when stip is approved $200,000 paid to Wells Fargo from available cash; cash collateral order of $5,000 - those payments would cease; 15 days from plan confirmation, another $400,000 paid to Wells Fargo. Further detail of stipulation given. Wells Fargo will waive any unsecured claim against Tri-State, not Dr. Thomas or Village Common. (12:00)

Kruszewski: 500 pieces of artwork which local market. Between $200,000 and $400,000. The artwork is in storage.

OUTCOME: Pending Fee Applications are continued to hearing on Stipulation. Chambers to issue Order

jlm