FILED
8/3/21 1:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| Joseph Martin Thomas | : | Chapter: | 11 |
| *Debtor(s).* | : | Date: | 7/29/2021 |
| | : | Time: | 11:00 |

### PROCEEDING MEMO

**MATTER**   #261 Cont. Appl. for Comp. for MacDonald, Illig, Jones, & Britton LLP, Special Counsel

#263 Cont. Appl. for Comp. for Michael P. Kruszewski, Debtor's Attorney

#348 Cont. Confirmation Hearing on Amended Ch. 11 Plan dated 4/1/21

#377 Cont. Stipulation Regarding Fees and Available Cash

**APPEARANCES:**
Debtor: Michael P. Kruszewski
Wells Fargo: Salene Mazur Kraemer
Tri-State Pain Institute: Gary Skiba
Tri-State Cred. Comm.: Guy Fustine, Ashley Mulryan
IRS: Jill Locnikar
PA Dept. of Revenue: Lauren Michaels

**NOTES:**
See Proceeding Memo of hearing held on 7/29/21 in the within matter regarding Doc. No. 475.

**OUTCOME:** Doc. 261, 263, 348, 377 continued to hearing on Stipulation on 8/19/21 at 10am via Zoom. Chambers to issue Order

jlm