FILED
8/3/21 1:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 7/29/2021 |
| | : | Time: | 11:00 |

### PROCEEDING MEMO

**MATTER**  #475 Status Conf. on Report of Sale (South Shore Drive/Personal Property)

**APPEARANCES:**

Debtor: Michael P. Kruszewski
Wells Fargo: Salene Mazur Kraemer
Tri-State Pain Institute: Gary Skiba
Tri-State Cred. Comm.: Guy Fustine, Ashley Mulryan
IRS: Jill Locnikar

**NOTES:**  See Proceeding Memo of hearing held on 7/29/21 in the within matter regarding Doc. No. 475.

**OUTCOME:**  No further Order needed.

*[Signature]*

jlm