UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : |
| | : |
|     v. | : |
| | : |
| NO RESPONDENT. | : |
| | : |
| | : |

**NOTICE OF CHANGE OF ADDRESS**

Please take note that the following addresses have changed:

| **Undeliverable Address** | **Correct Address** |
|---|---|
| Rick Rumball<br>4808 Red Coat Court<br>Raleigh, NC 27616-5525 | Rick Rumball<br>52 Orchard Street<br>Erie, PA 16508-2729 |
| Thomas Charlton<br>Samantha Charlton<br>2936 West 15th Street<br>Erie, PA 16505-3926 | Thomas Charlton<br>Samantha Charlton<br>4741 S. Washington Street<br>North East, PA 16428-5011 |

          Respectfully submitted,

          QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

Dated: August 3, 2021

BY:     /s/Michael P. Kruszewski
         Michael P. Kruszewski, Esquire
         PA Id. No. 91239
         2222 West Grandview Boulevard
         Erie, Pennsylvania 16506-4508
         Telephone: 814-833-2222
         Facsimile: 814-833-6753
         mkruszewski@quinnfirm.com
         Counsel for Debtor

Document No. 1454890