IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>TRI-STATE PAIN INSTITUTE, LLC,<br>Debtor | Case No. 20-10049-TPA<br>Chapter 11<br><br>Related to Doc. Nos. 672 and 674 |
| In re:<br><br>JOSEPH MARTIN THOMAS,<br>Debtor | Case No. 20-10334-TPA<br>Chapter 11<br><br>Related to Doc. Nos. 490 and 491 |
| In re:<br><br>2374 VILLAGE COMMON DRIVE, LLC,<br>Debtor | Case No. 21-10118-TPA<br>Chapter 11<br><br>Related to Doc. Nos. 168 and 169 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served, or caused to be served, on August 5, 2021, copies of the Orders scheduling a Hearing on Joint Stipulation and Agreed Order By And Between Wells Fargo Bank National Association, The Official Creditors' Committee For Tri-State Pain Institute, LLC, Tri-State Pain Institute, LLC, Dr. Joseph M. Thomas., M.D., 2374 Village Common Drive, LLC, and Greater Erie Surgery Center, by first class, United States mail, postage pre-paid and/or electronic transmission, to all creditors and interested parties as set forth on the attached service list.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys The Official Creditors' Committee For
Tri-State Pain Institute, LLC


By:   */s/ Guy C. Fustine*
      Guy C. Fustine
      PA I.D. No. 37543
      120 West Tenth Street
      Erie, Pennsylvania  16501-1461
      (814) 459-2800
      gfustine@kmgslaw.com

## SERVICE LIST

Gary Skiba, Esquire
Attorney for Debtor
gskiba@marshlaw.com

James D. McDonald, Jr., Esquire
Attorney for Dr. Thomas
jmcdonald@mijb.com

Salene R.M. Kraemer
Attorney for Wells Fargo Bank,
skraemer@bernsteinlaw.com

Michael F.J. Romano
Attorney for TIAA Commercial Finance, Inc.
mromano@rgalegal.com

Kathy Kinross,
c/o David L. Hunter, Esquire
dhunter@hunter@hunterlawerie.com

Lester Spencer and Chris Spencer
c/o David L. Hunter, Esquire
dhunter@hunter@hunterlawerie.com

Frederick J. Marchinetti, II
c/o L.C. TeWinkle, Esquire
ltewinkle@velocity.net

Kelly S. Buck
c/o L.C. TeWinkle, Esquire
ltewinkle@velocity.net

Marjorie A. Weidner
c/o L.C. TeWinkle, Esquire
ltewinkle@velocity.net

Darin Williamson
c/o Philip Chapman, Esquire
phil@pribanic.com

Michael P. Kruszewski, Esquire Bankruptcy
Attorney for Dr. Joseph Thomas
mkruszewski@quinnfirm.com

Norma Hildenbrand, Esquire
U.S. Department of Justice
Norma.L.Hildenbrand@usdoj.gov

Thomas James Minarcik, Esquire
Attorney for William Paul Diefenbach
tjminarcik@elderkinlaw.com

TIAA Commercial Finance, Inc.
390 S. Woods Mill Road, Suite 300
Chesterfield, MO 63017

Steven Kinross and Kathy Kinross
507 Sanford Place
Erie, PA 16511

Lester Spencer and Chris Spencer
337 East 21st Street
Erie, PA 16503

Kenney Shelton
Liptek Nowak LLP
The Calumet Building
233 Franklin Street
Buffalo, NY  14202-2105

Kelly S. Buck and Scott A. Buck
3101 Broadlawn Drive
Erie, PA 16506-1801

Marjorie A. Weidner
20323 State Hwy. 89
Spartansburg, PA 16434

Darin Williamson
22370 Britton Road
Spartansburg, PA 16434

Harold Hewitt
c/o Paul Susko, Esquire
paul@ksslawfirm.com

Brian S. Clark and Beth Clark
c/o Peter A. Pentz, Esquire
petep@pentzlaw.com

Aris Teleradiology, PC
P.O. Box 72516
Cleveland, OH  44192-0002

DJO, LLC
PO Box 650777
Dallas, TX 7526

Rita Jennings and George Jennings
5524 West 52nd Street
Fairview, PA 16415

Dr. Jung-Woo Ma
2527 Lilac Court
Erie, PA 16506

Ernest Guichard
9 Church Street
Charlotte Villa 2, Apt. 503
Sinclairville, NY 14782

Erie County Tax Claim
140 West Sixth Street
Room 110
Erie, PA 16501

Wells Fargo Bank, NA
4101 Wiseman Blvd.
Building 307
San Antonio, TX 78251

Harold Hewitt
5935 Shady Hollow Drive
Erie, PA 16506

Brian S. Clark and Beth Clark
10479 Route 19
Waterford, PA 16441

Decision Associates
153 East 13th St., Suite 1400B
Erie, PA 16503

MacDonald Illig Jones & Britton
Attn:  Nicholas R. Pagliari, Esquire
100 State St., Suite 700
Erie, PA 16507

McKesson Medical Surgical
PO Box 933027
Atlanta, GA 31193

Schaffner Knight Minnaugh & Co.
Attn:  Matthew Minnaugh, CPA
1545 West 38th St.
Erie, PA 16508

Sharon L. Kulig and Steven B. Kulig
10 Hunter Street
Jamestown, NY 14701

Wells Fargo Bank, NA
1620 E. Roseville Parkway
Suite 100
Roseville, CA 95661

Wells Fargo Bank, N.A.
ATTENTION: Steven Treadway
Loan Adjustor
1620 E. Roseville Parkway, Suite 100
Roseville, CA 95661

Salene Mazur Kraemer, Esquire
Trisha Hudkins, Esquire
Bernstein-Burkley P.C.
707 Grant St., Suite 2200
Gulf Tower Pittsburgh, PA 15219

Anthony K. Arroyo, Esquire
District Counsel, Small Business Admin. 660
American Avenue, Suite 301
King of Prussia, PA 19406

United States of America
Small Business Administration 660 American
Avenue Suite 301
King of Prussia, PA 19406

VGM Financial Services
1111 West San Manan Drive
Suite A2 West
Waterloo, IA 50701

Frederick J. Marchinetti, II
11538 Route 19
Waterford, PA 16441

Charles R. Burger
Margaret J. Burger
9890 Wattsburg Road
Erie, PA 16509

Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45263

Northwest Bank
100 Liberty Street
Drawer 128
Warren, PA 16365

PA Dept. of Revenue
Dept. 280946
Harrisburg, PA 17128

Millcreek Township Tax Collector
3608 West 26th Street
Erie, PA 16506

Michael F.J. Romano, Esquire
Ramano, Garubo, & Argentieri
P.O. Box 456
52 Newton Avenue
Woodbury, NJ 08096

U.S. Bank Equipment Finance
PO Box 790448
St. Louis, MO 63179

Lakeland Bank
PO Box 843840
Dallas, TX 75284

IPFS Corporation
3522 Thomasville Road
Suite 400
Tallahassee, FL 32309

Ally Bank
PO Box 380901
Bloomington, MN 55438

City of Erie Tax Collector
626 State Street
Room 105
Erie, PA 16501

Internal Revenue Service
Attn: Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222

Greene Township Tax Collector
8628 Wattsburg Road
Erie, PA 16509

Widget FCU
2154 East Lake Road
Erie, PA 16511