UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO.  20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : |
| | : |
| v. | : |
| | : |
| NO RESPONDENT. | : |
| | : |
| | : |

### NOTICE OF CHANGE OF ADDRESS

Please take note that the following addresses have changed:

| Undeliverable Address | Correct Address |
|---|---|
| Matthew W. Loughren<br>310 Grant Street, Suite 2800<br>Pittsburgh, PA 15219-2255 | Matthew W. Loughren, Esquire<br>Loughren, Loughren, & Loughren PC<br>8050 Rowan Road<br>Suite 601 Rowan Towers<br>Cranberry Township, PA 16066 |
| Mr. and Mrs. Steven E. Ribbing<br>c/of Matthew W. Loughren, Esquire<br>310 Grant Street, Suite 2800<br>Grant Bldg.<br>Pittsburgh, PA 15219-2255 | Mr. and Mrs. Steven E. Ribbing<br>c/of Matthew W. Loughren, Esquire<br>Loughren, Loughren, & Loughren PC<br>8050 Rowan Road<br>Suite 601 Rowan Towers<br>Cranberry Township, PA 16066 |

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO,
INC.

BY:     /s/Michael P. Kruszewski
_____

Dated:  August 9, 2021

Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mkruszewski@quinnfirm.com
Counsel for Debtor

Document No. 1455619