UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br> JOSEPH MARTIN THOMAS, <br>     Debtor. <br><br> MICHAEL P. KRUSZEWSKI, ESQUIRE and QUINN, BUSECK, LEEMHUIS, TOOHEY, & KROTO, INC., <br><br>     Movant, <br><br>     v. <br><br> NO RESPONDENT. | BANKRUPTCY NO. 20-10334 TPA <br><br> THE HONORABLE THOMAS P. AGRESTI <br><br> CHAPTER 11 <br><br> DATE & TIME OF HEARING: <br> September 2, 2021 @ 9:30 a.m. <br><br> RESPONSE DEADLINE: <br> August 13, 2021 <br><br> RELATED TO DOCUMENT NO. 487 |

## CERTIFICATION OF NO OBJECTION REGARDING THIRD INTERIM APPLICATION OF COUNSEL FOR THE DEBTOR FOR COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES (Document No. 487)

    The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Third Interim Application of Counsel for the Debtor for Compensation of Attorneys' Fees and Reimbursement of Expenses filed July 27, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than August 13, 2021.

    It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: August 16, 2021

                                                Respectfully submitted,

                                                QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                                BY:    /s/Michael P. Kruszewski
                                                        Michael P. Kruszewski, Esquire
                                                        PA Id. No. 91239
                                                        The Quinn Law Firm
                                                        2222 West Grandview Boulevard
                                                        Erie, Pennsylvania 16506-4508
                                                        Telephone: 814-833-2222
                                                        Facsimile: 814-833-6753
                                                        E-Mail: mkruszewski@quinnfirm.com
                                                        Counsel for Debtor

#1456628