IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 8/19/2021 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**       #490 Stipulation by Official Committee of Unsecured Creditors for Tri-State Pain Institute, LLC and Between Wells Fargo, Official Creditors Committee for Tri-State Pain Institute, LLC, Tri-State Pain Institute, LLC, Dr. Joseph Mr. Thomas, 2374 Village Common Drive, LLC and Greater Erie Surgery Center

**APPEARANCES**:

Debtor:                Michael Kruszewski
Wells Fargo:           Salene Mazur Kraemer
Tri-State Pain Institute: Gary Skiba
Tri-State Cred. Comm.: Guy Fustine, Ashley Mulryan
IRS:                   Jill Locnikar
PA Dept. of Revenue:   Lauren Michaels

**NOTES**:

Fustine: Details of Stipulation given. This is a final stipulation to resolve all claims with Wells Fargo. There is an adequate protection Order, that payment will cease. $400,000 in Tri-State to Wells Fargo (11:20). $650,000 note is an all inclusive in collateral of Tri-State. We negotiated early payoff agreements. Wells Fargo will amend their Proof of Claim.

Skiba: This is the last month for payment (11:28)  On board with Stipulation

Kraemer: I agree that all pending matters are resolved.

Eiben, Kruszewski, Michaels: All agree they are on board with the Stipulation.

Kruszewski: We will have all 2020 returns filed by end of August. Net operating loss return to be filed by end of September. $2.25 Million. Unsecured, priority debt to be reduced. Unsure of resolution of refund monies. I have additional escrow monies of $72,000 from sale of truck, etc.

**OUTCOME**: Stipulation to be entered.

jlm