Case 20-10334-TPA    Doc 509    Filed 08/23/21    Entered 08/23/21 16:33:50    Desc Main
Document    Page 1 of 1
8/23/21 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| Joseph Martin Thomas | : | Chapter: | 11 |
| *Debtor(s).* | : | Date: | 8/19/2021 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**    #261 Cont. Appl. for Comp. for MacDonald, Illig, Jones, & Britton LLP, Special Counsel

#263 Cont. Appl. for Comp. for Michael P. Kruszewski, Debtor's Attorney

#348 Cont. Confirmation Hearing on Amended Ch. 11 Plan dated 4/1/21

#377 Cont. Stipulation Regarding Fees and Available Cash

#487 Application for Comp. for Michael P. Kruszewski, Debtor's Attorney
    #503 CNO filed

**APPEARANCES:**

Debtor:    Michael Kruszewski
Wells Fargo:    Salene Mazur Kraemer
Tri-State Pain Institute: Gary Skiba
Tri-State Cred. Comm.: Guy Fustine, Ashley Mulryan
IRS:    Jill Locnikar
PA Dept. of Revenue:    Lauren Michaels
Special Counsel:    Gary Eibern

**NOTES:**    See Proceeding Memo of hearing held this date in the within matter at Doc. No. 490.

**OUTCOME:**    Continued to hearing on Plan Confirmation

jlm