IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. 20-10049-TPA |
| | ) | |
| TRI-STATE PAIN INSTITUTE, LLC, | ) | Related to Doc. No. 527 |
| Debtor | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. 20-10334-TPA |
| | ) | |
| JOSEPH M. THOMAS, M.D., | ) | Related to Doc. No. 377 |
| Debtor | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. 21-10118-TPA |
| | ) | |
| 2374 VILLAGE COMMON DRIVE, LLC, | ) | Related to Doc. No. 100 |
| Debtor | ) | |

## STIPULATION AND CONSENT ORDER

AND NOW, this ____ day of August, 2021, comes Quinn, Buseck, Leemhuis, Toohey, & Kroto, Inc., ("Quinn Law"), Marsh Spaeder Baur Spaeder & Schaaf, LLP ("Marsh Spaeder"), MacDonald Illig Jones &Britton, LLP ("MIJB"), and Knox McLaughlin Gornall & Sennett, P.C. ("Knox Law") (together referred to as the "Estate Professionals"), and Wells Fargo Bank National Association, by and through their undersigned counsel, and file this Stipulation and Consent Order (the "Stipulation"), as follows:

WHEREAS, pursuant to Paragraph 10 of this Court's Order dated May 13, 2021 (Doc. No. 142 in Case No. 21-10118; Doc. No. 425 in Case No. 20-10334), $33,000 was earmarked as a carve-out for the benefit of the U.S. Dept. of Justice, Office of the United States Trustee (the "U.S. Trustee")in the event it was determined that quarterly fees were due on the credit bid sale;

WHEREAS, it has been determined by the U.S. Trustee that said funds are not due and payable on the credit bid sale, and the U.S. Trustee has no objection to the disbursement of said funds as otherwise permitted under the Bankruptcy Code;

1

#1457667

WHEREAS, Quinn Law has additional funds escrowed from the following:

1. $21,936.14 from the Court-approved sale of Joseph M. Thomas, M.D.'s 2106 Ford F-150 Moab;

2. $6,240.76 from the return of a utility deposit to 2374 Village Common Drive, LLC;

3. $7,375.89 in retainer for 2374 Village Common Drive, LLC; and

4. Approximately $6,000.00 in cash collateral deposits from Joseph M. Thomas, M.D. for the payment of professional fees;

WHEREAS, upon consideration of the allowed and pending fee applications, it appearing that there are approximately $74,500 of funds escrowed with Quinn Law that are available for distribution to the Estate Professionals in these Cases;

It is ORDERED that said $74,500 shall be paid to the Estate Professionals on account, as follows:

| PAYEE | PERCENT OF AVAILABLE CASH | AMOUNT TO BE PAID |
|---|---|---|
| Michael P. Kruszewski, Esquire Quinn Law Firm | 52% | $38,528.41 |
| Gary V. Skiba, Esquire Marsh Schaaf, LLP | 18% | $13,296.15 |
| Gary Eiben, Esquire MacDonald Illig Jones & Britton LLP | 11% | $8,248.83 |
| Guy C. Fustine, Esquire Knox McLaughlin Gornall & Sennett, P.C. | 19% | $14,426.61 |

Dated: _____    _____
                                  Thomas P. Agresti, Judge
                                  United States Bankruptcy Court

#1457667

STIPULATED TO BY:

| | |
|---|---|
| */s/ Gary V. Skiba* | */s/ Michael P. Kruszewski* |
| Gary V. Skiba, Esquire | Michael P. Kruszewski, Esquire |
| PA ID No. 18153 | PA ID No. 91239 |
| 300 State Street, Suite 300 | The Quinn Law Firm |
| Erie, PA 16507 | 2222 West Grandview Boulevard |
| 814-456-5301 | Erie, PA 16506 |
| gskiba@marshlaw.com | 814-833-2222 |
| Attorney for Tri-State Pain Institute, LLC | mkruszewski@quinnfirm.com |
| | Attorney for Joseph M. Thomas, M.D. and 2374 Village Common Drive, LLC |
| */s/ Guy C. Fustine* | */s/ Gary Eiben* |
| Guy C. Fustine | Gary Eiben, Esquire |
| PA I.D. No. 37543 | PA ID No. 26375 |
| Knox McLaughlin Gornall & Sennett, P.C. | MacDonald Illig Jones & Britton, LLP |
| 120 West Tenth Street | 100 State Street, Suite 700 |
| Erie, PA 16501-1461 | Erie, PA 16507 |
| 814-459-2800 | 814-870-7664 |
| gfustine@kmgslaw.com | geiben@mijb.com |
| Attorneys for the Official Committee of Unsecured Creditors for Tri-State Pain Institute, LLC | Special Counsel for Joseph M. Thomas, M.D. |

By: */s/ Salene Mazur Kraemer*
Salene Mazur Kraemer, Esquire
PA ID No. 86422
Harry Greenfield
OH ID No. 0003839
Bernstein Burkley
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
412-456-8100
skraemer@bernsteinlaw.com
Attorneys for Wells Fargo Bank National Association

3

#1457667