FILED
8/30/21 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. 20-10049-TPA |
| | ) | |
| TRI-STATE PAIN INSTITUTE, LLC, | ) | Related to Doc. No. 527 , 729 |
|     Debtor | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. 20-10334-TPA |
| | ) | |
| JOSEPH M. THOMAS, M.D., | ) | Related to Doc. No. 377 , 510 |
|     Debtor | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. 21-10118-TPA |
| | ) | |
| 2374 VILLAGE COMMON DRIVE, LLC, | ) | Related to Doc. No. 100 , 187 |
|     Debtor | ) | |

### STIPULATION AND CONSENT ORDER

AND NOW, this 30th day of August, 2021, comes Quinn, Buseck, Leemhuis, Toohey, & Kroto, Inc., ("Quinn Law"), Marsh Spaeder Baur Spaeder & Schaaf, LLP ("Marsh Spaeder"), MacDonald Illig Jones &Britton, LLP ("MIJB"), and Knox McLaughlin Gornall & Sennett, P.C. ("Knox Law") (together referred to as the "Estate Professionals"), and Wells Fargo Bank National Association, by and through their undersigned counsel, and file this Stipulation and Consent Order (the "Stipulation"), as follows:

WHEREAS, pursuant to Paragraph 10 of this Court's Order dated May 13, 2021 (Doc. No. 142 in Case No. 21-10118; Doc. No. 425 in Case No. 20-10334), $33,000 was earmarked as a carve-out for the benefit of the U.S. Dept. of Justice, Office of the United States Trustee (the "U.S. Trustee")in the event it was determined that quarterly fees were due on the credit bid sale;

WHEREAS, it has been determined by the U.S. Trustee that said funds are not due and payable on the credit bid sale, and the U.S. Trustee has no objection to the disbursement of said funds as otherwise permitted under the Bankruptcy Code;

1

#1457667

WHEREAS, Quinn Law has additional funds escrowed from the following:

1. $21,936.14 from the Court-approved sale of Joseph M. Thomas, M.D.'s 2106 Ford F-150 Moab;

2. $6,240.76 from the return of a utility deposit to 2374 Village Common Drive, LLC;

3. $7,375.89 in retainer for 2374 Village Common Drive, LLC; and

4. Approximately $6,000.00 in cash collateral deposits from Joseph M. Thomas, M.D. for the payment of professional fees;

WHEREAS, upon consideration of the allowed and pending fee applications, it appearing that there are approximately $74,500 of funds escrowed with Quinn Law that are available for distribution to the Estate Professionals in these Cases;

It is ORDERED that said $74,500 shall be paid to the Estate Professionals on account, as follows:

| PAYEE | PERCENT OF AVAILABLE CASH | AMOUNT TO BE PAID |
|---|---|---|
| Michael P. Kruszewski, Esquire Quinn Law Firm | 52% | $38,528.41 |
| Gary V. Skiba, Esquire Marsh Schaaf, LLP | 18% | $13,296.15 |
| Gary Eiben, Esquire MacDonald Illig Jones & Britton LLP | 11% | $8,248.83 |
| Guy C. Fustine, Esquire Knox McLaughlin Gornall & Sennett, P.C. | 19% | $14,426.61 |

Dated: August 30, 2021

Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

STIPULATED TO BY:

| | |
|---|---|
| /s/ Gary V. Skiba | /s/ Michael P. Kruszewski |
| Gary V. Skiba, Esquire | Michael P. Kruszewski, Esquire |
| PA ID No. 18153 | PA ID No. 91239 |
| 300 State Street, Suite 300 | The Quinn Law Firm |
| Erie, PA 16507 | 2222 West Grandview Boulevard |
| 814-456-5301 | Erie, PA 16506 |
| gskiba@marshlaw.com | 814-833-2222 |
| Attorney for Tri-State Pain Institute, LLC | mkruszewski@quinnfirm.com |
| | Attorney for Joseph M. Thomas, M.D. and 2374 Village Common Drive, LLC |

| | |
|---|---|
| /s/ Guy C. Fustine | /s/ Gary Eiben |
| Guy C. Fustine | Gary Eiben, Esquire |
| PA I.D. No. 37543 | PA ID No. 26375 |
| Knox McLaughlin Gornall & Sennett, P.C. | MacDonald Illig Jones & Britton, LLP |
| 120 West Tenth Street | 100 State Street, Suite 700 |
| Erie, PA 16501-1461 | Erie, PA 16507 |
| 814-459-2800 | 814-870-7664 |
| gfustine@kmgslaw.com | geiben@mijb.com |
| Attorneys for the Official Committee of Unsecured Creditors for Tri-State Pain Institute, LLC | Special Counsel for Joseph M. Thomas, M.D. |

By:    /s/ Salene Mazur Kraemer
Salene Mazur Kraemer, Esquire
PA ID No. 86422
Harry Greenfield
OH ID No. 0003839
Bernstein Burkley
707 Grant Street, Suite 2200
Pittsburgh, PA  15219
412-456-8100
skraemer@bernsteinlaw.com
Attorneys for Wells Fargo Bank National Association

3

#1457667

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10334-TPA |
| Joseph Martin Thomas | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: culy | Page 1 of 2 |
| Date Rcvd: Aug 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| sp | + Gary Eiben, MacDonald Illig Jones & Britton, LLP, 100 State St., Ste. 700, Erie, PA 16507-1459 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 01, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Interested Party Barbara Noonan agornall@gornall-law.com |
| Ashley Mulryan | on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC amulryan@kmgslaw.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Crystal H. Thornton-Illar | on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com |
| Gary V. Skiba | on behalf of Interested Party Tri-State Pain Institute  LLC gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: culy | Page 2 of 2 |
| Date Rcvd: Aug 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Guy C. Fustine
    on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute LLC mwernicki@kmgslaw.com, knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com

Harry W. Greenfield
    on behalf of Creditor WELLS FARGO BANK N.A. hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Locnikar
    on behalf of Creditor United States of America Small Business Administration jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren Michaels
    on behalf of Creditor Office of Attorney General Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
    on behalf of Creditor Ally Bank mthomas@tuckerlaw.com maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Mark G. Claypool
    on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael F.J. Romano
    on behalf of Interested Party TIAA Commercial Finance Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael F.J. Romano
    on behalf of Creditor TIAA Commercial Finance Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael P. Kruszewski
    on behalf of Debtor 2374 Village Common Drive LLC mkruszewski@quinnfirm.com knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;jiddings@quinnfirm.com

Michael P. Kruszewski
    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;jiddings@quinnfirm.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
    on behalf of Creditor Steven E. Ribbing rroteman@stonecipherlaw.com kannarumo@stonecipherlaw.com

Ronald B. Roteman
    on behalf of Creditor Kay B. Ribbing rroteman@stonecipherlaw.com kannarumo@stonecipherlaw.com

Salene R.M. Kraemer
    on behalf of Creditor WELLS FARGO BANK N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com

TOTAL: 22