UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| MATTHEW J. MINNAUGH and | : CHAPTER 11 |
| SCHAFFNER, KNIGHT, MINNAUGH, & | : |
| CO., P.C., | : DATE & TIME OF HEARING: |
| | : |
|     Movants, | : October 7, 2021 @ 9:30 a.m. |
| | : |
| v. | : RESPONSE DEADLINE: |
| | : |
| NO RESPONDENT. | : September 24, 2021 |

**CERTIFICATION OF NO OBJECTION REGARDING**
**APPLICATION FOR INTERIM COMPENSATION OF ACCOUNTANT (Document No. 513)**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application for Interim Compensation of Accountant filed September 7, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than September 24, 2021.

    It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: September 27, 2021

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY &
    KROTO, INC.


BY:    /s/Michael P. Kruszewski
    Michael P. Kruszewski, Esquire
    PA Id. No. 91239
    The Quinn Law Firm
    2222 West Grandview Boulevard
    Erie, Pennsylvania 16506-4508
    Telephone: 814-833-2222
    Facsimile: 814-833-6753
    E-Mail: mkruszewski@quinnfirm.com
    Counsel for Debtor

#1463462