UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | THE HONORABLE THOMAS P. AGRESTI |
| | : | |
| Debtor. | : | CHAPTER 11 |
| | : | |

### SUMMARY OF 2nd AMENDED PLAN OF REORGANIZATION DATED OCTOBER 7, 2021

  Joseph Martin Thomas (the "Debtor"), by and through his undersigned counsel, herein files this Summary of 2nd Amended Plan of Reorganization dated October 7, 2021 (the "Plan"), of which the following is a statement:

  The Debtor will fund distributions under the terms of the Plan primarily from the liquidation and/or realization of assets, as well as future income. To the extent that the value of such assets is not sufficient to pay administrative and tax claims, the Debtor will fund installment payments due under the terms of the Plan from his current income after the relocation of his business.

Admin:   The **costs and expenses of administration** shall be paid in cash, in full or as resolved, from the liquidation or realization of assets when they occur and/or from the Debtor's income as approved by the Court. If administrative claims are not paid in full after confirmation of the Plan, the remainder will be paid within sixty (60) months or less, beginning on the Effective Date of the Plan.

Class 1:   The **secured real estate claims** of all Class 1 creditors have been paid in full or to the extent of the value of their collateral.

Class 2:   The **secured tax claims** of all Class 2 creditors have been paid in full.

Class 3:   The **secured collateral claims** of all Class 3 creditors have been paid in full.

Class 4:   The **unsecured priority tax claims** of all Class 4 creditors shall first be paid in order of priority from the sale and/or realization of assets when they occur, to the extent that sufficient proceeds are available. If Class 4 claims are not paid in full after confirmation of the Plan, the remainder will be paid in full, with interest, in sixty (60) or more equal monthly installments, beginning on the Effective Date of the Plan

Class 5a:   Class 5a **general unsecured and unsecured tax claims that are equal to or less than $20,000.00**. Class 5a shall consist of Allowed Unsecured Claims that are less than or equal to $20,000.00, plus Allowed Unsecured Claims that are greater than $20,000.00 but are reduced down to $1,000.00 by one or more of

#1465335

  the other Unsecured Creditors so as to be included in this Class 5a convenience class. Class 5a creditors shall be paid the lesser of $1,000 or their entire claim with thirty (30) days of the Effective Date of the Plan. The percentage distribution to each Creditor in Class 5a who elects to receive $1,000.00 should receive *at least* five percent (5%) of their claim, but in no event shall any convenience Claim exceed $1,000.00 for purposes of allowance, treatment or distribution under this Plan. The opportunity for an Unsecured Creditor to make such an election will be included on the Ballot used by Creditors to vote for or against the Plan.

<u>Class 5b</u>: Class 5b **unsecured claims that are greater than $20,000.00**. Class 5b shall consist of Allowed General Unsecured Claims that are greater than $20,000.00, which Class shall be paid the approximate aggregate amount of $162,000.00 from projected disposable income and/or the liquidation of personal assets, or approximately three per cent (3%) of the total estimated Class 5b Claims. Distribution percentage may increase/decrease if the amount of the allowed claims is reduced/increased because of, *inter alia*, non-Debtor asset sales, the claims objection process, and/or as a result of successful/unsuccessful sales.

    Respectfully submitted,

    THE QUINN LAW FIRM

    BY: /s/ Michael P. Kruszewski
      Michael P. Kruszewski, Esquire
      PA Id. No. 91239
      2222 West Grandview Boulevard
      Erie, Pennsylvania 16506-4508
      Telephone: 814-833-2222
      Facsimile: 814-833-6753
      E-Mail Address: mkruszewski@quinnfirm.com
      Counsel for Debtor,
      Joseph Martin Thomas

#1465335