FILED
10/8/21 1:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| Joseph Martin Thomas | : | Chapter: | 11 |
| *Debtor(s).* | : | | |
| | : | Date: | 10/7/2021 |
| | : | Time: | 10:00 |

### PROCEEDING MEMO

**MATTER**   #515 Amended Stipulation By IRS and Debtor

**APPEARANCES:**

Debtor:  Michael P. Kruszewski
IRS:  Jill Locnikar
Tri-State Cred. Comm.: Ashley Mulryan
Tri-State Pain Institute: Gary Skiba
Wells Fargo:  Salene Mazur Kraemer

**NOTES:**

See Proceeding Memo of hearing held this date regarding Doc. No. 513

**OUTCOME:**   Sipulation to be entered

*/s/ signature*
asg