Case 20-10334-TPA    Doc 526    Filed 10/08/21    Entered 10/08/21 15:25:01    Desc Main
Document      Page 1 of 1

FILED
10/8/21 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| Joseph Martin Thomas | : | Chapter: | 11 |
| *Debtor(s).* | : | | |
| | : | Date: | 10/7/2021 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**   #513 Application for Compensation for Schaffner, Knight, Minnaugh & Co., P.C., Accountant
   #518 CNO filed

**APPEARANCES:**

Debtor:   Michael P. Kruszewski
IRS:   Jill Locnikar
Tri-State Cred. Comm.: Ashley Mulryan
Tri-State Pain Institute: Gary Skiba
Wells Fargo:   Keila Estavez
Creditors Committee in Tri-State: Guy Fustine
Gary Eiben

**NOTES:**

J.:   I am not going to make any final decisions on fee applications until globally resolved.

Locnikar:   Re Stipulation (Doc. 515): Dealt with as tax returns as filed. Increased the payment amount to $4,000+ for post petition tax liability claim $173,000.

Kruszewski:   Capital gains tax for sale of property and taxes for filing for 2020 return which were incurred pre-petition. Explanation given. (10:18) We had a $4600 payment but the Stipulation actually lowers it to $4300. 2021 return will be filed by the end of October. These taxes will be paid and the $4300 will go away and there will be a pot for administrative claims. It is a combination of personal and corporate. Yes one fund is being created for payment of professional fees. In the Villiage Common case there is unsecured debt. Trustee fees are current and would be $350 per month.

Fustine:   We filed a Joint Plan of Reorganization in TriState case which incorporated all the positive developments including resolution of Wells Fargo, mersa claims, Claim of TIAA has been resolved (dismissing action in District Court). Details given. (10:28) Plan will be a fully consensual claim except for TCF which will be resolved.

Skiba:   No objection to Final Decree and concur with Atty. Fustine's statements.

**OUTCOME:**   #513: Continued to a date TBD
2374 Village Common Drive: Final Decree to be entered, transfer fee application to other 2 cases for resolusion. Chambers to issue Order.
#515: Stipulation to be entered

*[signature]*
asg