FILED
10/8/21 1:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JOSEPH MARTIN THOMAS, | ) Bank. No. 20-10334 TPA |
| | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Related to |
| Movant, | ) Doc. Nos. 348, 354, & 368 & 515 |
| | ) |
| vs. | ) |
| | ) |
| | ) Hearing Date |
| | ) n/a |
| JOSEPH MARTIN THOMAS, | ) |
| | ) |
| | ) |
| Respondent. | ) |

## AMENDED STIPULATION AND AGREED ORDER

IT IS HEREBY STIPULATED and AGREED by and between Joseph Martin Thomas, Debtor, and the United States of America, as represented by Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, as follows:

1. The prepetition claim of the Internal Revenue Service in the total amount of $118,441.68, less adequate protection payments of $4,063.24 applied to the unsecured priority debt, and the postpetition claim in the total amount of $173,884.00, shall be paid as follows:

    a. The administrative and priority claims totaling $287,88.05 shall be paid in the following manner:

    (1) Debtor will pay the balance of the administrative and priority claim over 6 years at 3% interest. The monthly payments will be $4,317.73. Monthly payments shall be

Bank. No. 20-10334 TPA            - 2 -

made on 20th day of each month commencing on the date of execution of this stipulation and continuing until the administrative and priority tax claims are fully paid.

    (2) After the Debtor's 1041 for 12/1/2020-6/30/2021 is finally processed, any net operating loss carryback will be applied to the remaining balance on the priority claim and the administrative claim.  The IRS shall notify the Debtor within 30 days of the final processing of the Debtor's 1041 for 12/1/2020-6/30/2021 of the new monthly payment amount.

  b. The general unsecured claim of $5,377.39 shall be paid in accordance with the treatment given to other general unsecured creditors under the plan.

  2. All monthly payments specified in paragraph 1 above shall be made payable to the United States Treasury and sent to the Insolvency Unit, Internal Revenue Service, William S. Moorhead Federal Building, Room 711B, 1000 Liberty Ave., Pittsburgh, Pennsylvania 15222.

  3. Any refunds or credits to which the Debtor may become entitled at any time before the tax liability mentioned in paragraph 1 has become fully satisfied may be credited administratively against the outstanding balance.  In the event any refund check or checks are received by the Debtor prior to the full satisfaction of the tax liability, such check or checks shall be endorsed according to law and mailed to the Insolvency Unit, Internal Revenue Service, William S. Moorhead Federal Building, Room 711B, 1000 Liberty Ave., Pittsburgh, Pennsylvania 15222.

  4. In the event that the Debtor fails to make any of the payments specified in paragraph 1 above or fails to comply with any of his postconfirmation federal tax obligations, the Internal Revenue Service may pursue collection of all unpaid preconfirmation and postconfirmation liabilities through any means authorized by the Internal Revenue Code or other applicable law, including levy and seizure of the Debtor's assets, including any exempt property. Notwithstanding the foregoing, the Debtor shall have thirty (30) days to cure all delinquent plan payments and postconfirmation tax liabilities.  This thirty-day period shall commence upon the issuance of a written notice of plan default by the Internal Revenue Service to the Debtor.

5. The period allowed to the Internal Revenue Service under I.R.C. § 6502(a) to collect the assessed taxes, interest, penalties, and any other additions thereon, which are still owed by the Debtor after the plan effective date shall be suspended for the period of time that payment of these tax debts is made according to this Stipulation and Agreement, unless and until a substantial default of these payments shall occur, and for six months thereafter in accordance with I.R.C. § 6503(h)(2). A substantial default regarding payments shall have occurred when a payment of the tax debt required by this Stipulation has not been timely made, the Service has provided the Debtor with written notice of the default, and the Debtor has failed to cure the default within 30 days of the Service mailing written notice of default to the Debtor.

6. No federal tax liability accruing prior to the confirmation of the plan, including interest and penalty, is discharged until the Debtor completes payment in accordance with this Stipulation.

