UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO.  20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : RELATED TO DOCUMENT NOS. 520, 521, 522, |
| | : and 523 |
|     v. | : |
| | : DATE AND TIME OF HEARING: |
| NO RESPONDENT. | : November 18, 2021 @ 10:00 a.m. |
| | : |
| | : OBJECTION DEADLINE: |
| | : November 11, 2021 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on the 11th day of November, 2021, a copy of the: *1) Disclosure Statement to Accompany Plan dated October 7, 2021; 2) 2nd Amended Plan of Reorganization dated October 7, 2021; 3) Summary of Plan of Reorganization dated October 7, 2021; and 4) Order Scheduling Hearing on Disclosure Statement* upon each of the following persons and parties in interest at the address shown on the attached list.

Respectfully submitted,

THE QUINN LAW FIRM

BY:    /s/Michael P. Kruszewski

Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
E-Mail Address: mkruszewski@quinnfirm.com
Counsel for Debtor

#1465658

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification of the filing of the:  *1) Disclosure Statement to Accompany Plan dated October 7, 2021; 2) 2nd Amended Plan of Reorganization dated October 8, 2021; 3) Summary of Plan of Reorganization dated October 7, 2021; and 4) Order Scheduling Hearing on Disclosure Statement* via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |
| Ronald B. Roteman, Esquire (Kay B. and Steven E. Ribbing) roteman@stonecipherlaw.com |
| Andrew F. Gornall, Esquire (Barbara Noonan) andygornall@latouflawfirm.com |
| Jill Locnikar, Esquire (U.S. Small Business Administration and Internal Revenue Service) jill.locnikar@usdoj.gov |
| Maria Miksich, Esquire (PNC Bank National Association) mmiksich@kmllawgroup.com |

The following parties were served with a copy of the *Order Scheduling Hearing on Disclosure Statement* via First Class Mail, Postage Pre-Paid:

See the attached Mailing Matrix.

#1465658