UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : |
| | : |
|     v. | : |
| | : |
| NO RESPONDENT. | : |
| | : |
| | : |

**NOTICE OF CHANGE OF ADDRESS**

Please take note that the following addresses have changed:

| **Undeliverable Address** | **Correct Address** |
|---|---|
| Marsh Realty, Inc.<br>ATTENTION: Gary V. Marsh<br>116 ½ W. Spring Street<br>Titusville, PA 16354 | Marsh Realty, Inc.<br>ATTENTION: Gary V. Marsh<br>42172 Mageetown Road<br>Centerville, PA 16404-7146 |
| Rick Rumball<br>4808 Red Coat Court<br>Raleigh, NC 27616 | Rick Rumball<br>52 Orchard Street<br>Erie, PA 16508-2729 |

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

        BY:    /s/Michael P. Kruszewski

Dated: October 11, 2021    Michael P. Kruszewski, Esquire
        PA Id. No. 91239
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506-4508
        Telephone: 814-833-2222
        Facsimile: 814-833-6753
        mkruszewski@quinnfirm.com
        Counsel for Debtor

Document No. 1465758