UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO.  20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : RELATED TO DOCUMENT NOS. 520, 521, 522, |
| | : and 523 |
|     v. | : |
| | : DATE AND TIME OF HEARING: |
| NO RESPONDENT. | : November 18, 2021 @ 10:00 a.m. |
| | : |
| | : OBJECTION DEADLINE: |
| | : November 11, 2021 |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served, or caused to be served, on the 11th day of November, 2021, a copy of the: *1) Disclosure Statement to Accompany Plan dated October 7, 2021; 2) 2nd Amended Plan of Reorganization dated October 7, 2021; 3) Summary of Plan of Reorganization dated October 7, 2021; and 4) Order Scheduling Hearing on Disclosure Statement* upon each of the following persons and parties in interest at the address shown on the attached list.

Respectfully submitted,

THE QUINN LAW FIRM

BY:   <u>/s/ Michael P. Kruszewski</u>
        Michael P. Kruszewski, Esquire
        PA Id. No. 91239
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506-4508
        Telephone: 814-833-2222
        Facsimile: 814-833-6753
        E-Mail Address: mkruszewski@quinnfirm.com
        Counsel for Debtor

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification of the filing of the: *1) Disclosure Statement to Accompany Plan dated October 7, 2021; 2) 2nd Amended Plan of Reorganization dated October 8, 2021; 3) Summary of Plan of Reorganization dated October 7, 2021; and 4) Order Scheduling Hearing on Disclosure Statement* via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Norma Hildenbrand, Esquire (Office of the U.S. Trustee); Norma.L.Hildenbrand@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |
| Ronald B. Roteman, Esquire (Kay B. and Steven E. Ribbing) roteman@stonecipherlaw.com |
| Andrew F. Gornall, Esquire (Barbara Noonan) andygornall@latouflawfirm.com |
| Jill Locnikar, Esquire (U.S. Small Business Administration and Internal Revenue Service) jill.locnikar@usdoj.gov |
| Maria Miksich, Esquire (PNC Bank National Association) mmiksich@kmllawgroup.com |

The following parties were served with a copy of the *Order Scheduling Hearing on Disclosure Statement* via First Class Mail, Postage Pre-Paid:

See the attached Mailing Matrix.

#1465658

Label Matrix for local noticing
0315-1
Case 20-10334-TPA
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Fri Oct  8 13:41:23 EDT 2021

MacDonald, Illig, Jones & Britton, LLP
100 State Street
Suite 700
Erie, PA 16507-1459

2374 Village Common Drive LLC
5442 Peach Street
Erie, PA 16509-2602

Ally Bank
P.O. Box 130424
Roseville, MN 55113-0004

Ally Bank
P.O. Box 380901
Bloomington, MN 55438-0901

Ally Bank serviced by Ally Servicing LLC
P.O. Box 130424
Roseville, MN 55113-0004

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Anglea Dunkle
2374 Village Common Drive
Suite 100
Erie, PA 16506-7201

Anglea Dunkle
5301 Windcrest Drive
Erie, PA 16510-3357

Anthony K. Arroyo, Esquire
660 American Avenue, Suite 301
King of Prussia, PA 19406-4032

Attorney General of Pennsylvania
Western Regional Office
1251 Watefront Place
Mezzanine Level
Pittsburgh, PA 15222-4227

Jesse B. Baldwin
Addelman Cross & Baldwin, P.C.
5680 Main Street
Buffalo, NY 14221-5518

Bank of America, N.A.
P.O. Box 15222
Wilmington, DE 19886-5222

Barclay Card
Card Services
P.O. Box 13337
Philadelphia, PA 19101-3337

Benjamin A. Post, Esquire
Post & Post LLC
920 Cassatt Road
200 Berwyn Park, Suite 102
Berwyn, PA 19312-1178

