**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/19/21 2:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 11/18/2021 |
| | : | Time: | 09:30 |

## PROCEEDING MEMO

**MATTER**   #520 Hearing on Amended Disclosure Statement

**APPEARANCES:**

    Debtor:                             Michael P. Kruszewski
    IRS:                                Jill Locnikar
    Tri-State Cred. Comm.:  Guy Fustine, Ashley Mulryan
    Tri-State Pain Institute: Gary Skiba
    Wells Fargo:                    Salene Mazur Kraemer

**NOTES:**   See proceeding memo on matter held on this date in the Tri-State Pain Institute, LLC, Case number 20-10049 regarding Doc. No. 768.

**OUTCOME:**   GRANTED . . . OE

*asg*