FILED
11/17/21 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| 2374 VILLAGE COMMON DRIVE, LLC, Debtor. | : : | Case No. 21-10118-TPA Chapter 11 |
| TRI-STATE PAIN INSTITUTE, LLC, *Debtor.* | : : | Case No. 20-10049-TPA Chapter 11 |
| JOSEPH M. THOMAS, M.D., *Debtor.* | : : | Case No. 20-10334-TPA Chapter 11 |

**ORDER**

In order for the Court to properly review the various fee applications pending in the above three related cases, a chart outlining particulars of the same must be provided to the Court. Therefore,

***AND NOW*** this ***17th*** day of ***November, 2021***, it is hereby ***ORDERED, ADJUDGED,*** and ***DECREED*** as follows:

(1) ***On or before November 24, 2021,*** Attorneys Michael Kruszewski, Gary Skiba, Guy Fustine and Gary Eiben shall each identify in single chart form as set forth in Paragraph 2, below, all fee applications approved either in whole or in part, or otherwise currently pending before the Court, beginning with the 2374 Village Common Drive, LLC case, then the Joseph M. Thomas, M.D. case followed by the Tri-State Pain Institute, LLC case.

(2) The form of the chart and cases referenced in Paragraph 1, above, and set forth in "landscape" format (and not "portrait") shall be filed as set forth in Attachment A.

(3) Unless indicated otherwise, based on the prior representations of Counsel in all of the above cases, approval of fees for each case will be considered and approved by the Court in the aggregate rather than as to any specific case.

asg

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
Gary Skiba, Esq.
Michael Kruszewski, Esq.
Guy Fustine, Esq.
Jill Locnikar, Esq.
Michael Romano, Esq.
Salene Mazur Kraemer, Esq.
Lauren Michaels, Esq.
Debtors

| | | |
|---|---|---|
| 2374 VILLAGE COMMON DRIVE, LLC,<br>Debtor. | :<br>: | Case No. 21-10118-TPA<br>Chapter 11 |
| TRI-STATE PAIN INSTITUTE, LLC,<br>*Debtor.* | :<br>: | Case No. 20-10049-TPA<br>Chapter 11 |
| JOSEPH M. THOMAS, M.D.,<br>*Debtor.* | :<br>: | Case No. 20-10334-TPA<br>Chapter 11 |

**FEE APPLICATION SCHEDULE**

**Applicant Name:**________________________________

| **Case Name** | **Date Fee Appl. Filed** | **Doc. #** | **Net Fees Requested** | **Net Costs Requested** | **Fees Paid to Date** | **Date of Payment** |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**ATTACHMENT "A"**

United States Bankruptcy Court

Western District of Pennsylvania

In re:
Joseph Martin Thomas
Debtor

Case No. 20-10334-TPA
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-1 | User: culy | Page 1 of 2
Date Rcvd: Nov 17, 2021 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Martin Thomas, c/of Tri-State Pain Institute, 5442 Peach Street, Erie, PA 16509-2602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Interested Party Barbara Noonan agornall@gornall-law.com |
| Ashley Mulryan | on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute LLC amulryan@kmgslaw.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Crystal H. Thornton-Illar | on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com |
| Gary V. Skiba | on behalf of Interested Party Tri-State Pain Institute LLC gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com |

Guy C. Fustine
on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute LLC mwernicki@kmgslaw.com, knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com

Harry W. Greenfield
on behalf of Creditor WELLS FARGO BANK N.A. hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com

Jill Locnikar
on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Locnikar
on behalf of Creditor United States of America Small Business Administration jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren Michaels
on behalf of Creditor Office of Attorney General Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
on behalf of Creditor Ally Bank mthomas@tuckerlaw.com maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Mark G. Claypool
on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael F.J. Romano
on behalf of Interested Party TIAA Commercial Finance Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael F.J. Romano
on behalf of Creditor TIAA Commercial Finance Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael P. Kruszewski
on behalf of Debtor 2374 Village Common Drive LLC mkruszewski@quinnfirm.com mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Michael P. Kruszewski
on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Norma Hildenbrand, on Behalf of the United States Trustee by
on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
on behalf of Creditor Steven E. Ribbing rroteman@stonecipherlaw.com kannarumo@stonecipherlaw.com

Ronald B. Roteman
on behalf of Creditor Kay B. Ribbing rroteman@stonecipherlaw.com kannarumo@stonecipherlaw.com

Salene R.M. Kraemer
on behalf of Creditor WELLS FARGO BANK N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com

TOTAL: 22