UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
| Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
| Movant, | : |
| | : |
| v. | : |
| | : |
| NO RESPONDENT. | : |
| | : |
| | : |

**NOTICE OF CHANGE OF ADDRESS**

Please take note that the following addresses have changed:

| **Undeliverable Address** | **Correct Address** |
|---|---|
| Greater Erie Surgery Center LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | Greater Erie Surgery Center LLC<br>c/of Tri-State Pain Institute LLC<br>5442 Peach Street<br>Erie, PA 16509 |
| Tri-State Pain Institute LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | Tri-State Pain Institute LLC<br>5442 Peach Street<br>Erie, PA 16509 |
| Jung-Woo Ma, MD<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | Jung Woo Ma, MD<br>180 Woodbury Street<br>Apt. 224<br>Manchester, NH 03102 |

                                          Respectfully submitted,

                                          QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                          BY:    /s/Michael P. Kruszewski
Dated: November 22, 2021                    Michael P. Kruszewski, Esquire
                                                PA Id. No. 91239
                                                2222 West Grandview Boulevard
                                                Erie, Pennsylvania 16506-4508
                                                Telephone: 814-833-2222
                                                Facsimile: 814-833-6753
                                                mkruszewski@quinnfirm.com
                                                Counsel for Debtor

Document No. 1475976