UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : RELATED TO DOCUMENT NOS. 520, 521, 522, |
| | : and 540 |
| v. | : |
| | : DATE AND TIME OF HEARING: |
| NO RESPONDENT. | : January 6, 2022 @ 10:00 a.m. |
| | : |
| | : OBJECTION DEADLINE: |
| | : December 24, 2021 |
| | : |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served, or caused to be served, on the 23rd day of November, 2021, a copy of the: *1) Disclosure Statement to Accompany Plan dated October 7, 2021; 2) Second Amended Plan of Reorganization dated October 7, 2021; 3) Summary of Second Amended Plan of Reorganization dated October 7, 2021; 4) Order Approving Second Amended Disclosure Statement, Setting Deadlines, and Scheduling Hearing on Plan Confirmation; and 5) Ballot for Accepting or Rejecting the Plan* upon each of the following persons and parties in interest at the address shown on the attached list.

    Respectfully submitted,

    THE QUINN LAW FIRM

BY:    /s/Michael P. Kruszewski
    Michael P. Kruszewski, Esquire
    PA Id. No. 91239
    2222 West Grandview Boulevard
    Erie, Pennsylvania 16506-4508
    Telephone: 814-833-2222
    Facsimile: 814-833-6753
    E-Mail Address: mkruszewski@quinnfirm.com
    Counsel for Debtor

#1475563

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties were served via First Class Mail, Postage Pre-Paid:

Class One – NOT IMPAIRED UNDER THE PLAN AND DEEMED TO HAVE ACCEPTED THE PLAN:

| | |
|---|---|
| PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH  44101-4982<br><br>(Mortgage Lien on 2100 South Shore Drive, Erie, PA – PAID IN FULL) | PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101<br><br>(Mortgage Lien on 9830 Wattsburg Road, Erie, PA – PAID IN FULL) |
| Brian Nicholas, Esquire<br>Maria Miksich, Esquire<br>Counsel to PNC Bank, N.A.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541<br><br>(Mortgage Lien on 2100 South Shore Drive, Erie, PA – PAID IN FULL) | Brian Nicholas, Esquire<br>Marie Miksich, Esquire<br>Counsel to PNC Bank, N.A.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541<br><br>(Mortgage Lien on 9830 Wattsburg Road, Erie, PA – PAID IN FULL) |
| Wells Fargo Bank, N.A.<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX  78251 | Wells Fargo Bank, N.A.<br>c/of Steven Treadway<br>1620 E. Roseville Pkwy., 1st Floor, Suite 100<br>MAC A1792-018<br>Roseville, CA  95661-3995 |
| Wells Fargo Bank, National Association<br>301 S. Tryon Street<br>27th Floor<br>Charlotte, NC 28282-1915 | Salene Mazur Kraemer, Esquire<br>Trish Hudkins, Esquire<br>Berstein-Burkley PC<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| City of Erie Tax Collector<br>626 State Street<br>Room 105<br>Erie, PA 16501-1146<br><br>(PAID IN FULL) | Tax Collector, Township of Greene<br>8628 Wattsburg Road<br>Erie, PA 16509-5850<br><br>(PAID IN FULL) |
| Tax Collector, Township of Millcreek<br>3608 West 26th Street<br>Erie, PA 16506-2098<br><br>(PAID IN FULL) | |

#1475563

Class Two – NOT IMPAIRED UNDER THE PLAN AND DEEMED TO HAVE ACCEPTED THE PLAN:

| | |
|---|---|
| Pa. Dept. of Revenue<br>Bankruptcy Division<br>Dept. 280946<br>Harrisburg, PA 17128-0946<br><br>(PAID IN FULL) | Lauren Michaels, Esquire<br>Office of the Attorney General<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227<br><br>(PAID IN FULL) |
| Internal Revenue Service<br>ATTENTION: Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>(PAID IN FULL) | Sandra M. Bence<br>Bankruptcy Specialist<br>Internal Revenue Service<br>1000 Liberty Avenue, 711B<br>Pittsburg, PA 15222-3714<br><br>(PAID IN FULL) |
| United States of America<br>Department of the Treasury<br>c/of U.S. Attorney for W.D. of PA<br>U.S. Post Office & Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1956<br><br>(PAID IN FULL) | |

