UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | : |
| --- | --- |
| | : Case No.  21-10118 TPA |
| 2374 VILLAGE COMMON DRIVE, LLC, | : Chapter 11 |
| Debtor. | : |
| | : |
| TRI-STATE PAIN INSTITUTE, LLC, | : Case No. 20-10049 TPA |
| Debtor. | : Chapter 11 |
| | : |
| | : |
| JOSEPH M. THOMAS, | : Case No. 20-10334 TPA |
| Debtor. | : Chapter 11 |
| | : |

### FEE APPLICATION SCHEDULE

### Applicant Name:  MacDonald, Illig, Jones, & Britton LLP

| Case Name | Date Fee Appl. Filed | Doc. # | Net Fees Requested | Net Costs Requested | Fees Paid to Date | Date of Payment(s) |
| --- | --- | --- | --- | --- | --- | --- |
| Joseph M. Thomas | 10/21/2020 | 204 | $81,563.50 (100%) | $232.33 | $59,044.47 | November 25, 2020 February 2, 2021 June 25, 2021 August 31, 2021 |
| Joseph M. Thomas | 2/12/22021 | 261 | $52,126.50 (100%) | $117.05 | $0.00 | |
| Joseph M. Thomas | 10/26/2021 | 532 | $50,458.85 (65%) | $226.95 | $0.00 | |
| Joseph M. Thomas | N/A[1] | N/A | $29,859.50 (65%) | $301.00 | $0.00 | N/A |

---

[1] The figures in this row represent the discounted fees and total expenses from July 1, 2021 through October 31, 2021.

| Case Name | Date Fee Appl. Filed | Doc. # | Net Fees Requested | Net Costs Requested | Fees Paid to Date | Date of Payment(s) |
|---|---|---|---|---|---|---|
| Tri-State Pain Institute LLC | 4/16/2020 | 186 | $20,444.00 (100%) | $0.00 | $9,000.00 | June 26, 2020<br>August 1, 2020<br>September 1, 2020<br>September 23, 2020<br>November 11, 2020<br>December 2, 2020<br>December 29, 2020<br>February 1, 2021<br>March 1, 2021<br>April 1, 2021 |

Respectfully submitted,

THE QUINN LAW FIRM

BY:  /s/Michael P. Kruszewski
Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
E-Mail Address: mkruszewski@quinnfirm.com
Counsel for Joseph Martin Thomas