UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | : |
|---|---|
| | : Case No.  21-10118 TPA |
| 2374 VILLAGE COMMON DRIVE, LLC, | : Chapter 11 |
| Debtor. | : |
| | : |
| TRI-STATE PAIN INSTITUTE, LLC, | : Case No. 20-10049 TPA |
| Debtor. | : Chapter 11 |
| | : |
| | : |
| JOSEPH M. THOMAS, | : Case No. 20-10334 TPA |
| Debtor. | : Chapter 11 |
| | : |

### FEE APPLICATION SCHEDULE

### Applicant Name:  Michael P. Kruszewski, Esquire and The Quinn Law Firm

| Case Name | Date Fee Appl. Filed | Doc. # | Net Fees Requested | Net Costs Requested | Fees Paid to Date | Date of Payment(s) |
|---|---|---|---|---|---|---|
| 2374 Village Common Drive, LLC | 07/27/2021 | 166 | $53,710.47 (65%) | $3,033.32 | $0.00 | N/A |
| 2374 Village Common Drive, LLC | 09/02/2021 | 190 | $12,648.45 (65%) | $24.77 | $0.00 | N/A |
| Joseph M. Thomas | 9/3/2020 | 191 | $128,456.50 (100%) | $4,935.85 (Paid in Full) | $128,456.50 | September 24, 2020<br>November 25, 2020<br>February 3, 2021<br>June 25, 2021<br>August 31, 2021 |
| Joseph M. Thomas | 2/12/2021 | 263 | $126,205.25 (100%) | $763.18 (Paid in Full) | $5,798.92 | August 31, 22021 |

| Case Name | Date Fee Appl. Filed | Doc. # | Net Fees Requested | Net Costs Requested | Fees Paid to Date | Date of Payment(s) |
|---|---|---|---|---|---|---|
| Joseph M. Thomas | 7/27/2021 | 487 | $74,467.57 (65%) | $1,862.69 | $0.00 | N/A |
| Joseph M. Thomas | N/A[1] | N/A | $51,746.50 (65%) | $440.46 | $0.00 | N/A |

Respectfully submitted,

THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
      Michael P. Kruszewski, Esquire
      PA Id. No. 91239
      2222 West Grandview Boulevard
      Erie, Pennsylvania 16506-4508
      Telephone: 814-833-2222
      Facsimile: 814-833-6753
      E-Mail Address: mkruszewski@quinnfirm.com
      Counsel for Debtor, Joseph Martin Thomas

---

[1] The figures listed in this row represents the discounted fees and total expenses from July 1, 2021 through November 21, 2021. It is anticipated that an Application for Compensation in regard to these fees and expenses will be filed no later than December 2, 2021.