IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | BANKRUPTCY NO.  20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : | |
| Debtor. | : | THE HONORABLE THOMAS P. AGRESTI |
| | : | |
| JOSEPH MARTIN THOMAS, | : | CHAPTER 11 |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |
| | : | |

### REPORT

Attached hereto is the Official Form 426, Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest.

Respectfully submitted,

THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
E-Mail Address:
mkruszewski@quinnfirm.com
Counsel for Debtor, Joseph Martin Thomas

#1485683

**Fill in this information to identify the case:**

Debtor Name  Joseph Martin Thomas

United States Bankruptcy Court for the:  Western            District of  PA
                                                            (State)

Case number:  20-10334 TPA

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of September 30, 2021 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # | |
|---|---|---|---|
| Greater Erie Surgery Center LLC | 83.61% Member | 1 | |
| 2374 Village Common Drive LLC | 100% Member | 2 | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name _____Joseph Martin Thomas_____    Case number_____20-10334 TPA_____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| For non-individual Debtors: | ✘ _____ |
|---|---|
| | Signature of Authorized Individual |
| | _____ |
| | Printed name of Authorized Individual |
| | Date _____ |
| | MM /   DD  / YYYY |

| For individual Debtors: | ✘ __/s/Joseph Martin Thomas_____ __ | ✘ _____ |
|---|---|---|
| | Signature of Debtor 1 | Signature of Debtor 2 |
| | Joseph Martin Thomas | |
| | Printed name of Debtor 1 | Printed name of Debtor 2 |
| | Date _12/14/2021_____ | Date _____ |
| | MM /   DD  / YYYY | MM /   DD  / YYYY |

Debtor Name ___Joseph Martin Thomas_____ ____   Case number___20-10334 TPA_____

---

**Exhibit A: Financial Statements for [**Name of Controlled Non-Debtor Entity**]**

See attached Exhibits.

Debtor Name    Joseph Martin Thomas                                    20-10334 TPA

Case number

---

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of** [date]

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

See attached Exhibits.

Debtor Name   Joseph Martin Thomas _____ __      Case number _____ 20-10334 TPA

---

**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

   a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

See attached Exhibits.

Joseph Martin Thomas                                                          20-10334 TPA

Debtor Name _____    Case number_____

**Exhibit A-3: Statement of Cash Flows for [**Name of Controlled Non-Debtor Entity**] for period ending [**date**]**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

See attached Exhibits.

Debtor Name    Joseph Martin Thomas                                    20-10334 TPA

Case number

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

    None.

Debtor Name _____ Joseph Martin Thomas _____

Case number _____ 20-10334 TPA _____

---

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

See attached Exhibits.  Greater Erie Surgery Center LLC stopped operations as of March 31, 2021.  2374 Village Common Drive LLC ceased operations on or about May 28, 2021, the date the real estate located at 2374 Village Common Drive, Erie, Pennsylvania was sold.

Debtor Name   Joseph Martin Thomas                                           20-10334 TPA
_____   Case number_____

## Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

None.

Joseph Martin Thomas                                                20-10334 TPA

Debtor Name  _____          Case number_____

## Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes
have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor
Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled
Non-Debtor Entity.

Describe the source of this information.]


2374 Village Common Drive LLC is a single member LLC owned 100% by the Debtor.  The entity collected
rent from Tri-State Pain Institute LLC and Greater Erie Surgery Center LLC prior to it ceasing operations on or
about May 28, 2021.  The income tax consequences of activity are reported on the Debtor's personal tax return
and he is responsible for any income tax.  Upon information and belief, there is no tax sharing agreement with any
other entity.

The Debtor has an ownership interest in Greater Erie Surgery Center LLC, which is a partnership for tax reporting
purposes.  His share of the income is reported on his personal tax return, and he is responsible for paying the income
tax on his share of the partnership income.  Upon information and belief, there is no tax sharing agreement with the
partnership and partners.

Debtor Name    Joseph Martin Thomas

Case number    20-10334 TPA

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

None.

