# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Joseph Martin Thomas,  Bankr. No. 20-10334-TPA

Debtor(s).

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To: Clerk of Courts

Please enter the appearance of Jodi Hause on behalf of the United States Trustee in the above captioned matter.

Respectfully Submitted,

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9

By:  /s/ Jodi L. Hause
Jodi L. Hause, Trial Attorney
Pennsylvania ID 90625
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, Pennsylvania 15222
(412) 644-4756 Telephone
Jodi.Hause@usdoj.gov