UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>JOSEPH MARTIN THOMAS,<br>      Debtor.<br><br>MICHAEL P. KRUSZEWSKI, ESQUIRE and<br>QUINN, BUSECK, LEEMHUIS, TOOHEY, &<br>KROTO, INC.,<br><br>      Movant,<br><br>      v.<br><br>NO RESPONDENT. | BANKRUPTCY NO. 20-10334 TPA<br><br>THE HONORABLE THOMAS P. AGRESTI<br><br>CHAPTER 11<br><br>DATE & TIME OF HEARING:<br>January 6, 2022 @ 9:30 a.m.<br><br>RESPONSE DEADLINE:<br>December 20, 2021<br><br>RELATED TO DOCUMENT NO. 550 |

## CERTIFICATION OF NO OBJECTION REGARDING AMENDED FOURTH APPLICATION FOR COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES (Document No. 550)

      The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Amended Fourth Application for Compensation of Attorneys' Fees and Reimbursement of Expenses filed December 1, 2021 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than December 20, 2021.

      It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated:  December 21, 2021

                                      Respectfully submitted,

                                      QUINN, BUSECK, LEEMHUIS, TOOHEY &
                                      KROTO, INC.


                        BY:    /s/Michael P. Kruszewski
                                    Michael P. Kruszewski, Esquire
                                    PA Id. No. 91239
                                    The Quinn Law Firm
                                    2222 West Grandview Boulevard
                                    Erie, Pennsylvania 16506-4508
                                    Telephone: 814-833-2222
                                    Facsimile: 814-833-6753
                                    E-Mail: mkruszewski@quinnfirm.com
                                    Counsel for Debtor

#1486492