IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. 20-10049-TPA |
| | ) | |
| TRI-STATE PAIN INSTITUTE, LLC, | ) | Related to Doc. No. 785 |
| Debtor | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. 20-10334-TPA |
| | ) | |
| JOSEPH M. THOMAS, M.D., | ) | Related to Doc. No. 537 |
| Debtor | ) | |

## **STIPULATION AND CONSENT ORDER**

AND NOW, this 22 day of December, 2021, comes Quinn, Buseck, Leemhuis, Toohey, & Kroto, Inc., ("Quinn Law"), Marsh Spaeder Baur Spaeder & Schaaf, LLP ("Marsh Spaeder"), MacDonald Illig Jones &Britton, LLP ("MIJB"), and Knox McLaughlin Gornall & Sennett, P.C. ("Knox Law") (together referred to as the "Estate Professionals"), and Wells Fargo Bank National Association, by and through their undersigned counsel, and file this Stipulation and Consent Order (the "Stipulation"), as follows:

WHEREAS, pursuant to Paragraph 5.2 of the Joint Amended Chapter 11 Plan of Reorganization dated October 7, 2021 (the "Plan") [Doc. No. 769 in Case No. 21-10049], $100,000 is earmarked for distribution to administrative professionals;

WHEREAS, the Debtor agrees to make said distribution now from the funds currently on-hand;

WHEREAS, upon consideration of the allowed and pending fee applications, it appearing that there is $100,000.00 of funds that are available for distribution now to the Estate Professionals in these Cases;

1

WHEREAS, after said $100,00 is paid out, sufficient funds will remain in escrow for the Debtor to fulfill its other cash obligations on the Effective Date, including but not limited to the $400,000 earmarked for payment to Wells Fargo Bank, N.A.;

Therefore, itt is ORDERED that $100,000.00 shall be paid forthwith to the Estate Professionals on account, as follows:

| PAYEE | PERCENT OF AVAILABLE CASH | AMOUNT TO BE PAID |
|---|---|---|
| Michael P. Kruszewski, Esquire<br>Quinn Law Firm | 30% | $29,879.10 |
| Gary V. Skiba, Esquire<br>Marsh Schaaf, LLP | 27% | $27,317.21 |
| Guy C. Fustine, Esquire<br>Knox McLaughlin Gornall & Sennett, P.C. | 31% | $30,810.80 |
| Gary Eiben, Esquire<br>MacDonald Illig Jones & Britton LLP | 12% | $11,992.89 |

Dated: _____    _____
Thomas P. Agresti, Judge
United States Bankruptcy Court

STIPULATED TO BY:

    */s/ Gary V. Skiba*                                */s/ Michael P. Kruszewski*
Gary V. Skiba, Esquire                         Michael P. Kruszewski, Esquire
PA ID No. 18153                              PA ID No. 91239
300 State Street, Suite 300                The Quinn Law Firm
Erie, PA 16507                                2222 West Grandview Boulevard
814-456-5301                                  Erie, PA 16506
gskiba@marshlaw.com                 814-833-2222
Attorney for Tri-State Pain Institute, LLC    mkruszewski@quinnfirm.com
                                                         Attorney for Joseph M. Thomas, M.D.

# 2308204.v1

| | |
|---|---|
| /s/ Guy C. Fustine | /s/ Gary Eiben |
| Guy C. Fustine | Gary Eiben, Esquire |
| PA I.D. No. 37543 | PA ID No. 26375 |
| Knox McLaughlin Gornall & Sennett, P.C. | MacDonald Illig Jones & Britton, LLP |
| 120 West Tenth Street | 100 State Street, Suite 700 |
| Erie, PA 16501-1461 | Erie, PA 16507 |
| 814-459-2800 | 814-870-7664 |
| gfustine@kmgslaw.com | geiben@mijb.com |
| Attorneys for the Official Committee of Unsecured Creditors for Tri-State Pain Institute, LLC | Special Counsel for Joseph M. Thomas, M.D. |

By:    /s/ Salene Mazur Kraemer
Salene Mazur Kraemer, Esquire
PA ID No. 86422
Bernstein Burkley
707 Grant Street, Suite 2200
Pittsburgh, PA  15219
412-456-8100
skraemer@bernsteinlaw.com
Attorneys for Wells Fargo Bank National Association