**UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA (Erie)**

| | |
|---|---|
| In re:<br><br>TRI-STATE PAIN INSTITUTE, LLC,<br><br>        Debtor | Case No. 20-10049<br>Chapter 11<br><br>Related Document No.: 769 |
| In re:<br><br>JOSEPH MARTIN THOMAS<br><br>        Debtor | Case No. 20-10334<br>Chapter 11<br><br>Related Document No.: 521 |

**STIPULATION**

TIAA Commercial Finance, Inc. ("TIAA"), Tri-State Pain Institute, LLC ("Tri-State"), Joseph Martin Thomas ("Thomas") and the Official Committee of Unsecured Creditors for Tri-State Pain Institute, LLC ("Creditors' Committee") (collectively, the "Parties") have entered into this Stipulation (the "Stipulation"), this __22nd__ day of December, 2021.

WHEREAS, on October 7, 2021, Tri-State and the Creditors' Committee filed their Joint Amended Chapter 11 Plan (Dk. 769) with the Court (the "Tri-State Joint Amended Plan");

WHEREAS, on October 7, 2021, Thomas filed his Second Amended Plan (Dk. 521) with the Court (the "Thomas Second Amended Plan");

WHEREAS, the Tri-State Joint Amended Plan and Thomas Second Amended Plan shall hereinafter be jointly referred to as the "Plans";

WHEREAS, TIAA filed its Amended Proof of Claim # 14 on October 1, 2021 in Tri-State Pain Institute, LLC, Bankruptcy Case No. 20-10049 and its Amended Proof of Claim #8 filed on October 1, 2021 in Joseph Martin Thomas, Bankruptcy Case No. 20-10334 ("TIAA Claims");

WHEREAS, the Debtors are seeking confirmation of the respective Plans; and

NOW THEREFORE, the Parties mutually agree as follows:

1.    The TIAA Claims are by agreement deemed to be allowed general unsecured claims and Tri-State, Thomas and the Creditors' Committee agree not to object to the TIAA Claims.

2.    TIAA agrees to cast its votes in favor of the confirmation of the Plans, with the understanding that there is no objection to the TIAA Claims within the applicable time periods provided for objections to Claims in the Plans or at law;

3.    Provided that the Plans are confirmed, within thirty (30) days following the expiration of the applicable time periods provided for objections to the TIAA Claims in the Plan or at law, TIAA will dismiss without prejudice its pending suit entitled TIAA Commercial Finance, Inc. v. Tri-State Pain Institute, LLC, Joseph M. Thomas, M.D. and Greater Erie Surgery Center, LLC, Civil Action No.: 19-cv-00335 in the United States District Court for Western District of Pennsylvania, including all claims against the Greater Erie Surgery Center, LLC.

4.    A telefax, email, photocopy or the like of the original signature shall be held as binding as the original.

*IT IS STIPULATED AND AGREED:*

DATED:  December 22, 2021

/s/ Gary V. Skiba, Esq.
_____
Gary V. Skiba, Esq.        PA ID No. 18153
300 State Street, Suite 300
Erie, PA 16507
(814) 456-5301
gskiba@marshlaw.com
Attorney for Tri-State Pain Institute, LLC


/s/ Guy C. Fustine, Esq.
_____
Guy C. Fustine, Esq.        PA ID No.: 37543
Knox McLaughlin Gornall & Sennett PC
120 West Tenth Street
Erie, PA 15601-1461
(814) 459-2800
gfustine@kmgslaw.com
Attorney for the Official Committee of
Unsecured Creditors for Tri-State Pain
Institute, LLC

# 2303944.v1

_____
Michael P. Kruszewski, Esq. PA ID No.: 91239
The Quinn Law Firm
2222 West Grandview Boulevard
Erie, PA 16506
(814) 833-2222
mkruszewski@quinnfirm.com
Attorney for Joseph M. Thomas

/s/ Michael F.J. Romano, Esq.
_____
Michael F.J. Romano, Esq.    PA ID No.: 52268
Romano, Garubo & Argentieri
52 Newton Avenue
Woodbury, NJ 08096
(856) 384-1515
mromano@rgalegal.com
Attorney for TIAA Commercial Finance, Inc.