IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. 20-10049-TPA |
| | ) | |
| TRI-STATE PAIN INSTITUTE, LLC, | ) | Related to Doc. No. 785 |
| Debtor | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. 20-10334-TPA |
| | ) | |
| JOSEPH M. THOMAS, M.D., | ) | Related to Doc. No. 537 |
| Debtor | ) | |

## STIPULATION AND CONSENT ORDER

AND NOW, this 22 day of December, 2021, comes Quinn, Buseck, Leemhuis, Toohey, & Kroto, Inc., ("Quinn Law"), Marsh Spaeder Baur Spaeder & Schaaf, LLP ("Marsh Spaeder"), MacDonald Illig Jones &Britton, LLP ("MIJB"), and Knox McLaughlin Gornall & Sennett, P.C. ("Knox Law") (together referred to as the "Estate Professionals"), and Wells Fargo Bank National Association, by and through their undersigned counsel, and file this Stipulation and Consent Order (the "Stipulation"), as follows:

WHEREAS, pursuant to Paragraph 5.2 of the Joint Amended Chapter 11 Plan of Reorganization dated October 7, 2021 (the "Plan") [Doc. No. 769 in Case No. 21-10049], $100,000 is earmarked for distribution to administrative professionals;

WHEREAS, the Debtor agrees to make said distribution now from the funds currently on-hand;

WHEREAS, upon consideration of the allowed and pending fee applications, it appearing that there is $100,000.00 of funds that are available for distribution now to the Estate Professionals in these Cases;

# 2308204.v1

1

WHEREAS, after said $100,00 is paid out, sufficient funds will remain in escrow for the Debtor to fulfill its other cash obligations on the Effective Date, including but not limited to the $400,000 earmarked for payment to Wells Fargo Bank, N.A.;

Therefore, itt is ORDERED that $100,000.00 shall be paid forthwith to the Estate Professionals on account, as follows:

| *PAYEE* | *PERCENT OF AVAILABLE CASH* | *AMOUNT TO BE PAID* |
|---|---|---|
| Michael P. Kruszewski, Esquire Quinn Law Firm | 30% | $29,879.10 |
| Gary V. Skiba, Esquire Marsh Schaaf, LLP | 27% | $27,317.21 |
| Guy C. Fustine, Esquire Knox McLaughlin Gornall & Sennett, P.C. | 31% | $30,810.80 |
| Gary Eiben, Esquire MacDonald Illig Jones & Britton LLP | 12% | $11,992.89 |

Dated:  December 23, 2021

_____
Thomas P. Agresti, Judge     jlm
United States Bankruptcy Court

STIPULATED TO BY:

*/s/ Gary V. Skiba*
Gary V. Skiba, Esquire
PA ID No. 18153
300 State Street, Suite 300
Erie, PA 16507
814-456-5301
gskiba@marshlaw.com
Attorney for Tri-State Pain Institute, LLC

*/s/ Michael P. Kruszewski*
Michael P. Kruszewski, Esquire
PA ID No. 91239
The Quinn Law Firm
2222 West Grandview Boulevard
Erie, PA 16506
814-833-2222
mkruszewski@quinnfirm.com
Attorney for Joseph M. Thomas, M.D.

2

# 2308204.v1

*/s/ Guy C. Fustine*
Guy C. Fustine
PA I.D. No. 37543
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1461
814-459-2800
gfustine@kmgslaw.com
Attorneys for the Official Committee of Unsecured Creditors for Tri-State Pain Institute, LLC

*/s/ Gary Eiben*
Gary Eiben, Esquire
PA ID No. 26375
MacDonald Illig Jones & Britton, LLP
100 State Street, Suite 700
Erie, PA 16507
814-870-7664
geiben@mijb.com
Special Counsel for Joseph M. Thomas, M.D.

By:    */s/ Salene Mazur Kraemer*
Salene Mazur Kraemer, Esquire
PA ID No. 86422
Bernstein Burkley
707 Grant Street, Suite 2200
Pittsburgh, PA  15219
412-456-8100
skraemer@bernsteinlaw.com
Attorneys for Wells Fargo Bank National Association

3

# 2308204.v1

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10334-TPA |
| Joseph Martin Thomas | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: aala | Page 1 of 2 |
| Date Rcvd: Dec 23, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| sp | + | Gary Eiben, MacDonald Illig Jones & Britton, LLP, 100 State St., Ste. 700, Erie, PA 16507-1459 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Interested Party Barbara Noonan agornall@gornall-law.com |
| Ashley Mulryan | on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC amulryan@kmgslaw.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Crystal H. Thornton-Illar | on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com |
| Gary V. Skiba | on behalf of Interested Party Tri-State Pain Institute  LLC gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com |

Case 20-10334-TPA    Doc 560    Filed 12/25/21    Entered 12/26/21 00:19:59    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-1 | User: aala | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 23, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Guy C. Fustine
    on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC mwernicki@kmgslaw.com, knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com

Harry W. Greenfield
    on behalf of Creditor WELLS FARGO BANK  N.A. hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Locnikar
    on behalf of Creditor United States of America  Small Business Administration jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi Hause, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Lauren Michaels
    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
    on behalf of Creditor Ally Bank mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Mark G. Claypool
    on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael F.J. Romano
    on behalf of Interested Party TIAA Commercial Finance  Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael F.J. Romano
    on behalf of Creditor TIAA Commercial Finance  Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael P. Kruszewski
    on behalf of Debtor 2374 Village Common Drive LLC mkruszewski@quinnfirm.com mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Michael P. Kruszewski
    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
    on behalf of Creditor Steven E. Ribbing rroteman@stonecipherlaw.com  kannarumo@stonecipherlaw.com

Ronald B. Roteman
    on behalf of Creditor Kay B. Ribbing rroteman@stonecipherlaw.com  kannarumo@stonecipherlaw.com

Salene R.M. Kraemer
    on behalf of Creditor WELLS FARGO BANK  N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com

TOTAL: 23