UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : |
| | : |
| v. | : |
| | : |
| NO RESPONDENT. | : |

**NOTICE OF CHANGE OF ADDRESS**

Please take note that the following addresses have changed:

| **Undeliverable Address** | **Correct Address** |
|---|---|
| Jason M. Telaak, Esquire<br>8274 North Main Street<br>Eden, NY 14057-1104 | Jason M. Telaak, Esquire<br>Campbell & Associates<br>30 Lake Street, Suite 1<br>Hamburg, NY 14075-4951 |

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

Dated: December 28, 2021

BY:    /s/Michael P. Kruszewski
Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mkruszewski@quinnfirm.com
Counsel for Debtor

Document No. 1487312