UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|    Debtor. | : JUDGE THOMAS P. AGRESTI |
| | : |
| | : CHAPTER 11 |
| | : |
| | : CONFIRMATION HEARING: |
| | : January 6, 2022 @ 10:00 a.m. |
| | : |
| | : RELATED TO DOCUMENT NOS. 520, 521, 522, |
| | : and 540 |
| | : |

## SUMMARY OF BALLOTS

                    Michael P. Kruszewski, Esquire
                    The Quinn Law Firm
                    2222 West Grandview Blvd.
                    Erie, PA 16506
                    814-833-2222
                    Counsel for the Debtor, Joseph Martin
                    Thomas

### JOSEPH MARTIN THOMAS
### Case No. 20-10334 TPA

### BALLOT SUMMARY

### CLASS 1: SECURED REAL ESTATE CLAIMS –UNIMPAIRED

Paid in full – not entitled to vote

### CLASS 2: SECURED TAX CLAIMS – UNIMPAIRED

Paid in full – not entitled to vote[1]

### CLASS 3: SECURED COLLATERAL CLAIMS – UNIMPAIRED

Paid in full – not entitled to vote

### CLASS 4: UNSECURED PRIORITY TAX CLAIMS – IMPAIRED

|  | Creditor | Number of Votes | Amount |
|---|---|---|---|
| ACCEPT | Pa. Dept. of Revenue | 1 | $40,506.73 |
| REJECT | N/A | 0 | $0.00 |
| TOTAL ACCEPT |  | 1 | $40,506.73 |
| TOTAL REJECT |  | 0 | $0.00 |

Acceptance of Plan Percentage – Number of Votes – 100%
Acceptance of Plan Percentage – Amount of Votes – 100%

---

[1] The Debtor did receive one (1) Class 2 ballot from the Pa. Dept. of Revenue, which voted in favor of the Plan.

#1462059

### CLASS 5a: GENERAL UNSECURED AND UNSECURED TAX CLAIMS
### EQUAL TO OR LESS THAN $20,000.00 – IMPAIRED

| | Creditor | Number of Votes | Amount |
|---|---|---|---|
| ACCEPT | Internal Revenue Service | 1 | $5,377.00 |
| ACCEPT | MacDonald, Illig, Jones, & Britton (Class 5a Election) | 1 | $127,719.73 |
| ACCEPT | Pa. Dept. of Revenue | 1 | $2,626.61 |
| ACCEPT | Widget Federal Credit Union | 1 | $11,353.23 |
| REJECT | N/A | 0 | $0.00 |
| TOTAL ACCEPT | | 4 | $147,076.57 |
| TOTAL REJECT | | 0 | $0.00 |

Acceptance of Plan Percentage – Number of Votes – 100%
Acceptance of Plan Percentage – Amount of Votes – 100%

### CLASS 5b: GENERAL UNSECURED CLAIMS GREATER THAN $20,000.00 – IMPAIRED

| | Creditor | Number of Votes | Amount |
|---|---|---|---|
| ACCEPT | Wells Fargo Bank, N.A. | 1 | $1,025,972.18 |
| ACCEPT | Wells Fargo Bank, N.A. | 1 | $73,137.11 |
| REJECT | TIAA Commercial Finance, Inc. | 1 | $1,230,928.00 |
| TOTAL ACCEPT | | 3 | $2,330,037.29 |
| TOTAL REJECT | | 0 | $0.00 |

Acceptance of Plan Percentage – Number of Votes – 100%
Acceptance of Plan Percentage – Amount of Votes – 100%

#1462059

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : JUDGE THOMAS P. AGRESTI |
| | : |
| | : CHAPTER 11 |
| | : |
| | : CONFIRMATION HEARING: |
| | : January 6, 2022 @ 10:00 a.m. |
| | : |
| | : RELATED TO DOCUMENT NOS. 520, 521, 522, |
| | : and 540 |
| | : |

**CERTIFICATION OF COUNSEL**

    I, Michael P. Kruszewski, Esquire, counsel to the above-captioned Debtor, hereby certify that all ballots received have been accounted for and tabulated and that the Summary of Ballots is an accurate representation of the ballots received.

    Respectfully submitted,

    THE QUINN LAW FIRM

    BY:    /s/Michael P. Kruszewski
    Michael P. Kruszewski, Esquire
    PA ID #91239
    2222 West Grandview Boulevard
    Erie, Pennsylvania 16506-4508
    mkruszewski@quinnfirm.com
    Telephone: (814) 833-2222
    Facsimile: (814) 833-6753
    Attorneys for Debtor, Joseph Martin Thomas