Case 20-10334-TPA    Doc 571    Filed 01/06/22    Entered 01/06/22 16:03:08    Desc Main
Document      Page 1 of 1

FILED
1/6/22 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 20-10334-TPA |
| | : | |
| Joseph Martin Thomas | : | Chapter: 11 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date: 1/6/2022 |
| | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER**    #521 Confirmation Hearing on Second Amended Plan dated 10/7/2021

**APPEARANCES:**

|   |   |
|---|---|
| Debtor: | Michael P. Kruszewski |
| TIAA: | Michael Romano |
| Tri-State Cred. Cmte.: | Guy Fustine, Ashley Mulryan |
| Tri-State Pain Institute: | Gary Skiba |
| IRS: | Jill Locnikar |
| Wells Fargo: | Salene Mazur Kraemer |

**NOTES:**

See Previous Proceeding Memo, dated January 6, 2022, Approving the Plan (Doc. No. 521) and approving the Stipulation (Doc. No. 559).

**OUTCOME:**    #559 Stipulation: OE
#521 Plan Confirmation: MOE

jlm