IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/6/22 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                   :         Case No.:    20-10334-TPA
                                         :
Joseph Martin Thomas                     :         Chapter:     11
                                         :
         *Debtor(s).*                    :
                                         :         Date:        1/6/2022
                                         :         Time:        10:00

## PROCEEDING MEMO

**MATTER**        #559 Stipulation By TIAA Commercial Finance, Inc.

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Michael P. Kruszewski |
| TIAA: | Michael Romano |
| Tri-State Cred. Comm.: | Guy Fustine, Ashley Mulryan |
| Tri-State Pain Institute: | Gary Skiba |
| IRS: | Jill Locnikar |
| Wells Fargo: | Salene Mazur Kraemer |

**NOTES:**

Kruszewski:   Provided background on the Plan and highlighted its collaborative nature. This plan starts payment to unsecured creditors at the effective date. Provided background on professional fees and how those fees are funded and distributed.

Eiben:   I recommend filing only one more weekly report.

Skiba:   With confirmation, I don't think we need the report anymore.

J:   Hold on all professional fees. One more report, then we will end that. I will schedule a status conference on those fees.

**OUTCOME:**   #559 Stipulation: OE
              #521 Plan Confirmation: MOE

jlm