FILED
1/4/22 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| MacDONALD, ILLIG, JONES, & BRITTON, LLP, | : CHAPTER 11 |
| | : |
|     Movant, | : RELATED TO DOCUMENT NO. 532 |
| | : |
|     v. | : |
| | : |
| NO RESPONDENT. | : |

## ORDER APPROVING THIRD APPLICATION OF THE LAW FIRM OF MacDONALD, ILLIG, JONES, & BRITTON LLP FOR INTERIM COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTOR

AND NOW, this **4th** day of **January, 2022,** upon consideration of the *Second Application of Special Counsel for the Debtor for Interim Compensation of Attorneys' Fees and Reimbursement of Expenses*, it is hereby **ORDERED, ADJUDGED and DECREED** that the Application for Compensation of Interim Attorneys' Fees in the amount of $77,629.00, less a 35% discount of $27,170.15, for actual compensation awarded of $50,458.85 and Reimbursement of Expenses in the amount of $226.95 for a total of $50,685.80 is **APPROVED, generally,** subject to further review by the Court at a hearing to be set regarding all final fees.

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

jlm

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-10334-TPA

Joseph Martin Thomas     Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 2

Date Rcvd: Jan 04, 2022     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Martin Thomas, c/of Tri-State Pain Institute, 5442 Peach Street, Erie, PA 16509-2602 |
| sp | + | MacDonald, Illig, Jones, & Britton LLP, 100 State Street, Suite 700, Erie, PA 16507-1459 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:**

**Name**     **Email Address**

Andrew F Gornall
    on behalf of Interested Party Barbara Noonan agornall@gornall-law.com

Ashley Mulryan
    on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC amulryan@kmgslaw.com

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Crystal H. Thornton-Illar
    on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com
    bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com

Gary V. Skiba
    on behalf of Interested Party Tri-State Pain Institute  LLC gskiba@marshlaw.com,
    DGeniesse@marshlaw.com;rose227@hotmail.com

Case 20-10334-TPA    Doc 574    Filed 01/06/22    Entered 01/07/22 00:27:02    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-1 | User: culy | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 04, 2022 | Form ID: pdf900 | Total Noticed: 2 |

| | |
|---|---|
| Guy C. Fustine | on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute LLC mwernicki@kmgslaw.com, knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com |
| Harry W. Greenfield | on behalf of Creditor WELLS FARGO BANK N.A. hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jill Locnikar | on behalf of Creditor United States of America Small Business Administration jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jodi Hause, on Behalf of the United States Trustee by | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Lauren Michaels | on behalf of Creditor Office of Attorney General Department of Revenue lmichaels@attorneygeneral.gov |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Maribeth Thomas | on behalf of Creditor Ally Bank mthomas@tuckerlaw.com maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Mark G. Claypool | on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Michael F.J. Romano | on behalf of Interested Party TIAA Commercial Finance Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com |
| Michael F.J. Romano | on behalf of Creditor TIAA Commercial Finance Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com |
| Michael P. Kruszewski | on behalf of Debtor 2374 Village Common Drive LLC mkruszewski@quinnfirm.com mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com |
| Michael P. Kruszewski | on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com |
| Norma Hildenbrand, on Behalf of the United States Trustee by | on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronald B. Roteman | on behalf of Creditor Steven E. Ribbing rroteman@stonecipherlaw.com kannarumo@stonecipherlaw.com |
| Ronald B. Roteman | on behalf of Creditor Kay B. Ribbing rroteman@stonecipherlaw.com kannarumo@stonecipherlaw.com |
| Salene R.M. Kraemer | on behalf of Creditor WELLS FARGO BANK N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com |

TOTAL: 23