FILED
1/5/22 4:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOSEPH MARTIN THOMAS,        :        Case No. 20-10334-TPA
    *Debtor*        :
            :        Chapter 11
MATTHEW J. MINNAUGH and        :
SCHAFFNER, KNIGHT,        :        Related to Doc. No. 513
MINNAUFGH & CO., P.C.,        :
    *Movant*        :
            :
    v.        :
            :
NO RESPONDENT        :

### ORDER

AND NOW, this *5th* day of *January, 2022*, upon consideration of the ***Application for Interim Compensation for Accountant*** ("Application") filed at Doc. No. 513, it is **ORDERED, ADJUDGED** and **DECREED** that,

    (1)  The *Application* is **GRANTED** and a fee in the amount of $14,317.50 for the accountant  is **APPROVED**.

    (2)   Payment of the fee to the accountant shall be made ***immediately*** from  funds currently on hand  and any remaining balance shall be paid promptly as additional funds become available.

Thomas P. Agresti, Judge        **jlm**
United States Bankruptcy Court

Case administrator to serve:
    All counsel of record
    Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                          Case No. 20-10334-TPA

Joseph Martin Thomas                                                                                Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: culy | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: pdf900 | Total Noticed: 10 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Martin Thomas, c/of Tri-State Pain Institute, 5442 Peach Street, Erie, PA 16509-2602 |
| sp | + | Douglas E. Graff, Graff & McGovern LPA, 604 E. Rich Street, Columbus, OH 43215-5341 |
| sp | + | Gary Eiben, MacDonald Illig Jones & Britton, LLP, 100 State St., Ste. 700, Erie, PA 16507-1459 |
| sp | + | Jesse B. Baldwin, Addelman Cross & Baldwin, P.C., 5680 Main Street, Buffalo, NY 14221-5518 |
| sp | + | MacDonald, Illig, Jones, & Britton LLP, 100 State Street, Suite 700, Erie, PA 16507-1459 |
| acc | + | Matthew J. Minnaugh, Schaffner Knight Minnaugh & Company P.C., 1545 W. 38th Street, Erie, PA 16508-2347 |
| cr | + | Office of Attorney General, Department of Revenue, Lauren A. Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | Official Committee of Unsecured Creditors for Tri-, Knox McLaughlin Gornall & Sennett, P.C., 120 West Tenth Street, Erie, PA 16501-1410 |
| acc | + | Schaffner, Knight, Minnaugh & Co., P.C., 1545 W. 38th Street, Erie, PA 16508-2347 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2022            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | |
| | on behalf of Interested Party Barbara Noonan agornall@gornall-law.com |

District/off: 0315-1
Date Rcvd: Jan 05, 2022

User: culy
Form ID: pdf900

Page 2 of 2
Total Noticed: 10

Ashley Mulryan
          on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC amulryan@kmgslaw.com

Brian Nicholas
          on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Crystal H. Thornton-Illar
          on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com
          bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com

Gary V. Skiba
          on behalf of Interested Party Tri-State Pain Institute  LLC gskiba@marshlaw.com,
          DGeniesse@marshlaw.com;rose227@hotmail.com

Guy C. Fustine
          on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC mwernicki@kmgslaw.com,
          knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com

Harry W. Greenfield
          on behalf of Creditor WELLS FARGO BANK  N.A. hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com

Jill Locnikar
          on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Locnikar
          on behalf of Creditor United States of America  Small Business Administration jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi Hause, on Behalf of the United States Trustee by
          on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
          David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Lauren Michaels
          on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich
          on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
          on behalf of Creditor Ally Bank mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Mark G. Claypool
          on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com
          knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael F.J. Romano
          on behalf of Creditor TIAA Commercial Finance  Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael F.J. Romano
          on behalf of Interested Party TIAA Commercial Finance  Inc. mromano@rgalegal.com,
          tyowell@rgalegal.com;jromano@rgalegal.com

Michael P. Kruszewski
          on behalf of Debtor 2374 Village Common Drive LLC mkruszewski@quinnfirm.com
          mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Michael P. Kruszewski
          on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com
          mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Norma Hildenbrand, on Behalf of the United States Trustee by
          on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
          ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
          on behalf of Creditor Steven E. Ribbing rroteman@stonecipherlaw.com  kannarumo@stonecipherlaw.com

Ronald B. Roteman
          on behalf of Creditor Kay B. Ribbing rroteman@stonecipherlaw.com  kannarumo@stonecipherlaw.com

Salene R.M. Kraemer
          on behalf of Creditor WELLS FARGO BANK  N.A. skraemer@bernsteinlaw.com, salene@ecf.courtdrive.com


TOTAL: 23