UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|    Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|    Movant, | : RELATED TO DOCUMENT NO. 576 AND 577 |
| | : |
| v. | : |
| | : |
| NO RESPONDENT. | : |
| | : |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on the 10th day of January, 2022, a copy of the Order Confirming Plan and Post Confirmation Order and Notice of Deadlines upon each of the following persons and parties in interest at the address shown on the attached list.

      Respectfully submitted,

      THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
      Michael P. Kruszewski, Esquire
      PA Id. No. 91239
      2222 West Grandview Boulevard
      Erie, Pennsylvania 16506-4508
      Telephone: 814-833-2222
      Facsimile: 814-833-6753
      E-Mail Address: mkruszewski@quinnfirm.com
      Counsel for Debtor

#1489005

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 20-10334-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Mon Jan 10 08:34:28 EST 2022 | MacDonald, Illig, Jones & Britton, LLP<br>100 State Street<br>Suite 700<br>Erie, PA 16507-1459 | 2374 Village Common Drive LLC<br>5442 Peach Street<br>Erie, PA 16509-2602 |
| Ally Bank<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | Ally Bank<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 | Ally Bank serviced by Ally Servicing LLC<br>P.O. Box 130424<br>Roseville, MN 55113-0004 |
| Ally Bank, c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Anglea Dunkle<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | Anglea Dunkle<br>5301 Windcrest Drive<br>Erie, PA 16510-3357 |
| Anthony K. Arroyo, Esquire<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 | Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Watefront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 | Jesse B. Baldwin<br>Addelman Cross & Baldwin, P.C.<br>5680 Main Street<br>Buffalo, NY 14221-5518 |
| Bank of America, N.A.<br>P.O. Box 15222<br>Wilmington, DE 19886-5222 | Barclay Card<br>Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 | Benjamin A. Post, Esquire<br>Post & Post LLC<br>920 Cassatt Road<br>200 Berwyn Park, Suite 102<br>Berwyn, PA 19312-1178 |
| Berkheimer<br>P.O. Box 25153<br>Lehigh Valley, PA 18002-5153 | Best Wildlife Services<br>P.O. Box 36<br>Erie, PA 16512-0036 | Brian S. Clark<br>Beth Clark<br>10479 Route 19<br>Waterford, PA 16441-9117 |
| Candor Surgical Management, Inc.<br>1180 Adams Lane<br>Southlake, TX 76092-8501 | Charles R. Burger<br>Margaret J. Burger<br>9890 Wattsburg Road<br>Erie, PA 16509-6118 | City of Erie Tax Collector<br>626 State Street<br>Room 105<br>Erie, PA 16501-1146 |
| Mark G. Claypool<br>120 West Tenth Street<br>Erie, PA 16501-1410 | Core Erie MOB LP<br>1515 Lake Shore Drive<br>Suite 225<br>Columbus, OH 43204-3896 | Core Erie MOB LP<br>c/o CT Corporation System<br>600 North 2nd St., Ste. 401<br>Harrisburg, PA 17101-1071 |
| Core Erie MOB LP<br>c/o Christopher Montgomery, Esq.<br>Frost Brown Todd LLC<br>One Columbus Ctr,10 W Broad St, Ste 2300<br>Columbus, OH 43215-3484 | Dahlkemper Landscape & Maintenance<br>1650 Norcross Road<br>Erie, PA 16510-3899 | Dahlkemper Landscape & Maintenance<br>2558 Hillborn Avenue<br>Erie, PA 16509-5810 |
| Darin Williamson<br>22370 Britton Road<br>Spartansburg, PA 16434-3014 | David L. Hunter, Jr., Esquire<br>821 State Street<br>Erie, PA 16501-1316 | Edward M. Zimm, or Assigns<br>300 State Street,<br>Suite 200<br>Erie, PA 16507-1429 |

