UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CASE NO. 20-10334 (TPA) |
| | : |
| | : CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : RELATED TO DOC NOS. 521 & 576 |
| | : |
| JOSEPH MARTIN THOMAS, | : JUDGE AGRESTI |
|     Movant, | : |
| | : |
| vs. | : |
| | : |
| NO RESPONDENT. | : |
| | : |

_____

## NOTICE OF EFFECTIVE DATE

The Debtor, Joseph Martin Thomas (the "Debtor"), by and through his undersigned counsel, hereby files this *Notice of Effective Date* (the "Notice").

1. On October 7, 2021, the Debtor filed a *2nd Amended Plan of Reorganization dated October 7, 2021* (the "Plan"). [Doc. No. 521]

2. Pursuant to Section I of the Plan, the Effective Date of the Plan is defined as follows:

> "Effective Date: The date on which the Order Confirming the Plan becomes final and non-appealable."

3. On January 7, 2022, the Court entered an *Order Confirming Plan* (the "Confirmation Order"). [Doc. No. 576]

4. There have been no appeals of the Confirmation Order, and there have been no modifications to the Plan.

5.  Pursuant to Fed. R. Bankr. P. 8002, the Confirmation Order became final on January 22, 2022.

6.  The conditions precedent to the Plan becoming effective have been satisfied, and the Effective Date of the Plan is January 22, 2022.

Dated:  January 24, 2022

    Respectfully submitted,

    QUINN LAW FIRM

    By:  /s/ Michael P. Kruszewski
        Michael P. Kruszewski, Esq.
        E-Mail: mkruszewski@quinnfirm.com
        Pa. Id. No. 91239
        2222 West Grandview Boulevard
        Erie, PA  16506-4508
        (814) 833-2222
        Counsel to the Debtor, Joseph Martin Thomas

#1491910

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-10334 (TPA) |
| | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
|    Debtor. | : | RELATED TO DOC NOS. 521 & 576 |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE AGRESTI |
|     Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |

_____

## CERTIFICATE OF SERVICE

     I, the undersigned, certify that I served, or caused to be served, on the 25th day of January, 2022, a copy of the Notice of Effective Date upon each of the following persons and parties in interest at the address shown on the attached list.

                    Respectfully submitted,

                    THE QUINN LAW FIRM

      BY:   /s/Michael P. Kruszewski
                    Michael P. Kruszewski, Esquire
                    PA Id. No. 91239
                    2222 West Grandview Boulevard
                    Erie, Pennsylvania 16506-4508
                    Telephone: 814-833-2222
                    Facsimile: 814-833-6753
                    E-Mail Address:
                    mkruszewski@quinnfirm.com
                    Counsel for Debtor

#1491910

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Jodi Hause, Esquire (Office of the U.S. Trustee); jodi.hause@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |
| Ronald B. Roteman, Esquire (Kay B. and Steven E. Ribbing) roteman@stonecipherlaw.com |
| Andrew F. Gornall, Esquire (Barbara Noonan) andygornall@latouflawfirm.com |
| Jill Locnikar, Esquire (U.S. Small Business Administration and Internal Revenue Service) jill.locnikar@usdoj.gov |
| Maria Miksich, Esquire (PNC Bank National Association) mmiksich@kmllawgroup.com |
| Harry W. Greenfield, Esquire (Wells Fargo Bank, N.A.) hgreenfield@bernsteinlaw.com |
| Ashley Mulryan, Esquire ((Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC) amulryan@kmgslaw.com |

#1491910