**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/7/22 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| Joseph Martin Thomas | : | Chapter: | 11 |
| *Debtor(s).* | : | | |
| | : | Date: | 2/7/2022 |
| | : | Time: | 11:00 |

### PROCEEDING MEMO

**MATTER**   #576 Status Conf. to review progress on funding professional fees and liquidation of art collection

**APPEARANCES:**

  Debtor:   Michael P. Kruszewski
  Tri-State Cred. Cmte.:   Guy Fustine, Ashley Mulryan
  Tri-State Pain Institute:   Gary Skiba
  IRS:   Jill Locnikar (no appearance)
  Wells Fargo:   Salene Mazur Kraemer

**NOTES:**

See Proceeding Memo on this same date of February 7, 2022 at 11:00 A.M. in case No. 20-10049.

**OUTCOME:**   Chambers to Issue Modified Order. The hearing scheduled for March 10, 2022 at 9:30 AM is CANCELED.

jlm