UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| MATTHEW J. MINNAUGH and SCHAFFNER, | : CHAPTER 11 |
| KNIGHT, MINNAUGH, & CO., P.C., | : |
| | : DATE & TIME OF HEARING: |
|     Movants, | : |
| | : February 17, 2022 @ 9:30 a.m. |
|     v. | : |
| | : RESPONSE DEADLINE: |
| NO RESPONDENT. | : |
| | : February 6, 2022 |
| | : |
| | : RELATED TO DOCUMENT NO. 584 |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION FOR INTERIM COMPENSATION FOR ACCOUNTANT
(Document No. 584)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application for Interim Compensation for Accountant filed January 20, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than February 6, 2022.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: February 8, 2022

                      Respectfully submitted,

                      QUINN, BUSECK, LEEMHUIS, TOOHEY &
                      KROTO, INC.


                      BY:   /s/Michael P. Kruszewski
                            Michael P. Kruszewski, Esquire
                            PA Id. No. 91239
                            The Quinn Law Firm
                            2222 West Grandview Boulevard
                            Erie, Pennsylvania 16506-4508
                            Telephone: 814-833-2222
                            Facsimile: 814-833-6753
                            E-Mail: mkruszewski@quinnfirm.com
                            Counsel for Debtor

#1495236