UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
| Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
| Movant, | : RELATED TO DOCUMENT NO. 595 |
| | : |
| v. | : |
| | : |
| NO RESPONDENT. | : |
| | : |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on the 8TH day of February, 2022, a copy of the Order Approving Retention of Co-Auctioneers upon each of the following persons and parties in interest at the address shown on the attached list.

           Respectfully submitted,

           THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
           Michael P. Kruszewski, Esquire
           PA Id. No. 91239
           2222 West Grandview Boulevard
           Erie, Pennsylvania 16506-4508
           Telephone: 814-833-2222
           Facsimile: 814-833-6753
           E-Mail Address:
           mkruszewski@quinnfirm.com
           Counsel for Debtor

#1495259

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Jodi Hause, Esquire (Office of the U.S. Trustee); jodi.hause@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| vBrian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |
| Ronald B. Roteman, Esquire (Kay B. and Steven E. Ribbing) roteman@stonecipherlaw.com |
| Andrew F. Gornall, Esquire (Barbara Noonan) andygornall@latouflawfirm.com |
| Jill Locnikar, Esquire (U.S. Small Business Administration and Internal Revenue Service) jill.locnikar@usdoj.gov |
| Maria Miksich, Esquire (PNC Bank National Association) mmiksich@kmllawgroup.com |
| Harry W. Greenfield, Esquire (Wells Fargo Bank, N.A.) hgreenfield@bernsteinlaw.com |
| Ashley Mulryan, Esquire ((Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC) amulryan@kmgslaw.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

See the attached Mailing Matrix.

#1495259

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 20-10334-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Feb  8 10:27:54 EST 2022 | MacDonald, Illig, Jones & Britton LLB<br>100 State Street<br>Suite 700<br>Erie, PA 16507-1459 | 2374 Village Common Drive LLC<br>5442 Peach Street<br>Erie, PA 16509-2602 |
| Ally Bank<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | Ally Bank<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 | Ally Bank serviced by Ally Servicing LLC<br>P.O. Box 130424<br>Roseville, MN 55113-0004 |
| Ally Bank, c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Anglea Dunkle<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | Anglea Dunkle<br>5301 Windcrest Drive<br>Erie, PA 16510-3357 |
| Anthony K. Arroyo, Esquire<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 | Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Watefront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 | Jesse B. Baldwin<br>Addelman Cross & Baldwin, P.C.<br>5680 Main Street<br>Buffalo, NY 14221-5518 |
| Bank of America, N.A.<br>P.O. Box 15222<br>Wilmington, DE 19886-5222 | Barclay Card<br>Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 | Benjamin A. Post, Esquire<br>Post & Post LLC<br>920 Cassatt Road<br>200 Berwyn Park, Suite 102<br>Berwyn, PA 19312-1178 |
| Berkheimer<br>P.O. Box 25153<br>Lehigh Valley, PA 18002-5153 | Best Wildlife Services<br>P.O. Box 36<br>Erie, PA 16512-0036 | Brian S. Clark<br>Beth Clark<br>10479 Route 19<br>Waterford, PA 16441-9117 |
| Candor Surgical Management, Inc.<br>1180 Adams Lane<br>Southlake, TX 76092-8501 | Charles R. Burger<br>Margaret J. Burger<br>9890 Wattsburg Road<br>Erie, PA 16509-6118 | City of Erie Tax Collector<br>626 State Street<br>Room 105<br>Erie, PA 16501-1146 |
| Mark G. Claypool<br>120 West Tenth Street<br>Erie, PA 16501-1410 | Core Erie MOB LP<br>1515 Lake Shore Drive<br>Suite 225<br>Columbus, OH 43204-3896 | Core Erie MOB LP<br>c/o CT Corporation System<br>600 North 2nd St., Ste. 401<br>Harrisburg, PA 17101-1071 |
| Core Erie MOB LP<br>c/o Christopher Montgomery, Esq.<br>Frost Brown Todd LLC<br>One Columbus Ctr,10 W Broad St, Ste 2300<br>Columbus, OH 43215-3484 | Dahlkemper Landscape & Maintenance<br>1650 Norcross Road<br>Erie, PA 16510-3899 | Dahlkemper Landscape & Maintenance<br>2558 Hillborn Avenue<br>Erie, PA 16509-5810 |
| Darin Williamson<br>22370 Britton Road<br>Spartansburg, PA 16434-3014 | David L. Hunter, Jr., Esquire<br>821 State Street<br>Erie, PA 16501-1316 | Edward M. Zimm, or Assigns<br>300 State Street,<br>Suite 200<br>Erie, PA 16507-1429 |

