UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : |
| | : |
| v. | : |
| | : |
| NO RESPONDENT. | : |
| | : |
| | : |

**NOTICE OF CHANGE OF ADDRESS**

Please take note that the following addresses have changed:

| **Undeliverable Address** | **Correct Address** |
|---|---|
| Ronald M. Puntil, Jr., Esquire<br>Cipriani & Werner<br>650 Washington Road<br>Suite 700<br>Pittsburgh, PA 15228-2712 | Ronald M. Puntil, Jr., Esquire<br>Marshall Dennehey<br>Union Trust Building<br>501 Grant Street, Suite 700<br>Pittsburgh, PA 15219 |

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.


BY:    /s/Michael P. Kruszewski

Dated: February 21, 2022
        Michael P. Kruszewski, Esquire
        PA Id. No. 91239
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506-4508
        Telephone: 814-833-2222
        Facsimile: 814-833-6753
        mkruszewski@quinnfirm.com
        Counsel for Debtor

Document No. 1497408