UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | CHAPTER 11 |
| Debtor. | : | |
| _____ | : | JUDGE THOMAS P. AGRESTI |
| JOSEPH MARTIN THOMAS, | : | |
| Movant, | : | RELATED TO DOCUMENT NOS. 603 and |
| | : | 605 |
| v. | : | |
| | : | DATE AND TIME OF HEARING: |
| NO RESPONDENT. | : | March 10, 2022 @ 10:00 a.m. |
| | : | |
| _____ | : | RESPONSE DEADLINE: |
| | : | March 7, 2022 |
| | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify that I served, or caused to be served, on the 22nd day of February, 2022, a copy of the Motion to Extend Post-Confirmation Deadlines and Order Scheduling Date for Response and Hearing on Motion upon each of the following persons and parties in interest at the address shown on the attached list.

        Respectfully submitted,

        THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
        Michael P. Kruszewski, Esquire
        PA Id. No. 91239
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506-4508
        Telephone: 814-833-2222
        Facsimile: 814-833-6753
        E-Mail Address: mkruszewski@quinnfirm.com
        Counsel for Debtor

#1497443

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Jodi Hause, Esquire (Office of the U.S. Trustee); jodi.hause@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |
| Ronald B. Roteman, Esquire (Kay B. and Steven E. Ribbing) roteman@stonecipherlaw.com |
| Andrew F. Gornall, Esquire (Barbara Noonan) andygornall@latouflawfirm.com |
| Jill Locnikar, Esquire (U.S. Small Business Administration and Internal Revenue Service) jill.locnikar@usdoj.gov |
| Maria Miksich, Esquire (PNC Bank National Association) mmiksich@kmllawgroup.com |
| Harry W. Greenfield, Esquire (Wells Fargo Bank, N.A.) hgreenfield@bernsteinlaw.com |
| Ashley Mulryan, Esquire ((Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC) amulryan@kmgslaw.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

