UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS,<br>   Debtor. | CHAPTER 11 |
| _____ | JUDGE THOMAS P. AGRESTI |
| JOSEPH MARTIN THOMAS,<br>   Movant, | RELATED TO DOCUMENT NOS.<br>577 and 603 |
| v. | |
| NO RESPONDENT.<br>_____ | |

### ORDER GRANTING MOTION TO EXTEND POST-CONFIRMATION DEADLINES

AND NOW, upon consideration of the *Motion to Extend Post-Confirmation Deadlines* (the "Motion"), it appearing that (a) the Movant has effectuated proper service of the Motion and that such notice of the Motion is sufficient under the circumstances and applicable Bankruptcy Rules; (b) a reasonable opportunity to object and to be heard regarding the relief requested in the Motion has been afforded to parties in interest and other entities; (c) the Court has jurisdiction to consider the relief requested in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and (d) it appearing that the relief requested in the Motion is in the best interests of the Debtor and his creditors, and after due deliberation and sufficient cause appearing,

      The Court hereby finds:

      (a)    notice of the Motion and hearing were adequate and proper under the circumstances and pursuant to the Bankruptcy Code and applicable Rules; and

      (b)    the relief requested in the Motion is in the best interests of the Debtor and his creditors.

    NOW THEREFORE, IT IS HEREBY ORDERED THAT:

      1.    The claims objections, adversary proceedings, contested matters, motions or applications deadlines set forth in Paragraphs 4 and 5 of the Post-

Confirmation Order, excluding the claim of TIAA Commercial Finance, Inc. per this Court's Order dated January 6, 2022 (Doc. No. 573), are hereby extended from February 21, 2022 through and including April 7, 2022.

      2.     This Court shall retain jurisdiction to interpret, enforce and implement the terms and provisions of this Order and to resolve any disputes arising hereunder or under the settlement approved by this Order.

      IT IS SO ORDERED, this ___ day of _____, 2022.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court