UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : |
| | : |
|     v. | : |
| | : |
| NO RESPONDENT. | : |
| | : |
| | : |

**NOTICE OF CHANGE OF ADDRESS**

Please take note that the following addresses have changed:

| **Undeliverable Address** | **Correct Address** |
|---|---|
| Paul J. Susko, Esquire<br>502 Parade Street<br>Erie, PA 16507-1687 | Paul J. Susko, Esquire<br>P.O. Box 460<br>Fairview, PA 16415 |

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

Dated: February 28, 2022

BY:    /s/Michael P. Kruszewski
    Michael P. Kruszewski, Esquire
    PA Id. No. 91239
    2222 West Grandview Boulevard
    Erie, Pennsylvania 16506-4508
    Telephone: 814-833-2222
    Facsimile: 814-833-6753
    mkruszewski@quinnfirm.com
    Counsel for Debtor

Document No. 1497408