UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
|     Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
|     Movant, | : | DATE AND TIME OF HEARING: |
| | : | March 24, 2022 @ 11:30 a.m. |
|     v. | : | |
| | : | RESPONSE DEADLINE: |
| UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; and | : | March 4, 2022 |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE, | : | RELATED TO DOCUMENT NO. 600 |
|     Respondents. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
JOINT MOTION FOR PUBLIC SALE OF PERSONAL PROPERTY
FREE AND DIVESTED OF LIENS (Document No. 600)**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Joint Motion for Public sale of Personal Property Free and Divested of Liens filed February 15, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Motion were to be filed and served no later than March 4, 2022.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: March 7, 2022

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/Michael P. Kruszewski
    Michael P. Kruszewski, Esquire
    PA Id. No. 91239
    The Quinn Law Firm
    2222 West Grandview Boulevard
    Erie, Pennsylvania 16506-4508
    Telephone: 814-833-2222
    Facsimile: 814-833-6753
    E-Mail: mkruszewski@quinnfirm.com
    Counsel for Debtor

#1500482