UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | CHAPTER 11 |
|    Debtor. | : | |
| _____ | : | JUDGE THOMAS P. AGRESTI |
| JOSEPH MARTIN THOMAS, | : | |
|    Movant, | : | RELATED TO DOCUMENT NO. |
| | : | 603 and 609 |
| v. | : | |
| | : | DATE AND TIME OF HEARING: |
| NO RESPONDENT. | : | March 10, 2022 @ 10:00 a.m. |
| _____ | : | |
| | : | RESPONSE DEADLINE: |
| | : | March 7, 2022 |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO EXTEND POST-CONFIRMATION DEADLINES (Document No. 603)**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Extend Post-Confirmation filed February 17, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Order Scheduling Date for Response and Hearing on Motion, objections to the Motion were to be filed and served no later than March 7, 2022.

      It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: March 8, 2022

                                              Respectfully submitted,

                                              QUINN, BUSECK, LEEMHUIS, TOOHEY &
                                              KROTO, INC.

                                        BY:   /s/Michael P. Kruszewski
                                              Michael P. Kruszewski, Esquire
                                              PA Id. No. 91239
                                              The Quinn Law Firm
                                              2222 West Grandview Boulevard
                                              Erie, Pennsylvania 16506-4508
                                              Telephone: 814-833-2222
                                              Facsimile: 814-833-6753
                                              E-Mail: mkruszewski@quinnfirm.com
                                              Counsel for Debtor

#1501347