FILED
3/10/22 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 3/10/2022 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**      #603 Motion to Extend Post-Confirmation Deadlines
              #612 CNO filed

**APPEARANCES:**

            Debtor:                    Michael P. Kruszewski
            Tri-State Cred. Cmte.:     Guy Fustine, Ashley Mulryan
            Tri- State Pain Institute: Gary Skiba
            IRS:                       Jill Locnikar (no appearance)
            Wells Fargo:               Salene Mazur Kraemer (no appearance)
            US Trustee:                Jodi Hause

**NOTES:**

Kruszewski:    Federal returns filed this week, copies to Atty Locnikar. 5 Months for review. Trying to resolve with Atty. Locnikar and Ms. Bentz. Deadline has already passed for objections. Auction will be April 22 or 29. Also have employer retention tax credits filed in Tri-State matter.

**OUTCOME:**    Extended for 2 weeks 4 & 5 of post conf order. Final fee applications to be filed with update of matters. Chambers to issue Order.

jlm