UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
| Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
| Movant, | : | DATE AND TIME OF HEARING: |
| | : | March 24, 2022 @ 11:30 a.m. |
| v. | : | |
| | : | RESPONSE DEADLINE: |
| UNITED STATES OF AMERICA, | : | March 4, 2022 |
| INTERNAL REVENUE SERVICE; and | : | |
| COMMONWEALTH OF | : | RELATED TO DOCUMENT NO. 600 |
| PENNSYLVANIA, DEPARTMENT OF | : | |
| REVENUE, | : | |
| Respondents. | : | |
| | : | |

## **PROOF OF PUBLICATION**

Attached hereto is the Proof of Publication from the Erie County Legal Journal.

Respectfully submitted,

THE QUINN LAW FIRM

BY:     /s/ Michael P. Kruszewski
Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mkruszewski@quinnfirm.com
Counsel for Debtor, Joseph Martin Thomas

#1504742

*Erie County Legal Journal*

## Proof of Publication of Notice

COMMONWEALTH OF PENNSYLVANIA } SS:
COUNTY OF ERIE

Before me, the undersigned notary public, this day, personally appeared __Megan E. Anthony__ to me known, who being duly sworn according to law, deposes and states the following:

I am the Managing Editor of the *Erie County Legal Journal*. The *Erie County Legal Journal* is the duly designated legal newspaper for Erie County, Pennsylvania, which legal newspaper was established in 1945 and is published by the Erie County Bar Association, 429 West Sixth Street, Erie, Erie County, Pennsylvania 16507. A copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

**COPY OF NOTICE**

BANKRUPTCY SALE NOTICE
In re: Joseph Martin Thomas
Chapter 11 Bankruptcy Case
No. 20-10334 TPA
NOTICE OF HEARING ON JOINT MOTION FOR PUBLIC AUCTION SALE OF PERSONAL PROPERTY FREE AND DIVESTED OF LIENS:
NOTICE IS HEREBY GIVEN THAT the Debtor in the above-referenced Bankruptcy has filed a Joint Motion for Public Auction Sale of Personal Property Free and Divested of Liens seeking approval to conduct an auction sale or sales of the following items of personal property: 1) approximately 150 items of household furnishings; 2) approximately 600 pieces of artwork, prints, sketches, etc.; 3) dozens of items of decorative art and/or antiques; and 4) substantially all other personal property located in the Debtor's former residence and office according to the terms set forth in the Motion. The property described above will be sold to the highest bidder, piecemeal or in bulk, on a date subsequent to an order being entered approving the within Sale Motion, currently projected to be in or around April of 2022, via live and online auction by United Auctions & Antique Purchasing and Schultz Auctioneers. Potential bidders will be able to participate live, in person, and/or online by registering via www.schultzauctioneers.com and/or www.liveauctioneers.com. Updates regarding the date(s) and time(s) of the auction can be found at Schultzauctioneers.net and/or Auctionzip.com (United Auctions ID#1731). All property is to be sold AS IS to the high bidder.
A *Zoom Video Conference Hearing* on permission to conduct the auction sale(s) as described herein is scheduled for March 24, 2022 at 11:30 a.m. before Judge Thomas P. Agresti via the *Zoom Video Conference Application ("Zoom")*, at which time Objections to said sale will be heard. To participate in and join a Zoom Hearing, please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following Meeting ID: 1602 1303 488. *All attorneys and Parties may only appear by Zoom* and must comply with Judge Agresti's *Updated Notice of Temporary Modification of Appearance Procedures*, dated and effective November 22, 2021, and continued until further order, which can be found on the Court's Website at https://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Michael P. Kruszewski, Esquire to learn how to make telephonic arrangements. Examination of the property can be obtained by contacting the attorney for the Debtor, listed below. Further information regarding this sale may be found on the Court's EASI Website: http://www.pawb.uscourts.gov/easi.htm.
Attorney for Movant/Applicant
Michael P. Kruszewski, Esquire
Quinn, Buseck, Leemhuis, Toohey
& Kroto, Inc.

Friday, __March 4__, 2022

The affiant further states that he/she is a designated agent of the Erie County Bar Association, the owner of said legal newspaper, that s/he is not interested in the subject matter of the aforesaid notice or advertising, and that all of the allegations of the aforesaid statement as to time, place and character of publication are true.

_Megan E. Anthony_, *Managing Editor*

Sworn to and subscribed before me this
__4th__ day of __March__, 2022

_Tessa Beeler_

*Notary Public*

**MY COMMISSION EXPIRES**

Commonwealth of Pennsylvania - Notary Seal
Tessa Beeler, Notary Public
Erie County
My commission expires September 24, 2025
Commission number 1406556
Member, Pennsylvania Association of Notaries