UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | JUDGE THOMAS P. AGRESTI |
|    Debtor. | : | |
| | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
|    Movant, | : | DATE AND TIME OF HEARING: |
| | : | March 24, 2022 @ 11:30 a.m. |
|    v. | : | |
| | : | RESPONSE DEADLINE: |
| UNITED STATES OF AMERICA, | : | March 4, 2022 |
| INTERNAL REVENUE SERVICE; and | : | |
| COMMONWEALTH OF | : | RELATED TO DOCUMENT NO. 600 |
| PENNSYLVANIA, DEPARTMENT OF | : | |
| REVENUE, | : | |
|    Respondents. | : | |
| | : | |

## PROOF OF PUBLICATION

Attached hereto is the Proof of Publication from the <u>Erie Times News.</u>

                                    Respectfully submitted,

                                    THE QUINN LAW FIRM

                                    BY:   /s/Michael P. Kruszewski
                                             Michael P. Kruszewski, Esquire
                                             PA Id. No. 91239
                                             2222 West Grandview Boulevard
                                             Erie, Pennsylvania 16506-4508
                                             Telephone: 814-833-2222
                                             Facsimile: 814-833-6753
                                             mkruszewski@quinnfirm.com
                                             Counsel for Debtor, Joseph Martin Thomas

#1504742

# LOCALiQ

Erie Times- News
The Daily American

PO Box 630531 Cincinnati, OH 45263-0531

## PROOF OF PUBLICATION

Melissa Boni
Quinn Buseck Leemhuis Toohey
2222 W GRANDVIEW BLVD
Erie PA 16506-4508

STATE OF PENNSYLVANIA, COUNTY OF ERIE

The Erie Times-News is a newspaper of general circulation, whose principal place of business is at 205 W 12th Street, Erie, Pennsylvania. That a copy of the printed notice, hereto attached, is exactly as the same was printed and published in the regular edition of the Erie Times-News, published in the issue dated:

03/04/2022

Sworn to and subscribed before on 03/04/2022

_____
Legal Clerk

_____
Notary, State of WI, County of Brown

7/27/25
_____
My commision expires

| | |
|---|---|
| Publication Cost: | $478.75 |
| Order No: | 6933460 |
| Customer No: | 581931 |
| PO #: | |
| # of Copies: | 1 |

### THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

SARAH BERTELSEN
Notary Public
State of Wisconsin

In the United States Bankruptcy Court for the Western District of Pennsylvania

In Re: Thomas Chapter 11 Bankruptcy Case No. 20-10334 TPA

NOTICE OF HEARING ON JOINT MOTION FOR PUBLIC AUCTION SALE OF PERSONAL PROPERTY FREE AND DIVESTED OF LIENS:

NOTICE IS HEREBY GIVEN THAT the Debtor in the above-referenced Bankruptcy has filed a Joint Motion for Public Auction Sale of Personal Property Free and Divested of Liens seeking approval to conduct an auction sale or sales of the following items of personal property: 1) approximately 150 items of household furnishings; 2) approximately 500 pieces of artwork, prints, sketches, etc.; 3) dozens of items of decorative art and/or antiques; and 4) substantially all other personal property formerly located in the Debtor's former residence and office according to the terms set forth in the Motion. The property described above will be sold to the highest bidder, piecemeal or in bulk, on a date subsequent to an order being entered approving the within Sale Motion, currently projected to be in or around April of 2022, via live and online auction by United Auctions & Antique Purchasing and Schultz Auctioneers. Potential bidders will be able to participate live, in person, and/or online by registering via www.schultzauctioneers.com and/or www.liveauctioneers.com. Updates regarding the date(s) and time(s) of the auction can be found at Schultzauctioneers.net and/or Auctionzip.com (United Auctions ID#1731). All property is to be sold AS IS to the high bidder.

A Zoom Video Conference Hearing on permission to conduct the auction sale(s) as described herein is scheduled for <u>March 24, 2022</u> at <u>11:30 a.m.</u> before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"), at which time Objections to said sale will be heard. To participate in and join a Zoom Hearing, please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Updated Notice of Temporary Modification of Appearance Procedures, dated and effective November 22, 2021, and continued until further order, which can be found on the Court's Website at https://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Michael P. Kruszewski, Esquire to learn how to make telephonic arrangements. Examination of the property can be obtained by contacting the attorney for the Debtor, listed below. Further information regarding this sale may be found on the Court's EASI Website: http://www.pawb.uscourts.gov/easi.htm.

Attorney for Movant/Applicant
Michael P. Kruszewski, Esquire
Quinn, Buseck, Leemhuis, Toohey, & Kroto, Inc.
2222 West Grandview Blvd.
Erie, Pennsylvania 16506
(814)833-2222
PA ID#91239

(3-6933460-NT-4)