UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS, | : | CHAPTER 11 |
| Debtor. | : | |
| _____ | : | JUDGE THOMAS P. AGRESTI |
| JOSEPH MARTIN THOMAS, | : | |
| Movant, | : | RELATED TO DOCUMENT NOS. 619 and |
| | : | 622 |
| v. | : | |
| | : | DATE AND TIME OF HEARING: |
| NO RESPONDENT. | : | April 7, 2022 @ 10:00 a.m. |
| _____ | : | |
| | : | RESPONSE DEADLINE: |
| | : | April 4, 2022 |
| | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify that I served, or caused to be served, on the 25th day of March, 2022, a copy of the Second Motion to Extend Post-Confirmation Deadlines and Order Scheduling Date for Response and Hearing on Motion upon each of the following persons and parties in interest at the address shown on the attached list.

    Respectfully submitted,

    THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
    Michael P. Kruszewski, Esquire
    PA Id. No. 91239
    2222 West Grandview Boulevard
    Erie, Pennsylvania 16506-4508
    Telephone: 814-833-2222
    Facsimile: 814-833-6753
    E-Mail Address: mkruszewski@quinnfirm.com
    Counsel for Debtor

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Jodi Hause, Esquire (Office of the U.S. Trustee); jodi.hause@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |
| Ronald B. Roteman, Esquire (Kay B. and Steven E. Ribbing) roteman@stonecipherlaw.com |
| Andrew F. Gornall, Esquire (Barbara Noonan) andygornall@latouflawfirm.com |
| Jill Locnikar, Esquire (U.S. Small Business Administration and Internal Revenue Service) jill.locnikar@usdoj.gov |
| Maria Miksich, Esquire (PNC Bank National Association) mmiksich@kmllawgroup.com |
| Harry W. Greenfield, Esquire (Wells Fargo Bank, N.A.) hgreenfield@bernsteinlaw.com |
| Ashley Mulryan, Esquire ((Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC) amulryan@kmgslaw.com |

The following parties were served via First Class Mail, Postage Pre-Paid:

See the attached Mailing Matrix.

#1506661

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 20-10334-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Mar 24 16:01:51 EDT 2022 | MacDonald, Illig, Jones & Britton LLP<br>100 State Street<br>Suite 700<br>Erie, PA 16507-1459 | 2374 Village Common Drive LLC<br>5442 Peach Street<br>Erie, PA 16509-2602 |
| Ally Bank<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | Ally Bank<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 | Ally Bank serviced by Ally Servicing LLC<br>P.O. Box 130424<br>Roseville, MN 55113-0004 |
| Ally Bank, c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Anglea Dunkle<br>2374 Village Common Drive<br>Suite 100<br>Erie, PA 16506-7201 | Anglea Dunkle<br>5301 Windcrest Drive<br>Erie, PA 16510-3357 |
| Anthony K. Arroyo, Esquire<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 | Attorney General of Pennsylvania<br>Western Regional Office<br>1251 Watefront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 | Jesse B. Baldwin<br>Addelman Cross & Baldwin, P.C.<br>5680 Main Street<br>Buffalo, NY 14221-5518 |
| Bank of America, N.A.<br>P.O. Box 15222<br>Wilmington, DE 19886-5222 | Barclay Card<br>Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 | Benjamin A. Post, Esquire<br>Post & Post LLC<br>920 Cassatt Road<br>200 Berwyn Park, Suite 102<br>Berwyn, PA 19312-1178 |
| Berkheimer<br>P.O. Box 25153<br>Lehigh Valley, PA 18002-5153 | Best Wildlife Services<br>P.O. Box 36<br>Erie, PA 16512-0036 | Brian S. Clark<br>Beth Clark<br>10479 Route 19<br>Waterford, PA 16441-9117 |
| Candor Surgical Management, Inc.<br>1180 Adams Lane<br>Southlake, TX 76092-8501 | Charles R. Burger<br>Margaret J. Burger<br>9890 Wattsburg Road<br>Erie, PA 16509-6118 | City of Erie Tax Collector<br>626 State Street<br>Room 105<br>Erie, PA 16501-1146 |
| Mark G. Claypool<br>120 West Tenth Street<br>Erie, PA 16501-1410 | Core Erie MOB LP<br>1515 Lake Shore Drive<br>Suite 225<br>Columbus, OH 43204-3896 | Core Erie MOB LP<br>c/o CT Corporation System<br>600 North 2nd St., Ste. 401<br>Harrisburg, PA 17101-1071 |
| Core Erie MOB LP<br>c/o Christopher Montgomery, Esq.<br>Frost Brown Todd LLC<br>One Columbus Ctr,10 W Broad St, Ste 2300<br>Columbus, OH 43215-3484 | Dahlkemper Landscape & Maintenance<br>1650 Norcross Road<br>Erie, PA 16510-3899 | Dahlkemper Landscape & Maintenance<br>2558 Hillborn Avenue<br>Erie, PA 16509-5810 |
| Darin Williamson<br>22370 Britton Road<br>Spartansburg, PA 16434-3014 | David L. Hunter, Jr., Esquire<br>821 State Street<br>Erie, PA 16501-1316 | Edward M. Zimm, or Assigns<br>300 State Street,<br>Suite 200<br>Erie, PA 16507-1429 |

