UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-10334 TPA |
| | : | |
| JOSEPH MARTIN THOMAS,<br>　　Debtor. | : | CHAPTER 11 |
| _____ | : | JUDGE THOMAS P. AGRESTI |
| JOSEPH MARTIN THOMAS,<br>　　Movant, | : | RELATED TO DOC. NO. 619 |
| | : | |
| v. | : | DATE AND TIME OF HEARING:<br>April 7, 2022 @ 10:00 a.m. |
| NO RESPONDENT. | : | |
| _____ | : | RESPONSE DEADLINE:<br>April 4, 2022 |

**CERTIFICATION OF NO OBJECTION REGARDING**
**2ND MOTION TO EXTEND POST-CONFIRMATION DEADLINES (Document No. 619)**

　　The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the 2nd Motion to Extend Post-Confirmation Deadlines filed March 23, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Order Scheduling Date for Response and Hearing on Motion, objections to the Motion were to be filed and served no later than April 4, 2022.

　　It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: April 5, 2022

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　QUINN, BUSECK, LEEMHUIS, TOOHEY &
　　　　　　　　　　　　　　　　　　　　KROTO, INC.


　　　　　　　　　　　　　　　　　　BY:　/s/Michael P. Kruszewski
　　　　　　　　　　　　　　　　　　　　Michael P. Kruszewski, Esquire
　　　　　　　　　　　　　　　　　　　　PA Id. No. 91239
　　　　　　　　　　　　　　　　　　　　The Quinn Law Firm
　　　　　　　　　　　　　　　　　　　　2222 West Grandview Boulevard
　　　　　　　　　　　　　　　　　　　　Erie, Pennsylvania 16506-4508
　　　　　　　　　　　　　　　　　　　　Telephone: 814-833-2222
　　　　　　　　　　　　　　　　　　　　Facsimile: 814-833-6753
　　　　　　　　　　　　　　　　　　　　E-Mail: mkruszewski@quinnfirm.com
　　　　　　　　　　　　　　　　　　　　Counsel for Debtor

#1509113