**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/7/22 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| Joseph Martin Thomas | : | Chapter: | 11 |
| *Debtor(s).* | : | Date: | 4/7/2022 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**   #619 Second Motion to Extend Post-Confirmation Deadlines
              #624 CNO filed

**APPEARANCES:**

|  |  |
|---|---|
| Debtor: | Michael P. Kruszewski |
| Tri-State Cred. Cmte.: | Ashley Mulryan |
| Tri-State Pain Institute: | Gary Skiba |
| U.S. Trustee: | Jodi Hause (no appearance) |
| IRS: | Jill Locnikar |

**NOTES:**

Kruszewski:   Our extension is exclusively to potential claims with the IRS. Provided background on the matter relating to the IRS. We are discussing the possibility of mediation.

Locnikar:   Provided background on the process of getting the tax filings.

**OUTCOME:**   Chambers to Issue Order directing Attorney Kruszewski to file an Objection on or before April 11, 2022.

#619: Taken under advisement

jlm