UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| MacDONALD, ILLIG, JONES, & BRITTON, LLP, | : CHAPTER 11 |
| | : |
|     Movant, | : DATE & TIME OF HEARING: |
| | : May 5, 2022 @ 9:30 a.m. |
|     v. | : |
| | : RESPONSE DEADLINE: |
| NO RESPONDENT. | : April 25, 2022 |
| | : |
| | : |

**<u>CERTIFICATION OF NO OBJECTION REGARDING
FOURTH AND FINAL APPLICATION OF SPECIAL COUNSEL FOR THE DEBTOR
FOR COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
(Document No. 627)</u>**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Fourth and Final Application of Special Counsel for the Debtor for Compensation of Attorneys' Fees and Reimbursement of Expenses filed April 7, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than April 25, 2022.

      It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: April 26, 2022

                                                Respectfully submitted,

                                                QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                        BY:    /s/Michael P. Kruszewski
                                                     Michael P. Kruszewski, Esquire
                                                     PA Id. No. 91239
                                                     The Quinn Law Firm
                                                     2222 West Grandview Boulevard
                                                     Erie, Pennsylvania 16506-4508
                                                     Telephone: 814-833-2222
                                                     Facsimile: 814-833-6753
                                                     E-Mail: mkruszewski@quinnfirm.com
                                                     Counsel for Debtor

#1512250