UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>JOSEPH MARTIN THOMAS,<br>    Debtor.<br><br>MICHAEL P. KRUSZEWSKI, ESQUIRE and<br>QUINN, BUSECK, LEEMHUIS, TOOHEY, &<br>KROTO, INC.,<br><br>    Movant,<br><br>    v.<br><br>NO RESPONDENT. | BANKRUPTCY NO. 20-10334 TPA<br><br>THE HONORABLE THOMAS P. AGRESTI<br><br>CHAPTER 11<br><br>DATE & TIME OF HEARING:<br>May 5, 2022 @ 9:30 a.m.<br><br>RESPONSE DEADLINE:<br>April 25, 2022 |

## CERTIFICATION OF NO OBJECTION REGARDING
## FIFTH AND FINAL APPLICATION OF COUNSEL FOR THE DEBTOR FOR COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
### (Document No. 629)

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Fifth and Final Application of Counsel for the Debtor for Compensation of Attorneys' Fees and Reimbursement of Expenses filed April 7, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than April 25, 2022.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: April 26, 2022

                    Respectfully submitted,

                    QUINN, BUSECK, LEEMHUIS, TOOHEY &
                    KROTO, INC.

                    BY:   /s/Michael P. Kruszewski
                          Michael P. Kruszewski, Esquire
                          PA Id. No. 91239
                          The Quinn Law Firm
                          2222 West Grandview Boulevard
                          Erie, Pennsylvania 16506-4508
                          Telephone: 814-833-2222
                          Facsimile: 814-833-6753
                          E-Mail: mkruszewski@quinnfirm.com
                          Counsel for Debtor

#1512253