UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : RELATED TO DOC. NOS. 595, 620, and 646 |
| | : |
| v. | : |
| | : |
| UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, and COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE, | : |
| | : |
|     Respondents. | : |

## **EXHIBIT**

Attached is the Exhibit to the Motion Requesting Public Auction Sale Confirmation Order filed at Document No. 646.

    Respectfully submitted,

    THE QUINN LAW FIRM

BY:   /s/Michael P. Kruszewski
      Michael P. Kruszewski, Esquire
      PA Id. No. 91239
      2222 West Grandview Boulevard
      Erie, Pennsylvania 16506-4508
      Telephone: 814-833-2222
      Facsimile: 814-833-6753
      E-Mail Address: mkruszewski@quinnfirm.com
      Counsel for Debtor

#1514184

**Schultz Auctioneers**                                                      **Sales Entry Sheet for Auction**
11177 Main Street                                      **Auction Dates:**   4/28/2022  to  4/30/2022
Clarence, NY   14031                                                          **Auction Sales for:**
(716) 759-2260                                                                         **Dr. Thomas Estate**

| Lot No | Description | QTY | | PRICE | | TOTAL | NOTES |
|---|---|---|---|---|---|---|---|
| 0813 | Constant Troyon 1856 Oil on Board Painting of Cattle w/ Wagon Crossing Stream | 1 | @ | $4,000.00 | = | $4,000.00 | |
| 0814 | E. Pieters Oil on Canvas Painting of Seated Woman Sewing | 1 | @ | $4,000.00 | = | $4,000.00 | |
| 0815 | Oil on Canvas Painting of Turkish Women | 1 | @ | $200.00 | = | $200.00 | |
| 0816 | G. Ferrand Oil on Canvas Painting French Renaissance Parlor Scene | 1 | @ | $550.00 | = | $550.00 | |
| 0817 | Oil on Canvas Painting of Grandmother with Children | 1 | @ | $300.00 | = | $300.00 | |
| 0818 | H. Weber Watercolor of Dutch w/ Boats at Rocky Shore | 1 | @ | $200.00 | = | $200.00 | |
| 0819 | Cecil Chichester Oil on Canvas Landscape w/ Mountains, White Birch Trees, etc | 1 | @ | $125.00 | = | $125.00 | |
| 0820 | Cecil Chichester Oil on Canvas Winter Landscape w/ stream, trees, etc | 1 | @ | $425.00 | = | $425.00 | |
| 0821 | Arthur Diehl Oil on Board Painting of Harbor, Fishing Boats at Dock | 1 | @ | $400.00 | = | $400.00 | |
| 0822 | Oil on Board Painting Signed Snyder of "Sea Waves on Shore" | 1 | @ | $50.00 | = | $50.00 | |
| 0823 | Oil on Canvas Painting Signed Avan Oudpaeon ? of Outdoor Scene w/ Boat on small lake w/ windmill | 1 | @ | $325.00 | = | $325.00 | |
| 0824 | Painting of Woman in Red Dress, Copy of an Old Masters, Oil on | 1 | @ | $350.00 | = | $350.00 | |
| 0825 | Pair of Early 19th C. Portrait Oil on Canvas Paintings of Young Boy and Girl w/ Cards in gold gilt frames | 1 | @ | $1,500.00 | = | $1,500.00 | |
| 0826 | Oil on Canvas Painting "Flower Market" | 1 | @ | $650.00 | = | $650.00 | |
| 0827 | Trevor James Oil on Canvas Landscape Painting w/ People in Foreground | 1 | @ | $400.00 | = | $400.00 | |

