FILED
5/5/22 1:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 5/5/2022 |
| | : | Time: | 10:00 |

**PROCEEDING MEMO**

**MATTER**     #631 Status Conference Regarding Professional Fee Applications

**APPEARANCES:**

Debtor:                   Michael P. Kruszewski
Tri-State Cred. Cmte.:    Ashley Mulryan
Tri-State Pain Institute: Gary Skiba
Special Counsel:          Gary Eiben
U.S. Trustee:             Jodi Hause (no appearance)

**NOTES:**

Kruszewski:    The auction was not very successful. The total gross proceeds were only $47,000.00. I will provide the complete list of items sold. The good news is, we are anticipating substantial refunds. Described alternative pro rata compensation approach.

**OUTCOME:**    Continued Generally to June 16, 2022 at 10:00 AM.

jlm