FILED
5/5/22 1:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| Joseph Martin Thomas | : | Chapter: | 11 |
| *Debtor(s).* | : | Date: | 5/5/2022 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**     #625 Application for Compensation for Matthew J. Minnaugh, Accountant
               #640 CNO filed

**APPEARANCES:**

  Debtor:                    Michael P. Kruszewski
  Tri-State Cred. Cmte.:     Ashley Mulryan
  Tri-State Pain Institute:  Gary Skiba
  Special Counsel:           Gary Eiben
  U.S. Trustee:              Jodi Hause (no appearance)

**NOTES:**     See Proceeding Memo this same date of May 5, 2022 regarding the Status Conference at Doc. No. 631.

**OUTCOME:**   #625 . . . Continued Generally to June 16, 2022 at 10:00 AM.

jlm