FILED
5/5/22 1:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| Joseph Martin Thomas | : | Chapter: | 11 |
| *Debtor(s).* | : | Date: | 5/5/2022 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**	#627 Application for Compensation for MacDonald, Illig, Jones, & Britton LLP, Special Counsel
　　　　　　#641 CNO filed

**APPEARANCES:**

　　　　Debtor:　　　　　　　　　Michael P. Kruszewski
　　　　Tri-State Cred. Cmte.:　　Ashley Mulryan
　　　　Tri-State Pain Institute:　Gary Skiba
　　　　Special Counsel:　　　　Gary Eiben
　　　　U.S. Trustee:　　　　　　Jodi Hause (no appearance)

**NOTES:**

See Proceeding Memo this same date of May 5, 2022 regarding the Status Conference at Doc. No. 631.

**OUTCOME:**	#627 . . . Continued Generally to June 16, 2022 at 10:00 AM.

jlm