Case 20-10334-TPA    Doc 651    Filed 05/05/22    Entered 05/05/22 13:43:08    Desc Main
Document    Page 1 of 1

FILED
5/5/22 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 5/5/2022 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**  #629 Application for Compensation for Michael P. Kruszewski, Debtor's Atty.
#642 CNO filed

**APPEARANCES:**
- Debtor: Michael P. Kruszewski
- Tri-State Cred. Cmte.: Ashley Mulryan
- Tri-State Pain Institute: Gary Skiba
- Special Counsel: Gary Eiben
- U.S. Trustee: Jodi Hause (no appearance)

**NOTES:**  See Proceeding Memo this same date of May 5, 2022 regarding the Status Conference at Doc. No. 631.

**OUTCOME:**  #629 . . . Continued Generally to June 16, 2022 at 10:00 AM.

jlm