FILED
5/6/22 1:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
| Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
| Movant, | : RELATED TO DOCUMENT NO. __646__ |
| | : |
| v. | : |
| | : |
| UNITED STATES OF AMERICA, | : |
| INTERNAL REVENUE SERVICE, and | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| DEPARTMENT OF REVENUE, | : |
| | : |
| Respondents. | : |

## PUBLIC AUCTION SALE CONFIRMATION ORDER

**AND NOW**, this __6th__ day of _____May_____, 2022, upon the filing of the ***Motion Requesting Public Auction Sale Confirmation Order***, which also includes a *Report of Sale* (the "Motion"), in regard to the public auction sale completed on April 29 & 30, 2022, and no objections having been made to the sale, or if made, either withdrawn or resolved, consistent with the terms of the prior *Order* authorizing the public auction sale and upon recommendation of the Movant,

It is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1) The results of the public auction sale of property identified in the *Motion* and accompanying *Report of Sale* filed by the Movant are hereby APPROVED, in all respects, in the amounts set forth in the *Motion* and accompanying *Report of Sale*. Upon entry of the within *Order*, all liens previously identified, if any, are transferred to the proceeds of sale.

2)      Upon recommendation of the Movant, the property identified and title to the same is finally transferred to the respective purchasers identified in the *Motion* and the accompanying *Report of Sale*, free, clear, and divested of said liens and without any claims as to title, unless **Objections** to the *Motion* and accompanying *Report of Sale* were timely filed, as set forth below, and ultimately sustained by the Court by separate order.

3)      **On or before 14 days from the date of the within Order**, assuming appropriate service of this *Order* as required in Paragraph 5 below, any **Objections** to the *Report* shall be filed. In the event no *Objections* are timely filed, the Movant is authorized to make payment of the fees, costs, and expenses referred to in Paragraph 4 below, without further notice, hearing, or court order.

4)      Subject to Paragraph 3 above, the Movant is authorized to make payment to United Auctions & Antique Purchasing and Schultz Auctioneers of the previously requested auctioneer fees in the amount of $9,385.00, plus $9,500.00 for advertising/online listing and moving/storage fees. Request for payment of any other fees and/or costs claimed is to be approved by separate order upon application, notice and hearing.

5)      Movant shall **IMMEDIATELY** serve a copy of the within Order on each Respondent, its attorney of record, and any other interested party, and any attorney having entered an appearance in this matter, and **within five (5) days of the date of this Order** filed a Certification of Service.

_____
Thomas P. Agresti, Judge  jlm
United States Bankruptcy Court

2

#1507296

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10334-TPA |
| Joseph Martin Thomas | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: May 06, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph Martin Thomas, c/of Tri-State Pain Institute, 5442 Peach Street, Erie, PA 16509-2602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Interested Party Barbara Noonan agornall@gornall-law.com |
| Ashley Mulryan | on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC amulryan@kmgslaw.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Crystal H. Thornton-Illar | on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com |
| Gary V. Skiba | on behalf of Interested Party Tri-State Pain Institute  LLC gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com |
| Guy C. Fustine | |

      on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC mwernicki@kmgslaw.com, knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com

Harry W. Greenfield
      on behalf of Creditor WELLS FARGO BANK  N.A. hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com

Jill Locnikar
      on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Locnikar
      on behalf of Creditor United States of America  Small Business Administration jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi Hause
      on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Lauren Michaels
      on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich
      on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
      on behalf of Creditor Ally Bank mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Mark G. Claypool
      on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael F.J. Romano
      on behalf of Interested Party TIAA Commercial Finance  Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael F.J. Romano
      on behalf of Creditor TIAA Commercial Finance  Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael P. Kruszewski
      on behalf of Interested Party 2374 Village Common Drive LLC mkruszewski@quinnfirm.com mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Michael P. Kruszewski
      on behalf of Debtor 2374 Village Common Drive LLC mkruszewski@quinnfirm.com mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Michael P. Kruszewski
      on behalf of Plaintiff Joseph Martin Thomas mkruszewski@quinnfirm.com mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Michael P. Kruszewski
      on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Norma Hildenbrand, on Behalf of the United States Trustee by
      on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
      ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
      on behalf of Creditor Steven E. Ribbing rroteman@stonecipherlaw.com  kannarumo@stonecipherlaw.com

Ronald B. Roteman
      on behalf of Creditor Kay B. Ribbing rroteman@stonecipherlaw.com  kannarumo@stonecipherlaw.com

Salene R.M. Kraemer
      on behalf of Creditor WELLS FARGO BANK  N.A. salene@mazurkraemer.com, salene@ecf.courtdrive.com

TOTAL: 25