**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/21/22 12:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA | |
| | : | | | |
| Joseph Martin Thomas | : | Chapter: | 11 | |
| | : | | | |
| *Debtor(s).* | : | | | |
| | : | Date: | 6/16/2022 | |
| | : | Time: | 10:00 | |

## PROCEEDING MEMO

**MATTER**  #631 Cont. Motion for Status Conference Regarding Professional Fee Applications

**APPEARANCES:**

   Debtor:                Michael P. Kruszewski
   Tri-State Cred. Cmte.: Guy Fustine, Ashley Mulryan
   Tri-State Pain Institute: Gary Skiba
   Special Counsel:       Gary Eiben
   United States:         Larry Steven Schifano

**NOTES:**

Kruszewski:   Provided a status update on the case. Dr. Thomas and Tri-State are making their plan payments. Counsel is working to liquidate some remaining assets that did not sell at auction.

Fustine:   Provided background on ways to liquidate the remaining art.

**OUTCOME:**   #631 . . . CONTINUED GENERALLY to July 14, 2022 at 11:00 AM

jlm