**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/21/22 12:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 6/16/2022 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**   #625 Cont. Appl. for Compensation for Matthew J. Minnaugh, Accountant

**APPEARANCES:**

Debtor: Michael P. Kruszewski
Tri-State Cred. Cmte.: Guy Fustine, Ashley Mulryan
Tri-State Pain Institute: Gary Skiba
Special Counsel: Gary Eiben
United States: Larry Steven Schifano

**NOTES:**

See Proceeding Memo this same date of June 16, 2022 on the Continued Motion for Status Conference (Doc. No. 631).

**OUTCOME:**   #625 . . . GRANTED . . . OE

jlm