**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/21/22 12:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA | |
| | : | | | |
| Joseph Martin Thomas | : | Chapter: | 11 | |
| | : | | | |
| *Debtor(s).* | : | | | |
| | : | Date: | 6/16/2022 | |
| | : | Time: | 10:00 | |

## PROCEEDING MEMO

**MATTER**      #627 Cont. Application for Compensation for MacDonald, Illig, Jones, & Britton LLP, Special Counsel

**APPEARANCES:**

Debtor:                        Michael P. Kruszewski
Tri-State Cred. Cmte.:  Guy Fustine, Ashley Mulryan
Tri-State Pain Institute: Gary Skiba
Special Counsel:         Gary Eiben
United States:            Larry Steven Schifano

**NOTES:**

See Proceeding Memo this same date of June 16, 2022 on the Continued Motion for Status Conference (Doc. No. 631).

**OUTCOME:**      #627 . . . CONTINUED GENERALLY to July 14, 2022 at 11:00 AM

jlm