```
                                                                    FILED
                                                                    7/8/22 11:57 am
                                                                    CLERK
                                                                    U.S. BANKRUPTCY
                    UNITED STATES BANKRUPTCY COURT                  COURT - WDPA
                 FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

In Re:                                      :
                                            : BANKRUPTCY NO. 20-10334 TPA
JOSEPH MARTIN THOMAS,                       :
    Debtor.                                  : THE HONORABLE THOMAS P. AGRESTI
                                            :
MATTHEW J. MINNAUGH and SCHAFFNER,          : CHAPTER 11
KNIGHT, MINNAUGH, & CO., P.C.,              :
                                            : RELATED TO DOCUMENT NO.  625
    Movants,                                 :
                                            :
    v.                                       :
                                            :
NO RESPONDENT.                              :
                                            :

## ORDER

AND NOW, this  8th  day of    July    , 2022, upon consideration of the *Final Application for Compensation for Accountant* it is hereby ORDERED, ADJUDGED, AND DECREED:

A)    The *Final Application for Compensation for Accountant* in the amount of $16,412.25, plus $11,700.00 which represents an estimate of future fees to be earned during the pendency of the Bankruptcy Proceeding through the closure of the Case, for a total of $28,112.25 is APPROVED.

B)    Applicants are further awarded final approval of their compensation in the amount $69,053.40 for accounting services rendered from June 5, 2020 through March 31, 2022.

                                                */s/ Thomas P. Agresti*
                                                Thomas P. Agresti, Judge    jlm
                                                United States Bankruptcy Court

#1506791

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10334-TPA |
| Joseph Martin Thomas | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 08, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Martin Thomas, c/of Tri-State Pain Institute, 5442 Peach Street, Erie, PA 16509-2602 |
| acc | + | Matthew J. Minnaugh, Schaffner Knight Minnaugh & Company P.C., 1545 W. 38th Street, Erie, PA 16508-2347 |
| acc | + | Schaffner, Knight, Minnaugh & Co., P.C., 1545 W. 38th Street, Erie, PA 16508-2347 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Interested Party Barbara Noonan agornall@gornall-law.com |
| Ashley Mulryan | on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute LLC amulryan@kmgslaw.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Crystal H. Thornton-Illar | on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com |
| Gary V. Skiba | on behalf of Interested Party Tri-State Pain Institute LLC gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 08, 2022 | Form ID: pdf900 | Total Noticed: 3 |

Guy C. Fustine
    on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC mwernicki@kmgslaw.com, knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com

Guy C. Fustine
    mwernick@kmgslaw.com

Harry W. Greenfield
    on behalf of Creditor WELLS FARGO BANK  N.A. hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Locnikar
    on behalf of Creditor United States of America  Small Business Administration jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Larry Steven Schifano
    on behalf of Defendant United States of America  Internal Revenue Service l.steven.schifano@usdoj.gov, Eastern.TaxCivil@usdoj.gov;Thomas.P.Cole@usdoj.gov

Lauren Michaels
    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
    on behalf of Creditor Ally Bank mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Mark G. Claypool
    on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael F.J. Romano
    on behalf of Interested Party TIAA Commercial Finance  Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael F.J. Romano
    on behalf of Creditor TIAA Commercial Finance  Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael P. Kruszewski
    on behalf of Plaintiff Joseph Martin Thomas mkruszewski@quinnfirm.com mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael P. Kruszewski
    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael P. Kruszewski
    on behalf of Interested Party 2374 Village Common Drive LLC mkruszewski@quinnfirm.com mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael P. Kruszewski
    on behalf of Debtor 2374 Village Common Drive LLC mkruszewski@quinnfirm.com mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
    on behalf of Creditor Steven E. Ribbing rroteman@stonecipherlaw.com  kannarumo@stonecipherlaw.com

Ronald B. Roteman
    on behalf of Creditor Kay B. Ribbing rroteman@stonecipherlaw.com  kannarumo@stonecipherlaw.com

Salene R.M. Kraemer
    on behalf of Creditor WELLS FARGO BANK  N.A. salene@mazurkraemer.com, salene@ecf.courtdrive.com

TOTAL: 27