UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | |
|   Debtor. | |
| _____ | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | |
|   Movant, | RELATED TO DOC NO. 577 |
| v. | JUDGE AGRESTI |
| NO RESPONDENT. | |
| _____ | |

## POST CONFIRMATION STATUS REPORT

And now, comes the Debtor, Joseph Martin Thomas, M.D., by and through his counsel, the Quinn Law Firm, and files this Post Confirmation Status Report (the "Status Report") pursuant to Paragraph 3 of the Court's Post Confirmation Order and Notice issued on January 7, 2022 at Doc. No. 577 (the "Post-Confirmation Order").

1. On May 6, 2020, the Debtor filed a voluntary Chapter 11 Bankruptcy Petition in the United States Bankruptcy Court for the Western District of Pennsylvania, at Case No. 20-10334 TPA (the "Bankruptcy Case").

2. On January 7, 2022, the Bankruptcy Court entered an Order (the "Confirmation Order") [Doc. No. 576] confirming the Second Amended Plan of Reorganization Dated October 7, 2021 (the "Confirmed Plan") [Doc. No. 521].

3. Since Plan Confirmation, the Debtor has initiated and/or completed the following steps in an effort to consummate the Confirmed Plan:

    a. The Debtor has completed an auction of substantially all of his personal property from his former residence and office building, as approved by Order of Court dated May 6, 2022 (Doc. No. 656);

    b. The Debtor and the Official Committee of Unsecured Creditors of Tri-State Pain Institute, LLC, now Special Counsel in the above-captioned Bankruptcy Case, have reached a tentative agreement with a local art house to dispose of the remainder of the Debtor's personal property described in Paragraph 3(a) above, subject to Court approval;

    c. The Debtor through his professionals filed his NOL carryback tax returns, which successfully eliminated Claims 2 & 29 of the IRS and any monthly plan payments associated therewith; and

    d. The Debtor through his professionals filed an Adversary Proceeding against the United States of America, Internal Revenue Service ("IRS"), regarding the turnover of refunds due pursuant to his NOL carryback tax returns and are actively trying to resolve said matter without the need for further litigation.  A separate status report may be filed in the Adversary Proceeding further describing the state of play from the IRS's perspective.

4.    Additionally the Debtor continues to make distributions per the terms of his Confirmed Plan including, but not limited to, the following:

    a. Monthly payment(s) on the unsecured priority tax claims of the PA Dept. of Revenue and Berkheimer per Section VI(e); and

    b. Monthly payment(s) on general unsecured claims per Section VI(g).

5. As a result, the Debtor is current on all Confirmed Plan obligations and has moved for an extension of time to move for a final decree (<u>See</u> Doc. No. 619) pending the outcome of those steps set forth in Paragraph 3 above. It is believed and therefore averred that said motion remains pending before this Court.

6. Pursuant to Section VI(a) of the Confirmed Plan, together with Paragraph (1) of the Confirmation Order, the Debtor continues to pay into escrow monthly installments for administrative professional claims pending further Court order on payment of the same.

7. The Debtor anticipates needing at least another ninety (90) days to close this Bankruptcy Case as a result of the matters pending in Paragraph 3 above.

Respectfully submitted,

THE QUINN LAW FIRM

BY:   /s/  *Michael P. Kruszewski*
Michael P. Kruszewski, Esquire
PA Id. No. 91239
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mkruszewski@quinnfirm.com
Counsel for Debtor

#1541379

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : | |
| Debtor. | : | |
| _____ | : | CHAPTER 11 |
| JOSEPH MARTIN THOMAS, | : | |
| Movant, | : | RELATED TO DOC NO. 577 |
| v. | : | JUDGE AGRESTI |
| NO RESPONDENT. | : | |
| _____ | : | |

### CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on the 13th day of June, 2022, a copy of the Post Confirmation Status Report upon each of the following persons and parties in interest at the address shown on the attached list.

        Respectfully submitted,

        THE QUINN LAW FIRM

BY:  /s/  Michael P. Kruszewski
        Michael P. Kruszewski, Esquire
        PA Id. No. 91239
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506-4508
        Telephone: 814-833-2222
        Facsimile: 814-833-6753
        E-Mail Address:
        mkruszewski@quinnfirm.com
        Counsel for Debtor

#1541379

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Michael F.J. Romano, Esquire (TIAA Commercial Finance, Inc.); mromano@rgalegal.com |
| Jodi Hause, Esquire (Office of the U.S. Trustee); jodi.hause@usdoj.gov |
| Guy C. Fustine (Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC); mwernick@kmgslaw.com |
| Salene R.M. Kraemer, Esquire (Wells Fargo Bank, N.A.) skraemer@bernsteinlaw.com |
| Lauren Michaels, Esquire (Pa. Dept. of Revenue) lmichaels@attorneygeneral.gov |
| Gary V. Skiba, Esquire (Tri-State Pain Institute LLC) gskiba@marshlaw.com |
| Mark G. Claypool, Esquire (Ally Bank) mclaypool@kmgslaw.com |
| Crystal H. Thornton-Illar (The Kada Gallery) cThornton-Illar@leechtishman.com |
| Brian Nicholas, Esquire (PNC Bank National Association) bnicholas@kmllawgroup.com |
| Ronald B. Roteman, Esquire (Kay B. and Steven E. Ribbing) roteman@stonecipherlaw.com |
| Andrew F. Gornall, Esquire (Barbara Noonan) andygornall@latouflawfirm.com |
| Jill Locnikar, Esquire (U.S. Small Business Administration and Internal Revenue Service) jill.locnikar@usdoj.gov |
| Maria Miksich, Esquire (PNC Bank National Association) mmiksich@kmllawgroup.com |
| Harry W. Greenfield, Esquire (Wells Fargo Bank, N.A.) hgreenfield@bernsteinlaw.com |
| Ashley Mulryan, Esquire ((Official Committee of Unsecured Creditors/Tri-State Pain Institute LLC) amulryan@kmgslaw.com |

#1541379