FILED
7/14/22 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 7/14/2022 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER**  #627 Cont. Application for Compensation for MacDonald, Illig, Jones, & Britton LLP, Special Counsel

**APPEARANCES:**

Debtor:  Michael P. Kruszewski
Tri-State Cred. Cmte.:  Guy Fustine, Ashley Mulryan
Tri-State Pain Institute:  Gary Skiba
Special Counsel:  Gary Eiben
United States:  Larry Steven Schifano

**NOTES:**  See proceeding memo this same date of July 14, 2022, on the Continued Motion for Status Conference (Doc. No. 631).

**OUTCOME:**  #627 . . . CONTINUED to Thursday, July 28, 2022 at 11:00 AM.

jlm