**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/14/22 3:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 7/14/2022 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER**   #629 Cont. Application for Compensation for Michael P. Kruszewski, Debtor's Attorney

**APPEARANCES:**
   Debtor:    Michael P. Kruszewski
   Tri-State Cred. Cmte.:   Guy Fustine, Ashley Mulryan
   Tri-State Pain Institute: Gary Skiba
   Special Counsel:    Gary Eiben
   United States:    Larry Steven Schifano

**NOTES:**   See proceeding memo this same date of July 14, 2022, on the Continued Motion for Status Conference (Doc. No. 631).

**OUTCOME:**   #629 . . . Continued to July 28, 2022 at 11:00 AM.

jlm