Case 20-10334-TPA    Doc 674    Filed 07/14/22    Entered 07/14/22 15:31:37    Desc Main
Document    Page 1 of 1

7/14/22 3:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re: : Case No.: 20-10334-TPA
:
Joseph Martin Thomas : Chapter: 11
:
*Debtor(s).* :
: Date: 7/14/2022
: Time: 11:00

## PROCEEDING MEMO

**MATTER**   #631 Cont. Motion for Status Conference Regarding Professional Fee Applications

**APPEARANCES:**

Debtor: Michael P. Kruszewski
Tri-State Cred. Cmte.: Guy Fustine, Ashley Mulryan
Tri-State Pain Institute: Gary Skiba
Special Counsel: Gary Eiben
United States: Larry Steven Schifano

**NOTES:**

Kruszewski:   Provided background on the liquidation of the remaining art. We have an agreement with the Erie Art House to sell the remaining art.

Fustine:   No objections to the Erie Art House sale.

Schifano:   Provided background on the CARES Act matters and the projected timeline. Requested a status conference two weeks from today.

**OUTCOME:**   #631 . . . CONTINUED to Thursday, July 28, 2022 at 11:00 AM.

jlm