**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 7/28/2022 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER**   #627 Cont. Application for Compensation for MacDonald, Illig, Jones, & Britton LLP, Special Counsel

**APPEARANCES**:

| | |
|---|---|
| Debtor: | Michael P. Kruszewski |
| Tri-State Cred. Cmte.: | Guy Fustine |
| Tri-State Pain Institute: | Gary Skiba |
| Special Counsel: | Gary Eiben (no appearance) |
| United States: | Larry Steven Schifano |

**NOTES**:   See proceeding memo this same date of July 28, 2022 in case number 22-01006-TPA on the Amended Complaint for Turnover of Estate Property (Doc. No. 4).

**OUTCOME**:   #627 . . . Continued Generally.

jlm