**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10334-TPA |
| | : | | |
| Joseph Martin Thomas | : | Chapter: | 11 |
| | : | | |
| *Debtor(s)*. | : | | |
| | : | Date: | 7/28/2022 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER**   #629 Cont. Application for Compensation for Michael P. Kruszewski, Debtor's Attorney

**APPEARANCES:**

Debtor:                        Michael P. Kruszewski
Tri-State Cred. Cmte.:         Guy Fustine
Tri-State Pain Institute:      Gary Skiba
Special Counsel:               Gary Eiben (no appearance)
United States:                 Larry Steven Schifano

**NOTES:**

See proceeding memo this same date of July 28, 2022 in case number 22-01006-TPA on the Amended Complaint for Turnover of Estate Property (Doc. No. 4).

**OUTCOME:**   #629 . . . Continued Generally.

jlm