IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/29/22 1:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.:   20-10334-TPA |
| Joseph Martin Thomas | : | Chapter:    11 |
| *Debtor(s).* | : | |
| | : | Date:   7/28/2022 |
| | : | Time:   11:00 |

## PROCEEDING MEMO

**MATTER**   #631 Cont. Motion for Status Conference Regarding Professional Fee Appls.

**APPEARANCES:**

Debtor:                          Michael P. Kruszewski
Tri-State Cred. Cmte.:   Guy Fustine
Tri-State Pain Institute: Gary Skiba
Special Counsel:           Gary Eiben (no appearance)
United States:               Larry Steven Schifano

**NOTES:**

See proceeding memo this same date of July 28, 2022 in case number 22-01006-TPA on the Amended Complaint for Turnover of Estate Property (Doc. No. 4).

**OUTCOME:**   #631 . . . Continued Generally.

*/s/ signature*

jlm