FILED
7/27/22 2:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
| Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
| Movant, | : DATE AND TIME OF HEARING: |
| | : |
| v. | : RESPONSE DEADLINE: |
| | : |
| NO RESPONDENT. | : Related to Document No. 679 |
| | : |

**ORDER**

AND NOW, this 27th day of July, 2022, upon consideration of the Debtor's pending Motion to Approve Consignment Agreement with and Abandonment of Property to Inner-City Neighborhood Art House (the "Motion"), it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. As a result of having conducted a prior public auction, it is in the best interests of the Estate to liquidate any remaining personal property from the Debtor's former residence and office building, as more fully described in Exhibit "A" to the Motion (the "Property"), *subject to ¶ 5, below*.

2. For that purpose, this Court finds that the Debtor has demonstrated adequate business reasons to justify the Debtor's entry into the proposed Consignment Agreement with Inner-City Neighborhood Art House ("Seller") to conduct a public sale or sales of the Property pursuant to terms set forth therein.

3. It is also in the best interests of the Debtor's estate, its creditors, and all parties in interest, to abandon to Seller any remaining Property that goes unsold at any

1

public sale or sales conducted by Seller in order to relieve the Estate of any further administrative burden of possessing the same.

4. This Court therefore authorizes such abandonment of any remaining Property in conjunction with approval of the Consignment Agreement.

5. The sale contemplated by the Consignment Agreement shall be *completed by the* 1st day of October otherwise the abandonment terms of ¶3 above shall control

*[signature]*

JUDGE THOMAS P. AGRESTI
United States Bankruptcy Court
U.S. Courthouse, Suite B250
17 South Park Row
Erie, PA 16501

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-10334-TPA
Joseph Martin Thomas     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: auto    Page 1 of 3
Date Rcvd: Jul 27, 2022    Form ID: pdf900    Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Martin Thomas, c/of Tri-State Pain Institute, 5442 Peach Street, Erie, PA 16509-2602 |
| sp | + | Ashley Mulryan, Knox McLaughlin Gornall & Sennett, P.C., 120 West Tenth St., Erie, PA 16501-1410 |
| cr | + | Candor Surgical Management, Inc., 1180 Adams Lane, Southlake, TX 76092-8501 |
| sp | + | Douglas E. Graff, Graff & McGovern LPA, 604 E. Rich Street, Columbus, OH 43215-5341 |
| sp | + | Gary Eiben, MacDonald Illig Jones & Britton, LLP, 100 State St., Ste. 700, Erie, PA 16507-1459 |
| sp | + | Graff & McGovern LPA, 604 E. Rich Street, Columbus, OH 43215-5363 |
| sp | + | Jesse B. Baldwin, Addelman Cross & Baldwin, P.C., 5680 Main Street, Buffalo, NY 14221-5518 |
| r | + | Kathe W. Rafferty, Howard Hanna Real Estate Services, 4248 West 12th Street, Erie, PA 16505-3001 |
| sp | | Knox McLaughlin Gornall & Sennett, P.C., 120 West Tenth Street, Erie, PA 16501-1461 |
| sp | + | MacDonald, Illig, Jones, & Britton LLP, 100 State Street, Suite 700, Erie, PA 16507-1459 |
| r | + | Mark Hutchison, Coldwell Banker Select , Realtors, 413 West Plum Street, Edinboro, PA 16412-2175 |
| acc | + | Matthew J. Minnaugh, Schaffner Knight Minnaugh & Company P.C., 1545 W. 38th Street, Erie, PA 16508-2347 |
| cr | + | Office of Attorney General, Department of Revenue, Lauren A. Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | Official Committee of Unsecured Creditors for Tri-, Knox McLaughlin Gornall & Sennett, P.C., 120 West Tenth Street, Erie, PA 16501-1410 |
| acc | + | Schaffner, Knight, Minnaugh & Co., P.C., 1545 W. 38th Street, Erie, PA 16508-2347 |
| auc | + | Schultz Auctioneers, 11177 Main St., Clarence, NY 14031-1701 |
| cr | + | TIAA Commercial Finance, Inc., 390 S. Woods Mill Road, Suite 300, Chesterfield, MO 63017-3489 |
| cr | + | The Kada Gallery, 2632 West 8th Street, Erie, PA 16505, UNITED STATES 16505-4021 |
| auc | + | United Auctions & Antique Purchasing, 508 1st Ave., Olean, NY 14760-1704 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| cr | + | United States of America, Small Business Administr, c/o U.S. Attorney's Office, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| cr | + | WELLS FARGO BANK, N.A., Salene Mazur Kraemer, BERNSTEIN BURKLEY, 707 Grant St., Suite 2200, Gulf Tower Pittsburgh, PA 15219-1908 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ally@ebn.phinsolutions.com | Jul 27 2022 23:50:00 | Ally Bank, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jul 27 2022 23:50:00 | Ally Bank serviced by Ally Servicing LLC, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 27 2022 23:57:55 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: pdf900 | Total Noticed: 25 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Barbara Noonan |
| cr | | Kay B. Ribbing |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | Steven E. Ribbing |
| intp | ##+ | 2374 Village Common Drive LLC, 2374 Village Common Drive, Erie, PA 16506-7201 |
| intp | ##+ | Tri-State Pain Institute, LLC, 2374 Village Common Drive, Erie, PA 16506-7201 |

