UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
|     Movant, | : RELATED TO DOC. NOS. 692, 693 & 694 |
| | : |
|     v. | : DATE AND TIME OF HEARING: |
| | : **Monday, October 31, 2022 at 11:00am** |
| NO RESPONDENT, | : |
| | : RESPONSE DEADLINE: |
|     Respondents. | : **Monday, October 31, 2022 by Noon** |

# CERTIFICATION OF NO OBJECTION REGARDING
# STIPULATION & CONSENT ORDER and MOTION FOR FINAL DECREE

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Stipulation & Consent Order (Doc. #692) and Motion for Final Decree (Doc. #693) filed October 17, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than October 28, 2022 at 12:00 Noon.

It is hereby respectfully requested that the Stipulation & Consent Order as well as the Order attached to the Motion for Final Decree be entered by the Court.

Dated: 10/28/2022

        Respectfully submitted,

        THE QUINN LAW FIRM

        BY:   /s/Michael P. Kruszewski
               Michael P. Kruszewski, Esquire
               PA Id. No. 91239
               2222 West Grandview Boulevard
               Erie, Pennsylvania 16506-4508
               Telephone: 814-833-2222
               Facsimile: 814-833-6753
               E-Mail Address:
               mkruszewski@quinnfirm.com
               Counsel for Debtor

#01572574

Joseph Martin Thomas
Case No. 20-10334
Service List

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

- Mark G. Claypool on behalf of Creditor Ally Bank at mclaypool@kmgslaw.com,
- Guy C. Fustine on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute, LLC at mwernicki@kmgslaw.com,
- Andrew F Gornall on behalf of Barbara Noonan at agornall@gornall-law.com
- Harry W. Greenfield on behalf of Creditor Wells Fargto Bank, NA at hgreenfield@bernsteinlaw.com,
- Jodi Hause on behalf of U.S. Trustee Office of the United States Trustee at jodi.hause@usdoj.gov
- Salene R.M. Kraemer on behalf of Creditor WELLS FARGO BANK, N.A. salene@mazurkraemer.com,
- Jill Locnikar on behalf of Creditor SBA and IRS at jill.locnikar@usdoj.gov,
- Lauren Michaels on behalf of Attorney General, Department of Revenue at lmichaels@attorneygeneral.gov
- Maria Miksich on behalf of PNC BANK, NA at mmiksich@kmllawgroup.com
- Ashley Mulryan on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute, LLC at amulryan@kmgslaw.com
- Brian Nicholas on behalf of Creditor PNC BANK, NA at bnicholas@kmllawgroup.com
- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov
- Michael F.J. Romano on behalf of TIAA Commercial Finance, Inc. at mromano@rgalegal.com,
- Ronald B. Roteman on behalf of Creditors Ribbing at rroteman@stonecipherlaw.com
- Larry Steven Schifano on behalf of Defendant Internal Revenue Service at l.steven.schifano@usdoj.gov
- Gary V. Skiba on behalf of Interested Party Tri-State Pain Institute, LLC at gskiba@marshlaw.com
- Maribeth Thomas on behalf of Creditor Ally Bank at mthomas@tuckerlaw.com,
- Crystal H. Thornton-Illar on behalf of Creditor The Kada Gallery at cThornton-Illar@leechtishman.com
- Norma Hildenbrand, on behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee at Norma.L.Hildenbrand@usdoj.gov

#01572574