# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/31/22 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 20-10334-TPA |
| Joseph Martin Thomas | : | Chapter: 11 |
| *Debtor(s).* | : | |
| | : | Date: 10/31/2022 |
| | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER**  #692 Stipulation By Joseph Martin Thomas and Between Estate Professionals
#698 CNO filed

**APPEARANCES:**

Debtor:  Michael P. Kruszewski
Tri-State Cred. Cmte.:  Guy Fustine, Ashley Mulryan
Tri-State Pain Institute:  Gary Skiba (no appearance)
Special Counsel:  Gary Eiben (no appearacnce)

**NOTES:**

Kruszewski:  Background of Stipulation given. Fee applications are pending. All assets in the Plan have been liquidated. Plan contemplates fees going forward for about 7 months if there aren't sufficient funds. All taxes have been paid through 2020. 2021 return has just been filed. $471,000+ Professional fees are $566,000 between al 4 law firms and 3 bankruptcy cases. Therefore about $91,000 will be due.

**OUTCOME:**  Stipulation entered. OE.
Counsel to provide a proposed Order itemizing all payments, and the amount of the remaining due to be paid.

jlm