FILED
10/31/22 4:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Chapter 11 Case No. 20-10334-TPA |
| ) | |
| JOSEPH M. THOMAS, M.D., ) | Related to Doc. No. 576 |
| Debtor ) | |

## STIPULATION AND CONSENT ORDER

AND NOW, this ___ day of October, 2022, comes Quinn, Buseck, Leemhuis, Toohey, & Kroto, Inc. ("Quinn Law"), Marsh Schaaf, LLP ("Marsh Schaaf"), MacDonald Illig Jones &Britton, LLP ("MIJB"), and Knox McLaughlin Gornall & Sennett, P.C. ("Knox Law") (together referred to as the "Estate Professionals"), and file this Stipulation and Consent Order (the "Stipulation"), as follows:

WHEREAS, pursuant to, *inter alia*, Section VI(a) of the 2nd Amended Chapter 11 Plan of Reorganization dated October 7, 2021 (Doc. No. 521 in Case No. 20-10334 (the "Thomas Case")), filed by the Debtor, Joseph Martin Thomas, M.D. ("Dr. Thomas"), as confirmed by Order of Court dated January 7, 2022 (the "Thomas Confirmed Plan"), administrative professional fee claims shall be paid from the liquidation of personal assets;

WHEREAS, pursuant to, *inter alia*, Paragraph 5.3 of the Joint Amended Chapter 11 Plan of Reorganization dated October 7, 2021 (Doc. No. 769 in Case No. 20-10049 (the "Tri-State Case") (together with the Thomas Case, the "Cases")), filed by the Debtor, Tri-State Pain Institute, LLC ("Tri-State"), as confirmed by Order of Court dated January 7, 2022 (the "Tri-State Confirmed Plan") (together with the Thomas Confirmed Plan, the "Confirmed Plans"), Dr. Thomas contemplates paying Administrative Expense Claims for other Related Entities such as Tri-State;

#1568275

1

WHEREAS, pursuant to the Order (Doc. No. 680) entered on Dr. Thomas's Motion to Approve Consignment Agreement with and Abandonment of Property to Inner-City Neighborhood Art House (Doc. No. 679), it appearing that there is $3,841.65 escrowed with Quinn Law that is available for distribution to the Estate Professionals in these Cases;

WHEREAS, pursuant to Dr. Thomas and Tri-State having made regular deposits into escrow for the payment of Administrative Expense Claims in accordance with the Confirmed Plans, it appearing that after payment of prior Court Orders there is $14,841.65 escrowed with Quinn Law that is available for distribution to the Estate Professionals in these Cases;

WHEREAS, pursuant to tax refunds claimed and received from Dr. Thomas's net operating loss carryback tax plan, it appearing that there is $478,837.05 escrowed with Quinn Law that is available for distribution to administrative expense claims in these Cases;

WHEREAS, upon information and belief, both Dr. Thomas and Tri-State are current on all other payment obligations as set forth in their Confirmed Plans;

WHEREAS, upon consideration of the outstanding federal tax liabilities owed by Dr. Thomas for 2021 in the total amount of $25,753.00;

WHEREAS, upon consideration of the allowed and pending fee applications in these Cases, including but not limited to those fee application schedules filed in these Cases on or about November 23 & 24, 2022 (Doc. Nos. 545 & 546 in Case No. 20-10334 and Doc. Nos. 790 & 796 in Case No. 20-10049), as well as subsequent fee applications filed by the Estate Professionals, it appearing that there is more than $566,000.00 of fees payable to the Estate Professionals in these Cases;

THEREFORE, it is ORDERED that $25,753.00 shall be immediately paid to the IRS on account of said administrative tax claim;

#1568275

THEREFORE, based pro rata on the fees payable, it is ORDERED that $471,767.35 shall be immediately paid to the Estate Professionals on account, as follows:

| PAYEE | PERCENT OF AVAILABLE CASH | AMOUNT TO BE PAID |
|---|---|---|
| Quinn Law | 42% | $195,940.47 |
| MIJB | 17% | $81,335.68 |
| Knox Law | 25% | $117,380.09 |
| Marsh Schaaf | 16% | $77,111.11 |

Any remaining amounts due to the Estate Professionals pursuant to fee applications approved in these Cases shall be paid in accordance with the Confirmed Plans.

