FILED
11/4/22 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 20-10334 TPA |
| JOSEPH MARTIN THOMAS, | : |
| Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| JOSEPH MARTIN THOMAS, | : CHAPTER 11 |
| | : |
| Movant, | : RELATED TO DOCUMENT NO. 693 |
| | : |
| v. | : |
| | : |
| NO RESPONDENT. | : |

## ORDER

And now, this __4th__ day of __November__, 2022, it is ORDERED, ADJUDGED, AND DECREED that the Motion for Final Decree is hereby GRANTED.

_____dak_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

#1507998

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10334-TPA |
| Joseph Martin Thomas | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 6 |
| Date Rcvd: Nov 04, 2022 | Form ID: pdf900 | Total Noticed: 118 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Martin Thomas, c/of Tri-State Pain Institute, 5442 Peach Street, Erie, PA 16509-2602 |
| sp | + | Ashley Mulryan, Knox McLaughlin Gornall & Sennett, P.C., 120 West Tenth St., Erie, PA 16501-1410 |
| sp | + | Douglas E. Graff, Graff & McGovern LPA, 604 E. Rich Street, Columbus, OH 43215-5341 |
| sp | + | Gary Eiben, MacDonald Illig Jones & Britton, LLP, 100 State St., Ste. 700, Erie, PA 16507-1459 |
| sp | + | Graff & McGovern LPA, 604 E. Rich Street, Columbus, OH 43215-5363 |
| sp | + | Jesse B. Baldwin, Addelman Cross & Baldwin, P.C., 5680 Main Street, Buffalo, NY 14221-5518 |
| r | + | Kathe W. Rafferty, Howard Hanna Real Estate Services, 4248 West 12th Street, Erie, PA 16505-3001 |
| sp | | Knox McLaughlin Gornall & Sennett, P.C., 120 West Tenth Street, Erie, PA 16501-1461 |
| sp | + | MacDonald, Illig, Jones, & Britton LLP, 100 State Street, Suite 700, Erie, PA 16507-1459 |
| r | + | Mark Hutchison, Coldwell Banker Select , Realtors, 413 West Plum Street, Edinboro, PA 16412-2175 |
| acc | + | Matthew J. Minnaugh, Schaffner Knight Minnaugh & Company P.C., 1545 W. 38th Street, Erie, PA 16508-2347 |
| cr | + | Office of Attorney General, Department of Revenue, Lauren A. Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | Official Committee of Unsecured Creditors for Tri-, Knox McLaughlin Gornall & Sennett, P.C., 120 West Tenth Street, Erie, PA 16501-1410 |
| acc | + | Schaffner, Knight, Minnaugh & Co., P.C., 1545 W. 38th Street, Erie, PA 16508-2347 |
| auc | + | Schultz Auctioneers, 11177 Main St., Clarence, NY 14031-1701 |
| cr | + | The Kada Gallery, 2632 West 8th Street, Erie, PA 16505, UNITED STATES 16505-4021 |
| auc | + | United Auctions & Antique Purchasing, 508 1st Ave., Olean, NY 14760-1704 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| cr | + | United States of America, Small Business Administr, c/o U.S. Attorney's Office, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| cr | + | WELLS FARGO BANK, N.A., Salene Mazur Kraemer, BERNSTEIN BURKLEY, 707 Grant St., Suite 2200, Gulf Tower Pittsburgh, PA 15219-1908 |
| 15245005 | + | 2374 Village Common Drive LLC, 5442 Peach Street, Erie, PA 16509-2602 |
| 15238685 | + | Anglea Dunkle, 5301 Windcrest Drive, Erie, PA 16510-3357 |
| 15245007 | + | Anglea Dunkle, 2374 Village Common Drive, Suite 100, Erie, PA 16506-7201 |
| 15245008 | + | Anthony K. Arroyo, Esquire, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |
| 15245009 | + | Attorney General of Pennsylvania, Western Regional Office, 1251 Watefront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| 15238688 | + | Benjamin A. Post, Esquire, Post & Post LLC, 920 Cassatt Road, 200 Berwyn Park, Suite 102, Berwyn, PA 19312-1178 |
| 15238689 | | Berkheimer, P.O. Box 25153, Lehigh Valley, PA 18002-5153 |
| 15238690 | + | Best Wildlife Services, P.O. Box 36, Erie, PA 16512-0036 |
| 15238691 | + | Brian S. Clark, Beth Clark, 10479 Route 19, Waterford, PA 16441-9117 |
| 15238692 | + | Candor Surgical Management, Inc., 1180 Adams Lane, Southlake, TX 76092-8501 |
| 15238693 | + | Charles R. Burger, Margaret J. Burger, 9890 Wattsburg Road, Erie, PA 16509-6118 |
| 15238694 | + | City of Erie Tax Collector, 626 State Street, Room 105, Erie, PA 16501-1146 |
| 15238695 | | Core Erie MOB LP, c/o Christopher Montgomery, Esq., Frost Brown Todd LLC, One Columbus Ctr,10 W Broad St, Ste 2300, Columbus, OH 43215-3484 |
| 15245019 | + | Core Erie MOB LP, 1515 Lake Shore Drive, Suite 225, Columbus, OH 43204-3896 |
| 15355902 | + | Core Erie MOB LP, c/o CT Corporation System, 600 North 2nd St., Ste. 401, Harrisburg, PA 17101-1071 |
| 15245020 | + | Dahlkemper Landscape & Maintenance, 2558 Hillborn Avenue, Erie, PA 16509-5810 |
| 15238696 | + | Dahlkemper Landscape & Maintenance, 1650 Norcross Road, Erie, PA 16510-3899 |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 6 |
| Date Rcvd: Nov 04, 2022 | Form ID: pdf900 | Total Noticed: 118 |