7. Should the Debtor file another bankruptcy petition before completing the terms of this Stipulation, this Stipulation is null and void and the claims of the IRS retain their status as tax claims; they are not reduced to claims under this agreement. Notwithstanding the foregoing, the claims of the IRS will have no lower priority in any subsequent bankruptcy than they do in this case.

8. To the extent that there are nondischargeable tax debts in this case, the Debtor shall remain liable following the end of the bankruptcy case for any unpaid postpetition interest and penalties under Bruning v. United States, 376 U.S. 358 (1964).

Bank. No. 20-10334 TPA          - 4 -

9. This Stipulation shall be deemed incorporated in the confirmed plan of reorganization and shall control the treatment of the federal tax claims in this case.

|  |  |
|---|---|
|  | STEPHEN R. KAUFMAN<br>Acting United States Attorney |
| /s/ Joseph M. Thomas<br>Debtor | BY<br>/s/ Jill Locnikar<br>Jill Locnikar<br>Assistant U.S. Attorney<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219<br>(412) 894-7429<br>PA ID No. 85892<br>Jill.locnikar@usdoj.gov |

THE QUINN LAW FIRM

BY: /s/ Michael P. Kruszewski
Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
E-Mail Address: mkruszewski@quinnfirm.com
Counsel for Debtor

Dated: October 7, 2021          It is so ordered.

_____
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joseph Martin Thomas  
    Debtor

Case No. 20-10334-TPA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: culy      Page 1 of 6  
Date Rcvd: Oct 08, 2021      Form ID: pdf900      Total Noticed: 108