Berkheimer
P.O. Box 25153
Lehigh Valley, PA 18002-5153

Best Wildlife Services
P.O. Box 36
Erie, PA 16512-0036

Brian S. Clark
Beth Clark
10479 Route 19
Waterford, PA 16441-9117

Candor Surgical Management, Inc.
1180 Adams Lane
Southlake, TX 76092-8501

Charles R. Burger
Margaret J. Burger
9890 Wattsburg Road
Erie, PA 16509-6118

City of Erie Tax Collector
626 State Street
Room 105
Erie, PA 16501-1146

Mark G. Claypool
120 West Tenth Street
Erie, PA 16501-1410

Core Erie MOB LP
1515 Lake Shore Drive
Suite 225
Columbus, OH 43204-3896

Core Erie MOB LP
c/o CT Corporation System
600 North 2nd St., Ste. 401
Harrisburg, PA 17101-1071

Core Erie MOB LP
c/o Christopher Montgomery, Esq.
Frost Brown Todd LLC
One Columbus Ctr,10 W Broad St, Ste 2300
Columbus, OH 43215-3484

Dahlkemper Landscape & Maintenance
1650 Norcross Road
Erie, PA 16510-3899

Dahlkemper Landscape & Maintenance
2558 Hillborn Avenue
Erie, PA 16509-5810

Darin Williamson
22370 Britton Road
Spartansburg, PA 16434-3014

David L. Hunter, Jr., Esquire
821 State Street
Erie, PA 16501-1316

Edward M. Zimm, or Assigns
300 State Street,
Suite 200
Erie, PA 16507-1429

Gary Eiben
MacDonald Illig Jones & Britton, LLP
100 State St., Ste. 700
Erie, PA 16507-1459

Ernest Guichard
9 Church Street
Charlotte Villa 2, Apt. 503
Sinclairville, NY 14782-9635

Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45263-9998

Francis J. Klemensic, Esquire
Dickie McCamey & Chilcote PC
100 State Street, Suite 508
Erie, PA 16507-1457

Francis M. Letro, Esquire
The Dun Building
10th Floor
110 Pearl Street
Buffalo, NY 14202-4111

Frederick J. Marchinetti, II
11538 Route 19
Waterford, PA 16441-7776

Guy C. Fustine
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1410

George W. Connor MD
207 South Main Street, Suite 140
Jamestown, NY 14701

Glenn Morisue
6201 1/2 Lake Road West
Ashtabula, OH 44004-9757

Andrew F Gornall
2535 West 26th Street
Suite B
Erie, PA 16506-3261

Douglas E. Graff
Graff & McGovern LPA
604 E. Rich Street
Columbus, OH 43215-5341

Graff & McGovern LPA
604 E. Rich Street
Columbus, OH 43215-5363

Greater Erie Surgery Center LLC
2374 Village Common Drive
Erie, PA 16506-7201

Harold Hewitt, Esquire
5935 Shady Hollow Drive
Erie, PA 16506-7023

Heather Adams Szymczak
2374 Village Common Drive
Suite 100
Erie, PA 16506-7201

Heather Adams Szymczak
3629 West 14th Street
Erie, PA 16505-3506

Howard Hanna Real Estate Services
ATTENTION: Kathe W. Rafferty
4248 West 12th Street
Erie, PA 16505-3001

Mark Hutchison
Coldwell Banker Select , Realtors
413 West Plum Street
Edinboro, PA 16412-2175

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230

Internal Revenue Service
ATTN: Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

James D. McDonald, Jr., Esquire
100 State Street
Suite 700
Erie, PA 16507-1459

Jason M. Telaak, Esquire
8274 North Main Street
Eden, NY 14057-1104

Jason Matzus, Esquire
Matzus Law LLC
310 Grant Street
Suite 3210
Pittsburgh, PA 15219-2301

John Doe & Jane Doe
2374 Village Common Drive
Suite 100
Erie, PA 16506-7201

Jung-Woo Ma, MD
2374 Village Common Drive
Suite 100
Erie, PA 16506-7201

KADA Gallery
2632 West Eighth Street
Erie, PA 16505-4021

Kelly S. Buck
Scott A. Buck
3101 Broadlawn Drive
Erie, PA 16506-1801

Salene R.M. Kraemer
BERNSTEIN-BURKLEY, P.C.
601 Grant Street
9th Floor
Pittsburgh, PA 15219-4430