Class Three – NOT IMPAIRED UNDER THE PLAN AND DEEMED TO HAVE ACCEPTED THE PLAN:

| | |
|---|---|
| The KADA Gallery<br>2632 West Eighth Street<br>Erie, PA 16505-4021<br><br>(SATISFIED PER STIPULATION) | Crystal H. Thornton-Illar<br>Leech Tishman Fuscaldo & Lampl LLC<br>525 William Penn Place, 28th Floor<br>Pittsburgh, PA 15219-1728<br><br>(Counsel to The KADA Gallery – PAID IN FULL) |
| Fifth Third Bank<br>5050 Kingsley Drive<br>Cincinnati, OH 45263-9998<br><br>(PAID IN FULL) | Ally Bank<br>P.O. Box 130424<br>Roseville, MN 55113-0004<br><br>(PAID IN FULL) |
| Ally Bank<br>P.O. Box 380901<br>Bloomington, MN 55438<br><br>(PAID IN FULL) | Mark G. Claypool, Esquire<br>Counsel to Ally Bank<br>120 West Tenth Street<br>Erie, PA 16501-1410<br><br>(PAID IN FULL) |
| Ally Bank<br>c/of AIS Portfolio Services LP<br>4515 N. Santa Fe Avenue, Dept. APS<br>Oklahoma City, OK 73118-7901<br><br>(PAID IN FULL) | |

#1475563

Class Four – UNSECURED PRIORITY TAX CLAIMS:

| | |
|---|---|
| Pa. Dept. of Revenue<br>Bankruptcy Division<br>Dept. 280946<br>Harrisburg, PA 17128-0946<br><br>(Proof of Claim No. 1) | Lauren Michaels, Esquire<br>Office of the Attorney General<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 |
| Pa. Dept. of Revenue<br>Bankruptcy Division<br>Dept. 280946<br>Harrisburg, PA 17128-0946<br><br>(2019 State Income Tax) | Lauren Michaels, Esquire<br>Office of the Attorney General<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 |
| NYS Department of Taxation and Finance<br>ATTENTION: Office of Legal Counsel<br>9 W A Harriman Campus<br>Albany, NY 12227 | NYS Assessment Receivables<br>P.O. Box 4128<br>Binghamton, NY 13902-4128 |
| Berkheimer<br>P.O. Box 25153<br>Lehigh Valley, PA 18002-5153 | Internal Revenue Service<br>ATTENTION: Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Sandra M. Bence<br>Bankruptcy Specialist<br>Internal Revenue Service<br>1000 Liberty Avenue, 711B<br>Pittsburg, PA 15222-3714 | New York State Department of Taxation & Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 |
| United States of America<br>Department of the Treasury<br>c/of U.S. Attorney for W.D. of PA<br>U.S. Post Office & Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1956 | |

Class 5(a) – GENERAL UNSECURED OR UNSECURED TAX CLAIMS EQUAL TO OR LESS THAN $20k:

| | |
|---|---|
| Widget Federal Credit Union<br>(Widget Financial)<br>2154 East Lake Road<br>Erie, PA 16511-1140 | Bank of America, N.A.<br>P.O. Box 15222<br>Wilmington, DE 19886-5222 |
| Best Wildlife Services<br>P.O. Box 36<br>Erie, PA 16512-0036 | Dahlkemper Landscape Architects & Contractors<br>1650 Norcross Road<br>Erie, PA 16510-3899<br><br>(erroneously identified on Mailing Matrix as Dahlkemper Landscape & Maintenance) |
| Ally Bank<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | Ally Bank<br>P.O. Box 380901<br>Bloomington, MN 55438 |