Joseph Martin Thomas
Case No. 20-10334

## **Periodic Report Regarding Value, Operations, Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest**

TAB NO. 1

2:39 PM
04/19/21
Cash Basis

# Greater Erie Surgery Center, LLC
## Balance Sheet
### As of December 31, 2020

|  | Dec 31, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1025 · NW Savings Checking | 153,550.73 |
| **Total Checking/Savings** | 153,550.73 |
| **Other Current Assets** | |
| 1100 · Accounts Receivable | 183,748.34 |
| 1150 · Due from Tri-State Pain | 136,690.85 |
| 1160 · Loan to Dr Thomas | 36,459.84 |
| 1300 · Partner Receivable - Thomas | 3,250.00 |
| 1400 · TSPI Working Capital Loan | 350,000.00 |
| **Total Other Current Assets** | 710,149.03 |
| **Total Current Assets** | 863,699.76 |
| **Fixed Assets** | |
| 1500 · Equipment | 986,518.83 |
| 1510 · Building | |
| 1510.1 · HVAC | 18,905.00 |
| 1510.15 · Elevator | 27,611.00 |
| 1510 · Building - Other | 1,298,965.02 |
| **Total 1510 · Building** | 1,345,481.02 |
| 1520 · Furniture and Fixtures | 42,632.07 |
| 1525 · Software | 12,137.08 |
| 1600 · Accum. Depr-Equipment | -892,254.04 |
| 1610 · Accum. Depr-Building | -379,494.71 |
| 1620 · Accum. Depr-Furniture&Fixtures | -42,656.34 |
| 1625 · Accum. Depr-Software | -10,652.95 |
| **Total Fixed Assets** | 1,061,710.96 |
| **Other Assets** | |
| 1640 · Accumulated Amortization | -17,521.26 |
| 1830 · Loan Costs | 39,778.00 |
| **Total Other Assets** | 22,256.74 |
| **TOTAL ASSETS** | 1,947,667.46 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | -7,192.20 |
| **Total Accounts Payable** | -7,192.20 |
| **Other Current Liabilities** | |
| 2100 · Accrued Interest Expense | 1,740.69 |
| 2110 · Accrued Payroll | 13,263.43 |
| 2506 · Lease Payable - Mindray Capital | 18,459.84 |
| 2507 · Equipment Payable - US Bank | -6,405.78 |
| 2508 · Equipment Finance Agreement | 4,646.88 |
| **Total Other Current Liabilities** | 31,705.06 |
| **Total Current Liabilities** | 24,512.86 |

**Greater Erie Surgery Center, LLC**
**Balance Sheet**
As of December 31, 2020

|  | Dec 31, 20 |
|---|---|
| **Long Term Liabilities** |  |
| 2501 · Note Payable - Wells Fargo/SBA | 593,152.97 |
| 2502 · N/P - Northwest Savings Bank | -5,402.88 |
| 2510 · Note Payable - Candor | -47,708.23 |
| **Total Long Term Liabilities** | 540,041.86 |
| **Total Liabilities** | 564,554.72 |
| **Equity** |  |
| 3000.01 · Dr. Thomas | 1,833,854.97 |
| 3000.05 · Candor Surgical Management | 812,793.59 |
| 3000.06 · K.Biggers | 46,400.00 |
| 3000.08 · Dr. Diefenbach | 166,000.00 |
| 3007 · Sample Property/GEMB | 40,000.00 |
| 3100 · Retained Earnings | -1,726,264.22 |
| Net Income | 210,328.40 |
| **Total Equity** | 1,383,112.74 |
| **TOTAL LIABILITIES & EQUITY** | 1,947,667.46 |