| | | |
|---|---|---|
| Gary Eiben<br>MacDonald Illig Jones & Britton, LLP<br>100 State St., Ste. 700<br>Erie, PA 16507-1459 | Ernest Guichard<br>9 Church Street<br>Charlotte Villa 2, Apt. 503<br>Sinclairville, NY 14782-9635 | Fifth Third Bank<br>5050 Kingsley Drive<br>Cincinnati, OH 45263-9998 |
| Francis J. Klemensic, Esquire<br>Dickie McCamey & Chilcote PC<br>100 State Street, Suite 508<br>Erie, PA 16507-1457 | Francis M. Letro, Esquire<br>The Dun Building<br>10th Floor<br>110 Pearl Street<br>Buffalo, NY 14202-4111 | Frederick J. Marchinetti, II<br>11538 Route 19<br>Waterford, PA 16441-7776 |
| Guy C. Fustine<br>Knox McLaughlin Gornall & Sennett, P.C.<br>120 West Tenth Street<br>Erie, PA 16501-1410 | George W. Connor MD<br>207 South Main Street, Suite 140<br>Jamestown, NY 14701 | Glenn Morisue<br>6201 1/2 Lake Road West<br>Ashtabula, OH 44004-9757 |
| Andrew F Gornall<br>2535 West 26th Street<br>Suite B<br>Erie, PA 16506-3261 | Douglas E. Graff<br>Graff & McGovern LPA<br>604 E. Rich Street<br>Columbus, OH 43215-5341 | Graff & McGovern LPA<br>604 E. Rich Street<br>Columbus, OH 43215-5363 |
| Greater Erie Surgery Center LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | Greater Erie Surgery Center LLC<br>c/o Tri-State Pain Institute LLC<br>5442 Peach Street<br>Erie, PA 16509-2602 | Harold Hewitt, Esquire<br>5935 Shady Hollow Drive<br>Erie, PA 16506-7023 |
| Heather Adams Szymczak<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | Heather Adams Szymczak<br>3629 West 14th Street<br>Erie, PA 16505-3506 | Howard Hanna Real Estate Services<br>ATTENTION: Kathe W. Rafferty<br>4248 West 12th Street<br>Erie, PA 16505-3001 |
| Mark Hutchison<br>Coldwell Banker Select , Realtors<br>413 West Plum Street<br>Edinboro, PA 16412-2175 | Internal Revenue Service<br>Special Procedures Division<br>P.O. Box 628<br>Bankruptcy Section<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>ATTN: Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| James D. McDonald, Jr., Esquire<br>100 State Street<br>Suite 700<br>Erie, PA 16507-1459 | Jason M. Telaak, Esquire<br>8274 North Main Street<br>Eden, NY 14057-1104 | Jason M. Telaak, Esquire<br>Campbell & Associates<br>30 Lake Street, Suite 1<br>Hamburg, NY 14075-4951 |
| Jason Matzus, Esquire<br>Matzus Law LLC<br>310 Grant Street<br>Suite 3210<br>Pittsburgh, PA 15219-2301 | John Doe & Jane Doe<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | Jung-Woo Ma, MD<br>180 Woodbury St., Apt. 224<br>Manchester, NH 03102-4897 |
| Jung-Woo Ma, MD<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | KADA Gallery<br>2632 West Eighth Street<br>Erie, PA 16505-4021 | Kelly S. Buck<br>Scott A. Buck<br>3101 Broadlawn Drive<br>Erie, PA 16506-1801 |