| | | |
|---|---|---|
| Gary Eiben<br>MacDonald Illig Jones & Britton, LLP<br>100 State St., Ste. 700<br>Erie, PA 16507-1459 | Ernest Guichard<br>9 Church Street<br>Charlotte Villa 2, Apt. 503<br>Sinclairville, NY 14782-9635 | Fifth Third Bank<br>5050 Kingsley Drive<br>Cincinnati, OH 45263-9998 |
| Francis J. Klemensic, Esquire<br>Dickie McCamey & Chilcote PC<br>100 State Street, Suite 508<br>Erie, PA 16507-1457 | Francis M. Letro, Esquire<br>The Dun Building<br>10th Floor<br>110 Pearl Street<br>Buffalo, NY 14202-4111 | Frederick J. Marchinetti, II<br>11538 Route 19<br>Waterford, PA 16441-7776 |
| Guy C. Fustine<br>Knox McLaughlin Gornall & Sennett, P.C.<br>120 West Tenth Street<br>Erie, PA 16501-1410 | George W. Connor MD<br>207 South Main Street, Suite 140<br>Jamestown, NY 14701 | Glenn Morisue<br>6201 1/2 Lake Road West<br>Ashtabula, OH 44004-9757 |
| Andrew F Gornall<br>2535 West 26th Street<br>Suite B<br>Erie, PA 16506-3261 | Douglas E. Graff<br>Graff & McGovern LPA<br>604 E. Rich Street<br>Columbus, OH 43215-5341 | Graff & McGovern LPA<br>604 E. Rich Street<br>Columbus, OH 43215-5363 |
| Greater Erie Surgery Center LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | Greater Erie Surgery Center LLC<br>c/o Tri-State Pain Institute LLC<br>5442 Peach Street<br>Erie, PA 16509-2602 | Harold Hewitt, Esquire<br>5935 Shady Hollow Drive<br>Erie, PA 16506-7023 |
| Heather Adams Szymczak<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | Heather Adams Szymczak<br>3629 West 14th Street<br>Erie, PA 16505-3506 | Howard Hanna Real Estate Services<br>ATTENTION: Kathe W. Rafferty<br>4248 West 12th Street<br>Erie, PA 16505-3001 |
| Mark Hutchison<br>Coldwell Banker Select , Realtors<br>413 West Plum Street<br>Edinboro, PA 16412-2175 | Internal Revenue Service<br>Special Procedures Division<br>P.O. Box 628<br>Bankruptcy Section<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>ATTN: Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| James D. McDonald, Jr., Esquire<br>100 State Street<br>Suite 700<br>Erie, PA 16507-1459 | Jason M. Telaak, Esquire<br>Campbell & Associates<br>30 Lake Street, Suite 1<br>Hamburg, NY 14075-4951 | Jason M. Telaak, Esquire<br>Campbell & Associates<br>38 Lake Street, Ste. 1<br>Hamburg, NY 14075-4951 |
| Jason Matzus, Esquire<br>Matzus Law LLC<br>310 Grant Street<br>Suite 3210<br>Pittsburgh, PA 15219-2301 | John Doe & Jane Doe<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | Jung-Woo Ma, MD<br>180 Woodbury St., Apt. 224<br>Manchester, NH 03102-4897 |
| Jung-Woo Ma, MD<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | KADA Gallery<br>2632 West Eighth Street<br>Erie, PA 16505-4021 | Kelly S. Buck<br>Scott A. Buck<br>3101 Broadlawn Drive<br>Erie, PA 16506-1801 |