See the attached Mailing Matrix.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 20-10334-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Mon Feb 21 08:54:27 EST 2022 | MacDonald, Illig, Jones & Britton LLP<br>100 State Street<br>Suite 700<br>Erie, PA 16507-1459 | 2374 Village Common Drive LLC<br>5442 Peach Street<br>Erie, PA 16509-2602 |
| Ally Bank<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | Ally Bank<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 | Ally Bank serviced by Ally Servicing LLC<br>P.O. Box 130424<br>Roseville, MN 55113-0004 |
| Ally Bank, c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Anglea Dunkle<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | Anglea Dunkle<br>5301 Windcrest Drive<br>Erie, PA 16510-3357 |
| Anthony K. Arroyo, Esquire<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 | Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Watefront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 | Jesse B. Baldwin<br>Addelman Cross & Baldwin, P.C.<br>5680 Main Street<br>Buffalo, NY 14221-5518 |
| Bank of America, N.A.<br>P.O. Box 15222<br>Wilmington, DE 19886-5222 | Barclay Card<br>Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 | Benjamin A. Post, Esquire<br>Post & Post LLC<br>920 Cassatt Road<br>200 Berwyn Park, Suite 102<br>Berwyn, PA 19312-1178 |
| Berkheimer<br>P.O. Box 25153<br>Lehigh Valley, PA 18002-5153 | Best Wildlife Services<br>P.O. Box 36<br>Erie, PA 16512-0036 | Brian S. Clark<br>Beth Clark<br>10479 Route 19<br>Waterford, PA 16441-9117 |
| Candor Surgical Management, Inc.<br>1180 Adams Lane<br>Southlake, TX 76092-8501 | Charles R. Burger<br>Margaret J. Burger<br>9890 Wattsburg Road<br>Erie, PA 16509-6118 | City of Erie Tax Collector<br>626 State Street<br>Room 105<br>Erie, PA 16501-1146 |
| Mark G. Claypool<br>120 West Tenth Street<br>Erie, PA 16501-1410 | Core Erie MOB LP<br>1515 Lake Shore Drive<br>Suite 225<br>Columbus, OH 43204-3896 | Core Erie MOB LP<br>c/o CT Corporation System<br>600 North 2nd St., Ste. 401<br>Harrisburg, PA 17101-1071 |
| Core Erie MOB LP<br>c/o Christopher Montgomery, Esq.<br>Frost Brown Todd LLC<br>One Columbus Ctr,10 W Broad St, Ste 2300<br>Columbus, OH 43215-3484 | Dahlkemper Landscape & Maintenance<br>1650 Norcross Road<br>Erie, PA 16510-3899 | Dahlkemper Landscape & Maintenance<br>2558 Hillborn Avenue<br>Erie, PA 16509-5810 |
| Darin Williamson<br>22370 Britton Road<br>Spartansburg, PA 16434-3014 | David L. Hunter, Jr., Esquire<br>821 State Street<br>Erie, PA 16501-1316 | Edward M. Zimm, or Assigns<br>300 State Street,<br>Suite 200<br>Erie, PA 16507-1429 |

```
Gary Eiben                              Ernest Guichard                         Fifth Third Bank
MacDonald Illig Jones & Britton, LLP    9 Church Street                         5050 Kingsley Drive
100 State St., Ste. 700                 Charlotte Villa 2, Apt. 503             Cincinnati, OH 45263-9998
Erie, PA 16507-1459                     Sinclairville, NY 14782-9635


Francis J. Klemensic, Esquire           Francis M. Letro, Esquire               Frederick J. Marchinetti, II
Dickie McCamey & Chilcote PC            The Dun Building                        11538 Route 19
100 State Street, Suite 508             10th Floor                              Waterford, PA 16441-7776
Erie, PA 16507-1457                     110 Pearl Street
                                        Buffalo, NY 14202-4111


Guy C. Fustine                          George W. Connor MD                     Glenn Morisue
Knox McLaughlin Gornall & Sennett, P.C. 207 South Main Street, Suite 140        6201 1/2 Lake Road West
120 West Tenth Street                   Jamestown, NY 14701                     Ashtabula, OH 44004-9757
Erie, PA 16501-1410


Andrew F Gornall                        Douglas E. Graff                        Graff & McGovern LPA
2535 West 26th Street                   Graff & McGovern LPA                    604 E. Rich Street
Suite B                                 604 E. Rich Street                      Columbus, OH 43215-5363
Erie, PA 16506-3261                     Columbus, OH 43215-5341


Greater Erie Surgery Center LLC         Greater Erie Surgery Center LLC         Harold Hewitt, Esquire
2374 Village Common Drive               c/o Tri-State Pain Institute LLC        5935 Shady Hollow Drive
Erie, PA 16506-7201                     5442 Peach Street                       Erie, PA 16506-7023
                                        Erie, PA 16509-2602


Heather Adams Szymczak                  Heather Adams Szymczak                  Howard Hanna Real Estate Services
2374 Village Common Drive               3629 West 14th Street                   ATTENTION: Kathe W. Rafferty
Suite 100                               Erie, PA 16505-3506                     4248 West 12th Street
Erie, PA 16506-7201                                                             Erie, PA 16505-3001


Mark Hutchison                          Internal Revenue Service                Internal Revenue Service
Coldwell Banker Select , Realtors       Special Procedures Division             ATTN: Centralized Insolvency Operations
413 West Plum Street                    P.O. Box 628                            P.O. Box 7346
Edinboro, PA 16412-2175                 Bankruptcy Section                      Philadelphia, PA 19101-7346
                                        Pittsburgh, PA 15230


James D. McDonald, Jr., Esquire         Jason M. Telaak, Esquire                Jason M. Telaak, Esquire
100 State Street                        Campbell & Associates                   Campbell & Associates
Suite 700                               30 Lake Street, Suite 1                 38 Lake Street, Ste. 1
Erie, PA 16507-1459                     Hamburg, NY 14075-4951                  Hamburg, NY 14075-4951


Jason Matzus, Esquire                   John Doe & Jane Doe                     Jung-Woo Ma, MD
Matzus Law LLC                          2374 Village Common Drive               180 Woodbury St., Apt. 224
310 Grant Street                        Suite 100                               Manchester, NH 03102-4897
Suite 3210                              Erie, PA 16506-7201
Pittsburgh, PA 15219-2301


Jung-Woo Ma, MD                         KADA Gallery                            Kelly S. Buck
2374 Village Common Drive               2632 West Eighth Street                 Scott A. Buck
Suite 100                               Erie, PA 16505-4021                     3101 Broadlawn Drive
Erie, PA 16506-7201                                                             Erie, PA 16506-1801
```