Gary Eiben
MacDonald Illig Jones & Britton, LLP
100 State St., Ste. 700
Erie, PA 16507-1459

Ernest Guichard
9 Church Street
Charlotte Villa 2, Apt. 503
Sinclairville, NY 14782-9635

Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45263-9998


Francis J. Klemensic, Esquire
Dickie McCamey & Chilcote PC
100 State Street, Suite 508
Erie, PA 16507-1457

Francis M. Letro, Esquire
The Dun Building
10th Floor
110 Pearl Street
Buffalo, NY 14202-4111

Frederick J. Marchinetti, II
11538 Route 19
Waterford, PA 16441-7776


Guy C. Fustine
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1410

George W. Connor MD
207 South Main Street, Suite 140
Jamestown, NY 14701

Glenn Morisue
6201 1/2 Lake Road West
Ashtabula, OH 44004-9757


Andrew F Gornall
2535 West 26th Street
Suite B
Erie, PA 16506-3261

Douglas E. Graff
Graff & McGovern LPA
604 E. Rich Street
Columbus, OH 43215-5341

Graff & McGovern LPA
604 E. Rich Street
Columbus, OH 43215-5363


Greater Erie Surgery Center LLC
2374 Village Common Drive
Erie, PA 16506-7201

Greater Erie Surgery Center LLC
c/o Tri-State Pain Institute LLC
5442 Peach Street
Erie, PA 16509-2602

Harold Hewitt, Esquire
5935 Shady Hollow Drive
Erie, PA 16506-7023


Jodi Hause
Office of the United States Trustee
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714

Heather Adams Szymczak
2374 Village Common Drive
Suite 100
Erie, PA 16506-7201

Heather Adams Szymczak
3629 West 14th Street
Erie, PA 16505-3506


Howard Hanna Real Estate Services
ATTENTION: Kathe W. Rafferty
4248 West 12th Street
Erie, PA 16505-3001

Mark Hutchison
Coldwell Banker Select , Realtors
413 West Plum Street
Edinboro, PA 16412-2175

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230


Internal Revenue Service
ATTN: Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

James D. McDonald, Jr., Esquire
100 State Street
Suite 700
Erie, PA 16507-1459

Jason M. Telaak, Esquire
Campbell & Associates
30 Lake Street, Suite 1
Hamburg, NY 14075-4951


Jason M. Telaak, Esquire
Campbell & Associates
38 Lake Street, Ste. 1
Hamburg, NY 14075-4951

Jason Matzus, Esquire
Matzus Law LLC
310 Grant Street
Suite 3210
Pittsburgh, PA 15219-2301

John Doe & Jane Doe
2374 Village Common Drive
Suite 100
Erie, PA 16506-7201


Jung-Woo Ma, MD
180 Woodbury St., Apt. 224
Manchester, NH 03102-4897

Jung-Woo Ma, MD
2374 Village Common Drive
Suite 100
Erie, PA 16506-7201

KADA Gallery
2632 West Eighth Street
Erie, PA 16505-4021

Kelly S. Buck
Scott A. Buck
3101 Broadlawn Drive
Erie, PA 16506-1801

Salene R.M. Kraemer
BERNSTEIN-BURKLEY, P.C.
601 Grant Street
9th Floor
Pittsburgh, PA 15219-4430

Michael P. Kruszewski
Quinn Law Firm
2222 West Grandview Boulevard
Erie, PA 16506-4508


Laurie C. TeWinkle, Esquire
Law Offices of L.C. TeWinkle
821 State Street
Erie, PA 16501-1316

Lester Spencer
Chris Spencer
337 East 21st Street
Erie, PA 16503-1946

Jill Locnikar
U.S. Attorney's Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219-1955