| Lot No | Description | QTY | | PRICE | | TOTAL | NOTES |
|---|---|---|---|---|---|---|---|
| 0828 | Folk Art Pen & Ink Mourning Piece by Margaret Beeckman on silk many with needle & thread, Sacred to the memory of John Jacob Beeckman & Maria Beeckman and I.N. Beeckman | 1 | @ | $1,300.00 | = | $1,300.00 | |
| 0829 | Signed Oil on Canvas Still Life Painting of Vase w/ Flowers | 1 | @ | $600.00 | = | $600.00 | |
| 0830 | S.B. Shirley Oil on Canvas Painting of Young Boy 1880 in gold frame | 1 | @ | $325.00 | = | $325.00 | |
| 0831 | Mid 19th C. Oil on Canvas Portrait of Gentleman in Victorian Frame | 1 | @ | $800.00 | = | $800.00 | |
| 1058 | Large Print of Ship and Tugboat w/ American Flags, framed | 1 | @ | $100.00 | = | $100.00 | |
| 1059 | N. Hagerup Oil on Canvas Painting of Seascape in gold frame | 1 | @ | $450.00 | = | $450.00 | |
| 1381 | JT Scott 1868 Oil on Canvas Painting "Victor" White Horse in Field, Beautiful Gold Leaf Frame | 1 | @ | $1,100.00 | = | $1,100.00 | |
| 1382 | Oil on Canvas Painting of Scene w/ People, Horse, etc. Late 19thc-Early 20th c in gold frame | 1 | @ | $100.00 | = | $100.00 | |
| 1383 | H. Schaffer Watercolor Interior Church Scene | 1 | @ | $0.00 | = | $0.00 | PASSED |
| 1384 | F. Vial Oil on Canvas Painting of Man in Mountains | 1 | @ | $0.00 | = | $0.00 | PASSED |
| 1503 | Ships Model Benjamin W. Latham 1902, 1/4" equals 1' scale | 1 | @ | $100.00 | = | $100.00 | |
| 1504 | Ships Model USS Brig "Niagara" 1809, 3/16" equals 1' scale | 1 | @ | $275.00 | = | $275.00 | |
| 1505 | Figural Table Lamp w/ Leather Shade & Table Lamp w/ arts and crafts style wire shade | 1 | @ | $175.00 | = | $175.00 | |
| 1506 | Single Student Lamp w/ Yellow Shade | 1 | @ | $50.00 | = | $50.00 | |
| 1507 | Drop Leaf Gate Leg Table | 1 | @ | $75.00 | = | $75.00 | |
| 1508 | Game Table on Castors | 1 | @ | $175.00 | = | $175.00 | |
| 1509 | Tiger Maple Drop Side Table | 1 | @ | $275.00 | = | $275.00 | |
| 1510 | 2 Drawer Side Table w/ Turned Legs, Chippendale drawer pulls | 1 | @ | $50.00 | = | $50.00 | |
| 1511 | 2 Drawer Stand | 1 | @ | $75.00 | = | $75.00 | |
| 1512 | Glass Front Bookcase w/ 3 Shelves | 1 | @ | $275.00 | = | $275.00 | |
| 1513 | Steel & Iron Constructed Wine Rack | 1 | @ | $50.00 | = | $50.00 | |
| 1514 | 2 Drawer Lift Top Blanket Chest | 1 | @ | $150.00 | = | $150.00 | |

| Lot No | Description | QTY | | PRICE | | TOTAL | NOTES |
|---|---|---|---|---|---|---|---|
| 1515 | French Provincial Upholstered Lounge Chair | 1 | @ | $450.00 | = | $450.00 | |
| 1516 | Matching Pair of Upholstered Settees | 1 | @ | $175.00 | = | $175.00 | |
| 1517 | Camel Back Sofa w/ Curved Arms and Green Upholstery | 1 | @ | $100.00 | = | $100.00 | |
| 1518 | Marble Top Sideboard w/ Trifold Beveled Mirror | 1 | @ | $550.00 | = | $550.00 | |
| 1519 | 2 Mahogany Side Tables | 1 | @ | $0.00 | = | $0.00 | PASSED |
| 1520 | Dining Room Table w/ 2 Pedestal Base w/ brass claw feet | 1 | @ | $200.00 | = | $200.00 | |
| 1521 | 6 Dining Chairs with Ball and Claw Feet incl. 2 Arm chairs | 1 | @ | $250.00 | = | $250.00 | |
| 1522 | Dining Room Buffet w/ 8 Drawers | 1 | @ | $225.00 | = | $225.00 | |
| 1523 | Beveled Glass Front China Cabinet w/ 4 drawers | 1 | @ | $325.00 | = | $325.00 | |
| 1524 | 2 Pair Mantle Girondels | 1 | @ | $75.00 | = | $75.00 | |
| 1525 | 7pc Fancy Silver Plated Tea Set Simpson by Hall & Miller Co. w. gargoyles and swan feet on fancy silver plated tray Plus Derby Silver Plated Covered Tureen | 1 | @ | $250.00 | = | $250.00 | |
| 1526 | Group of Waterford & Baccarat Crystal incl. Vases, Small Lamp, stems, cups, etc all pieces are Waterford except 1 Baccarat vase | 1 | @ | $475.00 | = | $475.00 | |
| 1527 | Group of Johnson Brothers Flo Blue approx 100 pcs incl. plates, bowls, cups, covered dish etc | 1 | @ | $650.00 | = | $650.00 | |
| 1528 | Taylor Instruments Barograph Cyclo Stormograph incl Name plate CH Collman Erie PA | 1 | @ | $250.00 | = | $250.00 | |
| 1529 | Knott Boston Cased Scale | 1 | @ | $75.00 | = | $75.00 | |
| 1530 | Eli Terry & Sons Pillar & Scroll Clock | 1 | @ | $425.00 | = | $425.00 | |
| 1531 | Skeleton Clock | 1 | @ | $400.00 | = | $400.00 | |
| 1532 | Figural Mantle Clock w/ Horse | 1 | @ | $200.00 | = | $200.00 | |
| 1533 | Grandfathers Clock w/ Brass Face and Wood inlay | 1 | @ | $75.00 | = | $75.00 | |
| 1534 | Grandfathers Clock Bernard Sillingbourne | 1 | @ | $750.00 | = | $750.00 | |
| 1535 | Country Kitchen Furniture with Multi drawer top | 1 | @ | $250.00 | = | $250.00 | |
| 1536 | Bucket Bench Shelf w/ Arched Base and Remnants of Blue Paint | 1 | @ | $700.00 | = | $700.00 | |