TOTAL: 4 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Interested Party Barbara Noonan agornall@gornall-law.com |
| Ashley Mulryan | on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute LLC amulryan@kmgslaw.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Crystal H. Thornton-Illar | on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com |
| Gary V. Skiba | on behalf of Interested Party Tri-State Pain Institute LLC gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com |
| Guy C. Fustine | mwernick@kmgslaw.com |
| Guy C. Fustine | on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute LLC mwernicki@kmgslaw.com, knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com |
| Harry W. Greenfield | on behalf of Creditor WELLS FARGO BANK N.A. hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jill Locnikar | on behalf of Creditor United States of America Small Business Administration jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Larry Steven Schifano | |

District/off: 0315-1      User: auto      Page 3 of 3
Date Rcvd: Jul 27, 2022      Form ID: pdf900      Total Noticed: 25

on behalf of Defendant United States of America Internal Revenue Service l.steven.schifano@usdoj.gov, Eastern.TaxCivil@usdoj.gov;Thomas.P.Cole@usdoj.gov

Lauren Michaels
on behalf of Creditor Office of Attorney General Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
on behalf of Creditor Ally Bank mthomas@tuckerlaw.com maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Mark G. Claypool
on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael F.J. Romano
on behalf of Creditor TIAA Commercial Finance Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael F.J. Romano
on behalf of Interested Party TIAA Commercial Finance Inc. mromano@rgalegal.com, tyowell@rgalegal.com;jromano@rgalegal.com

Michael P. Kruszewski
on behalf of Debtor 2374 Village Common Drive LLC mkruszewski@quinnfirm.com mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael P. Kruszewski
on behalf of Plaintiff Joseph Martin Thomas mkruszewski@quinnfirm.com mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael P. Kruszewski
on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael P. Kruszewski
on behalf of Interested Party 2374 Village Common Drive LLC mkruszewski@quinnfirm.com mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Norma Hildenbrand, on Behalf of the United States Trustee by
on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
on behalf of Creditor Steven E. Ribbing rroteman@stonecipherlaw.com kannarumo@stonecipherlaw.com

Ronald B. Roteman
on behalf of Creditor Kay B. Ribbing rroteman@stonecipherlaw.com kannarumo@stonecipherlaw.com

Salene R.M. Kraemer
on behalf of Creditor WELLS FARGO BANK N.A. salene@mazurkraemer.com, salene@ecf.courtdrive.com

TOTAL: 27