Dated: 10/28/22

Thomas P. Agresti, Judge
United States Bankruptcy Court

#1568275

STIPULATED TO BY:

| | |
|---|---|
| _/s/ Gary V. Skiba_ | _/s/ Michael P. Kruszewski_ |
| Gary V. Skiba, Esquire | Michael P. Kruszewski, Esquire |
| PA ID No. 18153 | PA ID No. 91239 |
| Marsh Schaaf, LLP | The Quinn Law Firm |
| 300 State Street, Suite 300 | 2222 West Grandview Boulevard |
| Erie, PA 16507 | Erie, PA 16506 |
| 814-456-5301 | 814-833-2222 |
| gskiba@marshlaw.com | mkruszewski@quinnfirm.com |
| Attorney for Tri-State Pain Institute, LLC | Attorney for Joseph M. Thomas, M.D. |

| | |
|---|---|
| _/s/ Guy C. Fustine_ | _/s/ Gary Eiben_ |
| Guy C. Fustine | Gary Eiben, Esquire |
| PA I.D. No. 37543 | PA ID No. 26375 |
| Knox McLaughlin Gornall & Sennett, P.C. | MacDonald Illig Jones & Britton, LLP |
| 120 West Tenth Street | 100 State Street, Suite 700 |
| Erie, PA 16501-1461 | Erie, PA 16507 |
| 814-459-2800 | 814-870-7664 |
| gfustine@kmgslaw.com | geiben@mijb.com |
| Attorneys for the Official Committee of Unsecured Creditors for Tri-State Pain Institute, LLC | Special Counsel for Joseph M. Thomas, M.D. |

4

#1568275

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10334-TPA |
| Joseph Martin Thomas | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 31, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| sp | + | Ashley Mulryan, Knox McLaughlin Gornall & Sennett, P.C., 120 West Tenth St., Erie, PA 16501-1410 |
| sp | + | Gary Eiben, MacDonald Illig Jones & Britton, LLP, 100 State St., Ste. 700, Erie, PA 16507-1459 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2022              Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2022 at the address(es) listed below:**

**Name**           **Email Address**

Andrew F Gornall
    on behalf of Interested Party Barbara Noonan agornall@gornall-law.com

Ashley Mulryan
    on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC amulryan@kmgslaw.com

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Crystal H. Thornton-Illar
    on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com
    bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com

Gary V. Skiba
    on behalf of Interested Party Tri-State Pain Institute  LLC gskiba@marshlaw.com,
    DGeniesse@marshlaw.com;rose227@hotmail.com

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 31, 2022 | Form ID: pdf900 | Total Noticed: 2 |

Guy C. Fustine
    on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC mwernicki@kmgslaw.com, knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com

Guy C. Fustine
    mwernick@kmgslaw.com

Harry W. Greenfield
    on behalf of Creditor WELLS FARGO BANK  N.A. hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Locnikar
    on behalf of Creditor United States of America  Small Business Administration jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Larry Steven Schifano
    on behalf of Defendant United States of America  Internal Revenue Service l.steven.schifano@usdoj.gov, Eastern.TaxCivil@usdoj.gov;Thomas.P.Cole@usdoj.gov

Lauren Michaels
    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Maribeth Thomas
    on behalf of Creditor Ally Bank mthomas@tuckerlaw.com maribeth.thomas@gmail.com

Mark G. Claypool
    on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael F.J. Romano
    on behalf of Interested Party TIAA Commercial Finance  Inc. mromano@rgalegal.com, mfrew@rgalegal.com;jromano@rgalegal.com

Michael F.J. Romano
    on behalf of Creditor TIAA Commercial Finance  Inc. mromano@rgalegal.com, mfrew@rgalegal.com;jromano@rgalegal.com

Michael P. Kruszewski
    on behalf of Plaintiff Joseph Martin Thomas mkruszewski@quinnfirm.com slowe@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael P. Kruszewski
    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com slowe@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael P. Kruszewski
    on behalf of Interested Party 2374 Village Common Drive LLC mkruszewski@quinnfirm.com slowe@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael P. Kruszewski
    on behalf of Debtor 2374 Village Common Drive LLC mkruszewski@quinnfirm.com slowe@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
    on behalf of Creditor Steven E. Ribbing rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com

Ronald B. Roteman
    on behalf of Creditor Kay B. Ribbing rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com

Salene R.M. Kraemer
    on behalf of Creditor WELLS FARGO BANK  N.A. salene@mazurkraemer.com, salene@ecf.courtdrive.com

TOTAL: 27