| | | |
|---|---|---|
| 15238697 | + | Darin Williamson, 22370 Britton Road, Spartansburg, PA 16434-3014 |
| 15238698 | + | David L. Hunter, Jr., Esquire, 821 State Street, Erie, PA 16501-1316 |
| 15238699 | + | Edward M. Zimm, or Assigns, 300 State Street,, Suite 200, Erie, PA 16507-1429 |
| 15238700 | + | Ernest Guichard, 9 Church Street, Charlotte Villa 2, Apt. 503, Sinclairville, NY 14782-9635 |
| 15238701 | | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263-9998 |
| 15238702 | + | Francis J. Klemensic, Esquire, Dickie McCamey & Chilcote PC, 100 State Street, Suite 508, Erie, PA 16507-1457 |
| 15238703 | + | Francis M. Letro, Esquire, The Dun Building, 10th Floor, 110 Pearl Street, Buffalo, NY 14202-4111 |
| 15238704 | + | Frederick J. Marchinetti, II, 11538 Route 19, Waterford, PA 16441-7776 |
| 15238705 | | George W. Connor MD, 207 South Main Street, Suite 140, Jamestown, NY 14701 |
| 15238706 | + | Glenn Morisue, 6201 1/2 Lake Road West, Ashtabula, OH 44004-9757 |
| 15238707 | + | Greater Erie Surgery Center LLC, c/o Tri-State Pain Institute LLC, 5442 Peach Street, Erie, PA 16509-2602 |
| 15238708 | + | Harold Hewitt, Esquire, 5935 Shady Hollow Drive, Erie, PA 16506-7023 |
| 15245033 | + | Heather Adams Szymczak, 2374 Village Common Drive, Suite 100, Erie, PA 16506-7201 |
| 15238709 | + | Heather Adams Szymczak, 3629 West 14th Street, Erie, PA 16505-3506 |
| 15238710 | + | Howard Hanna Real Estate Services, ATTENTION: Kathe W. Rafferty, 4248 West 12th Street, Erie, PA 16505-3001 |
| 15238712 | + | James D. McDonald, Jr., Esquire, 100 State Street, Suite 700, Erie, PA 16507-1459 |
| 15238713 | | Jason M. Telaak, Esquire, Campbell & Associates, 30 Lake Street, Suite 1, Hamburg, NY 14075-4951 |
| 15245037 | + | Jason M. Telaak, Esquire, Campbell & Associates, 38 Lake Street, Ste. 1, Hamburg, NY 14075-4951 |
| 15245038 | + | Jason Matzus, Esquire, Matzus Law LLC, 310 Grant Street, Suite 3210, Pittsburgh, PA 15219-2301 |
| 15238714 | + | John Doe & Jane Doe, 2374 Village Common Drive, Suite 100, Erie, PA 16506-7201 |
| 15245040 | + | Jung-Woo Ma, MD, 2374 Village Common Drive, Suite 100, Erie, PA 16506-7201 |
| 15238715 | + | Jung-Woo Ma, MD, 180 Woodbury St., Apt. 224, Manchester, NH 03102-4897 |
| 15238716 | + | KADA Gallery, c/o Kathy DeAngelo, 4220 McKee Road, Erie, PA 16506-3703 |
| 15238717 | + | Kelly S. Buck, Scott A. Buck, 3101 Broadlawn Drive, Erie, PA 16506-1801 |
| 15238718 | + | Laurie C. TeWinkle, Esquire, Law Offices of L.C. TeWinkle, 821 State Street, Erie, PA 16501-1316 |
| 15238719 | + | Lester Spencer, Chris Spencer, 337 East 21st Street, Erie, PA 16503-1946 |
| 15245045 | + | MacDonald Illig, 100 State Street, Suite 700, Erie, PA 16507-1459 |
| 15266769 | | MacDonald, Illig, Jones & Britton LLP, c/o Nicholas R. Pagliari, Esq., 100 State Street, Suite 700, Erie, PA 16507-1459 |
| 15238720 | + | Marjorie A. Weidner, 20323 State Highway 89, Spartansburg, PA 16434-1703 |
| 15238721 | # | Marsh Realty, Inc., ATTENTION: Gary V. Marsh, 42172 Mageetown Road, Centerville, PA 16404-7146 |