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Martin Thomas, c/of Tri-State Pain Institute, 5442 Peach Street, Erie, PA 16509-2602 |
| sp | + | Douglas E. Graff, Graff & McGovern LPA, 604 E. Rich Street, Columbus, OH 43215-5341 |
| sp | + | Gary Eiben, MacDonald Illig Jones & Britton, LLP, 100 State St., Ste. 700, Erie, PA 16507-1459 |
| sp | + | Graff & McGovern LPA, 604 E. Rich Street, Columbus, OH 43215-5363 |
| sp | + | Jesse B. Baldwin, Addelman Cross & Baldwin, P.C., 5680 Main Street, Buffalo, NY 14221-5518 |
| r | + | Kathe W. Rafferty, Howard Hanna Real Estate Services, 4248 West 12th Street, Erie, PA 16505-3001 |
| sp | + | MacDonald, Illig, Jones, & Britton LLP, 100 State Street, Suite 700, Erie, PA 16507-1459 |
| r | + | Mark Hutchison, Coldwell Banker Select , Realtors, 413 West Plum Street, Edinboro, PA 16412-2175 |
| acc | + | Matthew J. Minnaugh, Schaffner Knight Minnaugh & Company P.C., 1545 W. 38th Street, Erie, PA 16508-2347 |
| cr | + | Office of Attorney General, Department of Revenue, Lauren A. Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | Official Committee of Unsecured Creditors for Tri-, Knox McLaughlin Gornall & Sennett, P.C., 120 West Tenth Street, Erie, PA 16501-1410 |
| acc | + | Schaffner, Knight, Minnaugh & Co., P.C., 1545 W. 38th Street, Erie, PA 16508-2347 |
| cr | + | The Kada Gallery, 2632 West 8th Street, Erie, PA 16505, UNITED STATES 16505-4021 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| cr | + | United States of America, Small Business Administr, c/o U.S. Attorney's Office, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| cr | + | WELLS FARGO BANK, N.A., Salene Mazur Kraemer, BERNSTEIN BURKLEY, 707 Grant St., Suite 2200, Gulf Tower Pittsburgh, PA 15219-1908 |
| 15245005 | + | 2374 Village Common Drive LLC, 5442 Peach Street, Erie, PA 16509-2602 |
| 15238685 | + | Anglea Dunkle, 5301 Windcrest Drive, Erie, PA 16510-3357 |
| 15245007 | + | Anglea Dunkle, 2374 Village Common Drive, Suite 100, Erie, PA 16506-7201 |
| 15245008 | + | Anthony K. Arroyo, Esquire, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |
| 15245009 | + | Attorney General of Pennsylvania, Western Regional Office, 1251 Watefront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| 15238686 | | Bank of America, N.A., P.O. Box 15222, Wilmington, DE 19886-5222 |
| 15238687 | | Barclay Card, Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 15238688 | + | Benjamin A. Post, Esquire, Post & Post LLC, 920 Cassatt Road, 200 Berwyn Park, Suite 102, Berwyn, PA 19312-1178 |
| 15238689 | | Berkheimer, P.O. Box 25153, Lehigh Valley, PA 18002-5153 |
| 15238690 | + | Best Wildlife Services, P.O. Box 36, Erie, PA 16512-0036 |
| 15238691 | + | Brian S. Clark, Beth Clark, 10479 Route 19, Waterford, PA 16441-9117 |
| 15238692 | + | Candor Surgical Management, Inc., 1180 Adams Lane, Southlake, TX 76092-8501 |
| 15238693 | + | Charles R. Burger, Margaret J. Burger, 9890 Wattsburg Road, Erie, PA 16509-6118 |
| 15238694 | + | City of Erie Tax Collector, 626 State Street, Room 105, Erie, PA 16501-1146 |
| 15238695 | | Core Erie MOB LP, c/o Christopher Montgomery, Esq., Frost Brown Todd LLC, One Columbus Ctr,10 W Broad St, Ste 2300, Columbus, OH 43215-3484 |
| 15245019 | + | Core Erie MOB LP, 1515 Lake Shore Drive, Suite 225, Columbus, OH 43204-3896 |
| 15355902 | + | Core Erie MOB LP, c/o CT Corporation System, 600 North 2nd St., Ste. 401, Harrisburg, PA 17101-1071 |
| 15245020 | + | Dahlkemper Landscape & Maintenance, 2558 Hillborn Avenue, Erie, PA 16509-5810 |
| 15238696 | + | Dahlkemper Landscape & Maintenance, 1650 Norcross Road, Erie, PA 16510-3899 |
| 15238697 | + | Darin Williamson, 22370 Britton Road, Spartansburg, PA 16434-3014 |
| 15238698 | + | David L. Hunter, Jr., Esquire, 821 State Street, Erie, PA 16501-1316 |

District/off: 0315-1     User: culy     Page 2 of 6
Date Rcvd: Oct 08, 2021     Form ID: pdf900     Total Noticed: 108