Michael P. Kruszewski
Quinn Law Firm
2222 West Grandview Boulevard
Erie, PA 16506-4508

Laurie C. TeWinkle, Esquire
Law Offices of L.C. TeWinkle
821 State Street
Erie, PA 16501-1316

Lester Spencer
Chris Spencer
337 East 21st Street
Erie, PA 16503-1946

Jill Ispcita
U.S. Attorney's Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219-1955

MacDonald Illig
100 State Street
Suite 700
Erie, PA 16507-1459

MacDonald, Illig, Jones & Britton LLP
c/o Nicholas R. Pagliari, Esq.
100 State Street, Suite 700
Erie, PA 16507-1459

Marjorie A. Weidner
20323 State Highway 89
Spartansburg, PA 16434-1703

Marsh Realty, Inc.
ATTENTION:  Gary V. Marsh
116 1/2 W. Spring Street
Titusville, PA 16354-1704

Matthew W. Loughren
Loughren, Loughren & Loughren, P.C.
8050 Rowan Road
Suite 601 Rowan Towers
Cranberry Township, PA 16066-3624

McKesson Medical-Surgical, Inc.
Stephanie Hampton
6651 Gate Parkway
Jacksonville, FL 32256-8075

Lauren Michaels
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222-4227

Micheal F.J. Romano, Esquire
Ramano, Garubo, & Argentieri
P.O. Box 456
52 Newton Avenue
Woodbury, NJ 08096-4610

Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Matthew J. Minnaugh
Schaffner Knight Minnaugh & Company P.C.
1545 W. 38th Street
Erie, PA 16508-2347

Mr. and Mrs. Steven E. Ribbing
c/of Matthew W. Loughren, Esquire
310 Grant Street, Suite 2800
Grant Bldg.
Pittsburgh, PA 15219-2255

Mr. and Mrs. Steven E. Ribbing
c/of Matthew W. Loughren, Esquire
8050 Rowan Road
Suite 601 Rowan Towers
Cranberry Township, PA 16066-3624

Ashley Mulryan
120 W 10th St
Erie, PA 16501-1410

New York State Department of Taxation & Fina
Bankruptcy Section
P O Box 5300
Albany, NY 12205-0300

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Northwest Bank
100 Liberty Street
Drawer 128
Warren, PA 16365-0128

Office of Attorney General, Department of Re
Lauren A. Michaels
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222-4227

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Official Committee of Unsecured Creditors fo
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1410

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Pa. Dept. of Revenue
Dept. 280946
Harrisburg, PA 17128-0946

Pat Baldino Fine Art
64 Vernon Drive
Scarsdale, NY 10583-6124

Paul J. Susko, Esquire
502 Parade Street
Erie, PA 16507-1687

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peter A. Pentz, Esquire
246 West Tenth Street
Erie, PA 16501-1412

Philip C. Chapman III, Esquire
Pribanic & Pribanic
513 Court Place
Pittsburgh, PA 15219-2002

Kathe W. Rafferty
Howard Hanna Real Estate Services
4248 West 12th Street
Erie, PA 16505-3001

Rick Rumball
4808 Red Coat Court
Raleigh, NC 27616-5525

Rick Rumball
52 Orchard Street
Erie, PA 16508-2729

Rick Taraszki
6103 West Lake Road
Erie, PA 16505-2615

Rita Jennings
George Jennings
5524 West 52nd Street
Fairview, PA 16415-2331

Michael F.J. Romano
52 Newton Ave
PO Box 456
Woodbury, NJ 08096-7456

Ronald M. Puntil, Jr., Esquire
Cipriani & Werner
650 Washington Road
Suite 700
Pittsburgh, PA 15228-2712

Ronald B. Roteman
The Stonechipher Law Firm
125 First Avenue
Pittsburgh, PA 15222-1506

SBA
721 19th Street
Denver, CO 80202-2500

Salene Mazur Kraemer, Esquire
Trisha Hudkins, Esquire
Bernstein-Burkley P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