#1475563

| | |
|---|---|
| Mark G. Claypool, Esquire<br>Counsel to Ally Bank<br>120 West Tenth Street<br>Erie, PA 16501-1410 | Ms. Barbara Noonan<br>c/of Andrew F. Gornall, Esquire<br>2535 West 26th Street<br>Erie, PA 16506 |
| Mr. and Mrs. Steven E. Ribbing<br>c/of Matthew W. Loughren, Esquire<br>Loughren, Loughren, & Loughren PC<br>8050 Rowan Road<br>Suite 601, Rowan Towers<br>Cranberry Township, PA 16066 | Ronald B. Roteman, Esquire<br>The Stonecipher Law Firm<br>125 First Avenue<br>Pittsburgh, PA 15222-1506 |
| Northwest Bank<br>100 Liberty Street<br>Drawer 128<br>Warren, PA 16365-0128 | George W. Connor MD<br>207 South Main Street, Suite 140<br>Jamestown, NY 14701 |
| UPMC Chautauqua at WCA<br>207 Foote Avenue<br>Jamestown, NJ 14701-7077 | Vanessa G. Ramial MD<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 |
| Zubin Menon MD<br>565 Abbott Road<br>Buffalo, NY 14220-2039 | Pa. Dept. of Revenue<br>Bankruptcy Division<br>Dept. 280946<br>Harrisburg, PA 17128-0946 |
| Lauren Michaels, Esquire<br>Office of the Attorney General<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 | Internal Revenue Service<br>ATTENTION: Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Greater Erie Surgery Center LLC<br>5442 Peach Street<br>Erie, PA 16509 | Sandra M. Bence<br>Bankruptcy Specialist<br>Internal Revenue Service<br>1000 Liberty Avenue, 711B<br>Pittsburg, PA 15222-3714 |
| MacDonald Illig Jones & Britton LLP<br>c/of Nicholas R. Pagliari, Esquire<br>100 State Street<br>Suite 700<br>Erie, PA 16507-1459 | Ally Bank<br>c/of AIS Portfolio Services LP<br>4515 N. Santa Fe Avenue, Dept. APS<br>Oklahoma City, OK 73118-7901 |
| United States of America<br>Department of the Treasury<br>c/of U.S. Attorney for W.D. of PA<br>U.S. Post Office & Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1956 | |

#1475563

Class 5(b) – GENERAL UNSECURED AND UNSECURED TAX CLAIMS GREATER THAN $20k:

|  |  |
|---|---|
|  | McKesson Medical-Surgical, Inc.<br>Stephanie Hampton<br>6651 Gate Parkway<br>Jacksonville, FL  32256-8075 |
| Barclay Card<br>Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 | Candor Surgical Management, Inc.<br>1180 Adams Lane<br>Southlake, TX 76092-8501 |
| TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road, Suite 300<br>Chesterfield, MO  63017-3489 | Michael F.J. Romano, Esquire<br>Counsel to TIAA Commercial Finance, Inc.<br>Ramano, Garubo, & Argentieri<br>P.O. Box 456<br>52 Newton Avenue<br>Woodbury, NJ 08096-4610 |
| SBA<br>721 19th Street<br>Denver, CO  80202-2500 | Jill Locnikar, Esquire<br>U.S. Attorney's Office<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1955 |
| Anthony K. Arroyo, Esquire<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 | United States of America<br>Small Business Administration<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 |
| United States of America<br>Small Business Administration<br>c/of U.S. Attorney's Office<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1956 |  |
| Wells Fargo Bank, N.A.<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX  78251<br><br>(Estimated $1,254,355.00) | Wells Fargo Bank, N.A.<br>c/of Steven Treadway<br>1620 E. Roseville Pkwy., 1st Floor, Suite 100<br>MAC A1792-018<br>Roseville, CA  95661-3995 |
| Wells Fargo Bank, National Association<br>301 S. Tryon Street<br>27th Floor<br>Charlotte, NC 28282-1915 | Salene Mazur Kraemer, Esquire<br>Trish Hudkins, Esquire<br>Berstein-Burkley PC<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| Wells Fargo Bank, N.A.<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX  78251<br><br>(Estimated $246,500.00) | Wells Fargo Bank, N.A.<br>c/of Steven Treadway<br>1620 E. Roseville Pkwy., 1st Floor, Suite 100<br>MAC A1792-018<br>Roseville, CA  95661-3995 |