5:15 PM
12/09/21
Cash Basis

# Greater Erie Surgery Center, LLC
## Balance Sheet
### As of September 30, 2021

|  | Sep 30, 21 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1025 · NW Savings Checking | 170,811.07 |
| **Total Checking/Savings** | 170,811.07 |
| **Other Current Assets** | |
| 1100 · Accounts Receivable | 183,748.34 |
| 1150 · Due from Tri-State Pain | 136,690.85 |
| 1160 · Loan to Dr Thomas | 36,459.84 |
| 1300 · Partner Receivable - Thomas | 3,250.00 |
| 1400 · TSPI Working Capital Loan | 350,000.00 |
| 1900 · Quinn Law Escrow | 133,000.00 |
| **Total Other Current Assets** | 843,149.03 |
| **Total Current Assets** | 1,013,960.10 |
| **Fixed Assets** | |
| 1500 · Equipment | 986,518.83 |
| 1510 · Building | |
| 1510.1 · HVAC | 18,905.00 |
| 1510.15 · Elevator | 27,611.00 |
| 1510 · Building - Other | 1,298,965.02 |
| **Total 1510 · Building** | 1,345,481.02 |
| 1520 · Furniture and Fixtures | 42,632.07 |
| 1525 · Software | 12,137.08 |
| 1600 · Accum. Depr-Equipment | -892,254.04 |
| 1610 · Accum. Depr-Building | -379,494.71 |
| 1620 · Accum. Depr-Furniture&Fixtures | -42,656.34 |
| 1625 · Accum. Depr-Software | -10,652.95 |
| **Total Fixed Assets** | 1,061,710.96 |
| **Other Assets** | |
| 1640 · Accumulated Amortization | -17,521.26 |
| 1830 · Loan Costs | 39,778.00 |
| **Total Other Assets** | 22,256.74 |
| **TOTAL ASSETS** | 2,097,927.80 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 2100 · Accrued Interest Expense | 1,740.69 |
| 2110 · Accrued Payroll | 13,263.43 |
| 2506 · Lease Payable - Mindray Capital | 18,459.84 |
| 2507 · Equipment Payable - US Bank | -7,787.37 |
| 2508 · Equipment Finance Agreement | 4,646.88 |
| **Total Other Current Liabilities** | 30,323.47 |
| **Total Current Liabilities** | 30,323.47 |
| **Long Term Liabilities** | |
| 2501 · Note Payable - Wells Fargo/SBA | 519,152.97 |
| 2502 · N/P - Northwest  Savings Bank | -5,402.88 |
| 2510 · Note Payable - Candor | -51,745.63 |
| **Total Long Term Liabilities** | 462,004.46 |
| **Total Liabilities** | 492,327.93 |

5:15 PM

12/09/21

Cash Basis

# Greater Erie Surgery Center, LLC
## Balance Sheet
### As of September 30, 2021

|  | Sep 30, 21 |
|---|---|
| **Equity** | |
| 3000.01 · Dr. Thomas | 1,833,854.97 |
| 3000.05 · Candor Surgical Management | 812,793.59 |
| 3000.06 · K.Biggers | 46,400.00 |
| 3000.08 · Dr. Diefenbach | 166,000.00 |
| 3007 · Sample Property/GEMB | 40,000.00 |
| 3100 · Retained Earnings | -1,478,788.91 |
| Net Income | 185,340.22 |
| **Total Equity** | 1,605,599.87 |
| **TOTAL LIABILITIES & EQUITY** | 2,097,927.80 |

5:13 PM

12/09/21

Cash Basis

# Greater Erie Surgery Center, LLC
## Profit & Loss
### April through June 2021

|  | Apr - Jun 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Revenue | 107,410.00 |
| 4100 · Discounts/Refunds | -5,746.38 |
| **Total Income** | 101,663.62 |
| **Cost of Goods Sold** | |
| **Cost of Surgical Services** | |
| 5010.01 · Disposables | 180.18 |
| **Total Cost of Surgical Services** | 180.18 |
| **Total COGS** | 180.18 |
| **Gross Profit** | 101,483.44 |
| **Expense** | |
| Insurance/General Insurance | 7,275.13 |
| **Professional Fees** | |
| 6200 · Consulting Fees | 2,000.00 |
| 6220 · Other Services | 928.27 |
| **Total Professional Fees** | 2,928.27 |
| **Repairs & Maintenance** | |
| 6300 · Janitorial Expense | 869.00 |
| Repairs & Maintenance - Other | -869.00 |
| **Total Repairs & Maintenance** | 0.00 |
| **Service Agreements** | |
| 6320 · Clinical Equipment | 4,669.62 |
| 6325 · Computer/IT/Office | 788.09 |
| **Total Service Agreements** | 5,457.71 |
| **Supplies & Equipment** | 21.14 |
| 6006 · Benefits Expense | 100.00 |
| 6050 · Compensation-Salary | 16,765.06 |
| 6070 · Bank Service Charges | 102.62 |
| 6090 · Insurance-General Insurance | 789.85 |
| 6105 · Laundry, Linens and Uniforms | 270.92 |
| 9999 · Uncategorized | 42.33 |
| **Total Expense** | 33,753.03 |
| **Net Ordinary Income** | 67,730.41 |
| **Net Income** | 67,730.41 |

5:14 PM

12/09/21

Cash Basis

# Greater Erie Surgery Center, LLC
## Profit & Loss
### July through September 2021

|  | Jul - Sep 21 |
|---|---|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     4000 · Revenue | 4,039.08 |
|     4100 · Discounts/Refunds | -69.29 |
|   **Total Income** | 3,969.79 |
| **Gross Profit** | 3,969.79 |
|   **Expense** | |
|     Insurance/General Insurance | 2,012.24 |
|     Office Expenses | |
|       6130 · Postage & Delivery | 19.70 |
|     **Total Office Expenses** | 19.70 |
|     Professional Fees | |
|       6190 · Accounting & Auditing | 2,341.50 |
|       6220 · Other Services | 613.88 |
|     **Total Professional Fees** | 2,955.38 |
|     6070 · Bank Service Charges | 53.04 |
|     6090 · Insurance-General Insurance | 29,020.50 |
|   **Total Expense** | 34,060.86 |
| **Net Ordinary Income** | -30,091.07 |
| **Net Income** | **-30,091.07** |