| | | |
|---|---|---|
| Salene R.M. Kraemer<br>BERNSTEIN-BURKLEY, P.C.<br>601 Grant Street<br>9th Floor<br>Pittsburgh, PA 15219-4430 | Michael P. Kruszewski<br>Quinn Law Firm<br>2222 West Grandview Boulevard<br>Erie, PA 16506-4508 | Laurie C. TeWinkle, Esquire<br>Law Offices of L.C. TeWinkle<br>821 State Street<br>Erie, PA 16501-1316 |
| Lester Spencer<br>Chris Spencer<br>337 East 21st Street<br>Erie, PA 16503-1946 | Jill Locnikar<br>U.S. Attorney's Office<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1955 | MacDonald Illig<br>100 State Street<br>Suite 700<br>Erie, PA 16507-1459 |
| MacDonald, Illig, Jones & Britton LLP<br>c/o Nicholas R. Pagliari, Esq.<br>100 State Street, Suite 700<br>Erie, PA 16507-1459 | Marjorie A. Weidner<br>20323 State Highway 89<br>Spartansburg, PA 16434-1703 | Marsh Realty, Inc.<br>ATTENTION: Gary V. Marsh<br>42172 Mageetown Road<br>Centerville, PA 16404-7146 |
| Matthew W. Loughren<br>Loughren, Loughren & Loughren, P.C.<br>8050 Rowan Road<br>Suite 601 Rowan Towers<br>Cranberry Township, PA 16066-3624 | McKesson Medical-Surgical, Inc.<br>Stephanie Hampton<br>6651 Gate Parkway<br>Jacksonville, FL 32256-8075 | Lauren Michaels<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 |
| Micheal F.J. Romano, Esquire<br>Ramano, Garubo, & Argentieri<br>P.O. Box 456<br>52 Newton Avenue<br>Woodbury, NJ 08096-4610 | Maria Miksich<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Matthew J. Minnaugh<br>Schaffner Knight Minnaugh & Company P.C.<br>1545 W. 38th Street<br>Erie, PA 16508-2347 |
| Mr. and Mrs. Steven E. Ribbing<br>c/of Matthew W. Loughren, Esquire<br>310 Grant Street, Suite 2800<br>Grant Bldg.<br>Pittsburgh, PA 15219-2255 | Mr. and Mrs. Steven E. Ribbing<br>c/of Matthew W. Loughren, Esquire<br>8050 Rowan Road<br>Suite 601 Rowan Towers<br>Cranberry Township, PA 16066-3624 | Ashley Mulryan<br>120 W 10th St<br>Erie, PA 16501-1410 |
| New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Northwest Bank<br>100 Liberty Street<br>Drawer 128<br>Warren, PA 16365-0128 |
| Office of Attorney General, Department of Re<br>Lauren A. Michaels<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Official Committee of Unsecured Creditors fo<br>Knox McLaughlin Gornall & Sennett, P.C.<br>120 West Tenth Street<br>Erie, PA 16501-1410 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Pa. Dept. of Revenue<br>Dept. 280946<br>Harrisburg, PA 17128-0946 | Pat Baldino Fine Art<br>64 Vernon Drive<br>Scarsdale, NY 10583-6124 |
| Paul J. Susko, Esquire<br>502 Parade Street<br>Erie, PA 16507-1687 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |

Peter A. Pentz, Esquire
246 West Tenth Street
Erie, PA 16501-1412

Philip C. Chapman III, Esquire
Pribanic & Pribanic
513 Court Place
Pittsburgh, PA 15219-2002

Kathe W. Rafferty
Howard Hanna Real Estate Services
4248 West 12th Street
Erie, PA 16505-3001


Rick Rumball
52 Orchard Street
Erie, PA 16508-2729

Rick Taraszki
6103 West Lake Road
Erie, PA 16505-2615

Rita Jennings
George Jennings
5524 West 52nd Street
Fairview, PA 16415-2331


Michael F.J. Romano
52 Newton Ave
PO Box 456
Woodbury, NJ 08096-7456

Ronald M. Puntil, Jr., Esquire
Cipriani & Werner
650 Washington Road
Suite 700
Pittsburgh, PA 15228-2712

Ronald B. Roteman
The Stonechipher Law Firm
125 First Avenue
Pittsburgh, PA 15222-1506


SBA
721 19th Street
Denver, CO 80202-2500

Salene Mazur Kraemer, Esquire
Trisha Hudkins, Esquire
Bernstein-Burkley P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

Schaffner, Knight, Minnaugh & Co., P.C.
1545 W. 38th Street
Erie, PA 16508-2347


Sharon L. Kulig
Steven B. Kulig
274 Creek Road
Jamestown, NY 14701-9526

Gary V. Skiba
300 State Street, Suite 300
Erie, PA 16507-1430

Small Business Administration
an agency of the U.S. Government
660 American Avenue, Suite 301
King of Prussia, PA 19406-4032