| | | |
|---|---|---|
| Salene R.M. Kraemer<br>BERNSTEIN-BURKLEY, P.C.<br>601 Grant Street<br>9th Floor<br>Pittsburgh, PA 15219-4430 | Michael P. Kruszewski<br>Quinn Law Firm<br>2222 West Grandview Boulevard<br>Erie, PA 16506-4508 | Laurie C. TeWinkle, Esquire<br>Law Offices of L.C. TeWinkle<br>821 State Street<br>Erie, PA 16501-1316 |
| Lester Spencer<br>Chris Spencer<br>337 East 21st Street<br>Erie, PA 16503-1946 | Jill Locnikar<br>U.S. Attorney's Office<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1955 | MacDonald Illig<br>100 State Street<br>Suite 700<br>Erie, PA 16507-1459 |
| MacDonald, Illig, Jones & Britton LLP<br>c/o Nicholas R. Pagliari, Esq.<br>100 State Street, Suite 700<br>Erie, PA 16507-1459 | Marjorie A. Weidner<br>20323 State Highway 89<br>Spartansburg, PA 16434-1703 | Marsh Realty, Inc.<br>ATTENTION: Gary V. Marsh<br>42172 Mageetown Road<br>Centerville, PA 16404-7146 |
| Matthew W. Loughren<br>Loughren, Loughren & Loughren, P.C.<br>8050 Rowan Road<br>Suite 601 Rowan Towers<br>Cranberry Township, PA 16066-3624 | McKesson Medical-Surgical, Inc.<br>Stephanie Hampton<br>6651 Gate Parkway<br>Jacksonville, FL 32256-8075 | Lauren Michaels<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 |
| Micheal F.J. Romano, Esquire<br>Ramano, Garubo, & Argentieri<br>P.O. Box 456<br>52 Newton Avenue<br>Woodbury, NJ 08096-4610 | Maria Miksich<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Matthew J. Minnaugh<br>Schaffner Knight Minnaugh & Company P.C.<br>1545 W. 38th Street<br>Erie, PA 16508-2347 |
| Mr. and Mrs. Steven E. Ribbing<br>c/of Matthew W. Loughren, Esquire<br>310 Grant Street, Suite 2800<br>Grant Bldg.<br>Pittsburgh, PA 15219-2255 | Mr. and Mrs. Steven E. Ribbing<br>c/of Matthew W. Loughren, Esquire<br>8050 Rowan Road<br>Suite 601 Rowan Towers<br>Cranberry Township, PA 16066-3624 | Ashley Mulryan<br>120 W 10th St<br>Erie, PA 16501-1410 |
| New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Northwest Bank<br>100 Liberty Street<br>Drawer 128<br>Warren, PA 16365-0128 |
| Office of Attorney General, Department of Re<br>Lauren A. Michaels<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Official Committee of Unsecured Creditors fo<br>Knox McLaughlin Gornall & Sennett, P.C.<br>120 West Tenth Street<br>Erie, PA 16501-1410 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Pa. Dept. of Revenue<br>Dept. 280946<br>Harrisburg, PA 17128-0946 | Pat Baldino Fine Art<br>64 Vernon Drive<br>Scarsdale, NY 10583-6124 |
| Paul J. Susko, Esquire<br>502 Parade Street<br>Erie, PA 16507-1687 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |

| | | |
|---|---|---|
| Peter A. Pentz, Esquire<br>2409 State Street<br>Erie, PA 16503-1856 | Peter A. Pentz, Esquire<br>246 West Tenth Street<br>Erie, PA 16501-1412 | Philip C. Chapman III, Esquire<br>Pribanic & Pribanic<br>513 Court Place<br>Pittsburgh, PA 15219-2002 |
| Kathe W. Rafferty<br>Howard Hanna Real Estate Services<br>4248 West 12th Street<br>Erie, PA 16505-3001 | Rick Rumball<br>52 Orchard Street<br>Erie, PA 16508-2729 | Rick Taraszki<br>6103 West Lake Road<br>Erie, PA 16505-2615 |
| Rita Jennings<br>George Jennings<br>5524 West 52nd Street<br>Fairview, PA 16415-2331 | Michael F.J. Romano<br>52 Newton Ave<br>PO Box 456<br>Woodbury, NJ 08096-7456 | Ronald M. Puntil, Jr., Esquire<br>Cipriani & Werner<br>650 Washington Road<br>Suite 700<br>Pittsburgh, PA 15228-2712 |
| Ronald B. Roteman<br>The Stonechipher Law Firm<br>125 First Avenue<br>Pittsburgh, PA 15222-1506 | SBA<br>721 19th Street<br>Denver, CO 80202-2500 | Salene Mazur Kraemer, Esquire<br>Trisha Hudkins, Esquire<br>Bernstein-Burkley P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| Schaffner, Knight, Minnaugh & Co., P.C.<br>1545 W. 38th Street<br>Erie, PA 16508-2347 | Schultz Auctioneers<br>11177 Main St.<br>Clarence, NY 14031-1701 | Sharon L. Kulig<br>Steven B. Kulig<br>274 Creek Road<br>Jamestown, NY 14701-9526 |
| Gary V. Skiba<br>300 State Street, Suite 300<br>Erie, PA 16507-1430 | Small Business Administration<br>an agency of the U.S. Government<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 | Steven J. Wildberger, Esquire<br>Matzus Law LLC<br>310 Grant Street<br>Suite 3210<br>Pittsburgh, PA 15219-2301 |
| Steven Kinross<br>Kathy Kinross<br>507 Sanford Place<br>Erie, PA 16511-1061 | TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road, Suite 300<br>Chesterfield, MO 63017-3489 | Tax Collector<br>Township of Greene<br>8628 Wattsburg Road<br>Erie, PA 16509-5850 |
| Tax Collector<br>Township of Millcreek<br>3608 West 26th Street<br>Erie, PA 16506-2098 | The Kada Gallery<br>2632 West 8th Street<br>Erie, PA 16505-4021 | Joseph Martin Thomas<br>c/of Tri-State Pain Institute<br>5442 Peach Street<br>Erie, PA 16509-2602 |
| Maribeth Thomas<br>Tucker Arensberg PC<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5413 | Thomas Charlton<br>Samantha Charlton<br>4741 S. Washington Street<br>North East, PA 16428-5011 | Crystal H. Thornton-Illar<br>Leech Tishman Fuscaldo & Lampl, LLC<br>525 William Penn Place, 28th Floor<br>Pittsburgh, PA 15219-1728 |
| Tri-State Pain Institute LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | Tri-State Pain Institute LLC<br>5442 Peach Street<br>Erie, PA 16509-2602 | UMPC Chautauqua at WCA<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 |