| | | |
|---|---|---|
| Salene R.M. Kraemer<br>BERNSTEIN-BURKLEY, P.C.<br>601 Grant Street<br>9th Floor<br>Pittsburgh, PA 15219-4430 | Michael P. Kruszewski<br>Quinn Law Firm<br>2222 West Grandview Boulevard<br>Erie, PA 16506-4508 | Laurie C. TeWinkle, Esquire<br>Law Offices of L.C. TeWinkle<br>821 State Street<br>Erie, PA 16501-1316 |
| Lester Spencer<br>Chris Spencer<br>337 East 21st Street<br>Erie, PA 16503-1946 | Jill Locnikar<br>U.S. Attorney's Office<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1955 | MacDonald Illig<br>100 State Street<br>Suite 700<br>Erie, PA 16507-1459 |
| MacDonald, Illig, Jones & Britton LLP<br>c/o Nicholas R. Pagliari, Esq.<br>100 State Street, Suite 700<br>Erie, PA 16507-1459 | Marjorie A. Weidner<br>20323 State Highway 89<br>Spartansburg, PA 16434-1703 | Marsh Realty, Inc.<br>ATTENTION: Gary V. Marsh<br>42172 Mageetown Road<br>Centerville, PA 16404-7146 |
| Matthew W. Loughren<br>Loughren, Loughren & Loughren, P.C.<br>8050 Rowan Road<br>Suite 601 Rowan Towers<br>Cranberry Township, PA 16066-3624 | McKesson Medical-Surgical, Inc.<br>Stephanie Hampton<br>6651 Gate Parkway<br>Jacksonville, FL 32256-8075 | Lauren Michaels<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 |
| Micheal F.J. Romano, Esquire<br>Ramano, Garubo, & Argentieri<br>P.O. Box 456<br>52 Newton Avenue<br>Woodbury, NJ 08096-4610 | Maria Miksich<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Matthew J. Minnaugh<br>Schaffner Knight Minnaugh & Company P.C.<br>1545 W. 38th Street<br>Erie, PA 16508-2347 |
| Mr. and Mrs. Steven E. Ribbing<br>c/of Matthew W. Loughren, Esquire<br>310 Grant Street, Suite 2800<br>Grant Bldg.<br>Pittsburgh, PA 15219-2255 | Mr. and Mrs. Steven E. Ribbing<br>c/of Matthew W. Loughren, Esquire<br>8050 Rowan Road<br>Suite 601 Rowan Towers<br>Cranberry Township, PA 16066-3624 | Ashley Mulryan<br>120 W 10th St<br>Erie, PA 16501-1410 |
| New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Northwest Bank<br>100 Liberty Street<br>Drawer 128<br>Warren, PA 16365-0128 |
| Office of Attorney General, Department of Re<br>Lauren A. Michaels<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Official Committee of Unsecured Creditors fo<br>Knox McLaughlin Gornall & Sennett, P.C.<br>120 West Tenth Street<br>Erie, PA 16501-1410 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Pa. Dept. of Revenue<br>Dept. 280946<br>Harrisburg, PA 17128-0946 | Pat Baldino Fine Art<br>64 Vernon Drive<br>Scarsdale, NY 10583-6124 |
| Paul J. Susko, Esquire<br>502 Parade Street<br>Erie, PA 16507-1687 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |

| | | |
|---|---|---|
| Peter A. Pentz, Esquire<br>2409 State Street<br>Erie, PA 16503-1856 | Peter A. Pentz, Esquire<br>246 West Tenth Street<br>Erie, PA 16501-1412 | Philip C. Chapman III, Esquire<br>Pribanic & Pribanic<br>513 Court Place<br>Pittsburgh, PA 15219-2002 |
| Kathe W. Rafferty<br>Howard Hanna Real Estate Services<br>4248 West 12th Street<br>Erie, PA 16505-3001 | Rick Rumball<br>52 Orchard Street<br>Erie, PA 16508-2729 | Rick Taraszki<br>6103 West Lake Road<br>Erie, PA 16505-2615 |
| Rita Jennings<br>George Jennings<br>5524 West 52nd Street<br>Fairview, PA 16415-2331 | Michael F.J. Romano<br>52 Newton Ave<br>PO Box 456<br>Woodbury, NJ 08096-7456 | Ronald M. Puntil, Jr., Esquire<br>Cipriani & Werner<br>650 Washington Road<br>Suite 700<br>Pittsburgh, PA 15228-2712 |
| Ronald B. Roteman<br>The Stonechipher Law Firm<br>125 First Avenue<br>Pittsburgh, PA 15222-1506 | SBA<br>721 19th Street<br>Denver, CO 80202-2500 | Salene Mazur Kraemer, Esquire<br>Trisha Hudkins, Esquire<br>Bernstein-Burkley P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| Schaffner, Knight, Minnaugh & Co., P.C.<br>1545 W. 38th Street<br>Erie, PA 16508-2347 | Schultz Auctioneers<br>11177 Main St.<br>Clarence, NY 14031-1701 | Sharon L. Kulig<br>Steven B. Kulig<br>274 Creek Road<br>Jamestown, NY 14701-9526 |
| Gary V. Skiba<br>300 State Street, Suite 300<br>Erie, PA 16507-1430 | Small Business Administration<br>an agency of the U.S. Government<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 | Steven J. Wildberger, Esquire<br>Matzus Law LLC<br>310 Grant Street<br>Suite 3210<br>Pittsburgh, PA 15219-2301 |
| Steven Kinross<br>Kathy Kinross<br>507 Sanford Place<br>Erie, PA 16511-1061 | TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road, Suite 300<br>Chesterfield, MO 63017-3489 | Tax Collector<br>Township of Greene<br>8628 Wattsburg Road<br>Erie, PA 16509-5850 |
| Tax Collector<br>Township of Millcreek<br>3608 West 26th Street<br>Erie, PA 16506-2098 | The Kada Gallery<br>2632 West 8th Street<br>Erie, PA 16505-4021 | Joseph Martin Thomas<br>c/of Tri-State Pain Institute<br>5442 Peach Street<br>Erie, PA 16509-2602 |
| Maribeth Thomas<br>Tucker Arensberg PC<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5413 | Thomas Charlton<br>Samantha Charlton<br>4741 S. Washington Street<br>North East, PA 16428-5011 | Crystal H. Thornton-Illar<br>Leech Tishman Fuscaldo & Lampl, LLC<br>525 William Penn Place, 28th Floor<br>Pittsburgh, PA 15219-1728 |
| Tri-State Pain Institute LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 | Tri-State Pain Institute LLC<br>5442 Peach Street<br>Erie, PA 16509-2602 | UMPC Chautauqua at WCA<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 |

| | | |
|---|---|---|
| UPMC Chautauqua at WCA<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 | United Auctions & Antique Purchasing<br>508 1st Ave.<br>Olean, NY 14760-1704 | United States Attorney's Office<br>Western District of Pennsylvania<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1956 |
| United States of America<br>Small Business Administration<br>Anthony Arroyo<br>660 American Avenue, Suite 301<br>King Of Prussia, PA 19406-4032 | United States of America Department of the T<br>c/oOffice of U.S. Atty for W.D. of PA<br>U.S. Post Office & Courthouse<br>700 Grant Street, suite 4000<br>Pittsburgh, PA 15219-1956 | United States of America, Small Business Adm<br>c/o U.S. Attorney's Office<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1956 |
| Vanessa G. Ramlal MD<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 | WELLS FARGO BANK, N.A.<br>Salene Mazur Kraemer<br>BERNSTEIN BURKLEY<br>707 Grant St.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1908 | Wells Fargo Bank, N.A.<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX 78251-4200 |
| Wells Fargo Bank, N.A.<br>c/o Steven Treadway<br>1620 E Roseville Pkwy, 1st Floor, Suite<br>MAC A1792-018<br>Roseville, CA 95661-3995 | Wells Fargo Bank, National Association<br>1620 Roseville Pkwy., Suite 100<br>Roseville, CA 95661-3303 | Wells Fargo Bank, National Association<br>301 S. Tryon Street<br>27th Floor<br>Charlotte, NC 28282-1915 |
| Widget Federal Credit Union<br>2154 East Lake Road<br>Erie, PA 16511-1140 | Zubin Menon MD<br>565 Abbott Road<br>Buffalo, NY 14220-2039 | Jodi Hause, on Behalf of the United States T<br>Office of the United States Trustee<br>Suite 960, Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | (d)PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | (d)Candor Surgical Management, Inc.<br>1180 Adams Lane<br>Southlake, TX 76092-8501 | (u)Barbara Noonan |
| (u)PNC BANK NATIONAL ASSOCIATION | (d)Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | (u)Kay B. Ribbing |

| | | |
|---|---|---|
| (u)Steven E. Ribbing | (d)Sharon L. Kulig<br>Steven B. Kulig<br>274 Creek Road<br>Jamestown, NY 14701-9526 | (d)TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road<br>Suite 300<br>Chesterfield, MO 63017-3489 |
| (d)TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road, Suite 300<br>Chesterfield, MO 63017-3489 | (d)The Kada Gallery<br>2632 West 8th Street<br>Erie, PA 16505-4021 | (d)Tri-State Pain Institute, LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 |

End of Label Matrix
Mailable recipients   134
Bypassed recipients    12
Total                 146