MacDonald Illig
100 State Street
Suite 700
Erie, PA 16507-1459

MacDonald, Illig, Jones & Britton LLP
c/o Nicholas R. Pagliari, Esq.
100 State Street, Suite 700
Erie, PA 16507-1459

Marjorie A. Weidner
20323 State Highway 89
Spartansburg, PA 16434-1703


Marsh Realty, Inc.
ATTENTION:  Gary V. Marsh
42172 Mageetown Road
Centerville, PA 16404-7146

Matthew W. Loughren
Loughren, Loughren & Loughren, P.C.
8050 Rowan Road
Suite 601 Rowan Towers
Cranberry Township, PA 16066-3624

McKesson Medical-Surgical, Inc.
Stephanie Hampton
6651 Gate Parkway
Jacksonville, FL 32256-8075


Lauren Michaels
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222-4227

Micheal F.J. Romano, Esquire
Ramano, Garubo, & Argentieri
P.O. Box 456
52 Newton Avenue
Woodbury, NJ 08096-4610

Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541


Matthew J. Minnaugh
Schaffner Knight Minnaugh & Company P.C.
1545 W. 38th Street
Erie, PA 16508-2347

Mr. and Mrs. Steven E. Ribbing
c/of Matthew W. Loughren, Esquire
310 Grant Street, Suite 2800
Grant Bldg.
Pittsburgh, PA 15219-2255

Mr. and Mrs. Steven E. Ribbing
c/of Matthew W. Loughren, Esquire
8050 Rowan Road
Suite 601 Rowan Towers
Cranberry Township, PA 16066-3624


Ashley Mulryan
120 W 10th St
Erie, PA 16501-1410

New York State Department of Taxation & Fina
Bankruptcy Section
P O Box 5300
Albany, NY 12205-0300

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541


Northwest Bank
100 Liberty Street
Drawer 128
Warren, PA 16365-0128

Office of Attorney General, Department of Re
Lauren A. Michaels
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222-4227

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721


Official Committee of Unsecured Creditors fo
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1410

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Pa. Dept. of Revenue
Dept. 280946
Harrisburg, PA 17128-0946


Pat Baldino Fine Art
64 Vernon Drive
Scarsdale, NY 10583-6124

Paul J. Susko, Esquire
P.O. Box 460
Fairview, PA 16415-0460

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

| | | |
|---|---|---|
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peter A. Pentz, Esquire<br>2409 State Street<br>Erie, PA 16503-1856 | Peter A. Pentz, Esquire<br>246 West Tenth Street<br>Erie, PA 16501-1412 |
| Philip C. Chapman III, Esquire<br>Pribanic & Pribanic<br>513 Court Place<br>Pittsburgh, PA 15219-2002 | Kathe W. Rafferty<br>Howard Hanna Real Estate Services<br>4248 West 12th Street<br>Erie, PA 16505-3001 | Rick Rumball<br>52 Orchard Street<br>Erie, PA 16508-2729 |
| Rick Taraszki<br>6103 West Lake Road<br>Erie, PA 16505-2615 | Rita Jennings<br>George Jennings<br>5524 West 52nd Street<br>Fairview, PA 16415-2331 | Michael F.J. Romano<br>52 Newton Ave<br>PO Box 456<br>Woodbury, NJ 08096-7456 |
| Ronald M. Puntil, Jr., Esquire<br>Cipriani & Werner<br>650 Washington Road<br>Suite 700<br>Pittsburgh, PA 15228-2712 | Ronald M. Puntil, Jr., Esquire<br>Marshall Dennehey<br>Union Trust Building<br>501 Grant Street, Suite 700<br>Pittsburgh, PA 15219-4441 | Ronald B. Roteman<br>The Stonechipher Law Firm<br>125 First Avenue<br>Pittsburgh, PA 15222-1506 |
| SBA<br>721 19th Street<br>Denver, CO 80202-2500 | Salene Mazur Kraemer, Esquire<br>Trisha Hudkins, Esquire<br>Bernstein-Burkley P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Schaffner, Knight, Minnaugh & Co., P.C.<br>1545 W. 38th Street<br>Erie, PA 16508-2347 |
| Schultz Auctioneers<br>11177 Main St.<br>Clarence, NY 14031-1701 | Sharon L. Kulig<br>Steven B. Kulig<br>274 Creek Road<br>Jamestown, NY 14701-9526 | Gary V. Skiba<br>300 State Street, Suite 300<br>Erie, PA 16507-1430 |
| Small Business Administration<br>an agency of the U.S. Government<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 | Steven J. Wildberger, Esquire<br>Matzus Law LLC<br>310 Grant Street<br>Suite 3210<br>Pittsburgh, PA 15219-2301 | Steven Kinross<br>Kathy Kinross<br>507 Sanford Place<br>Erie, PA 16511-1061 |
| TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road, Suite 300<br>Chesterfield, MO 63017-3489 | Tax Collector<br>Township of Greene<br>8628 Wattsburg Road<br>Erie, PA 16509-5850 | Tax Collector<br>Township of Millcreek<br>3608 West 26th Street<br>Erie, PA 16506-2098 |
| The Kada Gallery<br>2632 West 8th Street<br>Erie, PA 16505-4021 | Joseph Martin Thomas<br>c/of Tri-State Pain Institute<br>5442 Peach Street<br>Erie, PA 16509-2602 | Maribeth Thomas<br>Tucker Arensberg PC<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5413 |
| Thomas Charlton<br>Samantha Charlton<br>4741 S. Washington Street<br>North East, PA 16428-5011 | Crystal H. Thornton-Illar<br>Leech Tishman Fuscaldo & Lampl, LLC<br>525 William Penn Place, 28th Floor<br>Pittsburgh, PA 15219-1728 | Tri-State Pain Institute LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 |