| Lot No | Description | QTY | | PRICE | TOTAL | NOTES |
|---|---|---|---|---|---|---|
| 1537 | Corner Cupboard w/ 12 Pane Glass Open Top | 1 | @ | $500.00 = | $500.00 | |
| 1538 | Antique 9 Drawer Tall Dresser w/ Brass Pulls | 1 | @ | $650.00 = | $650.00 | |
| 1539 | Oak Bed Headboard and Footboard w/ Wood Embellishment | 1 | @ | $50.00 = | $50.00 | |
| 1540 | 2 Drawer Stand w/ Turned Legs | 1 | @ | $150.00 = | $150.00 | |
| 1541 | 2 Drawer Stand w/ Birds Eye Maple Drawer Fronts | 1 | @ | $150.00 = | $150.00 | |
| 1542 | 2 Drawer Stand w/ Birds Eye Maple Drawer Fronts | 1 | @ | $175.00 = | $175.00 | |
| 1543 | 4 Post Bed w/ Carving on Headboard and Footboard | 1 | @ | $950.00 = | $950.00 | |
| 1544 | 6 Drawer Chimney Back Dresser | 1 | @ | $200.00 = | $200.00 | |
| 1545 | 4 Drawer Slant Front Desk w/ Hepplewhite Type Inlay | 1 | @ | $150.00 = | $150.00 | |
| 1546 | Federal Style Desk w/ Tambor Doors & Eagle Inlay Embellishment | 1 | @ | $200.00 = | $200.00 | |
| 1547 | 4 Drawer Slant Front Desk w/ Inlay | 1 | @ | $200.00 = | $200.00 | |
| 1548 | Grandfathers Clock w/ Convex Porcelain Dial | 1 | @ | $300.00 = | $300.00 | |
| 1549 | Glass Front Bookcase w/ 2 Drawer Base | 1 | @ | $225.00 = | $225.00 | |
| 1550 | 6 Dining Chairs Curved Back Upholstered Seats | 1 | @ | $150.00 = | $150.00 | |
| 1551 | 5 Drawer Desk w/ Raised Panel Sides and Back and Curved Back Leather Seat Corner Chair | 1 | @ | $50.00 = | $50.00 | |
| 1552 | 1 Drawer Stand | 1 | @ | $125.00 = | $125.00 | |
| 1553 | 1 Drawer Stand | 1 | @ | $100.00 = | $100.00 | |
| 1554 | Cherry Long Drop Leaf Table | 1 | @ | $0.00 = | $0.00 | PASSED |
| 1555 | 4 Drawer Chippendale Style Dresser | 1 | @ | $475.00 = | $475.00 | |
| 1556 | 2 Door Cupboard w/ Glass Front | 1 | @ | $150.00 = | $150.00 | |
| 1557 | 6 Drawer Dresser | 1 | @ | $350.00 = | $350.00 | |
| 1558 | Brass Covered Fire Box w/ Hunt Scenes on all sides Plus Round Pedestal/Plant Stand | 1 | @ | $100.00 = | $100.00 | |
| 1559 | Marble Top Dresser w/ Burl Front Drawers | 1 | @ | $150.00 = | $150.00 | |
| 1560 | Marble Top Commode | 1 | @ | $200.00 = | $200.00 | |
| 1561 | 5 Drawer Oak Dresser | 1 | @ | $100.00 = | $100.00 | |