| 15277606 | + | Matthew W. Loughren, Loughren, Loughren & Loughren, P.C., 8050 Rowan Road, Suite 601 Rowan Towers, Cranberry Township, PA 16066-3624 |
| 15288492 | + | McKesson Medical-Surgical, Inc., Stephanie Hampton, 6651 Gate Parkway, Jacksonville, FL 32256-8075 |
| 15238722 | + | Micheal F.J. Romano, Esquire, Ramano, Garubo, & Argentieri, P.O. Box 456, 52 Newton Avenue, Woodbury, NJ 08096-4610 |
| 15238723 | + | Mr. and Mrs. Steven E. Ribbing, c/of Matthew W. Loughren, Esquire, 8050 Rowan Road, Suite 601 Rowan Towers, Cranberry Township, PA 16066-3624 |
| 15245049 | + | Mr. and Mrs. Steven E. Ribbing, c/of Matthew W. Loughren, Esquire, 310 Grant Street, Suite 2800, Grant Bldg., Pittsburgh, PA 15219-2255 |
| 15367126 | | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 15238726 | + | Pat Baldino Fine Art, 64 Vernon Drive, Scarsdale, NY 10583-6124 |
| 15238727 | + | Paul J. Susko, Esquire, P.O. Box 460, Fairview, PA 16415-0460 |
| 15238728 | + | Peter A. Pentz, Esquire, 2409 State Street, Erie, PA 16503-1856 |
| 15245054 | + | Peter A. Pentz, Esquire, 246 West Tenth Street, Erie, PA 16501-1412 |
| 15238729 | + | Philip C. Chapman III, Esquire, Pribanic & Pribanic, 513 Court Place, Pittsburgh, PA 15219-2002 |
| 15238731 | # | Rick Rumball, 52 Orchard Street, Erie, PA 16508-2729 |
| 15238732 | + | Rick Taraszki, 6103 West Lake Road, Erie, PA 16505-2615 |
| 15238733 | + | Rita Jennings, George Jennings, 5524 West 52nd Street, Fairview, PA 16415-2331 |
| 15238734 | + | Ronald M. Puntil, Jr., Esquire, Marshall Dennehey, Union Trust Building, 501 Grant Street, Suite 700, Pittsburgh, PA 15219-4441 |
| 15245060 | + | Ronald M. Puntil, Jr., Esquire, Cipriani & Werner, 650 Washington Road, Suite 700, Pittsburgh, PA 15228-2712 |
| 15245062 | + | SBA, 721 19th Street, Denver, CO 80202-2500 |
| 15238735 | + | Salene Mazur Kraemer, Esquire, Trisha Hudkins, Esquire, Bernstein-Burkley P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15238736 | | Sharon L. Kulig, Steven B. Kulig, 274 Creek Road, Jamestown, NY 14701-9526 |
| 15245064 | + | Small Business Administration, an agency of the U.S. Government, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |
| 15238737 | + | Steven J. Wildberger, Esquire, Matzus Law LLC, 310 Grant Street, Suite 3210, Pittsburgh, PA 15219-2301 |
| 15238738 | + | Steven Kinross, Kathy Kinross, 507 Sanford Place, Erie, PA 16511-1061 |
| 15238741 | + | TIAA Commercial Finance, Inc., 390 S. Woods Mill Road, Suite 300, Chesterfield, MO 63017-3489 |
| 15238740 | + | Tax Collector, Township of Millcreek, 3608 West 26th Street, Erie, PA 16506-2098 |
| 15238739 | + | Tax Collector, Township of Greene, 8628 Wattsburg Road, Erie, PA 16509-5850 |
| 15288509 | + | The Kada Gallery, 2632 West 8th Street, Erie, PA 16505-4021 |
| 15245068 | | Thomas Charlton, Samantha Charlton, 4741 S. Washington Street, North East, PA 16428-5011 |
| 15238742 | + | Tri-State Pain Institute LLC, 5442 Peach Street, Erie, PA 16509-2602 |
| 15245071 | + | UMPC Chautauqua at WCA, 207 Foote Avenue, Jamestown, NY 14701-7077 |
| 15238743 | + | UPMC Chautauqua at WCA, 207 Foote Avenue, Jamestown, NY 14701-7077 |