| | | |
|---|---|---|
| 15238699 | + | Edward M. Zimm, or Assigns, 300 State Street,, Suite 200, Erie, PA 16507-1429 |
| 15238700 | + | Ernest Guichard, 9 Church Street, Charlotte Villa 2, Apt. 503, Sinclairville, NY 14782-9635 |
| 15238701 | | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263-9998 |
| 15238702 | + | Francis J. Klemensic, Esquire, Dickie McCamey & Chilcote PC, 100 State Street, Suite 508, Erie, PA 16507-1457 |
| 15238703 | + | Francis M. Letro, Esquire, The Dun Building, 10th Floor, 110 Pearl Street, Buffalo, NY 14202-4111 |
| 15238704 | + | Frederick J. Marchinetti, II, 11538 Route 19, Waterford, PA 16441-7776 |
| 15238705 | | George W. Connor MD, 207 South Main Street, Suite 140, Jamestown, NY 14701 |
| 15238706 | + | Glenn Morisue, 6201 1/2 Lake Road West, Ashtabula, OH 44004-9757 |
| 15238707 | #+ | Greater Erie Surgery Center LLC, 2374 Village Common Drive, Erie, PA 16506-7201 |
| 15238708 | + | Harold Hewitt, Esquire, 5935 Shady Hollow Drive, Erie, PA 16506-7023 |
| 15245033 | + | Heather Adams Szymczak, 2374 Village Common Drive, Suite 100, Erie, PA 16506-7201 |
| 15238709 | + | Heather Adams Szymczak, 3629 West 14th Street, Erie, PA 16505-3506 |
| 15238710 | + | Howard Hanna Real Estate Services, ATTENTION: Kathe W. Rafferty, 4248 West 12th Street, Erie, PA 16505-3001 |
| 15238712 | + | James D. McDonald, Jr., Esquire, 100 State Street, Suite 700, Erie, PA 16507-1459 |
| 15238713 | + | Jason M. Telaak, Esquire, 8274 North Main Street, Eden, NY 14057-1104 |
| 15245038 | + | Jason Matzus, Esquire, Matzus Law LLC, 310 Grant Street, Suite 3210, Pittsburgh, PA 15219-2301 |
| 15238714 | + | John Doe & Jane Doe, 2374 Village Common Drive, Suite 100, Erie, PA 16506-7201 |
| 15238715 | + | Jung-Woo Ma, MD, 2374 Village Common Drive, Suite 100, Erie, PA 16506-7201 |
| 15238716 | + | KADA Gallery, 2632 West Eighth Street, Erie, PA 16505-4021 |
| 15238717 | + | Kelly S. Buck, Scott A. Buck, 3101 Broadlawn Drive, Erie, PA 16506-1801 |
| 15238718 | + | Laurie C. TeWinkle, Esquire, Law Offices of L.C. TeWinkle, 821 State Street, Erie, PA 16501-1316 |
| 15238719 | + | Lester Spencer, Chris Spencer, 337 East 21st Street, Erie, PA 16503-1946 |
| 15245045 | + | MacDonald Illig, 100 State Street, Suite 700, Erie, PA 16507-1459 |
| 15266769 | | MacDonald, Illig, Jones & Britton LLP, c/o Nicholas R. Pagliari, Esq., 100 State Street, Suite 700, Erie, PA 16507-1459 |
| 15238720 | + | Marjorie A. Weidner, 20323 State Highway 89, Spartansburg, PA 16434-1703 |
| 15277606 | + | Matthew W. Loughren, Loughren, Loughren & Loughren, P.C., 8050 Rowan Road, Suite 601 Rowan Towers, Cranberry Township, PA 16066-3624 |
| 15288492 | + | McKesson Medical-Surgical, Inc., Stephanie Hampton, 6651 Gate Parkway, Jacksonville, FL 32256-8075 |
| 15238722 | + | Micheal F.J. Romano, Esquire, Ramano, Garubo, & Argentieri, P.O. Box 456, 52 Newton Avenue, Woodbury, NJ 08096-4610 |
| 15238723 | + | Mr. and Mrs. Steven E. Ribbing, c/of Matthew W. Loughren, Esquire, 8050 Rowan Road, Suite 601 Rowan Towers, Cranberry Township, PA 16066-3624 |