Schaffner, Knight, Minnaugh & Co., P.C.
1545 W. 38th Street
Erie, PA 16508-2347

Sharon L. Kulig
Steven B. Kulig
274 Creek Road
Jamestown, NY 14701-9526

Gary V. Skiba
300 State Street, Suite 300
Erie, PA 16507-1430

Small Business Administration
an agency of the U.S. Government
660 American Avenue, Suite 301
King of Prussia, PA 19406-4032

Steven J. Wildberger, Esquire
Matzus Law LLC
310 Grant Street
Suite 3210
Pittsburgh, PA 15219-2301

Steven Kinross
Kathy Kinross
507 Sanford Place
Erie, PA 16511-1061

TIAA Commercial Finance, Inc.
390 S. Woods Mill Road, Suite 300
Chesterfield, MO 63017-3489

Tax Collector
Township of Greene
8628 Wattsburg Road
Erie, PA 16509-5850

Tax Collector
Township of Millcreek
3608 West 26th Street
Erie, PA 16506-2098

The Kada Gallery
2632 West 8th Street
Erie, PA 16505-4021

Joseph Martin Thomas
c/of Tri-State Pain Institute
5442 Peach Street
Erie, PA 16509-2602

Maribeth Thomas
Tucker Arensberg PC
1500 One PPG Place
Pittsburgh, PA 15222-5413

Thomas Charlton
Samantha Charlton
4741 S. Washington Street
North East, PA 16428-5011

Crystal H. Thornton-Illar
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219-1728

Tri-State Pain Institute LLC
2374 Village Common Drive
Erie, PA 16506-7201

UMPC Chautauqua at WCA
207 Foote Avenue
Jamestown, NY 14701-7077

UPMC Chautauqua at WCA
207 Foote Avenue
Jamestown, NY 14701-7077

United States Attorney's Office
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219-1956

United States of America
Small Business Administration
Anthony Arroyo
660 American Avenue, Suite 301
King Of Prussia, PA 19406-4032

United States of America Department of the T
c/oOffice of U.S. Atty for W.D. of PA
U.S. Post Office & Courthouse
700 Grant Street, suite 4000
Pittsburgh, PA 15219-1956

United States of America, Small Business Adm
c/o U.S. Attorney's Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219-1956

Vanessa G. Ramlal MD
207 Foote Avenue
Jamestown, NY 14701-7077

WELLS FARGO BANK, N.A.
Salene Mazur Kraemer
BERNSTEIN BURKLEY
707 Grant St.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1908

Wells Fargo Bank, N.A.
4101 Wiseman Blvd.
Building 307
San Antonio, TX 78251-4200

Wells Fargo Bank, N.A.
c/o Steven Treadway
1620 E Roseville Pkwy, 1st Floor, Suite
MAC A1792-018
Roseville, CA 95661-3995

Wells Fargo Bank, National Association
301 S. Tryon Street
27th Floor
Charlotte, NC 28282-1915

Widget Federal Credit Union
2154 East Lake Road
Erie, PA 16511-1140

Zubin Menon MD
565 Abbott Road
Buffalo, NY 14220-2039

Norma Hildenbrand, on Behalf of the United S
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222

(d)PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Ally Bank
PO Box 130424
Roseville MN 55113-0004

(d)Candor Surgical Management, Inc.
1180 Adams Lane
Southlake, TX 76092-8501

(u)Barbara Noonan

(u)PNC BANK NATIONAL  ASSOCIATION

(d)Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

(u)Kay B. Ribbing

(u)Steven E. Ribbing

(d)Sharon L. Kulig
Steven B. Kulig
274 Creek Road
Jamestown, NY 14701-9526

(d)TIAA Commercial Finance, Inc.
390 S. Woods Mill Road
Suite 300
Chesterfield, MO 63017-3489

(d)TIAA Commercial Finance, Inc.
390 S. Woods Mill Road, Suite 300
Chesterfield, MO 63017-3489

(d)The Kada Gallery
2632 West 8th Street
Erie, PA 16505-4021

(d)Tri-State Pain Institute, LLC
2374 Village Common Drive
Erie, PA 16506-7201

End of Label Matrix
Mailable recipients    127
Bypassed recipients     12
Total                  139