#1475563

| | |
|---|---|
| Wells Fargo Bank, National Association<br>301 S. Tryon Street<br>27th Floor<br>Charlotte, NC 28282-1915 | Salene Mazur Kraemer, Esquire<br>Trish Hudkins, Esquire<br>Berstein-Burkley PC<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |

Generic Ballots:

| | |
|---|---|
| Charles R. and Margaret J. Burger<br>9890 Wattsburg Road<br>Erie, PA 16509 | Guy C. Fustine, Esquire<br>Official Committee of Unsecured Creditors of<br>Tri-State Pain Institute LLC<br>120 West Tenth Street<br>Erie, PA 16501-1410 |
| Frederick J. Marchinetti, II<br>11538 Route 19<br>Waterford, PA 16441-7776 | Kelly S. Buck<br>Scott A. Buck<br>3101 Broadlaw Drive<br>Erie, PA 16506 |
| Marjorie A. Weidner<br>20323 State Highway 89<br>Spartansburg, PA 16434-1703 | Harold Hewitt<br>5935 Shady Hollow Drive<br>Erie, PA 16506-7023 |
| Glen Morisue<br>6201 ½ Lake Road West<br>Ashtabula, OH  44004-9757 | Rick Rumball<br>52 Orchard Street<br>Erie, PA 16508-2729 |
| Rita Jennings<br>George Jennings<br>5524 West 52nd Street<br>Fairview, PA 16415-2331 | Brian S. Clark<br>Beth Clark<br>10479 Route 19<br>Waterford, PA 16441-9117 |
| Sharon L. Kulig<br>Steven B. Kulig<br>274 Creek Road<br>Jamestown, NY 14701-9526 | Lester Spencer<br>Chris Spencer<br>337 East 21st Street<br>Erie, PA 16503-1946 |
| Steven Kinross<br>Kathy Kinross<br>507 Sanford Place<br>Erie, PA 16511-1061 | Ernest Guichard<br>9 Church Street<br>Charlotte Villa 2, Apt. 503<br>Sinclairville, NY  14782-9635 |
| Darin Williamson<br>22370 Britton Road<br>Spartansburg, PA 16434-3014 | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Norma Hildenbrand, on behalf of the U.S. Trustee<br>Office of the United States Trustee<br>Suite 970, Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 | 2374 Village Common Drive<br>5442 Peach Street<br>Erie, PA 16509 |