5:16 PM

12/09/21

# Greater Erie Surgery Center, LLC
## Statement of Cash Flows
### April through June 2021

|  | Apr - Jun 21 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 9,094.76 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 1900 · Quinn Law Escrow | -133,000.00 |
| 2000 · Accounts Payable | 58,635.65 |
| **Net cash provided by Operating Activities** | **-65,269.59** |
| **Net cash increase for period** | **-65,269.59** |
| **Cash at beginning of period** | **466,171.73** |
| **Cash at end of period** | **400,902.14** |

5:16 PM

12/09/21

# Greater Erie Surgery Center, LLC
## Statement of Cash Flows
### July through September 2021

| | Jul - Sep 21 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -35,278.10 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 2000 · Accounts Payable | 5,187.03 |
| **Net cash provided by Operating Activities** | -30,091.07 |
| **FINANCING ACTIVITIES** | |
| 2501 · Note Payable - Wells Fargo/SBA | -200,000.00 |
| **Net cash provided by Financing Activities** | -200,000.00 |
| **Net cash increase for period** | -230,091.07 |
| **Cash at beginning of period** | 400,902.14 |
| **Cash at end of period** | 170,811.07 |

Joseph Martin Thomas
Case No. 20-10334

## **Periodic Report Regarding Value, Operations, Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest**

TAB NO. 2

3:14 PM

**2374 Village Common Drive, LLC**

04/19/21

# Balance Sheet

Cash Basis

### As of December 31, 2020

|  | Dec 31, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · Wells Fargo Bank x8010 | 66,465.25 |
| **Total Checking/Savings** | 66,465.25 |
| **Other Current Assets** | |
| 12100 · Security Deposits | 15,195.50 |
| 12200 · Working Line of Credit Deposit | 5,000.00 |
| **Total Other Current Assets** | 20,195.50 |
| **Total Current Assets** | 86,660.75 |
| **Fixed Assets** | |
| 15000 · Building | 4,550,545.17 |
| 15001 · HVAC | 1,193,585.62 |
| 15002 · Plumbing | 522,193.70 |
| 15003 · Flooring | 372,995.51 |
| 15004 · Electrical | 820,590.11 |
| 15005 · Land | 342,300.74 |
| 15006 · Loan Fees | 23,725.76 |
| 15007 · HVAC Improvments | 32,750.00 |
| 17000 · Accumulated Depreciation | -881,936.99 |
| 17500 · Accumulated Amortization | -3,262.30 |
| **Total Fixed Assets** | 6,973,487.32 |
| **TOTAL ASSETS** | 7,060,148.07 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 18,896.98 |
| **Total Accounts Payable** | 18,896.98 |
| **Total Current Liabilities** | 18,896.98 |
| **Long Term Liabilities** | |
| 25000 · Wells Fargo - Note Payable | 3,490,884.70 |
| 25100 · SBA - Note Payable x2109 | 2,310,564.86 |
| 26000 · Loan Payable USB x5038 Rabe | 23,562.64 |
| **Total Long Term Liabilities** | 5,825,012.20 |
| **Total Liabilities** | 5,843,909.18 |
| **Equity** | |
| 30800 · Members Contribution | 11,066.20 |
| 32000 · Members Equity | 968,482.78 |
| Net Income | 236,689.91 |
| **Total Equity** | 1,216,238.89 |
| **TOTAL LIABILITIES & EQUITY** | 7,060,148.07 |