Steven J. Wildberger, Esquire
Matzus Law LLC
310 Grant Street
Suite 3210
Pittsburgh, PA 15219-2301

Steven Kinross
Kathy Kinross
507 Sanford Place
Erie, PA 16511-1061

TIAA Commercial Finance, Inc.
390 S. Woods Mill Road, Suite 300
Chesterfield, MO 63017-3489


Tax Collector
Township of Greene
8628 Wattsburg Road
Erie, PA 16509-5850

Tax Collector
Township of Millcreek
3608 West 26th Street
Erie, PA 16506-2098

The Kada Gallery
2632 West 8th Street
Erie, PA 16505-4021


Joseph Martin Thomas
c/of Tri-State Pain Institute
5442 Peach Street
Erie, PA 16509-2602

Maribeth Thomas
Tucker Arensberg PC
1500 One PPG Place
Pittsburgh, PA 15222-5413

Thomas Charlton
Samantha Charlton
4741 S. Washington Street
North East, PA 16428-5011


Crystal H. Thornton-Illar
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219-1728

Tri-State Pain Institute LLC
2374 Village Common Drive
Erie, PA 16506-7201

Tri-State Pain Institute LLC
5442 Peach Street
Erie, PA 16509-2602


UMPC Chautauqua at WCA
207 Foote Avenue
Jamestown, NY 14701-7077

UPMC Chautauqua at WCA
207 Foote Avenue
Jamestown, NY 14701-7077

United States Attorney's Office
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219-1956

| | | |
|---|---|---|
| United States of America<br>Small Business Administration<br>Anthony Arroyo<br>660 American Avenue, Suite 301<br>King Of Prussia, PA 19406-4032 | United States of America Department of the T<br>c/oOffice of U.S. Atty for W.D. of PA<br>U.S. Post Office & Courthouse<br>700 Grant Street, suite 4000<br>Pittsburgh, PA 15219-1956 | United States of America, Small Business Adm<br>c/o U.S. Attorney's Office<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1956 |
| Vanessa G. Ramlal MD<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 | WELLS FARGO BANK, N.A.<br>Salene Mazur Kraemer<br>BERNSTEIN BURKLEY<br>707 Grant St.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1908 | Wells Fargo Bank, N.A.<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX 78251-4200 |
| Wells Fargo Bank, N.A.<br>c/o Steven Treadway<br>1620 E Roseville Pkwy, 1st Floor, Suite<br>MAC A1792-018<br>Roseville, CA 95661-3995 | Wells Fargo Bank, National Association<br>1620 Roseville Pkwy., Suite 100<br>Roseville, CA 95661-3303 | Wells Fargo Bank, National Association<br>301 S. Tryon Street<br>27th Floor<br>Charlotte, NC 28282-1915 |
| Widget Federal Credit Union<br>2154 East Lake Road<br>Erie, PA 16511-1140 | Zubin Menon MD<br>565 Abbott Road<br>Buffalo, NY 14220-2039 | Jodi Hause, on Behalf of the United States T<br>Office of the United States Trustee<br>Suite 960, Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | (d)PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | (d)Candor Surgical Management, Inc.<br>1180 Adams Lane<br>Southlake, TX 76092-8501 | (u)Barbara Noonan |
| (u)PNC BANK NATIONAL ASSOCIATION | (d)Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | (u)Kay B. Ribbing |
| (u)Steven E. Ribbing | (d)Sharon L. Kulig<br>Steven B. Kulig<br>274 Creek Road<br>Jamestown, NY 14701-9526 | (d)TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road<br>Suite 300<br>Chesterfield, MO 63017-3489 |

| (d)TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road, Suite 300<br>Chesterfield, MO 63017-3489 | (d)The Kada Gallery<br>2632 West 8th Street<br>Erie, PA 16505-4021 | (d)Tri-State Pain Institute, LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 |
|---|---|---|

**End of Label Matrix**
**Mailable recipients**   131
**Bypassed recipients**    12
**Total**                 143