| | | |
|---|---|---|
| UPMC Chautauqua at WCA<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 | United Auctions & Antique Purchasing<br>508 1st Ave.<br>Olean, NY 14760-1704 | United States Attorney's Office<br>Western District of Pennsylvania<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1956 |
| United States of America<br>Small Business Administration<br>Anthony Arroyo<br>660 American Avenue, Suite 301<br>King Of Prussia, PA 19406-4032 | United States of America Department of the T<br>c/oOffice of U.S. Atty for W.D. of PA<br>U.S. Post Office & Courthouse<br>700 Grant Street, suite 4000<br>Pittsburgh, PA 15219-1956 | United States of America, Small Business Adm<br>c/o U.S. Attorney's Office<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1956 |
| Vanessa G. Ramlal MD<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 | WELLS FARGO BANK, N.A.<br>Salene Mazur Kraemer<br>BERNSTEIN BURKLEY<br>707 Grant St.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1908 | Wells Fargo Bank, N.A.<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX 78251-4200 |
| Wells Fargo Bank, N.A.<br>c/o Steven Treadway<br>1620 E Roseville Pkwy, 1st Floor, Suite<br>MAC A1792-018<br>Roseville, CA 95661-3995 | Wells Fargo Bank, National Association<br>1620 Roseville Pkwy., Suite 100<br>Roseville, CA 95661-3303 | Wells Fargo Bank, National Association<br>301 S. Tryon Street<br>27th Floor<br>Charlotte, NC 28282-1915 |
| Widget Federal Credit Union<br>2154 East Lake Road<br>Erie, PA 16511-1140 | Zubin Menon MD<br>565 Abbott Road<br>Buffalo, NY 14220-2039 | Jodi Hause, on Behalf of the United States T<br>Office of the United States Trustee<br>Suite 960, Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | (d)PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | (d)Candor Surgical Management, Inc.<br>1180 Adams Lane<br>Southlake, TX 76092-8501 | (u)Barbara Noonan |
| (u)PNC BANK NATIONAL ASSOCIATION | (d)Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | (u)Kay B. Ribbing |

| | | |
|---|---|---|
| (u)Steven E. Ribbing | (d)Sharon L. Kulig<br>Steven B. Kulig<br>274 Creek Road<br>Jamestown, NY 14701-9526 | (d)TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road<br>Suite 300<br>Chesterfield, MO 63017-3489 |
| (d)TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road, Suite 300<br>Chesterfield, MO 63017-3489 | (d)The Kada Gallery<br>2632 West 8th Street<br>Erie, PA 16505-4021 | (d)Tri-State Pain Institute, LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 |

End of Label Matrix
Mailable recipients   134
Bypassed recipients    12
Total                 146