| | | |
|---|---|---|
| Tri-State Pain Institute LLC<br>5442 Peach Street<br>Erie, PA 16509-2602 | UMPC Chautauqua at WCA<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 | UPMC Chautauqua at WCA<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 |
| United Auctions & Antique Purchasing<br>508 1st Ave.<br>Olean, NY 14760-1704 | United States Attorney's Office<br>Western District of Pennsylvania<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1956 | United States of America<br>Small Business Administration<br>Anthony Arroyo<br>660 American Avenue, Suite 301<br>King Of Prussia, PA 19406-4032 |
| United States of America Department of the T<br>c/oOffice of U.S. Atty for W.D. of PA<br>U.S. Post Office & Courthouse<br>700 Grant Street, suite 4000<br>Pittsburgh, PA 15219-1956 | United States of America, Small Business Adm<br>c/o U.S. Attorney's Office<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1956 | Vanessa G. Ramlal MD<br>207 Foote Avenue<br>Jamestown, NY 14701-7077 |
| WELLS FARGO BANK, N.A.<br>Salene Mazur Kraemer<br>BERNSTEIN BURKLEY<br>707 Grant St.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1908 | Wells Fargo Bank, N.A.<br>4101 Wiseman Blvd.<br>Building 307<br>San Antonio, TX 78251-4200 | Wells Fargo Bank, N.A.<br>c/o Steven Treadway<br>1620 E Roseville Pkwy, 1st Floor, Suite<br>MAC A1792-018<br>Roseville, CA 95661-3995 |
| Wells Fargo Bank, National Association<br>1620 Roseville Pkwy., Suite 100<br>Roseville, CA 95661-3303 | Wells Fargo Bank, National Association<br>301 S. Tryon Street<br>27th Floor<br>Charlotte, NC 28282-1915 | Widget Federal Credit Union<br>2154 East Lake Road<br>Erie, PA 16511-1140 |
| Zubin Menon MD<br>565 Abbott Road<br>Buffalo, NY 14220-2039 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | (d)PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | (d)Candor Surgical Management, Inc.<br>1180 Adams Lane<br>Southlake, TX 76092-8501 | (u)Barbara Noonan |

| | | |
|---|---|---|
| (u)PNC BANK NATIONAL ASSOCIATION | (d)Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | (u)Kay B. Ribbing |
| (u)Steven E. Ribbing | (d)Sharon L. Kulig<br>Steven B. Kulig<br>274 Creek Road<br>Jamestown, NY 14701-9526 | (d)TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road<br>Suite 300<br>Chesterfield, MO 63017-3489 |
| (d)TIAA Commercial Finance, Inc.<br>390 S. Woods Mill Road, Suite 300<br>Chesterfield, MO 63017-3489 | (d)The Kada Gallery<br>2632 West 8th Street<br>Erie, PA 16505-4021 | (d)Tri-State Pain Institute, LLC<br>2374 Village Common Drive<br>Erie, PA 16506-7201 |

End of Label Matrix
Mailable recipients   135
Bypassed recipients    12
Total                 147