| Lot No | Description | QTY | | PRICE | | TOTAL | NOTES |
|---|---|---|---|---|---|---|---|
| 1562 | New Haven Oak Case Grandfathers Clock | 1 | @ | $100.00 | = | $100.00 | |
| 1563 | Grandfathers Clock w/ Flowers and Birds on Front and Sides | 1 | @ | $50.00 | = | $50.00 | |
| 1564 | Pair of 1 Drawer Drop Side End Tables w/ Inlay | 1 | @ | $150.00 | = | $150.00 | |
| 1565 | Globe Wernicke Oak Barrister Bookcase w/ 1 Drawer Base | 1 | @ | $275.00 | = | $275.00 | |
| 1566 | 5 Drawer Knee Hole Desk w/ Raised Panel Sides and back | 1 | @ | $50.00 | = | $50.00 | |
| 1567 | Leather Top 5 Drawer Desk & Chair w/ Leather Seat & Back | 1 | @ | $200.00 | = | $200.00 | |
| 1568 | Leather Covered Swivel Desk Chair in Green Leather | 1 | @ | $425.00 | = | $425.00 | |
| 1569 | Burgundy Leather Arm Chair on Wheels | 1 | @ | $275.00 | = | $275.00 | |
| 1570 | Red Leather Arm Chair w/ Ottoman | 1 | @ | $175.00 | = | $175.00 | |
| 1571 | Burgundy Leather Reclining Arm Chair w/ Brass Tack Embellishment | 1 | @ | $150.00 | = | $150.00 | |
| 1572 | Pair of Upholstered Wing Back Arm Chairs | 1 | @ | $275.00 | = | $275.00 | |
| 1573 | Round Marble Top Coffee Table w/ Brass Embellishment | 1 | @ | $0.00 | = | $0.00 | PASSED |
| 1574 | Leather Pull Out Sleeper Sofa | 1 | @ | $50.00 | = | $50.00 | |
| 1575 | Room Size Handmade Oriental Rug | 1 | @ | $225.00 | = | $225.00 | |
| 1576 | Oversize Handmade Oriental Rug | 1 | @ | $750.00 | = | $750.00 | |
| 1577 | Room Size Handmade Oriental Rug | 1 | @ | $1,200.00 | = | $1,200.00 | |
| 1578 | Needlepoint Floral Rug | 1 | @ | $50.00 | = | $50.00 | |
| 1579 | Room Size Handmade Oriental Rug Bokhara design | 1 | @ | $100.00 | = | $100.00 | |
| 1580 | Handmade Oriental Runner | 1 | @ | $100.00 | = | $100.00 | |
| 1581 | Handmade Oriental Rug very unusual design | 1 | @ | $300.00 | = | $300.00 | |
| 1582 | Handmade Oriental Rug | 1 | @ | $175.00 | = | $175.00 | |
| 1583 | Handmade Oriental Runner | 1 | @ | $175.00 | = | $175.00 | |
| 1584 | 3 Machine Made Oriental Runners | 1 | @ | $0.00 | = | $0.00 | PASSED |
| 1585 | Handmade Oriental Rug | 1 | @ | $150.00 | = | $150.00 | |
| 1586 | Handmade Oriental Rug | 1 | @ | $150.00 | = | $150.00 | |
| 1587 | Room Size Homemade Oriental Rug | 1 | @ | $350.00 | = | $350.00 | |
| 1588 | Round Handmade Oriental Rug | 1 | @ | $275.00 | = | $275.00 | |