| | | | |
|---|---|---|---|
| District/off: 0315-1 | | User: auto | Page 3 of 6 |
| Date Rcvd: Nov 04, 2022 | | Form ID: pdf900 | Total Noticed: 118 |

| | | |
|---|---|---|
| 15245072 | + | United States Attorney's Office, Western District of Pennsylvania, Joseph F. Weis, Jr. U.S. Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 15263321 | + | United States of America, Small Business Administration, Anthony Arroyo, 660 American Avenue, Suite 301, King Of Prussia, PA 19406-4032 |
| 15238744 | + | Vanessa G. Ramlal MD, 207 Foote Avenue, Jamestown, NY 14701-7077 |
| 15238745 | + | Wells Fargo Bank, N.A., 4101 Wiseman Blvd., Building 307, San Antonio, TX 78251-4200 |
| 15288358 | + | Wells Fargo Bank, N.A., c/o Steven Treadway, 1620 E Roseville Pkwy, 1st Floor, Suite, MAC A1792-018, Roseville, CA 95661-3995 |
| 15441670 | + | Wells Fargo Bank, National Association, 1620 Roseville Pkwy., Suite 100, Roseville, CA 95661-3303 |
| 15238746 | + | Wells Fargo Bank, National Association, 301 S. Tryon Street, 27th Floor, Charlotte, NC 28282-1915 |
| 15238748 | + | Zubin Menon MD, 565 Abbott Road, Buffalo, NY 14220-2039 |