| 15245049 | + | Mr. and Mrs. Steven E. Ribbing, c/of Matthew W. Loughren, Esquire, 310 Grant Street, Suite 2800, Grant Bldg., Pittsburgh, PA 15219-2255 |
| 15367126 | | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 15238726 | + | Pat Baldino Fine Art, 64 Vernon Drive, Scarsdale, NY 10583-6124 |
| 15238727 | + | Paul J. Susko, Esquire, 502 Parade Street, Erie, PA 16507-1687 |
| 15238728 | + | Peter A. Pentz, Esquire, 246 West Tenth Street, Erie, PA 16501-1412 |
| 15238729 | + | Philip C. Chapman III, Esquire, Pribanic & Pribanic, 513 Court Place, Pittsburgh, PA 15219-2002 |
| 15238731 | | Rick Rumball, 52 Orchard Street, Erie, PA 16508-2729 |
| 15238732 | + | Rick Taraszki, 6103 West Lake Road, Erie, PA 16505-2615 |
| 15238733 | + | Rita Jennings, George Jennings, 5524 West 52nd Street, Fairview, PA 16415-2331 |
| 15238734 | + | Ronald M. Puntil, Jr., Esquire, Cipriani & Werner, 650 Washington Road, Suite 700, Pittsburgh, PA 15228-2712 |
| 15245062 | + | SBA, 721 19th Street, Denver, CO 80202-2500 |
| 15238735 | + | Salene Mazur Kraemer, Esquire, Trisha Hudkins, Esquire, Bernstein-Burkley P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15238736 | | Sharon L. Kulig, Steven B. Kulig, 274 Creek Road, Jamestown, NY 14701-9526 |
| 15245064 | + | Small Business Administration, an agency of the U.S. Government, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |
| 15238737 | + | Steven J. Wildberger, Esquire, Matzus Law LLC, 310 Grant Street, Suite 3210, Pittsburgh, PA 15219-2301 |
| 15238738 | + | Steven Kinross, Kathy Kinross, 507 Sanford Place, Erie, PA 16511-1061 |
| 15238741 | + | TIAA Commercial Finance, Inc., 390 S. Woods Mill Road, Suite 300, Chesterfield, MO 63017-3489 |
| 15238740 | + | Tax Collector, Township of Millcreek, 3608 West 26th Street, Erie, PA 16506-2098 |
| 15238739 | + | Tax Collector, Township of Greene, 8628 Wattsburg Road, Erie, PA 16509-5850 |
| 15288509 | + | The Kada Gallery, 2632 West 8th Street, Erie, PA 16505-4021 |
| 15245068 | | Thomas Charlton, Samantha Charlton, 4741 S. Washington Street, North East, PA 16428-5011 |
| 15238742 | #+ | Tri-State Pain Institute LLC, 2374 Village Common Drive, Erie, PA 16506-7201 |
| 15245071 | + | UMPC Chautauqua at WCA, 207 Foote Avenue, Jamestown, NY 14701-7077 |
| 15238743 | + | UPMC Chautauqua at WCA, 207 Foote Avenue, Jamestown, NY 14701-7077 |
| 15245072 | + | United States Attorney's Office, Western District of Pennsylvania, Joseph F. Weis, Jr. U.S. Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 15263321 | + | United States of America, Small Business Administration, Anthony Arroyo, 660 American Avenue, Suite 301, King Of Prussia, PA 19406-4032 |
| 15238744 | + | Vanessa G. Ramlal MD, 207 Foote Avenue, Jamestown, NY 14701-7077 |
| 15238745 | + | Wells Fargo Bank, N.A., 4101 Wiseman Blvd., Building 307, San Antonio, TX 78251-4200 |
| 15288358 | + | Wells Fargo Bank, N.A., c/o Steven Treadway, 1620 E Roseville Pkwy, 1st Floor, Suite, MAC A1792-018, Roseville, CA 95661-3995 |