#1475563

| | |
|---|---|
| Angela Dunkle<br>5301 Windcrest Drive<br>Erie, PA 16510-3357 | James B. Baldwin<br>Addelman, Cross, & Baldwin PC<br>5680 Main Street<br>Buffalo, NY 14221-5518 |
| Benjamin A. Post, Esquire<br>Post & Post LLC<br>920 Cassatt Road<br>200 Berwyn Park, Suite 102<br>Berwyn, PA 19312-1178 | Core Erie MOB LP<br>c/of CT Corporation System<br>600 North 2nd Street, Suite 401<br>Harrisburg, PA 17101-1071 |
| Core Erie MOB LP<br>c/of Christopher Montgomery, Esquire<br>Frost Brown Todd LLC<br>One Columbus Ctr, 10 West Broad Street<br>Suite 2300<br>Columbus, OH 43215-3484 | David L. Hunter, Jr., Esquire<br>821 State Street<br>Erie, PA 16501-1316 |
| Edward M. Zimm, or Assigns<br>300 State Street<br>Suite 200<br>Erie, PA 16507-1429 | Gary Eiben, Esquire<br>MacDonald, Illig, Jones, & Britton LLP<br>100 State Street, Suite 700<br>Erie, PA 16507-1459 |
| Francis J. Klemensic, Esquire<br>Dickie McCamey & Chilcote PC<br>100 State Street, Suite 508<br>Erie, PA 16507-1457 | Francis M. Letro, Esquire<br>The Dun Building<br>10th Floor, 110 Pearl Street<br>Buffalo, NY 14202-4111 |
| Heather Adams Szymczak<br>3629 West 14th Street<br>Erie, PA 16505-3506 | Howard Hanna Real Estate Services<br>ATTENTION: Kathe W. Rafferty<br>4248 West 12th Street<br>Erie, PA 16505-3001 |
| Mark Hutchison<br>Coldwell Bank Select Realtors<br>413 West Plum Street<br>Edinboro, PA 16412-2175 | James D. McDonald, Jr., Esquire<br>100 State Street, Suite 700<br>Erie, PA 16507-1459 |
| Jason M. Telaak, Esquire<br>8274 North Main Street<br>Eden, NY 14057-1104 | Jason Matzus, Esquire<br>Matzus Law LLC<br>310 Grant Street<br>Suite 3210<br>Pittsburgh, PA 15219-2301 |
| Jung Woo Ma, MD<br>180 Woodbury Street<br>Apt. 224<br>Manchester, NH 03102 | Laurie C. TeWinkle, Esquire<br>Law Office of L.C. TeWinkle<br>821 State Street<br>Erie, PA 16501-1316 |
| Marsh Realty, Inc.<br>ATTENTION: Gary V. Marsh<br>42172 Mageetown Road<br>Centerville, PA 16404-7146 | Matthew W. Loughren<br>8050 Rowan Road<br>Suite 601, Rowan Towers<br>Cranberry Township, PA 16066-3624 |

#1475563

| | |
|---|---|
| Matthew J. Minnaugh<br>Schaffner, Knight, Minnaugh, & Company PC<br>1545 West 38th Street<br>Erie, PA 16508 | Pat Baldino Fine Art<br>64 Vernon Drive<br>Scarsdale, NY  10583-6124 |
| Paul J. Susko, Esquire<br>502 Parade Street<br>Erie, PA 16507 | Pater A. Pentz, Esquire<br>246 West Tenth Street<br>Erie, PA 16501-1412 |
| Philip C. Chapman, III, Esquire<br>Pribanic & Pribanic<br>513 Court Place<br>Pittsburgh, PA 15219-2002 | Rick Taraszki<br>6103 West Lake Road<br>Erie, PA 16505-2615 |
| Kathe W. Rafferty<br>Howard Hanna Real Estate Services<br>4248 West 12th Street<br>Erie, PA 16505-3001 | Ronald M. Puntil, Jr., Esquire<br>Cipriani & Werner<br>650 Washington Road<br>Suite 700<br>Pittsburgh, PA 15228-2712 |
| Gary V. Skiba, Esquire<br>Counsel to Tri-State Pain Institute LLC<br>300 State Street, Suite 300<br>Erie, PA 16507-1430 | Steven J. Wildberger, Esquire<br>Matzus Law Office<br>310 Grant Street<br>Suite 3210<br>Pittsburgh, PA 15219 |
| Thomas Charlton<br>Samantha Charlton<br>4741 S. Washington Street<br>North East, PA 16428--5011 | Tri-State Pain Institute LLC<br>5442 Peach Street<br>Erie, PA 16509 |
| Northwest Bank<br>100 Liberty Street<br>Drawer 128<br>Warren, PA  16365-0128 | Douglas E. Graff<br>Graff & McGovern LPA<br>604 E. Rich Street<br>Columbus, OH 43215-5341 |
| Ashley Mulryan, Esquire<br>Official Committee of Unsecured Creditors of<br>Tri-State Pain Institute LLC<br>120 West Tenth Street<br>Erie, PA 16501-1410 | |

#1475563