5:31 PM
12/09/21
Cash Basis

# 2374 Village Common Drive, LLC
## Balance Sheet
### As of September 30, 2021

|  | Sep 30, 21 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · Wells Fargo Bank x8010 | 46,669.37 |
| **Total Checking/Savings** | 46,669.37 |
| **Other Current Assets** | |
| 12100 · Security Deposits | 20,215.50 |
| 13000 · Retainer - Quinn Law | 2,333.89 |
| **Total Other Current Assets** | 22,549.39 |
| **Total Current Assets** | 69,218.76 |
| **Fixed Assets** | |
| 15000 · Building | 4,550,545.17 |
| 15001 · HVAC | 1,193,585.62 |
| 15002 · Plumbing | 522,193.70 |
| 15003 · Flooring | 372,995.51 |
| 15004 · Electrical | 820,590.11 |
| 15005 · Land | 342,300.74 |
| 15006 · Loan Fees | 23,725.76 |
| 15007 · HVAC Improvments | 32,750.00 |
| 17000 · Accumulated Depreciation | -881,936.99 |
| 17500 · Accumulated Amortization | -3,262.30 |
| **Total Fixed Assets** | 6,973,487.32 |
| **TOTAL ASSETS** | 7,042,706.08 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 42,310.94 |
| **Total Accounts Payable** | 42,310.94 |
| **Total Current Liabilities** | 42,310.94 |
| **Long Term Liabilities** | |
| 25000 · Wells Fargo - Note Payable | 3,490,884.70 |
| 25100 · SBA - Note Payable x2109 | 2,333,982.99 |
| 26000 · Loan Payable USB x5038 Rabe | 17,656.48 |
| **Total Long Term Liabilities** | 5,842,524.17 |
| **Total Liabilities** | 5,884,835.11 |
| **Equity** | |
| 30800 · Members Contribution | 11,066.20 |
| 32000 · Members Equity | 1,271,797.64 |
| Net Income | -124,992.87 |
| **Total Equity** | 1,157,870.97 |
| **TOTAL LIABILITIES & EQUITY** | 7,042,706.08 |

5:29 PM

12/09/21

Cash Basis

# 2374 Village Common Drive, LLC
## Profit & Loss
### April through June 2021

| | Apr - Jun 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| 63500 · Management Fee | 650.00 |
| 66700 · Professional Fees | 250.00 |
| 68500 · US Trustee Payments | 650.00 |
| 68600 · Utilities | 5,371.86 |
| **Total Expense** | 6,921.86 |
| **Net Ordinary Income** | -6,921.86 |
| **Other Income/Expense** | |
| **Other Income** | |
| 70400 · Interest Income | 1.41 |
| **Total Other Income** | 1.41 |
| **Net Other Income** | 1.41 |
| **Net Income** | **-6,920.45** |

5:30 PM

12/09/21

Cash Basis

**2374 Village Common Drive, LLC**
# Profit & Loss
### July through September 2021

|  | Jul - Sep 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| 60400 · Bank Service Charges | 175.00 |
| 63300 · Insurance Expense | -1,005.50 |
| 66750 · Refuse | 616.00 |
| 68500 · US Trustee Payments | 500.00 |
| **Total Expense** | 285.50 |
| **Net Ordinary Income** | -285.50 |
| **Other Income/Expense** | |
| **Other Income** | |
| 70400 · Interest Income | 1.19 |
| **Total Other Income** | 1.19 |
| **Net Other Income** | 1.19 |
| **Net Income** | -284.31 |

5:31 PM

12/09/21

# 2374 Village Common Drive, LLC
## Statement of Cash Flows
### April through June 2021

|  | Apr - Jun 21 |
| --- | ---: |
| **OPERATING ACTIVITIES** | |
| Net Income | 111,198.82 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 11000 · Accounts Receivable | -140,000.00 |
| 12100 · Security Deposits | -5,020.00 |
| 20000 · Accounts Payable | 23,193.21 |
| **Net cash provided by Operating Activities** | -10,627.97 |
| **FINANCING ACTIVITIES** | |
| 26000 · Loan Payable USB x5038 Rabe | -1,968.72 |
| **Net cash provided by Financing Activities** | -1,968.72 |
| **Net cash increase for period** | -12,596.69 |
| **Cash at beginning of period** | 59,550.37 |
| **Cash at end of period** | 46,953.68 |

5:32 PM

12/09/21

# 2374 Village Common Drive, LLC
## Statement of Cash Flows
### July through September 2021

|  | Jul - Sep 21 |
| --- | --- |
| **OPERATING ACTIVITIES** |  |
| Net Income | -658.37 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| 20000 · Accounts Payable | 2,342.78 |
| **Net cash provided by Operating Activities** | 1,684.41 |
| **FINANCING ACTIVITIES** |  |
| 26000 · Loan Payable USB x5038 Rabe | -1,968.72 |
| **Net cash provided by Financing Activities** | -1,968.72 |
| **Net cash increase for period** | -284.31 |
| **Cash at beginning of period** | 46,953.68 |
| **Cash at end of period** | 46,669.37 |