| Lot No | Description | QTY | | PRICE | | TOTAL | NOTES |
|---|---|---|---|---|---|---|---|
| 1589 | Fabulous Tramp Art Frame w/ Horse Print & Victorian Print of Woman w/ Playing Cards | 1 | @ | $125.00 | = | $125.00 | |
| 1590 | Mary Hamilton 2 Watercolors, 1 Oil Painting incl Roosters, pumpkins ,flowers | 1 | @ | $0.00 | = | $0.00 | PASSED |
| 1591 | 2 Early Oil on Board Paintings of Boats by the water incl T. Mason 1912 | 1 | @ | $50.00 | = | $50.00 | |
| 1592 | Oil on Board Painting by Andrew Sanders of Landscape & Oil on Panel Seascape Signed and Dated 1812 | 1 | @ | $275.00 | = | $275.00 | |
| 1593 | 4pcs Artwork incl. Oil Painting of Women at the spinning wheel in fancy gold frame | 1 | @ | $50.00 | = | $50.00 | |
| 1594 | 4 Still Life Oil on Canvas Paintings incl Jim Heintz, Lois Wiley "Arrangement of Dried Flowers" Etc | 1 | @ | $0.00 | = | $0.00 | PASSED |
| 1595 | 3pcs Artwork incl. 2 Oil on Canvas Still Life Paintings incl. by Susan Wolfe "Evening with Yellow Flowers" and 1 Mixed Media on Canvas of Roses by Juliana Dugaw "Roses on the Breeze" | 1 | @ | $0.00 | = | $0.00 | PASSED |
| 1596 | 5pcs Artwork incl. 4 Signed Oil on Canvas Paintings and 1 Print all with Flowers | 1 | @ | $50.00 | = | $50.00 | |
| 1597 | Oil on Canvas Painting by Issaic Maimon Titled "La Cafe" & Oil on Canvas Painting of 5 Piece Band | 1 | @ | $50.00 | = | $50.00 | |
| 1598 | 3pcs Artwork incl. Lee Steadman Watercolor titled Hunters Moon, Oil on Canvas Painting of a Matador Signed, & Oil on Canvas Painting of Ocean Sunset Signed | 1 | @ | $50.00 | = | $50.00 | |
| 1599 | 3pcs Artwork incl. 2 Abstract Paintings & 1 Oil on Canvas of Trees by Cortez | 1 | @ | $150.00 | = | $150.00 | |
| 1600 | 4pcs Artwork incl. Painting by Lawrence Kaplan, Print by Merle Nacht 3/30, Oil on Board painting of man etc | 1 | @ | $0.00 | = | $0.00 | PASSED |
| 1601 | 4pcs Artwork incl. Oil on Canvas Painting by David P Ludinick titled "Pennsylvania Summer" etc | 1 | @ | $50.00 | = | $50.00 | |
| 1602 | 3 LM Steadman Watercolors incl 2 landscapes, 1 water scene | 1 | @ | $0.00 | = | $0.00 | PASSED |

| Lot No | Description | QTY | PRICE | TOTAL | NOTES |
|---|---|---|---|---|---|
| 1603 | Framed Oil on Board Painting of a Mill & Oil on Canvas Signed C. Klosinski 1910 of mountain stream scene | 1 @ | $75.00 = | $75.00 | |
| 1604 | 3pcs Framed Artwork incl. Oil on Board of Woman, Pastel of a church, & Portrait of Gentleman | 1 @ | $50.00 = | $50.00 | |
| 1605 | 4 JD Titzel Watercolors incl Lighthouse, 3 Still Life Paintings with flowers | 1 @ | $0.00 = | $0.00 | PASSED |
| 1606 | 2 R. Green Oil on Canvas Landscape Paintings | 1 @ | $0.00 = | $0.00 | PASSED |
| 1607 | 2 Mary Hamilton Oil on Canvas Paintings incl 1 w/ Colorful garden and 1 w/ winter scene | 1 @ | $0.00 = | $0.00 | PASSED |
| 1608 | 2 Mary Hamilton Oil on Canvas Paintings incl. Perry Monument at Dusk and The Erie Club | 1 @ | $50.00 = | $50.00 | |
| 1609 | 2 Glen Morisue Skyscapes incl 1 Oil on Canvas and 1 Oil on Board incl "Walnut Beach Sunset" | 1 @ | $125.00 = | $125.00 | |
| 1610 | 3 Joktan Faulk Oil Paintings of Demonic Figures incl 2 on canvas, 1 on board and drawing of Brad Lethaby by Glen Morisue | 1 @ | $75.00 = | $75.00 | |
| 1611 | 5 Glen Morisue Pieces of Original Art incl Oil on canvas still life paintings | 1 @ | $0.00 = | $0.00 | PASSED |
| 1612 | 3 Glen Morisue Oil on Board Paintings incl Girl in Red Dress, Nude Woman, etc | 1 @ | $125.00 = | $125.00 | |
| 1613 | 4 Nudes by Glen Morisue Oil on Board Paintings incl. 3 angels incl "Heavenly" and "Oh my God" | 1 @ | $175.00 = | $175.00 | |
| 1614 | Brad Lethaby Oil on Board Painting "The Professional" | 1 @ | $100.00 = | $100.00 | |
| 1615 | 3 Brad Lethaby Works of Art incl. 2 Oil Paintings incl Blind Cat, Woman in Red Sweater, and Drawing of Woman in Garter | 1 @ | $50.00 = | $50.00 | |
| 1616 | 3 Brad Lethaby Landscape Paintings incl. 2 Oil on Canvas, 1 Oil on Board | 1 @ | $0.00 = | $0.00 | PASSED |
| 1617 | 5 Glen Morisue Nudes incl. Oil on Board Paintings, etc. | 1 @ | $125.00 = | $125.00 | |
| 1618 | 5 Still Life Paintings & Pastel incl Lois Wiley | 1 @ | $0.00 = | $0.00 | PASSED |