TOTAL: 105

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Nov 04 2022 23:48:00 | Ally Bank serviced by Ally Servicing LLC, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 04 2022 23:55:35 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15238684 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 04 2022 23:48:00 | Ally Bank, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15252152 | | Email/Text: ally@ebn.phinsolutions.com | Nov 04 2022 23:48:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15238686 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 04 2022 23:48:00 | Bank of America, N.A., P.O. Box 15222, Wilmington, DE 19886-5222 |
| 15238687 | | Email/Text: BarclaysBankDelaware@tsico.com | Nov 04 2022 23:48:00 | Barclay Card, Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 15238711 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2022 23:48:00 | Internal Revenue Service, ATTN: Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15238724 | | Email/Text: angela.abreu@northwest.com | Nov 04 2022 23:48:00 | Northwest Bank, 100 Liberty Street, Drawer 128, Warren, PA 16365-0128 |
| 15238730 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 04 2022 23:48:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15285902 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 04 2022 23:48:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15238725 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2022 23:48:00 | Pa. Dept. of Revenue, Dept. 280946, Harrisburg, PA 17128-0946 |
| 15244694 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15238747 | + | Email/Text: collections@widgetfinancial.com | Nov 04 2022 23:48:00 | Widget Federal Credit Union, 2154 East Lake Road, Erie, PA 16511-1140 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Barbara Noonan |
| cr | | Kay B. Ribbing |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | Steven E. Ribbing |
| cr | * | Ally Bank, P.O. Box 130424, Roseville, MN 55113-0004 |

| District/off: 0315-1 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Nov 04, 2022 | Form ID: pdf900 | Total Noticed: 118 |