| District/off: 0315-1 | User: culy | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Oct 08, 2021 | Form ID: pdf900 | Total Noticed: 108 |

| | | |
|---|---|---|
| 15238746 | + | Wells Fargo Bank, National Association, 301 S. Tryon Street, 27th Floor, Charlotte, NC 28282-1915 |
| 15238748 | + | Zubin Menon MD, 565 Abbott Road, Buffalo, NY 14220-2039 |

TOTAL: 97

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Oct 08 2021 23:07:00 | Ally Bank serviced by Ally Servicing LLC, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 08 2021 23:21:10 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15238684 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 08 2021 23:07:00 | Ally Bank, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15252152 | | Email/Text: ally@ebn.phinsolutions.com | Oct 08 2021 23:07:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15238711 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 08 2021 23:07:00 | Internal Revenue Service, ATTN: Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15238724 | | Email/Text: angela.abreu@northwest.com | Oct 08 2021 23:07:00 | Northwest Bank, 100 Liberty Street, Drawer 128, Warren, PA 16365-0128 |
| 15238730 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 08 2021 23:07:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15285902 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 08 2021 23:07:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15238725 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2021 23:07:00 | Pa. Dept. of Revenue, Dept. 280946, Harrisburg, PA 17128-0946 |
| 15244694 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2021 23:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15238747 | + | Email/Text: collections@widgetfinancial.com | Oct 08 2021 23:07:00 | Widget Federal Credit Union, 2154 East Lake Road, Erie, PA 16511-1140 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Barbara Noonan |
| cr | | Kay B. Ribbing |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | Steven E. Ribbing |
| cr | * | Ally Bank, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | Candor Surgical Management, Inc., 1180 Adams Lane, Southlake, TX 76092-8501 |
| cr | *+ | TIAA Commercial Finance, Inc., 390 S. Woods Mill Road, Suite 300, Chesterfield, MO 63017-3489 |
| intp | *+ | Tri-State Pain Institute, LLC, 2374 Village Common Drive, Erie, PA 16506-7201 |
| 15245006 | *+ | Ally Bank, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15245010 | * | Bank of America, N.A., P.O. Box 15222, Wilmington, DE 19886-5222 |
| 15245011 | * | Barclay Card, Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 15245012 | *+ | Benjamin A. Post, Esquire, Post & Post LLC, 920 Cassatt Road, 200 Berwyn Park, Suite 102, Berwyn, PA 19312-1178 |
| 15245013 | * | Berkheimer, P.O. Box 25153, Lehigh Valley, PA 18002-5153 |
| 15245014 | *+ | Best Wildlife Services, P.O. Box 36, Erie, PA 16512-0036 |
| 15245015 | *+ | Brian S. Clark, Beth Clark, 10479 Route 19, Waterford, PA 16441-9117 |
| 15245016 | *+ | Candor Surgical Management, Inc., 1180 Adams Lane, Southlake, TX 76092-8501 |
| 15245017 | *+ | Charles R. Burger, Margaret J. Burger, 9890 Wattsburg Road, Erie, PA 16509-6118 |

| District/off: 0315-1 | User: culy | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Oct 08, 2021 | Form ID: pdf900 | Total Noticed: 108 |