| Lot No | Description | QTY | | PRICE | | TOTAL | NOTES |
|---|---|---|---|---|---|---|---|
| 1619 | 5pcs Misc Artwork incl Oil Paintings, Watercolors, incl H Schaffer etc | 1 | @ | $50.00 | = | $50.00 | |
| 1620 | 4pcs Early Artwork incl. Watercolor of Woman w/ Sheep, Cat Print, Print of Gentleman with hat, etc | 1 | @ | $125.00 | = | $125.00 | |
| 1621 | AM Jones Oil on Canvas Painting of Western Scene Signed & Dated 1907 | 1 | @ | $375.00 | = | $375.00 | |
| 1622 | 2 Large Framed Oil Paintings incl 1 Still Life & 1 with people by a pond | 1 | @ | $50.00 | = | $50.00 | |
| 1623 | Susan Wolfe Oil on Canvas Painting of Flowers in Vase incl The Irises and oil on canvas of flowers in vase by Charlie Hzoo "Flower on China Buffet" | 1 | @ | $50.00 | = | $50.00 | |
| 1624 | 4 Paintings incl. J. Howard "Morning Glory", David Ludnick "Nocturne", etc | 1 | @ | $50.00 | = | $50.00 | |
| 1625 | 4pcs Artwork by Glen Morisue incl Oil on Board Still Life w/ Nude Angel, Oil on Board still life w/ naked Barbie, oil on board still life with nude woman, & Pastel of flowers in vase | 1 | @ | $0.00 | = | $0.00 | PASSED |
| 1626 | 3 Watercolors by Jean Stull incl. Flowers, Birds, Abstract, etc | 1 | @ | $75.00 | = | $75.00 | |
| 1627 | 5 Juliana Dugaw Paintings & 2 Max Dugaw Paintings incl Roses in the Morning, Summer Moments, Simple Gifts, etc | 1 | @ | $50.00 | = | $50.00 | |
| 1628 | 6pcs Artwork by MW Duncan | 1 | @ | $0.00 | = | $0.00 | PASSED |
| 1629 | 7pcs Artwork by Jean Stull | 1 | @ | $50.00 | = | $50.00 | |
| 1630 | 5 Lee Steadman Watercolors of Mostly Winter Scenes | 1 | @ | $75.00 | = | $75.00 | |
| 1631 | 5 Mary Hamilton Oil Paintings incl Red Brick House Gardens Chautauqua, That Purple Chair, etc. | 1 | @ | $50.00 | = | $50.00 | |
| 1632 | 5 William A. Hinds Small Oil Paintings incl Landscapes, etc | 1 | @ | $0.00 | = | $0.00 | PASSED |
| 1633 | 5 William A Hinds Oil Paintings incl Landscapes, Mountain Scene, Houses etc | 1 | @ | $50.00 | = | $50.00 | |
| 1634 | 3 Brad Lethaby Watercolors and 1 Brad Lethaby Print incl Ballerina, Cabbage etc | 1 | @ | $0.00 | = | $0.00 | PASSED |
| 1635 | 6 Brad Lethaby Oil Paintings incl. Landscape, Seated Woman, Hand on Violin, etc | 1 | @ | $0.00 | = | $0.00 | PASSED |