| | | |
|---|---|---|
| cr | *+ | Candor Surgical Management, Inc., 1180 Adams Lane, Southlake, TX 76092-8501 |
| cr | *+ | TIAA Commercial Finance, Inc., 390 S. Woods Mill Road, Suite 300, Chesterfield, MO 63017-3489 |
| intp | *+ | Tri-State Pain Institute, LLC, 2374 Village Common Drive, Erie, PA 16506-7201 |
| 15245006 | *+ | Ally Bank, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15245010 | * | Bank of America, N.A., P.O. Box 15222, Wilmington, DE 19886-5222 |
| 15245011 | * | Barclay Card, Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 15245012 | *+ | Benjamin A. Post, Esquire, Post & Post LLC, 920 Cassatt Road, 200 Berwyn Park, Suite 102, Berwyn, PA 19312-1178 |
| 15245013 | * | Berkheimer, P.O. Box 25153, Lehigh Valley, PA 18002-5153 |
| 15245014 | *+ | Best Wildlife Services, P.O. Box 36, Erie, PA 16512-0036 |
| 15245015 | *+ | Brian S. Clark, Beth Clark, 10479 Route 19, Waterford, PA 16441-9117 |
| 15245016 | *+ | Candor Surgical Management, Inc., 1180 Adams Lane, Southlake, TX 76092-8501 |
| 15245017 | *+ | Charles R. Burger, Margaret J. Burger, 9890 Wattsburg Road, Erie, PA 16509-6118 |
| 15245018 | *+ | City of Erie Tax Collector, 626 State Street, Room 105, Erie, PA 16501-1146 |
| 15245021 | *+ | Darin Williamson, 22370 Britton Road, Spartansburg, PA 16434-3014 |
| 15245022 | *+ | David L. Hunter, Jr., Esquire, 821 State Street, Erie, PA 16501-1316 |
| 15245023 | *+ | Edward M. Zimm, or Assigns, 300 State Street,, Suite 200, Erie, PA 16507-1429 |
| 15245024 | *+ | Ernest Guichard, 9 Church Street, Charlotte Villa 2, Apt. 503, Sinclairville, NY 14782-9635 |
| 15245025 | * | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263-9998 |
| 15245026 | *+ | Francis J. Klemensic, Esquire, Dickie McCamey & Chilcote PC, 100 State Street, Suite 508, Erie, PA 16507-1457 |
| 15245027 | *+ | Francis M. Letro, Esquire, The Dun Building, 10th Floor, 110 Pearl Street, Buffalo, NY 14202-4111 |
| 15245028 | *+ | Frederick J. Marchinetti, II, 11538 Route 19, Waterford, PA 16441-7776 |
| 15245029 | * | George W. Connor MD, 207 South Main Street, Suite 140, Jamestown, NY 14701 |
| 15245030 | *+ | Glenn Morisue, 6201 1/2 Lake Road West, Ashtabula, OH 44004-9757 |
| 15245032 | *+ | Harold Hewitt, Esquire, 5935 Shady Hollow Drive, Erie, PA 16506-7023 |
| 15245034 | *+ | Howard Hanna Real Estate Services, ATTENTION: Kathe W. Rafferty, 4248 West 12th Street, Erie, PA 16505-3001 |
| 15245035 | * | Internal Revenue Service, ATTN: Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15245036 | *+ | James D. McDonald, Jr., Esquire, 100 State Street, Suite 700, Erie, PA 16507-1459 |
| 15245039 | *+ | John Doe & Jane Doe, 2374 Village Common Drive, Suite 100, Erie, PA 16506-7201 |
| 15245041 | *+ | KADA Gallery, c/o Kathy DeAngelo, 4220 McKee Road, Erie, PA 16506-3703 |
| 15245042 | *+ | Kelly S. Buck, Scott A. Buck, 3101 Broadlawn Drive, Erie, PA 16506-1801 |
| 15245043 | *+ | Laurie C. TeWinkle, Esquire, Law Offices of L.C. TeWinkle, 821 State Street, Erie, PA 16501-1316 |
| 15245044 | *+ | Lester Spencer, Chris Spencer, 337 East 21st Street, Erie, PA 16503-1946 |
| 15245046 | *+ | Marjorie A. Weidner, 20323 State Highway 89, Spartansburg, PA 16434-1703 |
| 15245047 | * | Marsh Realty, Inc., ATTENTION: Gary V. Marsh, 42172 Mageetown Road, Centerville, PA 16404-7146 |
| 15245048 | *+ | Micheal F.J. Romano, Esquire, Ramano, Garubo, & Argentieri, P.O. Box 456, 52 Newton Avenue, Woodbury, NJ 08096-4610 |
| 15245050 | * | Northwest Bank, 100 Liberty Street, Drawer 128, Warren, PA 16365-0128 |
| 15245056 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15288533 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15245051 | * | Pa. Dept. of Revenue, Dept. 280946, Harrisburg, PA 17128-0946 |
| 15245052 | *+ | Pat Baldino Fine Art, 64 Vernon Drive, Scarsdale, NY 10583-6124 |
| 15245053 | *+ | Paul J. Susko, Esquire, P.O. Box 460, Fairview, PA 16415-0460 |
| 15245055 | *+ | Philip C. Chapman III, Esquire, Pribanic & Pribanic, 513 Court Place, Pittsburgh, PA 15219-2002 |
| 15245057 | * | Rick Rumball, 52 Orchard Street, Erie, PA 16508-2729 |
| 15245058 | *+ | Rick Taraszki, 6103 West Lake Road, Erie, PA 16505-2615 |
| 15245059 | *+ | Rita Jennings, George Jennings, 5524 West 52nd Street, Fairview, PA 16415-2331 |
| 15245061 | *+ | Salene Mazur Kraemer, Esquire, Trisha Hudkins, Esquire, Bernstein-Burkley P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15245063 | *+ | Sharon L. Kulig, Steven B. Kulig, 274 Creek Road, Jamestown, NY 14701-9526 |
| 15245065 | *+ | Steven Kinross, Kathy Kinross, 507 Sanford Place, Erie, PA 16511-1061 |
| 15245069 | *+ | TIAA Commercial Finance, Inc., 390 S. Woods Mill Road, Suite 300, Chesterfield, MO 63017-3489 |
| 15255782 | *+ | TIAA Commercial Finance, Inc., 390 S. Woods Mill Road, Suite 300, Chesterfield, MO 63017-3489 |
| 15245067 | *+ | Tax Collector, Township of Millcreek, 3608 West 26th Street, Erie, PA 16506-2098 |
| 15245066 | *+ | Tax Collector, Township of Greene, 8628 Wattsburg Road, Erie, PA 16509-5850 |
| 15245073 | *+ | UPMC Chautauqua at WCA, 207 Foote Avenue, Jamestown, NY 14701-7077 |
| 15245074 | *+ | Vanessa G. Ramlal MD, 207 Foote Avenue, Jamestown, NY 14701-7077 |
| 15245075 | *+ | Wells Fargo Bank, N.A., 4101 Wiseman Blvd., Building 307, San Antonio, TX 78251-4200 |
| 15245076 | *+ | Wells Fargo Bank, National Association, 301 S. Tryon Street, 27th Floor, Charlotte, NC 28282-1915 |
| 15245077 | *+ | Widget Federal Credit Union, 2154 East Lake Road, Erie, PA 16511-1140 |
| 15245078 | *+ | Zubin Menon MD, 565 Abbott Road, Buffalo, NY 14220-2039 |
| intp | ##+ | 2374 Village Common Drive LLC, 2374 Village Common Drive, Erie, PA 16506-7201 |
| 15245031 | ##+ | Greater Erie Surgery Center LLC, 2374 Village Common Drive, Erie, PA 16506-7201 |