| | | |
|---|---|---|
| 15245018 | *+ | City of Erie Tax Collector, 626 State Street, Room 105, Erie, PA 16501-1146 |
| 15245021 | *+ | Darin Williamson, 22370 Britton Road, Spartansburg, PA 16434-3014 |
| 15245022 | *+ | David L. Hunter, Jr., Esquire, 821 State Street, Erie, PA 16501-1316 |
| 15245023 | *+ | Edward M. Zimm, or Assigns, 300 State Street,, Suite 200, Erie, PA 16507-1429 |
| 15245024 | *+ | Ernest Guichard, 9 Church Street, Charlotte Villa 2, Apt. 503, Sinclairville, NY 14782-9635 |
| 15245025 | * | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263-9998 |
| 15245026 | *+ | Francis J. Klemensic, Esquire, Dickie McCamey & Chilcote PC, 100 State Street, Suite 508, Erie, PA 16507-1457 |
| 15245027 | *+ | Francis M. Letro, Esquire, The Dun Building, 10th Floor, 110 Pearl Street, Buffalo, NY 14202-4111 |
| 15245028 | *+ | Frederick J. Marchinetti, II, 11538 Route 19, Waterford, PA 16441-7776 |
| 15245029 | * | George W. Connor MD, 207 South Main Street, Suite 140, Jamestown, NY 14701 |
| 15245030 | *+ | Glenn Morisue, 6201 1/2 Lake Road West, Ashtabula, OH 44004-9757 |
| 15245031 | *+ | Greater Erie Surgery Center LLC, 2374 Village Common Drive, Erie, PA 16506-7201 |
| 15245032 | *+ | Harold Hewitt, Esquire, 5935 Shady Hollow Drive, Erie, PA 16506-7023 |
| 15245034 | *+ | Howard Hanna Real Estate Services, ATTENTION: Kathe W. Rafferty, 4248 West 12th Street, Erie, PA 16505-3001 |
| 15245035 | * | Internal Revenue Service, ATTN: Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15245036 | *+ | James D. McDonald, Jr., Esquire, 100 State Street, Suite 700, Erie, PA 16507-1459 |
| 15245037 | *+ | Jason M. Telaak, Esquire, 8274 North Main Street, Eden, NY 14057-1104 |
| 15245039 | *+ | John Doe & Jane Doe, 2374 Village Common Drive, Suite 100, Erie, PA 16506-7201 |
| 15245040 | *+ | Jung-Woo Ma, MD, 2374 Village Common Drive, Suite 100, Erie, PA 16506-7201 |
| 15245041 | *+ | KADA Gallery, 2632 West Eighth Street, Erie, PA 16505-4021 |
| 15245042 | *+ | Kelly S. Buck, Scott A. Buck, 3101 Broadlawn Drive, Erie, PA 16506-1801 |
| 15245043 | *+ | Laurie C. TeWinkle, Esquire, Law Offices of L.C. TeWinkle, 821 State Street, Erie, PA 16501-1316 |
| 15245044 | *+ | Lester Spencer, Chris Spencer, 337 East 21st Street, Erie, PA 16503-1946 |
| 15245046 | *+ | Marjorie A. Weidner, 20323 State Highway 89, Spartansburg, PA 16434-1703 |
| 15245047 | *+ | Marsh Realty, Inc., ATTENTION: Gary V. Marsh, 116 1/2 W. Spring Street, Titusville, PA 16354-1704 |
| 15245048 | *+ | Micheal F.J. Romano, Esquire, Ramano, Garubo, & Argentieri, P.O. Box 456, 52 Newton Avenue, Woodbury, NJ 08096-4610 |
| 15245050 | * | Northwest Bank, 100 Liberty Street, Drawer 128, Warren, PA 16365-0128 |
| 15245056 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15288533 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15245051 | * | Pa. Dept. of Revenue, Dept. 280946, Harrisburg, PA 17128-0946 |
| 15245052 | *+ | Pat Baldino Fine Art, 64 Vernon Drive, Scarsdale, NY 10583-6124 |
| 15245053 | *+ | Paul J. Susko, Esquire, 502 Parade Street, Erie, PA 16507-1687 |
| 15245054 | *+ | Peter A. Pentz, Esquire, 246 West Tenth Street, Erie, PA 16501-1412 |
| 15245055 | *+ | Philip C. Chapman III, Esquire, Pribanic & Pribanic, 513 Court Place, Pittsburgh, PA 15219-2002 |
| 15245058 | *+ | Rick Taraszki, 6103 West Lake Road, Erie, PA 16505-2615 |
| 15245059 | *+ | Rita Jennings, George Jennings, 5524 West 52nd Street, Fairview, PA 16415-2331 |
| 15245060 | *+ | Ronald M. Puntil, Jr., Esquire, Cipriani & Werner, 650 Washington Road, Suite 700, Pittsburgh, PA 15228-2712 |
| 15245061 | *+ | Salene Mazur Kraemer, Esquire, Trisha Hudkins, Esquire, Bernstein-Burkley P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15245063 | *+ | Sharon L. Kulig, Steven B. Kulig, 274 Creek Road, Jamestown, NY 14701-9526 |
| 15245065 | *+ | Steven Kinross, Kathy Kinross, 507 Sanford Place, Erie, PA 16511-1061 |
| 15245069 | *+ | TIAA Commercial Finance, Inc., 390 S. Woods Mill Road, Suite 300, Chesterfield, MO 63017-3489 |
| 15255782 | *+ | TIAA Commercial Finance, Inc., 390 S. Woods Mill Road, Suite 300, Chesterfield, MO 63017-3489 |
| 15245067 | *+ | Tax Collector, Township of Millcreek, 3608 West 26th Street, Erie, PA 16506-2098 |
| 15245066 | *+ | Tax Collector, Township of Greene, 8628 Wattsburg Road, Erie, PA 16509-5850 |
| 15245070 | *+ | Tri-State Pain Institute LLC, 2374 Village Common Drive, Erie, PA 16506-7201 |
| 15245073 | *+ | UPMC Chautauqua at WCA, 207 Foote Avenue, Jamestown, NY 14701-7077 |
| 15245074 | *+ | Vanessa G. Ramlal MD, 207 Foote Avenue, Jamestown, NY 14701-7077 |
| 15245075 | *+ | Wells Fargo Bank, N.A., 4101 Wiseman Blvd., Building 307, San Antonio, TX 78251-4200 |
| 15245076 | *+ | Wells Fargo Bank, National Association, 301 S. Tryon Street, 27th Floor, Charlotte, NC 28282-1915 |
| 15245077 | *+ | Widget Federal Credit Union, 2154 East Lake Road, Erie, PA 16511-1140 |
| 15245078 | *+ | Zubin Menon MD, 565 Abbott Road, Buffalo, NY 14220-2039 |
| 15238721 | ##+ | Marsh Realty, Inc., ATTENTION: Gary V. Marsh, 116 1/2 W. Spring Street, Titusville, PA 16354-1704 |
| 15245057 | ##+ | Rick Rumball, 4808 Red Coat Court, Raleigh, NC 27616-5525 |