| Lot No | Description | QTY | | PRICE | | TOTAL | NOTES |
|---|---|---|---|---|---|---|---|
| 1636 | 4 Brad Lethaby Oil Paintings incl Naked Girl in Red Towel, Snow Cedar, etc. | 1 | @ | $75.00 | = | $75.00 | |
| 1637 | 6pcs Artwork incl. Glen Morisue, Patt Baldino, J Howard etc | 1 | @ | $50.00 | = | $50.00 | |
| 1638 | 4 Jan Lutz Small Oil Paintings incl. Sea Scapes, Sky Scenes, etc. | 1 | @ | $50.00 | = | $50.00 | |
| 1639 | 5 Mary Hamilton Oil Paintings incl. "Beyond the Pond at Campbells Lily Fields", "White Sheep", "A Lily Day" etc | 1 | @ | $75.00 | = | $75.00 | |
| 1640 | 6 Mary Hamilton Paintings incl August Moon, The Galloway Girls, Lake Erie Sunset, etc. | 1 | @ | $200.00 | = | $200.00 | |
| 1641 | 8 Mary Hamilton Watercolors incl landscape, flowers, leaves, etc | 1 | @ | $25.00 | = | $25.00 | |
| 1642 | 6 Mary Hamilton Watercolors incl. Winter scenes, strawberries, "Summers Last Laugh", etc. | 1 | @ | $50.00 | = | $50.00 | |
| 1643 | 7 Mary Hamilton Watercolors incl. Various Scenes, Landscapes, Ship at Sea, etc | 1 | @ | $125.00 | = | $125.00 | |
| 1644 | 8 Jan Lutz Watercolors incl. Flowers, Dinosaurs, etc | 1 | @ | $0.00 | = | $0.00 | PASSED |
| 1645 | 6 Watercolors & Pastels incl. Howshire, etc | 1 | @ | $25.00 | = | $25.00 | |
| 1646 | 9pcs Artwork incl. Oil Paintings by S. Budash, Glen Morisue, etc. | 1 | @ | $75.00 | = | $75.00 | |
| 1647 | 2 Husqvarna Chainsaws incl Model 61 & Model 3120 XP and 2 Cases | 1 | @ | $250.00 | = | $250.00 | |
| 1648 | Airens Snow Blower | 1 | @ | $125.00 | = | $125.00 | |
| 1649 | Honda Lawn Mower w/ Smart Drive Control 22" cut | 1 | @ | $75.00 | = | $75.00 | |
| 1650 | Craftsman Riding Mower 46" cut | 1 | @ | $350.00 | = | $350.00 | |
| 1651 | 9pcs Artwork of Various Ships incl. Oil on Canvas Paintings, Watercolors, etc. Some are Signed incl D. Tayler, E. Langley, J. Winfried | 1 | @ | $150.00 | = | $150.00 | |
| 1652 | 6pcs Artwork incl Oil on Canvas Still Life by Patt Baldino, etc | 1 | @ | $25.00 | = | $25.00 | |

| Lot No | Description | QTY | PRICE | TOTAL | NOTES |
|---|---|---|---|---|---|
| 1653 | 3pcs Artwork incl. Oil on Canvas Painting by Eduardo Burga, Oil on Canvas of Danish Homes by Vejen Gudhjem Bornholm, Oil on board painting of people with horses, goats, and donkey | 1 @ | $125.00 = | $125.00 | |
| 1654 | 6pcs Artwork incl. Watercolor by LM Steadman, Seascape by CB Lynn, Sea Melton, etc | 1 @ | $50.00 = | $50.00 | |
| 1655 | 6pcs Artwork incl. Jan Lutz, Poote, Jean Stull, A. Aksent, etc | 1 @ | $25.00 = | $25.00 | |
| 1656 | Clarisse Edler Robinson Window View of Bay Oil on Canvas Painting and Oil on Canvas Painting of city scene | 1 @ | $75.00 = | $75.00 | |
| 1657 | Group of 5pcs Artwork incl Emily James Still Life and Limited Ed. Print by Thomas Kinkade, etc | 1 @ | $175.00 = | $175.00 | |
| 1658 | Group of Blue Prints, Drawing of Snowy House, The New Yorker Poster | 1 @ | $100.00 = | $100.00 | |
| 1659 | 4 Large Pieces Artwork incl. 2 Works by Don Lord, Oil Painting by Ferrari, & Giclee of a Ballerina | 1 @ | $25.00 = | $25.00 | |
| 1660 | 4 Oil on Canvas Paintings incl Still Life Paintings, Landscapes, & Sailing Vessel | 1 @ | $225.00 = | $225.00 | |
| 1661 | 4pcs Artwork incl. 3 Prints and Watercolor by Esther Thissi | 1 @ | $50.00 = | $50.00 | |
| 1662 | 3 Paintings of Ships incl Ivan Aivazovsky "The 9th Wave" | 1 @ | $300.00 = | $300.00 | |
| 1663 | 5pcs Artwork by DL Tousey incl Watercolors and Pastels | 1 @ | $25.00 = | $25.00 | |
| 1664 | 3 William A. Hinds Oil on Board Paintings incl 2 cottages by the water and 1 farm landscape | 1 @ | $50.00 = | $50.00 | |
| 1665 | 3 William A Hinds Oil on Board Paintings incl 2 landscapes and neighborhood scene | 1 @ | $100.00 = | $100.00 | |
| 1666 | 4 S. Budash Still Life Oil Paintings incl 2 Oil on Board and 2 Oil on Canvas Paintings incl Apples, Fruit, Roses, etc | 1 @ | $100.00 = | $100.00 | |
| 1667 | 4 Oil Paintings by S. Budash incl 2 on canvas, 2 on board of various Still Lifes | 1 @ | $0.00 = | $0.00 | PASSED |