District/off: 0315-1 | User: auto | Page 5 of 6
Date Rcvd: Nov 04, 2022 | Form ID: pdf900 | Total Noticed: 118

15245070        ##+        Tri-State Pain Institute LLC, 2374 Village Common Drive, Erie, PA 16506-7201

TOTAL: 4 Undeliverable, 59 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2022 at the address(es) listed below:

**Name**            **Email Address**

Andrew F Gornall
 on behalf of Interested Party Barbara Noonan agornall@gornall-law.com

Ashley Mulryan
 on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC amulryan@kmgslaw.com

Brian Nicholas
 on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Crystal H. Thornton-Illar
 on behalf of Creditor The Kada Gallery cThornton-Illar@leechtishman.com
 bankruptcy@leechtishman.com;mproden@leechtishman.com;thornton-illarcr81012@notify.bestcase.com

Gary V. Skiba
 on behalf of Interested Party Tri-State Pain Institute  LLC gskiba@marshlaw.com,
 DGeniesse@marshlaw.com;rose227@hotmail.com

Guy C. Fustine
 mwernick@kmgslaw.com

Guy C. Fustine
 on behalf of Creditor Official Committee of Unsecured Creditors for Tri-State Pain Institute  LLC mwernicki@kmgslaw.com,
 knoxbank@hotmail.com,burban@kmgslaw.com,amulryan@kmgslaw.com

Harry W. Greenfield
 on behalf of Creditor WELLS FARGO BANK  N.A. hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com

Jill Locnikar
 on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
 patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jill Locnikar
 on behalf of Creditor United States of America  Small Business Administration jill.locnikar@usdoj.gov,
 patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi Hause
 on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
 David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Larry Steven Schifano
 on behalf of Defendant United States of America  Internal Revenue Service l.steven.schifano@usdoj.gov,
 Eastern.TaxCivil@usdoj.gov;Thomas.P.Cole@usdoj.gov

Lauren Michaels
 on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich
 on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

| District/off: 0315-1 | User: auto | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Nov 04, 2022 | Form ID: pdf900 | Total Noticed: 118 |

Maribeth Thomas
    on behalf of Creditor Ally Bank mthomas@tuckerlaw.com maribeth.thomas@gmail.com

Mark G. Claypool
    on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com
    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael F.J. Romano
    on behalf of Creditor TIAA Commercial Finance Inc. mromano@rgalegal.com, mfrew@rgalegal.com;jromano@rgalegal.com

Michael F.J. Romano
    on behalf of Interested Party TIAA Commercial Finance Inc. mromano@rgalegal.com, mfrew@rgalegal.com;jromano@rgalegal.com

Michael P. Kruszewski
    on behalf of Debtor 2374 Village Common Drive LLC mkruszewski@quinnfirm.com
    slowe@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael P. Kruszewski
    on behalf of Plaintiff Joseph Martin Thomas mkruszewski@quinnfirm.com
    slowe@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael P. Kruszewski
    on behalf of Debtor Joseph Martin Thomas mkruszewski@quinnfirm.com
    slowe@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael P. Kruszewski
    on behalf of Interested Party 2374 Village Common Drive LLC mkruszewski@quinnfirm.com
    slowe@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
    on behalf of Creditor Steven E. Ribbing rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com

Ronald B. Roteman
    on behalf of Creditor Kay B. Ribbing rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com

Salene R.M. Kraemer
    on behalf of Creditor WELLS FARGO BANK N.A. salene@mazurkraemer.com, salene@ecf.courtdrive.com

TOTAL: 27