TOTAL: 4 Undeliverable, 64 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 10, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2021 at the address(es) listed below:

**Name**  **Email Address**

Andrew F Gornall
on behalf of Interested Party Barbara Noonan agornall@gornall-law.com

Ashley Mulryan
on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute LLC amulryan@kmgslaw.com

Brian Nicholas
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Crystal H. Thornton-Illar
on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com
bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com

Gary V. Skiba
on behalf of Interested Party Tri-State Pain Institute LLC gskiba@marshlaw.com,
DGeniesse@marshlaw.com;rose227@hotmail.com

Guy C. Fustine
on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute LLC mwernicki@kmgslaw.com,
knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com

Harry W. Greenfield
on behalf of Creditor WELLS FARGO BANK N.A. hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com

Jill Locnikar
on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Locnikar
on behalf of Creditor United States of America Small Business Administration jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren Michaels
on behalf of Creditor Office of Attorney General Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
on behalf of Creditor Ally Bank mthomas@tuckerlaw.com maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Mark G. Claypool
on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com
knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael F.J. Romano
on behalf of Creditor TIAA Commercial Finance Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael F.J. Romano
on behalf of Interested Party TIAA Commercial Finance Inc. mromano@rgalegal.com,
tyowell@rgalegal.com;jromano@rgalegal.com

Michael P. Kruszewski
on behalf of Debtor 2374 Village Common Drive LLC mkruszewski@quinnfirm.com
mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Michael P. Kruszewski
on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com
mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

| | | |
|---|---|---|
| District/off: 0315-1 | User: culy | Page 6 of 6 |
| Date Rcvd: Oct 08, 2021 | Form ID: pdf900 | Total Noticed: 108 |

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
    on behalf of Creditor Steven E. Ribbing rroteman@stonecipherlaw.com  kannarumo@stonecipherlaw.com

Ronald B. Roteman
    on behalf of Creditor Kay B. Ribbing rroteman@stonecipherlaw.com  kannarumo@stonecipherlaw.com

Salene R.M. Kraemer
    on behalf of Creditor WELLS FARGO BANK  N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com

TOTAL: 22