| Lot No | Description | QTY | PRICE | TOTAL | NOTES |
|---|---|---|---|---|---|
| 1668 | 2 Watercolors by Gary C. Meyers & 1 by Toni Kelly | 1 @ | $50.00 = | $50.00 | |
| 1669 | 6 Oil Paintings incl William Hinds, Mark Weber "Laundry Day" | 1 @ | $100.00 = | $100.00 | |
| 1670 | Group of Oil Paintings incl. Dangelo, Aksent, Y. Thomas, Lucette, etc | 1 @ | $50.00 = | $50.00 | |
| 1671 | 5pcs Artwork incl. JD Titzel, Janet Howard Fatta, and Gebler | 1 @ | $0.00 = | $0.00 | PASSED |
| 1672 | 5 Bird Painting incl. Clark, S. Burr, etc | 1 @ | $100.00 = | $100.00 | |
| 1673 | 5pcs. Misc. Artwork incl. Rembrandt Copy Watercolor of Woman at Fountain, Oil on Board of Old house etc | 1 @ | $50.00 = | $50.00 | |
| 1674 | 6pcs Artwork incl. Martini Glasses, Champaign Bottles, Wine Bottles, etc incl 1 Signed Alex, Hall Groat II | 1 @ | $50.00 = | $50.00 | |
| 1675 | 7pcs Still Life Artwork incl Barrios, Mary Miller, Hidalgo, etc | 1 @ | $50.00 = | $50.00 | |
| 1676 | 7pcs Artwork incl. Work by Brian D Payne, Jean Stull, M Dugaw | 1 @ | $0.00 = | $0.00 | PASSED |
| 1677 | 5 Oil Paintings incl Mostly Landscapes incl. Dangelo, Munoz, Kolo | 1 @ | $75.00 = | $75.00 | |
| 1678 | 5 Floral Paintings incl. Toni Kelly, J. Howard, Sabrina Zhou, etc | 1 @ | $0.00 = | $0.00 | PASSED |
| 1679 | 8pcs Artwork incl. Oil on Panel by Richard Rumball Titled Angies Laundry, Oil Painting of Ballerina by MW Duncan etc | 1 @ | $125.00 = | $125.00 | |
| 1680 | 7pcs Artwork incl. Lithograph by Jean Stull, Watercolor by Howett etc | 1 @ | $25.00 = | $25.00 | |
| 1681 | 5pcs Misc Artwork incl. Still Life by John De Martin | 1 @ | $0.00 = | $0.00 | PASSED |
| 1682 | Frank Sullivan Perfectly Imperfect Oil Painting, JD Titzel Watercolor of Shell on Beach, & 2 Other Oil Paintings | 1 @ | $25.00 = | $25.00 | |
| 1683 | 11 Various Prints incl. Van Gogh, Monet, etc. | 1 @ | $50.00 = | $50.00 | |
| 1684 | 8pcs Artwork incl. Prints, Painting by G. Marshall, etc | 1 @ | $25.00 = | $25.00 | |
| 1685 | Ethan Allen Mission One Drawer Stand and One Drawer Side Table | 1 @ | $125.00 = | $125.00 | |

| Lot No | Description | QTY | | PRICE | | TOTAL | NOTES |
|---|---|---|---|---|---|---|---|
| 1686 | 3 Contemporary Leaded Glass Lamps incl. dragonfly lamp | 1 | @ | $475.00 | = | $475.00 | |
| 1687 | 3 Contemporary Lamps & 2 Barometers | 1 | @ | $200.00 | = | $200.00 | |
| 1688 | Group of Contemporary Pottery & Art Glass incl. Baccarat Store Fixture Paperweight | 1 | @ | $200.00 | = | $200.00 | |
| 1689 | Walnut Cigar Humidor & Vintage Cigar Boxes | 1 | @ | $250.00 | = | $250.00 | |
| 1690 | 4 Tribal Clay Figures & Sculpture w/ Girl on Unicycle | 1 | @ | $50.00 | = | $50.00 | |
| | **REPORT TOTALS:** | **213** | | **$46,925.00** | | **$46,925.00** | |